IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and Young Conaway Stargatt & Taylor, LLP ("YCST") hereby enters its appearance as counsel for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, "Desolation Holdings"), pursuant to 11 U.S.C. § 1109(b) and rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and that Desolation Holdings request that all notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in this case or in any proceeding herein be given to and served upon the following:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Core Technologies Inc.'s service address is 330 South Rampart Blvd., Suite 260, Las Vegas, Nevada 89144.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Robert S. Brady<br>Kenneth J. Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani<br>Patricia B. Tomasco<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor later appearances, pleadings, claims or suits, or other writings, or conduct shall waiver Desolation Holdings rights: (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (b) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal;

or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which is or may be entitled to under agreements, in law, in equity, or otherwise, all of which are expressly reserved and preserved, without exemption and with no purpose of confessing or conceding jurisdiction in any way by its filing or by any other participation in this case.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Date: August 15, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Patricia B. Tomasco<br>Susheel Kirpalani<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna D. Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email:razmigizakelian@quinnemanue.com<br>Email: joannacaytas@quinnemanuel.com<br><br>*Attorneys for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.* |