## CERTIFICATE OF SERVICE

      I, Kenneth J. Enos, hereby certify that on the 15th day of August, 2023, a copy of the foregoing Notice of Appearance and Request for Service was filed electronically and sent to the parties through the Court's Electronic Case Filing System.

                                        *Kenneth J. Enos*
                                        Kenneth J. Enos