**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Darren Azman to represent Prime Core Technologies Inc. and its affiliated debtors in the above-captioned cases.

Dated: August 15, 2023

/s/ *Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Email:    mkandestin@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the Commonwealth of Massachusetts and the State of New York, the United States District Courts for the District of Massachusetts, and the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 15, 2023

/s/ *Darren Azman*
Darren Azman
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone:    (212) 547-5615
Email:    dazman@mwe.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.