IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc. *et al.*, | Case No. 23-11161 (JKS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gregg Steinman to represent Prime Core Technologies Inc. and its affiliated debtors in the above-captioned cases.

Dated: August 15, 2023

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Email:    mkandestin@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the State of Florida and the United States District Courts for the Middle and Southern Districts of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 15, 2023

*/s/ Gregg Steinman*
Gregg Steinman
**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:    (305) 358-3500
Email:    gsteinman@mwe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: August 16th, 2023
Wilmington, Delaware