## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies, Inc. *et al[1]*., | ) | Case No. 23-11161 (JKS) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Coinbits, Inc. ("Coinbits"), hereby appears by their counsel, Meyers, Roman, Friedberg & Lewis ("Meyers Roman") and requests that the undersigned attorney be added to the official mailing matrix and service lists in these to be jointly administered cases.  Coinbits requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Coinbits through service upon Meyers Roman as set forth below:

David M. Neumann
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
Telephone: (216) 831-0042
Fax: (216) 831-0542

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  Prime Core Technologies Inc.'s service address is 330 South Rampart Blvd., Suite 260, Las Vega, Nevada 89144.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Coinbits': (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Coinbits is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date:  <u>August 18, 2023</u>

<u>/s/ David M. Neumann</u>
David M. Neumann (0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Telephone:  216-831-0042
Fax: 216-831-0542
*Counsel for Coinbits, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      I, David M. Neumann, hereby certify that on the 18th day of August 2023, a copy of the foregoing Notice of Appearance and Request for Service was filed electronically and sent to the parties through the Court's Electronic Case Filing Service.

                                    /s/ *David M. Neumann*
                                    *Counsel for Coinbits, Inc.*