# EXHIBIT A

**Preliminary Budget**

| Actual / Forecast<br>Week Number<br>Week Ending | Petition Date<br>PF<br>0<br>8/19 | F<br>1<br>8/26 | F<br>2<br>9/2 | F<br>3<br>9/9 | F<br>4<br>9/16 | F<br>5<br>9/23 | F<br>6<br>9/30 | Total<br>Wks.<br>1 - 6 |
|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | – | $340,000 | $2,500,000 | $20,000 | – | – | – | $2,860,000 |
| **Disbursements** | | | | | | | | |
| Operating Disbursements | | | | | | | | |
| Occupancy | – | – | $115,000 | – | – | – | – | $115,000 |
| Insurance | – | – | – | – | – | – | 1,898 | 1,898 |
| Software | 157,634 | – | 87,742 | 350,000 | – | – | – | 437,742 |
| Payroll & Benefits | 1,050,088 | – | 620,220 | – | 493,112 | – | 493,112 | 1,606,444 |
| Ordinary Course Professionals - Legal | – | – | 150,000 | – | – | – | – | 150,000 |
| Other | 13,704 | 25,000 | 110,330 | 75,000 | 25,000 | 75,000 | 29,020 | 339,350 |
| **Total Operating Disbursements** | **$1,221,425** | **$25,000** | **$1,083,292** | **$425,000** | **$518,112** | **$75,000** | **$524,030** | **$2,650,434** |
| Non-Operating Disbursements | | | | | | | | |
| Receiver & Special Committee | – | $18,750 | $18,750 | $18,750 | $18,750 | $18,750 | $18,750 | $112,500 |
| **Total Non-Operating Disbursements (Excl. Bankruptcy Profs.)** | – | **$18,750** | **$18,750** | **$18,750** | **$18,750** | **$18,750** | **$18,750** | **$112,500** |
| Bankruptcy Professionals | | | | | | | | |
| Professionals - Debtors | $483,710 | $525,000 | $555,000 | $375,000 | $375,000 | $350,000 | $325,000 | $2,505,000 |
| Professionals - UCC | – | – | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 200,000 |
| US Trustee | – | – | – | – | – | – | 75,000 | 75,000 |
| **Total Bankruptcy Professional Disbursements** | **$483,710** | **$525,000** | **$595,000** | **$415,000** | **$415,000** | **$390,000** | **$440,000** | **$2,780,000** |
| **Total Non-Operating Disbursements** | **$483,710** | **$543,750** | **$613,750** | **$433,750** | **$433,750** | **$408,750** | **$458,750** | **$2,892,500** |
| **Net Cash Flow** | **($1,705,135)** | **($228,750)** | **$802,958** | **($838,750)** | **($951,862)** | **($483,750)** | **($982,780)** | **($2,682,934)** |
| Change in Cash | | | | | | | | |
| Beginning Cash | $9,666,913 | $7,961,778 | $7,733,028 | $8,535,986 | $7,697,236 | $6,745,374 | $6,261,624 | $7,961,778 |
| Net Cash Flow | (1,705,135) | (228,750) | 802,958 | (838,750) | (951,862) | (483,750) | (982,780) | (2,682,934) |
| **Ending Cash** | **$7,961,778** | **$7,733,028** | **$8,535,986** | **$7,697,236** | **$6,745,374** | **$6,261,624** | **$5,278,844** | **$5,278,844** |
| Reserve[1] | | $2,200,000 | $2,200,000 | $2,200,000 | $2,200,000 | $2,200,000 | $2,200,000 | $2,200,000 |
| **Available Liquidity** | | **$5,533,028** | **$6,335,986** | **$5,497,236** | **$4,545,374** | **$4,061,624** | **$3,078,844** | **$3,078,844** |

**Note:**
(1) Company estimates of funds required to maintain licenses and other potential administrative obligations