**<u>EXHIBIT C</u>**

**Utility Provider List**

| Utility Provider | Last Four Digits of Account Number | Type of Service | Monthly Average | Debtor Entity |
|---|---|---|---|---|
| Amazon Web Services | X2448 | Cloud computing and APIs | $149,362.30 | Prime Trust, LLC |
| Microsoft Corporation | X7954 | Cloud computing and APIs | $5,727.18 | Prime Trust, LLC |
| Fireblocks, Inc. | N/A | Digital asset management software | $45,833.33 | Prime Trust, LLC |
| Cox Business | X8301 | Internet | $1,510.56 | Prime Trust, LLC |
| Lumen | X8424 | Internet | $339.33 | Prime Trust, LLC |