## **EXHIBIT C**

## Schedule of Insurance Policies

| Type of Coverage | Insurer | Policy Number | Policy Term | Annual Premium |
|---|---|---|---|---|
| Property / General Liability / Business Automobile / Umbrella / Foreign Package | Intact | 7120092860000 | 4/30/23 - 4/30/24 | $20,752 |
| Receivership D&O (Excess Side A & B) | QBE | 1300005435 | 7/14/23 - 7/14/24 | $500,000 |
| Receivership D&O - Excess Side A DIC | Berkley | BPRO8102560 | 7/14/23 - 7/14/24 | $300,000 |
| D&O / EPL / E&O / Cyber / FI Bond | Lloyds | B0146ERUSA2101376 | 9/04/22 - 9/04/23 | $835,000 |
| Excess D&O Side A DIC | Axis | P00100100001501 | 9/04/22 - 9/04/23 | $344,803 |
| Excess Crime | Lloyds | B0146ERUSA2201379 | 9/04/22 - 9/04/23 | $35,000 |
| Special Contingency | Hiscox | UKA301889421 | 12/13/21 - 12/13/24 | $10,273 |
| D&O / EPL / E&O / Cyber | Lloyds | B0146ERUSA2101376(ER) | 9/04/22 - 9/04/23 | $218,750 |
| Excess D&O | Axis | P00100066897201(ER) | 9/04/22 - 9/04/23 | $98,938 |