**EXHIBIT D**

**Schedule of Surety Bonds**

|    | Principal | State | Bond Amount | Bond Premium | Collateral |
|----|-----------|-------|-------------|--------------|------------|
| 1  | Prime Trust, LLC | GA | $2,000,000 | $50,000 | $1,500,000 |
| 2  | Prime Trust, LLC | CT | $1,000,000 | $25,000 | $750,000 |
| 3  | Prime Trust, LLC | KS | $1,000,000 | $25,000 | $750,000 |
| 4  | Prime Trust, LLC | AK | $500,000 | $12,500 | $375,000 |
| 5  | Prime Trust, LLC | MI | $500,000 | $12,500 | $375,000 |
| 6  | Prime Trust, LLC | MD | $450,000 | $11,250 | $337,500 |
| 7  | Prime Trust, LLC | IA | $300,000 | $7,500 | $225,000 |
| 8  | Prime Trust, LLC | OH | $300,000 | $7,500 | $225,000 |
| 9  | Prime Trust, LLC | WV | $300,000 | $7,500 | $225,000 |
| 10 | Prime Trust, LLC | IN | $300,000 | $7,500 | $225,000 |
| 11 | Prime Trust, LLC | AR | $200,000 | $5,000 | $142,500 |
| 12 | Prime Trust, LLC | NC | $150,000 | $3,750 | $112,500 |
| 13 | Prime Trust, LLC | ND | $150,000 | $3,750 | $112,500 |
| 14 | Prime Trust, LLC | VT | $100,000 | $2,500 | $75,000 |
| 15 | Prime Trust, LLC | NE | $100,000 | $2,500 | $75,000 |
| 16 | Prime Trust, LLC | ME | $100,000 | $2,500 | $75,000 |
| 17 | Prime Trust, LLC | DC | $50,000 | $1,250 | $37,500 |
| 18 | Prime Trust, LLC | SC | $50,000 | $1,250 | $37,500 |
| 19 | Prime Trust, LLC | AZ | $25,000 | $625 | $18,750 |
| 20 | Prime Trust, LLC | LA | $25,000 | $625 | $18,750 |
| 21 | Prime Trust, LLC DBA Prime Fintech Services | MN | $25,000 | $625 | $18,750 |
| 22 | Prime Trust, LLC | AR | $10,000 | $250 | $7,500 |
| 23 | Prime Trust, LLC DBA Prime Fintech Services | ID | $10,000 | $250 | $7,500 |