**EXHIBIT C**

**Debtors' Bank Accounts**

| Entity | Financial Institution | Account Type | Last 4 Digits of Account Number[1] | Balance at Petition Date ($)[2] |
|---|---|---|---|---|
| Prime Trust, LLC | BMO | CAD Account | 2-3743077 | 2,810,029.40 CAD ($2,087,851.80) |
| Prime Trust, LLC | BMO | AUD Account | 8-3743077 | 6,793,581.39 AUD ($4,407,675.61) |
| Prime Trust, LLC | BMO | JPY Account | 3-3743077 | 99.00 JPY ($0.68) |
| Prime Trust, LLC | BMO | EUR Account | 9-3743077 | 410.00 EUR ($447.31) |
| Prime Trust, LLC | BMO | GBP Account | 5-3743077 | 2,096,887.69 GBP ($2,659,902.03) |
| Prime Trust, LLC | BMO | HKD Account | 9-3743077 | 0.00 |
| Prime Trust, LLC | BMO | IRA Cash Account | 7947 | $101,775.13 |
| Prime Trust, LLC | BMO | IRA Tax Account | 5479 | $0.00 |
| Prime Trust, LLC | BMO | USD Account | 3077 | $737,331.09 |
| Prime Trust, LLC | BMO | Customer Interest Account | 9934 | $204,461.79 |
| Prime Trust, LLC | Piermont | Piermont Reserve Account | 9193 | $9,013.60 |
| Prime Trust, LLC | Cross River | CRB Reserve Account | 2069 | $1,000,000.00 |
| Prime Trust, LLC | Cross River | Wire Clearing Account | 9892 | $147,754.22 |
| Prime Trust, LLC | Cross River | ACH Clearing Account | 4453 | $588,610.19 |
| Prime Trust, LLC | Cross River | Wire Reversal Settlement Account | 3157 | $0.00 |
| Prime Trust, LLC | Cross River | Binance Processing Account | 6995 | $5,861.96 |
| Prime Trust, LLC | Cross River | Card Settlement Account | 9647 | $109,086.06 |
| Prime Trust, LLC | Lexicon | T&C Clearing Account | 0803 | $26,373.24 |
| Prime Trust, LLC | BMO | Revenue Account | 1807 | $50,000.00 |

---

[1] The first six BMO accounts include the last six digits of their respective account numbers.

[2] Foreign currencies have also been converted into USD based on conversion rates as of the Petition Date.

| Entity | Financial Institution | Account Type | Last 4 Digits of Account Number[1] | Balance at Petition Date ($)[2] |
|---|---|---|---|---|
| Prime Trust, LLC | BMO | Corporate Operating Account | 1781 | $3,366,248.06 |
| Prime Trust, LLC | BMO | Corporate Interest Account | 1815 | $18,113.03 |
| Prime Trust, LLC | BMO | Payroll Account | 1823 | $0.00 |
| Prime Trust, LLC | JPM | Money Market Account | 1747 | $3,991,756.64 |
| Prime Trust, LLC | Cross River | Secondary Operating Account | 8772 | $0.00 |
| Prime Trust, LLC | Lexicon | Lexicon Reserve Account | 0795 | $1,005,660.47 |