# **EXHIBIT D**

**Cash Management System Schematic**

## Diagram of Cash Management System

