## EXHIBIT C

### Authorities

| Payee | Address |
|---|---|
| City of Aurora | City of Aurora<br>15151 E Alameda Pkwy<br>Aurora, CO, 80012 |
| Internal Revenue Service | Internal Revenue Service<br>Box 7704<br>San Francisco, CA, 94120 |
| State of Arizona | Arizona Department of Revenue<br>ATTN: Customer Care<br>P.O. Box 29086<br>Phoenix, AZ, 85038 |
| State of Arkansas | Arkansas Secretary of State<br>500 Woodlane St, State Capitol, Suite 256<br>Little Rock, AR, 72201 |
| State of California | Withholding Services and Compliance MS-F182 Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA, 94267 |
| State of Connecticut | Connecticut Department of Revenue Services<br>450 Columbus Blvd<br>Hartford, CT, 6103 |
| State of Delaware | Carvel State Office Building<br>820 N French St<br>Wilmington, DE, 19801 |
| State of Georgia | Georgia Dept. of Revenue<br>P.O. Box 740387<br>Atlanta, GA, 30374 |
| State of Illinois | Illinois Department of Revenue<br>Willard Ice Building, 101 W Jefferson St<br>Springfield, IL, 62629 |
| State of Iowa | Iowa Department of Revenue<br>1305 E Walnut St, 4th Floor<br>Des Moines, IA, 50319 |
| State of Kansas | Kansas Department of Revenue<br>1883 W 21st St<br>Wichita, KS, 67203 |
| State of Massachusetts | Massachusetts Western Regional Office<br>1 Federal St Building 103-2<br>Springfield, MA, 01105 |
| State of Michigan | Michigan Department of Treasury - Collection Services Bureau<br>P.O. Box 30199<br>Lansing, MI, 48909 |
| State of Minnesota | Minnesota Department of Revenue |

| | |
|---|---|
| | 600 Robert St N<br>St Paul, MN, 55101 |
| State of Mississippi | Mississippi Department of Revenue<br>500 Clinton Center Dr<br>Clinton, MS, 39056 |
| State of New Jersey | NJ Division of Employer Accounts<br>P.O. Box 059<br>Trenton, NJ, 08625 |
| State of Nevada | Nevada Department of Taxation<br>ATTN: Commerce Tax Remittance<br>PO Box 51180<br>Los Angeles, CA 90051-5480 |
| State of New Mexico | New Mexico Taxation & Revenue Department<br>P.O. Box 25127<br>Santa Fe, NM, 87504 |
| State of North Carolina | North Carolina Department of Revenue<br>3500 Latrobe Dr, STE 300<br>Charlotte, NC, 28211 |
| State of North Dakota | Office of State Tax Commissioner<br>600 E. Boulevard Ave., Dept. 127<br>Bismarck, ND, 58505 |
| State of Ohio | Ohio Department of Taxation<br>4485 Northland Ridge Blvd<br>Columbus, OH, 43229 |
| State of Pennsylvania | PA Department of Revenue<br>P.O. Box 280431<br>Harrisburg, PA, 17128 |
| State of South Carolina | South Carolina Department of Revenue<br>300 A Outlet Pointe Blvd<br>Columbia, SC, 29210 |
| State of Texas | Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX, 78714 |
| State of Virginia | Virginia Department of Taxation<br>P.O. Box 1498<br>Richmond, VA, 23218 |
| State of West Virginia | West Virginia Tax Division<br>P.O. Box 2389<br>Charleston, WV, 25328 |
| Township of Lower Merion | Lower Merion Township<br>75 E Lancaster Ave<br>Ardmore, PA, 19003 |
| Washington DC | DC Office of Tax and Revenue<br>1101 4th St SW, #270<br>Washington, DC, 20024 |