IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Joint Administration Requested) |

NOTICE OF BANKRUPTCY FILING AND
FIRST-DAY MOTIONS AND RELATED PLEADINGS

**PLEASE TAKE NOTICE** that on August 14, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed voluntary petitions (the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101-1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), as set forth below:

    A.    <u>Voluntary Petitions</u>

    1.    Prime Core Technologies Inc., Case No. 23-11161 (JKS) [Docket No. 1]

    2.    Prime Trust, LLC, Case No. 23-11162 (JKS) [Docket No. 1]

    3.    Prime IRA LLC, Case No. 23-11164 (JKS) [Docket No. 1]

    4.    Prime Digital, LLC, Case No. 23-11168 (JKS) [Docket No. 1]

**PLEASE TAKE FURTHER NOTICE** that, in addition to filing the Petitions, the Debtors have filed the following first day motions and related pleadings (the "**First Day Motions**"):

    B.    <u>First-Day Pleadings</u>

    1.    Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed August 24, 2023; Docket No. 14];

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

2. Motion of Debtors for Entry of Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Filed August 15, 2023; Docket No. 3];

3. Motion of Debtors for Entry of an Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Authorizing the Debtors to Serve Certain Parties by E-mail, (IV) Approving Certain Notice Procedures, and (V) Granting Related Relief [Filed August 24, 2023; Docket No. 15];

4. Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Filed August 24, 2023; Docket No. 16];

5. Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief [Filed August 24, 2023; Docket No. 17];

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed August 24, 2023; Docket No. 21];

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [Filed August 24, 2023; Docket No. 18];

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief [Filed August 24, 2023; Docket No. 19];

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the

Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed August 24, 2023; Docket No. 20].

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced pleadings may be obtained free of charge: (i) by request to the Debtors' proposed claims and noticing agent via email to TeamPrimeCore@stretto.com, and (ii) at the website of the Debtors' proposed claims and noticing agent, Stretto, https://cases.stretto.com/PrimeTrust.  In addition, copies of the pleadings also may be downloaded for a fee from the Court's website, www.deb.uscourts.gov.  To access documents on the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that a Zoom hearing with respect to the First Day Motions is scheduled for **August 25, 2023 at 3:30 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware (the "First Day Hearing").  Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing at the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIscuurqzkuGFCPuW66VKTbBJudOkhkeNI

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 24, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |