**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR VIDEO FIRST DAY HEARING ON AUGUST 25, 2023 AT 3:30 P.M. (EASTERN
TIME) BEFORE THE HONORABLE J. KATE STICKLES**

**THIS HEARING WILL BE CONDUCTED ENTIRELY VIA ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING.**

https://debuscourts.zoomgov.com/meeting/register/vJIscuurqzkuGFCPuW66VKTbBJudOkhkeNI

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

**RELATED MATTERS**[2]

A.    <u>Voluntary Petitions</u>

      1.    Prime Core Technologies Inc. – Case No. 23-11161 (JKS) (Filed 8/14/23) [Docket No. 1]

      2.    Prime Trust, LLC – Case No. 23-11162 (JKS) (Filed 8/14/23) [Docket No. 1]

      3.    Prime IRA LLC – Case No. 23-11164 (JKS) (Filed 8/14/23) [Docket No. 1]

      4.    Prime Digital, LLC – Case No. 23-11168 (JKS) (Filed 8/14/23) [Docket No. 1]

B.    Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

**MATTERS GOING FORWARD**

C.    First-Day Motions

      1.    Motion of Debtors for Entry of Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Filed 8/15/23; Docket No. 3].

      Status: This matter is going forward.

      2.    Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List, (II) Authorizing Redaction of Certain Personally Identifiable Information, (III) Authorizing the Debtors to Serve Certain Parties by E-mail, (IV) Approving Certain Notice Procedures, and (V) Granting Related Relief [Filed 8/24/23; Docket No. 15].

      Status: This matter is going forward.

      3.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Filed 8/24/23; Docket No. 16].

      Status: This matter is going forward.

      4.    Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance

---

[2]    Copies of all petitions, motions, and other pleadings referenced herein are available online at the following website: https://cases.stretto.com/primetrust.

Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief [Filed 8/24/23; Docket No. 17].

Status: This matter is going forward on an interim basis.

5.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 8/24/23; Docket No. 21].

Status: This matter is going forward on an interim basis.

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [Filed 8/24/23; Docket No. 18].

Status: This matter is going forward on an interim basis.

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief [Filed 8/24/23; Docket No. 19].

Status: This matter is going forward on an interim basis.

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20].

Status: This matter is going forward on an interim basis.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 24, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:       mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:       dazman@mwe.com
             jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:       gsteinman@mwe.com

*Proposed Counsel for the Debtors and Debtors in Possession*