# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On August 24, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, via electronic mail on the service list attached hereto as **Exhibit C**, and on forty-eight (48) confidential parties not included herein:

- **Notice of Bankruptcy Filing and First-Day Motions and Related Pleadings** (Docket No. 22)

- **Notice of Agenda of Matters Scheduled for Video First Day Hearing on August 25, 2023 at 3:30 P.M. (Eastern Time) Before the Honorable J. Kate Stickles** (Docket No. 23)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 25, 2023

*Andrew Fitzpatrick*
Andrew K. Fitzpatrick

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 25th day of August 2023 by Andrew K. Fitzpatrick.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Allegheny Casualty Company | Attn: Legal Dept | One Newark Center 20th Floor | | Newark | NJ | 07102 | |
| Allsec Technologies Limited | Attn: Legal Department | 6303 Commerce Dr. Suite 175 | | Irving | TX | 75063 | |
| Alpha Surety | Attn: Legal Dept | 650 S. Shackleford Rd Suite 325 | | Little Rock | AR | 72211 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| Arizona Department of Revenue | Attn: Customer Care | PO Box 29086 | | Phoenix | AZ | 85038 | |
| Arkansas Secretary of State | Attn: Legal Dept | 500Woodlane St State Capitol Ste256 | | Little Rock | AR | 72201 | |
| AWS | Attn: Legal Dept | 10 Terry Ave North | | Seattle | WA | 98109-5210 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| BMO Harris Bank N.A. | Attn: Legal Dept | PO Box 755 | | Chicago | IL | 60690 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| City of Aurora | Attn: Legal Dept | 15151 E Alameda Pkwy | | Aurora | CO | 80012 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| Connecticut Dept of Revenue Svcs | Attn: Legal Dept | 450 Columbus Blvd | | Hartford | CT | 06103 | |
| COX | Attn: Legal Dept | PO Box 1259 | | Oaks | PA | 19456 | |
| Cross River Bank | Attn: Legal Dept | 2115 Linwood Avenue | | Fort Lee | NJ | 07024 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 55 Elm St | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| DC Office of Tax and Revenue | Attn: Legal Dept | 1101 4th St SW  #270 | | Washington | DC | 20024 | |
| Deel Inc. | Attn: Legal Dept | 425 1st | | San Francisco | CA | 94107 | |
| Fireblock | Attn: Legal Dept | 221 River Street 9th Floor | | Hoboken | NJ | 07030 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Georgia Dept. of Revenue | Attn: Legal Dept | PO Box 740387 | | Atlanta | GA | 30374 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| Illinois Department of Revenue | Attn: Legal Dept | 101 W Jefferson St | Willard Ice Building | Springfield | IL | 62629 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Intact Services USA | Attn: Legal Dept | PO Box 371871 | | Pittsburgh | PA | 15250-7871 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Attn: Legal Dept | Box 7704 | | San Francisco | CA | 94120 | |
| Iowa Department of Revenue | Attn: Legal Dept | 1305 E Walnut St 4th Floor | | Des Moines | IA | 50319 | |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional FundServices | 430 W 7th, Suite 219265 | c/o DST Systems, Inc. | Kansas City | MO | 64105-1407 | |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional FundServices | PO Box 219265 | | Kansas City | MO | 64121-9265 | |
| Kansas Department of Revenue | Attn: Legal Dept | 1883 W 21st St | | Wichita | KS | 67203 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Lexicon Bank | Attn: Legal Dept | 330 S Rampart Blvd Suite 150 | | Las Vegas | NV | 89145 | |
