# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Prime Core Technologies Inc., *et al.*, | ) Case 23-11161 (JKS) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Joseph R. Dunn of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. as counsel to Polaris Ventures.

/s/ Michael R. Nestor
Michael R. Nestor (No. 3526)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: mnestor@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 25, 2023

/s/ Joseph R. Dunn
Joseph R. Dunn
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Email: jrdunn@mintz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: August 25th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE