**Prime Corp Technologies 23-11161**
**August 25, 2023 - 3:30PM**
**First Day Motions**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Emery | Andrew | Kado | |
| Michael | Ashe | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Darren | Azman | Debtors | McDermott Will & Emery LLP |
| Irwin | Azman | Interested Party | |
| Zachary | Bodmer | 450 Investments LLC | |
| Albert | Chao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Alwyn | Clarke | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Joseph | Cudia | United States Trustee | |
| Mia | DAndrea | BMO Harris Bank | Chapman and Cutler LLP |
| Joseph | Dunn | Polaris Ventures | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Nathan | Elner | N9 Advisors LLC | Sidley Austin LLP |
| Kenneth | Enos | Desolation Holdings | YCST |
| Samson | Enzer | Prime Trust Directors and Officers | Cahill Gordon & Reindel LLP |
| Joseph | Evans | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| William | Firth, III | Allegheny Casualty Company | Pashman Stein Walder Hayden, P.C. |
| David | Forsh | Kado Money | Raines Feldman Littrell LLP |
| chris | gastelu | self | |
| Greg | Gilman | self | |
| Greer | Griffith | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Karen | Grivner | Tom Pageler | Clark Hill |
| John | Guedry | Prime Trust | McDermott, Will and Emery |
| Joel | Hibbard | None | |
| Razmig | Izakelian | Desolation Holdings | Quinn Emanuel Urquhart & Sullivan LLP |
| Julia | Jiang | Debtor | M3 Partners |
| Maris | Kandestin | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Tobias | Keller | Tiki Labs, Inc. dba Audius | Tobias S. Keller |
| Phillip | Khezri | N/A | Lowenstein Sandler LLP |
| Andrew | Kim | Prime Corp | |
| Andrew | Kramer | TAP Advisors | TAP Advisors |
| Jor | Law | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Ethan | Legow | Protego | TAP Advisors |
| Dominic | Litz | Interested Party | |
| Trent | Martensen | Pearl | TAP Advisors |

| | | | |
|---|---|---|---|
| Mathilda | McGee-Tubb | Polaris Ventures | Mintz |
| Marcy | McLaughlin Smith | AnchorCoin LLC | Troutman Pepper Hamilton Sanders LLP |
| Chris | McMillan | TAP Advisors | |
| William | Murphy | Prime Trust | M3 Partners |
| Michael | Nestor | Polaris Ventures | Young Conaway Stargatt & Taylor, LLP |
| James | Nguyen-Phan | Guest | |
| Abigail | O'Brient | Polaris Ventures | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Jordan | Olsen | Dundon | |
| Matt | Parrella | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| John | Patouhas | Party In Interest | |
| Neil | Peretz | AnchorCoin US LLC | Enumero Law |
| Goutham | Ravichandran | Protego | TAP Advisors |
| Jason | Rosell | Interested Party | |
| Jullian | Sekona | Tiki Labs Inc. | Keller Benvenutti Kim LLP |
| Tiffany | Solari | Tom Pageler | Clark Hill PLC |
| Peter | Sprofera | Self | |
| Court | Staff | USBC | |
| Gregg | Steinman | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Paula | Subda | USBC | USBC |
| Cole | Thieme | Prime Trust | M3 Partners |
| Patricia | Tomasco | Bittrex, Inc. | Quinn Emanuel Urquhart & Sullivan |
| Rebecca | Trickey | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Patty | Wang | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| John | Weiss | Allegheny Casualty Company | Pashman Stein Walder Hayden, P.C. |
| Ben | Weissler | None | |
| Rachel | Werkheiser | USBC | USBC |
| John | Wilcox | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Grayson | Williams | Prime Core | McDermott Will & Emery LLP |
| Robert | Winning | Prime Corp | M3 |
| Michael | Wyse | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Jennifer Schein (Brown Rudnick LLP) | | interested party listen only | |