# Notice Recipients

| District/Off: 0311−1 | User: admin | Date Created: 8/28/2023 |
|---|---|---|
| Case: 23−11161−JKS | Form ID: van472 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Joseph F. Cudia | joseph.cudia@usdoj.gov |
| aty | Maris J. Kandestin | mkandestin@mwe.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Prime Core Technologies Inc. | 330 South Rampart Blvd. | Suite 260 | Las Vegas, NV 89145 | |
| aty | Darren Azman | One Vanderbilt Avenue | New York, NY 10017−3852 | | |
| aty | Gregg A. Steinman | McDermott Will & Emery LLP | 333 SE 2nd Avenue, Suite 4500 | Miami, FL 33131 | |
| aty | Joseph B. Evans | McDermott Will & Emery LLP | One Vanderbilt Avenue | New York, NY 10017 | |

TOTAL: 4