| Information to identify the case: | | |
|---|---|---|
| Debtor Name: Prime Core Technologies Inc., *et al.* | | EIN: 86-1755317 |
| United States Bankruptcy Court for the District of Delaware | | Date case filed for chapter 11: **August 14, 2023** |
| Case number: 23-11161 (JKS) | | |

Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                                                  12/17

---

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

In addition, such documents can be viewed and/or obtained from Stretto, Inc. at https://cases.stretto.com/primetrust or by calling (888) 533-4753 (toll free for U.S. and Canadian-based parties) or +1 (303) 536-6996 (for international parties) or sending an e-mail to PrimeCoreInquiries@stretto.com.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' Full Names | All Other Names Used in Last 8 Years | Case Numbers | Tax I.D. Numbers |
|---|---|---|---|
| Prime Core Technologies Inc. | N/A | 23-11161 (JKS) | 86-1755317 |
| Prime Trust, LLC | Prime Fintech Services, LLC | 23-11162 (JKS) | 81-2236823 |
| Prime IRA LLC | N/A | 23-11164 (JKS) | 84-3138436 |
| Prime Digital, LLC | N/A | 23-11168 (JKS) | 84-2264528 |

| | | |
|---|---|---|
| 2. | All other names used in the last 8 years | See above chart. |
| 3. | Address | 330 South Rampart Blvd., Suite 260<br>Las Vegas, NV 89145 |

Debtor: Prime Core Technologies Inc., *et al.*    Case Number (*if known*): 23-11161 (JKS)

| | | |
|---|---|---|
| 4. | **Debtors' attorney** | McDERMOTT WILL & EMERY LLP<br>Maris J. Kandestin<br>The Nemours Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br><br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br><br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 358-3500 |
| 5. | **Bankruptcy clerk's office** | Hours open: Monday − Friday 8:00 AM − 4:00 PM<br>Contact phone: 302−252−2900<br><br>Documents in this case may be filed at this address.<br><br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801<br><br>You may inspect all records filed in<br>this case at this office or online at www.pacer.gov or<br>at the Debtors' restructuring website at https://cases.stretto.com/primetrust. |
| 6. | **Meeting of creditors**<br>The Debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Date:        **September 25, 2023 at 2:00 p.m. (ET)**<br><br>The meeting will be held telephonically – please dial **1-800-857-5139**.<br>The access code is **7423951#**. |

Debtor: Prime Core Technologies Inc., *et al.*    Case Number (*if known*): 23-11161 (JKS)

| | | | |
|---|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims-information. | |
| | | Your claim will be allowed in the amount scheduled unless: | |
| | | <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount;  or</li><li>you receive another notice.</li></ul> | |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | You may review the schedules at the Bankruptcy Clerk's office or online at www.pacer.gov or at the Debtors' restructuring website at https://cases.stretto.com/primetrust. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge Deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline imposed by Federal Rule of Bankruptcy Procedure 4007(c). | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Bankruptcy cases under Chapter 11 of the Bankruptcy Code have been filed in this court by the Debtors listed herein, and orders for relief have been entered. Chapter 11 allows the debtor to reorganize or liquidate according to a plan. A plan is not effective unless confirmed by the court. You may receive a copy of a plan and a disclosure statement telling you about a plan, and you might have the opportunity to vote on a plan. You will receive notice of the date of a confirmation hearing, and you may object to confirmation of a plan and attend a confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the Bankruptcy Clerk's Office by the  deadline. | |

> **If you have any questions related to this notice, please call (888) 533-4753 (toll free for U.S. and Canadian-based parties) or +1 (303) 536-6996 (for international parties) or send an e-mail to PrimeCoreInquiries@stretto.com.  You may access documents and case information at https://cases.stretto.com/primetrust.**