IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Sep. 12, 2023 at 4:00 p.m. ET**<br>**Hrg. Date: Sep. 19, 2023 at 10:00 a.m. ET** |

**NOTICE OF HEARING ON MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE AS OF AUGUST 31, 2023, (II) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH, AND (III) <u>GRANTING RELATED RELIEF</u>**

TO:    (i) the U.S. Trustee; (ii) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (iii) the Internal Revenue Service; (iv) the Landlord; and (v) all parties that have requested notice pursuant to Bankruptcy Rule 2002

       PLEASE TAKE NOTICE that, on August 28, 2023, the above-captioned debtors (the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023, (II) Abandon De Minimis Property in Connection Therewith, and (III) Granting Related Relief* (the "<u>Motion</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

       An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, and served upon undersigned proposed counsel for the Debtors, so that it is received on or before 4:00 p.m. (ET) on September 12, 2023.

       A HEARING ON THE MOTION WILL BE HELD ON SEPTEMBER 19, 2023 AT 10:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 28, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email:      mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email:      dazman@mwe.com
            jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email:      gsteinman@mwe.com

*Proposed Counsel for the Debtors and Debtors in Possession*