# IN THE UNITED STATES BANKRUPTCY COURT
## OFFICE OF THE UNITED STATES TRUSTEE
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that the document filed at D.I. 49 has been withdrawn as it was filed in error.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Joseph F. Cudia*
Joseph F. Cudia
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (202) 934-4051
E-Mail: joseph.cudia@usdoj.gov

DATED: August 29, 2023

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145