## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**, and on forty-eight (48) confidential parties not included herein:

- **Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., in Support of Chapter 11 Petitions and First Day Motions** (Docket No. 14)

- **Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief** (Docket No. 15)

- **Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date** (Docket No. 16)

- **Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (II) Granting Related Relief** (Docket No. 17)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** (Docket No. 18)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 19)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply With Requirements Set Forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief** (Docket No. 20)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 21)

- **Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 33)

- **Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 34)

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** (Docket No. 37)

- **Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 38)

- **Interim Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief Procedures, and (V) Granting Related Relief** (Docket No. 39)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Interim Order (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests,  and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (II) Granting Related Relief** (Docket No. 41)

- **Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply With Requirements Set Forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief** (Docket No. 42)

Furthermore, on August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (II) Granting Related Relief**  (Docket No. 17)

- **Interim Order (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests,  and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (II) Granting Related Relief** (Docket No. 41)

Furthermore, on August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief**  (Docket No. 18)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 19)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply With Requirements Set Forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief** (Docket No. 20)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 21)

- **Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 34)

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** (Docket No. 37)

- **Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 38)

- **Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply With Requirements Set Forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief** (Docket No. 42)

Furthermore, on August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** (Docket No. 18)

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** (Docket No. 37)

Furthermore, on August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 19)

- **Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising Under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (II) Granting Related Relief** (Docket No. 34)

Furthermore, on August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 21)

- **Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 38)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 29, 2023

_Andrew Fitzpatrick_
Andrew K. Fitzpatrick

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 29th day of August 2023 by Andrew K. Fitzpatrick.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Allsec Technologies Limited | Attn: Legal Department | 6303 Commerce Dr. Suite 175 | | Irving | TX | 75063 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 55 Elm St | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg 7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Socure Inc. | Attn: Legal Department | 330 Seventh Avenue Suite 200 | | New York | NY | 10001-5279 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn:  Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: BU68G-EUCUU-NWTTX-FGFJG

Page 8 of 21

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allsec Technologies Limited | | | nandesh@allsectech.com |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com pattytomasco@quinnemanuel.com danielholzman@quinnemanuel.com alainjaquet@quinnemanuel.com razmigizakelian@quinnemanuel.com joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com kenos@ycst.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Florida | | | ashley.moody@myfloridalegal.com |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Idaho | | | lawrence.wasden@ag.idaho.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kansas | | | derek.schmidt@ag.ks.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Minnesota | | | Attorney.General@ag.state.mn.us |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of New Mexico | | | hbalderas@nmag.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Oregon | | | ellen.rosenblum@dog.state.or.us |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of Virginia | | | mail@oag.state.va.us |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Socure Inc. | | | rhon@socure.com |
| US Attorney's Office for the District of Delaware | | | usade.press@usdoj.gov |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: BU68G-EUCUU-NWTTX-FGFJG

# **Exhibit C**

Document Ref: BU68G-EUCUU-NWTTX-FGFJG



**Exhibit C**

Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| AWS | 10 Terry Ave North | Seattle | WA | 98109-5210 |
| COX | PO Box 1259 | Oaks | PA | 19456 |
| Fireblock | 221 River Street, 9th Floor | Hoboken | NJ | 07030 |
| Lumen (CenturyLink Communications) | PO Box 4918 | Monroe | LA | 71211-4918 |
| Microsoft (Azure) | One Microsoft Way | Redmond | WA | 98052 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: BU68G-EUCUU-NWTTX-FGFJG

# **<u>Exhibit D</u>**



**Exhibit D**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| BMO Harris Bank N.A. | Attn: Legal Dept | PO Box 755 | | Chicago | IL | 60690 |
| Cross River Bank | Attn: Legal Dept | 2115 Linwood Avenue | | Fort Lee | NJ | 07024 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional FundServices | 430 W 7th, Suite 219265 | c/o DST Systems, Inc. | Kansas City | MO | 64105-1407 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional FundServices | PO Box 219265 | | Kansas City | MO | 64121-9265 |
| Lexicon Bank | Attn: Legal Dept | 330 S Rampart Blvd Suite 150 | | Las Vegas | NV | 89145 |
| Piermont Bank N.A. | Attn: Legal Dept | 4 Bryant Park 3rd Floor | | New York | NY | 10018 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit E**



