## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 16** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF STRETTO, INC. AS CLAIMS AND NOTICING
AGENT EFFECTIVE AS OF THE PETITION DATE**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 24, 2023, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 16] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On August 25, 2023, the Court conducted a hearing (the "First Day Hearing") with respect to the Application. At the conclusion of the First Day Hearing, the Court approved the Application on the record of the First Day Hearing, subject to certain modifications to the proposed form of order attached as an exhibit to the Application (the "Proposed Order").

3. Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the First Day Hearing (the "Revised Proposed Order").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

Attached hereto as **Exhibit B** is a redline comparing the Proposed Order with the Revised Proposed Order.

4. The Debtors circulated the Revised Proposed Order to the Office of the United States Trustee, who has no objection to entry of the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  August 29, 2023<br>　　　　　Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> /s/ *Maris J. Kandestin*　　　　　　　<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:　　mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:　　dazman@mwe.com<br>　　　　　jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:　　gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |