**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: Prime Core Technologies Inc., *et al.*,[1] Debtors. | Chapter 11 Case No. 23-11161 (JKS) (Jointly Administered) |
|---|---|

**AFFIDAVIT OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on Great Wash Park LLC, Attn: Legal Dept at 420 N Rampart Blvd, Suite 240, Las Vegas, NV 89145, via first-class mail on the service list attached hereto as **Exhibit A**, via first-class mail on forty-eight (48) confidential customers not included herein, via electronic mail on the service list attached hereto as **Exhibit B**, and via electronic mail on forty-seven (47) confidential customers not included herein:

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023; (II) Abandon De Minimis Property in Connection Therewith; and (III) Granting Related Relief** (Docket No. 47)

[SPACE LEFT INTENTIONALLY BLANK]

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

Furthermore, on August 30, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on Great Wash Park LLC, Attn: Andrea Blue at Tivoli Village, 420 S. Rampart Blvd, Suite 240, Las Vegas, NV 89145, and via electronic mail at ablue@vester.com:

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023; (II) Abandon De Minimis Property in Connection Therewith; and (III) Granting Related Relief** (Docket No. 47)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 30, 2023

James Nguyen-Phan
James Nguyen-Phan

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 30th day of August 2023 by James Nguyen-Phan.

Danielle Harnden
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A

# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allsec Technologies Limited | | 6303 Commerce Dr. Suite 175 | | Irving | TX | 75063 | |
| Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 55 Elm St | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General for the State of Oregon | | 1162 Court St Ne | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |
| Office of the Attorney General for the State of West Virginia | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey, Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Securities & Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Socure Inc. | | 330 Seventh Avenue Suite 200 | | New York | NY | 10001-5279 | |
| US Attorney’s Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

# **Exhibit B**



# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allsec Technologies Limited | | | nandesh@allsectech.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| Great Wash Park LLC | | | billing-tvq@tivolilv.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Florida | | | ashley.moody@myfloridalegal.com |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Idaho | | | lawrence.wasden@ag.idaho.gov |
| Office of the Attorney General for the State of Illinois | | | info@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kansas | | | derek.schmidt@ag.ks.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Minnesota | | | Attorney.General@ag.state.mn.us |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of New Mexico | | | hbalderas@nmag.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Oregon | | | ellen.rosenblum@dog.state.or.us |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of Virginia | | | mail@oag.state.va.us |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Socure Inc. | | | rhon@socure.com |
| US Attorney’s Office for the District of Delaware | | | usade.press@usdoj.gov |