**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: 9/12/23 at 4:00 p.m. (ET)**<br>**Hrg. Date: 9/19/23 at 10:00 a.m. (ET)** |
| | **Related to Docket Nos. 15, 17, 18, 19, 20, 21, 34, 37, 38, 39, 40, 42** |

## NOTICE OF FINAL HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on August 24, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the following motions requesting interim first-day relief (collectively, the "Motions"):

- *Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List, (II) Authorizing Redaction of Certain Personally Identifiable Information, (III) Authorizing the Debtors to Serve Certain Parties by E-mail, (IV) Approving Certain Notice Procedures, and (V) Granting Related Relief* [Docket No. 15];

- *Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief* [Docket No. 17];

- *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 18];

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

- *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief* [Docket No. 19];

- *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief* [Docket No. 20]; and

- *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 21].

**PLEASE TAKE FURTHER NOTICE** that, on August 25, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered orders granting each of the Motions on an interim basis (collectively, the "Interim Orders"). *See* Docket Nos. 34, 37, 38, 39, 40, 42. Copies of the Interim Orders were previously served upon you, and copies of the Motions and Interim Orders can also be obtained without charge from the Debtors' case-designated website maintained by their Court-appointed claims and noticing agent: https://stretto.cases.com/primetrust.

**PLEASE TAKE FURTHER NOTICE** that a final hearing (the "Final Hearing") on the Motions will be held on **September 19, 2023 at 10:00 a.m. (ET),** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motions and the entry of final orders approving the Motions must be filed on or before **September 12, 2023 at**

**4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the Court and served upon the following parties so as to be actually received by the Objection Deadline: (a) Prime Core Technologies Inc., 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145 (Attn: Jor Law); (b) proposed counsel to the Debtors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017 (Attn: Darren Azman and Joseph B. Evans), 333 SE 2nd Avenue, Suite 5400, Miami, FL 33131 (Attn: Gregg Steinman), <u>and</u> 1000 N. West Street, Suite 1400, Wilmington, DE 19801 (Attn: Maris J. Kandestin); (c) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph F. Cudia); and (d) any party that requests service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED AND ENTER FINAL ORDERS ON THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 31, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

  */s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:       mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:       dazman@mwe.com
         jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:   (305) 347-6500
Email:        gsteinman@mwe.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*