IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Rebecca E. Trickey to represent Prime Core Technologies Inc. and its affiliated debtors in the above-captioned cases.

Dated: September 1, 2023

/s/ *Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
**McDERMOTT WILL & EMERY LLP**
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Email:  mkandestin@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 1, 2023

/s/ *Rebecca E. Trickey*
Rebecca E. Trickey
**McDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:  (872) 270-2268
Email:  rtrickey@mwe.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: September 1st, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE