## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                          Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 31, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via first-class mail on forty-eight (48) confidential customers not included herein, via electronic mail on the service list attached hereto as **Exhibit B**, and via electronic mail on forty-four (44) confidential customers not included herein:

- **Notice of Final Hearing on First Day Motions** (Docket No. 63)

- **Notice of Change of Debtors' Address** (Docket No. 64)

Furthermore, on August 31, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Final Hearing on First Day Motions** (Docket No. 63)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 5, 2023

_____
Andrew K. Fitzpatrick

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 5th day of September 2023 by Andrew K. Fitzpatrick.

_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr. #03-153, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Allsec Technologies Limited | | 6303 Commerce Dr. Suite 175 | | Irving | TX | 75063 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 55 Elm St | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General for the State of Oregon | | 1162 Court St NE | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |
| Office of the Attorney General for the State of West Virginia | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey, Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Socure Inc. | | 330 Seventh Avenue Suite 200 | | New York | NY | 10001-5279 | |
| US Attorney's Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: GJBG5-YM69Q-2HHXV-CEFAK

Page 4 of 9

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allsec Technologies Limited | | | nandesh@allsectech.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com pattytomasco@quinnemanuel.com danielholzman@quinnemanuel.com alainjaquet@quinnemanuel.com razmigizakelian@quinnemanuel.com joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kansas | | | derek.schmidt@ag.ks.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Socure Inc. | | | rhon@socure.com |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| US Attorney's Office for the District of Delaware | | | usade.press@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

Document Ref: GJBG5-YM69Q-2HHXV-CEFAK

Page 6 of 9

# Exhibit C



## Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Allegheny Casualty Company | | One Newark Center, 20th Floor | | Newark | NJ | 07102 |
| Alpha Surety | | 650 S. Shackleford Rd, Suite 325 | | Little Rock | AR | 72211 |
| Arizona Department of Revenue | Attn: Customer Care | PO Box 29086 | | Phoenix | AZ | 85038 |
| Arkansas Secretary of State | | 500 Woodlane St, State Capitol, Suite 256 | | Little Rock | AR | 72201 |
| AWS | | 10 Terry Ave North | | Seattle | WA | 98109-5210 |
| BMO Harris Bank, N.A. | | PO Box 755 | | Chicago | IL | 60690 |
| City of Aurora | | 15151 E Alameda Pkwy | | Aurora | CO | 80012 |
| Connecticut Department of Revenue Services | | 450 Columbus Blvd | | Hartford | CT | 06103 |
| COX | | PO Box 1259 | | Oaks | PA | 19456 |
| Cross River Bank | | 2115 Linwood Avenue | | Fort Lee | NJ | 07024 |
| DC Office of Tax and Revenue | | 1101 4th St SW  #270 | | Washington | DC | 20024 |
| Deel, Inc. | | 425 1st | | San Francisco | CA | 94107 |
| Fireblock | | 221 River Street, 9th Floor | | Hoboken | NJ | 07030 |
| Georgia Dept. of Revenue | | PO Box 740387 | | Atlanta | GA | 30374 |
| Illinois Department of Revenue | | Willard Ice Building, 101 W Jefferson St | | Springfield | IL | 62629 |
| Intact Services USA | | PO Box 371871 | | Pittsburgh | PA | 15250-7871 |
| Internal Revenue Service | | Box 7704 | | San Francisco | CA | 94120 |
| Iowa Department of Revenue | | 1305 E Walnut St, 4th Floor | | Des Moines | IA | 50319 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services | PO Box 219265 | | Kansas City | MO | 64121-9265 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services c/o DST Systems, Inc. | 430 W 7th, Suite 219265 | | Kansas City | MO | 64105-1407 |
| Kansas Department of Revenue | | 1883 W 21st St | | Wichita | KS | 67203 |
| Lexicon Bank | | 330 S Rampart Blvd Suite 150 | | Las Vegas | NV | 89145 |
| Lower Merion Township | | 75 E Lancaster Ave | | Ardmore | PA | 19003 |
| Lumen (CenturyLink Communications) | | PO Box 4918 | | Monroe | LA | 71211-4918 |
| Michigan Department of Treasury - Collection Services Bureau | | PO Box 30199 | | Lansing | MI | 48909 |
| Microsoft (Azure) | | One Microsoft Way | | Redmond | WA | 98052 |
| Minnesota Department of Revenue | | 600 Robert St N | | St Paul | MN | 55101 |
| Mississippi Department of Revenue | | 500 Clinton Center Dr | | Clinton | MS | 39056 |
| Nevada Department of Taxation | Attn: Commerce Tax Remittance | PO Box 51180 | | Los Angeles | CA | 90051-5480 |
| New Mexico Taxation & Revenue Department | | PO Box 25127 | | Santa Fe | NM | 87504 |
| NJ Division of Employer Accounts | | PO Box 059 | | Trenton | NJ | 08625 |
| North Carolina Department of Revenue | | 3500 Latrobe Dr, Ste 300 | | Charlotte | NC | 28211 |
| Office of State Tax Commissioner | | 600 E. Boulevard Ave., Dept. 127 | | Bismarck | ND | 58505 |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | Columbus | OH | 43229 |
| PA Department of Revenue | | PO Box 280431 | | Harrisburg | PA | 17128 |
| Piermont Bank, N.A. | | 4 Bryant Park 3rd Floor | | New York | NY | 10018 |
| Robert Half International, Inc. | | PO Box 743295 | | Los Angeles | CA | 90074-3295 |
| SoftServe, Inc. | | 12800 University Drive, Suite 410 | | Fort Myers | FL | 33907 |
| South Carolina Department of Revenue | | 300 A Outlet Pointe Blvd | | Columbia | SC | 29210 |
| State of California | c/o Withholding Services and Compliance MS-F182 Franchise Tax Board | PO Box 942867 | | Sacramento | CA | 94267 |
| State of Delaware | | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2

Document Ref: GJBG5-YM69Q-2HHXV-CEFAK

Page 8 of 9



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of Massachusetts | Attn: Massachusetts Western Regional Office | 1 Federal St Building 103-2 | | Springfield | MA | 01105 |
| Texas Comptroller of Public Accounts | | PO Box 149348 | | Austin | TX | 78714 |
| The Hartford | | Business Center, 3600 Wiseman Blvd | | San Antonio | TX | 78251 |
| Virginia Department of Taxation | | PO Box 1498 | | Richmond | VA | 23218 |
| West Virginia Tax Division | | PO Box 2389 | | Charleston | WV | 25328 |
| Woodruff Sawyer | | 50 California Street, Floor 12 | | San Francisco | CA | 94111 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: GJBG5-YM69Q-2HHXV-CEFAK

Page 9 of 9