IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 55 & 57** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE OF
HEARING ON THE DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES
FOR THE SALE OF ALL OF THE DEBTORS' EQUITY OR ALL OR
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 30, 2023, the Debtors filed the Debtors' Motion for Entry of (a) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 55] (the "Bid Procedures Motion").

2. Also on August 30, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets* [Docket No.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

57] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware (the "Court").

3. As indicated in the Motion to Shorten, as of the time of filing, the Office of the United States Trustee (the "U.S. Trustee") did not support entry of an order approving the Motion to Shorten, pending the position of the official committee of unsecured creditors (the "Committee"), which the U.S. Trustee has appointed on August 29, 2023, but which had not yet retained counsel.  Subsequently, the Committee indicated its approval of the relief requested in the Motion to Shorten.

4. On September 5, 2023, the Court provided the Debtors with a hearing date of September 13, 2023 at 3:00 p.m. (prevailing Eastern Time) for a hearing to take place with respect to the Bid Procedures Motion.  The Court also indicated that objections, if any, should be filed on or before 11 a.m. (prevailing Eastern Time) on September 11, 2023.

5. Attached hereto as **Exhibit A** is a revised proposed order granting the Motion to Shorten, which reflect the hearing date and objection deadline set forth above (the "Revised Proposed Order").  Attached hereto as **Exhibit B** is a redline comparing the original proposed order attached as an exhibit to the Motion to Shorten with the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  September 5, 2023<br>         Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>  /s/ *Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |