# **EXHIBIT B**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. —55 & —57** |

**ORDER SHORTENING NOTICE OF HEARING ON THE DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES FOR THE SALE OF ALL OF THE DEBTORS' EQUITY OR ALL OR SUBSTANTIALLY ALL OF DEBTORS' ASSETS**

Upon the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order (this "Order") (a) shortening the notice period for the hearing on the Bid Procedures Motion, (b) setting the date for the hearing to consider approval of the Bid Procedures and related relief no later than September 8, 2023 (the "Bidding Procedures Hearing"), and (c) permitting parties to file objections, if any, to the Bid Procedures at or before the Bid Procedures Hearing, all as more fully set forth in the Motion to Shorten; and upon consideration of the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion to Shorten in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 26010845 Griffith Peak Dr., #03-153, Las Vegas, NV 8914589135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

DM_US 199384685-1.121647.0011

order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion to Shorten having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1. The Motion to Shorten is **GRANTED** on as set forth herein.

2. A hearing on the Bid Procedures Motion shall take place on September ~~—~~13, 2023, at ~~[__]:[__] [a/~~3:00 p~~]~~.m. (prevailing Eastern Time) ~~(the "Bid Procedures Hearing")~~.

3. Objections, if any, to the relief requested in the Bid Procedures Motion are due ~~prior to or at the Bid Procedures Hearing~~on September 11, 2023, at 11:00 a.m. (prevailing Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

~~DM_US 199384685-1.121647.0011~~

Document comparison by Workshare Compare on Tuesday, September 5, 2023 4:06:27 PM

| Input: | |
|---|---|
| Document 1 ID | iManage://imanageus.mwe.com/dm_us/199384685/1 |
| Description | #199384685v1<imanageus.mwe.com> - Prime Trust - Order Approving Motion Shortening Notice of Hearing on Motion to Approve Bidding Procedures |
| Document 2 ID | iManage://imanageus.mwe.com/dm_us/199384685/2 |
| Description | #199384685v2<imanageus.mwe.com> - Prime Trust - Order Approving Motion Shortening Notice of Hearing on Motion to Approve Bidding Procedures |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 11 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |

| Total changes | 21 |
|---|---|