## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Sep. 12, 2023 at 4:00 p.m. ET**<br>**Hrg. Date: Sep. 19, 2023 at 10:00 a.m. ET** |

### MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AMENDING CASE CAPTION TO REFLECT CHANGE OF ADDRESS, EFFECTIVE AS OF SEPTEMBER 1, 2023, AND (II) GRANTING RELATED RELIEF

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>"), hereby move (the "<u>Motion</u>") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "<u>Proposed Order</u>") (i) authorizing the Debtors to amend the case caption for these Chapter 11 Cases, and to reflect their change of address, effective as of September 1, 2023, and (ii) granting related relief. In support thereof, the Debtors respectfully represent as follows:

### JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

2.       The legal predicates for the relief requested herein are sections 105(a) and 342(c) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002(n) and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9004-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.       The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with the Motion in the event that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

### A. The Chapter 11 Cases

4.       On August 14, 2023 (the "Petition Date"), each Debtor commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). These cases have been jointly administered for procedural purposes only.

5.       The Debtors continue to manage their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

6.       On August 29, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to Bankruptcy Code section 1102 (the "Committee") [Docket No. 51]. The Committee is comprised of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Polaris Ventures; (f) Stably Corporation; and (g) Austin Ward.

7.  Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of these Chapter 11 Cases, is set forth in the the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., in Support of Chapter 11 Petitions and First Day Motions*, which is incorporated by reference as if fully set forth herein.

**B.  Debtors' Former Headquarters**

8.  On August 28, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023; (II) Abandon De Minimis Property in Connection Therewith; and (III) Granting Related Relief* [Docket No. 47] (the "Lease Rejection Motion").  Pursuant to the Lease Rejection Motion, the Debtors seek to reject the lease of their former corporate headquarters ("Former Headquarters"), located at 330 South Rampart Blvd., Suite 260, Las Vegas, Nevada 89145, effective as of August 31, 2023.  The Debtors vacated their Former Headquarters and turned over the keys to same to the landlord, on August 31, 2023.

9.  As a result, the Debtors have changed the mailing address featured in their case caption from the address related to their Former Headquarters to 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

**RELIEF REQUESTED**

10.  The Debtors seek entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (a) authorizing the Debtors to amend the case caption used in the Chapter 11 Cases to reflect their change of address, effective as of September 1, 2023, and (b) granting related relief.

3

11. In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties on all pleadings and other flings be modified as follows:

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

---

## BASIS FOR RELIEF REQUESTED

12. Bankruptcy Rule 2002(n) provides, in pertinent part, "[t]he caption of every notice required to be given by the debtor to a creditor shall include the information required to be in the notice by § 342(c) of the Code." Fed. R. Bankr. P. 2002(n).

13. In turn, Bankruptcy Code section 342(c) requires that every notice required to be given by a debtor to a creditor include "the name, address, and last 4 digits of the taxpayer identification number of the debtor." 11 U.S.C. 342(c). Therefore, the Debtors' address is a required component of the caption.

14. In addition, Local Rule 9004-1 provides that, "[t]he case caption only may be modified by order entered by the Court on separate motion filed and served in accordance with Local Rule 9006-1." Del. Bankr. L.R. 9004-1(c).

15.     On August 25, 2023, the Court entered an order [Docket No. 33] approving, as part of the joint administration of the Chapter 11 Cases for procedural purposes, the caption for the Chapter 11 Cases, which included, among other things, the address of the Debtors' Former Headquarters. On August 31, 2023, the Debtors vacated their Former Headquarters and turned over the keys with respect to same to the landlord. Thus, effective as of September 1, 2023, the Debtors' address changed from that of their Former Headquarters to 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135. As a result, it is necessary to amend the caption, effective as of September 1, 2023, to replace the address currently set forth therein with the Debtors' new mailing address.

16.     For the reasons set forth above, he Debtors respectfully submit that the relief requested herein is necessary and appropriate and should be granted.

## NOTICE

17.     The Debtors will provide notice of the Motion to: (a) the U.S. Trustee; (b) proposed counsel to the Committee; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that no other or further notice is required. The Debtors submit that no other or further notice is required.

## NO PRIOR REQUEST

18.     No prior request for the relief sought in this Motion has been made to this or any other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: September 5, 2023
      Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
          jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*