## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER (I) AMENDING CASE CAPTION TO REFLECT CHANGE OF ADDRESS,
EFFECTIVE AS OF SEPTEMBER 1, 2023, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order")

(a) authorizing the Debtors to amend the case caption used in the Chapter 11 Cases to reflect

their change of address, effective as of September 1, 2023, and (b) granting related relief, all as

more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

States District Court for the District of Delaware, dated February 29, 2012; and the matter being

a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and

the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

being able to issue a final order consistent with Article III of the United States Constitution; and

due and sufficient notice of the Motion having been given under the particular circumstances;

and it appearing that no other or further notice is necessary; and it appearing that the relief

requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

other parties-in-interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor; it is **HEREBY ORDERED THAT**

1.      The Motion is GRANTED as set forth herein.

2.      The Clerk of the Court is authorized and directed to make a docket entry in case

number 23-11161 (JKS) as soon as possible that states substantially as follows: "An order has been

entered in this case directing that the caption of this case be changed, as a result of the Debtors'

change of address, to 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135."

3.      Effective as of August 31, 2023, the new caption for these Chapter 11 Cases shall

read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

4.      The foregoing caption shall satisfy the requirements of section 342(c)(1) of the

Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to implement the relief

granted in this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.