**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Sep. 11, 2023 at 11:00 a.m. ET**<br>**Hrg. Date: Sep. 13, 2023 at 3:00 p.m. ET**<br><br>Re: Docket No. 55 |

**NOTICE OF HEARING ON DEBTORS' MOTION TO APPROVE BIDDING
PROCEDURES FOR THE SALE OF ALL OF THE DEBTORS' EQUITY OR
ALL OR SUBSTANTIALLY ALL OF DEBTORS' ASSETS**

　　**PLEASE TAKE NOTICE** that, on August 30, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") (i) *Debtors' Motion for Entry of (a) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 55] (the "Motion") and (ii) *Debtors' Motion for Entry of an Order Shortening Notice of the Hearing on Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets* [Docket No. 57] (the "Motion to Shorten").

　　**PLEASE TAKE FURTHER NOTICE** that, on September 6, 2023, the Court entered an order granting the Motion to Shorten [Docket No. 76] (the "Order Shortening Notice"), a copy of which is being served contemporaneously herewith.

　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, objections, if any, to the Motion must be in writing, filed with the Court, and served upon the undersigned proposed counsel so as to be received on or before **September 11, 2023 at 11:00 a.m. (prevailing Eastern Time).**

　　**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE MOTION WILL BE HELD ON **SEPTEMBER 13, 2023 AT 3:00 P.M. (PREVAILING**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at the Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 6, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>           jbevans@mwe.com<br>           ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>-and-<br><br>R. Jacob Jumbeck (admitted *pro hac vice*)<br>Rebecca E. Trickey (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606-0029<br>Telephone:  (312) 372-2000<br>Facsimile:  (312) 984-7700<br>Email:  jjumbeck@mwe.com<br>           rtrickey@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |