# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Brown Rudnick LLP and Womble Bond Dickinson (US) LLP hereby enter their appearances as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

BROWN RUDNICK LLP
Robert J. Stark
Bennett S. Silverberg
Kenneth J. Aulet
Jennifer M. Schein
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: jschein@brownrudnick.com

And

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

BROWN RUDNICK LLP
Tristan G. Axelrod
Matthew A. Sawyer
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

And

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler
Elazar A. Kosman
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee, in any capacity, is

or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 7, 2023 | WOMBLE BOND DICKINSON (US) LLP |
| | */s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>Email:  elazar.kosman@wbd-us.com |
| | BROWN RUDNICK LLP<br>Robert J. Stark (*pro hac vice* pending)<br>Bennett S. Silverberg (*pro hac vice* pending)<br>Kenneth J. Aulet (*pro hac vice* pending)<br>Jennifer M. Schein (*pro hac vice* pending)<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>Email: bsilverberg@brownrudnick.com<br>Email: kaulet@brownrudnick.com<br>Email: jschein@brownrudnick.com |
| | BROWN RUDNICK LLP<br>Tristan G. Axelrod (*pro hac vice* pending)<br>Matthew A. Sawyer (*pro hac vice* pending)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: taxelrod@brownrudnick.com<br>Email: msawyer@brownrudnick.com |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |