## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER SHORTENING NOTICE OF HEARING ON THE DEBTORS' MOTION FOR
ENTRY OF AN ORDER SHORTENING NOTICE OF HEARING ON DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE
STATEMENT ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II)
ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES
TO ACCEPT OR REJECT THE PLAN; (III) APPROVING THE FORM OF BALLOT AND
SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V)
SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE
ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT AND
CONFIRMATION OF THE PLAN; AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order (this

"Order") (a) shortening the notice period with respect to the Solicitation Procedures Motion, (b)

setting the date for the hearing to consider approval of the Solicitation Procedures Motion no later

than September 22, 2023 (the "Conditional Approval Hearing"), (c) permitting parties to file

objections, if any, prior to or at the Conditional Approval Hearing, (d) waiving the requirements of

Local Rule 9006-1(c), and (e) granting such other relief as the Court deems just and proper, all as

more fully set forth in the Motion to Shorten; and the Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification
number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime
Digital LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to
Shorten.

United States District Court for the District of Delaware, dated February 29, 2012; and the matter

being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding

and the Motion to Shorten in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and the Court being able to issue a final order consistent with Article III of the United States

Constitution; and due and sufficient notice of the Motion to Shorten having been given under the

particular circumstances; and it appearing that no other or further notice is necessary; and it

appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and

good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1.      The Motion to Shorten is **GRANTED** on as set forth herein.

2.      Local Rule 9006-1(c) is hereby waived with respect to the Solicitation Procedures

Motion.

3.      The Conditional Approval Hearing shall take place on **September 22, 2023, at**

**[__]:[__] [a/p].m. (prevailing Eastern Time).**

4.      Objections, if any, to the relief requested in the Solicitation Procedures Motion are

due **prior to or at the Conditional Approval Hearing**.

5.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, or enforcement of this Order.

2