## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, do hereby certify that on the 8th day of September, 2023, I caused a copy of the following to be served on the parties listed on the attached 2002 Service List via First Class Mail and/or Electronic Mail (as indicated thereon).

- Docket No. 79: Notice of Appearance

Dated: September 11, 2023
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbd-us.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**PRIME CORE TECHNOLOGIES INC.**
**23-11161-JKS**
**2002 SERVICE LIST**

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Allsec Technologies
Limited  6303 Commerce Dr.
Suite 175
Irving, TX 75063
nandesh@allsectech.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Allsectech, Inc.
Attn: Aviral Dhirendra
46C, Velachery Main Road Velachery Chennai 600042
India aviral198828@gmail.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Austin Ward
100 Van Ness Ave.
Apt. 1404
San Francisco, CA 94105
austindward@proton.me

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Coinbits, Inc.
c/o Meyers, Roman, Friedberg & Lewis LPA
Attn: David M Newumann
28601 Chagrin Blvd.
Suite 600
Cleveland OH, 44122
dneumann@meyers roman.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet
& Razmig Izakelian & Joanna Caytas
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
pattytomasco@quinnemanuel.com
danielholzman@quinnemanuel.com
alainjaquet@quinnemanuel.com
razmigizakelian@quinnemanuel.com
joannacaytas@quinnemanuel.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.
Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady & Kenneth J. Enos
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
kenos@ycst.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
DMG Blockchain Solutions, Inc.
Attn: Steven Eliscu
4193 104 St. Delta BC
V4K 3N3 Canada
steve@dmgblockchain.com

**VIA FIRST CLASS MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Net Cents Technology, Inc.
Attn: Clayton Moore
1021 West Hastings St., 9th Floor
Vancouver, BC V6C 2R6 Canada
claytonmoore@net- cents.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the District of Columbia
441 4Th St Nw, Ste 1100S
Washington, DC 20001
oag@dc.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the District of Puerto Rico
350 Carlos Chardón Street
Torre Chardón, Suite 1201
San Juan, PR 00918
Puerto Rico

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Alabama
501 Washington Ave
Montgomery, AL 36104
consumerinterest@Alabamaag.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Alaska
1031 W 4th Ave, Ste 200
Anchorage, AK 99501
attorney.general@alaska.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Arizona
2005 N Central Ave
Phoenix, AZ 85004
BCEIntake@azag.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Arkansas
323 Center St, Ste 200
Little Rock, AR 72201

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of California
PO Box 944255
Sacramento, CA 94244-2550
xavier.becerra@doj.ca.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Colorado
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver, CO 80203
DOR_TAC_Bankruptcy@state.co.us

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Connecticut
55 Elm St
Hartford, CT 06106
attorney.general@ct.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Florida
The Capitol Pl-01
Tallahassee, FL 32399

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Georgia
40 Capitol Sq Sw
Atlanta, GA 30334

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Hawaii
425 Queen Street
Honolulu, HI 96813
hawaiiag@hawaii.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Idaho
700 W. Jefferson St, Suite 210
Boise, ID 83720

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Illinois
James R. Thompson Center
100 W. Randolph St
Chicago, IL 62706
michelle@lisamadigan.org

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Indiana
Indiana Government Center South
302 W Washington St 5Th Fl
Indianapolis, IN 46204

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Iowa
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA 50319
consumer@agiowa.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Kansas
120 SW 10Th Ave,
2nd Fl
Topeka, KS 66612
derek.schmidt@agks.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Kentucky
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY 40601
KyOAGOR@ky.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Louisiana
1885 N. Third St
Baton Rouge, LA 70802
ConstituentServices@ag.louisiana.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Maine
6 State House Station
Augusta, ME 04333

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Maryland
200 St. Paul Pl
Baltimore, MD 21202
oag@oag.state.mdus

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Massachusetts
1 Ashburton Place, 20Th Floor
Boston, MA 002108
ago@state.ma.us

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Michigan
G. Mennen Williams Building,
7Th Floor
525 W Ottawa St
Lansing, MI 48909
miag@michigan.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Minnesota
445 Minnesota St,
Ste 1400
St. Paul, MN 55101

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Mississippi
Walter Sillers Building
550 High St Ste 1200
Jackson, MS 39201

