IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br><u>Hearing Date</u>:<br>September 13, 2023, at 10:00 a.m. (ET)<br><br><u>Objection Deadline</u>:<br>September 11, 2023, at 11:00 a.m. (ET)<br><br>Ref. Docket No. 55 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO THE DEBTORS' MOTION FOR APPROVAL OF BID PROCEDURES**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Prime Core Technologies Inc. and its affiliated debtors and debtors-in-possession (collectively, "<u>Prime Core</u>" or the "<u>Debtors</u>") in the above-captioned case (the "<u>Case</u>"), hereby submits this objection (the "<u>Limited Objection</u>") to the Debtors' *Motion for an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*(VII) Granting Related Relief* [D.I. 55] (the "Bid Procedures Motion").[2] In support of its Limited Objection, the Committee states as follows:

1. Prime Core started this bankruptcy without clearly identifying the case's underlying purpose. Business reorganization is out of the question, given that operations were shuttered some time ago. As for an M&A solution, Prime Core ran a sales process pre-petition and that process did not result in a transaction.[3] The Debtors now want to give it a second try, this time as a bundle of non-operating business assets and with the added expense and process associated with bankruptcy. The Committee is skeptical.

2. Retracting the lens, the Committee observes that the various "crypto bankruptcies," such as FTX, BlockFi, Celsius, Voyager, and Cred, have been incredibly expensive. *See* David Yaffe-Bellany & Yiwen Lu, *A $700 Million Bonanza for the Winners of Crypto's Collapse: Lawyers*, N.Y. Times (Sept. 5, 2023). The Committee also observes that, for all that cost, the crypto bankruptcies have not been terribly successful. Most result in a liquidation, not far removed from Chapter 7, and not easily justifying (in hindsight) all the administrative expense incurred. The Committee is wary of a similar outcome here.

3. This case needs to move swiftly to resolution. Indeed, even if there was interest in exploring varied exit strategies, there is very little money in the estate to fund an expansive Chapter 11 process. The Debtors seem to agree: They just filed a plan (without delivering an advance copy to the Committee, let alone ensuring Committee support) and want to move expeditiously to a confirmation hearing. The Committee will engage with the Debtors on the plan's terms.

---

[2] Capitalized terms used in this Limited Objection but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Motion.

[3] *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14] ¶ 56.

4. Back to the Bid Procedures Motion, the Committee has two primary concerns: (1) that the timeline of any M&A process be constrained; and (2) that the costs of such process also be rationally related to the chances (challenging) of success. As for the first point, the M&A timeline/calendar should track the plan solicitation/confirmation schedule, and the Debtors should not have unfettered discretion to extend or otherwise adjust that calendar. As for the second point, the Debtors filed the Bid Procedures Motion before filing their application to retain the investment banking firm tasked with running the M&A process. Almost axiomatic, the Court should know the process costs before being asked to approve the process outright, otherwise the cart is before the horse. The Committee has been told what fees the Debtors' banker will eventually propose, and the Committee is not today supportive.

5. The Committee intends to continue pre-hearing negotiations with the Debtors, hoping to obviate a contested matter over the Bid Procedures Motion. The Committee reserves its right to object to all relief requested if an accommodation is not reached. The Committee further reserves its right to raise additional objections to the Bid Procedures Motion prior to and at the hearing, and to seek additional relief in connection with the sale process and related costs and actions as warranted thereafter.

*[Remainder of page intentionally left blank.]*

Dated: September 11, 2023

WOMBLE BOND DICKINSON (US) LLP

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbd-us.com

BROWN RUDNICK LLP
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Jennifer M. Schein (admitted *pro hac vice*)
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: jschein@brownrudnick.com

BROWN RUDNICK LLP
Tristan G. Axelrod (admitted *pro hac vice*)
Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*