**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR SPECIAL PURPOSE**
**HEARING ON SEPTEMBER 13, 2023 AT 3:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE J. KATE STICKLES**

**This hearing will be conducted in-person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles.  All participants over Zoom must register in advance.  Please register by September 12, 2023, at 4:00 p.m. (Eastern Time).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-6przopGtC08jhSUePmaYEWDcmYf_g

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**MATTERS GOING FORWARD**

1.      Debtors' Motion for Entry of (a) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief (Filed  8/30/2023) [Docket No. 55]

Related Documents:

(a)    Debtors' Motion for Entry of an Order Shortening Notice of the Hearing on Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets (Filed 8/30/2023) [Docket No. 57]

(b)    Certification of Counsel Regarding Debtors' Motion for Entry of an Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets (Filed 9/5/2023) [Docket No. 72]

(c)    Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets (Entered 9/6/2023) [Docket No. 76]

(d)    Notice of Hearing on Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets (Filed 9/6/2023) [Docket No. 77]

(e)    Declaration of Albert Chao in Support of Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction and Related Dates Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief  (Filed 9/11/2023) [Docket No. 98]

Responses Received:

(a)    Informal comments received from the Office of the United States Trustee for the District of Delaware [Resolved]

(b)    Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Approval of Bid Procedures (Filed 9/11/2023) [Docket No. 97]

Objection Deadline:   September 11, 2023 at 11:00 a.m. (ET)

**Status**:          **This matter is going forward.**

<u>Witness Information</u>:  In support of the relief requested, the Debtors expect to present testimony of Albert Chao of Galaxy Digital Partners LLC, the Debtors' proposed investment banker.

Dated: September 11, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:   (302) 351-8711
Email:         mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:   (646) 547-5444
Email:         dazman@mwe.com
                  jbevans@mwe.com
                  ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500
Email:         gsteinman@mwe.com

*Proposed Counsel for the Debtors and Debtors in Possession*