IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF DEBTORS' CONSOLIDATED LIST OF CREDITORS**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "List") of Prime Core Technologies Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") is filed by attachment hereto.

The list has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Rule 1007-2(a). The Debtors reserve the right to amend or supplement the List as necessary.

Although the information contained in the List is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

1

with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of the Chapter 11 Cases. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgment or admission of the existence of a claim or the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

    I, Bob Zhao, an authorized signatory in these cases, declare under penalty of perjury that I have reviewed the attached List and that it is true and correct to the best of my knowledge, information and belief, with reliance on corporate personnel, professional advisors and the Debtors' books and records.

Dated: September 11, 2023

                                                  */s/ Bob Zhao*
                                                  Bob Zhao
                                                  Legal Director