IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: TBD**<br>**Hrg. Date: TBD** |

**DEBTORS' MOTION FOR ENTRY OF ORDER (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) GRANTING RELATED RELIEF**

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby file move (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (i) extending the Debtors' deadline to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements"), for an additional 30 days, through and including October 11, 2023, without prejudice to the Debtors' ability to request additional extensions, and (ii) granting related relief. In support thereof, the Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The legal predicates for the relief requested herein are sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3. The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with the Motion in the event that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

4. On August 14, 2023 (the "Petition Date"), each Debtor commenced a case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). These cases have been jointly administered for procedural purposes only.

5. The Debtors continue to manage their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

6. On August 29, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to Bankruptcy Code section 1102 (the "Committee") [Docket No. 51]. The Committee is comprised of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Polaris Ventures; (f) Stably Corporation; and (g) Austin Ward.

7.  Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of these Chapter 11 Cases, is set forth in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14], which is incorporated by reference as if fully set forth herein.

8.  Pursuant to Local Rule 1007-1(b), the deadline for the Debtors to file their Schedules and Statements is September 11, 2023 (the "Current Deadline").[2]

## RELIEF REQUESTED

9.  By this Motion, the Debtors seek entry of the Proposed Order, pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), (i) extending the Debtors' deadline to file their through and including October 11, 2023, and (ii) granting related relief.

## BASIS FOR RELIEF

**I.  Cause Exists to Extend the Debtors' Time to File Their Schedules and Statements**

10. Pursuant to Bankruptcy Code section 521 and Bankruptcy Rule 1007(c), the Debtors are required to file their Schedules and Statements within 14 days of the Petition Date. Pursuant to Local Rule 1007-1(b), this deadline is automatically extended to the date that is 28 days after the Petition Date, not including the Petition Date, if (i) the Debtors' bankruptcy petitions are accompanied by a list of all of the Debtors' creditors and their addresses, in accordance with Local Rule 1007-2, and (ii) the total number of creditors in the chapter 11 case exceeds 200. Del. Bankr. L.R. 1007-1(b). Here, a consolidated list of the Debtors' creditors (the "Creditors List") has been filed, and it includes more than 200 creditors. Accordingly, by

---

[2] Pursuant to Local Rule 9006-2, the filing of this Motion prior to the expiration of the Current Deadline automatically extends the Current Deadline until such time as the Court rules on this Motion.

operation of Local Rule 1007-1(b), the deadline for the Debtors to file the Schedules and Statements is automatically extended to September 11, 2023, which is 28 days after the Petition Date.

11.    Pursuant to Bankruptcy Rules 1007(a)(5) and 1007(c), the Court has authority to further extend the time required for filing the Schedules and Statement for cause shown. Fed. R. Bankr. P. 1007(a)(5), 1007(c). Here, the Debtors submit that good and sufficient cause exists to further extend the deadline for the filing of their Schedules and Statements as requested herein, based on (i) the size and complexity of the Debtors' cases, (ii) the number of the Debtors' potential creditors, and (iii) the numerous burdens imposed by the Debtors' chapter 11 efforts, particularly in the early days of the Chapter 11 Cases. To prepare their Schedules and Statements, the Debtors must compile a significant amount of financial information from their books and records and other documents relating to their assets, contracts, and creditor claims. This information is voluminous and assembling the necessary information requires a significant expenditure of time and effort on the part of the Debtors, their employees, and their advisors. The magnitude of that task, when taken together with the Debtors' transition into chapter 11 and focus on their marketing, sale, and plan processes, supports an extension of the deadline for filing the Schedules and Statements.[3] Moreover, the relief requested herein will not prejudice or adversely affect the rights of the Debtors' creditors or other parties in interest. Rather, the extension requested herein will aid the Debtors' efforts to ensure the accuracy and completeness

---

[3] On August 30, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 55] (the "Bid Procedures Motion"). The Bid Procedures Motion is scheduled to be heard on September 13, 2023. On September 8, 2023, the Debtors filed their *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* [Docket No. 92], and related disclosure statement [Docket No. 93].

of the Schedules and Statements, which in turn will promote the efficient administration of these Chapter 11 Cases. Further, the Debtors only request an extension of 30 days and endeavor to file the Schedules and Statements as far in advance of such extended deadline to the extent possible.

12. Courts in this District have granted relief in other chapter 11 cases similar to the relief requested herein. *See, e.g.*, *In re Clovis Oncology, Inc.*, No. 22-11292 (JKS) (Bankr. D. Del. Jan. 6, 2023); (order granting debtors extension of time to file their schedules and statements to 45 days from the petition date); *In re Rider Hotel, LLC*, No. 22-10522 (JTD) (Bankr. D. Del. July 8, 2022) (order granting debtors extension of time to file their schedules and statements to 50 days from the petition date); *In re GT Real Estate Holdings, LLC*, No. 22-10505 (KBO) (Bankr. D. Del. June 30, 2022) (order granting debtors extension of time to file their schedules and statements to 42 days from the petition date); *In re PWM Prop. Mgmt. LLC*, No. 21-11445 (MFW) (Bankr. D. Del. Dec. 1, 2021) (order granting debtors extension of time to file their schedules and statements to 88 days from the petition date).

13. Based upon the foregoing, the Debtors respectfully submit that there is good and sufficient cause for extended the Debtors' deadline to file their Schedules and Statements for an additional 30 days. Therefore, the Debtors request that the Court grant the relief requested in this Motion and extend the Original Deadline by an additional 30 days, through and including October 11, 2023, without prejudice to the Debtors' right to request further extensions for cause shown.

## **NOTICE**

14. The Debtors will provide notice of the Motion to: (a) the U.S. Trustee; (b) proposed counsel to the Committee; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that no other or further notice is required.

5

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: September 11, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |