UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| Prime Core Technologies, Inc., *et al.*[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that John W. O'Leary and Jill Williamson of Gravis Law, PLLC., hereby appear on behalf of creditor Stably Corporation in the above-entitled jointly-administered bankruptcies, and hereby request that any and all notices of motions or hearings, that must be sent to creditors and/or all parties in interest, reports, pleadings, motions, applications, lists, schedules, statements, disclosure statements and all other matters arising herein or in any related adversary proceedings, be given and served upon Stably Corporation through service upon Gravis Law, PLLC at the addresses below:

> John W. O'Leary
> Gravis Law, PLLC
> 601 W. Kennewick Avenue
> Kennewick, WA 99336
> Phone:  509-588-0431
> Email:  *JOLeary@gravislaw.com*
> Email:  *DCannon@gravislaw.com*
> Email:  *MHess@gravislaw.com*
> Email:  *HHarden@gravislaw.com*
>
> Jill Williamson
> Gravis Law, PLLC
> 701 Fifth Avenue, Ste. 2460
> Seattle, WA  98104
> (206) 858-9976
> Email:  *JWilliamson@gravislaw.com*
> Email:  *MPyfrom@gravislaw.com*

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  Prime Trust, LLC's service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Chapter 11 estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor later appearances, pleadings, claims or suits, or other writings, or conduct shall be deemed to waive Stably Corporation's: (a) right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled to under agreements, in law, in equity, or otherwise, all of which are expressly reserved and preserved, without exemption and with no purpose of confessing or conceding jurisdiction in any way by its filing or by any other participation in this case.

DATED THIS 11th day of September 2023.

GRAVIS LAW, PLLC
Attorneys for Creditor Stably Corporation

BY: /s/ *John W. O'Leary*
JOHN W. O'LEARY, WSBA #33004
601 W. Kennewick Avenue
Kennewick, WA  99336
(509) 588-0431 / Fax (866) 419-9269
JOLeary@gravislaw.com

BY: /s/ *Jill Williamson*
JILL WILLIAMSON, WSBA #53618
701 Fifth Avenue, Ste. 2460
Seattle, WA  98104
(206) 858-9976
JWilliamson@gravislaw.com

CERTIFICATE OF SERVICE

I, John W. O'Leary, hereby certify that on the 11th day of September 2023, a copy of the foregoing Notice of Appearance and Request for Service was filed electronically and sent to the parties through the Court's Electronic Case Filing System.

                                                /s/ *John W. O'Leary*
                                                John W. O'Leary