**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies, *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 55** |

**OBJECTION OF THE BITTREX PARTIES TO DEBTORS' MOTION FOR ENTRY OF (A) AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF ALL OF THE DEBTORS' EQUITY OR ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) AUTHORIZING THE DEBTORS TO ENTER INTO ONE OR MORE STALKING HORSE AGREEMENTS, (III) APPROVING BID PROTECTIONS, (IV) SCHEDULING AN AUCTION AND RELATED DATES THERETO, (V) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (VI) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (VII) GRANTING RELATED RELIEF; (B) AN ORDER AUTHORIZING AND APPROVING (I) SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND (III) GRANTING RELATED RELIEF**

Bittrex, Inc. ("BUS"), Desolation Holdings LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Bittrex Parties") hereby submit this objection (the "Objection") to *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

1

*Contracts and Leases, and (III) Granting Related Relief* (the "Motion") (D.I. 55).  In support of this Objection, the Bittrex Parties state as follows:

1. BUS is a Georgia corporation with its principal place of business at 701 5th Ave., Suite 4200, Seattle, WA 98104.   BUS and the other Bittrex Parties are debtor-in-possession in bankruptcy case pending before the United States Bankruptcy Court for the District of Delaware (the "Court") and captioned *In re Desolation Holdings, et al.*, Case No. 23-10597 (BLS) (Bankr. D. Del.) (the "Bittrex Chapter 11").

2. Prime Trust[2] holds cash belonging to BUS in two accounts: (a) a FBO account in which are deposited approximately $800,000; and (b) a ACH reserve account in which are deposited approximately $1 million (collectively, the "Bittrex Funds").  Prior to the Debtors' chapter 11 filings, BUS repeatedly requested to withdraw the Bittrex Funds from Prime Trust, so that it can place them into an operating account at Citizens Bank, an approved depository under the U.S. Trustee guidelines.  However, despite repeated promises that BUS's funds were "safe," the Debtors refused to honor that transfer during their chapter 11 pre-petition period because they were in a receivership in Nevada.

3. On August 14, 2023, these Prime Trust Debtors commenced their chapter 11 cases by filing petitions with the Court.  On August 30, 2023, the Debtors filed this Motion in which, among other things, the Debtors asked the Court to (a) approve procedures in connection with a potential Sale Transaction of all or substantially all of the Debtors' assets;[3] and, assuming that the

---

[2] "Prime Trust" or the "Debtors" mean debtors Prime Core Technologies, Inc., Prime Trust LLC, Prime IRA, LLC, and Prime Digital, LLC.

[3] Capitalized terms used in this Objection but not otherwise defined herein shall have the meaning ascribed to them in the Motion or in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al. in Support of Chapter 11 Petitions and First Day Motions* (D.I. 14).

2

Bid Procedures related to the Sale Transaction are successful (b) authorize the Debtors' entry into a Purchase Agreement with the Successful Bidder(s) or Back-Up Bidder(s) and (c) authorize the Transaction, free of the Encumbrances, except for certain assumed liabilities.

4. The Bittrex Parties oppose the Motion to the extent that the Transaction includes the Debtors transferring the Bittrex Funds to one or more third parties free and clear of BUS's ownership interest. The Bittrex Funds are property of the Bittrex Parties' estates in the Bittrex Chapter 11. The Bittrex Funds deposited in the Debtors' FBO account should only be used by the Bittrex Parties to honor their Bittrex customer withdrawals to implement their chapter 11 plan of liquidation. Any Transaction must account for the Bittrex Parties' interests over the Bittrex Funds. The parties have acknowledged the existence of an ongoing issue regarding ownership of the Bittrex Funds, which led to the inclusion of the following prohibiting language in the Cash Management Interim Order (D.I. 42):[4]

> Notwithstanding anything to the contrary in this Order, the Debtors shall not use or transfer funds from Customer Accounts to honor any prepetition obligations or pay for any postpetition obligations absent further order of the Court. All parties' rights are reserved regarding whether and to what extent any funds or other property are held by a Debtor in trust or constitute property of the Debtors' estates.

5. As long as the Debtors' Transaction excludes the Bittrex Funds from any transfer to third party buyers, the Bittrex Parties do not oppose the granting of the Motion.

---

[4] "Cash Management Interim Order" refers to the *Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. §345(b); and (IV) Granting Related Relief.*

Respectfully submitted this 12th day of September, 2023.

**Young Conaway Stargatt & Taylor, LLP**

/s/ Robert S. Brady
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**Quinn Emanuel Urquhart & Sullivan, LLP**

Patricia B. Tomasco
Susheel Kirpalani
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email:razmigizakelian@quinnemanue.com
Email: joannacaytas@quinnemanuel.com

*Attorneys for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.*