**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies, *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 20 |

**OBJECTION OF THE BITTREX PARTIES TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) CONTINUE TO OPERATE THEIR CASH MANAGEMENT SYSTEM AND (B) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO; (II) AUTHORIZING THE DEBTORS TO (A) CONTINUE TO PERFORM INTERCOMPANY TRANSACTIONS AND (B) GRANTING ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION INTERCOMPANY CLAIMS; (III) EXTENDING THE TIME FOR THE DEBTORS TO COMPLY WITH REQUIREMENTS SET FORTH IN 11 U.S.C. § 345(b); AND (IV) GRANTING RELATED RELIEF**

Bittrex, Inc. ("BUS"), Desolation Holdings LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Bittrex Parties") hereby submit this objection (the "Objection") to *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief* (the "Motion") (D.I. 20). In support of this Objection, the Bittrex Parties state as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

1. BUS is a Georgia corporation with its principal place of business at 701 5th Ave., Suite 4200, Seattle, WA 98104. BUS and the other Bittrex Parties are debtor-in-possession in bankruptcy case pending before the United States Bankruptcy Court for the District of Delaware (the "Court") and captioned *In re Desolation Holdings, et al.*, Case No. 23-10597 (BLS) (Bankr. D. Del.) (the "Bittrex Chapter 11").

2. Prime Trust[2] holds cash belonging to BUS in two accounts: (a) a FBO account holding approximately $800,000; and (b) a ACH reserve account holding approximately $1 million (collectively, the "Bittrex Funds"). Prior to the Debtors' chapter 11 filings, BUS repeatedly requested to withdraw the Bittrex Funds from Prime Trust to place them into an operating account at Citizens Bank, an approved depository under the U.S. Trustee guidelines. However, despite Prime Trust's repeated promises that BUS's funds are "safe," the Debtors refused to honor that transfer request during their chapter 11 pre-petition period.

3. On August 14, 2023, the Debtors commenced their chapter 11 cases by filing petitions with the Court. On August 24, 2023, the Debtors filed the Motion in which, among other things, they ask the Court's authorization to maintain and continue to use their Cash Management System, which includes 18 Customer Accounts.[3]

4. On August 25, 2023, the Court granted the Motion on an interim basis and entered the related order (the "Interim Order") (D.I. 42). Following an intervention of the Bittrex Parties at the Debtors' first day hearing, the Interim Order limits the Debtors' use of the Customer Accounts (the "Customer Accounts Usage Limitation") as follows:

---

[2] "Prime Trust" or the "Debtors" mean debtors Prime Core Technologies, Inc., Prime Trust LLC, Prime IRA, LLC, and Prime Digital, LLC.

[3] Capitalized terms used in this Objection but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

>Notwithstanding anything to the contrary in this Order, the Debtors shall not use or transfer funds from Customer Accounts to honor any prepetition obligations or pay for any postpetition obligations absent further order of the Court. All parties' rights are reserved regarding whether and to what extent any funds or other property are held by a Debtor in trust or constitute property of the Debtors' estates.

5. The Bittrex Parties oppose to the granting of the Motion on a final basis, given that Debtors' proposed final order (the "Final Order") (D.I. 20-2) does not include the Customer Accounts Usage Limitation. The Bittrex Parties' position is that the Bittrex Funds are property of the estates in the Bittrex Chapter 11. The Bittrex Funds deposited in the Debtors' FBO account should be deployed to honor Bittrex's customer withdrawals and to implement their chapter 11 plan of liquidation. Absent the inclusion of the Customer Accounts Usage Limitation in the Final Order, there would be no obstacle for the Debtors to use the Bittrex Funds in a manner that is inconsistent with Bittrex's ownership of the funds.

6. The Bittrex Parties do not oppose to the granting of the Motion on a final basis provided that the Final Order includes the Customer Accounts Usage Limitation.

Respectfully submitted this 12th day of September, 2023.

**Young Conaway Stargatt & Taylor, LLP**

/s/ Robert S. Brady
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**Quinn Emanuel Urquhart & Sullivan, LLP**

Patricia B. Tomasco
Susheel Kirpalani
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email:razmigizakelian@quinnemanue.com
Email: joannacaytas@quinnemanuel.com

*Attorneys for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.*