IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES, INC, *et al.*[1],<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 15<br><br>Hearing Date: Sept. 19, 2023 at 10:00 a.m. ET<br><br>Objection Deadline: Sept. 14, 2023 at 12 p.m. ET for UST |

## CERTIFICATE OF SERVICE

I, Joseph F. Cudia, hereby certify that on this 13th day of September, 2023, I caused a true and correct copy of the *United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145

1

2

| | |
|---|---|
| Dated: September 13, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: /s/ *Joseph F. Cudia*<br>Joseph F. Cudia<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox35<br>Wilmington, Delaware 19801<br>Phone: (302) 573-6492<br>Fax:    (302) 573-6497<br>Email: joseph.cudia@usdoj.gov |