## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esq., hereby certify that on September 13, 2023, I caused a true and correct copy of the foregoing to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants and additionally served in the manner indicated on the following parties.

Dated: September 13, 2023                                          */s/ Ronald S. Gellert*
                                                                                      Ronald S. Gellert (DE 4259)

**Via Electronic Mail**
McDermott Will & Emery LLP
Maris J. Kandestin, Esq.
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

McDermott Will & Emery LLP
Darren Azman, Esq.
Joseph B. Evans, Esq.
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com
jbevans@mwe.com

McDermott Will & Emery LLP
Gregg Steinman, Esq.
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
gsteinman@mwe.com

Office of the United States Trustee
For the District of Delaware
Joseph F. Cudia, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.cudia@usdoj.gov

**Via First Class Mail**
Prime Core Technologies Inc.,
Attn: Jor Law
330 South Rampart Blvd., Suite 260
Las Vegas, NV 89145