# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** AnchorCoin LLC ("AnchorCoin") hereby appears by its counsel, Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010(b) and Bankruptcy Code sections 342 and 1109(b), AnchorCoin requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

162829970v2

David M. Fournier
Evelyn J. Meltzer
Marcy J. McLaughlin Smith
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19801
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.fournier@troutman.com
            evelyn.meltzer@troutman.com
            marcy.smith@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of AnchorCoin or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estate, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases, or (e) property or proceeds thereof in the possession, custody, or control of the Debtors, AnchorCoin or others that the Debtors may seek to use, or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by AnchorCoin any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AnchorCoin (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or

proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 13, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Evelyn J. Meltzer*
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel:    (302) 777-6500
Fax:    (302) 421-8390
Email: david.fournier@troutman.com
            evelyn.meltzer@troutman.com
            marcy.smith@troutman.com

*Attorneys for AnchorCoin LLC*

3