## **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 13th day of September, 2023, I caused the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** to be served by email upon the parties set forth below; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

*(Proposed Counsel for Debtors and Debtors in Possession)*
Maris J. Kandestin
MCDERMOTT WILL & EMERY LLP
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
mkandestin@mwe.com

*(Proposed Counsel for Debtors and Debtors in Possession)*
Gregg Steinman
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
gsteinman@mwe.com

*(Proposed Counsel for the Official Committee of Unsecured Creditors)*
Donald J. Detweiler and Elazar A. Kosman
WOMBLE BOND DICKINSON (US) LLP 1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
elazar.kosman@wbd-us.com

*(Proposed Counsel for the Official Committee of Unsecured Creditors)*
Tristan G. Axelrod and Matthew A. Sawyer
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*(Proposed Counsel for Debtors and Debtors in Possession)*
Darren Azman and Joseph B. Evans
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com
jbevans@mwe.com

Joseph F. Cudia
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.cudia@usdoj.gov

*(Proposed Counsel for the Official Committee of Unsecured Creditors)*
Robert J. Stark, Bennett S. Silverberg, Kenneth J. Aulet, and Jennifer M. Schein
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com
jschein@brownrudnick.com

*/s/ Evelyn J. Meltzer*
Evelyn J. Meltzer (DE No. 4581)

162829970v2