# SIGN-IN SHEET

| CASE NAME: Prime Core Technologies | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-11161 JKS | DATE: 9/13/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARIS VAN DESTIN | McDermott Will & Emery | Debtor |
| DARREN AZMAN | " | Debtor |
| JOSEPH EVANS | " | Debtor |
| Ken Enos | Young Conaway | Bittrex |
| Patty Tomasco | Quinn Emanuel | Bittrex |
| Don DETWEILER | Womble Bond | Committee |
| Robert STARK | Brown Rudnick | ↓ |
| BEN SILVERBERG | Brown Rudnick | ↓ |
| Ryan Bartley | Young Conaway | Polaris |

**Prime Core Technologies 23-11161**
**September 13, 2023 - 3:00PM**
**Bid Procedures**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Katherine | Beilin | Pashman Stein Walder Hayden, P.C. | Pashman Stein Walder Hayden. P.C. |
| Jim | berman | Committee Financial Advisor | Province |
| Zachary | Bodmer | 450 Investments LLC | |
| Joanna | Caytas | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Alex | Chen | Prime Trust | Galaxy Digital |
| Jin | Dong | Committee Financial Advisor | Province |
| Ruairi | Donnelly | Polaris Ventures | Polaris Ventures |
| David | Dunn | Committee Financial Advisor | Province |
| David | Forsh | Kado Money | Raines Feldman Littrell LLP |
| Greg | Gilman | Protego | |
| John | Guedry | Debtors and Debtors in Possession | |
| Taylor | Harrison | Debtwire | |
| Barbara | Howell | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Razmig | Izakelian | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Tobias | Keller | Tiki Labs, Inc. dba Audius | Keller Benvenutti Kim LLP |
| Andrew | Kim | Prime Trust | |
| Andrew | Kramer | TAP Advisors | TAP Advisors |
| Jor | Law | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Ethan | Legow | Protego | |
| Trent | Martensen | Protego | TAP Advisors |
| Marcy | McLaughlin Smith | AnchorCoin LLC | Troutman Pepper Hamilton Sanders LLP |
| Chris | McMillan | Protego | TAP Advisors |
| William | Murphy | Debtor | M3 Partners |
| Abigail | O'Brient | Polaris Ventures | Mintz |
| Neil | Peretz | AnchorCoin | Enumero Law |
| Goutham | Ravichandran | Protego | TAP Advisors |
| Jason | Rosell | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Jennifer | Schein | Official Committee of Unsecured Creditors | Brown Rudnick LLP |

| | | | |
|---|---|---|---|
| Jack | Schickler | Media | CoinDesk |
| Traci | Shafroth | Tiki Labs, Inc. dba Audius Inc. | Keller Benvenutti Kim LLP |
| Bennett | Silverberg | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Jonathan | Silverman | Protego Trust | |
| Peter | Sprofera | Self | |
| Robert | Stark | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Gregg | Steinman | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Vince | Sullivan | Law360 | |
| Cole | Thieme | Prime Trust | M3 Partners |
| Patricia | Tomasco | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Rebecca | Trickey | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| John | Wilcox | Debtors and Debtors in Possession | |
| Michael | Wyse | Debtors and Debtors in Possession | |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |