**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 55** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION**
**TO APPROVE BIDDING PROCEDURES FOR THE SALE OF ALL OF THE**
**DEBTORS' EQUITY OR ALL OR SUBSTANTIALLY ALL OF DEBTORS' ASSETS**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1.      On August 30, 2023, the Debtors filed *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief* [Docket No. 55] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

2.	Pursuant to the *Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets* [Docket No. 76], the deadline to respond to the Motion was September 11, 2023 at 11:00 a.m. (prevailing Eastern Time) (the "Objection Deadline").

3.	Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee") with respect to the Motion (the "Informal Response").

4.	Prior to the Objection Deadline, on September 11, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Approval of Bid Procedures* [Docket No. 97] (the "Committee Objection").

5.	On September 12, 2023, Bittrex, Inc., Desolation Holdings, LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (together, "Bittrex") filed an objection to the Motion [Docket No. 106] (the "Bittrex Objection," and together with Committee Objection and the Informal Response, the "Responses").

6.	Other than the Responses, the Debtors have not received any other timely responses or objections in connection with the Motion, nor do any responses or objections in connection with the Motion appear on the Court's docket in the Debtors' Chapter 11 Cases.

7.	On September 13, 2023, the Court held a hearing with respect to the Motion (the "Hearing"). At the conclusion of the Hearing, the Court approved the Motion on the record of the Hearing, subject to certain modifications to the proposed form of order presented at the Hearing (the "Proposed Order").

8.      Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "Revised Proposed Order").  Attached hereto as **Exhibit B** is a redline comparing the Proposed Order with the Revised Proposed Order.

9.      The Debtors circulated the Revised Proposed Order to counsel for the U.S. Trustee, the Committee, and Bittrex, and the Debtors received no objection to the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.


*[Remainder of Page Intentionally Left Blank]*

Dated:  September 14, 2023
      Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:        dazman@mwe.com
                  jbevans@mwe.com
                  ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:        gsteinman@mwe.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*