### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Prime Core Technologies Inc., *et al.*, | ) Case No. 23-11161 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Mia D. D'Andrea, Esq. to represent BMO Bank N.A. in the above-captioned action and any related proceedings.

Dated: September 14, 2023

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
**GELLERT SCALI BUSENKELL & BROWN, LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5806
rgellert@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 14, 2023

*/s/ Mia D. D'Andrea*
Mia D. D'Andrea, Esq.
**CHAPMAN AND CUTLER LLP**
320 S. Canal Street
Chicago, IL 60606
Telephone: (312) 845-3766
Facsimile: (312) 516-1466
dandrea@chapman.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is granted.

**Dated: September 14th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE