# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                               Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 73** |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AMENDING CASE CAPTION TO REFLECT CHANGE OF ADDRESS, EFFECTIVE AS OF SEPTEMBER 1, 2023, AND (II) GRANTING RELATED RELIEF

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Motion of Debtors for Entry of Order (I) Amending Case Caption to Reflect Change of Address, Effective as of September 1, 2023, and (II) Granting Related Relief* [Docket No. 73] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that the Motion included a *Notice of Hearing on Motion of Debtors for Entry of Order (I) Amending Case Caption to Reflect Change of Address, Effective as of September 1, 2023, and (II) Granting Related Relief* (the "Notice of Hearing"). Pursuant to the Notice of Hearing, objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on September 12, 2023 (the "Objection Deadline"). The Debtors extended the Objection Deadline

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

until September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee"), and until September 14, 2023 at 12:00 p.m. (ET) for the Office of the United States Trustee.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.

The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon undersigned counsel. Accordingly, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

| | |
|---|---|
| Dated: September 14, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>        jbevans@mwe.com<br>        ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500 |

2

Email: gsteinman@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*

3