IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | ) ) ) | Case No. 23-11161 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Obj. Deadline: Sept. 28, 2023 at 4:00 p.m. (ET)**<br>**Hrg. Date: October 5, 2023 at 2:00 p m. (ET)** |

**NOTICE OF HEARING ON APPLICATION
OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION OF GALAXY DIGITAL PARTNERS LLC AS
INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION,
EFFECTIVE AS OF THE PETITION DATE, (II) APPROVING THE TERMS OF THE
GALAXY ENGAGEMENT LETTER, (III) WAIVING CERTAIN TIME-KEEPING
REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h), AND (IV) GRANTING
RELATED RELIEF**

TO:  (a) the U.S. Trustee; (b) proposed counsel for the Committee of Unsecured Creditors; and (c) any party that requests service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on September 14, 2023 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of the Debtors for Entry of an Order Authorizing the Retention of Galaxy Digital Partners LLC As Investment Banker to the Debtors And Debtors in Possession, Effective As of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), And (IV) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon (a) the Debtors, 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135 (Attn: Jor Law); (b) proposed counsel to the Debtors, McDermott Will & Emery LLP, 1000 N. West Street, Suite 1400, Wilmington, DE 19801 (Attn: Maris J. Kandestin), and One Vanderbilt

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Avenue, New York, NY 10017 (Attn: Darren Azman; Joseph B. Evans), and 333 SE 2nd Avenue, Suite 5400, Miami, FL 33131 (Attn: Gregg Steinman); (c) proposed counsel to the Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Robert Stark; Bennett Silverberg); and (d) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia), so that it is received on or before **4:00 p.m. (prevailing Eastern Time) on September 28, 2023.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application, if necessary, will be held **on October 5, 2023 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 14, 2023　　　　*/s/ Maris J. Kandestin*
　　　Wilmington, Delaware　　　　Maris J. Kandestin (No. 5294)
　　　　　　　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1400
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone:　(302) 485-3900
　　　　　　　　　　　　　　　　　Facsimile:　(302) 351-8711
　　　　　　　　　　　　　　　　　Email:　　 mkandestin@mwe.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　Darren Azman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Joseph B. Evans (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　One Vanderbilt Avenue
　　　　　　　　　　　　　　　　　New York, New York 10017-3852
　　　　　　　　　　　　　　　　　Telephone:　(212) 547-5400
　　　　　　　　　　　　　　　　　Facsimile:　(212) 547-5444
　　　　　　　　　　　　　　　　　Email: dazman@mwe.com
　　　　　　　　　　　　　　　　　jbevans@mwe.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　Gregg Steinman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　333 SE 2nd Avenue, Suite 5400
　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　Telephone: (305) 358-3500
　　　　　　　　　　　　　　　　　Facsimile: (305) 347-6500
　　　　　　　　　　　　　　　　　Email: gsteinman@mwe.com

3

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

DM_US 199633312-2 121647.0012

3