**Exhibit B**

**Betance Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | ) Case No. 23-11161 (JKS) |
| Debtors.[1] | ) (Jointly Administered) |

**DECLARATION OF SHERYL BETANCE IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER APPOINTING STRETTO, INC. AS ADMINISTRATIVE AGENT EFFECTIVE AS OF THE PETITION DATE**

I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Corporate Restructuring at Stretto, Inc. ("Stretto"), a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration (the "Declaration") is made in support of the *Application of the Debtors for Entry of an Order Appointing Stretto, Inc. as Administrative Agent, Effective as of the Petition Date* in these Chapter 11 Cases (the "Application") in accordance with the terms and conditions set forth in that certain Engagement Agreement, dated as of August 8, 2023, between the Debtors and Stretto (the "Engagement Agreement"), attached to the Application as **Exhibit C**.[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## QUALIFICATIONS

3. Stretto is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases. Stretto's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity. Stretto has substantial experience in matters of this size and complexity, and has acted as the official administrative advisor in many large bankruptcy cases in this District, including: *In re iMedia Brands, Inc.*, Case No. 23-10852 (KBO) (Bankr. D. Del. July 3, 2023); *In Internap Holding LLC*, Case No. 23-10529 (CTG) (Bankr. D. Del. May 26, 2023); *In re AmeriMark Interactive, LLC*, Case No. 23-10438 (TMH) (Bankr. D. Del. May 8, 2023); *In re Allegiance Coal USA Ltd.*, Case No. 23-10234 (CTG) (Bankr. D. Del. Apr 10, 2023); *In re Ryze Renewables II, LLC*, Case No. 23-10289 (BLS) (Bankr. D. Del. Apr. 11, 2023); *In re AD1 Urban Palm Bay, LLC*, Case No. 23-10074 (KBO) (Bankr. D. Del. Mar. 27, 2023); *In re Quanergy Systems, Inc.*, Case No. 22-11305 (CTG) (Bankr. D. Del. Jan. 11, 2023); *In re Sears Authorized Hometown Stores, LLC*, Case No. 22-11303 (BLS) (Bankr. D. Del. Jan. 5, 2023); *In re Fast Radius, Inc.*, Case No. 22-11051 (JKS) (Bankr. D. Del. Dec. 7, 2022); *In re Clarus Therapeutics Holdings, Inc.*, Case No. 22-10845 (MFW) (Bankr. D. Del. Nov. 29, 2022); and *In re Phoenix Services Topco, LLC*, Case No. 22-10906 (MFW) (Bankr. D. Del. Oct. 25, 2022).

4. As Administrative Agent, Stretto will perform the bankruptcy administration services specified in the Application and the Engagement Agreement. In performing such services, Stretto will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as **Exhibit C** to the Application.

**DISINTERESTEDNESS**

5. Stretto is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), in that Stretto and its professional personnel:

(a) are not creditors, equity security holders, or insiders of the Debtors;

(b) are not and were not, within two years before the date of the filing of these cases, directors, officers, or employees of the Debtors; and

(c) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

6. I caused to be submitted for review by our conflicts system the names of potential parties-in-interest (the "Potential Parties in Interest") in these Chapter 11 Cases. A list of Potential Parties in Interest attached hereto as **Exhibit 1** was provided by the Debtors and included, among other parties, the Debtors, current and former directors and officers of the Debtors, the Debtors' lenders, significant stockholders, the Debtors' largest unsecured creditors on a consolidated basis, the U.S. Trustee and persons employed in the office of the United States Trustee, and other parties. The Potential Parties in Interest list was compared to an internal database that includes, among others, Stretto's parent entities, affiliates, and subsidiaries. Stretto's internal database also includes Stone Point Capital LLC ("Stone Point"), its funds, and each such fund's respective portfolio companies as set forth in the list most recently provided to Stretto by Stone Point's internal compliance department (the "Stone Point Searched Parties"). The results of the conflict check were compiled and reviewed by Stretto professionals under my supervision. At this time, and as set forth in further detail herein, Stretto is not aware of any connection that would present a disqualifying conflict of interest. Should Stretto discover any new relevant facts or connections bearing on the matters described herein during the period of retention, Stretto will use reasonable efforts to promptly file a supplemental declaration.

