## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 17 & 40** |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) (A) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (B) APPROVING DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADDITIONAL ASSURANCE REQUESTS, AND (C) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (II) GRANTING RELATED RELIEF

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (II) Granting Related Relief* [Docket No. 17] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that the Debtors filed a *Notice of Final Hearing on First Day Motions* [Docket No. 63] (the "Notice of Hearing") with the Court, which provided that

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on September 12, 2023 (the "Objection Deadline").  The Debtors extended the Objection Deadline until September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee"), and until September 14, 2023 at 12:00 p.m. (ET) for the Office of the United States Trustee.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.

The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon undersigned counsel.  Accordingly, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: September 15, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:   (302) 351-8711
Email:       mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:   (646) 547-5444
Email:       dazman@mwe.com
             jbevans@mwe.com
             ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)

333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:    (305) 347-6500
Email:         gsteinman@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*