IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 47** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE AS OF AUGUST 31, 2023; (II) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH; AND (III) GRANTING RELATED RELIEF**

The undersigned, proposed counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certifies as follows:

1. On August 28, 2023, the Debtors filed *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property Effective as of August 31, 2023; (II) Abandon Certain De Minimis Property in Connection Therewith; and (III) Granting Related Relief* [Docket No. 47] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Motion included a *Notice of Hearing on Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property Effective as of August 31, 2023; (II) Abandon Certain De Minimis Property in Connection Therewith; and (III) Granting Related Relief* (the "Notice of Hearing").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

3.       Pursuant to the Notice of Hearing, objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. (ET) on September 12, 2023 (the "Objection Deadline").  The Objection Deadline was extended until September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and until September 14, 2023 at 12:00 noon (ET) for the Office of the United States Trustee.

4.       The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon undersigned counsel.  Although no objections were received, the Debtors have revised the proposed form of order approving the Motion (the "Revised Proposed Order") to implement certain non-material changes.  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**, and a redline version of the Revised Order reflecting all changes from the form of order submitted with the Motion is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at the convenience of the Court.

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>  jbevans@mwe.com<br>  ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com |