# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 74** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BAR DATES TO FILE PROOFS OF CLAIM; (II) APPROVING FORM AND MANNER FOR FILING PROOFS OF CLAIM; (III) APPROVING FORM AND MANNER OF NOTICE OF BAR DATES; AND (IV) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 24, 2023, the Debtors filed the *Debtors' Motion for Entry of Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 74] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to objection to the Motion was September 12, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. The Debtors extended the Objection Deadline until September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee"), and until September 14, 2023 at 12:00 p.m. (ET) for the Office of the United States Trustee (the "U.S. Trustee").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

3.  Attached hereto as **Exhibit A** is a revised proposed form of order incorporating comments provided by the Committee and the U.S. Trustee (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline comparing the Proposed Order with the Revised Proposed Order.

4.  The Debtors circulated the Revised Proposed Order to the Committee and the U.S. Trustee, who have no objection to entry of the Revised Proposed Order.

5.  The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience

| | |
|---|---|
| Dated:  September 15, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> */s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400 |

Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*