**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 19, 2023 AT 10:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE J. KATE STICKLES**

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles. All participants over Zoom must register in advance. Please register by September 18, 2023, at 4:00 p.m. (Eastern Time).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsduivpzwuEm92x1s70KMTCWJk9NJl-mM

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**UNCONTESTED MATTERS WITH CERTIFICATIONS NO OBJECTION**

1.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 8/24/23; Docket No. 21]

Related Documents:

(a)      Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)      Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief  [Filed 8/25/23; Docket No. 38]

(c)      Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

(d)      Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 9/15/2023; Docket No. [130]

Responses Received:  None.

Objection Deadline:  September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee"), and extended to September 14, 2023 at 12:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

Status:      A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

2.      Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief [Filed 8/24/23; Docket No. 17]

Related Documents:

(a)      Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)      Interim Order (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting

Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief [Filed 8/25/23; Docket No. 40]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

(d)     Certification of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (II) Granting Related Relief [Filed 9/15/23; Docket No [131].

Responses Received:  None.

Objection Deadline:     September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:          A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3.     Motion of Debtors for Entry of Order (I) Amending Case Caption to Reflect Change of Address, Effective as of September 1, 2023, and (II) Granting Related Relief [Filed 9/5/23; Docket No. 73]

Related Documents:

(a)     Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Amending Case Caption to Reflect Change of Address, Effective as of September 1, 2023, and (II) Granting Related Relief [Filed 9/14/23; Docket No. 123]

Responses Received:  None

Objection Deadline:     September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:          A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL

4.     Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023; (II) Abandon Certain *De Minimis* Property in Connection Therewith; and (III) Granting Related Relief [Filed 8/28/23; Docket No. 47]

Related Documents:

(a)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property, Effective as of August 31, 2023; (II) Abandon Certain *De Minimis* Property in Connection Therewith; and (III) Granting Related Relief [Filed 9/15/23; Docket No [133]

Responses Received:  None

Objection Deadline:    September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:         A certification of counsel was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

5.     Debtors' Motion for Entry of Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief [Filed 9/5/23; Docket No. [74]]

Related Documents:

(a)     Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief [Filed 9/15/23; Docket [134]]

Responses Received:

(a)     Informal comments received from the U.S. Trustee [Resolved]

Objection Deadline:    September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:         A certification of counsel was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

6.     Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 9/5/23; Docket No. [75]]

Related Documents:

(a)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 9/15/23; Docket No. [132]]

Responses Received:

(a)     Informal comments received from the U.S. Trustee [Resolved]

Objection Deadline:    September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

<u>Status</u>:    A certification of counsel was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## **MATTERS GOING FORWARD**

7.     Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List, (II) Authorizing Redaction of Certain Personally Identifiable Information, (III) Authorizing the Debtors to Serve Certain Parties by E-mail, (IV) Approving Certain Notice Procedures, and (V) Granting Related Relief [Filed 8/24/23; Docket No. <u>15</u>]

Related Documents:

(a)     Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. <u>14</u>]

(b)     Interim Order Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List, (II) Authorizing Redaction of Certain Personally Identifiable Information, (III) Authorizing the Debtors to Serve Certain Parties by E-mail, (IV) Approving Certain Notice Procedures, and (V) Granting Related Relief [Filed 8/24/23; Docket No. <u>39</u>]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/23; Docket No. <u>63</u>]

(d)     Certification of Debtors' Consolidated List of Creditors (Filed Under Seal) [Filed 9/11/23; Docket No. 101]

(e)     [REDACTED] Certification of Debtors' Consolidated List of Creditors [Filed 9/11/23; Docket No. <u>102</u>]

Responses Received:

(a)     United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by E-mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 9/13/23; Docket No. <u>109</u>]

Objection Deadline:   September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:          This matter will be going forward.

8.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [Filed 8/24/23; Docket No. 18]

Related Documents:

(a)    Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)    Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [Filed 8/24/23; Docket No. 37]

(c)    Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

Responses Received:  None.

Objection Deadline:   September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:          This matter is going forward.

9.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief [Filed 8/24/23; Docket No. 19]

Related Documents:

(a)    Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)     Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief [Filed 8/25/23; Docket No. 34]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

Responses Received:  None.

Objection Deadline:    September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:        This matter is going forward.

10.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20]

Related Documents:

(a)     Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)     Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/25/23; Docket No. 42]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

Responses Received:

(a)     Objection of the Bittrex Parties to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor

Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/12/23; Docket No. 107] [Resolved]

(b)     Limited Objection and Reservation of Rights of BMO Bank N.A. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/13/23; Docket No. 110]

Objection Deadline:   September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 10:00 a.m. (ET) for BMO Bank N.A.; extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:      This matter will be going forward.


Dated: September 15, 2023          **MCDERMOTT WILL & EMERY LLP**
       Wilmington, Delaware

                                   */s/ Maris J. Kandestin*
                                   Maris J. Kandestin (No. 5294)
                                   1000 N. West Street, Suite 1400
                                   Wilmington, Delaware 19801
                                   Telephone:  (302) 485-3900
                                   Facsimile:  (302) 351-8711
                                   Email:      mkandestin@mwe.com

                                   -and-

                                   Darren Azman (admitted *pro hac vice*)
                                   Joseph B. Evans (admitted *pro hac vice*)
                                   J. Greer Griffith (admitted *pro hac vice*)
                                   One Vanderbilt Avenue
                                   New York, New York 10017-3852
                                   Telephone:  (212) 547-5400
                                   Facsimile:  (646) 547-5444
                                   Email:      dazman@mwe.com

8

jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500
Email:        gsteinman@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*