**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF MICHAEL JULIAN'S VOLUNTARY AGREEMENT TO COMPLY WITH THE DEBTORS' RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DISCOVERY REQUESTS AND EXAMINATION**

**TO:**  (i) the Office of the United States Trustee for the District of Delaware; (ii) proposed counsel to the Official Committee of Unsecured Creditors; (iii) Michael Julian, or counsel thereto; and (iv) all other parties that have requested notice pursuant to Bankruptcy Rule 2002

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 2004-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, hereby give notice of Michael Julian's voluntary agreement to comply with the *Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests*. Michael Julian has agreed to provide written discovery and to comply voluntarily with a Rule 2004 Examination.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> /s/ *Maris J. Kandestin* <br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>          jbevans@mwe.com<br>          ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |