IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, do hereby certify that on the 18th day of September, 2023, I caused a copy of the following to be served on the parties listed below via Electronic Mail.

- Docket No. 153: Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>mkandestin@mwe.com | MCDERMOTT WILL & EMERY LLP<br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>gsteinman@mwe.com |
| MCDERMOTT WILL & EMERY LLP<br>R. Jacob Jumbeck<br>Rebecca E. Trickey<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606-0029<br>jjumbeck@mwe.com; rtrickey@mwe.com | MCDERMOTT WILL & EMERY LLP<br>Darren Azman<br>Joseph B. Evans<br>J. Greer Griffith<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>dazman@mwe.com; jbevans@mwe.com; ggriffith@mwe.com |
| Office of The U.S. Trustee for the District of Delaware<br>Attn: Joseph F. Cudia, Esq.<br>844 N King St #2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Joseph.cudia@usdoj.gov | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

WBD (US) 63781642v3

| | |
|---|---|
| Dated: September 19, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>Email:  elazar.kosman@wbd-us.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

WBD (US) 63781642v3