# SIGN-IN SHEET

| CASE NAME: Prime Core Technologies Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-11161 JKS | DATE: 9/19/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Cudia | UST | UST |
| Ken Enos | Young Conaway | Bittrex |
| Maris Kandestin | McDermott Will & Emery | Debtors |
| Joseph Evans | " | Debtors |
| Darren Azman | " | |
| Marcy McLaughlin Smith | Troutman Pepper | Anchor Coin LLC |
| Ron Gellert | Gellert Scali Busenkell Brown | BMO Bank |

23-11161 Prime Core Technologies, Inc.
9/19/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mia | DAndrea | BMO Bank N.A. | Chapman and Cutler LLP |
| Chris | McMillan | Protego | TAP Advisors |
| Lizzie | Li | Cavu Security | |
| Christopher | Gastelu | self | |
| Daniel | Tran | Self | |
| Steven | Eliscu | DMG Blockchain Solutions | |
| Peter | Sprofera | Self | |
| Robert | Stark | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Bennett | Silverberg | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Matthew | Sawyer | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Jennifer | Schein | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Zachary | Bodmer | 450 Investments LLC | |
| Ruairi | Donnelly | Committee Member | Polaris Ventures |
| David | Dunn | Interested party | Province |
| Jin | Dong | Interested party | Province |
| Joseph | Berman | Interested party | Province |
| Jullian | Sekona | Protego | Keller Benvenutti Kim LLP |
| Patty | Tomasco | Bittrex/Desolation Holdings | Quinn Emanuel Urquhart & Sullivan LLP |
| Razmig | Izakelian | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Samson | Enzer | N/A Public Viewing | Cahill |
| Tristan | Axelrod | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Matt | Parrella | Debtors and Debtors in Possession | |
| Bob | Zhao | Debtors and Debtors in Possession | |
| Patty | Wang | Debtors and Debtors in Possession | |
| John | Guedry | Debtors and Debtors in Possession | |
| Robert | Winning | Debtors and Debtors in Possession | M3 Advisory Partners, LP |
| Taylor | Harrison | Debtwire | |
| Rick | Archer | Law360 | |
| Rebecca | Trickey | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| R. Jacob | Jumbeck | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Patricia | Tomasco | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Joanna | Caytas | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |

23-11161 Prime Core Technologies, Inc.
9/19/2023

| Alain | Jaquet | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
|---|---|---|---|