## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 74 & 134** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BAR DATES TO FILE PROOFS OF CLAIM; (II) APPROVING FORM AND MANNER FOR FILING PROOFS OF CLAIM; (III) APPROVING FORM AND MANNER OF NOTICE OF BAR DATES; AND (IV) GRANTING RELATED RELIEF

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 24, 2023, the Debtors filed the *Debtors' Motion for Entry of Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 74] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was September 12, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. The Debtors extended the Objection Deadline until September 13, 2023 at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors (the "Committee"), and until September 14, 2023 at 12:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee (the "U.S. Trustee").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

3. On September 15, 2023, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 134] (the "Certification of Counsel"), including a revised proposed order (the "September 15 Revised Order").

4. On September 19, 2023, the Court held a hearing with respect to the Motion and any responses thereto (the "Hearing"). At the conclusion of the Hearing, the Court approved the Motion and entry of the September 15 Revised Order, subject to certain modifications to the September 15 Revised Order. In connection with same, the undersigned proposed counsel for the Debtors agreed to refrain from serving the Bar Date Notice[2] or the Administrative Claims Bar Date Notice or publishing the Publication Notice, until such time as the Debtors file their Schedules of Assets and Liabilities and Statements of Financial Affairs with the Court. The undersigned proposed counsel for the Debtors further agreed to include a date certain in the foregoing notices prior to service or publication, as applicable.

5. Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "September 19 Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline comparing the September 15 Revised Order with the September 19 Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the September 19 Revised Proposed Order at the Court's earliest convenience.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the September 19 Revised Proposed Order (as defined below).

| | |
|---|---|
| Dated: September 19, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>           jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |