## Exhibit A

**Assumed Executory Contracts**

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 1. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 2. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 3. | Prime Trust, LLC | Vendor Agreement | 1983283 Ontario Inc. dba Secure Digital Markets | $0.00 |
| 4. | Prime Trust, LLC | Vendor Agreement | 1Konto | $0.00 |
| 5. | Prime Trust, LLC | Vendor Agreement | Adobe | $0.00 |
| 6. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 7. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 8. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 9. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 10. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 11. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 12. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 13. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 14. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 15. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Commerce Ventures III, L.P. | $0.00 |
| 16. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 17. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 18. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 19. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 20. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | $0.00 |
| 21. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 22. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 23. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 24. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 25. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Individual Name Redacted | $0.00 |
| 26. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fidelity Information Services, LLC | $0.00 |
| 27. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fin VC Horizons II, LP – Series VIII | $0.00 |
| 28. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gaingels Prime Trust 2022 LLC | $0.00 |
| 29. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gatecap Ventures II LP | $0.00 |
| 30. | Prime Core Technologies, Inc. | Stock Purchase Agreement | GC&H Investments, L.P. | $0.00 |
| 31. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 32. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 33. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 34. | Prime Trust, LLC | Vendor Agreement | Agile Thought | $22,220.00 |
| 35. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 36. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 37. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Reda | $0.00 |
| 38. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 39. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 40. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 41. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 42. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 43. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Individual Name Redacted | $0.00 |
| 44. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redact | $0.00 |
| 45. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redac | $0.00 |
| 46. | Prime Trust, LLC | Vendor Agreement | Alianza Financial Inc. | $0.00 |
| 47. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 48. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name R | $0.00 |
| 49. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 50. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Red | $0.00 |
| 51. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 52. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 53. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Kraken Ventures Fund I LP | $0.00 |
