**Monthly Operating Reports - Table of Contents**

| Document Names | Tab Names |
|---|---|
| Notes to MOR - Period: 8/1/2023 to 8/31/2023 | Notes to MOR (8.2023) |
| Monthly Operating Report - Prime Core Technologies Inc. | PC (8.23) |
| Monthly Operating Report - Prime Trust, LLC | PT (8.23) |
| Monthly Operating Report - Prme Trust IRA LLC | PIRA (8.23) |
| Monthly Operating Report - Prime Digital LLC | PD (8.23) |
| Supplemental Schedule for Monthly Operating Reports - Part 1: Cash Receipts and Disbursements | Supp. Part 1 (8.23) |
| Supplemental Schedule for Monthly Operating Reports - Part 2: Asset and Liability Status | Supp. Part 2 (8.23) |
| Supplemental Schedule for Monthly Operating Reports - Part 4: Income Statement (Statement of O | Supp. Part 4 (8.23) |

## Notes to the Monthly Operating Reports ("MORs")

**GENERAL:**

The report includes activity from the following Debtors and related Case Numbers.

| Debtor | Case Number |
|---|---|
| Prime Core Technologies Inc. | 23-11161 |
| Prime Trust, LLC | 23-11161 |
| Prme Trust IRA LLC | 23-11161 |
| Prime Digital LLC | 23-11161 |

**Notes to the MORs:**

The Debtors have made reasonable efforts to provide complete and accurate information on these MORs, the information presented herein may have incomplete or missing information. The Debtors reserve their right to amend all parts of these reports as they determine to be appropriate as soon as reasonably practicable.

The Debtors are filing their MORs solely for the purposes of complying with the MOR requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Accepted Accounting Principles ("IFRS"), nor are they intended to be fully reconciled with the financial statements of each Debtor prepared under GAAP or IFRS. These MORs should not be relied on by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in these reports include primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP, including but not limited to adjustments for income tax provisions and related deferred tax asset and liability accounts, and certain other asset and liability accounts. Historical accruals for estimated asbestos and environmental liabilities have been utilized in the preparation of the balance sheet reported in the MOR and supporting documentation; these figures may be subject to material change following a revaluation or restatement of the estimated liabilities.

As presented, the MOR includes customer bank accounts held at BMO Harris Bank, Piedmont Bank, and CrossRiver Bank. The Debtors have not yet taken a position as to whether cryptocurrency and/or fiat currency held on the Debtors' platform is property of the Debtors' estate pursuant to Bankruptcy Code section 541, and the Debtors reserve all rights to amend and/or supplement the MOR as they deem appropriate in this regard.

Additionally, given a some of the aforementioned accounts contain foreign currency, any gains or losses due to fluctuations in foreign exchange rates are borne by customers and therefore do not impact the Debtors' income statement. There are no receipts or disbursements for the accounts holding foreign currency during this reporting period. Differences in bank balances for these accounts arise from foreign exchange fluctuations.

During the current reporting period, the Debtors' have not paid any fees to bankruptcy and restructuring professionals. The amounts included in the MOR reflect estimates of these professional fees which have been expensed through the Debtors' income statement and are listed as an accrued expense on the Debtors' balance sheet.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial positions of the Debtors in the future.

The Debtors reserve all rights to amend or supplement these MORs in all respects, as may be necessary or appropriate. Nothing contained in these MORs shall constitute a waiver of any of the Debtors' rights or an admission with respects to their Chapter 11 cases.

| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
| --- | --- | --- | --- |
| | Prime Trust, LLC | | 23-11161 |
| | Prme Trust IRA LLC | | 23-11161 |
| | Prime Digital LLC | | 23-11161 |

