**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 47, 133 & 161** |

**AMENDED CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE AS OF AUGUST 31, 2023; (II) ABANDON CERTAIN *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH; AND (III) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 28, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property Effective as of August 31, 2023; (II) Abandon Certain De Minimis Property in Connection Therewith; and (III) Granting Related Relief* [Docket No. 47] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was September 13, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and until September 14, 2023 at 12:00 noon (ET) for the Office of the United States Trustee (the "Objection Deadline").

2. On September 15, 2023, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-154, Las Vegas, NV 89135.

*Nonresidential Real Property Effective as of August 31, 2023; (II) Abandon Certain De Minimis Property in Connection Therewith; and (III) Granting Related Relief* [Docket No. 133], including a revised proposed order (the "First Revised Order").

3. On September 19, 2023, the Court held a hearing with respect to the Motion and any responses thereto (the "Hearing"). At the conclusion of the Hearing, the Court approved the Motion and entry of the First Revised Order, subject to certain modifications to the First Revised Order.

4. On September 19, 2023, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Unexpired Lease of Nonresidential Real Property Effective as of August 31, 2023; (II) Abandon Certain De Minimis Property in Connection Therewith; and (III) Granting Related Relief* [Docket No. 161], including a further revised proposed order (the "Second Revised Order").

5. On September 20, 2023, the Court advised the Debtors that further revisions were needed to accurately memorialize the Court's rulings on the record at the Hearing.

6. Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "Third Revised Order"). Attached hereto as **Exhibit B** is a redline comparing the Second Revised Order with the Third Revised Order.

7. The Debtors circulated the Third Revised Order to the Committee and United States Trustee, neither of whom have an objection to entry of the Third Revised Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Third Revised Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: September 22, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>Greer Griffith (admitted *pro hac* vice)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>           jbevans@mwe.com<br>           ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |