## EXHIBIT B

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 47, 161** |

**ORDER (A) AUTHORIZING THE DEBTORS TO (I) REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY, EFFECTIVE AS OF AUGUST 31, 2023; (II) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH; AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Rejected Lease effective as of August 31, 2023 and (ii) abandon the Abandoned Property, and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

appearing that the relief requested in the Motion is in the best interests of the Debtors, their

estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good

and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1.      The Motion is **GRANTED** to the extent set forth herein.

2.      The Rejected Lease is rejected pursuant to Bankruptcy Code section 365(a)

effective as of August 31, 2023.

3.      The Debtors are authorized to abandon any Abandoned Property located at the

Leaused Premises. ~~The Landlord may~~ and the landlord shall be free to dispose of such ~~Abandoned~~

~~Property~~property in its sole and absolute discretion without liability to the Debtors or any

consenting third party and without ~~further~~notice or order of the Court.

4.      Nothing in the Motion or this Order or the relief granted (including any actions

taken or payments made by the Debtors pursuant thereto) shall be construed as (a) authority to

assume or reject any executory contract, or as a request for the same; (b) an admission as to the

validity, priority, or character of any claim or other asserted right or obligation, or a waiver or

other limitation on the Debtors' ability to contest the same on any ground permitted by

bankruptcy or applicable non-bankruptcy law; (c) a promise or requirement to pay any claim or

other obligation; (d) a determination that any contract is executory; or (e) granting

third-party-beneficiary status, bestowing any additional rights on any third party, or being

otherwise enforceable by any third party.

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and

enforceable immediately upon entry hereof.

6.      The Debtors are authorized, but not directed, to take all actions necessary to

implement the relief granted in this Order.

7.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

DM_US 199541500-4.121647.0011 DM_US 199541500-5.121647.0011

Document comparison by Workshare Compare on Wednesday, September 20, 2023 5:04:53 PM

| Input: | |
|---|---|
| Document 1 ID | iManage://imanageus.mwe.com/dm_us/199541500/4 |
| Description | #199541500v4<imanageus.mwe.com> - Prime Trust - Final Order Authorizing Rejection of Lease |
| Document 2 ID | iManage://imanageus.mwe.com/dm_us/199541500/5 |
| Description | #199541500v5<imanageus.mwe.com> - Prime Trust - Final Order Authorizing Rejection of Lease |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 6 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 11 |