IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 15, 39, & 168** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO FILE A CONSOLIDATED CREDITOR MATRIX AND TOP 50 CREDITORS LIST; (II) AUTHORIZING REDACTION OF CERTAIN PERSONALLY IDENTIFIABLE INFORMATION; (III) AUTHORIZING THE DEBTORS TO SERVE CERTAIN PARTIES BY ELECTRONIC MAIL; (IV) APPROVING CERTAIN NOTICE PROCEDURES; AND (V) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 24, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 15] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was September 12, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). The Debtors extended the Objection Deadline (a) for the Official Committee of

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Unsecured Creditors (the "Committee"), until September 13, 2023 at 4:00 p.m. (ET) and (b) for the Office of the United States Trustee, until September 14, 2023 at 12:00 noon (ET).

2. Prior to the Objection Deadline, as extended, on September 13, 2023, the United States Trustee (the "U.S. Trustee") filed the *United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 109] to the Motion.

3. On September 19, 2023, the Court held a hearing with respect to the Motion and any responses thereto (the "Hearing"). At the conclusion of the Hearing, the Court approved the Motion on record of the Hearing, subject to certain modifications to the proposed form of order presented at the Hearing (the "Revised Order").

4. On September 20, 2023, the Court entered the Revised Order [Docket No. 168].

5. Following entry of the Revised Order, it came to the attention of proposed counsel to the Debtors that certain relief approved by the Court at the Hearing was inadvertently omitted from the Revised Order. Attached hereto as **Exhibit A** is a revised proposed form of order, which includes the relief that was omitted from the Revised Order (the "Amended Proposed Order"). Attached hereto as **Exhibit B** is a redline comparing the Revised Order with the Amended Proposed Order.

6. The Debtors circulated the Amended Proposed Order to the U.S. Trustee and proposed counsel to the Committee, neither of whom has an objection to entry of the Amended Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Amended Proposed Order at the Court's earliest convenience.

Dated:  September 22, 2023
         Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:      mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:      dazman@mwe.com
            jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:      gsteinman@mwe.com

*Proposed Counsel to the Debtors
and Debtors in Possession*