**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF THE** *NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' EQUITY OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES* **IN THE NEW YORK TIMES**

This Affidavit of Publication includes the sworn statement verifying that the *Notice of Auction for the Sale of the Debtors' Equity or Substantially All of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* was published and is incorporated by reference herein as follows:

1. In *The New York Times* – National Edition on September 18, 2023, attached hereto as **Exhibit A**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.