# **Exhibit A**



The New York Times Company

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

September 19, 2023

I, Tami Bacon, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

9/18/2023, NY & NATL, pg B4







Digitally signed by John McGill
Date: 2023.09.19 16:35:15 -04'00'

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Prime Core Technologies Inc., *et al.*,[1] Debtors. | Chapter 11 Case No. 23-11161 (JKS) (Jointly Administered) |

**NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' EQUITY OR ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") are soliciting offers for a sale or sales (collectively, the "Sale Transaction") of all or substantially all of the Debtors' assets (the "Assets") or any portion thereof or 100% of the equity interests in the reorganized Debtors (the "Equity") through a stock purchase transaction (an "Equity Transaction," and together with a Sale, a "Transaction") and assumption of certain liabilities of the Debtors, consistent with the bidding procedures (the "Bid Procedures")[2] approved by the United States Bankruptcy Court for the District of Delaware (the "Court") by entry of an order on September 14, 2023 [Docket No. 119] (the "Bidding Procedures Order"). **All interested bidders should carefully read the Bid Procedures and Bid Procedures Order.** To the extent that there are any inconsistencies between this notice and the Bid Procedures or the Bid Procedures Order, the Bid Procedures or the Bid Procedures Order, as applicable, shall govern in all respects.

**Copies of the Bid Procedures Order or other documents related thereto are available upon request to Stretto by calling 888-533-4753 or visiting the Debtors' restructuring website at https://cases.stretto.com/primetrust/.**

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline is **October 5, 2023 at 5:00 p.m. (prevailing Eastern Time)**, and that any person or entity who wishes to participate in the Auction must comply with the participation requirements, bid requirements, and other requirements set forth in the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to conduct the Auction, at which time they will consider proposals submitted to the Debtors and their professionals, by and pursuant to the Bid Procedures as set forth in the Bid Procedures Order, beginning on **October 10, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if a Sale Transaction, the Debtors expect to seek approval of: (i) any Sale Transaction at the Sale Hearing, which is presently scheduled to commence on **October 18, 2023 at 2:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware at 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801; and/or (ii) if an Equity Transaction at the Confirmation Hearing, which will occur at a later date to be determined before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware at 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bid Procedures Order with respect to objections to proposed cure amounts or the assumption and assignment of Assumed Contracts, objections, if any, to a proposed Transaction **must**: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court by **October 2, 2023 at 4:00 p.m. (prevailing Eastern Time)**; *provided, however,* that any objections to the manner in which the Auction was conducted and the identity of the Successful Bidder or Backup Bidder may be filed by **October 13, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**IF A SALE TRANSACTION, ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO A SALE TRANSACTION ON OR BEFORE THE SALE TRANSACTION OBJECTION DEADLINE IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE SELLING DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right in the Debtors' reasonable business judgment and subject to the exercise of their fiduciary duties, to modify the Bid Procedures and/or to terminate discussions with any Potential Bidders at any time, to the extent not materially inconsistent with the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, are available: free of charge upon request to Stretto by calling **888-533-4753** or visiting the Debtors' restructuring website at **https://cases.stretto.com/primetrust/**, or for a fee via PACER by visiting http://www.deb.uscourts.gov.

**Dated: September 14, 2023, Wilmington, Delaware**

**Respectfully submitted**, **MCDERMOTT WILL & EMERY LLP,** Maris J. Kandestin (No. 5294), 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801, Telephone: (302) 485-3900, Facsimile: (302) 351-8711, Email: mkandestin@mwe.com -and- Darren Azman, Joseph B. Evans, One Vanderbilt Avenue, New York, New York 10017-3852, Telephone: (212) 547-5400, Facsimile: (646) 547-5444, Email: dazman@mwe.com, jbevans@mwe.com -and- Gregg Steinman, 333 SE 2nd Avenue, Suite 5400, Miami, Florida 33131, Telephone: (305) 358-3500, Facsimile: (305) 347-6500, Email: gsteinman@mwe.com, *Proposed Counsel to the Debtors and Debtors in Possession*

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order or the Bid Procedures, as applicable.

**CLEAN ENERGY | STUDENT LOANS**



JIM WILSON/THE NEW YORK TIMES

Tax incentives have fueled a surge in solar panels. Investment in solar projects grew 50 percent in the second quarter of 2023 from a year earlier.

# *Biden's Climate Law Is Shifting Investment In the United States*

FROM FIRST BUSINESS PAGE

ago.

The law so far has failed to supercharge a key industry in the transition from fossil fuels that Mr. Biden is trying to accelerate: wind power. Domestic investment in wind production declined over the past year, despite the climate law's hefty incentives for producers. And so far the law has not changed the trajectory of consumer spending on some energy-saving technologies like highly efficient heat pumps.

