**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: 92 and 93** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ALLEGHENY CASUALTY COMPANY REGARDING THE DEBTORS' DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION**

Allegheny Casualty Company ("Allegheny Casualty"), by and through its undersigned counsel, hereby files this limited objection and reservation of rights (the "Limited Objection and Reservation of Rights") with respect to the *Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [D.I. 93] (the "Motion") and the *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [D.I. 92] filed by the above-captioned debtors (the "Debtors"). In support of this Limited Objection and Reservation of Rights, Allegheny Casualty respectfully states as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89145.

**BACKGROUND**

1. Allegheny Casualty is a surety bond provider for the Debtors. On June 1, 2023, Allegheny Casualty issued 22 money transmitter bonds (the "Bonds"), expiring on May 30, 2024, in the aggregate coverage amount of $7,445,000.00 to Debtor Prime Trust, LLC ("Prime Trust") to fulfill the statutory requirements for money transmitters in the various states in which the Debtors are licensed to do business.

2. On or about May 31, 2023, in conjunction with the issuance of the Bonds, Allegheny Casualty entered into an indemnity agreement with Prime Trust, whereby Prime Trust agreed to indemnify Allegheny Casualty for all liabilities, expenses and/or costs that Allegheny Casualty incurs relating to its issuance of the Bonds (the "Indemnity Agreement"), which includes Allegheny Casualty's legal expenses and costs relating to these chapter 11 proceedings that continue to accrue.

3. On or about May 31, 2023, in conjunction with the Indemnity Agreement and issuance of the Bonds, Allegheny Casualty also entered into a collateral agreement with Prime Trust (the "Collateral Agreement"), whereby Prime Trust provided Allegheny Casualty with $5,726,250.00 of cash collateral to secured the Debtors' obligations under the Indemnity Agreement, the Collateral Agreement and the Bonds.[2]

4. On August 25, 2023, the Court entered an *Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief* [D.I. 37], which

---

[2] *See* Debtors' Schedules at 7.9 [D.I. No. 176].

authorizes the Debtors to maintain their Bonds and continue to perform under their related agreements with Allegheny Casualty.[3]

5.  On September 8, 2023, the Debtors filed their *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [D.I. 92] (as may be amended from time to time, the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [D.I. 93] (as may be amended from time to time, the "Disclosure Statement").[4]

6.  The Disclosure Statement and Plan include, among other provisions, the following terms relating to the Bonds:

> In the event of a Reorganization Transaction,[5] on the Effective Date, (i) all of the Debtors' obligations and commitments to any surety bond providers shall be deemed reaffirmed by the Reorganized Debtors; (ii) surety bonds and related indemnification and collateral agreements entered into by the Debtors will be vested and performed by the Reorganized Debtors and will survive and remain unaffected by entry of the Confirmation Order; and (iii) the Reorganized Debtors shall be authorized to enter into new surety bond agreements and related indemnification and collateral agreements, or to modify any such existing agreements, in the ordinary course of business. Nothing in the Plan or Confirmation Order shall in any way operate to, or have the effect of, impairing, altering, supplementing, changing, expanding, decreasing, or modifying the rights or obligations of the Debtors or any surety bond provider with respect to any unexpired surety bond agreement or related indemnification or collateral agreement.

*See* Disclosure Statement at 66 and Plan at 9.6(d), p. 52 [D.I. Nos. 92 and 93].

---

[3] The Court entered a related Final Order authorizing the Debtors to maintain their Bonds and continue to perform under their related agreements with Allegheny Casualty on September 18, 2023 [D.I. 154].

[4] Terms defined in the Plan and the Disclosure Statement shall have the same meanings ascribed therein.

[5] Section 1.128 of the Plan defines Reorganization Transaction as follows: "Reorganization Transaction" means (i) issuance of the Reorganized Equity Interests; (ii) execution of the Amended/New Organizational Documents; (iii) vesting of the Debtors' Assets (other than the Plan Trust Assets), as applicable, in the Reorganized Debtors, in each case, in accordance with this Plan; and (iv) the other transactions contemplated by the Plan, the Plan Sponsorship Agreement, or that the Debtors and the Plan Sponsor reasonably determine are necessary or appropriate to implement any of the foregoing, in each case, in accordance with this Plan and the Plan Sponsorship Agreement.

7. Pursuant to the various agreements between the Debtors and Allegheny Casualty, Allegheny Casualty is a secured creditor in these cases to the extent of any and all liabilities, expenses and/or costs incurred by Allegheny Casualty pursuant to such agreements and the Bonds.

**LIMITED OBJECTION**

8. Allegheny Casualty objects to the Plan in its current form given the Plan's failure to provide any treatment for secured creditors' claims, such as those of Allegheny Casualty, rendering the Plan patently unconfirmable.

9. While the Plan includes the above-referenced language addressing the treatment of Allegheny Casualty's Bonds and related agreements in the event of a Reorganization Transaction, the Plan nevertheless fails completely to address treatment of Allegheny Casualty's related secured claims themselves (including liquidated secured claims incurred by Allegheny Casualty to date, which continue to accrue) in the event of either a Reorganization Transaction or any alternative scenario to a Reorganization Transaction. Absent providing appropriate treatment for such secured claims, the proposed Plan is patently unconfirmable.

10. Allegheny Casualty appreciates that Section 9.6(d) of the Plan provides that in the event of a Reorganization Transaction, the Bonds and related agreements between Debtors and Allegheny Casualty shall be vested and performed by the Reorganized Debtors and shall survive and remain unaffected by entry of the Confirmation Order. However, the Plan and Disclosure Statement must nevertheless also be revised to provide for appropriate voting rights and treatment of Allegheny Casualty's related secured claims in these cases (including, without limitation, accrued fees and expenses) consistent with the Bankruptcy Code and the applicable agreements between the Debtors and Allegheny Casualty.

11. Consequently, Allegheny Casualty hereby seeks modification of the Disclosure

Statement and Plan accordingly, and is willing to work with the Debtors in an effort to reach consensual agreement on such modifications.

## RESERVATION OF RIGHTS

12. Allegheny Casualty hereby reserves its rights to object to confirmation of the Plan on any grounds, including on grounds not raised in this Limited Objection. Additionally, Allegheny Casualty reserves its rights to supplement and/or amend this Limited Objection, and to introduce further arguments or evidence at any hearings related to the Disclosure Statement, the Plan, and/or this Limited Objection.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, Allegheny Casualty respectfully requests that the Court (a) condition approval of the Disclosure Statement and Plan on the inclusion of express language therein providing voting rights and appropriate treatment for secured creditors' their claims, including those of Allegheny Casualty, and (b) provide such other and further relief to Allegheny Casualty as this Court deems just and proper.

Dated: September 27, 2023
Wilmington, Delaware

Respectfully submitted,

PASHMAN STEIN WALDER HAYDEN, P.C.

By: /s/ John W. Weiss
John W. Weiss (DE Bar I.D. 4160)
William R. Firth, III (DE Bar I.D.4356)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE  19801
Telephone: (302) 592-6496
E-mail: jweiss@pashmanstein.com
         wfirth@pashmanstein.com

*Attorneys for Allegheny Casualty Company*