## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on September 27, 2023, I caused a copy of the foregoing *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ALLEGHENY CASUALTY COMPANY REGARDING THE DEBTORS' DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF REORGANIZATION* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

    PASHMAN STEIN WALDER HAYDEN, P.C.

    By: /s/ John W. Weiss
    John W. Weiss (DE Bar I.D. 4160)
    William R. Firth, III (DE Bar I.D.4356)
    1007 North Orange Street
    4th Floor, Suite 183
    Wilmington, DE  19801
    Telephone: (302) 592-6496
    E-mail: jweiss@pashmanstein.com
           wfirth@pashmanstein.com

    *Attorneys for Allegheny Casualty Company*