### Exhibit B

**(Stark Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PRIME TECHNOLOGIES INC., *et al*,[1] | ) | Case No. 23-11161 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**DECLARATION OF ROBERT J. STARK IN SUPPORT OF
APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF BROWN RUDNICK LLP AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PRIME
CORE TECHNOLOGIES INC., ET AL., *NUNC PRO TUNC* TO AUGUST 31, 2023**

Pursuant to 28 U.S.C § 1746, I, Robert J. Stark, hereby declare:

1.      I am an attorney admitted to practice in the State of New York and am a member

of the law firm Brown Rudnick LLP ("Brown Rudnick"), which maintains an office at Seven

Times Square, New York, NY  10036.

2.      I submit this Declaration (the "Declaration") in support of the application (the

"Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed

in the above-captioned cases (the "Cases") for entry of an order, pursuant to sections 328 and

1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2014-1 of the Local

Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"),

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

authorizing and approving the retention and employment of Brown Rudnick as counsel to the Committee in connection with these Cases effective as of August 31, 2023.

3.     Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

## **BROWN RUDNICK'S QUALIFICATIONS AND EXPERIENCE**

4.     Brown Rudnick is well qualified and able to represent the Committee in a cost effective and efficient manner.  Among the reasons Brown Rudnick was selected as counsel includes our deep bankruptcy bench with experience in bankruptcy sales, litigation, and cryptocurrency matters representing committees in the largest and most complex chapter 11 cases. Brown Rudnick's Bankruptcy and Corporate Restructuring team is focused, first and foremost, on official committee engagements in large chapter 11 cases.  We are known for passionate and zealous advocacy on behalf of official committees.  In addition to its attorneys with decades of experience in restructuring, Brown Rudnick has a large and well-respected litigation group at the Committee's disposal.

5.     Brown Rudnick has successfully represented official committees of creditors and equity security holders and debtors in many prominent and complex bankruptcy cases, including, among others:

> *A123 Systems, Inc.* (D. Del.)
> *A.H. Robbins Company, Incorporated* (E.D. Va.)
> *Adeptus Health Inc.* (N.D. Tex.)
> *Adelphia Communications* (S.D.N.Y.)
> *Aearo Technologies LLC* (S.D. IN)
> *Aereo, Inc.* (S.D.N.Y.)
> *Allis-Chalmers Corporation* (S.D.N.Y.)
> *Alta Mesa Holdings* (S.D. Tex.)
> *Alpha Guardian* (D. Nev.)
> *Ampal-American Israel Corporation* (S.D.N.Y.)
> *Aralez Pharmaceuticals US Inc.* (S.D.N.Y.)
> *Arizona Charlie's, Inc.* (D. Nev.)
> *Beacon Power Corporation* (D. Del.)

*BeavEx Holding Corporation* (D. Del.)
*BlockFi Inc*. (D. N.J.)
*Briggs & Stratton Corporation* (E.D. MO)
*Boomerang Tube, LLC* (D. Del.)
*BPS US Holdings, Inc*. (D. Del.)
*Budget Rent-A-Car Corporation* (D. Del.)
*Calpine Corporation* (S.D.N.Y)
*Cerro Negro Oil Project* (Venezuela)
*Chellino Crane, Inc*. (N.D. Ill.)
*Chesapeake Energy Corporation* (S.D. Tex.)
*ClearEdge Power, Inc*. (N.D. Cal.)
*Comdisco, Inc*. (N.D. Ill.)
*Coda Holdings, Inc*. (D. Del.)
*Continental Airlines, Inc*. (S.D. Tex.)
*Corinthian Colleges, Inc*. (D. Del.)
*Dana Corporation* (S.D.N.Y)
*Days Inns of America, Inc*. (D. Del.)
*Dewey & LeBoeuf LLP* (S.D.N.Y)
*Digital Domain Holdings Corporation* (D. Del.)
*EdgeMarc Energy Holdings*. LLC (D. Del.)
*EXCO Resources, Inc*. (S.D. Tex.)
*Fedders North America, Inc*. (D. Del.)
*Fisker Automotive Holdings, Inc*. (D. Del.)
*Global Crossing, Ltd*. (S.D.N.Y.)
*Global Power Equipment Group* (D. Del.)
*Gordon Jewelry Corporation* (Zale Corporation) (N.D. Tex.)
*Granite Corporation* (Askin Capital Management) (S.D.N.Y.)
*Greate Bay Hotel & Casino, Inc*. (The "Sands") (D. Nev.)
*HMP Services Holding Sub III, LLC* (D. Del.)
*Hooper Holmes, Inc*. d/b/a Provant Health (S.D.N.Y.)
*IMX Acquisition Corp*. (D. Del.)
*Integrated Resources, Inc*. (S.D.N.Y.)
*Ironclad Performance Wear Corporation* (C.D. Cal.)
*Jagged Peak, A Nevada Corporation* (D. Nev.)
*Kidde-Fenwal, Inc*. ( D. Del.)
*KIT digital, Inc*. (S.D.N.Y.)
*Libbey Glass Inc*. (D. Del.)
*Legacy Reserves, Inc*. (S.D. Tex.)
*LocatePLUS Holdings Corporation* (E.D. Mass.)
*LTL Management LLC* (D. N.J.)
*Lyondell Chemical Company* (S.D.N.Y)
*Marvel Entertainment Group, Inc*. (D. Del.)
*MES International, Inc*. (D. Del.)
*Mirant Corporation* (N.D. Tex.)
*Mobile Media Communications, Inc*. (D. Del.)
*Modern Shoe Company LLC* (E.D. Mass.)

