# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered<br><br>**Objection Deadline: Oct. 11, 2023, at 4:00 p.m. (ET)**<br>**Hearing Date: Oct. 18, 2023, at 2:00 p.m. (ET)** |

**APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AN ORDER PURSUANT
TO BANKRUPTCY CODE SECTIONS 328(a) AND 1103 AUTHORIZING
AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND
DICKINSON (US) LLP AS CO-COUNSEL EFFECTIVE AS OF SEPTEMBER 5, 2023**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this application (the "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to sections 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and applicable to the above-captioned cases, the "Bankruptcy Code") and Rule 2014(a) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"), and the United States Trustee's *Appendix B - Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines"), authorizing and approving the employment and retention of Womble Bond Dickinson (US) LLP ("WBD"), as co-counsel for the Committee, effective as of September 5, 2023. In support of this Application, the Committee submits the *Declaration of Donald J. Detweiler*, a partner of WBD, attached hereto as **Exhibit B** (the "Detweiler

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Declaration"), and the *Declaration of Ruairi Donnelly in Support of Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Effective as of September 5, 2023*, attached hereto as **Exhibit C** (the "Committee Declaration"), and respectfully states as follows:

## BACKGROUND

1. On August 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), commencing these Chapter 11 Cases. Since the Petition Date, the Debtors have remained in possession of its assets and have continued to operate and manage its businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

2. On August 29, 2023, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 51]. The Committee is comprised of the following seven (7) members: (i) Yousef Abbasi; (ii) Allsectech, Inc.; (iii) DMG Blockchain Solutions, Inc.; (iv) Net Cents Technology, Inc.; (v) Polaris Ventures; (vi) Stably Corporation; and (vii) Austin Ward. On September 5, 2023, the Committee selected Womble Bond Dickinson (US) LLP to serve as its counsel.

3. Information regarding the Debtors' history, business operations, capital structure, indebtedness, and the events leading up to the commencement of these Chapter 11 Cases can be found in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., Et Al., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14].

2

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Bankruptcy Code sections 328 and 1103. The requested relief is also appropriate pursuant to Bankruptcy Rule 2014.

**RELIEF REQUESTED**

5. By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, authorizing and approving the employment of WBD as co-counsel to perform services relating to these Chapter 11 Cases, effective as of September 5, 2023.

6. Bankruptcy Code section 328(a) empowers a committee appointed under Bankruptcy Code section 1102, with the Court's approval, to employ attorneys under Bankruptcy Code section 1103 on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis, to perform services for such committee.

7. Pursuant to Bankruptcy Code section 1103(b), an attorney employed to represent a committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with these cases, (though the Bankruptcy Code clarifies that representation of one or more creditors of the same class as represented by the committee shall not *per se* constitute the representation of an adverse interest). WBD has advised the Committee that WBD does not represent any other entity having an adverse interest in connection with these Chapter 11 Cases and does not have any disabling connections with the United States Trustee, any person employed by the Office of the United States Trustee, or the Bankruptcy Judge to whom these cases were assigned. Submitted herewith is the Detweiler Declaration, which sets forth WBD's connections with the Debtors, their creditors, and other parties-in-interest.

8.  The Committee has selected WBD as co-counsel because of its attorneys' experience and knowledge before this Court. The Committee believes that WBD is well-qualified to represent the Committee in these Chapter 11 Cases.

9.  The professional services that WBD will provide to the Committee include, but are not limited to, the following:

- providing legal advice as necessary with respect to the Committee's powers and duties as an official committee appointed under Bankruptcy Code section 1102;

- assisting the Committee in investigating the acts, conduct, assets, liabilities, and financial condition of the Debtors, the operation of the Debtors' businesses, potential claims, and any other matters relevant to these cases, to the sale of assets, or to the formulation of a plan of reorganization or liquidation (a "Plan");

- participating in the formulation of a Plan;

- providing legal advice as necessary with respect to any disclosure statement and Plan filed in these Chapter 11 Cases and with respect to the process for approving or disapproving disclosure statements and confirming or denying confirmation of a Plan;

- preparing on behalf of the Committee, as necessary, applications, motions, objections, complaints, answers, orders, agreements, and other legal papers;

- appearing in Court to present necessary motions, applications, objections, and pleadings, and otherwise protecting the interests of those represented by the Committee;

- assisting the Committee in requesting the appointment of a trustee or examiner, should such action be necessary; and

- performing such other legal services as may be required and as are in the best interests of the Committee and creditors.

10. Subject to the Court's approval and pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and any other rules and

procedures that this Court may fix, the Committee requests that WBD be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that WBD incurs. WBD requests that it receive such compensation in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

11. WBD's current hourly rates are as follows:

| | |
|---|---|
| Partners | $365 - $1,290 |
| Of Counsel | $380 - $1,460 |
| Associates | $305 - $705 |
| Senior Counsel | $125 - $895 |
| Counsel | $125 - $635 |
| Paralegals | $95 - $565 |

12. Subject to Court approval, WBD expects that the following attorneys will be primarily responsible for representing the Committee in this matter: Donald J. Detweiler, and Elazar A. Kosman. The attorneys' hourly rates are $845 and $385, respectively.

13. The charges set forth herein are based upon actual time charges on an hourly basis and based upon the experience and expertise of the attorney or legal assistant involved. The Committee understands that the hourly rates set forth are subject to periodic, typically annual, adjustments to reflect economic, and other conditions.

14. The Committee understands that any compensation and expenses paid to WBD must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of this Court respecting compensation of professionals.

15. To the best of the Committee's knowledge and subject to the Detweiler Declaration and Committee Declaration submitted herewith, WBD has informed the Committee that it represents no other entity having an adverse interest in connection with these Chapter 11 Cases.

**CONSENT TO JURISDICTION**

16. Pursuant to Local Rule 9013-1(f), the Committee consents to the entry of a final judgment or order with respect to this Application if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

**NOTICE**

17. Notice of this Application will be provided to: (a) the U.S. Trustee; (b) Debtors' counsel; and (c) any party that requests service pursuant to Bankruptcy Rule 2002. Because of the nature of the relief requested, the Committee respectfully submits that no further notice of the Application is necessary or required under the circumstances.

18. No previous application for relief sought herein has been made to this or any other Court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Committee respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, authorizing the Committee to retain and employ Womble Bond Dickinson (US) LLP, as co-counsel for the Committee, effective as of September 5, 2023, and grant such further relief as the Court deems just or proper.

Dated: September 27, 2023

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

*/s/ Ruairi Donnelly*
By: Ruairi Donnelly on behalf of Polaris Ventures

*Co-Chair of the Official Committee of Unsecured Creditors*