IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered<br><br>**Objection Deadline: Oct. 11, 2023, at 4:00 p.m. (ET)**<br>**Hearing Date: Oct. 18, 2023, at 2:00 p.m. (ET)** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on September 27, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through the Committee's undersigned proposed counsel, filed the *Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Effective as of September 5, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Application must be filed with the Bankruptcy Court, at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **OCTOBER 11, 2023 AT 4:00 P.M. (PREVAILING EASTERN TIME)**, and served upon the undersigned proposed counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application will be held on **OCTOBER 18, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME)** before the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING**.

Dated: September 27, 2023

WOMBLE BOND DICKINSON (US) LLP

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  don.detweiler@wbd-us.com
Email:  elazar.kosman@wbd-us.com

BROWN RUDNICK LLP
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Jennifer M. Schein (admitted *pro hac vice*)
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: jschein@brownrudnick.com

BROWN RUDNICK LLP
Tristan G. Axelrod (admitted *pro hac vice*)
Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*