**EXHIBIT B**

Detweiler Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PRIME CORE TECHNOLOGIES INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11161 (JKS) <br><br> Jointly Administered |

**DECLARATION OF DONALD J. DETWEILER IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328(a) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS CO-COUNSEL EFFECTIVE AS OF SEPTEMBER 5, 2023**

Donald J. Detweiler, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Womble Bond Dickinson (US) LLP ("WBD")[2] which maintains an office for the practice of law at 1313 Market Street, Suite 1200, Wilmington, Delaware 19801, as well as offices in Alabama, California, Colorado, the District of Columbia, Georgia, Maryland, Massachusetts, New York, North Carolina, South Carolina, Tennessee, Texas, and Virginia. I am admitted to practice before this Court, and will assume primary responsibility within WBD for its engagement in these Chapter 11 Cases.

2. I am familiar with the facts hereinafter stated, and submit this declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors") for entry of an Order authorizing and approving the employment and retention of WBD, as co-counsel to the Committee, effective as of September 5, 2023.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3. I am fully familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and I am sufficiently competent to handle whatever might foreseeably be expected of the Committee's co-counsel in this matter.

4. The professional services that WBD will provide to the Committee include those set forth in the Application. Subject to the Court's approval and pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules and Local Rules, and any other rules and procedures that this Court may fix, WBD will seek compensation on an hourly basis, plus reimbursement of the actual and necessary expenses that WBD incurs. WBD requests that it receive such compensation in accordance with the ordinary and customary rates that are in effect on the date the services are rendered.

5. Set forth below is a schedule of hourly rates of certain professionals at WBD:

| | |
|---|---|
| Partners | $365 - $1,290 |
| Of Counsel | $380 - $1,460 |
| Associates | $305 - $705 |
| Senior Counsel | $125 - $895 |
| Counsel | $125 - $635 |
| Paralegals | $95 - $565 |

6. Subject to Court approval, WBD expects that the following attorneys will be primarily responsible for representing the Committee in this matter: Donald J. Detweiler and Elazar A. Kosman. The attorneys' hourly rates are $845 and $385, respectively.

7. The charges for the attorneys and legal assistants who will render services to the Committee are based upon actual time charges on an hourly basis. The hourly rates for such professionals are based upon the experience and expertise of the attorney or legal assistant involved and are subject to periodic adjustments to reflect economic and other conditions.

8. Insofar as I have been able to ascertain, except as described herein, the other attorneys of WBD and I have no interest adverse to and no connections to the Committee, the Debtors' estates, their creditors, the United States Trustee, any person employed by the Office of the United States Trustee, the Bankruptcy Judge to whom these Chapter 11 Cases were assigned, or any other party in interest herein or their respective attorneys and accountants.[3]

9. Although WBD from time to time has represented and in the future may represent various entities that are creditors of the Debtors or otherwise have had or have an interest in the Debtors, WBD will not, while employed by the Committee, represent any other entity having an adverse interest in connection with these Chapter 11 Cases, absent further disclosure and to the extent that such representation would be permissible under Bankruptcy Code section 1103.

A. **WBD's Conflict Check System**

10. In connection with preparing this Declaration, WBD submitted the names of the individuals and entities that are currently known to be material parties and parties-in-interest in these cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by WBD. WBD maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by WBD is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of WBD that no new

---

[3] WBD appears in numerous cases involving a substantial number of creditors and parties-in-interest. WBD is reviewing the parties-in-interest in this proceeding and will make every effort to disclose all connections to these parties as they become known to WBD. Although it is not possible to guarantee that each and every connection is disclosed, WBD will file additional and supplemental disclosure statements in the event that WBD becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors or parties-in-interest with *de minimis* interest in other cases in which WBD plays a role.

matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by WBD.

11. A list of the names of the Parties-in-Interest described above, which was submitted to the conflict check system, is attached hereto as **Schedule 1**.

B. **WBD's Relationship with Parties-in-Interest in Unrelated Matters**

12. A list of the Parties-in-Interest or their affiliates with respect to which WBD serves or has served as counsel is set forth on **Schedule 2** attached hereto. A significant part of WBD's practice includes representations of creditors' committees; accordingly, this exhibit includes persons that may have been members of any creditors' committee represented by WBD.

