**EXHIBIT C**

Committee Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered |

**DECLARATION OF RUAIRI DONNELLY IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS CO-COUNSEL EFFECTIVE AS OF SEPTEMBER 5, 2023**

Ruairi Donnelly for Polaris Ventures, a member of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases (the "Chapter 11 Cases"), hereby submits this declaration pursuant to 28 U.S.C. § 1746 and respectfully states as follows:

1.　I am over the age of 21 years old. On August 29, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), appointed the Committee [Docket No. 51].

2.　I have read and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Effective as of September 5, 2023* (the "Application")[2] filed contemporaneously herewith.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3. This Declaration is provided pursuant to ¶ D.2 of the Appendix B Guidelines. I am informed that the Appendix B Guidelines request that any application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

    (a) The identity and position of the person making the verification.

    (b) The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

    (c) The number of firms the client interviewed.

    (d) If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, then the circumstances warranting the retention of that firm.

    (e) The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why. In addition, describe any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

**A.**    **Identity of the Declarant**

4. Under the By-Laws and Procedural Rules for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., *et al.* (the "Bylaws"), a majority of the Committee members have the authority to sign documents on behalf of, and to bind the Committee as appropriate to implement decisions of the Committee made in accordance with the Bylaws. I am thus authorized to make this Declaration on behalf of the Committee.

5. The Committee interviewed several firms for the position of its counsel in these Chapter 11 Cases, on September 5, 2023. At the conclusion of the interviews, the Committee

selected Womble Bond Dickinson (US) LLP ("WBD") to serve as its co-counsel in these Chapter 11 Cases. The retention is subject to Court approval. In connection with the interviews, the Committee evaluated the breadth of the firms' experience and particular areas of expertise, the firms' prior history of representing committees in chapter 11 cases, and the anticipated attorneys' fees to be billed in connection with these cases.

6. The Committee selected WBD as its co-counsel because of the firm's extensive experience and knowledge in representing various constituents before this Court.

**B.    Steps Taken to Ensure Comparability of Engagement Terms**

7. WBD has informed the Committee that its current hourly rates are its standard hourly rates for work of this nature. WBD further informed the Committee that its hourly rates are subject to periodic, typically annual, adjustments to reflect economic and other conditions. WBD confirmed that, while its billing rates vary from attorney to attorney based on such facts as the attorney's seniority and position with the firm (*e.g.*, partner, counsel, or associate), years of experience, and the demand for services in the attorney's particular area of expertise, the billing rates quoted to the Committee are WBD's customary billing rates.

8. I understand that the Committee's professionals are developing a budget and staffing plan and intend to discuss the prospective budget and staffing plan with the Committee in the near future, recognizing that in the course of large cases like these Chapter 11 Cases, it is possible and in fact may be likely that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and its counsel and that the budget and staffing plans may need to be amended and modified.

C. **<u>Procedures Established to Supervise Fees and Expenses and Manage Costs</u>**

9. The Committee recognizes that it is its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases.

10. The Committee will review the invoices that WBD submits and, together with the Committee's advisors, as necessary, will periodically amend the budget and staffing plans as these Chapter 11 Cases develop.

11. The Committee understands that WBD's fees and expenses: (a) will be subject to review, comment, possible objection (if warranted), and Court approval; and (b) will be subject to the periodic review on an interim and final basis during the course of these Chapter 11 Cases by the Office of the United States Trustee and the Debtors, as well as by the Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 27, 2023

**Polaris Ventures**
*/s/ Ruairi Donnelly*
By: Ruairi Donnelly