# EXHIBIT B

## Declaration of David Dunn

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al*., | Case No. 23-11161-JKS |
| Debtors.[1] | **Jointly Administered** |

**DECLARATION OF DAVID DUNN IN SUPPORT OF APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE
EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
EFFECTIVE AS OF SEPTEMBER 1, 2023**

I, David Dunn, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules as follows:

1.      I am a principal with Province, LLC ("Province"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore, Greenwich, Los Angeles, Miami and New York metro areas.  I am authorized to submit this declaration (the "Declaration") in support of the *Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 1, 2023* (the "Application").

2.      Province's corporate structure, including its parent entities, affiliates, and subsidiaries, is as follows:  Province, LLC is a Delaware limited liability company, and Province's

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

sole subsidiary, which is wholly-owned, is Province Fiduciary Services, LLC, a Nevada limited liability company. All of the membership interests in Province, LLC are held by Province Holdings, Inc., a Delaware corporation ("Holdco"), and Province Management, LLC, a Delaware limited liability company ("Management Holdco"). Neither Holdco, Management Holdco, nor any Province subsidiary (i) has any employees, (ii) has any connection to the Debtors or any person listed on the Entity List (defined below), (iii) has any physical or electronic access to Province's physical or electronically stored information; (iv) will be involved in this engagement; nor (v) have they been engaged to advise the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), or any other party in interest in connection with these chapter 11 proceedings. Additionally, all Province conflicts checks and related disclosures include any connections of each of Province's subsidiary, Holdco, and Management Holdco.

3.      Neither I, Province, nor any employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

4.      This Declaration is submitted pursuant to sections 327 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") in support of the Application for the entry of an order approving the retention of Province as financial advisor to the Committee, effective September 1, 2023.

5.      In connection with its proposed retention by the Committee in these chapter 11 cases and in preparing this Declaration, Province used a set of procedures developed to ensure full

compliance with the requirements of the Bankruptcy Code and the Federal and Local Bankruptcy Rules regarding the retention of professionals (the "Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, Province researched its client connections database, which includes all engagements that concluded within the past twenty-four (24) months, to determine whether it has relationships with any of the entities that were identified to Province as creditors or parties-in-interest in these chapter 11 cases (the "Entity List") a copy which is attached hereto as **Schedule 1**. To the extent such a search indicated that Province has a relationship with any of the entities on the Entity List, the identities of such entities and Province's relationship with such entities is disclosed in the attached **Schedule 2**.

6.      Province sent an email questionnaire to each employee inquiring as to whether each employee or any member(s) of his or her household:

>    i.    owns any debt or equity securities of the Debtors or their non-debtor affiliates;
>
>    ii.   holds a claim against or interest adverse to the Debtors or their non-debtor affiliates;
>
>    iii.  is or was an officer, director, or employee of the Debtors or their non-debtor affiliates;
>
>    iv.   is related to or has any connections to any Bankruptcy Judge in the United States Bankruptcy Court for the District of Delaware;
>
>    v.    is related to or has any connections to anyone working in the Office of the United States Trustee for the District of Delaware;
>
>    vi.   was an officer, director or employee of the Debtors within two years prior to the Petition Date; or
>
>    vii.  has a connection with a party in interest listed on the Entity List.

7.      Province received the following responses to the above inquiry, none of which affect Province's disinterestedness or create an interest adverse to the Debtors:

     i.       David Dunn, a principal with Province, is the brother of Joseph Dunn of Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, P.C. ("Mintz").  Mintz represents a member of the Committee.

8.       Based on the result of that search and employee questionnaire, I have been able to ascertain after diligent inquiry that to the best of my knowledge, Province (i) does not represent any entity having an adverse interest in connection with these chapter 11 cases and (ii) does not represent or hold an interest adverse to the interest of the Debtor or its estate with respect to the matters on which Province is to be employed.  Moreover, Province and its subsidiaries are disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, Province, any Province subsidiary, nor any of their principals, employees (including those working on this engagement) or associates:

     a.   are creditors, equity security holders or insiders of the Debtors;

     b.   are or were within two years before the Petition Date, a director, officer or employee of the Debtors;

     c.   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason; or

     d.   hold any debt or equity securities of the Debtors.

9.       As a part of Province's financial advisory practice, Province's clientele includes: debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers.  The Debtors have numerous creditors and other parties-in-interest.  Province may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed in **Schedule 2** in matters unrelated to these chapter 11

cases. Province believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.

10. Except as otherwise set forth herein and in **Schedule 2**, insofar as I have been able to ascertain, the principals, associates and staff members of Province do not have any connection with the Debtors, the Debtors' officers and directors, the Debtors' creditors, the Debtors' equity security holders and other known parties-in-interests or their respective professionals.

11. To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, is related to the bankruptcy judge assigned to the above-captioned chapter 11 cases.

12. To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, has a connection to the United States Trustee or any person employed in the office of the United States Trustee.

13. Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in these cases, neither I nor Province is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Province has been disclosed. To the extent Province discovers any facts or additional information during the period of Province's retention that requires disclosure, Province will supplement this Declaration to disclose such information.

14.     Province has neither received any retainer nor any payment from the Debtors nor the Committee, nor has it received any promise of payment, during the one-year period prior to the filing of the Debtors' petition.  No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by Province nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Province has no agreement with any other entity to share with such entity any compensation received by Province in connection with these chapter 11 cases, except among employees of Province.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by Province in its representation of the Committee.

15.     Province intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Province.

16.     Province's standard hourly rates are:

| Professional Level | Per Hour (USD) |
|---|---|
| Managing Directors and Principals | $860-$1,350 |
| Vice Presidents, Directors, and Senior Directors | $580-$950 |
| Analysts, Associates, and Senior Associates | $300-$650 |
| Other / Para-Professional | $220-$300 |

17.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Province intends to provide notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these chapter 11 cases.

6

18.    In addition to the fees described above, Province will bill for all out-of-pocket expenses reasonably and actually incurred by Province in connection with the matters contemplated by this Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 27, 2023

By:  */s/David Dunn*_____
         David Dunn

**<u>Schedule 1</u>**

**<u>Conflicts Search List</u>**

**Potential Parties in Interest**

**Debtors**

Prime Core Technologies Inc.
Prime Trust, LLC
Prime IRA LLC
Prime Digital, LLC

**A.** **Debtors' Predecessors and Related Entities**

Banq., Inc.
Issuances Inc.
Finovation Systems, LLC
JumpStart Securities, LLC
FundAmerica, LLC
Secure Digital Notes B.T.
Secure Cash Sweep B.T.

**B.** **Current and Former Officers & Directors and**

**Board of Managers**

Amanda Ortega
Anthony Botticella
Bob Zhao
Bond Nthenge
Brad Epstein
Brent Beeman
David Ko
David Pigott
Desta Getachew
Dmitry Dakhnovsky
Elizabeth Bildner
Erin Holloway
Eugene Lao
George Georgiades
George Thomas Lewis Brandl
J. Max Jiles
Jeffrey Smits
Jennifer Blanco
Joe Capone
John Zelazny
Jon P. Jiles
Jor Law
Kevin Lehtiniitty

Kristin Smith
Mary Kate Baker
Matt Parrella
Melissa Bonner
Melissa Ryken Westhoff
Michael Garrett
Michael Julian
Michael Smith
Nicole Yates
Nicoleta Purcell
Nirvana Patel
Noah Green
Patty Wang
Philip D. LaChapelle
Ren Riley
Rob Desroches
Robb Balaban
Robert List
Rodrigo Vicuna
Roger Wang
Russel Doolittle
Sara Xi
Scott Purcell
Scott Trainor
Stephen Cheng
Jim Wimberly
Thomas Gonser
Thomas Pageler
Timothy Bowman
Whitney White
Yunan (Jeffrey) Ren
Zane Busteed
Aja Heise
Tiago Requeijo

**C.** **Equity Holders (Holders of 1% or More**

**of Common Equity as of Petition Date)**

10T DAE Expansion Fund, LP
10T Fund A, LP
10T Fund, LP
Akkadian Ventures V, LP
Brue2Ventures, LLC
Clearvoyance Holdings

William Blair MB Investments, LP – PCTI
2022 Series

**D.**    **Equity Holders cont'd**

    Commerce Ventures III, L.P.
    Deborah G Jiles Trust
    Fidelity Information Services, LLC
    Fin VC Horizons II, LP – Series VIII
    GateCap Ventures II LP
    GateCap Ventures LP
    Gateway VCA 0521, LLC
    Harvest Growth Capital III LLC
    Justin R. Law Irrevocable Trust Dated
    October 22, 2021
    Kraken Ventures Fund I LP
    Lawrence Sue Kok Law and Fui Ming
    Thian, Co-Trustees of the 2021
    Lawrence Sue Kok Law and Fui Ming
    Thian, Co-Trustees of the 2021 Jaden T.
    Law Irrevocable Trust Dated October 22,
    2021
    Mercato Traverse Prime Core Co-Invest,
    LLC
    Mercato Traverse SPV 2, A Series of
    Mercato Coinvestments, LLC
    Mercato Partners Traverse IV QP, L.P.
    Mercato Partners Traverse IV, L.P.
    The Ko Family Trust
    UGH II Affiliates II, LLC
    N9 Advisors, LLC
    Nevcaut Ventures Fund I, LP
    OKC USA Holding Inc.
    Palindrome Master Fund LP
    Quantum Partners LP
    Senior Comfort Corp
    Seven Peaks Ventures Fund II, LP
    SPV – Prime Core, LLC
    STCAP Partners I, L.P.
    The J. Max Jiles Trust
    The Ko Family Trust UGF II Affiliates II,
    LLC
    Timus Capital, LLC
    Triton Venture Capital Prime Trust Fund I
    LP
    University Growth Fund II, LP

