**Annex 2**

**Schedule of Ordinary Course Professionals**

| Firm | Service | OCP Cap |
|---|---|---|
| **Tier 1** | | |
| Crowell Moring | NY DFS Licensing | $50,000 |
| **Tier 2** | | |
| Cahill Gordon & Reindel LLP | D&O Counsel | $30,000 |
| **Tier 3** | | |
| Cooley LLP | Corporate; Regulatory; Insurance; DOJ Subpoena | $20,000 |
| **Tier 4** | | |
| Goodwin Procter LLP | Litigation | $10,000 |
| Saltzman Mugan Dushoff | Nevada Trust Company counsel | $10,000 |
| **Tier 5** | | |
| Arnold & Porter | NY DFS Enforcement Matter | $5,000 |
| Fisher & Phillips LLP | Immigration | $5,000 |
| LTL Attorneys LLP | Litigation | $5,000 |