# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. and Keller Benvenutti Kim LLP hereby appears in the above-captioned matter on behalf of Tiki Labs, Inc. dba Audius Inc. ("Tiki Labs") and requests that all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, or any other applicable rule or statute, and of all matters that may come before the Court be given to:

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445)
Traci L. Shafroth (Cal. Bar 251673)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
E-mail: tkeller@kbkllp.com
tshafroth@kbkllp.com

**PASHMAN STEIN WALDER HAYDEN P.C.**
John W. Weiss (Del. Bar 4160)
1007 North Orange Street
4th Floor, Suite 183 Wilmington, DE 19801
Telephone: (302) 592-6496
E-mail: jweiss@pashmanstein.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

informal, written or oral, or transmitted or conveyed by mail, courier service, telephone, email, or otherwise.

This notice of appearance and request for special notice is without prejudice to: (1) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Tiki Labs to the jurisdiction of the Court; (2) Tiki Labs' right to have final orders in non-core matters entered only after de novo review by a District Judge; (3) Tiki Labs' right to trial by jury in any proceeding so triable in the chapter 11 case or any case, controversy, or proceeding relating to the chapter 11 case; (4) Tiki Labs' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Tiki Labs is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 28, 2023       **PASHMAN STEIN WALDER HAYDEN, P.C**

By: */s/ John W. Weiss*
            John W. Weiss
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

-- and --

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445)
Traci Shafroth (Cal. Bar 251673)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Email: tkeller@kbkllp.com
         tshafroth@kbkllp.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*