## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on September 28, 2023, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR NOTICE* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss (DE Bar I.D. 4160)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: jweiss@pashmanstein.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*