**CERTIFICATE OF SERVICE**

     I, John W. Weiss, hereby certify that on September 28, 2023, I caused a copy of the foregoing *OBJECTION OF TIKI LABS, INC. DBA AUDUIS INC. TO DEBTORS' DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE WITH RESPECT TO THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PRIME CORE TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

                                          **PASHMAN STEIN WALDER HAYDEN, P.C.**

                                          By: /s/ John W. Weiss
                                          John W. Weiss (DE Bar I.D. 4160)
                                          1007 North Orange Street
                                          4th Floor, Suite 183
                                          Wilmington, DE  19801
                                          Telephone: (302) 592-6496
                                          E-mail: jweiss@pashmanstein.com

                                          *Attorneys for Tiki Labs, Inc. dba Audius Inc.*