IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Prime Core Technologies Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11161 (JKS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Traci L. Shafroth to represent Tiki Labs, Inc. dba Audius Inc. in the above-captioned cases.

Dated: September 28, 2023

/s/ John W. Weiss
John W. Weiss (Del. Bar 4160)
**PASHMAN STEIN WALDER HAYDEN, P.**C
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (201) 488-5556
Email: jweiss@pashmanstein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 28, 2023

/s/ Traci L. Shafroth
Traci L. Shafroth
**KELLER BENVENUTTI KIM LLP**
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Email: tshafroth@kbkllp.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: September 28th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE