IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies, Inc. *et al*[1]., | ) | Case No. 23-11161 (JKS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**JOINDER OF COINBITS, INC. TO OBJECTION TO DISCLOSURE STATEMENT**

Coinbits, Inc., ("Coinbits"), by its undersigned counsel, hereby joins the objection filed by Tiki Labs, Inc. to the proposed Disclosure Statement filed by the Debtors. (Docket # 214). Coinbits incorporates its Objection to Cure (Docket #217) in support of this joinder.

Date: September 28, 2023

*/s/ David M. Neumann*
David M. Neumann (0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542

*Counsel for Coinbits, Inc.*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Core Technologies Inc.'s service address is 330 South Rampart Blvd., Suite 260, Las Vega, Nevada 89144.

## CERTIFICATE OF SERVICE

    I, David M. Neumann, hereby certify that on the 28th day of September 2023, a copy of the foregoing Joinder was filed electronically and sent to the parties through the Court's Electronic Case Filing Service.

                                          /s/ *David M. Neumann*
                                          *Counsel for Coinbits, Inc.*