## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies, Inc. *et al[1]*., | ) | Case No. 23-11161 (JKS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## JOINDER OF COINBITS, INC. TO OBJECTION TO DISCLOSURE STATEMENT

Coinbits, Inc., ("Coinbits"), by its undersigned counsel, hereby joins the objection filed by Tiki Labs, Inc.  to the proposed Disclosure Statement filed by the Debtors. (Docket # 214).

Coinbits incorporates its Objection to Cure (Docket #217) in support of this joinder.

Date:   September 28, 2023

                                        */s/ David M. Neumann*
                                        David M. Neumann (0068747)
                                        *dneumann@meyersroman.com*
                                        Meyers, Roman, Friedberg & Lewis
                                        28601 Chagrin Blvd., Suite 600
                                        Cleveland, Ohio 44122
                                        Telephone:  216-831-0042
                                        Fax: 216-831-0542

                                        *Counsel for Coinbits, Inc.*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  Prime Core Technologies Inc.'s service address is 330 South Rampart Blvd., Suite 260, Las Vega, Nevada 89144.

## **CERTIFICATE OF SERVICE**

I, David M. Neumann, hereby certify that on the 28th day of September 2023, a copy of the foregoing Joinder was filed electronically and sent to the parties through the Court's Electronic Case Filing Service.

/s/ *David M. Neumann*
*Counsel for Coinbits, Inc.*