**CERTIFICATE OF SERVICE**

    I, Evelyn J. Meltzer, hereby certify that on the 29th day of September, 2023, I caused the foregoing *Anchorcoin LLC's Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* to be served by email upon the parties set forth below; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

| | |
|---|---|
| *(Proposed Counsel for Debtors and Debtors in Possession)*<br>Maris J. Kandestin<br>MCDERMOTT WILL & EMERY LLP<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>mkandestin@mwe.com | *(Proposed Counsel for Debtors and Debtors in Possession)*<br>Darren Azman and Joseph B. Evans<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>dazman@mwe.com<br>jbevans@mwe.com |
| *(Proposed Counsel for Debtors and Debtors in Possession)*<br>Gregg Steinman<br>MCDERMOTT WILL & EMERY LLP<br>333 SE 2nd Avenue, Suite 5400<br>Miami, Florida 33131<br>gsteinman@mwe.com | Joseph F. Cudia<br>Office of the US Trustee<br>US Trustee's Office<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>joseph.cudia@usdoj.gov |
| *(Proposed Counsel for the Official Committee of Unsecured Creditors)*<br>Donald J. Detweiler and Elazar A. Kosman<br>WOMBLE BOND DICKINSON (US) LLP 1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com | *(Proposed Counsel for the Official Committee of Unsecured Creditors)*<br>Robert J. Stark, Bennett S. Silverberg, Kenneth J. Aulet, and Jennifer M. Schein<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, New York 10036<br>rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| *(Proposed Counsel for the Official Committee of Unsecured Creditors)*<br>Tristan G. Axelrod and Matthew A. Sawyer<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com | |

        */s/ Evelyn J. Meltzer*
        Evelyn J. Meltzer (DE No. 4581)

163501847v1