# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 126** |

### CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER APPOINTING STRETTO, INC. AS ADMINISTRATIVE AGENT, EFFECTIVE AS OF THE PETITION DATE

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On September 14, 2023, the Debtors filed the *Application of the Debtors for Entry of an Order Appointing Stretto, Inc. as Administrative Agent, Effective as of the Petition Date* [Docket No. 126] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Application was September 28, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") provided informal comments to the Application, which are reflected in the revised proposed form of order approving the Application (the "Revised Proposed Order"), attached hereto as **Exhibit A**. For the convenience of the Court and parties in interest, attached hereto as

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**Exhibit B** is a redline comparing the Revised Proposed Order with the form of order submitted with the Application.

3. The Debtors circulated the Revised Proposed Order to the Office of the United States Trustee and proposed counsel to the official committee of unsecured creditors, neither of whom has an objection to entry of the Revised Proposed Order.

4. The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading with respect to the Application appears thereon.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated:  September 29, 2023<br>            Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ *Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:          dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and- |

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:   (305) 347-6500
Email:        gsteinman@mwe.com

*Proposed Counsel to the Debtors
and Debtors in Possession*