**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date**:<br>October 5, 2023, at 2:00 p.m. (ET)<br><br>**Objection Deadline**:<br>October 1, 2023, at 4:00 p.m. (ET)<br><br>Ref. Docket No. 94 |

**RESERVATION OF RIGHTS OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING**
**DEBTORS' MOTION FOR APPROVAL OF DISCLOSURE STATEMENT**

The Official Committee of Unsecured Creditors (the "Committee") of Prime Core Technologies Inc. and its affiliated debtors and debtors-in-possession (collectively, "Prime Core" or the "Debtors") in the above-captioned case (the "Case"), hereby submits this reservation of rights (the "Reservation of Rights") with respect to the *Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [D.I. 94] (the "Motion") in connection with *the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [D.I. 92] (the "Plan") and the accompanying *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [D.I. 93] (the "<u>Disclosure Statement</u>").  In support of the Reservation of Rights, the Committee states as follows:

1.The Debtors and the Committee have discussed certain concerns raised by the Committee and other parties regarding the Plan and Disclosure Statement.  The Committee understands that revised documents will be filed shortly addressing at least some of its concerns.

2.Discussions continue, and the Committee is actively reviewing and commenting on drafts.  The Committee expects this process to result in material beneficial changes to the Plan and Disclosure Statement.  However, much work remains to be done, and at this time, the Committee is unable to consent to approval of the Motion.

3.The Debtors informed the Committee that they could not extend the Committee's response deadline to the Motion past the date hereof.  Accordingly, the Committee reserves all rights to object to the Motion, and state its concerns with particularity, at any time prior to or during the hearing thereon.

[Remainder of page intentionally left blank.]

| | |
|---|---|
| Dated: October 1, 2023 | **WOMBLE BOND DICKINSON (US) LLP** |

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbd-us.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: bsilverberg@brownrudnick.com

-and-

Tristan G. Axelrod
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*