**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Prime Core Technologies Inc., *et al*., | ) Case No. 23-11161 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David S. Forsh, Esq. to represent Kado Software, Inc. in the above-captioned action and any related proceedings.

Dated:  October 2, 2023

*/s/ Michael Van Gorder*
Michael Van Gorder (DE 6214)
**GELLERT SCALI BUSENKELL & BROWN, LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
mvangorder@gsbblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  October 2, 2023

*/s/ David S. Forsh*
David S. Forsh, Esq.
**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, 22nd Fl
New York, NY 10019
Telephone (917) 790-7109
dforsh@raineslaw.com

**ORDER GRANTING MOTION**
IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is granted.