**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies Inc., *et al*., | ) | Case No. 23-11161 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for Kado Software, Inc. ("Kado"), in the above-captioned cases and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned attorneys, at the addresses set forth below:

RAINES FELDMAN LITTRELL LLP
David S. Forsh, Esq.
1350 Avenue of the Americas, 22nd Fl
New York, NY 10019
Telephone (917) 790-7109
dforsh@raineslaw.com

GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Van Gorder, Esq.
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone (302) 425-5800
mvangorder@gsbblaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Spinella's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Spinella is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 2, 2023
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Van Gorder*

Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone (302) 425-5800
mvangorder@gsbblaw.com

RAINES FELDMAN LITTRELL LLP
David S. Forsh, Esq. (*pro hac vice* pending)
1350 Avenue of the Americas, 22nd Fl
New York, NY 10019
Telephone (917) 790-7109
dforsh@raineslaw.com

*Attorneys for Kado Software, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Van Gorder, Esq., hereby certify that on October 2, 2023, I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants.

Dated: October 2, 2023

*/s/ Michael Van Gorder*
Michael Van Gorder (DE 6214)