**EXHIBIT B**



Prime Trust > Prime Trust Custodial Accounts > Cash/Fiat and Digital Assets under Custody

🔍 Search

Articles in this section ⌄

# How does the movement of funds under custody work?



Prime Trust Support
1 year ago · Updated

Follow

Movement of customer funds occurs only at the direction of that customer. All assets held on behalf of customers are tracked via ledger and earmarked for each customer. This means customers' assets will always be owned by and available to that customer. Customer funds and corporate funds are kept separate. Customers can withdraw and transfer funds at their discretion and following normal operations. The only time customers would not be able to move funds is if they have been frozen due to a compliance or legal reason including but not limited to fraud or bankruptcy.

💬 5

**Was this article helpful?**

[ Yes ]  [ No ]

2 out of 2 found this helpful

Have more questions? Submit a request

Return to top ︿

**Recently viewed articles**

Does Prime Trust re-hypothecate customers' digital assets?
How does Prime Trust treat my assets under custody?
Bankruptcy and Digital Assets

**Related articles**

How does Prime Trust treat my assets under custody?
Are customer funds available at any time?
MyConstant FAQ
What is a Qualified Custodian?
Is Prime Trust FDIC insured?

**Comments**

5 comments

Sort by

**karen benge** — 8 months ago — -1

I would like access to my accounts in custody I want my account numbers name of banks routing numbers I need access to my funds Karen D Benge

**karen benge** — 7 months ago — 0

I summited this request a month ago I still don't have one single dime of my investment and I don't know my net worth I have no access to my accounts ? Why?

**Chan Williams** — 5 months ago — 0

My name is Chanteasea Williams. I've reached out several times I would like my routing and acct info to access my funds.

**Karen Benge** — 5 months ago — 0

I ran the git hub program with my prme trust account today i am expecting my results

**OuuWee Harrison** — 1 day ago — 0

Unable to find out what was the total amount of my assets need account details

Please sign in to leave a comment.

Prime Trust

Powered by Zendesk