**EXHIBIT C**



Prime Trust > Prime Trust Custodial Accounts > Cash/Fiat and Digital Assets under Custody

Articles in this section

# How does Prime Trust treat my assets under custody?

**Prime Trust Support**
1 year ago · Updated

Follow

Customer assets are kept in a separate system and never confused with corporate assets. Assets held on behalf of customers are ear-marked for each customer. Prime Trust assets and our customer's assets are either kept separate from the assets of other customers or are otherwise specifically identified as belonging to a particular customer, pursuant to NRS 669.220.1(a) and our internal processes and controls support this.

**Was this article helpful?**

Yes     No

0 out of 1 found this helpful

Have more questions? Submit a request

Return to top

**Recently viewed articles**

How does the movement of funds under custody work?
Does Prime Trust re-hypothecate customers' digital assets?
Bankruptcy and Digital Assets

**Related articles**

How does the movement of funds under custody work?
What is a Qualified Custodian?
Is Prime Trust FDIC insured?
Are digital assets under custody insured?
Are customers' assets secure?

**Comments**

0 comments

Please sign in to leave a comment.

Prime Trust

Powered by Zendesk