**EXHIBIT D**



Prime Trust > Prime Trust Custodial Accounts > Managing Your Custodial Account

🔍 Search

Articles in this section ⌄

# Does Prime Trust re-hypothecate customers' digital assets?



Meagan
1 year ago · Updated

Follow

Prime Trust does not engage in any lending or borrowing services nor rehypothecation of customer assets.

Facebook  Twitter  LinkedIn

Was this article helpful?

Yes    No

7 out of 11 found this helpful

Have more questions? Submit a request

Return to top ⌃

**Recently viewed articles**

How does Prime Trust treat my assets under custody?

How does the movement of funds under custody work?

Bankruptcy and Digital Assets

**Related articles**

Is Prime Trust FDIC insured?

Prime Trust Prohibited Jurisdictions

Banq Users - How Do I Withdraw Funds From My Account

South Dakota FAQs

Terra FAQ

**Comments**

0 comments

Article is closed for comments.

Prime Trust

Powered by Zendesk