# **CERTIFICATE OF SERVICE**

      I, Michael Van Gorder, Esq., hereby certify that on October 2, 2023, I caused a true and correct copy of the foregoing *Objection of Kado Software, Inc. d/b/a Kado Money to Debtors' Notice of Potential Assumption and Assignment* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants, and additionally served via electronic mail upon the parties listed below.

Dated: October 2, 2023                 */s/ Michael Van Gorder*
                                                       Michael Van Gorder (DE 6214)

**Via Electronic Mail**

McDermott Will & Emery LLP
Attn: Maris J. Kandestin, Esq.
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

McDermott Will & Emery LLP
Attn: Gregg Steinman, Esq.
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
gsteinman@mwe.com

Office of the United States Trustee
For the District of Delaware
Attn: Joseph Cudia, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
joseph.cudia@usdoj.gov

Womble Bond Dickinson (US) LLP
Attn: Donald J. Detweiler, Esq.
Elazar A. Kosman, Esq.
1313 North Market Street, Suite 1200
Wilmington, DE 19801
don.detweiler@wbdus.com
elazar.kosman@wbd-us.com

McDermott Will & Emery LLP
Attn: Darren Azman, Esq.
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com

Galaxy Digital Partners LLC
Attn: Michael Ashe
Albert Chao
Alwyn Clarke
michael.ashe@galaxy.com
albert.chao@galaxy.com
alwyn.clarke@galaxy.com

Brown Rudnick LLP
Attn: Robert Stark, Esq.
Bennett Silverberg, Esq.
7 Times Square, 47th Fl.,
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

Province
Attn: David Dunn, Joseph Berman
Jin Dong
445 Park Avenue, Suite 10C
New York, NY 10022
ddunn@provincefirm.com
jberman@provincefirm.com
jdong@provincefirm.com