## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 92 |

## NOTICE OF FILING OF REVISED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PRIME CORE TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS AND REDLINE THEREOF

**PLEASE TAKE NOTICE** that, on September 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 92] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Plan to reflect comments from the official committee of unsecured creditors and the Office of the United States Trustee, as well as additional formal and informal comments from other parties in interest (the "Revised Plan"). The Debtors will continue to work with these parties leading up to the hearing scheduled for October 5, 2023 at 2:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Revised Plan.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline comparing the Revised Plan against the Plan filed at Docket No. 92 is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Amended Plan, and all other documents filed with the Court are available free of charge on the website maintained by Stretto Inc., the Debtors' claims and noticing agent, at https://cases.stretto.com/primetrust/, or for a fee via PACER at http://ecf.deb.uscourts.gov.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: October 2, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:       mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:       dazman@mwe.com<br>                jbevans@mwe.com<br>                ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:       gsteinman@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |