**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 125** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE DEBTORS
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND
RETENTION OF GALAXY DIGITAL PARTNERS LLC AS INVESTMENT BANKER
TO THE DEBTORS AND DEBTORS-IN-POSSESSION, EFFECTIVE AS OF THE
PETITION DATE, (II) APPROVING THE TERMS OF THE GALAXY ENGAGEMENT
LETTER, (III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS PURSUANT
TO LOCAL RULE 2016-2(h), AND (IV) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the

"Debtors"), hereby certifies as follows:

1.      On September 14, 2023, the Debtors filed the *Application of the Debtors for Entry*

*of an Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as*

*Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date,*

*(II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping*

*Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* [Docket

No. 125] (the "Application"), with the United States Bankruptcy Court for the District of

Delaware (the "Court"). The deadline to respond to the Application was September 28, 2023 at

4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

2.      Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") and the official committee of unsecured creditors (the "Committee") provided informal comments to the Application, which are reflected in the revised proposed form of order approving the Application (the "Revised Proposed Order"), which is attached hereto as **Exhibit A**.  For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the form of order submitted with the Application.

3.      The Debtors circulated the Revised Proposed Order to the U.S. Trustee and proposed counsel to the Committee, neither of whom has an objection to entry of the Revised Proposed Order.

4.      The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading with respect to the Application appears thereon.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

Dated:  October 3, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:         mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue

New York, New York 10017-3852
Telephone:    (212) 547-5400
Facsimile:     (646) 547-5444
Email: dazman@mwe.com
   jbevans@mwe.com
   ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500
Email:         gsteinman@mwe.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*