# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Keller Benvenutti Kim LLP ("Keller Benvenutti") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in these cases to be sent to the following address, effective October 2, 2023:

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445)
Traci L. Shafroth (Cal. Bar 251673)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
E-mail: tkeller@kbkllp.com
tshafroth@kbkllp.com

**PLEASE TAKE FURTHER NOTICE** that Keller Benvenutti's phone number and email addresses, remain unchanged.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Dated: October 4, 2023     **PASHMAN STEIN WALDER HAYDEN, P.C**

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

-- and --

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445)
Traci Shafroth (Cal. Bar 251673)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Email: tkeller@kbkllp.com
         tshafroth@kbkllp.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*