## <u>CERTIFICATE OF SERVICE</u>

I, John W. Weiss hereby certify that on October 4, 2023, I caused a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the attached Service List via first class mail and email, if available.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*