**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br>Re:  Docket Nos. 137, 140 and 142 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE THAT on September 26, 2023, counsel to George Georgiades, Kevin Lehtiniitty and Scott Purcell, served the following documents upon the parties listed below via Electronic Mail.

- *George Georgiades's Objections and Responses to Combined Requests for Production of Documents, Interrogatories, and Rule 2004 Examination of George Georgiades Pursuant to Fed. R. Bankr. P. 2004.*

- *Kevin Lehtiniitty's Objections and Responses to Combined Requests for Production of Documents, Interrogatories, and Rule 2004 Examination of Kevin Lehtiniitty Pursuant to Fed. R. Bankr. P. 2004.*

- *Scott Purcell's Objections and Responses to Combined Requests for Production of Documents, Interrogatories, and Rule 2004 Examination of Scott Purcell Pursuant to Fed. R. Bankr. P. 2004.*

Darren Azman, Esq.
Joseph B. Evans, Esq.
J. Greer Griffith, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

DOCS_DE:245099.1

Maris J. Kandestin, Esq.
McDermott Will & Emery, LLP
1000 N. West Street, Suite 1400
Wilmington, DE  19801
mkandestin@mwe.com

Gregg Steinman, Esq.
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL  33131
gsteinman@mwe.com


Dated:  October 4, 2023             PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Alan J. Kornfeld (CA Bar No. 130063)
Jason H. Rosell (CA Bar No. 269126)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  akornfeld@pszjlaw.com
        jrosell@pszjlaw.com
        joneill@pszjlaw.com

*Counsel to George Georgiades, Kevin Lehtiniitty and Scott Purcell*

2