**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 1 & 201 |

**NOTICE OF FILING OF
AMENDED CONSOLIDATED LIST OF CREDITORS WHO HAVE
THE 50 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

**PLEASE TAKE NOTICE** that, on August 14, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a redacted version of the *Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* as an attachment to each of their voluntary petitions [Docket No. 1 in the jointly administered cases and in the chapter 11 case of each Debtor] (the "50 Largest List").

**PLEASE TAKE FURTHER NOTICE** that, on September 27, 2023, the Debtors filed under seal an unredacted version of the 50 Largest List [Docket No. 201].

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is the Debtors' amended 50 Largest List (the "Amended 50 Largest List").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and parties in interest, a redline comparing the Amended 50 Largest List against the 50 Largest List filed at Docket No. 1 is attached hereto as **Exhibit B**.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: October 4, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ *Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |