**<u>Exhibit A</u>**

**Amended 50 Largest List**

Fill in this information to identify the case:

Debtor name: Prime Core Technologies Inc., et al.,
United States Bankruptcy Court for the: District of Delaware
Case number (If known): 23-11161 (JKS)

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Name and Address on File | Information on File | Customer | Unliquidated | | | $52,582,517 |
| 2 | Name and Address on File | Information on File | Customer | Unliquidated | | | $31,720,676 |
| 3 | Name and Address on File | Information on File | Customer | Unliquidated | | | $9,910,213 |
| 4 | Name and Address on File | Information on File | Customer | Unliquidated | | | $9,159,109 |
| 5 | Name and Address on File | Information on File | Customer | Unliquidated | | | $4,784,998 |
| 6 | Name and Address on File | Information on File | Customer | Unliquidated | | | $3,366,196 |
| 7 | Name and Address on File | Information on File | Customer | Unliquidated | | | $2,294,867 |
| 8 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,852,583 |
| 9 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,828,525 |
| 10 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,748,052 |
| 11 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,747,078 |

* On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

Case 23-11161-JKS   Doc 249-1   Filed 10/04/23   Page 3 of 5

Debtor    Prime Core Technologies Inc., et al.                                                                                    Case number (if known) 23-11161 (JKS)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,707,396 |
| 13 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,700,055 |
| 14 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,363,937 |
| 15 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,218,920 |
| 16 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,076,536 |
| 17 | Name and Address on File | Information on File | Customer | Unliquidated | | | $1,043,298 |
| 18 | Name and Address on File | Information on File | Customer | Unliquidated | | | $994,703 |
| 19 | Name and Address on File | Information on File | Customer | Unliquidated | | | $956,921 |
| 20 | Name and Address on File | Information on File | Customer | Unliquidated | | | $940,385 |
| 21 | Name and Address on File | Information on File | Customer | Unliquidated | | | $880,775 |
| 22 | Name and Address on File | Information on File | Customer | Unliquidated | | | $861,141 |
| 23 | Name and Address on File | Information on File | Customer | Unliquidated | | | $658,459 |
| 24 | Name and Address on File | Information on File | Customer | Unliquidated | | | $608,221 |
| 25 | Name and Address on File | Information on File | Customer | Unliquidated | | | $588,445 |
| 26 | Name and Address on File | Information on File | Customer | Unliquidated | | | $570,583 |

Case 23-11161-JKS   Doc 249-1   Filed 10/04/23   Page 4 of 5

Debtor   Prime Core Technologies Inc., et al.                                                                                        Case number (if known) 23-11161 (JKS)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Name and Address on File | Information on File | Customer | Unliquidated | | | $510,665 |
| 28 | Socure Inc.<br>330 Seventh Avenue, Suite 200<br>New York, New York 10011 | rhon@socure.com | Trade Debt | Unliquidated | | | $490,513 |
| 29 | Name and Address on File | Information on File | Customer | Unliquidated | | | $478,500 |
| 30 | FTI Consulting<br>PO Box 418005<br>Boston, MA 02241 | +1 (626) 200-7635;<br>Tracy.Wilkison@fticonsulting.com | Vendor | Unliquidated | | | $474,636 |
| 31 | Name and Address on File | Information on File | Customer | Unliquidated | | | $420,834 |
| 32 | Name and Address on File | Information on File | Customer | Unliquidated | | | $374,900 |
| 33 | Name and Address on File | Information on File | Customer | Unliquidated | | | $362,810 |
| 34 | Name and Address on File | Information on File | Customer | Unliquidated | | | $344,598 |
| 35 | Name and Address on File | Information on File | Customer | Unliquidated | | | $315,844 |
| 36 | Name and Address on File | Information on File | Customer | Unliquidated | | | $313,066 |
| 37 | Name and Address on File | Information on File | Customer | Unliquidated | | | $307,085 |
| 38 | Name and Address on File | Information on File | Customer | Unliquidated | | | $295,980 |
| 39 | Name and Address on File | Information on File | Customer | Unliquidated | | | $251,089 |
| 40 | Name and Address on File | Information on File | Customer | Unliquidated | | | $247,649 |
| 41 | Name and Address on File | Information on File | Customer | Unliquidated | | | $239,250 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 42 | Name and Address on File | Information on File | Customer | Unliquidated | | | $237,900 |
| 43 | Name and Address on File | Information on File | Customer | Unliquidated | | | $226,930 |
| 44 | Name and Address on File | Information on File | Customer | Unliquidated | | | $217,844 |
| 45 | Name and Address on File | Information on File | Customer | Unliquidated | | | $205,992 |
| 46 | Name and Address on File | Information on File | Customer | Unliquidated | | | $199,833 |
| 47 | Name and Address on File | Information on File | Customer | Unliquidated | | | $180,387 |
| 48 | Allsec Technologies Limited<br>6303 Commerce Dr., Suite 175<br>Irving, TX 75063 | +1 (214) 931-9189;<br>nandesh@allsectech.com | Trade Debt | Unliquidated | | | $163,350 |
| 49 | Name and Address on File | Information on File | Customer | Unliquidated | | | $159,500 |
| 50 | Name and Address on File | Information on File | Customer | Unliquidated | | | $158,745 |