**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 94 |

**NOTICE OF FILING OF REVISED PROPOSED ORDER REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; AND (VI) GRANTING RELATED RELIEF**

      **PLEASE TAKE NOTICE** that, on September 9, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 94] (the "Disclosure Statement Motion"). A proposed form of order granting the relief requested by the Disclosure Statement Motion was attached thereto as an exhibit (the "Proposed Order"). You previously received a copy of the Disclosure Statement Motion.

      **PLEASE TAKE FURTHER NOTICE** that, on September 9, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV)*

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

1

*Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related* Relief [Docket No. 95] with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on September 13, 2023, the Court established an objection deadline of 4:00 p.m. (prevailing Eastern Time) on September 28, 2023 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, prior to the Objection Deadline, (i) Allegheny Casualty Company [Docket No. 194]; (ii) Tiki Labs, Inc. dba Audius Inc. [Docket No. 214]; (iii) Coinbits, Inc. [Docket Nos. 218 and 219]; (iv) AnchorCoin LLC [Docket No. 221]; and (v) the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee") (collectively, the "Objectors") filed objections and/or reservations of rights with respect to the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Objection Deadline, the Debtors also received informal comments from the Office of the United States Trustee (the "U.S. Trustee") with respect to the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a revised form of proposed order with respect to the Disclosure Statement Motion (the "Revised Proposed Order"). For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order against the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Disclosure Statement Motion will be held on **October 5, 2023 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order remains subject to further review and revision in all respects by the Debtors. To the extent the Revised Order is revised further, the Debtors will present a further redline version of such revised document to the Court at or prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 5, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |