IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 93, 236 & 251** |

**NOTICE OF FILING OF LIQUIDATION ANALYSIS**

       **PLEASE TAKE NOTICE** that, on September 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 93] (as the same may be revised, amended or otherwise modified from time to time, the "Disclosure Statement").

       **PLEASE TAKE FURTHER NOTICE** that, on October 2, 2023, the Debtors filed the *Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 236-1].

       **PLEASE TAKE FURTHER NOTICE** that, on October 5, 2023, the Debtors filed the *Further Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 251-1].

       **PLEASE TAKE FURTHER NOTICE** that, the Disclosure Statement provided that the Liquidation Analysis (as defined in the Disclosure Statement) was a disclosure to be made at a later date. The Debtors have prepared the Liquidation Analysis, which is deemed incorporated into the Disclosure Statement as Exhibit B. The Liquidation Analysis is attached hereto as **Exhibit 1**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: October 5, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email:      mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email:      dazman@mwe.com<br>               jbevans@mwe.com<br>               ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email:      gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |