**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 5, 2023 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles. All participants over Zoom must register in advance. Please register by October 4, 2023, at 4:00 p.m. (Eastern Time).**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcOGgqjIjGmtUo5AF1-EMXVLT-SUJfr4
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] **Amended items appear in bold.**

**UNCONTESTED MATTERS WITH CERTIFICATIONS NO OBJECTION**

1. Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed 9/11/23; Docket No. 104]

    Related Documents:

    (a) Notice of Hearing on Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed 9/13/2023; Docket No. 116]

    (b) Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed 9/28/2023; Docket No. 220]

    (c) Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed 10/4/2023; Docket No. 240]

    Responses Received:  None.

    Objection Deadline:   September 26, 2023 at 4:00 p.m. (ET)

    Status:        The Court has entered an order regarding this matter.

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL**

2. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Filed 9/14/23; Docket No. 124]

    Related Documents:

    (a) Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Filed 9/29/23; Docket No 222]

    (b) Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Filed 10/4/23; Docket No. 242]

      Responses Received:  Informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") [Resolved]

      Objection Deadline:   September 28 2023 at 4:00 p.m. (ET)

      Status:   The Court has entered an order regarding this matter.

3. Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief [Filed 9/14/23; Docket No. 125]

      Related Documents:

      (a)   Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief [Filed 10/3/23; Docket 237]

      (b)   Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief [Filed 10/4/23; Docket No. 244]

      Responses Received:

      (a)   Informal comments received from the U.S. Trustee and the official committee of unsecured creditors (the "Committee") [Resolved]

      Objection Deadline:   September 28 2023 at 4:00 p.m. (ET); extended to October 1, 2023 at 4:00 p.m. (ET) for the Committee and the U.S. Trustee

      Status:   The Court has entered an order regarding this matter.

4. Application of the Debtors for Entry of an Order Appointing Stretto, Inc. as Administrative Agent, Effective as of the Petition Date [Filed 9/14/23; Docket No. 126]

      Related Documents:

      (a)   Certification of Counsel Regarding Application of the Debtors for Entry of an Order Appointing Stretto, Inc. as Administrative Agent, Effective as of the Petition Date [Filed 9/29/23; Docket No. 227]

    (b)    Order Authorizing the Debtors to Retain and Employ Stretto, Inc. as Administrative Agent, Effective as of the Petition Date [Filed 10/4/23; Docket No. 243]

Responses Received:

    (a)    Informal comments received from the U.S. Trustee [Resolved]

Objection Deadline:    September 28, 2023 at 4:00 p.m. (ET)

Status:    The Court has entered an order regarding this matter.

5.    Application of Debtors for Entry of an Order Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Filed 9/14/23; Docket No. 127]

Related Documents:

    (a)    Certification of Counsel Regarding Application of Debtors for Entry of an Order Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Filed 9/29/23; Docket No. 223]

    (b)    Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor for the Debtors, Effective as of the Petition Date [Filed 10/4/23; Docket No. 245]

Responses Received:

    (a)    Informal comments received from the U.S. Trustee [Resolved]

Objection Deadline:    September 28, 2023 at 4:00 p.m. (ET)

Status:    The Court has entered an order regarding this matter.

**MATTERS GOING FORWARD**

6.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20]

Related Documents:

(a)      Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)      Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/25/23; Docket No. 42]

(c)      Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

(d)      Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/19/23; Docket No. 165]

(e)      Final Order Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/20/23; Docket No. 170]

(f)      Second Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 9/22/23; Docket No. 188]

Responses Received:

(a)      Objection of the Bittrex Parties to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11

U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/12/23; Docket No. 107] [Resolved]

(b) Limited Objection and Reservation of Rights of BMO Bank N.A. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/13/23; Docket No. 110]

Objection Deadline: September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 10:00 a.m. (ET) for BMO Bank N.A.; extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status: This matter will be going forward with respect to the Debtors' request for a further consensual extension of time for the Debtors to comply with the requirements set forth in 11 U.S.C. § 345(b).

7. Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 9/9/23; Docket No. 94]

Related Documents:

(a) Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/8/23; Docket No. 92]

(b) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/8/23; Docket No. 93]

(c) Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of

| | |
|---|---|
| | Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 9/9/23; Docket No. 95] |
| (d) | Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 9/13/23; Docket No. 115] |
| (e) | Notice of Filing of Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof [Filed 10/2/23; Docket No. 235] |
| (f) | Notice of Filing of Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof [Filed 10/2/23; Docket No. 236] |
| (g) | **Notice of Filing of Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof [Filed 10/4/23; Docket No. 250]** |
| (h) | **Notice of Filing of Further Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof [Filed 10/5/23; Docket No. 251]** |
| (i) | **Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 10/5/23; Docket No. 252]** |
| (j) | **Notice of Filing of Liquidation Analysis [Filed 10/5/23; Docket No. 253]** |

Responses Received:

| | |
|---|---|
| (a) | Limited Objection and Reservation of Rights of Allegheny Casualty Company Regarding the Debtors' Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed 9/27/23; Docket No. 194] |

(b)     Objection of Tiki Labs, Inc. dba Audius Inc. to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/28/23; Docket No. 214]

(c)     Joinder of Coinbits, Inc. to Objection to Disclosure Statement [Filed 9/28/23; Docket No. 218]

(d)     Joinder of Coinbits, Inc. to Objection to Disclosure Statement [Filed 9/28/23; Docket No. 219]

(e)     AnchorCoin LLC's Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/29/23; Docket No. 221]

(f)     Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Approval of Disclosure Statement [Filed 10/1/23; Docket No. 228]

(g)     Informal comments received from the U.S. Trustee

Objection Deadline:   September 28 2023 at 4:00 p.m. (ET); extended to September 29, 2023 at 11:59 a.m. (ET) for AnchorCoin, LLC; extended to October 2, 2023 at 11:59 p.m. (ET) for the Committee and the U.S. Trustee

Status:     This matter will be going forward.

Dated: October **5**, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:       mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:    (646) 547-5444

Email:      dazman@mwe.com
                jbevans@mwe.com
                ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:   (305) 347-6500
Email:       gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*