IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 94 & 252** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN; AND (VI) GRANTING RELATED RELIEF**

      The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

      1.      On September 9, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of Plan; and (VI) Granting Related Relief* [Docket No. 94] (the "Disclosure Statement Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The deadline to respond to the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Motion was September 28, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. Prior to the Objection Deadline, (i) Allegheny Casualty Company [Docket No. 194]; (ii) Tiki Labs, Inc. dba Audius Inc. [Docket No. 214]; (iii) Coinbits, Inc. [Docket Nos. 218 and 219]; (iv) AnchorCoin LLC [Docket No. 221]; and (v) the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee") (collectively, the "Objectors") filed objections and/or reservations of rights with respect to the Disclosure Statement Motion.

3. Prior to the Objection Deadline, the Debtors also received informal comments from the Office of the United States Trustee (the "U.S. Trustee").

*4.* On October 5, 2023, the Debtors filed the *Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief.*[Docket No. 252] (the "Notice of Revised Proposed Order") to address the formal and informal objections from certain of the Objectors received prior to the Objection Deadline.

5. On October 5, 2023, the Court held a hearing with respect to the Disclosure Statement Motion and any responses thereto (the "Hearing"). At the conclusion of the Hearing, the Court approved the Disclosure Statement Motion on record at the Hearing, subject to certain modifications to the proposed form of order presented at the Hearing (the "Revised Proposed Order").

6. Attached hereto as **Exhibit A** is a further revised proposed form of order memorializing the colloquies on the record at the Hearing (the "Further Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the Further Revised Proposed Order.

7. The Debtors circulated the Further Revised Proposed Order to the U.S. Trustee and counsel to the Committee.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Further Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 5, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:  dazman@mwe.com
           jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  gsteinman@mwe.com

*Counsel to the Debtors
and Debtors in Possession*