# SIGN-IN SHEET

| CASE NAME: Prime Core Technologies | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-1161 JKS | DATE: 10/5/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARIS KANDESTIN | McDermott Will & Emery | Debtor |
| DARREN AZMAN | " | " |
| MICHAEL WOMBACHER | " | " |
| DANTE PAVAN | " | " |
| Joseph Cudia | UST | UST |
| Kay Enos | Young Conaway | Bittrex |
| ROBERT STARK | Brown Rudnick | OCC |
| BENNETT SILVERBERG | " | OCC |
| Elazar Kosman | Womble Bond Dickinson | OCC |
| Marcy McLaughlin Smith | Troutman Pepper | Anchor Coin LLC |
| Ryan Bartley | Young Conaway | Polaris Ventures |

23-11161 Prime Core Technologies Inc.
10/5/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Joseph | Berman | Committee Financial Advisor | Province, Inc. |
| Traci | Shafroth | Tiki Labs, Inc., dba Audius Inc. | Keller Benvenutti Kim LLP |
| Alex | Chen | Self | |
| John | Weiss | Tiki Labs and Allegheny | Pashman Stein Walder Hayden, P.C. |
| Jin | Dong | Committee Financial Advisor | Province, Inc. |
| Steven | Eliscu | Committee Member | DMG Blockchain Solutions, Inc. |
| David | Dunn | Committee Financial Advisor | Province, Inc. |
| Bob | Zhao | Debtors and Debtors in Possession | |
| Joshua | Gross | Mercato Partners, et al. | Mayer Brown LLP |
| Peter | Sprofera | Self | |
| George | Kalikman | Protego Holdings Corporation | Keller Benvenutti Kim LLP |
| David | Neumann | Coinbits | Meyers, Roman, Friedberg & Lewis |
| David | Forsh | Kado Software, Inc. d/b/a Kado Money | Raines Feldman Littrell LLP |
| Jor | Law | Debtors and Debtors in Possession | |
| Patty | Wang | Debtors and Debtors in Possession | |
| Gregg | Steinman | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Jake | Jumbeck | Prime Core Technologies Inc., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Matt | Parrella | Debtors and Debtors in Possession | |
| Michael | Wyse | Debtors and Debtors in Possession | |
| Taylor | Harrison | Debtwire | |
| Kevin | Mehrabi | Wealthchain, Inc. | |
| Jennifer | Schein | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| John | Wilcox | Debtors and Debtors in Possession | |
| Robert | Winning | Debtors and Debtors in Possession | M3 Advisory Partners, LP |
| William | Murphy | Debtors and Debtors in Possession | M3 Advisory Partners, LP |
| Jeffrey | Montgomery | Law360/Portfolio Media | |
| Jason | Rosell | George Gerglades, Kevin Lehtinlitty, and Scott Purcell | Pachulski Stang Ziehl & Jones LLP |
| Paula | Subda | USBC | USBC |
| Rachel | Werkheiser | USBC | USBC |
| Joseph | Evans | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |

23-11161 Prime Core Technologies Inc.
10/5/2023