**Schedule A**

| Event | Date and Time (if any) |
|---|---|
| Deadline to Object to Solicitation Procedures and Conditional Approval of DS | September 28, 2023 at 4:00 p.m. (prevailing Eastern Time) |
| Conditional Approval Hearing | October 5, 2023 at 2:00 p.m. (prevailing Eastern Time) |
| Voting Record Date | October 6, 2023 |
| Solicitation Commencement Date | October 6, 2023 |
| Deadline to Publish Notice of Confirmation Hearing | October 14, 2023 |
| Deadline to File Rule 3018 Motions | October 27, 2023, at 4:00 p.m. (prevailing Eastern Time) |
| Deadline to File Plan Supplement | October 27, 2023 at 4:00 p.m. (prevailing Eastern Time) |
| Confirmation Objection Deadline | November 7, 2023, at 4:00 p.m. (prevailing Eastern Time) |
| Deadline to Object to Rule 3018 Motions | November 7, 2023, at 4:00 p.m. (prevailing Eastern Time) |
| Voting Deadline | November 7, 2023, at 4:00 p.m. (prevailing Eastern Time) |
| Deadline to File Voting Affidavit | November 9, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | November 9, 2023, at 4:00 p.m. (prevailing Eastern Time) |
| Confirmation Hearing | November 14, 2023 at 1:00 p.m. (prevailing Eastern Time) |