**Exhibit 4**

**Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND HEARING TO CONSIDER CONFIRMATION OF CHAPTER 11 PLAN**

On October 5, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed (a) *the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. [•] (as amended, supplemented or otherwise modified from time to time, according to its terms, the "Plan") and (b) the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. [•]] (as amended, supplemented or otherwise modified from time to time, according to its terms, the "Disclosure Statement"). The Disclosure Statement provides a summary of the Debtors' Plan and has been approved on a conditional basis by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") [Docket No. [•]] (the "Conditional Approval Order") for use by the Debtors in soliciting acceptances or rejections of the Plan from holders of Impaired Claims entitled to receive distributions under the Plan. Copies of the Disclosure Statement, the Plan, and the Conditional Approval Order may be obtained free of charge, (i) by accessing the Debtors' restructuring website maintained by Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto" or the "Claims Agent") at https://cases.stretto.com/primetrust/; (ii) by writing to Prime Core Technologies Inc. Ballot Processing Center, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) by email to PrimeCoreInquiries@stretto.com with a reference to "Prime Core Technologies Inc. Solicitation" in the subject line; or (d) by telephone at +1-303-356-6996 (International) or (888) 533-6996 (U.S./Canada Toll-Free); or for a fee via PACER at http://ecf.deb.uscourts.gov.

Only holders of Claims in Classes 3A, 3B, 3C, 3D, and 4 (the "Voting Classes") are entitled to vote to accept or reject the Plan. Holders in Classes 1A, 1B, 2, 6 and 7 are Unimpaired and presumed to accept the Plan. Holders of Claims or Interests in Classes 5 and 8 are Impaired and deemed to reject the Plan. If you are a holder of a Claim against the Debtors as of October 5, 2023 (the "Voting Record Date") and in a Voting Class, the deadline by which ballots accepting or rejecting the Plan must be received is **November 7, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you are in a Voting Class, for your vote to be counted, your Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Claims Agent before the Voting Deadline, unless such time is extended in writing by the Debtors.**

If you wish to challenge the Debtors' classification of your claim, you must file a motion for an order temporarily allowing your Claim in a different classification or amount for purposes of voting to

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

accept or reject the Plan and serve such motion on the Debtor so that it is received by **October 27, 2023, at 4:00 p.m. (prevailing Eastern Time)**.

A hearing to consider final approval of the adequacy of disclosures in the Disclosure Statement and confirmation of the Plan will be held on **November 14, 2023, at 1:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, but may be continued from time to time. The deadline for filing objections thereto is **November 7, 2023, at 4:00 p.m. (prevailing Eastern Time)**. Any objection must, (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, and (iii) be filed with the Bankruptcy Court and served upon the following parties: (a) counsel to the Debtors, McDermott Will & Emery LLP (i) 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801, (Attn: Maris J. Kandestin (mkandestin@mwe.com)), (ii) One Vanderbilt Avenue, New York, New York 10017-3852 (Attn: Darren Azman (dazman@mwe.com)), and (iii) 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131 (Attn: Gregg Steinman (gsteinman@mwe.com)); (b) proposed counsel to the Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Robert Stark (rstark@brownrudnick.com; Bennett Silverberg (bsilverberg@brownrudnick.com)); and (c) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph F. Cudia (joseph.cudia@usdoj.gov)).

---

**ARTICLE 10 OF THE PLAN CONTAINS RELEASE, EXCULPATION, INJUNCTION PROVISIONS AND A THIRD-PARTY RELEASE, WHICH CAN BE FOUND AT** https://cases.stretto.com/primetrust/ **UNDER THE TAB TITLED "PLAN & DISCLOSURE STATEMENT" AND AT DOCKET NO. [•]]. THUS, HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS ARE ADVISED TO REVIEW AND CONSIDER THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BECAUSE THEIR RIGHTS MIGHT BE AFFECTED THEREUNDER**.