## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 235)

- **Notice of Filing of Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to the Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 236)

- **Notice of Agenda of Matters Scheduled for Hearing on October 5, 2023 at 2:00 P.M. (Eastern Time) Before the Honorable J. Kate Stickles** (Docket No. 238)

- **Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief** (Docket No. 240)

- **Order Authorizing the Retention and Employment of Mcdermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date** (Docket No. 242)

- **Order Authorizing the Debtors to Retain and Employ Stretto, Inc. as Administrative Agent, Effective as of the Petition Date** (Docket No. 243)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr. #03-153, Las Vegas, NV 89135.

- **Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-In-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief** (Docket No. 244)

- **Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor for the Debtors, Effective as of the Petition Date** (Docket No. 245)

- **Notice of Amended Agenda of Matters Scheduled for Hearing on October 5, 2023 at 2:00 P.M. (Eastern Time) Before the Honorable J. Kate Stickles** (Docket No. 246)

- **Notice of Filing of Amended Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders** (Docket No. 249)

- **Notice of Filing of Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 250)

- **Notice of Filing of Further Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to the Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 251)

- **Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief** (Docket No. 252)

- **Notice of Filing of Liquidation Analysis** (Docket No. 253)

- **Notice of Second Amended Agenda of Matters Scheduled for Hearing on October 5, 2023 at 2:00 P.M. (Eastern Time) Before the Honorable J. Kate Stickles** (Docket No. 254)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Third Interim Order (I) Extending the Time for the Debtors to Comply With Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief** (Docket No. 255)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 9, 2023

*Andrew Fitzpatrick*
Andrew K. Fitzpatrick

State of Colorado          )
                                       )  SS.
County of Denver          )

Subscribed and sworn before me this 9th day of October 2023 by Andrew K. Fitzpatrick.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 55 Elm St | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg  7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | | Jefferson City | MO | 65101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn:  Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: JFW9G-SUFGE-UVLZ7-5NF3T

Page 6 of 9

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer & Marcy J. McLaughlin Smith | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>marcy.smith@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: JFW9G-SUFGE-UVLZ7-5NF3T



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com<br>MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com<br>DCannon@gravislaw.com<br>MHess@gravislaw.com<br>HHarden@gravislaw.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com<br>tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| US Attorney's Office for the District of Delaware | | | usade.press@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: JFW9G-SUFGE-UVLZ7-5NF3T

Page 9 of 9