**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER DIRECTING CERTAIN INDIVIDUALS TO (I) SIT FOR A RULE 2004
EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN
INTERROGATORY RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

Upon the *Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals
to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn
Interrogatory Responses* (the "Motion")[2] of Prime Core Technologies Inc. and certain of its
affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11
cases (collectively, the "Debtors"), for entry of an order pursuant to Bankruptcy Rule 2004 and
Local Rule 2004-1 directing ████████████████████████████████████████
████████████████ to (i) sit for a Rule 2004 examination, (ii) produce documents, and
(iii) provide sworn interrogatory responses in response to the Rule 2004 Requests, and this Court
having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C.
§§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States
District Court for the District of Delaware, dated February 29, 2012; and upon consideration of
the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime
Digital, LLC (4528).  The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that Bankruptcy Rule 2004 examination of the named individuals is appropriate for the reasons set forth in the Motion; and that the time for compliance with the Rule 2004 Requests is reasonable; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.     The Motion is GRANTED to the extent set forth herein.

2.     ████████████████████████ shall: (i) respond to the Rule 2004 Requests and produce documents and sworn interrogatory responses on or before thirty (30) days after the date of this Order, and (ii) each make themselves available to sit for a Bankruptcy Rule 2004 examination on or before sixty (60) days after the date of this Order, or at such other time or location or in such other form as Debtors and the named individuals may hereafter agree.

3.     Debtors are authorized and empowered to take any and all actions necessary to implement the terms of this Order.

4.     Debtors' rights are reserved to request of ████████████████████ additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

5.     This Order is without prejudice to the right of Debtors to seek further discovery of any other entity.

6.     The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

7.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.