IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 271** |

**ORDER SHORTENING NOTICE OF HEARING ON THE DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING CERTAIN INDIVIDUALS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

Upon the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order (this "Order") (a) shortening the notice period with respect to the 2004 Motion, (b) setting the date for the hearing to consider approval of the 2004 Motion on October 18, 2023, at 2:00 p.m. (prevailing Eastern time), (c) permitting parties to file objections, if any, on or prior to October 16, 2023, at 10:00 a.m. (prevailing Eastern time), (d) waiving the requirements of Local Rule 9006-1(c), and (e) granting such other relief as the Court deems just and proper, all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 57 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion to Shorten in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribe to them in the Moton to Shorten.

1

able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion to Shorten having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1. The Motion to Shorten is **GRANTED** as set forth herein.
2. Local Rule 9006-1(c) is hereby waived with respect to the 2004 Motion.
3. The 2004 Motion Hearing shall take place on October 18, 2023, at 2 p.m. (prevailing Eastern Time).
4. Objections, if any, to the relief requested in the 2004 Motion are due on or prior to October 16, 2023, at 10:00 a.m. (prevailing Eastern Time).
5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 11th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE