**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Oct. 16, 2023 at 10:00 a.m. ET**<br>**Hrg. Date: October 18, 2023 at 2:00 p.m. ET**<br><br>Re: Docket No. 266, 270 |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS MOTION FOR ENTRY**
**OF AN ORDER DIRECTING CERTAIN INDIVIDUALS TO (I) SIT FOR A**
**RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND**
**(III) PROVIDE SWORN INTERROGATORY RESPONSES**
**IN RESPONSE TO RULE 2004 REQUESTS**

      **PLEASE TAKE NOTICE** that, on October 7, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed under seal with the United States Bankruptcy Court for the District of Delaware (the "Court") *Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 266] (the "Motion"). On October 10, 2023, the Debtors filed with the Court *Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [REDACTED]* [Docket No. 270] (the "Redacted Motion").

      **PLEASE TAKE FURTHER NOTICE** that, on October 10, 2023, the Debtors filed with the Court (i) *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* under seal [Docket No. 271] (the "Motion to Shorten"), and (ii) *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [REDACTED]* [Docket No. 272] (the "Redacted Motion to Shorten").

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2023, the Court entered an order granting the Motion to Shorten [Docket No. 273] (the "Order Shortening Notice"), a copy of which is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, objections, if any, to the Motion must be filed with the Court and served upon the undersigned counsel so as to be received on or before **October 16, 2023 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE MOTION WILL BE HELD ON **OCTOBER 18, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at the Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 11, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |