**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **Prime Core Technologies Inc., *et al.*,[1]** | ) | Case No. 23-11161 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **341 Meeting Date: Nov. 2, 2023** |
| | ) | **341 Meeting Time: 2:00 p.m.** |

## NOTICE OF CONTINUED TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the continued meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in this case, scheduled for **November 2, 2023 at 2:00 p.m. (ET)** will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.** The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355,** and then enter the passcode **7178157** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- **Neither the U.S. Trustee nor the Debtor may provide legal advice to any creditors.**

If you have any questions, you may contact Joseph Cudia, Trial Attorney for the United States Trustee's Office: Joseph Cudia, Trial Attorney, 844 King Street, Suite 2207, Wilmington, DE 19801 | Telephone: (202) 934-4051 | E-Mail: joseph.cudia@usdoj.gov.

**Dated:** October 12, 2023

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Joseph F. Cudia*
Joseph F. Cudia
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (202) 934-4051
E-Mail: joseph.cudia@usdoj.gov