**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 197** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 1, 2023**

The undersigned hereby certifies as follows:

1. On September 27, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through the Committee's undersigned proposed counsel, filed the *Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 1, 2023* [Docket No. 197] (the "Application") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice appended to the Application, responses or objections to the Application were due on or before October 11, 2023 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

WBD (US) 4886-9531-4822v1

3.      The undersigned respectfully submits that the proposed order annexed to the Application, and attached hereto as **Exhibit A**, may be entered by the Court without further notice or hearing.

| | |
|---|---|
| Dated: October 12, 2023 | WOMBLE BOND DICKINSON (US) LLP |
| | |
| | */s/ Donald J. Detweiler* |
| | Donald J. Detweiler (DE Bar No. 3087) |
| | Elazar A. Kosman (DE Bar No. 7077) |
| | 1313 North Market Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 252-4320 |
| | Facsimile: (302) 252-4330 |
| | Email: don.detweiler@wbd-us.com |
| | Email: elazar.kosman@wbd-us.com |
| | |
| | BROWN RUDNICK LLP |
| | Robert J. Stark (admitted *pro hac vice*) |
| | Bennett S. Silverberg (admitted *pro hac vice*) |
| | Kenneth J. Aulet (admitted *pro hac vice*) |
| | Jennifer M. Schein (admitted *pro hac vice*) |
| | 7 Times Square |
| | New York, New York 10036 |
| | Telephone: (212) 209-4800 |
| | Facsimile: (212) 209-4801 |
| | Email: rstark@brownrudnick.com |
| | Email: bsilverberg@brownrudnick.com |
| | Email: kaulet@brownrudnick.com |
| | Email: jschein@brownrudnick.com |
| | |
| | BROWN RUDNICK LLP |
| | Tristan G. Axelrod (admitted *pro hac vice*) |
| | Matthew A. Sawyer (admitted *pro hac vice*) |
| | One Financial Center |
| | Boston, Massachusetts 02111 |
| | Telephone: (617) 856-8200 |
| | Facsimile: (617) 856-8201 |
| | Email: taxelrod@brownrudnick.com |
| | Email: msawyer@brownrudnick.com |
| | |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |