IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION FOR PROTECTIVE ORDER**

      The undersigned counsel to the above-captioned debtors (the "Debtors") hereby certifies as follows regarding the proposed order, attached as **Exhibit A** (the "Proposed Order"), approving the *Stipulated Protective Order* (the "Protective Order"), attached to the Proposed Order as **Exhibit 1**.

      The Debtors and the official committee of unsecured creditors[2] appointed in these chapter 11 cases (the "Chapter 11 Cases") have conferred and agreed to the form of the Protective Order to govern the exchange and protection of confidential information in connection with these Chapter 11 Cases. The Debtors also circulated a copy of the Protective Order to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), who provided comments that are reflected in the Protective Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] The Protective Order provides that it will apply to "any other persons or entities who become bound by the Protective Order by signifying their assent through execution" of the "Acknowledgement", which is attached as Exhibit A to the Protective Order.

1

WHEREFORE, the Debtors respectfully request that the Court: (i) enter the Proposed Order attached as **Exhibit A** approving the *Stipulated Protective Order*, and (ii) grant such other and further relief as may be just or proper.

| | |
|---|---|
| Dated: October 12, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> */s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:          dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:          gsteinman@mwe.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |