**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC., *et al.*[1], | ) | Case No. 23-11161 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Michael Morano, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP to represent Philadelphia Indemnity Insurance Company in the above action.

**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**

Dated: October 13, 2023

*/s/ Gary D. Bressler*
Gary D. Bressler, Esq. (No. 5544)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
E-mail: gbressler@mdmc-law.com

*Counsel to Philadelphia Indemnity Insurance Company*

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' address for service is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:**

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated:  October 13, 2023    */s/ Michael R. Morano*
Michael R. Morano, Esq.
1300 Mt. Kemble Avenue
P.O. Box 2076
Morristown, NJ 07962
Telephone: 973-993-8100
E-mail: mmorano@mdmc-law.com

**ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.