**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF THE *NOTICE OF CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN* IN THE NEW YORK TIMES**

This Affidavit of Publication includes the sworn statement verifying that the *Notice of Conditional Approval of Disclosure Statement and Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Chapter 11 Plan* was published and is incorporated by reference herein as follows:

1. In *The New York Times* – National Edition on October 11, 2023, attached hereto as **Exhibit A**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.