## Exhibit A



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

October 12, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

10/11/2023, NY & NATL, pg B4

*Larnyce Tabron*

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2023.10.12 11:44:57 -04'00'

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: Prime Core Technologies Inc., et al.,[1] Debtors.

Chapter 11
Case No. 23-11161 (JKS)
(Jointly Administered)

**NOTICE OF CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN**

On October 5, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed (a) the *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 258] (as amended, supplemented or otherwise modified from time to time, according to its terms, the "Plan") and (b) the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 259] (as amended, supplemented or otherwise modified from time to time, according to its terms, the "Disclosure Statement"). The Disclosure Statement provides a summary of the Debtors' Plan and has been approved on a conditional basis by order of the United States Bankruptcy Court for the District of Delaware (the "Court") [Docket No. 264] (the "Conditional Approval Order") for use by the Debtors in soliciting acceptances or rejections of the Plan from holders of Impaired Claims entitled to receive distributions under the Plan. Copies of the Disclosure Statement, the Plan, and the Conditional Approval Order may be obtained free of charge, (i) by accessing the Debtors' restructuring website maintained by Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto" or the "Claims Agent") at https://cases.stretto.com/primetrust/; (ii) by writing to Prime Core Technologies Inc. Ballot Processing Center, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (iii) by email to PrimeCoreInquiries@stretto.com with a reference to "Prime Core Technologies Inc. Solicitation" in the subject line; or (iv) by telephone at +1-303-356-6996 (International) or (888) 533-6996 (U.S./Canada Toll-Free); or for a fee via PACER at http://ecf.deb.uscourts.gov.

Only holders of Claims in Classes 3A, 3B, 3C, 3D, and 4 (the "Voting Classes") are entitled to vote to accept or reject the Plan. Holders in Classes 1A, 1B, 2, 6 and 7 are Unimpaired and presumed to accept the Plan. Holders of Claims or Interests in Classes 5 and 8 are Impaired and deemed to reject the Plan. If you are a holder of a Claim against the Debtors as of October 6, 2023 (the "Voting Record Date") and in a Voting Class, the deadline by which ballots accepting or rejecting the Plan must be received is **November 7, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you are in a Voting Class, for your vote to be counted, your Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Claims Agent before the Voting Deadline, unless such time is extended in writing by the Debtors.

If you wish to challenge the Debtors' classification of your claim, you must file a motion for an order temporarily allowing your Claim in a different classification or amount for purposes of voting to accept or reject the Plan and serve such motion on the Debtor so that it is received by **November 7, 2023, at 4:00 p.m. (prevailing Eastern Time)**.

A hearing to consider final approval of the adequacy of disclosures in the Disclosure Statement and confirmation of the Plan will be held on **November 14, 2023, at 1:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, but may be continued from time to time. The deadline for filing objections thereto is **November 7, 2023, at 4:00 p.m. (prevailing Eastern Time)**. Any objection must, (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, and (iii) be filed with the Court and served upon the following parties: (a) counsel to the Debtors, McDermott Will & Emery LLP (i) 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801, (Attn: Maris J. Kandestin (mkandestin@mwe.com)), (ii) One Vanderbilt Avenue, New York, New York 10017-3852 (Attn: Darren Azman (dazman@mwe.com); Joseph B. Evans (jbevans@mwe.com); J. Greer Griffith (ggriffith@mwe.com), and (iii) 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131 (Attn: Gregg Steinman (gsteinman@mwe.com)); (b) proposed counsel to the Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Robert Stark (rstark@brownrudnick.com); Bennett Silverberg (bsilverberg@brownrudnick.com)); and (c) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph F. Cudia (joseph.cudia@usdoj.gov)).

