# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 266, 271, 273 & 275 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused true and correct partially redacted versions of

(i) *Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [fully unredacted version filed at Docket No. 266], and

(ii) *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [fully unredacted version filed at Docket No. 271]

to be served on October 11, 2023, on the parties listed below, via electronic mail.

The undersigned hereby further certifies that she caused true and correct copies of

(i) *Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 273], and

(ii) *Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents,*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 275]

to be served on October 12, 2023, on the parties listed below, via electronic mail.

| | |
|---|---|
| Karen Grivner<br>Clark Hill PLC<br>E-mail: kgrivner@clarkhill.com<br><br>*Counsel for* ▮▮▮▮▮ | Keith Barlow<br>Greene Infuso, LLP<br>E-mail: kbarlow@greeneinfusolaw.com<br><br>*Counsel for* ▮▮▮▮▮ |

▮▮▮▮▮
E-mail: ▮▮▮▮▮

*Pro se*

Dated: October 13, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:  dazman@mwe.com
        jbevans@mwe.com
        ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)

333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*