**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 18, 2023 AT 2:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE J. KATE STICKLES**

This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles. All participants over Zoom must register in advance. Please register by October 17, 2023, at 4:00 p.m. (Eastern Time).

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdOugpzkoErsFsnIeul7bNVikU-I3juM

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

## UNCONTESTED MATTERS WITH CERTIFICATIONS NO OBJECTION

1.  Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., et al., *Nunc Pro Tunc* to August 31, 2023 [Filed 9/27/23; Docket No. 195]

    Related Documents:

    (a)  Certification of No Objection Regarding Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., et al., *Nunc Pro Tunc* to August 31, 2023 [Filed 10/12/2023; Docket No. 277]

    Responses Received:  None.

    Objection Deadline:   October 11, 2023 at 4:00 p.m. (ET)

    Status:        A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

2.  Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Effective as of September 5, 2023 [Filed 9/27/23; Docket No. 196]

    Related Documents:

    (a)  Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Effective as of September 5, 2023  [Filed 10/12/2023; Docket No. 278]

    Responses Received:  None.

    Objection Deadline:   October 11, 2023 at 4:00 p.m. (ET)

    Status:        A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3.  Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 1, 2023 [Filed 9/27/23; Docket No. 197]

    Related Documents:

(a)      Certification of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 1, 2023 [Filed 10/12/2023; Docket No. 279]

Responses Received:  None.

Objection Deadline:    October 11, 2023 at 4:00 p.m. (ET)

Status:        A certification of no objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL

4.      Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed 9/27/23; Docket No. 198]

Related Documents:

(a)      Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors' to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed 10/12/23; Docket No 281]

Responses Received:  Informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") [Resolved]

Objection Deadline:    October 11, 2023 at 4:00 p.m. (ET)

Status:        A certification of counsel was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## MATTERS GOING FORWARD

5.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20]

Related Documents:

(a)      Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

3

(b)     Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/25/23; Docket No. 42]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

(d)     Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/19/23; Docket No. 165]

(e)     Final Order Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/20/23; Docket No. 170]

(f)     Second Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 9/22/23; Docket No. 188]

(g)     Third Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/5/23; Docket No. 255]

Responses Received:

(a)     Objection of the Bittrex Parties to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III)

4

Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/12/23; Docket No. 107] [Resolved]

(b)     Limited Objection and Reservation of Rights of BMO Bank N.A. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/13/23; Docket No. 110]

Objection Deadline:     September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 10:00 a.m. (ET) for BMO Bank N.A.; extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status:     This matter will be going forward with respect to the Debtors' request for a further consensual extension of time for the Debtors to comply with the requirements set forth in 11 U.S.C. § 345(b).

6.     Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [REDACTED] [Filed 10/10/23; Docket No. 270]

Related Documents:

(a)     Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests (Filed Under Seal) [Filed 10/7/23; Docket No. 266]

(b)     Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests (Filed Under Seal) [Filed 10/10/23; Docket No. 271]

(c)     Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [REDACTED] [Filed 10/10/23; Docket No. 272]

(d)     Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 10/11/23; Docket No. 273]

(e)     Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 10/11/23; Docket No. 275]

Responses Received:  None.

Objection Deadline:    October 16, 2023 at 10:00 a.m. (ET)

Status:       This matter will be going forward.

## ADJOURNED MATTERS

7.    Debtors' Motion for Entry of (a) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Filed 8/30/2023; Docket No. 55]

Related Documents:

(a)     Debtors' Motion for Entry of an Order Shortening Notice of the Hearing on Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets [Filed 8/30/2023; Docket No. 57]

(b)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets [Filed 9/5/2023; Docket No. 72]

(c)     Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets [Entered 9/6/2023; Docket No. 76]

(d)     Notice of Hearing on Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets [Filed 9/6/2023; Docket No. 77]

(e)     Declaration of Albert Chao in Support of Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction and Related Dates Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief [Filed 9/11/2023; Docket No. 98]

(f)     Certification of Counsel Regarding Debtors' Motion to Approve Bidding Procedures for the Sale of All of the Debtors' Equity or All of Debtors' Assets [Filed 9/14/2023; Docket No. 117]

(g)     Order (I) Approving Bidding Procedures for the Sale of All or Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction and Related Dates Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [Filed 9/14/2023; Docket No. 119]

(h)     Notice of Auction for the Sale of the Debtors' Equity or All or Substantially All of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances [Filed 9/15/2023; Docket No. 129]

(i)     Notice of Adjournment of Auction [Filed 10/9/2023; Docket No. 269]

(j)     Notice of Further Adjournment of Auction [Filed 10/12/2023; Docket No. 282]

(k)     Notice of Further Adjournment of Auction [Filed 10/15/2023; Docket No. 292]

Responses Received:

(a)     Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Approval of Bid Procedures [Filed 9/11/2023; Docket No. 97]

(b)     Objection of Bittrex Parties to Debtors' Motion for Entry of (a) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other

Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief [Filed 9/12/23; Docket No. 106]

(c)    Informal comments received from the Office of the United States Trustee for the District of Delaware [Resolved]

Sale Transaction Objection Deadline:    October 2, 2023 at 4:00 p.m. (ET)

Auction/Bidder Objection Deadline:    October 13, 2023 at 4:00 p.m. (ET)

Status:    This matter is being adjourned to a date to be determined. The Debtors will provide the Court with a status update with respect to the sale process.

8.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 9/19/2023; Docket No. 166]

Related Documents:

(a)    Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/16/2023; Docket No. 296]

Responses Received:

(a)    Objection of Coinbits, Inc. to Debtor' Cure Notice [Filed 9/28/23; Docket No. 217] [Resolved as moot]

(b)    Objection of Kado Software, Inc. d/b/a Kado Money to Debtors' Notice of Potential Assumption and Assignment [Filed 10/2/23; Docket No. 233] [Resolved as moot]

(c)    Objection of Zane Busteed, Mercato Partners, and Certain of Its Affiliates to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/2/23; Docket No. 234]

(d)    Informal comments received from Salesforce, Inc. [Resolved]

(e)    Informal comments received from ████████ [Resolved]

(f)    Informal comments received from Fold, Inc. [Resolved]

Cure Objection Deadline:    October 2, 2023 at 4:00 p.m. (ET); extended to October 3, 2023 at 12:00 p.m. (ET) for ████████; extended to October 6, 2023 at 4:00 p.m. (ET) for Salesforce, Inc.; extended to October 10, 2023 at 4:00 p.m. (ET) for Fold, Inc.

Status:    This matter is being adjourned to November 14, 2023 at 1:00 p.m. (ET).

Dated: October 16, 2023
      Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:      mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:      dazman@mwe.com
           jbevans@mwe.com
           ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:      gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*