IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 196** |

**ORDER AUTHORIZING AND APPROVING
THE EMPLOYMENT AND RETENTION OF WOMBLE BOND
DICKINSON (US) LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 5, 2023**

Upon the application (the "Application")[2] of the Committee for entry of an order authorizing the Committee to employ and retain WBD as co-counsel in the above-captioned cases effective as of September 5, 2023; and upon the *Declaration of Donald J. Detweiler* and the *Declaration of Ruairi Donnelly* filed in support of the Application; and it appearing that proper notice of the Application has been given and that no further notice or hearing is required; and the Court being satisfied based on the representations made in the Application and the declarations that (i) WBD represents no adverse interest in these Chapter 11 Cases, and (ii) the employment of WBD is necessary and would be in the best interests of the Committee and the estates, and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application is hereby APPROVED as set forth herein.

2. In accordance with Bankruptcy Code section 1103(a), the Committee is hereby authorized to employ and empowered to retain WBD as its counsel, effective as of

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

September 5, 2023, to represent the Committee in the Debtors' Chapter 11 Cases.

3. WBD's compensation for services (including, but not limited to hourly rates) and reimbursement of expenses shall be subject to review pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October 16th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE