## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, do hereby certify that on the 16th day of October, 2023, I caused a caused a copy of the following to be served on the parties on the attached 2002 Service List via First Class Mail and Electronic Mail (where available).

- Docket No. 300: Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., *et al., Nunc Pro Tunc* to August 31, 2023

- Docket No. 301: Order Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of September 5, 2023

- Docket No. 302: Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 1, 2023

Dated: October 17, 2023
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  don.detweiler@wbd-us.com
Email:  elazar.kosman@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

WBD (US) 4853-3795-6741v6

**PRIME CORE TECHNOLOGIES INC.**
**23-11161-JKS**
**2002 SERVICE LIST**

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Allsec Technologies Limited
6303 Commerce Dr.
Suite 175
Irving, TX 75063
nandesh@allsectech.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Allsectech, Inc.
Attn: Aviral Dhirendra
46C, Velachery Main Road
Velachery Chennai 600042
India
aviral198828@gmail.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Austin Ward
100 Van Ness Ave.
Apt. 1404
San Francisco, CA 94105
austindward@proton.me

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Coinbits, Inc.
c/o Meyers, Roman, Friedberg & Lewis LPA
Attn: David M Newumann
28601 Chagrin Blvd.
Suite 600
Cleveland OH, 44122
dneumann@meyers roman.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet
& Razmig Izakelian & Joanna Caytas
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com; pattytomasco@quinnemanuel.com;
danielholzman@quinnemanuel.com; alainjaquet@quinnemanuel.com;
razmigizakelian@quinnemanuel.com; joannacaytas@quinnemanuel.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd.
Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady & Kenneth J. Enos

Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com; kenos@ycst.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
DMG Blockchain Solutions, Inc.
Attn: Steven Eliscu
4193 104 St. Delta BC
V4K 3N3 Canada
steve@dmgblockchain.com

**VIA FIRST CLASS MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Net Cents Technology, Inc.
Attn: Clayton Moore
1021 West Hastings St., 9th Floor
Vancouver, BC V6C 2R6 Canada
claytonmoore@net- cents.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the District of Columbia
441 4Th St Nw, Ste 1100S
Washington, DC 20001
oag@dc.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the District of Puerto Rico
350 Carlos Chardón Street
Torre Chardón, Suite 1201
San Juan, PR 00918
Puerto Rico

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Alabama
501 Washington Ave
Montgomery, AL 36104
consumerinterest@Alabamaag.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Alaska
1031 W 4th Ave, Ste 200
Anchorage, AK 99501
attorney.general@alaska.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Arizona

2005 N Central Ave
Phoenix, AZ 85004
BCEIntake@azag.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Arkansas
323 Center St, Ste 200
Little Rock, AR 72201

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of California
PO Box 944255
Sacramento, CA 94244-2550
xavier.becerra@doj.ca.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Colorado
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver, CO 80203
DOR_TAC_Bankruptcy@state.co.us

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Connecticut
55 Elm St
Hartford, CT 06106
attorney.general@ct.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Florida
The Capitol Pl-01
Tallahassee, FL 32399

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Georgia
40 Capitol Sq Sw
Atlanta, GA 30334

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Hawaii
425 Queen Street
Honolulu, HI 96813
hawaiiag@hawaii.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Idaho
700 W. Jefferson St, Suite 210
Boise, ID 83720

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Illinois

James R. Thompson Center
100 W. Randolph St
Chicago, IL 62706
michelle@lisamadigan.org

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Indiana
Indiana Government Center South
302 W Washington St 5Th Fl
Indianapolis, IN 46204

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Iowa
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA 50319
consumer@agiowa.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Kansas
120 SW 10Th Ave,
2nd Fl
Topeka, KS 66612
derek.schmidt@agks.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Kentucky
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY 40601
KyOAGOR@ky.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Louisiana
1885 N. Third St
Baton Rouge, LA 70802
ConstituentServices@ag.louisiana.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Maine
6 State House Station
Augusta, ME 04333

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Maryland
200 St. Paul Pl
Baltimore, MD 21202
oag@oag.state.mdus

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Massachusetts
1 Ashburton Place, 20Th Floor
Boston, MA 002108
ago@state.ma.us

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Michigan
G. Mennen Williams Building,
7Th Floor
525 W Ottawa St
Lansing, MI 48909
miag@michigan.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Minnesota
445 Minnesota St,
Ste 1400
St. Paul, MN 55101

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Mississippi
Walter Sillers Building
550 High St Ste 1200
Jackson, MS 39201

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Missouri
Supreme Court Building
207 W High St
Jefferson City, MO 65101
consumer.help@ago.mo.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Montana
215 N. Sanders
Justice Building, Third Fl
Helena, MT 59601

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Nebraska
2115 State Capitol
Lincoln, NE 68509

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Nevada
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of New Hampshire
Nh Department Of Justice
33 Capitol St.
Concord, NH 03301
attorneygeneral@doj.nh.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of New Jersey
Richard J. Hughes Justice Complex
25 Market St 8Th Fl, West Wing
Trenton, NJ 08611

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of New Mexico
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of New York
The Capitol
2nd Floor
Albany, NY 12224

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of North Carolina
114 W Edenton St
Raleigh, NC 27603

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of North Dakota
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND 58505
ndag@nd.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Ohio
State Office Tower
30 E Broad St 14Th Fl
Columbus, OH 43215

