# SIGN-IN SHEET

**CASE NAME:** Prime Core Technologies, Inc
**CASE NO:** 23-11161

**COURTROOM LOCATION:** 6
**DATE:** 10/18 at 2:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Cudia | UST | UST |
| Donald Detweiler | Womble Bond | Committee |
| Ben Silverberg | Brown Rudnick | Committee |
| Maris Kandestin | McDermott Will & Emery | Debtor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**Prime Core Technologies Inc. - 23-11161**
**October 18, 2023 - 2:00PM**
**Sale Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| John | Weiss | Allegheny Casualty Company | Pashman Stein Walder Hayden, P.C. |
| Marcy | McLaughlin Smith | AnchorCoin LLC | Troutman Pepper Hamilton Sanders LLP |
| John | Wilcox | Debtors and Debtors in Possession | |
| Michael | Wyse | Debtors and Debtors in Possession | |
| Steven | Eliscu | DMG Blockchain Solutions Inc. | DMG Blockchain Solutions Inc. |
| Jason | Rosell | George Georgiades, Kevin Lehtiniitty and Scott Purcell | Pachulski Stang Ziehl & Jones LLP |
| Joseph | Berman | Interested party | Province |
| Jin | Dong | Interested party | Province |
| David | Dunn | Interested party | Province |
| Jason Changkyu | Kim | Jason Changkyu Kim. Prime Action Warrants Prime Time. Bank of America | Jason Changkyu Kim. Not Available to attend, email summary only? |
| David | Forsh | Kado Money | Raines Feldman Littrell LLP |
| D. | Parker-Thompson | N/A | |
| Bennett | Silverberg | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Robert | Stark | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Matthew | Sawyer | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Jennifer | Schein | Official Committee of Unsecured Creditors | Brown Rudnick LLP |

| | | | |
|---|---|---|---|
| Sommer | Ross | Okcoin | Duane Morris LLP |
| Michael | Nestor | Polaris Ventures | Young Conaway Stargatt & Taylor, LLP |
| Abigail | O'Brient | Polaris Ventures | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Darren | Azman | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Joseph | Evans | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Jor | Law | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Matt | Parrella | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| lenny | Bain | Self | |
| Christopher | Gastelu | self | |
| Peter | Sprofera | Self | |
| Jill | Williamson | Stably Corporation (Committee member) | Gravis Law |
| Karen | Grivner | T.Pageler | Clark Hill |
| Tobias | Keller | Tiki Labs dba Audius | Tobias S. Keller |
| Traci | Shafroth | Tiki Labs, Inc. dba Audius Inc. | Keller Benvenutti Kim LLP |
| Paula | Subda | USBC | USBC |