**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 119, 129, 269, 282 & 292 |

**NOTICE OF FURTHER ADJOURNMENT OF AUCTION**

  **PLEASE TAKE NOTICE** that, on August 30, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief* [Docket No. 55] (the "Motion").[2]

  **PLEASE TAKE FURTHER NOTICE** that, on September 14, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of All of the Debtors' Equity or All or Substantially All of Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Approving Bid Protections, (IV) Scheduling an Auction and Related Dates Thereto, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief; (B) an Order Authorizing and Approving (I) Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief* [Docket No. 119] (the "Bid Procedures Order"), approving certain relief requested in the Motion, including the bidding procedures (the "Bid Procedures") attached to the Bid Procedures Order. The Bid Procedures set forth the requirements for participation in the Auction process, including all relevant dates and deadlines.

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on October 9, 2023, in accordance with Section VIII.k. of the Bid Procedures, the Debtors adjourned the Auction initially scheduled for October 10, 2023, at 10:00 a.m. (prevailing Eastern Time) to October 13, 2023, at 10:00 a.m. (prevailing Eastern Time) [Docket No. 269].

**PLEASE TAKE FURTHER NOTICE** that, on October 12, 2023, in accordance with Section VIII.k. of the Bid Procedures, the Debtors further adjourned the Auction from October 13, 2023, at 10:00 a.m. (prevailing Eastern Time) to October 16, 2023, at 10:00 a.m. (prevailing Eastern Time) [Docket No. 282].

**PLEASE TAKE FURTHER NOTICE** that, on October 15, 2023, in accordance with Section VIII.k. of the Bid Procedures, the Debtors further adjourned the Auction from October 16, 2023, at 10:00 a.m. (prevailing Eastern Time) to October 19, 2023, at 10:00 a.m. (prevailing Eastern Time) [Docket No. 292].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section VIII.k. of the Bid Procedures, the Debtors have further adjourned the Auction to **October 24, 2023, at 10:00 a.m. (prevailing Eastern Time)** (the "Adjourned Auction"). The Adjourned Auction will take place at the offices of McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017-3852. The Debtors have not otherwise modified the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order and Section XV of the Bid Procedures, the Debtors reserve the right, in their business judgment, to further adjourn the Auction from time to time by filing of a notice with the Court.

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| Dated: October 18, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>         jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |