10-11-23

My Name Gregory McGuire

628 E Atlantic Ave
Altoona PA 16602

Case number - (23-11161-Jks)

TAke me off

your mailing list



Gregory McGuire
528 E Atlantic Ave
Altoona PA
16602

JOHNSTOWN PA 159
13 OCT 2023 PM 2 L

Delaware Bankruptsy Court
824 North Market Street
3rd Floor
Wilminston, DE
19801