**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 270** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' OMNIBUS MOTION FOR ENTRY OF AN ORDER DIRECTING CERTAIN INDIVIDUALS TO (I) SIT FOR 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN RESPONSE TO 2004 REQUESTS**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 10, 2023, the Debtors filed the *Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to 2004 Requests* [Docket No. 270] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Contemporaneously therewith, the Debtors filed the *Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order Directing Certain Individuals to (I) Sit for 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to 2004 Requests* [Docket No. 272] (the "Motion to Shorten").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

[2] The Debtors filed a redacted version of the Motion at Docket No. 270 and a sealed version of the Motion at Docket No. 266.

2.       On October 11, 2023, the Court entered an order granting the Motion to Shorten [Docket No. 273] (the "Order Shortening Time").  Pursuant to the Order Shortening Time, a hearing to consider the Motino would take place on October 18, 2023 at 2:00 p.m. (prevailing Eastern Time (the "Hearing"), and responses, if any, to the Motion were due on or before October 16, 2023, at 10:00 a.m. (prevailing Eastern Time) (the "Response Deadline").

3.       At the Hearing, the Court approved the Motion subject to certain modifications to the proposed form of order attached to the Motion as an exhibit (the "Original Proposed Order"). Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "Revised Proposed Order").  Attached hereto as **Exhibit B** is a redline comparing the Original Proposed Order with the Revised Proposed Order.

4.       The Debtors circulated the Revised Proposed Order to the Office of the United States Trustee and counsel for the official committee of unsecured creditors appointed in these cases, neither of whom has any objection to entry of the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 19, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>  /s/ *Maris J. Kandestin*  <br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>  jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |