IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**SUMMARY OF FIRST MONTHLY FEE APPLICATION OF
M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE DEBTORS FOR THE PERIOD FROM AUGUST 14, 2023
THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Prime Core Technologies Inc. and affiliated debtors |
| Date of Retention: | October 4, 2023, effective August 14, 2023 |
| Period for which compensation and reimbursement is sought: | August 14, 2023 through August 31, 2023 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $303,006.50 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $29.94 |

This is a:  __X__ monthly   ____ final application

This application does not include any hours incurred in connection with the preparation of this monthly fee application.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**Prior applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses |
|---|---|---|---|---|
| **None** | | | | |

## MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Initials | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Winning | RW | Managing Director | $1,150.00 | 35.0 | $40,250.00 |
| Matthew Manning | MM | Managing Director | $1,150.00 | 6.7 | $7,705.00 |
| William Murphy | WM | Senior Director | $895.00 | 61.7 | $55,221.50 |
| Truman Biggs | TB | Vice President | $750.00 | 0.6 | $450.00 |
| Andrew Kim | AK | Senior Associate | $650.00 | 98.7 | $64,155.00 |
| Cole Thieme | CT | Associate | $550.00 | 154.8 | $85,140.00 |
| Julia Jiang | JJ | Analyst | $450.00 | 111.3 | $50,085.00 |
| | | **Grand Total:** | | **468.8** | **$303,006.50** |
| | | **Blended Rate:** | **$646.34** | | |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales | 2.5 | $2,875.00 |
| Case Administration | 10.8 | $10,140.00 |
| Court Attendance/Participation | 6.6 | $5,709.00 |
| Financial & Operational Matters | 68.6 | $43,489.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 94.5 | $62,960.50 |
| Firm Retention | 2.5 | $1,375.00 |
| First Day Motions | 216.3 | $135,101.50 |
| General Correspondence with Debtor & Debtors' Professionals | 18.6 | $11,241.00 |
| Investigations & Litigation Support | 2.2 | $1,250.00 |
| Plan of Reorganization/Disclosure Statement | 4.0 | $2,527.00 |
| Statements/Schedules | 35.6 | $21,983.50 |
| U.S. Trustee/Court Reporting Requirements | 6.6 | $4,355.00 |
| **TOTAL** | **468.8** | **$303,006.50** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Overtime Meal (Dinner) | $29.94 |
| **TOTAL** | **$29.94** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**FIRST MONTHLY FEE APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR TO THE DEBTORS FROM AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor for the Debtors, Effective as of the Petition Date* [Docket No. 245] (the "Retention Order"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby applies (this "Application") to the Court for: (i) reasonable interim compensation for professional services rendered as financial advisor to Prime Core Technologies Inc. and its affiliated debtors as debtors-in-possession (the "Debtors") in the amount of $303,006.50, together with reimbursement for actual and necessary expenses incurred in the amount of $29.94, for the period commencing August 14, 2023

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

through and including August 31, 2023 (the "Fee Period"); and (ii) payment in the amount of $242,435.14, representing eighty percent (80%) of the total fees billed and 100% of the total expenses incurred during the Fee Period, as provided under the Interim Compensation Order. In support of this Application, M3 respectfully represents as follows:

## BACKGROUND

1. Pursuant to the Retention Order, M3 was retained as financial advisor to the Debtors in connection with these chapter 11 cases, effective as of August 14, 2023. The Retention Order authorizes M3 to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested herein by M3 were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $303,006.50 in fees for professional services rendered by M3 during the Fee Period.

4. The services rendered by M3 during the Fee Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto. The following paragraphs describe the primary services rendered by M3 during the Fee Period.

*Case Administration (10.8 Hours)*

5. During the Fee Period, M3 engaged in various tasks related to managing the case, such as developing work plans, creating trackers related to various workflow items, and

communicating with counsel to the Debtors' regarding workstreams and case strategy.

***Court Attendance/Participation (6.6 Hours)***

6. During the Fee Period, M3 prepared for and attended the first day hearings.

***Financial & Operational Matters (68.6 Hours)***

7. During the Fee Period, M3 analyzed various items related to the Debtors' finances and operations. Among other things, M3 analyzed the Debtors' assets and liabilities and worked with the Debtors to effectuate relief granted under the first day orders.

***Financing Matters (Cash Budget, DIP, Exit, Other) (94.5 Hours)***

8. During the Fee Period, M3 analyzed the Debtors' receipts and disbursements and developed appropriate cashflow forecasts.

***Firm Retention (2.5 Hours)***

9. During the Fee Period, M3 prepared and revised the appropriate retention application.

***First Day Motions (216.3 Hours)***

10. During the Fee Period, M3 assisted the Debtors in tasks related to preparing the Debtors' first day motions, with respect to cash management, insurance, utilities, taxes and employee matters.

***General Correspondence with Debtor & Debtors' Professionals (18.6 Hours)***

11. During the Fee Period, M3 corresponded regularly with the Debtors and their professionals on items related to the progress of the chapter 11 cases and various workstreams.

***Statements/Schedules (35.6 Hours)***

12. During the Fee Period, M3 began preparing Debtors' Statements of Financial Affairs and Schedules of Assets and Liabilities.

***U.S. Trustee/Court Reporting Requirements (6.6 Hours)***

13. During the Fee Period, M3 prepared and assembled a range of documents and exhibits pertaining to the U.S. Trustee and the court reporting requirements.

## DISBURSEMENTS

14. **Exhibit B** attached hereto is a detailed statement of expenses paid by M3 during the Fee Period, showing the amount of $29.94 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, business meals, and internet. A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.

## VALUATION OF SERVICES

15. The professionals of M3 have expended a total of 468.8 hours in connection with this matter during the Fee Period.

16. The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are M3's normal hourly rates of compensation for work of this character. The reasonable value of services rendered by M3 for the Fee Period as financial advisor to the Debtors in these chapter 11 cases is $303,006.50.

17. M3 believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the

Bankruptcy Code. This Application covers the period from August 14, 2023 through and including August 31, 2023. M3 has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Fee Period, for which M3 will file subsequent fee applications.

## CONCLUSION

WHEREFORE, M3 requests: (i) interim allowance of compensation in the sum of $303,006.50 for necessary professional services rendered to the Debtors during the Fee Period, and reimbursement of actual and necessary costs and expenses incurred of $29.94 during the Fee Period; (ii) payment in the amount of $242,435.14, representing eighty percent (80%) of the total fees billed and 100% of the total expenses incurred during the Fee Period, as provided under the Interim Compensation Order; and (iii) such other and further relief as the Court may deem just and proper.

Dated: October 19, 2023               **M3 ADVISORY PARTNERS, LP**

                                      */s/Robert Winning*
                                      Robert Winning
                                      Managing Director, M3 Advisory Partners, LP

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Robert Winning, hereby certify as follows:

1. I am a managing director in the applicant firm of M3 Advisory Partners, LP ("M3").

2. I have personally performed many of the services rendered by M3, as financial advisor to the Debtors, and am generally familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: October 19, 2023              **M3 ADVISORY PARTNERS, LP**

                                     */s/ Robert Winning*
                                     Robert Winning
                                     Managing Director, M3 Advisory Partners, LP