**EXHIBIT B**

**Case No: 23-11161**
**PRIME CORE TECHNOLOGIES, INC. et. al.**
EXPENSE SUMMARY
FROM THE PERIOD August 14, 2023 to August 31, 2023

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| *Business Meals* | | | |
| Andrew Kim | 8/15/2023 | Overtime Meal (Dinner) | $ 29.94 |
| | | ***Total Expenses*** | **$29.94** |