**EXHIBIT B**

**Case No: 23-11161**
**PRIME CORE TECHNOLOGIES Inc., et al.**
EXPENSE SUMMARY
FROM THE PERIOD September 1, 2023 to September 30, 2023

| PROFESSIONAL | DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| *Business Meals* | | | | |
| Andrew Kim | 9/5/2023 | Overtime Meal (Dinner) | $ | 26.13 |
| Julia Jiang | 9/5/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/6/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/7/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/8/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/11/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/12/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Andrew Kim | 9/13/2023 | Overtime Meal (Dinner) | $ | 26.13 |
| Julia Jiang | 9/14/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/15/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/19/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Andrew Kim | 9/19/2023 | Overtime Meal (Dinner) | $ | 28.31 |
| Julia Jiang | 9/20/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| Julia Jiang | 9/21/2023 | Overtime Meal (Dinner) | $ | 30.00 |
| | | ***Subtotal Business Meal Expenses*** | ***$*** | ***410.57*** |
| *Transportation* | | | | |
| Julia Jiang | 9/6/2023 | Overtime Taxi - Office to Home | $ | 37.93 |
| Julia Jiang | 9/20/2023 | Overtime Taxi - Office to Home | $ | 36.61 |
| Julia Jiang | 9/21/2023 | Overtime Taxi - Office to Home | $ | 27.32 |
| | | ***Subtotal Transportation*** | ***$*** | ***101.86*** |
| *Conference Calls* | | | | |
| M3 Team | 9/30/2023 | Conference Call Expense | $ | 72.25 |
| | | ***Subtotal Conference Calls*** | ***$*** | ***72.25*** |
| | | **Total Expenses** | **$** | **584.68** |