**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket No. 283** |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION FOR PROTECTIVE ORDER**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1.      On October 12, 2023, the Debtors filed a *Certification of Counsel Regarding Stipulation for Protective Order* [Docket No. 283] (the "Certification") with the United States Bankruptcy Court for the District of Delaware (the "Court"), through which the Debtors sought entry of an order (the "Proposed Order") approving the stipulated protective order (the "Original Stipulated Protective Order") attached as Exhibit 1 to the Proposed Order filed under Certification.

2.      On October 18, 2023, the Court held a hearing in these Chapter 11 Cases (the "Hearing"), during which the Court and counsel for the Debtors engaged in a colloquy, resulting in proposed modifications to the Original Stipulated Protective Order.

3.      Subsequent to the Hearing, the Debtors socialized proposed modifications (the "Modifications") to the Original Stipulated Protective Order with counsel for the official

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

committee of unsecured creditors (the "Committee") and the Office of United States Trustee (the "U.S. Trustee").

4.     While the Committee supported the Modifications, the U.S. Trustee opposed the Modifications, based on its position that unless otherwise set forth in the *Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Procedures; and (V) Granting Related Relief* [Docket No. 189], all requirements of Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware must be followed.

5.     In light of the urgency discussed by counsel for the Debtors on the record at the Hearing for having the Protective Order entered, the Debtors are seeking entry of the Original Stipulated Protective Order, which is attached hereto as **Exhibit 1** to the Proposed Order attached hereto as **Exhibit A**.  The Committee does not have an objection to entry of the Proposed Order approving the Original Stipulated Protective Order.  The U.S. Trustee previously had no objection to entry of the Original Stipulated Protective Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached as **Exhibit A** approving the Original Stipulated Protective Order at the earliest convenience of the Court.

Dated:  October 19, 2023
        Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

 */s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711

2

Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:   (646) 547-5444
Email:        dazman@mwe.com
              jbevans@mwe.com
              ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500
Email:        gsteinman@mwe.com

*Counsel to the Debtors and*
*Debtors in Possession*