**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**To be determined.**<br><br>**Objection Deadline:**<br>**November 3, 2023, at 4:00 p.m. (ET)** |

**NOTICE OF REQUEST FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.**

**PLEASE TAKE NOTICE** that on October 20, 2023, Salesforce, Inc. (the "Salesforce") filed the *Request For Allowance And Payment Of Administrative Expense Claim Of Salesforce, Inc.* (the "Administrative Expense Request").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Administrative Expense Request must be (i) in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on November 3, 2023,** (the "Objection Deadline") and (ii) served on, so as to be received by, the undersigned counsel to Salesforce on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 at a date to be determined.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank.*]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Dated: October 20, 2023

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia (No. 7068)
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 467-4503
Fax:     (302) 467-4550
Email:   ingrassiam@whiteandwilliams.com

-and-

Amy E. Vulpio, Esquire
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103-7395
Phone: (215) 864-6250
Fax:     (215) 789-7550
Email: vulpioa@whiteandwilliams.com

-and-

**BIALSON, BERGEN & SCHWAB,**
**A Professional Corporation**
Thomas M. Gaa, Esq.
Gaye N. Heck, Esq.
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Fax: (650) 494-2738
E-mail: Tgaa@bbslaw.com
E-mail: Gheck@bbslaw.com

*Attorneys for Creditor Salesforce, Inc.*