**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF THE REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.**

I, Kevin Ramirez, declare as follows:

1. I am the AR Analyst-Write-Offs for Salesforce, Inc. (f/k/a salesforce.com, inc.) ("**Salesforce**"), and I am authorized to execute this Declaration on behalf of Salesforce. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2. Salesforce is a Delaware corporation, and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the "**Salesforce Services**") to Salesforce's business customers (individually, a "**Salesforce Customer**" and, collectively, "**Salesforce Customers**").

3. This declaration is filed in support of the *Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* (the "**Administrative Expense Request"**) filed by Salesforce with respect to certain amounts due and owing, but unpaid, with respect to the post-petition Salesforce Services provided by Salesforce to Prime Trust, LLC ("**Prime Trust**") (Prime Trust and the other above-captioned debtors and debtors-in-

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Administrative Expense Request filed concurrently herewith unless indicated otherwise.

possession, collectively, hereinafter referred to as the "**Debtors**").

## MAINTENANCE OF BUSINESS RECORDS

4. In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "**Transaction**" and, collectively, the "**Transactions**") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to Salesforce with respect to any Transaction with a Salesforce Customer including, but not limited to, payments related to the Services, taxes, interest owed with respect to any Service or agreement, fees, and other charges (individually, an "**Obligation**" and, collectively, the "**Obligations")** are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by a Salesforce Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of Salesforce who process these payments, receipts, credits, and debits. If necessary, Salesforce can print hard copies of all entries.

5. I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "**Salesforce Agreement**" and, collectively, the "**Salesforce Agreements"**) with its Customers. As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

## SALESFORCE CONTRACT

6. I have personally reviewed Salesforce's records relating to the Debtor, including the Transactions, the Obligations, and the Salesforce Agreements, and I am

personally familiar with the Debtors' account with Salesforce.

7. Prior to the Petition Date, Salesforce and the Debtors entered into those certain Order Forms listed on the Administrative Expense Claim Summary[3] (the "**Order Forms**"), which are governed by that certain *Master Subscription Agreement* (the "**MSA**") (the MSA and the Order Forms, collectively, constitute the "**Salesforce Contract"**) as identified on Exhibit "A" attached hereto and incorporated by reference herein[4].

8. Pursuant to the Salesforce Contract: (i) the Debtors ordered certain Salesforce Services and became obligated to pay in full the aggregate amounts due pursuant to this contract with respect to such services; (ii) Salesforce became obligated to provide the Salesforce Services to the Debtors; (iii) Salesforce has provided such services to the Debtors; and (iv) the Debtors accepted and utilized the Salesforce Services provided pursuant to the Salesforce Contract.

9. Pursuant to the terms and conditions of the MSA, each Party to the Salesforce Contract is obligated to maintain the confidentiality of all Confidential Information including, without limitation, (i) the Debtor's Data, (ii) Salesforce's Confidential Information (including, without limitation, the Services and Content), (iii) the terms and conditions of MSA and all Order Forms (including pricing), and (iv) business and marketing plans, technology and technical information, product plans and designs, and business processes disclosed by a Party. Pursuant to Salesforce's obligation to maintain the confidentiality of the Confidential Information, a copy of the Salesforce Contract is not attached hereto.[5] However, upon request and subject to adequate procedures protecting the Confidential Information from disclosure in violation of the MSA, Salesforce will make available a copy

---

[3] The Administrative Expense Claim Summary is attached hereto as Exhibit A and is incorporated by reference here in as if fully set forth.

[4] Due to the confidentiality provisions of the MSA, a copy of the Salesforce Contract and related invoices (the "**Invoices**") are not attached to this Declaration. However, subject to appropriate non-disclosure protections, a copy of the Salesforce Contract and the Invoices will be made available to the Debtors in connection with the Administrative Expense Request.

[5] The Capitalized Terms referenced in this paragraph not expressly defined shall have the meaning(s) as set forth in the MSA, respectively.

of the Salesforce Contract to the Debtor or other appropriate representative of the Debtor's estate.

