## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket No. 320** |

## ORDER APPROVING STIPULATED PROTECTIVE ORDER

Upon the Certificate of Counsel filed by the Debtors and upon review of such certificate and the Parties' *Stipulated Protective Order* attached hereto as **Exhibit 1** (the "Protective Order"); and good cause appearing therefor,

IT IS HEREBY ORDERED that the Protective Order is approved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Cryptor Trust Inc. (8246); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, Suite 03-141, Las Vegas, NV 89135.

Dated: October 20th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE