## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

**ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

Upon the *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses* (the "Motion"),[2] for entry of an order pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 directing Party 1 to: (i) sit for a Rule 2004 examination, (ii) produce documents, and (iii) provide sworn interrogatory responses in response to the Rule 2004 Requests, and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that Bankruptcy Rule 2004 examination of Party 1 is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

appropriate for the reasons set forth in the Motion; and that the time for compliance with the Rule 2004 Requests is reasonable; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Party 1 shall: (i) respond to the Rule 2004 Requests and produce documents and sworn interrogatory responses on or before ten (10) days after the date of this Order, and (ii) make Party 1 available to sit for a Bankruptcy Rule 2004 examination on or before seventeen (17) days after the date of this Order, or at such other time or location or in such other form as Debtors and Party 1 may hereafter agree.

3. Debtors are authorized and empowered to take any and all actions necessary to implement the terms of this Order.

4. Debtors' rights are reserved to request of Party 1 additional discovery and/or examination, including, without limitation, reasonable requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order, without prejudice to the rights of Party 1 to challenge the reasonableness of such requests.

5. This Order is without prejudice to the right of Debtors to seek further discovery of any other entity.

6. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.