**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br>(Jointly Administered)<br><br>**Related to Docket No. _____** |

### ORDER GRANTING MOTION OF BMO BANK, N.A. FOR AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM AND REQUIRING IMMEDIATE PAYMENT THEREOF

Upon consideration of the application (the "Application") of BMO Bank N.A., ("BMO"), seeking allowance of a $17,794.98 administrative expense claim pursuant to 11 U.S.C. §507(a)(2) and 503(b)(1)(a) and (b)(4), all as more fully described in the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

    1.      The Application is GRANTED.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

2

    2.       BMO shall have an allowed administrative expense claim under Bankruptcy Code section 503(b) in the amount of $17,794.98 (the "<u>Administrative Claim</u>").[2]

    3.       The Debtors shall pay the Administrative Claim to BMO within ten (10) days after entry of this order.

    4.       This order shall be final and immediately effective and enforceable upon its entry.

    5.       This Court shall retain exclusive jurisdiction to hear and decide all matters arising from or related to thus order.

---

[2] BMO further reserves its rights to pursue reimbursement for any fees incurred in connection with the filing of the Application and BMO's claim, along with any further accruing fees that may be incurred pursuant to the terms of the applicable Account Documents (as defined in the Application).