# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: November 6, 2023, at 4:00 p.m.<br>Hearing Date: To be determined. |

### NOTICE OF MOTION OF BMO BANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on October 22, 2023, BMO Bank, N.A., (the "**BMO**") filed the *Motion of BMO Bank, N.A. for Allowance and Payment of Administrative Expense Claim* (the "**Administrative Expense Request**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Administrative Expense Request must be (i) in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on November 6, 2023,** (the "**Objection Deadline**") and (ii) served on, so as to be received by, the undersigned counsel to BMO on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, at a date to be determined.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: October 22, 2023            GELLERT SCALI BUSENKELL & BROWN, LLC

By:     */s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5806
Facsimile:   (302) 425-5814
rgellert@gsbblaw.com

and

CHAPMAN AND CUTLER LLP
Mia D. D'Andrea (admitted pro hac vice)
320 S. Canal Street
Chicago, IL 60606
Telephone: (312) 845-3766
Facsimile:  (312) 516-1466
dandrea@chapman.com

*Counsel for BMO Bank N.A.*