| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
|---|---|---|---|
| | Prime Trust, LLC | | 23-11162 |
| | Prme Trust IRA LLC | | 23-11164 |
| | Prime Digital LLC | | 23-11168 |

**Supporting Documentation for Part 1: Cash Receipts and Disbursements**

| Debtor Name | Account Number | Full Account Name/Description | Named Institution or Custodian | Note | Balance as of 8/31/2023 | Receipts | (Disbursements) | Prime Digital Payroll (Disbursements) | Balance as of 9/30/2023 |
|---|---|---|---|---|---|---|---|---|---|
| Prime Trust, LLC | -0795 | Lexicon 0795 Restricted Cash | Lexicon | | $1,006,044 | $105 | – | – | $1,006,149 |
| Prime Trust, LLC | -1781 | BMO Harris 1781 Operating | BMO Harris | (1) | 6,378,294 | 38,710 | (1,069,031) | (707,166) | 4,640,807 |
| Prime Trust, LLC | -1823 | BMO Harris 1823 Payroll | BMO Harris | | 7 | – | (7) | – | – |
| Prime Trust, LLC | -1807 | BMO Harris 1807 Revenue | BMO Harris | | 51,441 | 190 | – | – | 51,632 |
| Prime Core Technologies Inc. | -1815 | BMO Harris 1815 | BMO Harris | | 18,182 | 67 | – | – | 18,250 |
| Prime Core Technologies Inc. | -1747 | JPMorgan Prime Money Market Fund | JPMorgan | | 4,010,352 | 17,032 | – | – | 4,027,384 |
| Prime Trust, LLC | -9193 | Piermont Bank ACH Reserve | Piermont Bank | | 9,014 | – | (19) | – | 8,994 |
| Prime Trust, LLC | -9892 | CrossRiver Bank T&C Account | CrossRiver Bank | | 147,754 | – | – | – | 147,754 |
| Prime Trust, LLC | -4453 | CrossRiver Bank T&C Account | CrossRiver Bank | | 588,610 | – | – | – | 588,610 |
| Prime Trust, LLC | -2069 | CrossRiver Reserve Account | CrossRiver Bank | | 1,000,000 | – | – | – | 1,000,000 |
| Prime Trust, LLC | -6995 | CrossRiver Bank BAM Wire Processing | CrossRiver Bank | | 5,862 | – | – | – | 5,862 |
| Prime Trust, LLC | -2164 | CrossRiver Bank Card Settlement Operating Account | CrossRiver Bank | | 109,086 | – | – | – | 109,086 |
| Prime Trust, LLC | -5208 | Western Alliance Bank Utility Adequate Assurance | Western Alliance Bank | (2) | – | 105,000 | – | – | 105,000 |
| **Subtotal - Non-Customer Prime Trust** | | | | | **$9,296,113** | **$144,005** | **($1,069,058)** | **($707,166)** | **$7,663,895** |
| **Subtotal - Non-Customer Prime Core** | | | | | **$4,028,534** | **$17,099** | **–** | **–** | **$4,045,633** |
| **Total - Corporate Accounts** | | | | | **$13,324,648** | **$161,104** | **($1,069,058)** | **($707,166)** | **$11,709,528** |

| Debtor Name | Account Number | Full Account Name/Description | Named Institution or Custodian | Note | Balance as of 8/31/2023 | Customer Interest Receipts | (Disbursements) | FX Gain (Loss) | Balance as of 9/30/2023 |
|---|---|---|---|---|---|---|---|---|---|
| Prime Trust, LLC | -0803 | Lexicon T&C Clearing (Customer) | Lexicon Bank | (3) | 26,373 | 20 | – | – | 26,393 |
| Prime Trust, LLC | -7947 | BMO Harris IRA Cash (Customer) | BMO Harris | | 101,775 | – | – | – | 101,775 |
| Prime Trust, LLC | -5479 | BMO Harris IRA Tax (Customer) | BMO Harris | | – | – | – | – | – |
| Prime Trust, LLC | -9934 | BMO Harris Interest Account (Customer) | BMO Harris | (3) | 205,225 | 759 | – | – | 205,984 |
| Prime Trust, LLC | -3077 | BMO Harris FX Account (Customer) | BMO Harris | (4) | $9,868,495 | – | – | ($110,930) | $9,757,564 |
| **Subtotal - FX / Customer Accounts** | | | | | **$10,201,868** | **$779** | **–** | **($110,930)** | **$10,091,716** |
| **Subtotal - Prime Trust Accounts** | | | | | **$19,497,981** | **$144,784** | **($1,069,058)** | **NA** | **$17,755,611** |
| **Subtotal - Prime Core Accounts** | | | | | **$4,028,534** | **$17,099** | **–** | **–** | **$4,045,633** |
| **Total - All Accounts** | | | | | **$23,526,515** | **$161,883** | **($1,069,058)** | **($110,930)** | **$21,801,244** |

