| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
| --- | --- | --- | --- |
| | Prime Trust, LLC | | 23-11162 |
| | Prme Trust IRA LLC | | 23-11164 |
| | Prime Digital LLC | | 23-11168 |

**Supporting Documentation for Part 1: Cash Receipts and Disbursements**

| Debtor Name | Account Number | Full Account Name/Description | Named Institution or Custodian | Note | Balance as of 8/31/2023 | Receipts | (Disbursements) | Prime Digital Payroll (Disbursements) | Balance as of 9/30/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Prime Trust, LLC | -0795 | Lexicon 0795 Restricted Cash | Lexicon | | $1,006,044 | $105 | – | – | $1,006,149 |
| Prime Trust, LLC | -1781 | BMO Harris 1781 Operating | BMO Harris | (1) | 6,378,294 | 38,710 | (1,069,031) | (707,166) | 4,640,807 |
| Prime Trust, LLC | -1823 | BMO Harris 1823 Payroll | BMO Harris | | 7 | – | (7) | – | – |
| Prime Trust, LLC | -1807 | BMO Harris 1807 Revenue | BMO Harris | | 51,441 | 190 | – | – | 51,632 |
| Prime Core Technologies Inc. | -1815 | BMO Harris 1815 | BMO Harris | | 18,182 | 67 | – | – | 18,250 |
| Prime Core Technologies Inc. | -1747 | JPMorgan Prime Money Market Fund | JPMorgan | | 4,010,352 | 17,032 | – | – | 4,027,384 |
| Prime Trust, LLC | -9193 | Piermont Bank ACH Reserve | Piermont Bank | | 9,014 | – | (19) | – | 8,994 |
| Prime Trust, LLC | -9892 | CrossRiver Bank T&C Account | CrossRiver Bank | | 147,754 | – | – | – | 147,754 |
| Prime Trust, LLC | -4453 | CrossRiver Bank T&C Account | CrossRiver Bank | | 588,610 | – | – | – | 588,610 |
| Prime Trust, LLC | -2069 | CrossRiver Reserve Account | CrossRiver Bank | | 1,000,000 | – | – | – | 1,000,000 |
| Prime Trust, LLC | -6995 | CrossRiver Bank BAM Wire Processing | CrossRiver Bank | | 5,862 | – | – | – | 5,862 |
| Prime Trust, LLC | -2164 | CrossRiver Bank Card Settlement Operating Account | CrossRiver Bank | | 109,086 | – | – | – | 109,086 |
| Prime Trust, LLC | -5208 | Western Alliance Bank Utility Adequate Assurance | Western Alliance Bank | (2) | – | 105,000 | – | – | 105,000 |
| **Subtotal - Non-Customer Prime Trust** | | | | | **$9,296,113** | **$144,005** | **($1,069,058)** | **($707,166)** | **$7,663,895** |
| **Subtotal - Non-Customer Prime Core** | | | | | **$4,028,534** | **$17,099** | **–** | **–** | **$4,045,633** |
| **Total - Corporate Accounts** | | | | | **$13,324,648** | **$161,104** | **($1,069,058)** | **($707,166)** | **$11,709,528** |

| Debtor Name | Account Number | Full Account Name/Description | Named Institution or Custodian | Note | Balance as of 8/31/2023 | Customer Interest Receipts | (Disbursements) | FX Gain (Loss) | Balance as of 9/30/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Prime Trust, LLC | -0803 | Lexicon T&C Clearing (Customer) | Lexicon Bank | (3) | 26,373 | 20 | – | – | 26,393 |
| Prime Trust, LLC | -7947 | BMO Harris IRA Cash (Customer) | BMO Harris | | 101,775 | – | – | – | 101,775 |
| Prime Trust, LLC | -5479 | BMO Harris IRA Tax (Customer) | BMO Harris | | – | – | – | – | – |
| Prime Trust, LLC | -9934 | BMO Harris Interest Account (Customer) | BMO Harris | (3) | 205,225 | 759 | – | – | 205,984 |
| Prime Trust, LLC | -3077 | BMO Harris FX Account (Customer) | BMO Harris | (4) | $9,868,495 | – | – | ($110,930) | $9,757,564 |
| **Subtotal - FX / Customer Accounts** | | | | | **$10,201,868** | **$779** | **–** | **($110,930)** | **$10,091,716** |
| **Subtotal - Prime Trust Accounts** | | | | | **$19,497,981** | **$144,784** | **($1,069,058)** | **NA** | **$17,755,611** |
| **Subtotal - Prime Core Accounts** | | | | | **$4,028,534** | **$17,099** | **–** | **–** | **$4,045,633** |
| **Total - All Accounts** | | | | | **$23,526,515** | **$161,883** | **($1,069,058)** | **($110,930)** | **$21,801,244** |

