**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby enters her appearance as counsel for Thomas Pageler in the above-captioned jointly administered cases.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel requests that all notices and all other papers required to be served in this case be served upon the following person and that the following person be added to the mailing matrices in these cases:

Karen M. Grivner, Esq.
Clark Hill PLC
824 North Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
Email: kgrivner@clarkhill.com

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned counsel specifically requests, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) Thomas Pageler's right to have (i) final orders in non-core matters entered only after *de novo* review by a district court judge, and/or (ii) final orders in core matters where the bankruptcy court lacks constitutional authority to enter such orders entered only after *de novo* review by a federal district court judge; (b) Thomas Pageler's right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; or (c)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

L6202\456068\274162545

any other rights, claims, actions, or defenses to which Thomas Pageler is or may be entitled in law or in equity, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: October 24, 2023                                              CLARK HILL PLC

<u>/s/ *Karen M. Grivner*</u>
Karen M. Grivner (Bar No. 4372)
824 North Market Street, Suite 710
Wilmington, DE 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
Email: kgrivner@clarkhill.com

*Counsel for Thomas Pageler*