## **EXHIBIT A**

**Identity of Party 4**

**(Filed Under Seal)**