## EXHIBIT A

**Identity of Party 5**

**(Filed Under Seal)**