IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITNESS'S VOLUNTARY AGREEMENT TO COMPLY WITH THE DEBTORS' RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DISCOVERY REQUESTS AND EXAMINATION**

**TO:**  (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Official Committee of Unsecured Creditors; and (iii) Party 6,[2] or counsel thereto

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 2004-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, hereby give notice of Party 6's voluntary agreement to comply with the *Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests*. Party 6 provided informal written responses to Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests on October 23, 2023. Party 6 also has agreed to produce documents responsive to the requests and to voluntarily appear for a Rule

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]  The name of the former employee of the Debtors is not set forth in this Notice pursuant to: *Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 189]. The name of the individual identified anonymously in this Notice is contained in Exhibit A to this Notice, a redacted version of which is attached hereto. An unredacted version of Exhibit A is being filed separately under seal.

1

2004 Examination, at a mutually agreeable time and place, and to provide testimony regarding the topics of examination.

| | |
|---|---|
| Dated: October 24, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> /s/ *Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |