# **EXHIBIT A**

**Identity of Party 6**

**(Filed Under Seal)**