# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 341, 342, 343, 344, 345 & 346** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused true and correct copies of (i) *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests* [Docket No. 341] and (ii) *Exhibit A to Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests* [filed under seal at Docket No. 342] to be served on October 25, 2023, on the following party, via electronic mail:

Stephanie Yonekura
Kaitlyn Hittelman
Hogan Lovells US LLP
E-mail: stephanie.yonekura@hoganlovells.com
kaitlyn.hittelman@hoganlovels.com

*Counsel for* ███████

The undersigned hereby further certifies that she caused true and correct copies of (i) *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests and Examination* [Docket No. 343] and (ii) *Exhibit A to Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*of Bankruptcy Procedure Discovery Requests and Examination* [filed under seal at Docket No. 344] to be served on October 25, 2023, on the following party, via electronic mail:

Jason Ben
Tucker Ellis LLP
E-mail: Jason.Ben@tuckerellis.com

*Counsel for* ▉▉▉▉▉▉▉

The undersigned hereby further certifies that she caused true and correct copies of (i) *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests and Examination* [Docket No. 345] and (ii) *Exhibit A to Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests and Examination* [filed under seal at Docket No. 346] to be served on October 25, 2023, on the following party, via electronic mail:

Gabriel L. Grasso
E-mail: gabriel@grassodefense.com

*Counsel for* ▉▉▉▉▉▉▉

| | |
|---|---|
| Dated: October 25, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 485-3900<br>Facsimile:    (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5400<br>Facsimile:    (646) 547-5444<br>Email:          dazman@mwe.com<br>                      jbevans@mwe.com |

ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:    (305) 358-3500
Facsimile:    (305) 347-6500
Email:           gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*