**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 94, 258, 259 & 264** |

**CERTIFICATION OF COUNSEL REGARDING REQUEST FOR ENTRY OF AN AMENDMENT TO ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; AND (VI) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 6, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an *Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 264] (the "Conditional

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Approval Order"), which, among other things, set forth the schedule of dates and deadlines related to the Debtors' confirmation process (the "Confirmation Schedule").

2. Subsequent to the entry of the Conditional Approval Order, the Debtors, in the exercise of their sound business judgment, determined that adjourning the Confirmation Hearing and amending the relevant dates in the Confirmation Schedule (the "Amended Confirmation Schedule") was in the best interest of the Debtors, their creditors, and all stakeholders.

3. Attached hereto as **Exhibit A** is a proposed form of order amending the Conditional Approval Order (the "Amended Conditional Approval Order") for purposes of approving the Amended Confirmation Schedule and the form and manner of notice thereof. For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Amended Confirmation Schedule with the Confirmation Schedule approved through the Conditional Approval Order.

4. The Debtors circulated the Amended Conditional Approval Order to the Office of the United States Trustee and counsel to the official committee of unsecured creditors.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Amended Conditional Approval Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 25, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>/s/ *Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |