## <u>EXHIBIT A</u>

**Amended Conditional Approval Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 94, 258, 259, 264 & [•] |

**AMENDMENT TO ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; AND (VI) GRANTING RELATED RELIEF**

Upon the certification of counsel (the "Certification") filed by counsel to the above-caption debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (this "Amended Conditional Approval Order") amending this Court's *Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 264] (the "Conditional Approval Order"),[2] solely for purposes of extending the Debtors'

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms used but not defined herein are defined in the Conditional Approval Order or the Plan (as defined below), as applicable.

confirmation schedule (the "<u>Amended Confirmation Schedule</u>"), which is attached hereto as

**<u>Exhibit 1</u>**, and seeking approval of a supplement to the Confirmation Hearing Notice (the

"<u>Supplemental Notice</u>"), which is attached hereto as **<u>Exhibit B</u>**; and the Court having jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware dated February 29,

2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue

being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice

of the Certification being adequate and appropriate under the particular circumstances; and the

Court having found and determined that entry of this Amended Conditional Approval Order is in

the best interests of the Debtors' estates, and creditors and other parties in interest; and after due

deliberation and sufficient cause appearing therefor,

       **IT IS HEREBY ORDERED THAT:**

       1.      The Amended Confirmation Schedule attached hereto as **<u>Exhibit 1</u>** and the

Supplemental Notice attached hereto as **<u>Exhibit 2</u>** are APPROVED in all respects.

       2.      The Debtors shall serve the Supplemental Notice on all parties who received the

Confirmation Hearing Notice.

       3.      Except as expressly set forth in this Amended Conditional Approval Order, the

terms of the Conditional Approval Order remain in full force and effect.

       4.      The Court shall retain jurisdiction with respect to all matters arising from or

related to the interpretation or implementation of this Order.

**EXHIBIT 1**

**Amended Confirmation Schedule**[1]

| Event | Date and Time (if any) |
|---|---|
| Deadline to File Rule 3018 Motions | November 28, 2023, at 4:00 p.m. (ET) |
| Deadline to File Plan Supplement | November 28, 2023, at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to Object to Rule 3018 Motions | December 5, 2023, at 4:00 p.m. (ET) |
| Voting Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Affidavit | December 12, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | December 12, 2023, at 4:00 p.m. (ET) |
| Confirmation Hearing | December 19, 2023, at 10:00 a.m. (ET) |

---

[1]    This schedule omits dates and deadlines that are temporally obsolete.

## <u>EXHIBIT 2</u>

**Supplemental Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDMENT TO CONFIRMATION SCHEDULE**

**PLEASE TAKE NOTICE** that, you previously received notice (the "Confirmation Hearing Notice") of the Court's entry of an *Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 264] (the "Conditional Approval Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October [•], 2023, the Court entered an order approving an amendment to the Conditional Approval Order [Docket No. [•]] (the "Amended Conditional Approval Order"), which approved the following Amended Confirmation Schedule:

| Event | Date and Time (if any) |
|---|---|
| Deadline to File Rule 3018 Motions | November 28, 2023, at 4:00 p.m. (ET) |
| Deadline to File Plan Supplement | November 28, 2023, at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to Object to Rule 3018 Motions | December 5, 2023, at 4:00 p.m. (ET) |
| Voting Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Affidavit | December 12, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | December 12, 2023, at 4:00 p.m. (ET) |
| Confirmation Hearing | December 19, 2023, at 10:00 a.m. (ET) |

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Amended Conditional Approval Order, the terms of, and dates and deadlines set forth in, the Conditional Approval Order remain in full force and effect.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms used but not defined herein are defined in the Amended Conditional Approval Order or the Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in this supplemental notice (the "Supplemental Notice"), the information set forth in the Confirmation Hearing Notice remains unchanged, and both the Confirmation Hearing Notice and this Supplemental Notice should be referenced in connection with the Debtors' Plan process.

Dated:    October [●], 2023
          Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

| | | |
|---|---|---|
| Maris J. Kandestin (No. 5294) | Darren Azman | Gregg Steinman |
| 1000 N. West Street, Suite 1400 | Joseph B. Evans | 333 SE 2nd Avenue, Suite 4500 |
| Wilmington, DE 19801 | One Vanderbilt Avenue | Miami, Florida 33131 |
| Telephone: (302) 485-3900 | New York, New York 10017-3852 | Telephone: (305) 358-3500 |
| Facsimile: (302) 351-8711 | Telephone: (212) 547-5400 | Facsimile: (305) 347-6500 |
| Email: mkandestin@mwe.com | Email: dazman@mwe.com | Email: gsteinman@mwe.com |
| | jbevans@mwe.com | |

*Counsel to the Debtors and Debtors in Possession*
