# EXHIBIT B

## Redline of Confirmation Schedule

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 94, 258, 259 & 264** |

**AMENDED SOLICITATION AND CONFIRMATION HEARING SCHEDULE**[2]

| Event | Date and Time (if any) |
|---|---|
| ~~Deadline to Object to Solicitation Procedures and Conditional Approval of DS~~ | ~~September 28, 2023 at 4:00 p.m. (ET)~~ |
| ~~Conditional Approval Hearing~~ | ~~October 5, 2023 at 2:00 p.m. (ET)~~ |
| ~~Voting Record Date~~ | ~~October 6, 2023~~ |
| ~~Solicitation Commencement Date~~ | ~~October 6, 2023~~ |
| ~~Deadline to Publish Notice of Confirmation Hearing~~ | ~~October 14, 2023~~ |
| Deadline to File Rule 3018 Motions | ~~October 27~~November 28, 2023, at 4:00 p.m. (ET) |
| Deadline to File Plan Supplement | ~~October 27~~November 28, 2023, at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | ~~November 7~~December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to Object to Rule 3018 Motions | ~~November 7~~December 5, 2023, at 4:00 p.m. |

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] This schedule omits dates and deadlines that are temporally obsolete.

| | |
|---|---|
| | (ET) |
| Voting Deadline | ~~November 7~~December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Affidavit | ~~November 11~~December 12, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | ~~November 11~~December 12, 2023, at 4:00 p.m. (ET) |
| Confirmation Hearing | ~~November 14~~December 19, 2023, at ~~1:00 p~~10:00 a.m. (ET) |

Document comparison by Workshare Compare on Wednesday, October 25, 2023 10:10:26 PM

| **Input:** | |
|---|---|
| Document 1 ID | iManage://imanageus.mwe.com/dm_us/200305462/3 |
| Description | #200305462v3<imanageus.mwe.com> - PT - Solicitation and Confirmation Schedule |
| Document 2 ID | iManage://imanageus.mwe.com/dm_us/200305462/4 |
| Description | #200305462v4<imanageus.mwe.com> - PT - Amended Solicitation and Confirmation Schedule |
| Rendering set | Standard |

| **Legend:** | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** | |
|---|---|
| | Count |
| Insertions | 26 |
| Deletions | 20 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 46 |