**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered)_ |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for AnchorCoin

LLC ("AnchorCoin") in the chapter 11 cases of the above-captioned debtors and debtors in

possession and requests that she be removed from the CM/ECF noticing list and any other service

lists in these cases.  Evelyn J. Meltzer of Troutman Pepper Hamilton Sanders LLP will continue

to represent AnchorCoin as counsel in these cases.

Dated: October 26, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for AnchorCoin LLC*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**<u>CERTIFICATE OF SERVICE</u>**

I, Marcy J. McLaughlin Smith, hereby certify that on the 26th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in this case.

*/s/   Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