| Lower Merion Township | Attn: Legal Dept | 75 E Lancaster Ave | | Ardmore | PA | 19003 | |
| Lumen (CenturyLink Communications) | Attn: Legal Dept | PO Box 4918 | | Monroe | LA | 71211-4918 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg  7th Fl | Lansing | MI | 48909 | |
| MI Dept Treasury - Coll Svcs Bureau | Attn: Legal Dept | PO Box 30199 | | Lansing | MI | 48909 | |
| Microsoft (Azure) | Attn: Legal Dept | One Microsoft Way | | Redmond | WA | 98052 | |
| Minnesota Department of Revenue | Attn: Legal Dept | 600 Robert St N | | St Paul | MN | 55101 | |
| Mississippi Department of Revenue | Attn: Legal Dept | 500 Clinton Center Dr | | Clinton | MS | 39056 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Nevada Department of Taxation | Attn: Commerce Tax Remittance | PO Box 51180 | | Los Angeles | CA | 90051-5480 | |
| New Mexico Taxation & Revenue Dept | Attn: Legal Dept | PO Box 25127 | | Santa Fe | NM | 87504 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Division of Employer Accounts | Attn: Legal Dept | PO Box 059 | | Trenton | NJ | 08625 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| North Carolina Dept of Revenue | Attn: Legal Dept | 3500 Latrobe Dr Ste 300 | | Charlotte | NC | 28211 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of State Tax Commissioner | Attn: Legal Dept | 600 E. Boulevard Ave. Dept. 127 | | Bismarck | ND | 58505 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| Ohio Department of Taxation | Attn: Legal Dept | 4485 Northland Ridge Blvd | | Columbus | OH | 43229 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Department of Revenue | Attn: Legal Dept | PO Box 280431 | | Harrisburg | PA | 17128 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| Piermont Bank N.A. | Attn: Legal Dept | 4 Bryant Park 3rd Floor | | New York | NY | 10018 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| Robert Half International Inc. | Attn: Legal Dept | PO Box 743295 | | Los Angeles | CA | 90074-3295 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Socure Inc. | Attn: Legal Department | 330 Seventh Avenue Suite 200 | | New York | NY | 10001-5279 | |
| SoftServe Inc. | Attn: Legal Dept | 12800 University Drive, Suite 410 | | Fort Myers | FL | 33907 | |
| South Carolina Dept of Revenue | Attn: Legal Dept | 300 A Outlet Pointe Blvd | | Columbia | SC | 29210 | |
| State of California | c/o Withhold Svcs Compl MS-F182 FTB | PO Box 942867 | | Sacramento | CA | 94267 | |
| State of Delaware | Attn: Legal Dept | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 | |
| State of Massachusetts | Attn: MA Western Regional Office | 1 Federal St Building 103-2 | | Springfield | MA | 01105 | |
| Texas Comptroller of Public Accts | Attn: Legal Dept | PO Box 149348 | | Austin | TX | 78714 | |
| The Hartford | Attn: Legal Dept | Business Center, 3600 Wiseman Blvd | | San Antonio | TX | 78251 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn: Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Virginia Department of Taxation | Attn: Legal Dept | PO Box 1498 | | Richmond | VA | 23218 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| West Virginia Tax Division | Attn: Legal Dept | PO Box 2389 | | Charleston | WV | 25328 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Woodruff Sawyer | Attn: Legal Dept | 50 California Street, Floor 12 | | San Francisco | CA | 94111 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 3 of 3