**Exhibit E**
Served via First-Classs Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Allegheny Casualty Company | One Newark Center, 20th Floor | Newark | NJ | 07102 |
| Alpha Surety | 650 S. Shackleford Rd, Suite 325 | Little Rock | AR | 72211 |
| Intact Services USA | PO Box 371871 | Pittsburgh | PA | 15250-7871 |
| The Hartford | Business Center, 3600 Wiseman Blvd | San Antonio | TX | 78251 |
| Woodruff Sawyer | 50 California Street, Floor 12 | San Francisco | CA | 94111 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **<u>Exhibit F</u>**



**Exhibit F**

Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Deel, Inc. | 425 1st | San Francisco | CA | 94107 |
| Robert Half International, Inc. | PO Box 743295 | Los Angeles | CA | 90074-3295 |
| SoftServe, Inc. | 12800 University Drive, Suite 410 | Fort Myers | FL | 33907 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit G**

Document Ref: BU68G-EUCUU-NWTTX-FGFJG



**Exhibit G**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arizona Department of Revenue | Attn: Customer Care | PO Box 29086 | | Phoenix | AZ | 85038 |
| Arkansas Secretary of State | | 500 Woodlane St, State Capitol, Suite 256 | | Little Rock | AR | 72201 |
| City of Aurora | | 15151 E Alameda Pkwy | | Aurora | CO | 80012 |
| Connecticut Department of Revenue Services | | 450 Columbus Blvd | | Hartford | CT | 06103 |
| DC Office of Tax and Revenue | | 1101 4th St SW  #270 | | Washington | DC | 20024 |
| Georgia Dept. of Revenue | | PO Box 740387 | | Atlanta | GA | 30374 |
| Illinois Department of Revenue | | Willard Ice Building, 101 W Jefferson St | | Springfield | IL | 62629 |
| Internal Revenue Service | | Box 7704 | | San Francisco | CA | 94120 |
| Iowa Department of Revenue | | 1305 E Walnut St, 4th Floor | | Des Moines | IA | 50319 |
| Kansas Department of Revenue | | 1883 W 21st St | | Wichita | KS | 67203 |
| Lower Merion Township | | 75 E Lancaster Ave | | Ardmore | PA | 19003 |
| Michigan Department of Treasury - Collection Services Bureau | | PO Box 30199 | | Lansing | MI | 48909 |
| Minnesota Department of Revenue | | 600 Robert St N | | St Paul | MN | 55101 |
| Mississippi Department of Revenue | | 500 Clinton Center Dr | | Clinton | MS | 39056 |
| Nevada Department of Taxation | Attn: Commerce Tax Remittance | PO Box 51180 | | Los Angeles | CA | 90051-5480 |
| New Mexico Taxation & Revenue Department | | PO Box 25127 | | Santa Fe | NM | 87504 |
| NJ Division of Employer Accounts | | PO Box 059 | | Trenton | NJ | 08625 |
| North Carolina Department of Revenue | | 3500 Latrobe Dr, Ste 300 | | Charlotte | NC | 28211 |
| Office of State Tax Commissioner | | 600 E. Boulevard Ave., Dept. 127 | | Bismarck | ND | 58505 |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | Columbus | OH | 43229 |
| PA Department of Revenue | | PO Box 280431 | | Harrisburg | PA | 17128 |
| South Carolina Department of Revenue | | 300 A Outlet Pointe Blvd | | Columbia | SC | 29210 |
| State of California | c/o Withholding Services and Compliance MS-F182 Franchise Tax Board | PO Box 942867 | | Sacramento | CA | 94267 |
| State of Delaware | | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |
| State of Massachusetts | Attn: Massachusetts Western Regional Office | 1 Federal St Building 103-2 | | Springfield | MA | 01105 |
| Texas Comptroller of Public Accounts | | PO Box 149348 | | Austin | TX | 78714 |
| Virginia Department of Taxation | | PO Box 1498 | | Richmond | VA | 23218 |
| West Virginia Tax Division | | PO Box 2389 | | Charleston | WV | 25328 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1