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Missouri
Supreme Court Building
207 W High St
Jefferson City, MO 65101
consumer.help@ago.mo.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Montana
215 N. Sanders
Justice Building, Third Fl
Helena, MT 59601

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Nebraska
2115 State Capitol
Lincoln, NE 68509

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Nevada
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of New Hampshire
Nh Department Of Justice
33 Capitol St.
Concord, NH 03301
attorneygeneral@doj.nh.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of New Jersey
Richard J. Hughes Justice Complex
25 Market St 8Th Fl, West Wing
Trenton, NJ 08611

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of New Mexico
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of New York
The Capitol
2nd Floor
Albany, NY 12224

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of North Carolina
114 W Edenton St
Raleigh, NC 27603

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

Office of the Attorney General for the State of North Dakota
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND 58505
ndag@nd.gov

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of Ohio
State Office Tower
30 E Broad St 14Th Fl
Columbus, OH 43215

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

Office of the Attorney General for the State of
Oklahoma
313 Ne 21St St
Oklahoma City, OK 73105
questions@oag.ok.gov

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of Oregon
1162 Court St NE
Salem, OR 97301

**VIA FIRST CLASS MAIL**

Office of the Attorney General for the State of Pennsylvania
Strawberry Square 16Th Fl
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Rhode Island
150 S Main St
Providence, RI 02903

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of South Carolina
Rembert C. Dennis Bldg
1000 Assembly St
Rm 519
Columbia, SC 29201

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of South Dakota
1302 E Highway 14,
Ste 1
Pierre, SD 57501

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Tennessee
301 6Th Ave N
Nashville, TN 37243

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Texas
300 W. 15Th St
Austin, TX 78701

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Utah
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT 84114
uag@utah.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Vermont
109 State St.
Montpelier, VT 05609
ago.info@vermont.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Virginia
202 N. Ninth St.
Richmond, VA 23219

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Washington
PO Box 40100
Olympia, WA 98504

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of
Washington
1125 Washington St Se
Olympia, WA 98501

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of West Virginia
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV 25305
consumer@wvago.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Wisconsin
17 West Main Street, Room 114 East P
Madison, WI 53702

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Wyoming
Kendrick Building
2320 Capitol Ave
Cheyenne, WY 82002

**VIA FIRST CLASS MAIL**
Office of The U.S. Trustee for the District of Delaware
Attn: Linda Casey, Esq.
844 N King St #2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Joseph R. Dunn
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
jrdunn@mintz.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Abigail O'Brient
2049 Century Park
East Suite 300
Los Angeles, CA 90067
aobrient@mintz.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Young Conaway Stargatt & Taylor, LLP
Attn: Michael R. Nestor & Ryan M. Bartley
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
rbartley@ycst.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures
Attn: Ruairi Donnelly Innere
Margarethenstrasse 5
Basel, CH-4051
**Switzerland**
ruairi.donnelly@polaris-ventures.org

**VIA FIRST CLASS MAIL**
Securities And Exchange Commission
Attn: Secretary of The Treasury
100 F Street, NE
Washington, DC 20549

**VIA FIRST CLASS MAIL**
Securities And Exchange Commission
Attn: Andrew Calamari, Regional Director New York Regional Office,
Brookfield Place
200 Vesey Street,
Suite 400
New York, NY 10281-1022

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Securities And Exchange Commission
Attn: Lara Shalov Mehraban
100 Pearl St
Suite 20-100
New York, NY 10004-2616
nyrobankruptcy@sec.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Socure Inc.
330 Seventh Avenue
Suite 200
New York, NY 10001-5279
rhon@socure.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Stably Corporation
Attn: Ivan Inchauste
PO Box 2739
Renton, WA 98056
ivan@stably.io

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
US Attorney's Office for the District of Delaware
1313 N Market Street
Wilmington, DE 19801
usade.press@usdoj.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Yousef Abbasi
15 Webster Drive Wayne
NJ 07470
Yousef.a.abbasi@gmail.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to Debtors
MCDERMOTT WILL & EMERY LLP
Maris J. Kandestin
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
Darren Azman
Joseph B. Evans
J. Greer Griffith
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com; jbevans@mwe.com; ggriffith@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
Gregg Steinman
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
gsteinman@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
MCDERMOTT WILL & EMERY LLP
R. Jacob Jumbeck
Rebecca E. Trickey
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
jjumbeck@mwe.com; rtrickey@mwe.com