7.  To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither Stretto, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Stretto has and will continue to represent clients in matters unrelated to these Chapter 11 Cases. In addition, in matters unrelated to these Chapter 11 Cases, Stretto and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases. Stretto may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors. Based upon a review of Potential Parties in Interest:

- The list of Potential Parties in Interest identifies Western Alliance Bank, one of Stretto's bank vendors, as having a banking relationship with the Debtors. However, to the best of my knowledge, such relationship is materially unrelated to these Chapter 11 Cases.

- Additionally, the list of Potential Parties in Interest includes entities, as set forth on **Exhibit 2** attached hereto, which are current, former or potential defendants to avoidance actions brought under the Bankruptcy Code by clients of Stretto Recovery Services. However, to the best of my knowledge, such relationships are materially unrelated to these Chapter 11 Cases.

8.  To the best of my knowledge, none of Stretto's employees are related to bankruptcy judges in the District of Delaware, the United States Trustee for Region 3, or any attorney known by Stretto to be employed in the Office of the United States Trustee serving the District of Delaware.

4

9. Certain of Stretto's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these Chapter 11 Cases. Except as may be disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed. To the best of my knowledge, none of Stretto's professionals were partners of, or formerly employed within the last three years by firms that are Potential Parties in Interest or that have filed a notice of appearance in these Chapter 11 Cases.

10. Stretto and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Stretto or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest. To the best of my knowledge, Stretto does not currently utilize the services of any law firms, investment banking and advisory firms, accounting firms, or financial advisors who have been identified as Potential Parties in Interest or who have filed a notice of appearance in these Chapter 11 Cases.

11. In April 2017, Stretto was acquired by the Trident VI Funds managed by private equity firm Stone Point. Stone Point is a financial services-focused private equity firm based in Greenwich, Connecticut. The firm has raised and managed nine private equity funds – the Trident Funds – with aggregate committed capital of approximately $40 billion. Stone Point targets investments in the global financial services industry and related sectors.

12. The following disclosure is made out of an abundance of caution in an effort to comply with the Bankruptcy Code and Bankruptcy Rules. Stretto has searched the names of the Debtors and the names of the Potential Parties in Interest against the Stone Point Searched

5

Parties. In addition, following the Petition Date, Stretto provided Stone Point with the names of the Debtors, any non-debtor affiliates and the Debtors' significant equity holders, and Stone Point searched such names against its investments to confirm whether Stone Point has any relationship to such entities.

13. Based solely on the foregoing search, Stretto has determined that neither the Trident VI Funds, Stone Point nor the Stone Point Searched Parties have been identified on the Potential Parties in Interest list in these Chapter 11 Cases as of the date hereof and to the best of its knowledge, that there are no material connections that require disclosure. To the extent Stretto learns of any material connections between Stone Point's funds or investments included in the above-described conflicts search and the Debtors, Stretto will promptly file a supplemental disclosure. Stretto may have had, may currently have, or may in the future have business relationships unrelated to the Debtors with one or more Stone Point entities including, among others, portfolio companies of Stone Point.

14. From time to time, Stretto partners or employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors or their affiliates, often without Stretto's or its personnel's knowledge. Each Stretto partner or employee generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund is generally operated as a blind pool, meaning that when the Stretto partners or employees make an investment in the particular Investment Fund, he, she or they do not know what securities the blind pool

Investment Fund will purchase or sell, and have no control over such purchases or sales.

15. From time to time, Stretto partners or employees may personally directly acquire a debt or equity security of a company that may be one of the Debtors or their affiliates. Stretto has a policy prohibiting its partners and employees from using confidential information that may come to their attention in the course of their work. In this regard, subject to the foregoing, all Stretto partners and employees are barred from trading in securities with respect to matters in which Stretto is retained. Subject to the foregoing, upon information and belief, and upon reasonable inquiry through email survey of Stretto's employees, Stretto does not believe that any of its partners or employees own any debt or equity securities of a company that is a Debtor or of any of its affiliates.