| 54. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 55. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 56. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 57. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 58. | Prime Trust, LLC | Vendor Agreement | Alpha Node Limited, One Alpha | $0.00 |
| 59. | Prime Trust, LLC | Customer Agreement | Amazon Web Services, Inc. | $0.00 |
| 60. | Prime Trust, LLC | Vendor Agreement | Anthem Blue Cross and Blue Shield | $0.00 |
| 61. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 62. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 63. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 64. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 65. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 66. | Prime Core Technologies, Inc. | Stock Purchase Agreement | MERCATO PARTNERS TRAVERSE IV QP, L.P. | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 67. | Prime Core Technologies, Inc. | Stock Purchase Agreement | MERCATO PARTNERS TRAVERSE IV, L.P. | $0.00 |
| 68. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC | $0.00 |
| 69. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 70. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 71. | Prime Trust, LLC | Vendor Agreement | Apptrium, Inc. dba Invent.us | $0.00 |
| 72. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 73. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 74. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 75. | Prime Core Technologies, Inc. | Stock Purchase Agreement | OKCOIN USA INC. | $0.00 |
| 76. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Oleg, L.P. Limited Partnership | $0.00 |
| 77. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 78. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 79. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Palindrome Master Fund LP | $0.00 |
| 80. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Pegasus Growth Capital Fund I, LP | $0.00 |
| 81. | Prime Core Technologies, Inc. | Stock Purchase Agreement | PRI Gaingels Fund, a series of Zachary Ginsburg Funds, LP | $0.00 |
| 82. | Prime Trust, LLC | Vendor Agreement | APT Systems Inc dba Apt Systems Inc. a Delaware Company - Spera | $0.00 |
| 83. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Quantum Partners LP | $0.00 |
| 84. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 85. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 86. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 87. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 88. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 89. | Prime Core Technologies, Inc. | Employee Severance Agreement | Individual Name Redacted | $0.00 |
| 90. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Seven Peaks Ventures Fund II, LP | $0.00 |
| 91. | Prime Core Technologies, Inc. | Stock Purchase Agreement | SPV – Prime Core, LLC | $0.00 |
| 92. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Tagus Capital Multi-Strategy Fund SP acting by Starmark Investment Limited | $0.00 |
| 93. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 94. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 95. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 96. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 97. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Timus Capital, LLC | $0.00 |
| 98. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Tiny Orange, LLC | $0.00 |
| 99. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Triton Venture Capital Prime Trust Fund I LP | $0.00 |
| 100. | Prime Core Technologies, Inc. | Stock Purchase Agreement | UGF II Affiliates II, LLC | $0.00 |
| 101. | Prime Core Technologies, Inc. | Stock Purchase Agreement | University Growth Fund II, LP | $0.00 |
| 102. | Prime Core Technologies, Inc. | Stock Purchase Agreement | William Blair MB Investments, LP – PCTI | $0.00 |