**Supporting Documentation for Part 1: Cash Receipts and Disbursements**

| Debtor Name | Account Number | Full Account Name/Description | Named Institution or Custodian | Balance as of 8/14/2023 | Receipts | (Disbursements) | FX or Interest Gain (Loss) | Balance as of 8/31/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Prime Trust, LLC | -0795 | Lexicon 0795 Restricted Cash | Lexicon | 1,005,660 | 384 | - | - | 1,006,044 |
| Prime Trust, LLC | -1781 | BMO Harris 1781 Operating | BMO Harris | 3,366,249 | 3,457,872 | (445,826) | - | 6,378,294 |
| Prime Trust, LLC | -11823 | BMO Harris 1823 Payroll | BMO Harris | - | 7 | - | - | 7 |
| Prime Trust, LLC | -1807 | BMO Harris 1807 Revenue | BMO Harris | 50,000 | 1,441 | - | - | 51,441 |
| Prime Core Technologies Inc. | -1815 | BMO Harris 1815 | BMO Harris | 18,113 | 69 | - | - | 18,182 |
| Prime Core Technologies Inc. | -1747 | JPMorgan Prime Money Market Fund | JPMorgan | 3,991,757 | 18,596 | - | - | 4,010,352 |
| Prime Trust, LLC | -0803 | Lexicon T&C Clearing (Customer) | Lexicon Bank | 26,373 | - | - | - | 26,373 |
| Prime Trust, LLC | -3077 | BMO Harris FX Account (Customer) | BMO Harris | 10,087,589 | NA | NA | (219,094) | 9,868,495 |
| Prime Trust, LLC | -7947 | BMO Harris IRA Cash (Customer) | BMO Harris | 101,775 | - | - | - | 101,775 |
| Prime Trust, LLC | -5479 | BMO Harris IRA Tax (Customer) | BMO Harris | - | - | - | - | - |
| Prime Trust, LLC | -9934 | BMO Harris Interest Account (Customer) | BMO Harris | 204,462 | - | NA | 763 | 205,225 |
| Prime Trust, LLC | -9193 | Piermont Bank ACH Reserve | Piermont Bank | 9,033 | - | (19) | - | 9,014 |
| Prime Trust, LLC | -2225 | CrossRiver Bank T&C Account | CrossRiver Bank | 147,754 | - | - | - | 147,754 |
| Prime Trust, LLC | -2301 | CrossRiver Bank T&C Account | CrossRiver Bank | 588,610 | - | - | - | 588,610 |
| Prime Trust, LLC | -2403 | CrossRiver Reserve Account | CrossRiver Bank | 1,000,000 | - | - | - | 1,000,000 |
| Prime Trust, LLC | -2299 | CrossRiver Bank BAM Wire Processing | CrossRiver Bank | 5,862 | - | - | - | 5,862 |
| Prime Trust, LLC | -2164 | CrossRiver Bank Card Settlement Operating Account | CrossRiver Bank | 109,086 | - | - | - | 109,086 |
| Total | | | | 20,712,323 | 3,478,369 | (445,845) | (218,331) | 23,526,515 |

| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
|---|---|---|---|
| | Prime Trust, LLC | | 23-11161 |
| | Prme Trust IRA LLC | | 23-11161 |
| | Prime Digital LLC | | 23-11161 |

**Supporting Documentation for Part 2: Asset and Liability Status**

| Balance Sheet as of August 31, 2023 | | | | |
|---|---:|---:|---:|---:|
| | **PC** | **PT** | **PIRA** | **PD** |
| **BALANCE SHEET - ASSETS** | | | | |
| CASH | $4,028,534 | $19,497,981 | – | – |
| CC RESERVE - VANTIV | – | 563,000 | – | – |
| ACCOUNTS RECEIVABLES | – | 3,276,886 | – | – |
| PRE-PETITION INTERCOMPANY RECEIVABLES | – | 86,929,591 | – | – |
| POST-PETITION INTERCOMPANY RECEIVABLES | – | 373,423 | – | – |
| ACCRUED INTEREST RECEIVABLES | $4,483 | $203,901 | – | – |
| COBRA PAYMENT RECEIVABLES | – | 23,241 | – | – |
| EQUITY INVESTMENTS | 318,698 | – | – | – |
| PREPAID EXPENSES | 96,057 | 2,932,352 | – | – |
| FIXED ASSETS | – | 279,477 | – | – |
| INTANGIBLE ASSETS | – | 230,785 | – | – |
| SECURITY DEPOSIT | 1,000,000 | 239,077 | – | – |
| SURETY BONDS COLLATERAL | – | 7,036,250 | – | – |
| **TOTAL ASSETS** | $ 5,447,773 | $ 121,585,964 | $ - | $ - |
| | | | | |
| **BALANCE SHEET - LIABILITIES & CAPITAL** | | | | |
| POST-PETITION PAYABLES | – | 293,234 | – | – |
| POST-PETITION INTERCOMPANY PAYABLE | – | – | – | 373,423 |
| POST-PETITION ACCRUED EXPENSE | – | 1,160,014 | – | – |
| POST-PETITION 401(K) PAYABLE | – | 13,296 | – | – |
| POST-PETITION CUSTOMER DEPOSIT LIABILITY | – | – | – | – |
| POST-PETITION PAYROLL TAX LIABILITY | – | – | – | – |
| LIABILITIES SUBJECT TO COMPROMISE [1] | 79,478 | 99,360,031 | – | 87,076,154 |
| **TOTAL LIABILITIES** | $ 79,478 | $ 100,826,575 | $ - | $ 87,449,578 |
| PARTNERS' EQUITY IN BANQ | $2,000,000 | ($2,000,000) | – | – |
| TREASURY STOCK | (32,278,732) | – | – | – |
| ADDITIONAL PAID-IN CAPITAL | 33,140,428 | 146,616,294 | – | – |
| SERIES A-1 PREFERRED STOCK | 227 | – | – | – |
| SERIES A-2 PREFERRED STOCK | 44 | – | – | – |
| CLASS A COMMON STOCK | 465 | – | – | – |
| CLASS B COMMON STOCK | 193 | – | – | – |
| SERIES B PREFERRED STOCK | 195 | – | – | – |
| RETAINED EARNINGS | 2,593,586 | (111,157,682) | – | (67,735,781) |
| NET INCOME | (88,110) | (12,699,223) | – | (19,713,797) |
| TOTAL CAPITAL & SURPLUS | 5,368,295 | 20,759,389 | – | (87,449,578) |
| **TOTAL LIABILITIES & EQUITY** | $ 5,447,773 | $ 121,585,964 | $ - | $ - |
| | | | | |
| **[1] LIABILITIES SUBJECT TO COMPROMISE DETAIL** | | | | |
| ACCOUNTS PAYABLE | – | $2,277,663 | – | – |
| CREDIT CARD | – | 25,102 | – | – |
| DUE TO PRIME TRUST | – | – | – | 86,929,591 |
| ACCRUED EXPENSE | – | 411,147 | – | – |
| DEFERRED REVENUE | – | 1,636,750 | – | – |
| 401(K) PAYABLE | – | (1,499) | – | 196,583 |
| CUSTOMER DEPOSIT LIABILITY | – | 82,247,848 | – | – |
| CUSTOMER ACCOUNT LIABILITY | – | 12,625,194 | – | – |
| PAYROLL TAX LIABILITY | – | (13,261) | – | (50,019) |
| REVENUE SHARE PAYABLE | – | 85,647 | – | – |
| UNEARNED REVENUE | – | 65,440 | – | – |
| CURRENT PORTION OF NOTES PAYABLE | 18,528 | – | – | – |
| OTHER LONG TERM LIABILITIES | 60,950 | – | – | – |
| TOTAL | 79,478 | 99,360,031 | 0 | 87,076,154 |
| | – | – | – | – |

| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
| --- | --- | --- | --- |
| | Prime Trust, LLC | | 23-11161 |
| | Prme Trust IRA LLC | | 23-11161 |
| | Prime Digital LLC | | 23-11161 |

**Supporting Documentation for Part 4: Income Statement (Statement of Operations)**

| Income Statement for Month Ending August 31, 2023 | CONSOLIDATED | PC | PT | PD | PIRA |
| --- | ---: | ---: | ---: | ---: | ---: |
| EARNED INTEREST | $ 10,893 | $ 38 | $ 10,855 | $ - | $ - |
| DIVIDEND INCOME | 9,979 | 9,979 | - | - | - |
| **TOTAL INCOME** | $ 20,871 | $ 10,017 | $ 10,855 | $ - | $ - |
| COST OF SALES | 144,093 | $ - | $ 144,093 | $ - | $ - |
| **GROSS PROFIT** | $ (123,221) | $ 10,017 | $ (133,238) | $ - | $ - |
| MARKETING EXPENSE | 6,146 | $ - | $ 6,146 | $ - | $ - |
| OCCUPANCY EXPENSE | 7,275 | - | 7,275 | - | - |
| OFFICE EXPENSE | 2,152 | - | 2,152 | - | - |
| OTHER BUSINESS EXPENSE | 216,296 | 48,029 | 168,268 | - | - |
| PAYROLL EXPENSES | 487,912 | - | 111,947 | 375,965 | - |
| PROFESSIONAL FEES | 1,389,756 | - | 1,389,756 | - | - |
| TRAVEL EXPENSES | 897 | - | 897 | - | - |
| **NET ORDINARY INCOME (LOSS)** | $ (2,233,656) | $ (38,012) | $ (1,819,678) | $ (375,965) | $ - |
| AMORTIZATION | 53,420 | $ - | $ 53,420 | $ - | $ - |
| DEPRECIATION | 42,014 | - | 42,014 | - | - |
| LOSS (GAIN) ON INVESTMENT | (399) | (399) | - | - | - |
| LOSS (GAIN) ON DISPOSITION OF ASSET | 1,967,078 | - | 1,967,078 | - | - |
| TOTAL OTHER EXPENSE | $ 2,062,113 | $ (399) | $ 2,062,512 | $ - | $ - |
| **NET INCOME (LOSS)** | $ (4,295,768) | $ (37,613) | $ (3,882,190) | $ (375,965) | $ - |