But the report, which drills down to the state level, provides the first detailed look at how Mr. Biden's industrial policies are affecting clean energy investment decisions in the private sector.

The data come from the Clean Investment Monitor, a new initiative from the Rhodium Group, a consulting firm; and the Massachusetts Institute of Technology's Center for Energy and Environmental Policy Research. Its findings go beyond simpler estimates, from the White House and elsewhere, providing the most comprehensive look yet at the effects of Mr. Biden's economic agenda on America's emerging clean-energy economy.

The researchers spearheading the first cut of the data include Trevor Houser, a former Obama administration official, who is a partner at Rhodium; and Brian Deese, a former director of Mr. Biden's National Economic Council, who is an innovation fellow at M.I.T.

The Inflation Reduction Act, which Mr. Biden signed into law in August 2022, includes a wide range of lucrative incentives to encourage domestic manufacturing and speed the nation's transition away from fossil fuels. That includes expanded tax breaks for advanced battery production, solar-panel installation, electric vehicle purchases and other initiatives. Many of those tax breaks are effectively unlimited, meaning they could eventually cost taxpayers hundreds of billions of dollars — or even top $1 trillion — if they succeed at driving enough new investment.

Biden administration officials have tried to quantify the effects of that law, along with bipartisan legislation on infrastructure and semiconductors signed by the president earlier in his term, by tallying up corporate announcements of new spending linked to the legislation. A White House website estimates that companies have so far announced $511 billion in commitments for new spending linked to those laws, including $240 billion for electric vehicles and clean energy technology.

The Rhodium and M.I.T. analysis draws on data from federal agencies, trade groups, corporate announcements and securities filings, news reports and other sources to try to construct a real-time estimate of how much investment has already been made in the emissions-reducing technologies targeted by Mr. Biden's agenda. For comparison purposes, its data stretch back to 2018, under President Donald J. Trump.



DOUG MILLS/THE NEW YORK TIMES

**The climate bill President Biden signed into law last year includes a wide range of incentives to speed the nation's transition away from fossil fuels.**

The numbers show that actual — not announced — business and consumer investment in clean-energy technologies hit $213 billion in the second half of 2022 and first half of 2023, after Mr. Biden signed the climate law. That was up from $155 billion the previous year and $81 billion in the first year of the data, under Mr. Trump.

Trends in the data suggest that the impact of Mr. Biden's agenda on clean-energy investment has varied depending on the existing economics of each targeted technology.

Mr. Biden's biggest successes have come in spurring increased investment in American manufacturing, and in catalyzing investment in technologies that remain relatively new in the marketplace.

Fueled partly by foreign investment, like in battery plants in Georgia, actual investment in clean-energy manufacturing more than doubled over the last year from the previous year, the data show, totaling $39 billion. Such investment was almost nonexistent in 2018.

The bulk of that spending was focused on the electric-vehicle supply chain, including in the new Southwest cluster of activity across California, Nevada and Arizona. The Inflation Reduction Act includes multiple tax breaks for such investment, with domestic-content requirements meant to encourage production of critical minerals, batteries and automotive assembly in the United States.

***New corporate spending is estimated at $511 billion.***

The big winners in manufacturing investment, though, as a share of states' economies, remain traditional auto states: Tennessee, Kentucky, Michigan and South Carolina.

The climate law also appears to have supercharged investment in so-called green hydrogen, which splits water atoms to create an industrial fuel. The same is true of carbon management — which seeks to capture and store greenhouse gas emissions from existing energy plants or pull carbon out of the atmosphere. All those technologies struggled to gain traction in the United States before the law showered them with tax breaks.

Hydrogen and much of the carbon-capture investment is concentrated along the coast of the Gulf of Mexico, a region filled with incumbent fossil fuel companies that have begun to branch into those technologies. Another cluster of carbon-capture investment is concentrated in Midwestern states like Illinois and Iowa, where companies that produce corn ethanol and other biofuels are beginning to spend on efforts to sequester their emissions.

The incentives for those technologies in the Inflation Reduction Act, along with other support in the bipartisan infrastructure law, "fundamentally change the economics of those two technologies, making them broadly cost-competitive for the first time," Mr. Houser said in an interview.

Other incentives have not yet budged the economics of critical technologies, most notably wind power, which boomed in recent years but is now facing global setbacks as projects become increasingly expensive to finance.

Wind investment was lower in the first half of this year than at any point since the database was started.

In the United States, wind projects are struggling to navigate government processes for permitting, transmission and locating projects, including opposition from some state and local lawmakers. Solar projects and related investment in storage for solar power, Mr. Houser noted, can be built closer to power consumers and have fewer hurdles to clear, and investment in them grew by 50 percent in the second quarter of 2023 from a year earlier.