*Motor Coach Industries International, Inc.* (D. Del.)
*Muzak Holdings LLC* (D. Del.)
*New England Compounding Pharmacy, Inc.* (E.D. Mass.)
*New York Racing Association, Inc.* (S.D.N.Y.)
*Oneida Ltd.* (S.D.N.Y.)
*Overseas Shipholding Group, Inc.* (D. Del.)
*Owens Corning* (D. Del.)
*Partsearch Technologies, Inc.* (S.D.N.Y.)
*PES Holdings, LLC* (D. Del.)
*Quigley Company* (S.D.N.Y.)
*Ravn Air Group, Inc.* (D. Del.)
*R.E. Gas Development, Inc.* (W.D. Pa.)
*Real Industry, Inc.* (D. Del.)
*Reed and Barton Corporation* (E.D. Mass.)
*Refco, Inc.* (S.D.N.Y.)
*Revlon, Inc.* (S.D.N.Y.)
*Riverstone Networks* (D. Del.)
*R.H. Macy & Co., Inc.* (S.D.N.Y.)
*Ruby Pipeline, L.L.C.* (D. Del.)
*Service America Corporation* (D. Conn.)
*Solutia Inc.* (S.D.N.Y)
*The Stratosphere Corporation and Stratosphere Gaming Corp.* (D. Nev.)
*Sungevity, Inc.* (D. Del.)
*Telemundo Group, Inc.* (S.D.N.Y.)
*Texscan Corporation* (D. Ariz.)
*Todd Shipyards Corporation* (D. N.J.)
*Tracor Holdings, Inc.* (W.D. Tex.)
*Tower Automotive* (S.D.N.Y)
*Trans World Airlines* (D. Del.)
*Tropicana Entertainment* (D. Del.)
*Ultra Petroleum Corp.* (S.D. Tex.)
*Vector Launch Inc.* (D. Del.)
*Wang Laboratories, Inc.* (E.D. Mass.)
*Washington Prime Group Inc.* (S.D. Tex.)
*WorldCom, Inc.* (S.D.N.Y.)
*XO Communications* (S.D.N.Y.)
*Zacky & Sons Poultry*, LLC (C.D. Cal.)

## DISINTERESTEDNESS OF PROFESSIONALS

6.    In preparing this Declaration, an attorney working under my supervision caused the implementation of certain procedures developed by Brown Rudnick's Conflicts Department to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules (collectively, the "<u>Statutory Authority</u>").  Pursuant to the Statutory Authority, the

attorney worked with Brown Rudnick's Conflicts Department to cause to be performed an examination and comparison (the "Connections Check") of the Debtors and non-debtor affiliates, creditors, and other parties-in-interest (collectively, the "Case Parties"). The list of Case Parties is attached hereto as **Schedule 1**. A summary of the results of the Connections Check is attached hereto as **Schedule 2**.