13. As disclosed in this exhibit, WBD and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 Cases in matters unrelated to these bankruptcy cases. Further, WBD appears in cases, proceedings, and transactions involving a substantial number of different attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent creditors or parties-in-interest in these cases.

14. WBD has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners, counsel, associates and other employees of WBD, or (b) any compensation another person or party has received or may receive.

15. WBD did not receive a retainer with respect to its representation of the Committee.

16. Consistent with the Appendix B Guidelines, which became effective on November 1, 2013, I state as follows:

(a) WBD did not agree to a variation of its standard and customary billing arrangements for the engagement;

(b) WBD's professionals included in the engagement have not varied their rates based on the geographic location of these Chapter 11 Cases;

(c) WBD did not represent the Committee prior to the Petition Date; and

(d) WBD is developing a staffing plan and is currently developing a prospective budget for these Chapter 11 Cases (the "<u>Budget and Staffing Plan</u>") to comply with any requests for information and additional disclosures by the U.S. Trustee and any other orders of the Court, recognizing that, during the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and WBD. WBD and the Committee will review the Budget and Staffing Plan throughout these Chapter 11 Cases to determine any adjustments required to the Budget and Staffing Plan.

17. Based upon the information available to me, and except as otherwise described herein, WBD holds no interest adverse to the Committee, the Debtors, their estates, or creditors as to the matters in which it is to be employed.

18. If WBD discovers any connection with any interested party or enters into any new relationship with any interested party, the firm will promptly supplement its disclosure to the Court.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

Dated: September 27, 2023

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)

**Schedule 1**

**List of Potential Parties in Interest**

**Debtors**

Prime Core Technologies Inc.
Prime Trust, LLC
Prime IRA LLC
Prime Digital, LLC

**Debtors' Predecessors and Related Entities**

Banq., Inc.
Issuances Inc.
Finovation Systems, LLC
JumpStart Securities, LLC
FundAmerica, LLC
Secure Digital Notes B.T.
Secure Cash Sweep B.T.

**Current and Former Officers & Directors and Board of Managers**

Amanda Ortega
Anthony Botticella
Bob Zhao
Bond Nthenge
Brad Epstein
Brent Beeman
David Ko
David Pigott
Desta Getachew
Dmitry Dakhnovsky
Elizabeth Bildner
Erin Holloway
Eugene Lao
George Georgiades
George Thomas Lewis Brandl
J. Max Jiles
Jeffrey Smits
Jennifer Blanco
Joe Capone
John Zelazny
Jon P. Jiles
Jor Law
Kevin Lehtiniitty

Kristin Smith
Mary Kate Baker
Matt Parrella
Melissa Bonner
Melissa Ryken Westhoff
Michael Garrett
Michael Julian
Michael Smith
Nicole Yates
Nicoleta Purcell
Nirvana Patel
Noah Green
Patty Wang
Philip D. LaChapelle
Ren Riley
Rob Desroches
Robb Balaban
Robert List
Rodrigo Vicuna
Roger Wang
Russel Doolittle
Sara Xi
Scott Purcell
Scott Trainor
Stephen Cheng
Jim Wimberly
Thomas Gonser
Thomas Pageler
Timothy Bowman
Whitney White
Yunan (Jeffrey) Ren
Zane Busteed
Aja Heise
Tiago Requeijo

**Equity Holders (Holders of 1% or More of Common Equity as of Petition Date)**

10T DAE Expansion Fund, LP
10T Fund A, LP
10T Fund, LP
Akkadian Ventures V, LP
Brue2Ventures, LLC
Clearvoyance Holdings