Heather Vaughn
Philadelphia Insurance Company

**E.**    <u>**Bankruptcy Professionals and Ordinary**</u>

   <u>**Course Professionals**</u>

   Ankura (f/k/a Chartwell Compliance) (MTL
   Maintenance)
   Cooley LLP
   Cahill Gordon & Reindel LLP
   Saltzman Mugan Dushoff, PLLC
   K&L Gates LLP
   Innovest
   Goodwin Procter
   LLP
   Crowell Moring
   Fisher & Phillips
   LLP
   LTL Attorneys LLP
   Hyland Law PLLC
   Robert Half
   M3 Partners, LP
   Galaxy Digital, Ltd.
   Stretto
   J.S. Held LLC
   JVB Financial Group, LLC


**F.**    <u>**Banks, Bondholders, and Other Lenders**</u>

   Anchorage Digital
   BMO Harris Bank,
   N.A.
   Cross River Bank
   Homium Inc.
   J.P. Morgan Asset Management Inc.
   JXN, LLC
   Metatech Operating Company LLC
   Lexicon Bank
   Piermont Bank, N.A.
   Western Alliance
   Switch Reward Card DAO, LLC


**G.**    <u>**Insurers, Insurance Agents, and Sureties**</u>

   Allegheny Casualty Company
   Alpha Surety – A Gallagher Company
   Brian Nelson

**H.**    **Litigation Counterparties**

Const LLC
Cynthia Edwards
Austin Ward
David Krevat
Nabil Mohamad
All MTL State Regulators
US DOJ Subpoena
NY DFS Enforcement
NY FID Audit

**I.**    **Major Suppliers and Vendors**

Amazon Web Services, Inc. (AWS)
Fireblocks, Inc.
Microsoft Azure Inc.
Robert Half International, Inc.
Deel, Inc.
SoftServe, Inc.
Kori Boxdell
Electric Solidus, Inc. (d/b/a Swan Bitcoin)
Okcoin USA, Inc.

**J.**    **Top 50 Creditors**

450 Investments
Allsec Technologies Limited
BAM Trading Services, Inc.
Beam Networks (Eco)
BKR International KB

CoinFLEX US LLC
CoinMetro OU
Const LLC
Cresent Financial Inc.
Dapper Labs Inc.
GCEX Holding Limited
Gth-Trade Group KFT

**Top 50 Creditors cont'd**

Kado Software, Inc.
Plutus Lending LLC
Reliz Ltd
Securitize, Inc.
Shima Capital Management LLC
Socure Inc.
TrustToken, Inc.
Vorka USA Corp.
Wonderpro Limited

**K.**    **Taxing and Other Governmental Authorities**

State of Alaska
State of Arizona
 State of Arkansas
State of Connecticut
State of Delaware
State of Georgia
State of Hawaii
State of Idaho
State of Iowa
State of Kansas
State of Louisiana

**L.**     **Taxing and Other Governmental Authorities**

**cont'd**

   State of Maine
   State of Maryland
   State of Massachusetts
   State of Michigan
   State of Minnesota
   State of Mississippi
   State of Nebraska
   State of Nevada
   State of New Jersey
   State of New Mexico
   State of New York
   State of North Carolina
   State of North Dakota
   State of Ohio
   State of Rhode Island
   State of South Carolina
   State of South Dakota
   State of Texas
   State of Vermont
   State of West Virginia
   Washington D.C.

**M.**     **Members of the Creditors' Committee**

   Yousef Abbasi
   DMG Blockchain Solutions, Inc.
   NetCents Technology, Inc.
   Polaris Ventures
   Stably Corporation
   Austin Ward
   Allsectech, Inc.

**N.**     **Bankruptcy Judges for the District of Delaware, U.S. Trustee's Office Trustees and key staff for the District of Delaware, and Clerks of Court for the District of Delaware**

   The Honorable John T. Dorsey
   The Honorable Ashley M. Chan
   The Honorable Karen B. Owens
   The Honorable Chief Judge Laurie Selber Silverstein

**O.**    <u>**Court Personnel cont'd**</u>

The Honorable Mary F. Walrath
The Honorable Craig T. Goldblatt
The Honorable Brendan L. Shannon
The Honorable J. Kate Sickles
The Honorable Thomas M. Horan
Angelique Okita
Benjamin Hackman
Christine Green
Claire Brady
David Buchbinder
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy

Jeffrey Heck
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Marquietta Lopez
Michael Panacio
Michael West
Nyanquoi Jones
Ramona Harris
Ramona Vinson
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Stacey Drechsler
Stephen Grant
T. Patrick Tinker
Timothy J. Fox, Jr.
Una O'Boyle

14

**Schedule 2**

**Identified Connections**

| Party | Connection Role |
|---|---|
| Cooley LLP | Professional |
| K&L Gates LLP | Professional |
| Stretto | Professional |