**ARTICLE 10 OF THE PLAN CONTAINS RELEASE, EXCULPATION, INJUNCTION PROVISIONS AND A THIRD-PARTY RELEASE, WHICH CAN BE FOUND AT https://cases.stretto.com/primetrust/ UNDER THE TAB TITLED "PLAN & DISCLOSURE STATEMENT" AND AT DOCKET NO. 258. THUS, HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS ARE ADVISED TO REVIEW AND CONSIDER THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BECAUSE THEIR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

ENERGY | INTERNATIONAL

# To Spur Green Energy in Wyoming, Give Incentives to Billionaires

FROM FIRST BUSINESS PAGE

tion the nation's energy supply — and its energy work force — by luring people with capital to invest. Tax breaks and other incentives mean it's more attractive to make financial bets on risky, but possibly transformational, green technologies.

That has Mr. Wendt and other climate researchers across the state looking at Jackson, a town full of potential investors who could pour money into new projects. The elite enclave nestled next to Grand Teton National Park boasts the highest-income county in the United States by some measures. And, Mr. Wendt reasons, many of its millionaires and billionaires work in financial markets but decamped from big coastal cities because they loved the natural beauty that Wyoming has to offer.

They might, he figures, have both the money and the motivation to make local climate investment a reality.

"Teton County has been historically disconnected from the wider Wyoming economic story," Mr. Wendt said on a late August morning in Jackson's town square, a few yards away from an arch made of elk antlers and a few hundred yards away from a number of wealth management offices. "We're trying to bridge that gap."

It's not just Mr. Wendt who has sensed a profit opportunity. Investors and companies across the country have taken notice. Just since August, about 150 corporations have talked about the Inflation Reduction Act during investor presentations, based on Bloomberg transcripts.

In fact, interest has exceeded expectations. The Congressional Budget Office had at one point forecast that energy and climate outlays tied to the law would total about $391 billion from 2022 to 2031, with more than 60 percent of that coming from claims for various tax credits.

But Goldman Sachs analysts



RYAN DORGAN FOR THE NEW YORK TIMES
Teton County, which includes Jackson, Wyo., above, is nestled next to Grand Teton National Park and is the wealthiest county in the country by some measures.

have estimated that the total could be three times that amount, as people and businesses make much heavier use of the incentives than the government expected. That could mean that some $3 trillion pours into green energy investment over the coming decade — $1.2 trillion from the government in the form of tax credits and other incentives, matched by even more in capital from private companies. While their estimates are on the high side, other research groups and the government itself have revised their forecasts upward.

Wyoming, for its part, could be well placed to take advantage of some of the law's more cutting-edge provisions. Some estimates have suggested that the state could see the largest per capita investment related to the legislation of any state in the nation.

The opportunities are linked to both local policies and local resources, said Scott Quillinan, the senior director of research for the School of Energy Resources at the University of Wyoming.

For instance, the law incentivizes hydrogen development with a new tax credit, making it a much cheaper potential fuel. Wyoming already has pipeline and rail networks that could help transport hydrogen mixtures, Mr. Quillinan said.

The law also expanded a tax credit for what is known as direct carbon sequestration, the process of removing carbon from the air and storing it underground or turning it into new products. Wyoming is home to spongelike rocks filled with pockets of saltwater, which are ideal for storing captured carbon. It is also easier to get the necessary permits to set up such projects in Wyoming than in many other states.

And while it used to be difficult to make cost-intensive direct capture projects pencil out, the law changed that, increasing the credit for directly captured carbon stored in saline rock formations to $180 per ton from $50.

"The incentives finally make these investments profitable," said Michele Della Vigna, a researcher at Goldman.

Environmentalists sometimes question both hydrogen and direct carbon capture technologies, in part because they're relatively untested. But since the law's passage last year, announcements of carbon capture projects — including a large one in Wyoming — have spiked.

Project Bison, a carbon capture facility under development by the firm CarbonCapture, is set to be the biggest project of its kind, and big names like BCG and Microsoft have signed on for its carbon removal credits.

Jonas Lee, CarbonCapture's chief commercial officer, said that, without the law, the project would most likely have been smaller and slower moving. Even with the

> The nation's largest coal producer is also a G.O.P. stronghold.

law's help, its planned opening this year has been delayed. Mr. Lee did not provide a reason or a new opening date, but said the firm still expected to operate at scale.