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of
Oklahoma
313 Ne 21St St
Oklahoma City, OK 73105
questions@oag.ok.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Oregon
1162 Court St NE
Salem, OR 97301

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Pennsylvania
Strawberry Square 16Th Fl
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Rhode Island
150 S Main St
Providence, RI 02903

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of South Carolina
Rembert C. Dennis Bldg
1000 Assembly St
Rm 519
Columbia, SC 29201

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of South Dakota
1302 E Highway 14,
Ste 1
Pierre, SD 57501

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Tennessee
301 6Th Ave N
Nashville, TN 37243

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Texas
300 W. 15Th St
Austin, TX 78701

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Utah
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT 84114
uag@utah.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of Vermont
109 State St.
Montpelier, VT 05609
ago.info@vermont.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Virginia
202 N. Ninth St.
Richmond, VA 23219

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Washington
PO Box 40100
Olympia, WA 98504

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of
Washington
1125 Washington St Se
Olympia, WA 98501

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of the Attorney General for the State of West Virginia
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV 25305
consumer@wvago.gov

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Wisconsin
17 West Main Street, Room 114 East P
Madison, WI 53702

**VIA FIRST CLASS MAIL**
Office of the Attorney General for the State of Wyoming
Kendrick Building
2320 Capitol Ave
Cheyenne, WY 82002

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Office of The U.S. Trustee for the District of Delaware
Attn: Joseph F. Cudia, Esq.
844 N King St #2207
Lockbox 35
Wilmington, DE 19801
Joseph.cudia@usdoj.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Joseph R. Dunn
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
jrdunn@mintz.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Abigail O'Brient
2049 Century Park
East Suite 300
Los Angeles, CA 90067
aobrient@mintz.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures c/o Young Conaway Stargatt & Taylor, LLP
Attn: Michael R. Nestor & Ryan M. Bartley
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
rbartley@ycst.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Polaris Ventures
Attn: Ruairi Donnelly Innere
Margarethenstrasse 5
Basel, CH-4051
**Switzerland**
ruairi.donnelly@polaris-ventures.org

**VIA FIRST CLASS MAIL**
Securities And Exchange Commission
Attn: Secretary of The Treasury
100 F Street, NE
Washington, DC 20549

**VIA FIRST CLASS MAIL**
Securities And Exchange Commission
Attn: Andrew Calamari, Regional Director New York Regional Office,
Brookfield Place
200 Vesey Street,
Suite 400
New York, NY 10281-1022

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Securities And Exchange Commission
Attn: Lara Shalov Mehraban
100 Pearl St
Suite 20-100
New York, NY 10004-2616
nyrobankruptcy@sec.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Socure Inc.
330 Seventh Avenue
Suite 200

New York, NY 10001-5279
rhon@socure.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Stably Corporation
Attn: Ivan Inchauste
PO Box 2739
Renton, WA 98056
ivan@stably.io

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
US Attorney's Office for the District of Delaware
1313 N Market Street
Wilmington, DE 19801
usade.press@usdoj.gov

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Yousef Abbasi
15 Webster Drive Wayne
NJ 07470
Yousef.a.abbasi@gmail.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to Debtors
MCDERMOTT WILL & EMERY LLP
Maris J. Kandestin
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to Debtors
MCDERMOTT WILL & EMERY LLP
Darren Azman
Joseph B. Evans
J. Greer Griffith
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com; jbevans@mwe.com; ggriffith@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to Debtors
MCDERMOTT WILL & EMERY LLP
Gregg Steinman
333 SE 2nd Avenue, Suite 5400
Miami, Florida 33131
gsteinman@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to Debtors
MCDERMOTT WILL & EMERY LLP

R. Jacob Jumbeck  
Rebecca E. Trickey  
444 West Lake Street, Suite 4000  
Chicago, Illinois 60606-0029  
jjumbeck@mwe.com; rtrickey@mwe.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**  
Counsel to AnchorCoin LLC  
David M. Fournier  
Evelyn J. Meltzer  
Marcy J. McLaughlin Smith  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, Delaware 19801  
david.fournier@troutman.com; evelyn.meltzer@troutman.com; marcy.smith@troutman.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**  
Counsel to Allegheny Casualty Company  
PASHMAN STEIN WALDER HAYDEN, P.C.  
John W. Weiss  
William R. Firth, III  
1007 North Orange Street  
4th Floor, Suite 183  
Wilmington, DE 19801  
jweiss@pashmanstein.com; wfirth@pashmanstein.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**  
Counsel to Kado Software, Inc.  
RAINES FELDMAN LITTRELL LLP  
David S. Forsh, Esq.  
1350 Avenue of the Americas, 22nd Fl  
New York, NY 10019  
dforsh@raineslaw.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**  
Counsel to Kado Software, Inc.  
GELLERT SCALI BUSENKELL & BROWN, LLC  
Michael Van Gorder, Esq.  
1201 North Orange Street, Suite 300  
Wilmington, Delaware 19801  
mvangorder@gsbblaw.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**  
Counsel to Philadelphia Indemnity Insurance Company  
Gary D. Bressler, Esq.  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
300 Delaware Avenue, Suite 1014  
Wilmington, DE 19801  
gbressler@mdmc-law.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Counsel to OKCoin USA Inc. and OKC USA Holding Inc.
Sommer L. Ross, Esq.
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, Delaware 19801
slross@duanemorris.com