BANKRUPTCY CASE

10. Based upon information and belief, I am informed that, on August 14, 2023 (the "**Petition Date**"): (A) Prime Core Technologies, inc. and the other Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") and, thereby, commenced their individual cases under chapter 11 (collectively, the "**Bankruptcy Cases**"); and (B) on August 25, 2023, the Court entered its order directing the joint administration of the Bankruptcy Cases (but not substantively consolidated consolidating such cases).[6]

11. Based on information and belief, I am informed that on or about September 19, 2023, the Debtors filed their *Notice to Contract Parties to Potentially Assumed Executory Contracts or Unexpired Leases* [ECF 166] (the "Cure Notice"). The Cure Notice identifies (i) certain executory contracts that potentially may be assumed pursuant to a sale of the Debtors' assets (individually, a "Potentially Assumed Contract" and, collectively, the "Potentially Assumed Contracts"), including an executory contract to which Salesforce is the counterparty ((the "Cure Notice Contract"), and (ii) the cure amount (the "Debtors' Proposed Cure Amount") that must be cured as a condition of the assumption of the Cure Notice Contract.

12. Based on information and belief, I am informed that on October 16, 2023, an *Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [ECF 296] (the "Amended Cure Notice"). The Amended Cure Notice identifies (i) certain executory contracts that are Potentially Assumed Contracts, including the Cure Notice Contract,

[6] *See Order (A) Directing Joint Administration of Related Chapter 11 Cases And (B) Granting Related Relief* [ECF 33].

and (ii) the cure amount in the sum of $268,704.00 (the proposed Cure Amount") that must be cured as a condition of the assumption of the Cure Notice Contract.

13. Based on information and belief, I am informed that on September 9, 2023, the Court entered its *Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; And (II) Granting Related Relief* [ECF 169] (the "**Claim Bar Date Order**") providing, among other things, the procedures for filing administrative expense claims arising between August 14, 2023 and September 15, 2023.

14. Based on information and belief, I am informed that on September 22, 2023, the Debtor filed its *Notice of Bar Dates for Administrative Expense Claims* [ECF 86] (the "**Administrative Claim Bar Date Notice**") providing that requests for allowance and payment of Administrative Expense Claims arising between the August 14, 2023 and September 15, 2023 must file their request with the court on and serve it on the Debtors' counsel or before October 22, 2023 (the "**Administrative Claim Bar Date**").

**THE ADMINISTRATIVE EXPENSE CLAIM**

15. Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, from and after Petition Date, the Debtor knowingly accepted the Salesforce Services provided and that provision of such services was in the ordinary course of business of the parties.

16. Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, from the commencement of the Salesforce Contract through the date of this Declaration, the Debtors have failed to pay all post-petition Fees due and owing between August 14, 2023 and September 15, 2023 pursuant to the Salesforce Contract and, more specifically, an amount of not less than **US $268,704.00,** (the "**Administrative Expense Claim**") [7] remains due and owing to Salesforce pursuant to the

[7] See, the Administrative Expense Claim Summary which is attached hereto as Exhibit A and is incorporated by reference here in as if fully set forth.

Salesforce Contract for services due from the Petition Date through September 15, 2023..

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10/18/2023 ___ day of October 2023 at San Francisco, California

DocuSigned by:
Kevin Ramirez
C23C74F9942B40E...

**Kevin Ramirez**

DocuSign Envelope ID: 95C3A231-212C-404B-8E4B-AFE23ECD2AFD

**EXHIBIT A**

ADMINISTRATIVE EXPENSE CLAIM SUMMARY

Petition Date: 8/14/23

| Contract No. | Agreement | Order No. | Date | Term | Invoice No. | Date | Due Date | Service Period | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2759438 | salesforce_MSA-04232021-09262021 | Q-04895465<br>Q-06199474<br>Q-05596938<br>Q-05199698<br>Q-05069610<br>Q-05322924<br>Q-05995343 | 8/25/21<br>8/24/22<br>4/12/22<br>12/11/21<br>11/29/21<br>1/20/22<br>7/20/22 | 8/24/21 to 8/23/24<br>9/1/22 to 8/24/24<br>4/8/22 to 8/24/24<br>12/8/21 to 8/24/24<br>11/23/21 to 8/24/24<br>1/21/22 to 8/24/24<br>7/5/22 to 8/24/24 | 26669088 | 26-Jul-23 | 8/25/2023 | 8/25/23 to 8/24/24 | $ 268,704.00 |
| | | | | | | | | | **$ 268,704.00** |