*Notes:*
*(1) While BMO Harris -1781 Operating Account is held at Prime Trust, LLC, payroll expenses for employees of the Prime Digital entity are funded by this account. Receipts include ~$17K in COBRA reimbursements. Receipts and disbursements shown above include funding of utility adequate assurance account which was excluded from the calculation of disbursements in Part 1 for PrimeTrust, LLC, as this was a transfer between accounts*
*(2) Funded in the amount of $105K on September 19, 2023 via BMO Harris -1781 Operating Account. No actual receipts during the reporting period*
*(3) Receipts comprised of interest on cash balances. As these are not corporate accounts, the interest does not flow through the income statement*
*(4) Fluctuations in account balance due to changes in FX rates over the reporting period. No receipts or disbursements related to this account*

In re:  Prime Core Technologies Inc.

Prime Trust, LLC

Prme Trust IRA LLC

Prime Digital LLC

| | Case No. | |
|---|---|---|
| | 23-11161 | |
| | 23-11162 | |
| | 23-11164 | |
| | 23-11168 | |

**Supporting Documentation for Part 2: Asset and Liability Status**

## Balance Sheet as of September 30, 2023

| | PC | PT | PIRA | PD |
|---|---|---|---|---|
| **BALANCE SHEET - ASSETS** | | | | |
| CASH | $4,045,633 | $17,755,611 | – | – |
| CC RESERVE - VANTIV | – | 563,000 | – | – |
| ACCOUNTS RECEIVABLES | – | 3,114,588 | – | – |
| PRE-PETITION INTERCOMPANY RECEIVABLES | – | 88,243,784 | – | – |
| POST-PETITION INTERCOMPANY RECEIVABLES | – | – | – | – |
| ACCRUED INTEREST RECEIVABLES | – | $203,908 | – | – |
| COBRA PAYMENT RECEIVABLES | – | 21,401 | – | – |
| EQUITY INVESTMENTS | 318,698 | – | – | – |
| PREPAID EXPENSES | – | 2,737,998 | – | – |
| FIXED ASSETS | – | 253,846 | – | – |
| INTANGIBLE ASSETS | – | 25,015 | – | – |
| SECURITY DEPOSIT | 1,000,000 | 239,077 | – | – |
| SURETY BONDS COLLATERAL | – | 7,036,250 | – | – |
| **TOTAL ASSETS** | **$5,364,332** | **$120,194,477** | **–** | **–** |
| | | | | |
| **BALANCE SHEET - LIABILITIES & CAPITAL** | | | | |
| POST-PETITION PAYABLES | – | $723,140 | – | – |
| POST-PETITION INTERCOMPANY PAYABLE | – | – | – | 1,314,193 |
| POST-PETITION ACCRUED EXPENSE | – | 3,767,286 | – | – |
| POST-PETITION OTHER CURRENT LIABILITIES | – | – | – | – |
| POST-PETITION CUSTOMER DEPOSIT LIABILITY | – | – | – | – |
| POST-PETITION PAYROLL TAX LIABILITY | – | – | – | – |
| LIABILITIES SUBJECT TO COMPROMISE [1] | – | 99,386,226 | – | 86,879,571 |
| **TOTAL LIABILITIES** | **–** | **$103,876,652** | **–** | **$88,193,765** |
| PARTNERS' EQUITY IN BANQ | $2,000,000 | ($2,000,000) | – | – |
| TREASURY STOCK | (32,278,732) | – | – | – |
| ADDITIONAL PAID-IN CAPITAL | 33,219,906 | 146,616,294 | – | – |
| SERIES A-1 PREFERRED STOCK | 227 | – | – | – |
| SERIES A-2 PREFERRED STOCK | 44 | – | – | – |
| CLASS A COMMON STOCK | 465 | – | – | – |
| CLASS B COMMON STOCK | 193 | – | – | – |
| SERIES B PREFERRED STOCK | 195 | – | – | – |
| RETAINED EARNINGS | 2,593,586 | (111,157,421) | – | (67,736,042) |
| NET INCOME | (171,551) | (17,141,049) | – | (20,457,723) |
| TOTAL CAPITAL & SURPLUS | 5,364,332 | 16,317,825 | – | (88,193,765) |
| **TOTAL LIABILITIES & EQUITY** | **$5,364,332** | **$120,194,477** | **–** | **–** |
| | | | | |
| **[1] LIABILITIES SUBJECT TO COMPROMISE DETAIL** | | | | |
| ACCOUNTS PAYABLE | – | $2,247,338 | – | – |
| CREDIT CARD | – | 25,102 | – | – |
| DUE TO PRIME TRUST | – | – | – | 86,929,591 |
| ACCRUED EXPENSE | – | 411,147 | – | – |
| DEFERRED REVENUE | – | 1,636,750 | – | – |
| OTHER CURRENT LIABILITIES | – | 165,192 | – | – |
| CUSTOMER DEPOSIT LIABILITY | – | 82,247,848 | – | – |
| CUSTOMER ACCOUNT LIABILITY | – | 12,515,023 | – | – |
| PAYROLL TAX LIABILITY | – | (13,261) | – | (50,019) |
| REVENUE SHARE PAYABLE | – | 85,647 | – | – |
| UNEARNED REVENUE | – | 65,440 | – | – |
| CURRENT PORTION OF NOTES PAYABLE | – | – | – | – |
| OTHER LONG TERM LIABILITIES | – | – | – | – |
| TOTAL | – | $99,386,226 | – | $86,879,571 |

| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
|---|---|---|---|
| | Prime Trust, LLC | | 23-11162 |
| | Prme Trust IRA LLC | | 23-11164 |
| | Prime Digital LLC | | 23-11168 |

**Supporting Documentation for Part 4: Income Statement (Statement of Operations)**

| Income Statement for Month Ending September 30, 2023 | | | | |
|---|---|---|---|---|
| | **PC** | **PT** | **PD** | **PIRA** |
| EARNED INTEREST | $17,032 | $21,325 | – | – |
| REFERRAL FEE INCOME | – | 300 | – | – |
| DIVIDEND INCOME | – | – | – | – |
| **TOTAL INCOME** | **$17,032** | **$21,625** | **–** | **–** |
| COST OF SALES | – | $260,478 | – | – |
| **GROSS PROFIT** | **$17,032** | **($238,853)** | **–** | **–** |
| MARKETING EXPENSE | – | $6,343 | – | – |
| OCCUPANCY EXPENSE | – | 6,077 | – | – |
| OFFICE EXPENSE | – | 200 | – | – |
| OTHER BUSINESS EXPENSE | 96,057 | 298,119 | – | – |
| PAYROLL EXPENSES | – | 319,928 | 744,187 | – |
| PROFESSIONAL FEES | – | 89,202 | – | – |
| TRAVEL EXPENSES | – | 2 | – | – |
| REORGANIZATION ITEMS | – | 3,088,840 | – | – |
| OTHER EXPENSE | 167,015 | – | – | – |
| **NET ORDINARY INCOME (LOSS)** | **($246,040)** | **($4,047,564)** | **($744,187)** | **–** |
| AMORTIZATION | – | $228,646 | – | – |
| DEPRECIATION | – | 2,756 | – | – |
| LOSS (GAIN) ON INVESTMENT | – | – | – | – |
| LOSS (GAIN) ON DISPOSITION OF ASSET | – | (0) | – | – |
| TOTAL OTHER EXPENSE | – | $231,402 | – | – |
| **NET INCOME (LOSS)** | **($246,040)** | **($4,278,965)** | **($744,187)** | **–** |