*Notes:*
(1) While BMO Harris -1781 Operating Account is held at Prime Trust, LLC, payroll expenses for employees of the Prime Digital entity are funded by this account. Receipts include ~$17K in COBRA reimbursements. Receipts and disbursements shown above include funding of utility adequate assurance account which was excluded from the calculation of disbursements in Part 1 for PrimeTrust, LLC, as this was a transfer between accounts
(2) Funded in the amount of $105K on September 19, 2023 via BMO Harris -1781 Operating Account. No actual receipts during the reporting period
(3) Receipts comprised of interest on cash balances. As these are not corporate accounts, the interest does not flow through the income statement
(4) Fluctuations in account balance due to changes in FX rates over the reporting period. No receipts or disbursements related to this account

In re:  Prime Core Technologies Inc.           Case No.    23-11161
        Prime Trust, LLC                                   23-11162
        Prme Trust IRA LLC                                 23-11164
        Prime Digital LLC                                  23-11168

**Supporting Documentation for Part 2: Asset and Liability Status**

| Balance Sheet as of September 30, 2023 | | | | |
|---|---|---|---|---|
| | PC | PT | PIRA | PD |
| **BALANCE SHEET - ASSETS** | | | | |
| CASH | $4,045,633 | $17,755,611 | – | – |
| CC RESERVE - VANTIV | – | 563,000 | – | – |
| ACCOUNTS RECEIVABLES | – | 3,114,588 | – | – |
| PRE-PETITION INTERCOMPANY RECEIVABLES | – | 88,243,784 | – | – |
| POST-PETITION INTERCOMPANY RECEIVABLES | – | – | – | – |
| ACCRUED INTEREST RECEIVABLES | – | $203,908 | – | – |
| COBRA PAYMENT RECEIVABLES | – | 21,401 | – | – |
| EQUITY INVESTMENTS | 318,698 | – | – | – |
| PREPAID EXPENSES | – | 2,737,998 | – | – |
| FIXED ASSETS | – | 253,846 | – | – |
| INTANGIBLE ASSETS | – | 25,015 | – | – |
| SECURITY DEPOSIT | 1,000,000 | 239,077 | – | – |
| SURETY BONDS COLLATERAL | – | 7,036,250 | – | – |
| **TOTAL ASSETS** | **$5,364,332** | **$120,194,477** | **–** | **–** |
| | | | | |
| **BALANCE SHEET - LIABILITIES & CAPITAL** | | | | |
| POST-PETITION PAYABLES | – | $723,140 | – | – |
| POST-PETITION INTERCOMPANY PAYABLE | – | – | – | 1,314,193 |
| POST-PETITION ACCRUED EXPENSE | – | 3,767,286 | – | – |
| POST-PETITION OTHER CURRENT LIABILITIES | – | – | – | – |
| POST-PETITION CUSTOMER DEPOSIT LIABILITY | – | – | – | – |
| POST-PETITION PAYROLL TAX LIABILITY | – | – | – | – |
| LIABILITIES SUBJECT TO COMPROMISE [1] | – | 99,386,226 | – | 86,879,571 |
| **TOTAL LIABILITIES** | **–** | **$103,876,652** | **–** | **$88,193,765** |
| PARTNERS' EQUITY IN BANQ | $2,000,000 | ($2,000,000) | – | – |
| TREASURY STOCK | (32,278,732) | – | – | – |
| ADDITIONAL PAID-IN CAPITAL | 33,219,906 | 146,616,294 | – | – |
| SERIES A-1 PREFERRED STOCK | 227 | – | – | – |
| SERIES A-2 PREFERRED STOCK | 44 | – | – | – |
| CLASS A COMMON STOCK | 465 | – | – | – |
| CLASS B COMMON STOCK | 193 | – | – | – |
| SERIES B PREFERRED STOCK | 195 | – | – | – |
| RETAINED EARNINGS | 2,593,586 | (111,157,421) | – | (67,736,042) |
| NET INCOME | (171,551) | (17,141,049) | – | (20,457,723) |
| **TOTAL CAPITAL & SURPLUS** | 5,364,332 | 16,317,825 | – | (88,193,765) |
| **TOTAL LIABILITIES & EQUITY** | **$5,364,332** | **$120,194,477** | **–** | **–** |
| | | | | |
| **[1] LIABILITIES SUBJECT TO COMPROMISE DETAIL** | | | | |
| ACCOUNTS PAYABLE | – | $2,247,338 | – | – |
| CREDIT CARD | – | 25,102 | – | – |
| DUE TO PRIME TRUST | – | – | – | 86,929,591 |
| ACCRUED EXPENSE | – | 411,147 | – | – |
| DEFERRED REVENUE | – | 1,636,750 | – | – |
| OTHER CURRENT LIABILITIES | – | 165,192 | – | – |
| CUSTOMER DEPOSIT LIABILITY | – | 82,247,848 | – | – |
| CUSTOMER ACCOUNT LIABILITY | – | 12,515,023 | – | – |
| PAYROLL TAX LIABILITY | – | (13,261) | – | (50,019) |
| REVENUE SHARE PAYABLE | – | 85,647 | – | – |
| UNEARNED REVENUE | – | 65,440 | – | – |
| CURRENT PORTION OF NOTES PAYABLE | – | – | – | – |
| OTHER LONG TERM LIABILITIES | – | – | – | – |
| TOTAL | – | $99,386,226 | – | $86,879,571 |