Document Ref: SDM5V-FXKRM-WASAC-V9NEF

Page 5 of 9

# **<u>Exhibit B</u>**



## Exhibit B
Served via Facsimile

| Name | Attention | Fax |
|---|---|---|
| Internal Revenue Service | | 267-941-1015 |
| Office of the Attorney General for the District of Columbia | | 202-347-8922 |
| Office of the Attorney General for the District of Puerto Rico | | 787-771-4043 |
| Office of the Attorney General for the State of Alabama | | 334-242-2433 |
| Office of the Attorney General for the State of Alaska | | 907-269-5110 |
| Office of the Attorney General for the State of Arizona | | 602-542-4085 |
| Office of the Attorney General for the State of Arkansas | | 501-682-8084 |
| Office of the Attorney General for the State of California | | 916-323-5341 |
| Office of the Attorney General for the State of Colorado | | 720-508-6030 |
| Office of the Attorney General for the State of Connecticut | | 860-808-5387 |
| Office of the Attorney General for the State of Florida | | 850-410-1630 |
| Office of the Attorney General for the State of Georgia | | 404-657-8733 |
| Office of the Attorney General for the State of Hawaii | | 808-586-1239 |
| Office of the Attorney General for the State of Idaho | | 208-854-8071 |
| Office of the Attorney General for the State of Indiana | | 317-232-7979 |
| Office of the Attorney General for the State of Iowa | | 515-281-4209 |
| Office of the Attorney General for the State of Kansas | | 785-296-6296 |
| Office of the Attorney General for the State of Kentucky | | 502-564-2894 |
| Office of the Attorney General for the State of Louisiana | | 225-326-6797 |
| Office of the Attorney General for the State of Michigan | | 517-335-7644 |
| Office of the Attorney General for the State of Minnesota | | 651-282-2155 |
| Office of the Attorney General for the State of Mississippi | | 601-359-4231 |
| Office of the Attorney General for the State of Missouri | | 573-751-5818 |
| Office of the Attorney General for the State of Montana | | 406-444-3549 |
| Office of the Attorney General for the State of Nebraska | | 402-471-3297 |
| Office of the Attorney General for the State of Nevada | | 775-684-1108 |
| Office of the Attorney General for the State of New Hampshire | | 603-271-2110 |
| Office of the Attorney General for the State of New Jersey | | 609-292-3508 |
| Office of the Attorney General for the State of New Mexico | | 505-490-4883 |
| Office of the Attorney General for the State of New York | | 866-413-1069 |
| Office of the Attorney General for the State of North Carolina | | 919-716-6050 |
| Office of the Attorney General for the State of North Dakota | | 701-328-2226 |
| Office of the Attorney General for the State of Oklahoma | | 405-521-6246 |
| Office of the Attorney General for the State of Oregon | | 503-378-4017 |
| Office of the Attorney General for the State of Pennsylvania | | 717-787-8242 |
| Office of the Attorney General for the State of Rhode Island | | 401-274-3050 |
| Office of the Attorney General for the State of South Carolina | | 803-253-6283 |
| Office of the Attorney General for the State of South Dakota | | 605-773-4106 |
| Office of the Attorney General for the State of Tennessee | | 615-741-2009 |
| Office of the Attorney General for the State of Texas | | 512-475-2994 |
| Office of the Attorney General for the State of Utah | | 801-538-1121 |
| Office of the Attorney General for the State of Vermont | | 802-828-3187 |
| Office of the Attorney General for the State of Virginia | | 804-225-4378 |
| Office of the Attorney General for the State of West Virginia | | 304-558-0140 |
| Office of the Attorney General for the State of Wisconsin | | 608-267-2779 |
| Office of the Attorney General for the State of Wyoming | | 307-777-6869 |
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey, Esq. | 302-573-6497 |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 202-772-9295 |
| US Attorney's Office for the District of Delaware | | 302-573-6220 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

Document Ref: SDM5V-FXKRM-WASAC-V9NEF

Page 7 of 9

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allsec Technologies Limited | | | nandesh@allsectech.com |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Florida | | | ashley.moody@myfloridalegal.com |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Idaho | | | lawrence.wasden@ag.idaho.gov |
| Office of the Attorney General for the State of Illinois | | | info@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kansas | | | derek.schmidt@ag.ks.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Minnesota | | | Attorney.General@ag.state.mn.us |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of New Mexico | | | hbalderas@nmag.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Oregon | | | ellen.rosenblum@dog.state.or.us |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of Virginia | | | mail@oag.state.va.us |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Socure Inc. | | | rhon@socure.com |
| US Attorney's Office for the District of Delaware | | | usade.press@usdoj.gov |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1