16. To the best of my knowledge, Stretto (a) does not hold or represent an interest adverse to the Debtors' estates; (b) is a "disinterested person" that (i) is not a creditor, an equity security holder, or an insider, (ii) is not and was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors, and (iii) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and (c) has disclosed all of Stretto's connections with the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: September 14, 2023      */s/ Sheryl Betance*
                                Sheryl Betance
                                Senior Managing Director
                                Stretto, Inc.
                                410 Exchange, Ste. 100
                                Irvine, CA 92602

**Exhibit 1 To Betance Declaration**

**Potential Parties in Interest**

**Debtors**

Prime Core Technologies Inc.
Prime Trust, LLC
Prime IRA LLC
Prime Digital, LLC

**Debtors' Predecessors and Related Entities**

Banq., Inc.
Issuances Inc.
Finovation Systems, LLC
JumpStart Securities, LLC
FundAmerica, LLC
Secure Digital Notes B.T.
Secure Cash Sweep B.T.

**Current and Former Officers & Directors and Board of Managers**

Ali Lakhani
Amanda Ortega
Anthony Botticella
Bob Zhao
Bond Nthenge
Brad Epstein
Brent Beeman
Bryan Byrd
David Ko
David Pigott
Desta Getachew
Dmitry Dakhnovsky
Elizabeth Bildner
Erin Holloway
Eugene Lao
Forbes Higman
George Georgiades
George Thomas Lewis Brandl
J. Max Jiles
Jeffrey Smits
Jennifer Blanco
Joe Capone
John Zelazny
Jon P. Jiles
Jor Law
Kevin Lehtiniitty
Kristin Smith
Mary Kate Baker
Matt Parrella
Melissa Bonner
Melissa Ryken Westhoff
Michael Garrett
Michael Julian
Michael Smith
Nicole Yates
Nicoleta Purcell
Nirvana Patel
Noah Green
Patty Wang
Philip D. LaChapelle
Ren Riley
Rob Desroches
Robb Balaban
Robert List
Rodrigo Vicuna
Roger Wang
Russel Doolittle
Sara Xi
Scott Purcell
Scott Trainor
Stephen Cheng
Thomas Gonser
Thomas Pageler
Timothy Bowman
Whitney White
Yunan (Jeffrey) Ren
Zane Busteed
Aja Heise
Tiago Requeijo

2

**Equity Holders (Holders of 1% or More of Common Equity as of Petition Date**

10T DAE Expansion Fund, LP
10T Fund A, LP
10T Fund, LP
Akkadian Ventures V, LP
Brue2Ventures, LLC
Clearvoyance Holdings
Commerce Ventures III, L.P.
Deborah G Jiles Trust
Fidelity Information Services, LLC
Fin VC Horizons II, LP – Series VIII
GateCap Ventures II LP
GateCap Ventures LP
Gateway VCA 0521, LLC
Harvest Growth Capital III LLC
Justin R. Law Irrevocable Trust Dated October 22, 2021
Kraken Ventures Fund I LP
Lawrence Sue Kok Law and Fui Ming Thian, Co-Trustees of the 2021
Lawrence Sue Kok Law and Fui Ming Thian, Co-Trustees of the 2021 Jaden T. Law Irrevocable Trust Dated October 22, 2021
Mercato Traverse Prime Core Co-Invest, LLC
Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC
Mercato Partners Traverse IV QP, L.P.
Mercato Partners Traverse IV, L.P.
The Ko Family Trust
UGH II Affiliates II, LLC
N9 Advisors, LLC
Nevcaut Ventures Fund I, LP
OKC USA Holding Inc.
Palindrome Master Fund LP
Quantum Partners LP
Senior Comfort Corp
Seven Peaks Ventures Fund II, LP
SPV – Prime Core, LLC
STCAP Partners I, L.P.
The J. Max Jiles Trust
The Ko Family Trust UGF II Affiliates II, LLC

**Equity Holders cont'd**

Timus Capital, LLC
Triton Venture Capital Prime Trust Fund I LP
University Growth Fund II, LP
William Blair MB Investments, LP – PCTI 2022 Series

**Bankruptcy Professionals and Ordinary Course Professionals**

Ankura (f/k/a Chartwell Compliance) (MTL Maintenance)
Cooley LLP
Cahill Gordon & Reindel LLP
Saltzman Mugan Dushoff, PLLC
K&L Gates LLP
Innovest
Goodwin Procter LLP
Crowell Moring
Fisher & Phillips LLP
LTL Attorneys LLP
Hyland Law PLLC
Robert Half
M3 Partners, LP
Galaxy Digital, Ltd.
Stretto
J.S. Held LLC
JVB Financial Group, LLC