| 103. | Prime Core Technologies, Inc. | Stock Purchase Agreement | William Blair MB Investments, LP – PCTI 2022 Series | $0.00 |
| 104. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 105. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 106. | Prime Core Technologies, Inc. | Indemnification Agreement | Individual Name Redacted | $0.00 |
| 107. | Prime Trust, LLC | Vendor Agreement | Archblock (TrustToken, Inc), TrueCoin | $0.00 |
| 108. | Prime Trust, LLC | Vendor Agreement | Arete Incident Response/Arete Advisors, LLC | $0.00 |
| 109. | Prime Trust, LLC | Vendor Agreement | Asana | $0.00 |
| 110. | Prime Trust, LLC | Vendor Agreement | Astrolescent | $0.00 |
| 111. | Prime Trust, LLC | Vendor Agreement | Atlassian | $0.00 |
| 112. | Prime Trust, LLC | Vendor Agreement | AU10TIX | $0.00 |
| 113. | Prime Trust, LLC | Vendor Agreement | Audius Token | $0.00 |
| 114. | Prime Trust, LLC | Vendor Agreement | Augeo | $0.00 |
| 115. | Prime Core Technologies, Inc. | Vendor Agreement | Axis Insurance Company | $0.00 |
| 116. | Prime Core Technologies, Inc. | Vendor Agreement | Axis Insurance Company | $0.00 |
| 117. | Prime Trust, LLC | Vendor Agreement | Azure | $0.00 |
| 118. | Prime Trust, LLC | Vendor Agreement | BAM Trading Services Inc. | $0.00 |
| 119. | Prime Core Technologies, Inc. | Vendor Agreement | Berkeley | $0.00 |
| 120. | Prime Trust, LLC | Vendor Agreement | Bitcoin Solutions, Inc. | $0.00 |
| 121. | Prime Trust, LLC | Vendor Agreement | Bittrex | $0.00 |
| 122. | Prime Trust, LLC | Vendor Agreement | Bittrex | $0.00 |
| 123. | Prime Trust, LLC | Vendor Agreement | BKR International KB | $0.00 |
| 124. | Prime Trust, LLC | Vendor Agreement | BKR International KB | $0.00 |
| 125. | Prime Trust, LLC | Vendor Agreement | BlocHaus | $0.00 |
| 126. | Prime Trust, LLC | Vendor Agreement | Block.io | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 127. | Prime Trust, LLC | Vendor Agreement | Blockchain Association Inc. | $0.00 |
| 128. | Prime Trust, LLC | Bank Account Agreement | BMO | $0.00 |
| 129. | Prime Trust, LLC | Vendor Agreement | Bold | $0.00 |
| 130. | Prime Trust, LLC | Vendor Agreement | Bosonic, Inc. | $0.00 |
| 131. | Prime Trust, LLC | Vendor Agreement | Brex | $1,800.00 |
| 132. | Prime Trust, LLC | Vendor Agreement | Caramba | $0.00 |
| 133. | Prime Trust, LLC | Vendor Agreement | CDW Direct, LLC | $0.00 |
| 134. | Prime Trust, LLC | Vendor Agreement | Center for Emerging Risk Research | $0.00 |
| 135. | Prime Trust, LLC | Vendor Agreement | Change Digital Commerce Inc. | $0.00 |
| 136. | Prime Trust, LLC | Vendor Agreement | Chasm Labs LLC | $0.00 |
| 137. | Prime Trust, LLC | Vendor Agreement | CIFRAPAY, UNIPESSOAL LDA | $0.00 |
| 138. | Prime Trust, LLC | Vendor Agreement | Clear Junction Limited | $0.00 |
| 139. | Prime Trust, LLC | Vendor Agreement | Cloudflare | $4,435.00 |
| 140. | Prime Trust, LLC | Vendor Agreement | Coast | $0.00 |
| 141. | Prime Trust, LLC | Vendor Agreement | Coinbits Business | $0.00 |
| 142. | Prime Trust, LLC | Vendor Agreement | CoinFLEX US LLC | $0.00 |
| 143. | Prime Trust, LLC | Vendor Agreement | Coinfront Inc. | $0.00 |
| 144. | Prime Trust, LLC | Vendor Agreement | CoinSmart Financial Inc. | $0.00 |
| 145. | Prime Trust, LLC | Vendor Agreement | Compass Minning, Inc. | $0.00 |
| 146. | Prime Trust, LLC | Vendor Agreement | Compass Payment Solutions LLC | $0.00 |
| 147. | Prime Trust, LLC | Vendor Agreement | Compliance Alliance, Inc. | $0.00 |
| 148. | Prime Trust, LLC | Vendor Agreement | Cornerstone Global Management, Inc. | $0.00 |
| 149. | Prime Trust, LLC | Vendor Agreement | Crescent Save LLC | $0.00 |
| 150. | Prime Trust, LLC | Vendor Agreement | CyberSecOp LLC | $0.00 |