Some consumer markets have yet to be swayed by the promise of tax breaks for new energy technologies. Americans have not increased their spending on heat pumps, even though the law covers up to $2,000 toward the purchase of a new one. And over the last year, the states with the highest spending as a share of their economy on heat pumps are all concentrated in the Southeast — where, Mr. Houser said, consumers are more likely to already own such pumps, and to be in need of a new one.

# Restarting Student Loan Payments May Be the Last Straw for Consumers

FROM FIRST BUSINESS PAGE

ease the pain, allowing for people with lower incomes to repay their loans more slowly and creating a one-year grace period in which missed payments will not be reported to credit rating agencies.

But the student loan payments will also restart at the same time consumers face a number of other headwinds, including shrinking savings piles, a cooler job market and higher price levels after two years of rapid inflation. It could also coincide with major strikes — Hollywood actors and writers have been locked in a work stoppage all summer, and the United Auto Workers began a targeted strike on Friday, one that economists warn could be disruptive if it lasts. Adding another source of looming uncertainty, Congress could fail to reach a funding agreement by the end of this month, forcing a government shutdown.

Retailers have begun to publicly fret that the resumption of student loan payments could collide with those other developments, pushing their shoppers closer to a breaking point. Executives from companies like Walmart, Macy's, Best Buy and Gap have all warned analysts and investors that student loan payments may put pressure on shoppers' budgets, eating into some of their sales in the process.

"I don't think we have a very good grasp" on how the hit to consumers will play out, said Julia Coronado, the founder of MacroPolicy Perspectives, a research firm. "It's still very unclear exactly what the impact will be."

Consumers have, so far, been surprisingly resilient in the face of rapid inflation, higher Federal Reserve interest rates and a gradually cooling economy.

Retail sales came in stronger than many economists had expected in August, data released Thursday showed. Companies have regularly predicted a pullback that has been more modest than expected, as still-low unemployment and decent pay gains have proved enough to buoy shoppers.

But some companies worry that student loans could pile on — finally cracking the American consumer.

The resumption of student loan payments for a retailer like J.C. Penney, which caters to middle-income consumers, would be the latest, unwelcome squeeze on their budgets. Their core customer makes an annual income of $55,000 to $75,000 and has had their monthly household expenses increase by $700 from two years ago. The department-store chain said 17 percent of its credit card customers have student loans.

"I do think that student loans are going to have an impact," Marc Rosen, the chief executive of J.C. Penney, said in an interview. "It's another thing that comes into that family that puts another stress on their budget and, again, brings back trade-offs, forces them to make other trade-offs."

Ms. James is among the many American consumers expecting to make tough decisions. The 27-year-old, who works in aerospace defense and whose parents owe additional student loans on her behalf, said she had been spending hours doing research on her options for debt relief. She's even contemplating a job switch to the public sector, which might require a pay cut but offers a clearer path to loan forgiveness.

In addition to cutting back on travel and concerts, she plans to work more on her side jobs to earn extra cash. In the past, she's driven for UberEats and Instacart. (She said she would also continue expanding her financial education business.)

Phil Esempio, a 55-year-old high school chemistry and biology teacher in Nazareth, Pa., who owes around $150,000 in student loans, also expects to rein in his budget. Coming out of the pandemic, he excitedly returned to attending live shows in places like New York City — 78 concerts last year — and eating out while he's there with his friends.




OLIVIER DOULIERY/AGENCE FRANCE-PRESSE — GETTY IMAGES

**Next month, roughly 27 million borrowers will once again be on the hook for repaying their federal student loans.**

But Mr. Esempio said that his period of big spending might have been an overreaction to the end of the pandemic. As the restart of student loan payments looms, "a lot of that is being throttled back," he said. He expects to make it to 35 shows this year. He thinks he'll have to start paying $1,100 a month on his federal loans, which is equivalent to what he's been paying for his private loans.

If other consumers behave similarly, it could come as an unpleasant surprise to companies including Live Nation, which owns Ticketmaster. Live Nation executives on a recent earnings call predicted that people's excitement for live events would outweigh any additional financial burdens.

Still, it is possible that other retailers are being overly glum, given the Biden policies and a few other factors that could help to limit the impact of student loans restarting. In fact, Alec Phillips, a Goldman Sachs economist, said

***'A lot of that is being throttled back.'***

Phil Esempio, a teacher who owes about $150,000 in student loans, about reining in his spending.

that he thought his projection for a $70 billion annual cost from the payment restart was probably pessimistic.

"I don't think that there's a scenario where it turns out to be substantially worse," Mr. Phillips said.

Among the factors that could limit the hit, borrowers may enroll in a new income-based repayment program offered by the administration, which would decrease monthly payments for people earning low and moderate incomes. If everyone who is eligible did so, it could reduce student loan payments by around $14 billion per year, Mr. Phillips estimates.