7.    Based upon my review of the results of the Connections Check, to the best of my knowledge after diligent inquiry, neither Brown Rudnick, nor any member of Brown Rudnick, nor any attorney associated with or employed by Brown Rudnick, has any "connection," as such term is used in Bankruptcy Rule 2014(a), with the Debtors herein, their creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except to the extent set forth in **Schedule 2** or as follows:

a.    Brown Rudnick previously represented 10T Holdings, LLC and certain affiliates (collectively, "10T") in connection with 10T's acquisition of common equity issued by the Debtors. Brown Rudnick concluded its engagement by 10T with respect to matters relating to the Debtors prior to its engagement by the Committee. The Firm continues to represent 10T in connection with matters unrelated to the Debtors and these Cases.

b.    Brown Rudnick previously represented certain entities or affiliates of certain entities in matters unrelated to these Cases that the Debtors have identified as potential bidders for certain or all of the Debtors' assets. Brown Rudnick has not and will not represent these entities or affiliates thereof in matters in connection with these Cases.

c.    Brown Rudnick appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties-in-interest, or themselves be creditors or parties-in-interest in these Cases. Brown Rudnick has not and will not represent any of these creditors, investors, potential acquirers, parties-in-interest, attorneys, financial advisors, accountants, or any other entity in connection with these Cases.

d.    Brown Rudnick represents many investors, financial institutions, and other persons or entities that may become creditors or parties-in-interest in these Cases. Brown Rudnick has not and will not represent any of these investors, financial institutions, or other creditors or parties-in-interest in connection with these Cases.

e.  Brown Rudnick regularly appears in cases before the United States Bankruptcy Court for the District of Delaware.

8.      Notwithstanding any "connection" set forth in **Schedule 2** and except as set forth herein, to the best of my knowledge, any "connection" of Brown Rudnick to the identified entities are limited to matters unrelated to the Debtors.

9.      Brown Rudnick currently represents, has represented, and may represent in the future parties in documenting the trading of claims against, interests in, and debt of, the Debtors or their estates. Brown Rudnick has not and will not provide any valuation or strategic due diligence regarding the Debtors in connection with providing such advice. Our work, on behalf of such parties, is generally limited to: (i) the ordinary course review of any underlying loan, interest, or claim documentation in connection with the purchase or sale of such loan, interest, or claim and the review of any upstream trade transaction documentation in connection therewith; or (ii) advice based solely on publicly available information or information obtained in connection with (i) above. Brown Rudnick will also assist such parties with completing the filings or submissions necessary to complete the transfer of a debt, interest, or claim against the Debtors or their estates from a seller to a purchaser.

10.      None of Brown Rudnick's existing clients noted in **Schedule 2** accounted for more than one 1% of Brown Rudnick's gross revenues for the past twelve (12) months.

11.      It is possible that certain of the partners, counsel and associates of Brown Rudnick and such persons' relatives may have familial or personal relationships, as well as business, contractual, or economic relationships, with officers, directors, and/or shareholders or creditors of the Debtors, competitors of the Debtors, other professionals engaged in these Cases and/or other parties in interest in these Cases.  I have not been made aware of any material relationships with any such individual.

12.     I am not related to and, to the best of my knowledge, no other attorney at Brown Rudnick is related to (a) any United States Bankruptcy Judge for the District of Delaware or (b) the U.S. Trustee, or any person employed by the U.S. Trustee's office.

13.     If Brown Rudnick discovers any information that is contrary to or pertinent to the statements made herein, Brown Rudnick will promptly disclose such information to the Court by filing and serving a supplemental declaration.

14.     For the reasons stated herein, based on the conflicts search conducted to date and described here, to the best of my knowledge Brown Rudnick is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code, and does not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity holders of the Debtors.

## PROFESSIONAL COMPENSATION

15.     Subject to this Court's approval, and in accordance with section 330(a) of the Bankruptcy Code and any orders of the Court, Brown Rudnick will charge for its legal services as counsel to the Committee on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith.