**Equity Holders cont'd**

Commerce Ventures III, L.P.
Deborah G Jiles Trust
Fidelity Information Services, LLC
Fin VC Horizons II, LP – Series VIII
GateCap Ventures II LP
GateCap Ventures LP
Gateway VCA 0521, LLC
Harvest Growth Capital III LLC
Justin R. Law Irrevocable Trust Dated October 22, 2021
Kraken Ventures Fund I LP
Lawrence Sue Kok Law and Fui Ming Thian, Co-Trustees of the 2021
Lawrence Sue Kok Law and Fui Ming Thian, Co-Trustees of the 2021 Jaden T. Law Irrevocable Trust Dated October 22, 2021
Mercato Traverse Prime Core Co-Invest, LLC
Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC
Mercato Partners Traverse IV QP, L.P.
Mercato Partners Traverse IV, L.P.
The Ko Family Trust
UGH II Affiliates II, LLC
N9 Advisors, LLC
Nevcaut Ventures Fund I, LP
OKC USA Holding Inc.
Palindrome Master Fund LP
Quantum Partners LP
Senior Comfort Corp
Seven Peaks Ventures Fund II, LP
SPV – Prime Core, LLC
STCAP Partners I, L.P.
The J. Max Jiles Trust
The Ko Family Trust UGF II Affiliates II, LLC
Timus Capital, LLC
Triton Venture Capital Prime Trust Fund I LP
University Growth Fund II, LP
William Blair MB Investments, LP – PCTI 2022 Series

**Bankruptcy Professionals and Ordinary Course Professionals**

Ankura (f/k/a Chartwell Compliance) (MTL Maintenance)
Cooley LLP
Cahill Gordon & Reindel LLP
Saltzman Mugan Dushoff, PLLC
K&L Gates LLP
Innovest
Goodwin Procter LLP
Crowell Moring
Fisher & Phillips LLP
LTL Attorneys LLP
Hyland Law PLLC
Robert Half
M3 Partners, LP
Galaxy Digital, Ltd.
Stretto
J.S. Held LLC
JVB Financial Group, LLC

**Banks, Bondholders, and Other Lenders**

Anchorage Digital
BMO Harris Bank, N.A.
Cross River Bank
Homium Inc.
J.P. Morgan Asset Management Inc.
JXN, LLC
Metatech Operating Company LLC
Lexicon Bank
Piermont Bank, N.A.
Western Alliance
Switch Reward Card DAO, LLC

**Insurers, Insurance Agents, and Sureties**

Allegheny Casualty Company
Alpha Surety – A Gallagher Company
Brian Nelson
Heather Vaughn
Philadelphia Insurance Company

**Litigation Counterparties**

Const LLC
Cynthia Edwards
Austin Ward
David Krevat
Nabil Mohamad
All MTL State Regulators
US DOJ Subpoena
NY DFS Enforcement
NY FID Audit

**Major Suppliers and Vendors**

Amazon Web Services, Inc. (AWS)
Fireblocks, Inc.
Microsoft Azure Inc.
Robert Half International, Inc.
Deel, Inc.
SoftServe, Inc.
Kori Boxdell
Electric Solidus, Inc. (d/b/a Swan Bitcoin)
Okcoin USA, Inc.

**Top 50 Creditors**

450 Investments
Allsec Technologies Limited
BAM Trading Services, Inc.
Beam Networks (Eco)
BKR International KB
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
CoinFLEX US LLC
CoinMetro OU
Const LLC
Cresent Financial Inc.
Dapper Labs Inc.
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
GCEX Holding Limited
Individual Name Redacted
Gth-Trade Group KFT
Individual Name Redacted

**Top 50 Creditors cont'd**

Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Kado Software, Inc.
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Plutus Lending LLC
Individual Name Redacted
Reliz Ltd
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Individual Name Redacted
Securitize, Inc.
Individual Name Redacted
Shima Capital Management LLC
Socure Inc.
Individual Name Redacted
TrustToken, Inc.
Individual Name Redacted
Vorka USA Corp.
Wonderpro Limited
Individual Name Redacted

**Taxing and Other Governmental Authorities**

State of Alaska
State of Arizona
State of Arkansas
State of Connecticut
State of Delaware
State of Georgia
State of Hawaii
State of Idaho
State of Iowa
State of Kansas
State of Louisiana

**Taxing and Other Governmental Authorities cont'd**

State of Maine
State of Maryland
State of Massachusetts
State of Michigan
State of Minnesota
State of Mississippi
State of Nebraska
State of Nevada
State of New Jersey
State of New Mexico
State of New York
State of North Carolina
State of North Dakota
State of Ohio
State of Rhode Island
State of South Carolina
State of South Dakota
State of Texas
State of Vermont
State of West Virginia
Washington D.C.