Rusty Bell, the director of the Office of Economic Transformation at the Gillette College Foundation in Wyoming, thinks the administration's climate push is destined for such hiccups. New technologies take time to roll out. The maze of incentives and grants on offer can be difficult to navigate.

But Mr. Bell, who wrote the opinion essay with Mr. Wendt, also says Campbell County, where he is based, recognizes that its future as a coal-producing area will hinge partly on seizing new technologies. Residents can look at flailing coal communities elsewhere and realize "we don't want to be like that in 10, 15, 20 years," he said.

---

## Builder Teeters as China's Real Estate Crisis Worsens

**By DAISUKE WAKABAYASHI**

The embattled property developer Country Garden said on Tuesday that it was unable to repay a loan and expected to miss upcoming overseas debt payments as a result of plunging sales from China's spiraling property crisis.

The announcement, made on the Hong Kong Stock Exchange, is effectively a statement from Country Garden, once China's largest homebuilder, that it is likely to default with roughly $187 billion in liabilities. Country Garden is one of the biggest casualties of China's imploding real estate market, which has sent Evergrande, another giant property developer, into bankruptcy.

Country Garden has been scrambling over the last few months to stave off a collapse, selling off assets to raise cash and negotiating with creditors to restructure liabilities or delay payments. But the company's unabated struggle to sell new apartments has throttled the cash flow necessary to stay on top of debt payments.

Country Garden said presales of unfinished apartments, an important indicator of future revenue, fell for a sixth straight month in September, to 6.17 billion yuan, or $862 million. That was down 81 percent from a year earlier. For the first nine months of 2023, presales were down 44 percent from a year earlier.

"Prevailing market conditions have made it difficult for the group to procure sufficient cash to enhance its liquidity position within a short period of time," the company said in the statement. "Consequently, the group's cash position remains under significant



QILAI SHEN FOR THE NEW YORK TIMES
Country Garden's City Mansions project in Nantong, China. The company has been trying to stave off a collapse.

pressure."

It added that there had not been "any material, industrywide improvement in property sales," and that Country Garden faced "significant uncertainty" in trying to unload assets to improve its liquidity.

For the last two years, while other property developers failed to pay off debts after years of excessive borrowing and aggressive building, Country Garden seemed like an outlier, a rare example of a fiscally responsible Chinese real estate firm. But as the economy struggled to rebound after Beijing lifted its restrictive Covid policies and the slump gripping the country's property market persisted, Country Garden's financial pres-

> Country Garden is unable to repay a loan and may default.

sures worsened.

Country Garden has been especially hurt by its heavy exposure in China's lesser-developed third- and fourth-tier cities, where the real estate slowdown has been more pronounced.

Last month, when Country Garden announced that it had managed to make a closely watched interest payment to avoid default, the company said it still needed to repay nearly $15 billion in debt within the next 12 months in the form of bonds, notes, and bank and other borrowings.

On Tuesday, the company said it expected to miss the overseas debt payments despite an agreement by local creditors to delay the maturity of nine corporate bonds totaling about $2 billion in debt.

Jeff Zhang, an analyst covering Chinese property firms for Morningstar, said the announcement was not a surprise given the scarcity of funding options available to Country Garden and its sharp sales decline.

"We do not expect the firm's liquidity to materially improve in the near term as home buyers and financial institutions may continue to stay on the sidelines," Mr. Zhang said.

Country Garden said that it had not made a payment due on a $60 million loan denominated in Hong Kong dollars and that it expected not to be able to pay all of its overseas debt obligations when they came due, or even within a grace period.

The company said "its top operational priority" was to ensure the delivery of unfinished apartments, a priority for the Chinese government. The company said it had finished 420,000 units in 2023 as of the end of September.

It said it had hired China International Capital and Houlihan Lokey, an investment bank that specializes in restructuring debt, as joint financial advisers.

---

## Mideast War May Impede Global Economic Recovery

FROM FIRST BUSINESS PAGE

portion."

Oil markets are already jittery. Lucrezia Reichlin, a professor at the London Business School and a former director general of research at the European Central Bank, said, "The main question is what's going to happen to energy prices."