| In re: | Prime Core Technologies Inc. | Case No. | 23-11161 |
|---|---|---|---|
| | Prime Trust, LLC | | 23-11162 |
| | Prme Trust IRA LLC | | 23-11164 |
| | Prime Digital LLC | | 23-11168 |

**Supporting Documentation for Part 4: Income Statement (Statement of Operations)**

| Income Statement for Month Ending September 30, 2023 | | | | |
|---|---:|---:|---:|---:|
| | **PC** | **PT** | **PD** | **PIRA** |
| EARNED INTEREST | $17,032 | $21,325 | – | – |
| REFERRAL FEE INCOME | – | 300 | – | – |
| DIVIDEND INCOME | – | – | – | – |
| **TOTAL INCOME** | **$17,032** | **$21,625** | **–** | **–** |
| COST OF SALES | – | $260,478 | – | – |
| **GROSS PROFIT** | **$17,032** | **($238,853)** | **–** | **–** |
| MARKETING EXPENSE | – | $6,343 | – | – |
| OCCUPANCY EXPENSE | – | 6,077 | – | – |
| OFFICE EXPENSE | – | 200 | – | – |
| OTHER BUSINESS EXPENSE | 96,057 | 298,119 | – | – |
| PAYROLL EXPENSES | – | 319,928 | 744,187 | – |
| PROFESSIONAL FEES | – | 89,202 | – | – |
| TRAVEL EXPENSES | – | 2 | – | – |
| REORGANIZATION ITEMS | – | 3,088,840 | – | – |
| OTHER EXPENSE | 167,015 | – | – | – |
| **NET ORDINARY INCOME (LOSS)** | **($246,040)** | **($4,047,564)** | **($744,187)** | **–** |
| AMORTIZATION | – | $228,646 | – | – |
| DEPRECIATION | – | 2,756 | – | – |
| LOSS (GAIN) ON INVESTMENT | – | – | – | – |
| LOSS (GAIN) ON DISPOSITION OF ASSET | – | (0) | – | – |
| **TOTAL OTHER EXPENSE** | **–** | **$231,402** | **–** | **–** |
| **NET INCOME (LOSS)** | **($246,040)** | **($4,278,965)** | **($744,187)** | **–** |