**Banks, Bondholders, and Other Lenders**

Anchorage Digital
BMO Harris Bank, N.A.
Cross River Bank
Homium Inc.
J.P. Morgan Asset Management Inc.
JXN, LLC
Metatech Operating Company LLC
Lexicon Bank
Piermont Bank, N.A.
Western Alliance
Switch Reward Card DAO, LLC

2

**Insurers, Insurance Agents, and Sureties**

Allegheny Casualty Company
Alpha Surety – A Gallagher Company
Brian Nelson
Heather Vaughn
Philadelphia Insurance Company

**Litigation Counterparties**

Const LLC
Cynthia Edwards
Austin Ward
David Krevat
Nabil Mohamad
All MTL State Regulators
US DOJ Subpoena
NY DFS Enforcement
NY FID Audit

**Major Suppliers and Vendors**

Amazon Web Services, Inc. (AWS)
Fireblocks, Inc.
Microsoft Azure Inc.
Robert Half International, Inc.
Deel, Inc.
SoftServe, Inc.
Kori Boxdell
Electric Solidus, Inc. (d/b/a Swan Bitcoin)
Okcoin USA, Inc.

**Top 50 Creditors**

450 Investments
Allsec Technologies Limited
BAM Trading Services, Inc.
Beam Networks (Eco)
BKR International KB
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
CoinFLEX US LLC
CoinMetro OU
Const LLC
Cresent Financial Inc.

**Top 50 Creditors cont'd**

Dapper Labs Inc.
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
GCEX Holding Limited
Individual Name Redacted
Gth-Trade Group KFT
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Kado Software, Inc.
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Paulo Junior Spadetto Ramos
Plutus Lending LLC
Individual Name Redacted
Reliz Ltd
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Securitize, Inc.
Individual Name Redacted
Shima Capital Management LLC
Socure Inc.
Individual Name Redacted
TrustToken, Inc.
Individual Name Redacted
Vorka USA Corp.
Wonderpro Limited
Individual Name Redacted

**Taxing and Other Governmental Authorities**

State of Alaska
State of Arizona
State of Arkansas

3

**Taxing Authorities cont'd**

State of Connecticut
State of Delaware
State of Georgia
State of Hawaii
State of Idaho
State of Iowa
State of Kansas
State of Louisiana
State of Maine
State of Maryland
State of Massachusetts
State of Michigan
State of Minnesota
State of Mississippi
State of Nebraska
State of Nevada
State of New Jersey
State of New Mexico
State of New York
State of North Carolina
State of North Dakota
State of Ohio
State of Rhode Island
State of South Carolina
State of South Dakota
State of Texas
State of Vermont
State of West Virginia
Washington D.C.

**Members of the Creditors' Committee**

Yousef Abbasi
DMG Blockchain Solutions, Inc.
NetCents Technology, Inc.
Polaris Ventures
Stably Corporation
Austin Ward
Allsectech, Inc.

**Bankruptcy Judges for the District of Delaware, U.S. Trustee's Office Trustees and key staff for the District of Delaware, and Clerks of Court for the District of Delaware**

The Honorable John T. Dorsey
The Honorable Ashley M. Chan
The Honorable Karen B. Owens
The Honorable Chief Judge Laurie Selber Silverstein
The Honorable Mary F. Walrath
The Honorable Craig T. Goldblatt
The Honorable Brendan L. Shannon
The Honorable J. Kate Sickles
The Honorable Thomas M. Horan
Angelique Okita
Benjamin Hackman
Christine Green
Claire Brady
David Buchbinder
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Marquietta Lopez
Michael Panacio
Michael West
Nyanquoi Jones
Ramona Harris

4

**Court Personnel cont'd**

Ramona Vinson
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Stacey Drechsler
Stephen Grant
T. Patrick Tinker

Timothy J. Fox, Jr.
Una O'Boyle

**Exhibit 2 to Betance Declaration**

Amazon Web Services, Inc.
BMO Harris Bank N.A.
Comptroller of Maryland
Delaware Secretary of State
Idaho State Tax Commission
Iowa Department of Revenue
Kansas Department of Revenue
Louisiana Department of Revenue and Taxation
Massachusetts Department of Revenue
Microsoft
Mississippi Department of Revenue
Nevada Department of Taxation
New York State Department of Taxation and Finance
North Carolina Department of Revenue
Ohio Department of Taxation
Robert Half International
South Carolina Department of Revenue
State of Connecticut
State of Michigan
State of Texas
State of West Virginia