| 151. | Prime Trust, LLC | Vendor Agreement | Cypfer Corp. | $0.00 |
| 152. | Prime Trust, LLC | Vendor Agreement | Dapper Labs Inc. | $0.00 |
| 153. | Prime Trust, LLC | Vendor Agreement | Datadog, Inc. | $0.00 |
| 154. | Prime Trust, LLC | Vendor Agreement | Daynight Capital Inc. | $0.00 |
| 155. | Prime Trust, LLC | Vendor Agreement | Deel, Inc. | $0.00 |
| 156. | Prime Trust, LLC | Vendor Agreement | Defy Security, LLC | $0.00 |
| 157. | Prime Trust, LLC | Vendor Agreement | dexFreight Inc. | $0.00 |
| 158. | Prime Trust, LLC | Vendor Agreement | Digital Asset Redemption | $0.00 |
| 159. | Prime Trust, LLC | Vendor Agreement | Digital Mountain, Inc. | $540.00 |
| 160. | Prime Trust, LLC | Vendor Agreement | Dposit | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 161. | Prime Trust, LLC | Purchase Agreement for Crypto | DV Chain, LLC | $0.00 |
| 162. | Prime Trust, LLC | Vendor Agreement | East West Technologies | $0.00 |
| 163. | Prime Trust, LLC | Vendor Agreement | Eco Gen Pest Control | $0.00 |
| 164. | Prime Trust, LLC | Vendor Agreement | Eco, Inc | $0.00 |
| 165. | Prime Trust, LLC | Vendor Agreement | Electric Solidus Inc. dba Swan Bitcoin | $0.00 |
| 166. | Prime Trust, LLC | Vendor Agreement | Empowering Technology Solutions, LLC | $10,507.00 |
| 167. | Prime Trust, LLC | Vendor Agreement | Emurgo | $0.00 |
| 168. | Prime Trust, LLC | Master Service Agreement | Equity Administrative Services, Inc. | $0.00 |
| 169. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company | $5,179.00 |
| 170. | Prime Trust, LLC | Vendor Agreement | Estructuras Financieras Regionales S.A | $0.00 |
| 171. | Prime Trust, LLC | License Agreement | Fireblocks LTD | $29,167.00 |
| 172. | Prime Trust, LLC | Vendor Agreement | First Choice Coffee Services | $809.00 |
| 173. | Prime Trust, LLC | Vendor Agreement | FirstPayment USA Inc. | $0.00 |
| 174. | Prime Trust, LLC | Vendor Agreement | Fluent Finance Inc | $0.00 |
| 175. | Prime Trust, LLC | Vendor Agreement | Fold, Inc. | $0.00 |
| 176. | Prime Trust, LLC | Vendor Agreement | Freedom Gateway LLC | $0.00 |
| 177. | Prime Trust, LLC | Vendor Agreement | FXDD Trading Limited | $0.00 |
| 178. | Prime Trust, LLC | Vendor Agreement | Github | $0.00 |
| 179. | Prime Trust, LLC | Vendor Agreement | Global Income Coin Inc. | $0.00 |
| 180. | Prime Trust, LLC | Vendor Agreement | Gorilla Labs LLC | $0.00 |
| 181. | Prime Trust, LLC | Vendor Agreement | Greenbax (dba Zip) | $0.00 |
| 182. | Prime Trust, LLC | Vendor Agreement | Guideline, Inc. | $0.00 |
| 183. | Prime Trust, LLC | Vendor Agreement | Hayvn Global | $0.00 |
| 184. | Prime Trust, LLC | Vendor Agreement | Herjavec Group | $0.00 |
| 185. | Prime Core Technologies, Inc. | Vendor Agreement | Hiscox Insurance Company | $0.00 |
| 186. | Prime Trust, LLC | Vendor Agreement | Homium, Inc. | $0.00 |
| 187. | Prime Trust, LLC | Vendor Agreement | Iconic Growth Partners, LLC | $0.00 |
| 188. | Prime Trust, LLC | API Technology Agreement Account Form | Innovative Trust Bank Holding Inc | $0.00 |
| 189. | Prime Core Technologies, Inc. | Vendor Agreement | Intact Insurance | $0.00 |
| 190. | Prime Trust, LLC | Vendor Agreement | Intution Exchange | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 191. | Prime Trust, LLC | Vendor Agreement | ITW LLC | $0.00 |
| 192. | Prime Trust, LLC | Vendor Agreement | IUBank | $0.00 |
| 193. | Prime Trust, LLC | Vendor Agreement | IV Crypto Fund dba Infinity Ventures Crypto Fund, L.P. | $0.00 |
| 194. | Prime Trust, LLC | Master Services Agreement | Jawudi | $0.00 |
| 195. | Prime Trust, LLC | Vendor Agreement | Jawudi, Inc | $0.00 |
| 196. | Prime Trust, LLC | Vendor Agreement | Jenn Lowther & Clayton Moore | $0.00 |