And some borrowers may simply not pay, at least for a while. Because missing payments will not be reported to credit reporting agencies for a year — the so called "on-ramp" period — households have wiggle room, said Constantine Yannelis, an economist at the University of Chicago Booth School of Business.

Finally, debt holders are more heavily middle- and high-earning workers. Those people may have more budgetary leeway to help deal with the renewed payments, Mr. Phillips said.

That is not to say that no groups will suffer. Many low-income people do have outstanding balances, just smaller ones, and Black borrowers in particular hold an outsize chunk of student debt. And the hit could come at a moment when some household budgets are already coming under stress amid high prices and high interest rates. Delinquencies on credit cards have recently jumped back above their levels from before the pandemic.

The result may be a painful strain on some families — but a more muted one for the economy as a whole.

The upshot is that "it will matter economically," Mr. Yannelis said of the student loan resumption. "It is most likely not going to be huge, though, and it's not likely to be the type of thing that would tip us into recession."

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: Prime Core Technologies Inc., *et al.*,[1] Debtors. | Chapter 11 Case No. 23-11161 (JKS) (Jointly Administered) |
|---|---|

**NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' EQUITY OR ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") are soliciting offers for a sale or sales (collectively, the "Sale Transaction") of all or substantially all of the Debtors' assets (the "Assets") or any portion thereof or 100% of the equity interests in the reorganized Debtors (the "Equity") through a stock purchase transaction (an "Equity Transaction," and together with a Sale, a "Transaction") and assumption of certain liabilities of the Debtors, consistent with the bidding procedures (the "Bid Procedures")[2] approved by the United States Bankruptcy Court for the District of Delaware (the "Court") by entry of an order on September 14, 2023 [Docket No. 119] (the "Bidding Procedures Order"). **All interested bidders should carefully read the Bid Procedures and Bid Procedures Order**. To the extent that there are any inconsistencies between this notice and the Bid Procedures or the Bid Procedures Order, the Bid Procedures or the Bid Procedures Order, as applicable, shall govern in all respects.

**Copies of the Bid Procedures Order or other documents related thereto are available upon request to Stretto by calling 888-533-4753 or visiting the Debtors' restructuring website at https://cases.stretto.com/primetrust/.**

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline is **October 5, 2023 at 5:00 p.m. (prevailing Eastern Time)**, and that any person or entity who wishes to participate in the Auction must comply with the participation requirements, bid requirements, and other requirements set forth in the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to conduct the Auction, at which time they will consider proposals submitted to the Debtors and their professionals, by and pursuant to the Bid Procedures as set forth in the Bid Procedures Order, beginning on **October 10, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if a Sale Transaction, the Debtors expect to seek approval of: (i) any Sale Transaction at the Sale Hearing, which is presently scheduled to commence on **October 18, 2023 at 2:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware at 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801; and/or (ii) if an Equity Transaction at the Confirmation Hearing, which will occur at a later date to be determined before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware at 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bid Procedures Order with respect to objections to proposed cure amounts or the assumption and assignment of Assumed Contracts, objections, if any, to a proposed Transaction **must**: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court by **October 2, 2023 at 4:00 p.m. (prevailing Eastern Time)**; *provided, however,* that any objections to the manner in which the Auction was conducted and the identity of the Successful Bidder or Backup Bidder may be filed by **October 13, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**IF A SALE TRANSACTION, ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO A SALE TRANSACTION ON OR BEFORE THE SALE TRANSACTION OBJECTION DEADLINE IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE SELLING DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right in the Debtors' reasonable business judgment and subject to the exercise of their fiduciary duties, to modify the Bid Procedures and/or to terminate discussions with any Potential Bidders at any time, to the extent not materially inconsistent with the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, are available: free of charge upon request to Stretto by calling **888-533-4753** or visiting the Debtors' restructuring website at **https://cases.stretto.com/primetrust/**, or for a fee via PACER by visiting http://www.deb.uscourts.gov.

**Dated: September 14, 2023, Wilmington, Delaware**

**Respectfully submitted**, **MCDERMOTT WILL & EMERY LLP,** Maris J. Kandestin (No. 5294), 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801, Telephone: (302) 485-3900, Facsimile: (302) 351-8711, Email: mkandestin@mwe.com -and- Darren Azman, Joseph B. Evans, One Vanderbilt Avenue, New York, New York 10017-3852, Telephone: (212) 547-5400, Facsimile: (646) 547-5444, Email: dazman@mwe.com, jbevans@mwe.com -and- Gregg Steinman, 333 SE 2nd Avenue, Suite 5400, Miami, Florida 33131, Telephone: (305) 358-3500, Facsimile: (305) 347-6500, Email: gsteinman@mwe.com, *Proposed Counsel to the Debtors and Debtors in Possession*

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order or the Bid Procedures, as applicable.