16.     My current hourly rate is $1,950.  Other attorneys and paraprofessionals will assist with these Cases as needed.  As of the date hereof, the hourly rates of Brown Rudnick professionals are in the following ranges:

| Professional | Rate Per Hour |
|---|---|
| Partners | $750 - $2,250 |
| Counsel | $290 - $2,575 |
| Associates | $420 - $975 |
| Paralegals | $425 - $530 |

17.     The hourly rates set forth above are Brown Rudnick's general hourly rates for work of this nature and are consistent with the customary compensation charged by comparably skilled attorneys at Brown Rudnick in similar matters, including non-bankruptcy matters.  In the normal course of its business, Brown Rudnick revises its billing rates on an annual basis.[3]

18.     Brown Rudnick has advised the Committee that it intends to seek compensation for all time and expenses associated with the preparation of this application to retain Brown Rudnick and related documents, and the preparation of monthly, interim or final fee applications for Brown Rudnick.  It will not bill for the defense of any fee applications.  Brown Rudnick will bill any non-working travel time at 50% of the actual time incurred.

19.     In addition, Brown Rudnick requests that it be reimbursed for any actual and necessary expenses incurred in representing the Committee, including, but not limited to, business meals, photocopies, courier service, computer assisted research, docket and court filing fees, mail and express mail charges, messenger charges, document processing, telecommunications, travel, court reporting charges, and any other non-ordinary overhead expense such as overtime for secretarial personnel and other staff and any other incidental costs advanced by Brown Rudnick specifically for the representation of the Committee, in a manner and at rates consistent with charges made generally to Brown Rudnick's other clients.  Photocopies and similar copies will be billed at a reduced rate of $0.10 per page.

20.     Brown Rudnick has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners, counsel, and associates of Brown Rudnick;

---

[3]     In the ordinary course, Brown Rudnick reviews the billing rates of its attorneys and paraprofessionals annually. The review and rate increases are based upon increases within each attorney's and paraprofessional's current level of seniority.  The rates described herein reflect the most recent rate increase.  As set forth in the attached order, Brown Rudnick will provide ten (10) calendar days' notice to the Committee, the Debtors, and the U.S. Trustee before implementing any periodic increases, and shall file any such notice with the Court.

or (b) any compensation another person or party has received or may receive in connection with these Cases.

21.     Brown Rudnick has not received a retainer in connection with these Cases.

## **AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS**

22.     Based upon the information available to me, and except as otherwise described herein, Brown Rudnick holds no interest adverse to the Debtors, their estates, or any class of creditors or equity holders as to the matters in which it is to be employed.  I know of no reason why Brown Rudnick cannot act as counsel to the Committee.

## **STATEMENT REGARDING U.S. TRUSTEE GUIDELINES**

23.     The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines:

| | |
|---|---|
| **QUESTION:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| Response: | Brown Rudnick will comply with the United States Trustee's Fee Guidelines in connection with this engagement. |
| **QUESTION:** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **QUESTION:** | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | No. |
| **QUESTION:** | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| Response: | The Committee will approve a budget and general staffing plan in connection with its representation of the Committee. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 27, 2023

 /s/ *Robert J. Stark*
Robert J. Stark

## **Schedule 1**

(Case Parties)

**Schedule 1**

**Case Parties List**

**Debtors**

Prime Core Technologies Inc.
Prime Trust, LLC
Prime IRA LLC
Prime Digital, LLC

**Debtors' Predecessors and Related Entities**

Banq., Inc.
Issuances Inc.
Finovation Systems, LLC
JumpStart Securities, LLC
FundAmerica, LLC
Secure Digital Notes B.T.
Secure Cash Sweep B.T.

**Current and Former Officers & Directors and Board of Managers**

Amanda Ortega
Anthony Botticella
Bob Zhao
Bond Nthenge
Brad Epstein
Brent Beeman
David Ko
David Pigott
Desta Getachew
Dmitry Dakhnovsky
Elizabeth Bildner
Erin Holloway
Eugene Lao
George Georgiades
George Thomas Lewis Brandl
J. Max Jiles
Jeffrey Smits
Jennifer Blanco
Joe Capone
John Zelazny
Jon P. Jiles
Jor Law

**Current and Former Officers & Directors and Board of Managers cont'd**

Kristin Smith
Mary Kate Baker
Matt Parrella
Melissa Bonner
Melissa Ryken Westhoff
Michael Garrett
Michael Julian
Michael Smith
Nicole Yates
Nicoleta Purcell
Nirvana Patel
Noah Green
Patty Wang
Philip D. LaChapelle
Ren Riley
Rob Desroches
Robb Balaban
Robert List
Rodrigo Vicuna
Roger Wang
Russel Doolittle
Sara Xi
Scott Purcell
Scott Trainor
Stephen Cheng
Jim Wimberly
Thomas Gonser
Thomas Pageler
Timothy Bowman
Whitney White
Yunan (Jeffrey) Ren
Zane Busteed
Aja Heise
Tiago Requeijo