**Members of the Creditors' Committee**

Yousef Abbasi
DMG Blockchain Solutions, Inc.
NetCents Technology, Inc.
Polaris Ventures
Stably Corporation
Austin Ward
Allsectech, Inc.

**Bankruptcy Judges for the District of Delaware, U.S. Trustee's Office Trustees and key staff for the District of Delaware, and Clerks of Court for the District of Delaware**

The Honorable John T. Dorsey
The Honorable Ashley M. Chan
The Honorable Karen B. Owens
The Honorable Chief Judge Laurie Selber Silverstein

**Court Personnel cont'd**

The Honorable Mary F. Walrath
The Honorable Craig T. Goldblatt
The Honorable Brendan L. Shannon
The Honorable J. Kate Sickles
The Honorable Thomas M. Horan
Angelique Okita
Benjamin Hackman
Christine Green
Claire Brady
David Buchbinder
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Marquietta Lopez
Michael Panacio
Michael West
Nyanquoi Jones
Ramona Harris
Ramona Vinson
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Stacey Drechsler
Stephen Grant
T. Patrick Tinker
Timothy J. Fox, Jr.
Una O'Boyle

## SCHEDULE 2

**Results of Conflict Check**

**a)** **Results for Debtors and Debtors' Predecessors and Related Entities in any matters related or unrelated to the bankruptcy.**[1]

   NONE

**b)** **Results for Current and Former Officers & Directors and Board of Managers in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| David Pigott<br>Michael Smith | None |

**c)** **Results for Equity Holders (Holders of 1% or More of Common Equity as of Petition Date) in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| None | Fidelity Information Services, LLC |

**d)** **Results for Bankruptcy Professionals and Ordinary Course Professionals in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| Robert Half<br>J.S. Held LLC<br>McDermott Will & Emery LLP | Cooley (UK) LLP<br>Goodwin Procter LLP |

**e)** **Results for Banks, Bondholders, and Other Lenders:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|

---

[1] If an entry is made under the "Open" column, it is not entered again under "Closed."

| | |
|---|---|
| BMO Harris Bank, N.A. | Western Alliance |

**f)** **Results for Insurers, Insurance Agents, and Sureties in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| Alpha Surety – A Gallagher Company | Philadelphia Insurance Company |

**g)** **Results for Litigation Counterparties in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| None | Federal Insurance Company |

**h)** **Results for Major Suppliers and Vendors in matters unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| Microsoft Azure Inc. | None |

**i)** **Results for Top 50 Creditors in any matters related or unrelated to the bankruptcy:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|
| None | Socure Inc. |

**j)** **Results for Taxing and Other Governmental Authorities:**

| Open Representations where WBD currently represents and in the past represented this person or entity and/or | Closed Representations where WBD has in the past represented this person or entity and/or certain of its affiliates in matters unrelated to these chapter 11 cases. |
|---|---|

| certain of its affiliates in matters unrelated to these chapter 11 cases. | |
|---|---|
| State of Alaska<br>State of Arizona<br>State of Arkansas<br>State of Connecticut<br>State of Delaware<br>State of Hawaii<br>State of Idaho<br>State of Iowa<br>State of Kansas<br>State of Louisiana<br>State of Maine<br>State of Maryland<br>State of Massachusetts<br>State of Michigan<br>State of Minnesota<br>State of Mississippi<br>State of Nebraska<br>State of Nevada<br>State of New Jersey<br>State of New Mexico<br>State of New York<br>State of North Carolina<br>State of North Dakota<br>State of Ohio<br>State of Rhode Island<br>State of South Carolina<br>State of South Dakota<br>State of Texas<br>State of Vermont<br>State of West Virginia<br>Washington D.C. | None |

k) **Results for Members of the Creditors' Committee in matters related or unrelated to the bankruptcy:**

NONE

l) **Results for Bankruptcy Judges for the District of Delaware, U.S. Trustee's Office and key staff for the District of Delaware, and Clerks of Court for the District of Delaware in matters unrelated to the bankruptcy:**

NONE