Ms. Reichlin is concerned that another spike in oil prices would pressure the Federal Reserve and other central banks to further push up interest rates, which she said have risen too far too fast.

As far as energy prices, Ms. Reichlin said, "we have two fronts, Russia and now the Middle East."

Pierre-Olivier Gourinchas, the I.M.F.'s chief economist, said it's too early to assess whether the recent jump in oil prices would be sustained. If it is, he said, research shows that a 10 percent increase in oil prices would weigh down the global economy, reducing output by 0.15 percent and increasing inflation by 0.4 percent next year.

In its latest World Economic Outlook, the I.M.F. underscored the fragility of the recovery. It maintained its global growth outlook for this year at 3 percent and slightly lowered its forecast for 2024 to 2.9 percent. Although the I.M.F. upgraded its projection for output in the United States for this year, it downgraded the euro area and China while warning that distress in that nation's real estate sector is worsening.

"We see a global economy that is limping along, and it's not quite sprinting yet," Mr. Gourinchas said. In the medium term, "the picture is darker," he added, citing a series of risks including the likelihood of more large natural disasters caused by climate change.

Europe's economy, in particular, is caught in the middle of growing global tensions. Since Russia invaded Ukraine in February 2022, European governments have frantically scrambled to free themselves from an over-dependence on Russian natural gas.

They have largely succeeded by turning, in part, to suppliers in the Middle East.

Over the weekend, the European Union swiftly expressed solidarity with Israel and condemned the surprise attack from Hamas, which controls Gaza.

Some oil suppliers may take a different view. Algeria, for example, which has increased its exports of natural gas to Italy, criticized Israel for responding with airstrikes on Gaza.

Even before the weekend's events, the energy transition had taken a toll on European economies. In the 20 countries that use the euro, the fund predicts that growth will slow to just 0.7 percent this year from 3.3 percent in 2022. Germany, Europe's largest economy, is expected to contract by 0.5 percent.

High interest rates, persistent inflation and the aftershocks of spiraling energy prices are also expected to slow growth in Britain to 0.5 percent this year from 4.1 percent in 2022.

Sub-Saharan Africa is also caught in the slowdown. Growth is projected to shrink this year by 3.3 percent, although next year's outlook is brighter, when growth is forecast to be 4 percent.

Staggering debt looms over many of these nations. The average debt now amounts to 60 percent of the region's total output — double what it was a decade ago.

> Staggering debt still looms over many of the nations in sub-Saharan Africa.

Higher interest rates have contributed to soaring repayment costs.

This next-generation of sovereign debt crisis is playing out in a world that is coming to terms with a reappraisal of global supply chains in addition to growing geopolitical rivalries. Added to the complexities are estimates that within the next decade, trillions of dollars in new financing will be needed to mitigate devastating climate change in developing countries.

One of the biggest questions facing policymakers is what impact China's sluggish economy will have on the rest of the world. The I.M.F. has lowered its growth outlook for China twice this year and said on Tuesday that consumer confidence there is "subdued" and that industrial production is weakening. It warned that countries that are part of the Asian industrial supply chain could be exposed to this loss of momentum.

In an interview on her flight to the meetings, Treasury Secretary Janet L. Yellen said that she believed China has the tools to address a "complex set of economic challenges" and that she does not expect its slowdown to weigh on the U.S. economy.

"I think they face significant challenges that they have to address," Ms. Yellen said. "I haven't seen and don't expect a spillover onto us."

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Prime Core Technologies Inc., et al., Debtors.
Chapter 11
Case No. 23-11161 (JKS)
(Jointly Administered)

NOTICE OF CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN

[Legal notice text continues with details about the Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors, deadlines, and voting instructions.]

COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

INVESTMENT PROPERTIES (600)

Investment Properties Other Areas 605

RIVERDALE SECTION IN THE BRONX
R6 zoned with 13,189 sq ft. FAR: 2.43
Tiny home on 4 Lone Rd. $3.5 Million
Call 845-661-8773