| 197. | Prime Trust, LLC | Bank Account Agreement | JP Morgan Institutional Fund Services | $0.00 |
| 198. | Prime Trust, LLC | Vendor Agreement | Kado Software, Inc. | $0.00 |
| 199. | Prime Trust, LLC | Vendor Agreement | Karta | $0.00 |
| 200. | Prime Trust, LLC | Vendor Agreement | Knapsack LLC | $0.00 |
| 201. | Prime Trust, LLC | Vendor Agreement | Koi Trading | $0.00 |
| 202. | Prime Trust, LLC | Checking Account Agreement | Lexicon Bank | $0.00 |
| 203. | Prime Trust, LLC | Vendor Agreement | LexisNexis Risk Solutions FL Inc. | $15,850.00 |
| 204. | Prime Core Technologies, Inc. | Vendor Agreement | Lloyd's | $0.00 |
| 205. | Prime Core Technologies, Inc. | Vendor Agreement | Lloyd's | $0.00 |
| 206. | Prime Core Technologies, Inc. | Vendor Agreement | Lloyd's | $0.00 |
| 207. | Prime Trust, LLC | Vendor Agreement | LODE Payments International LLC dba Lode | $0.00 |
| 208. | Prime Trust, LLC | Vendor Agreement | Looker Data Sciences | $31,326.00 |
| 209. | Prime Trust, LLC | Vendor Agreement | LTCA Trust | $0.00 |
| 210. | Prime Trust, LLC | Vendor Agreement | Lukapay | $0.00 |
| 211. | Prime Trust, LLC | Vendor Agreement | Lyfe Cycle Payments | $0.00 |
| 212. | Prime Trust, LLC | Vendor Agreement | Metahill Inc | $0.00 |
| 213. | Prime Trust, LLC | Vendor Agreement | Microsoft | $4,074.00 |
| 214. | Prime Trust, LLC | Vendor Agreement | Mixmax | $0.00 |
| 215. | Prime Trust, LLC | Vendor Agreement | Morning Star Enterprises | $0.00 |
| 216. | Prime Trust, LLC | Vendor Agreement | MyBackpack (JXN) | $0.00 |
| 217. | Prime Trust, LLC | Vendor Agreement | Neosoft Private Limited | $0.00 |
| 218. | Prime Trust, LLC | Vendor Agreement | Netlify | $2,725.00 |
| 219. | Prime Trust, LLC | Vendor Agreement | Neural Labs LLC | $0.00 |
| 220. | Prime Trust, LLC | Vendor Agreement | Neutronpay Inc. | $0.00 |
| 221. | Prime Trust, LLC | Vendor Agreement | Nexxdiotic | $0.00 |
| 222. | Prime Trust, LLC | Vendor Agreement | NYXEX Holdings | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 223. | Prime Trust, LLC | Vendor Agreement | Office Pride Las Vegas | $0.00 |
| 224. | Prime Trust, LLC | Master Services Agreement | OKCoin USA, Inc | $0.00 |
| 225. | Prime Trust, LLC | Vendor Agreement | Okta | $0.00 |
| 226. | Prime Trust, LLC | Vendor Agreement | One World Bancorp | $0.00 |
| 227. | Prime Trust, LLC | Vendor Agreement | OneTrust | $4,080.00 |
| 228. | Prime Trust, LLC | Vendor Agreement | Onramp Invest, LLC | $0.00 |
| 229. | Prime Trust, LLC | Vendor Agreement | Open Node | $0.00 |
| 230. | Prime Trust, LLC | Vendor Agreement | OpenDeal Inc. dba Republic | $0.00 |
| 231. | Prime Trust, LLC | Vendor Agreement | Oracle America Inc | $0.00 |
| 232. | Prime Trust, LLC | Vendor Agreement | Ottr Finance Inc. | $0.00 |
| 233. | Prime Trust, LLC | Vendor Agreement | Oval Labs, Inc | $0.00 |
| 234. | Prime Trust, LLC | Vendor Agreement | OVEX | $0.00 |
| 235. | Prime Trust, LLC | Vendor Agreement | OWS Brasil Intermediacao LTDA | $0.00 |
| 236. | Prime Trust, LLC | Vendor Agreement | Pagotec Consultancy LTD | $0.00 |
| 237. | Prime Trust, LLC | Vendor Agreement | Pagotronic LLC dba Pagotronic | $0.00 |
| 238. | Prime Trust, LLC | Vendor Agreement | ParaPay | $0.00 |
| 239. | Prime Trust, LLC | Vendor Agreement | Paxful Inc. | $0.00 |
| 240. | Prime Digital LLC | Vendor Agreement | Paycor | $0.00 |
| 241. | Prime Trust, LLC | Vendor Agreement | PayCruiser | $0.00 |
| 242. | Prime Trust, LLC | Vendor Agreement | Pinttosoft LLC | $0.00 |
| 243. | Prime Trust, LLC | Vendor Agreement | Pluto | $0.00 |
| 244. | Prime Trust, LLC | Vendor Agreement | Plutus Financial d/b/a ABRA | $0.00 |
| 245. | Prime Trust, LLC | Vendor Agreement | Premise | $0.00 |
| 246. | Prime Trust, LLC | Vendor Agreement | Pythas | $0.00 |