**Equity Holders (Holders of 1% or More of Common Equity as of Petition Date)**

10T DAE Expansion Fund, LP

**Equity Holders cont'd**

10T Fund A, LP
10T Fund, LP
Akkadian Ventures V, LP
Brue2Ventures, LLC
Clearvoyance Holdings
Commerce Ventures III, L.P.
Deborah G Jiles Trust
Fidelity Information Services, LLC
Fin VC Horizons II, LP – Series VIII
GateCap Ventures II LP
GateCap Ventures LP
Gateway VCA 0521, LLC
Harvest Growth Capital III LLC
Justin R. Law Irrevocable Trust Dated
October 22, 2021
Kraken Ventures Fund I LP
Lawrence Sue Kok Law and Fui Ming
Thian, Co-Trustees of the 2021
Lawrence Sue Kok Law and Fui Ming
Thian, Co-Trustees of the 2021 Jaden T.
Law Irrevocable Trust Dated October 22,
2021
Mercato Traverse Prime Core Co-Invest,
LLC
Mercato Traverse SPV 2, A Series of
Mercato Coinvestments, LLC
Mercato Partners Traverse IV QP, L.P.
Mercato Partners Traverse IV, L.P.
The Ko Family Trust
UGH II Affiliates II, LLC
N9 Advisors, LLC
Nevcaut Ventures Fund I, LP
OKC USA Holding Inc.
Palindrome Master Fund LP
Quantum Partners LP
Senior Comfort Corp
Seven Peaks Ventures Fund II, LP
SPV – Prime Core, LLC
STCAP Partners I, L.P.
The J. Max Jiles Trust
The Ko Family Trust UGF II Affiliates II,
LLC
Timus Capital, LLC

**Equity Holders cont'd**

Triton Venture Capital Prime Trust Fund I
LP
University Growth Fund II, LP
William Blair MB Investments, LP – PCTI
2022 Series

**Bankruptcy Professionals and Ordinary
Course Professionals**

Ankura (f/k/a Chartwell Compliance) (MTL
Maintenance)
Cooley LLP
Cahill Gordon & Reindel LLP
Saltzman Mugan Dushoff, PLLC
K&L Gates LLP
Innovest
Goodwin Procter LLP
Crowell Moring
Fisher & Phillips LLP
LTL Attorneys LLP
Hyland Law PLLC
Robert Half
M3 Partners, LP
Galaxy Digital, Ltd.
Stretto
J.S. Held LLC
JVB Financial Group, LLC

**Banks, Bondholders, and Other Lenders**

Anchorage Digital
BMO Harris Bank, N.A.
Cross River Bank
Homium Inc.
J.P. Morgan Asset Management Inc.
JXN, LLC
Metatech Operating Company LLC
Lexicon Bank
Piermont Bank, N.A.
Western Alliance
Switch Reward Card DAO, LLC

**Insurers, Insurance Agents, and Sureties**

Allegheny Casualty Company
Alpha Surety – A Gallagher Company
Brian Nelson
Heather Vaughn
Philadelphia Insurance Company

**Litigation Counterparties**

Const LLC
Cynthia Edwards
Austin Ward
David Krevat
Nabil Mohamad
All MTL State Regulators
US DOJ Subpoena
NY DFS Enforcement
NY FID Audit

**Major Suppliers and Vendors**

Amazon Web Services, Inc. (AWS)
Fireblocks, Inc.
Microsoft Azure Inc.
Robert Half International, Inc.
Deel, Inc.
SoftServe, Inc.
Kori Boxdell
Electric Solidus, Inc. (d/b/a Swan Bitcoin)
Okcoin USA, Inc.

**Top 50 Creditors**

450 Investments
Allsec Technologies Limited
BAM Trading Services, Inc.
Beam Networks (Eco)
BKR International KB
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
CoinFLEX US LLC
CoinMetro OU
Const LLC
Cresent Financial Inc.
Dapper Labs Inc.