| 247. | Prime Core Technologies, Inc. | Vendor Agreement | QBE | $0.00 |
| 248. | Prime Trust, LLC | Vendor Agreement | Quarter Systems Corporation | $0.00 |
| 249. | Prime Trust, LLC | Vendor Agreement | Quickex | $0.00 |
| 250. | Prime Trust, LLC | Vendor Agreement | QuickieCoin | $0.00 |
| 251. | Prime Trust, LLC | Custodial Account Agreement | Realio LLC | $0.00 |
| 252. | Prime Trust, LLC | Vendor Agreement | Robert Half | $10,046.00 |
| 253. | Prime Trust, LLC | Vendor Agreement | Salesforce | $0.00 |
| 254. | Prime Trust, LLC | Vendor Agreement | SAP Concur | $0.00 |
| 255. | Prime Trust, LLC | Vendor Agreement | Save Change LLC | $0.00 |
| 256. | Prime Trust, LLC | Vendor Agreement | Sayari Labs Inc | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 257. | Prime Trust, LLC | Vendor Agreement | SendCrypto | $0.00 |
| 258. | Prime Trust, LLC | Vendor Agreement | Senken | $0.00 |
| 259. | Prime Trust, LLC | Vendor Agreement | Sepior ApS | $0.00 |
| 260. | Prime Trust, LLC | Vendor Agreement | Services 24-7 LLC | $0.00 |
| 261. | Prime Trust, LLC | Vendor Agreement | Settle Network | $0.00 |
| 262. | Prime Trust, LLC | Vendor Agreement | Sift | $36,000.00 |
| 263. | Prime Trust, LLC | Vendor Agreement | Slack | $0.00 |
| 264. | Prime Trust, LLC | Vendor Agreement | Smarsh | $8,216.00 |
| 265. | Prime Trust, LLC | Vendor Agreement | Solidus Advisors Ltd dba Liquid Latam, Solidus Group | $0.00 |
| 266. | Prime Trust, LLC | Vendor Agreement | Stably Corporation | $0.00 |
| 267. | Prime Trust, LLC | Vendor Agreement | Staq Finance Inc | $0.00 |
| 268. | Prime Trust, LLC | Vendor Agreement | Steadfast Hedge Fund | $0.00 |
| 269. | Prime Trust, LLC | Vendor Agreement | Stillman Digital LLC | $0.00 |
| 270. | Prime Trust, LLC | Vendor Agreement | Sumo Logic | $0.00 |
| 271. | Prime Trust, LLC | Vendor Agreement | Suncoast Hotel and Casino | $0.00 |
| 272. | Prime Trust, LLC | Vendor Agreement | Switch Reward Card | $0.00 |
| 273. | Prime Trust, LLC | Vendor Agreement | SYR Group (PTY) LTD dba SYNTRA | $0.00 |
| 274. | Prime Trust, LLC | Vendor Agreement | Talos Trading Inc. | $0.00 |
| 275. | Prime Trust, LLC | Software Agreement | Tandem, LLC | $0.00 |
| 276. | Prime Trust, LLC | Vendor Agreement | TaxBit, Inc. | $0.00 |
| 277. | Prime Trust, LLC | Vendor Agreement | The Black Wall Street | $0.00 |
| 278. | Prime Trust, LLC | Vendor Agreement | The CryptoMom Global, Inc. dba THE CRYPTOMOM APP | $0.00 |
| 279. | Prime Digital LLC | Vendor Agreement | The Hartford | $0.00 |
| 280. | Prime Trust, LLC | Vendor Agreement | Unbanked Inc | $0.00 |
| 281. | Prime Trust, LLC | Vendor Agreement | Union Block, LLC | $0.00 |
| 282. | Prime Trust, LLC | Vendor Agreement | Universal Ledger LLC | $0.00 |
| 283. | Prime Trust, LLC | Vendor Agreement | Universal Protection Service, LP d/b/a Allied Universal | $0.00 |
| 284. | Prime Trust, LLC | Vendor Agreement | Village Labs | $0.00 |
| 285. | Prime Trust, LLC | Vendor Agreement | Wallex Pay | $0.00 |
| 286. | Prime Trust, LLC | Vendor Agreement | WE Labs, Inc. | $0.00 |
| 287. | Prime Trust, LLC | Vendor Agreement | Wealthchain, Inc. | $0.00 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount ($) |
|---|---|---|---|---|
| 288. | Prime Trust, LLC | Vendor Agreement | X4 Technology Inc | $0.00 |
| 289. | Prime Trust, LLC | Vendor Agreement | Zap Solutions, Inc. | $0.00 |
| 290. | Prime Trust, LLC | Vendor Agreement | Zendesk | $0.00 |
| 291. | Prime Trust, LLC | Vendor Agreement | Ubiquity Global Services, Inc. | $63,638.00 |
| 292. | Prime Trust, LLC | Vendor Agreement | Softserve, Inc. | $45,952.00 |
| 293. | Prime Trust, LLC | Vendor Agreement | LinkedIn, Inc. | $34,240.00 |
| 294. | Prime Trust, LLC | Vendor Agreement | Castellum.AI Corporation | $12,500.00 |