**Top 50 Creditors cont'd**

Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
GCEX Holding Limited
Individual Name Redacted
Gth-Trade Group KFT
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Kado Software, Inc.
Individual Name Redacted ntenot
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Plutus Lending LLC
Individual Name Redacted
Reliz Ltd
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Securitize, Inc.
Individual Name Redacted
Shima Capital Management LLC
Socure Inc.
Individual Name Redacted
TrustToken, Inc.
Individual Name Redacted
Vorka USA Corp.
Wonderpro Limited
Individual Name Redacted

**Taxing and Other Governmental Authorities**

State of Alaska
State of Arizona
State of Arkansas
State of Connecticut
State of Delaware

**Taxing and Other Governmental Authorities cont'd**

State of Hawaii
State of Idaho
State of Iowa
State of Kansas
State of Louisiana
State of Maine
State of Maryland
State of Massachusetts
State of Michigan
State of Minnesota
State of Mississippi
State of Nebraska
State of Nevada
State of New Jersey
State of New Mexico
State of New York
State of North Carolina
State of North Dakota
State of Ohio
State of Rhode Island
State of South Carolina
State of South Dakota
State of Texas
State of Vermont
State of West Virginia
Washington D.C.

**Members of the Creditors' Committee**

Yousef Abbasi
DMG Blockchain Solutions, Inc.
NetCents Technology, Inc.
Polaris Ventures
Stably Corporation
Austin Ward
Allsectech, Inc.

**Bankruptcy Judges for the District of Delaware, U.S. Trustee's Office Trustees and key staff for the District of Delaware, and Clerks of Court for the District of Delaware**

The Honorable John T. Dorsey
The Honorable Ashley M. Chan
The Honorable Karen B. Owens
The Honorable Chief Judge Laurie Selber Silverstein
The Honorable Mary F. Walrath
The Honorable Craig T. Goldblatt
The Honorable Brendan L. Shannon
The Honorable J. Kate Sickles
The Honorable Thomas M. Horan
Angelique Okita
Benjamin Hackman
Christine Green
Claire Brady
David Buchbinder
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Marquietta Lopez
Michael Panacio
Michael West
Nyanquoi Jones
Ramona Harris
Ramona Vinson
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Stacey Drechsler

**<u>Court Personnel cont'd</u>**

Stephen Grant
T. Patrick Tinker
Timothy J. Fox, Jr.
Una O'Boyle

**<u>Schedule 2</u>**

(Connections Check)

**Prime Core Inc.**
**Connections List**

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X = Yes] | Former Client [X = Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable To Searched Entity Or Affiliates Of Searched Entity) [X = Yes] |
|---|---|---|---|---|---|
| | 10T DAE Expansion Fund, LP | Holders of 1% or More of Outstanding Common Equity of the Debtor as of Petition Date | X | | |
| | 10T Fund, LP | Holders of 1% or More of Outstanding Common Equity of the Debtor as of Petition Date | X | | |
| | Amazon Web Services, Inc. | Major Suppliers, Vendors, and Other Parties | | | X |
| | Ankura f.k.a. Chartwell Compliance | Debtor's Other Professionals | | | X |
| | BAM Trading Services Inc. | Potential Major Unsecured Creditors | | X | X (applicable to affiliate of searched entity) |
| Samuel | Bankman-Fried | Potential Major Unsecured Creditors | | | X |
| | BMO Harris Bank, N.A. | Debtor's Banks | X (applicable to affiliate of searched entity) | | X |
| | Cahill Gordon & Reindel LLP | Debtor's Other Professionals | | X | |
| | Cooley LLP | Debtor's Other Professionals | | | X |
| | Deel, Inc. | Major Suppliers, Vendors, and Other Parties | | | X |
| | Fin VC Horizons II, LP – Series VIII | Holders of 1% or More of Outstanding Common Equity of the Debtor as of Petition Date | X (applicable to affiliate of searched entity) | | |
| | Fireblocks, Inc. | Major Suppliers, Vendors, and Other Parties | | | X |
| | Galaxy Digital, Ltd. | Debtor's Restructuring and Other Significant Professionals | | | X |
| | Goodwin Procter LLP | Debtor's Other Professionals | | | X |
| | J.P. Morgan Asset Management Inc. | Debtor's Banks | | | X |
| | K&L Gates LP | Debtor's Other Professionals | | | X |
| | Kado Software, Inc | Potential Major Unsecured Creditors | X | | |
| | M3 Partners, LP | Debtor's Restructuring and Other Significant Professionals | | X (applicable to affiliate of searched entity) | |

**Prime Core Inc.**
**Connections List**

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X = Yes] | Former Client [X = Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable To Searched Entity Or Affiliates Of Searched Entity) [X = Yes] |
|---|---|---|---|---|---|
| | McDermott Will & Emery LLP | Debtor's Restructuring and Other Significant Professionals | | | X |
| | Microsoft Azure Inc. | Major Suppliers, Vendors, and Other Parties | | | X |
| Brian | Nelson | Insurers, Insurance Agents, and Sureties | X | | |
| | Prime Core Technologies Inc. | Debtor | | | X |
| | Quantum Partners LP | Holders of 1% or More of Outstanding Common Equity of the Debtor as of Petition Date | | | X |
| | Reliz Ltd | Potential Major Unsecured Creditors | | | X (applicable to affiliate of searched entity) |
| REDACTED | REDACTED | Potential Major Unsecured Creditors | | | X |
| | State of Alaska | Taxing and Other Governmental Authorities | | | X |
| | State of Arizona | Taxing and Other Governmental Authorities | | | X |
| | State of Arkansas | Taxing and Other Governmental Authorities | | | X |
| | State of Delaware | Taxing and Other Governmental Authorities | | | X |
| | State of Georgia | Taxing and Other Governmental Authorities | | | X |
| | State of Hawaii | Taxing and Other Governmental Authorities | | | X |
| | State of Idaho | Taxing and Other Governmental Authorities | | | X |
| | State of Iowa | Taxing and Other Governmental Authorities | | | X |
| | State of Kansas | Taxing and Other Governmental Authorities | | | X |

**Prime Core Inc.**
**Connections List**

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X = Yes] | Former Client [X = Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable To Searched Entity Or Affiliates Of Searched Entity) [X = Yes] |
|---|---|---|---|---|---|
| | State of Louisiana | Taxing and Other Governmental Authorities | | | X |
| | State of Maine | Taxing and Other Governmental Authorities | | | X |
| | State of Maryland | Taxing and Other Governmental Authorities | | | X |
| | State of Massachusetts | Taxing and Other Governmental Authorities | | | X |
| | State of Michigan | Taxing and Other Governmental Authorities | | | X |
| | State of Minnesota | Taxing and Other Governmental Authorities | | | X |
| | State of Mississippi | Taxing and Other Governmental Authorities | | | X |
| | State of Nebraska | Taxing and Other Governmental Authorities | | | X |
| | State of Nevada | Taxing and Other Governmental Authorities | | | X |
| | State of New Jersey | Taxing and Other Governmental Authorities | | | X |
| | State of New Mexico | Taxing and Other Governmental Authorities | | | X |
| | State of New York | Taxing and Other Governmental Authorities | | | X |
| | State of North Carolina | Taxing and Other Governmental Authorities | | | X |
| | State of North Dakota | Taxing and Other Governmental Authorities | | | X |
| | State of Ohio | Taxing and Other Governmental Authorities | | | X |

**Prime Core Inc.**
**Connections List**

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X = Yes] | Former Client [X = Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable To Searched Entity Or Affiliates Of Searched Entity) [X = Yes] |
|---|---|---|---|---|---|
| | State of Rhode Island | Taxing and Other Governmental Authorities | | | X |
| | State of South Carolina | Taxing and Other Governmental Authorities | | | X |
| | State of South Dakota | Taxing and Other Governmental Authorities | | | X |
| | State of Texas | Taxing and Other Governmental Authorities | | | X |
| | State of Vermont | Taxing and Other Governmental Authorities | | | X |
| | State of West Virginia | Taxing and Other Governmental Authorities | | | X |
| | States of Connecticut | Taxing and Other Governmental Authorities | | | X |
| | Stretto | Debtor's Restructuring and Other Significant Professionals | | | X |
| | TrustToken, Inc | Potential Major Unsecured Creditors | X | | |
| | Washington D.C. | Taxing and Other Governmental Authorities | | | X |
| | Western Alliance (pending court approval of cash management motion) | Debtor's Banks | | | X |
| | William Blair MB Investments, LP – PCTI 2022 Series | Holders of 1% or More of Outstanding Common Equity of the Debtor as of Petition Date | | | X |