**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc. *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Objection Deadline: November 17, 2023 at 4:00 p.m. (prevailing Eastern Time) |

**COVER PAGE OF FIRST MONTHLY FEE APPLICATION OF
BROWN RUDNICK LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF INTERIM COMPENSATION
AND FOR REIMBURSEMENT OF DISBURSEMENTS INCURRED FOR
THE PERIOD, AUGUST 31, 2023 THROUGH SEPTEMBER 30, 2023**

| Name of applicant: | Brown Rudnick LLP ("Brown Rudnick") |
|---|---|
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors (the "Committee") |
| Date retention approved: | Order Entered October 16, 2023 [Dkt. No. 300]; *Nunc Pro Tunc* to August 31, 2023 |
| Period for which compensation and reimbursement is sought: | August 31, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $535,140.00[2] (Interim compensation sought for 80% of that amount, or $428,112.00) |
| Amount of reimbursement sought as actual, reasonable, and necessary: | $2,248.84 |
| This is an  x  interim (monthly) application | ____ final application |
| This is the First Monthly Fee Application for Compensation and Reimbursement of Disbursements. ||

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Brown Rudnick LLP excluded fees in the amount of $16,625.00. This deduction pertained to transient timekeepers as well as other voluntary reductions, indicative of the firm's commitment to transparency and fair billing practices.

## SUMMARY OF TIME & COMPENSATION

### August 31, 2023 through September 30, 2023

| TIME AND COMPENSATION BREAKDOWN – PARTNERS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours** | **Total Compensation** |
| Robert J. Stark | Partner; Admitted to New Jersey Bar in 1995; New York Bar in 1996; Bankruptcy & Corporate Restructuring | $1,950 | 43.30 | $81,510.00 |
| Bennett S. Silverberg | Partner; Admitted to New York Bar in 2001; Bankruptcy & Corporate Restructuring | $1,390 | 83.60 | $113,702.00 |
| Stephen D. Palley | Partner; Admitted to Missouri Bar in 2000; Admitted to District of Columbia Bar in 2006; Admitted to New York Bar 2008; Litigation & Arbitration | $1,390 | 1.80 | $2,502.00 |
| Vincent J. Guglielmotti | Partner; Admitted to New Jersey Bar in 2005; Admitted to New York Bar 2006; Tax | $1,375 | .70 | $962.50 |
| Philip J. Flink | Partner; Admitted to Massachusetts Bar 1981; Corporate-US | $1,360 | 3.60 | $4,896.00 |
| Michael S. Winograd | Partner; Admitted to New York in 2001; Litigation & Arbitration | $1,280 | 3.50 | $4,480.00 |
| Kenneth Aulet | Partner; Admitted to New York Bar in 2012; Bankruptcy & Corporate Restructuring | $1,200 | 2.00 | $2,400.00 |
| Nicole M. Bouchard | Partner; Admitted to New York Bar in 2009; Tax | $1,200 | 16.80 | $20,160.00 |
| Shari I. Dwoskin | Partner; Admitted to Massachusetts Bar in | $1,025 | 31.90 | $32,697.50 |

| TIME AND COMPENSATION BREAKDOWN – PARTNERS ||||| 
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours** | **Total Compensation** |
| | 2014; Bankruptcy & Restructuring | | | |
| Tristan G. Axelrod | Partner; Admitted to Massachusetts Bar in 2015; Bankruptcy & Restructuring | $1,000 | 47.70 | $44,950.00 |
| Hailey Lennon | Partner; Admitted to California Bar 2012; Corporate-US | $975 | 2.40 | $2,340.00 |
| Daniel J. Healy | Partner; Admitted to New York Bar in 1999; Admitted to Massachusetts Bar in 1999; Admitted to District of Columbia Bar in 2002; Admitted to Maryland Bar in 2005; Litigation | $925 | 20.60 | $19,055.00 |
| **TOTAL** | | | 257.90 | $329,655.00 |
| **PARTNER BLENDED RATE** | | $1,278.23 | | |

| TIME AND COMPENSATION BREAKDOWN – ASSOCIATES AND OTHER COUNSEL | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position; Admission Date; Specialty** | **Hourly Billing Rate** | **Total Hours** | **Total Compensation** |
| Barbara J. Kelly | Counsel; Admitted to New York in 1982; Tax | $1,375 | 16.20 | $22,275.00 |
| Matthew A. Sawyer | Associate; Admitted to Massachusetts 2019; Bankruptcy & Corporate Restructuring | $890 | 82.20 | $70,710.50 |
| Jennifer M. Schein | Associate; Admitted to New York Bar in 2017; New Jersey Bar in 2017; Bankruptcy & Corporate Restructuring | $765 | 119.00 | $91,035.00 |
| Richard Jean-Baptiste | Associate; Admitted to New York Bar in 2022; Corporate & Capital Markets | $685 | 5.90 | $4,041.50 |
| **TOTAL** | | | **223.30** | **$188,062.00** |
| **ASSOCIATE & OTHER COUNSEL BLENDED RATE** | | **$842.19** | | |

| TIME AND COMPENSATION BREAKDOWN - PARAPROFESSIONALS | | | | |
|---|---|---|---|---|
| **Name of Professional Person** | **Position/Numbers of Years** | **Hourly Billing Rate** | **Total Hours** | **Total Compensation** |
| Harriet E. Cohen | Paralegal; Bankruptcy & Corporate Restructuring; over 35 years | $490 | 11.40 | $5,586.00 |
| Thomas Burns | Paralegal; Bankruptcy & Corporate Restructuring; over 5 years | $490 | 16.10 | $7,889.00 |
| Madelyn A. Soliman | Paralegal; Bankruptcy & Corporate Restructuring; over 3 years | $470 | 8.40 | $3,948.00 |
| **TOTAL** | | | **35.90** | **$17,423.00** |
| **PARAPROFESSIONALS BLENDED RATE** | | **$485.32** | | |
| **GRAND TOTAL** | | | **517.10** | **$535,140.00** |
| **BLENDED RATE FOR ALL BROWN RUDNICK TIMEKEEPERS** | | **$1,034.89** | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Objection Deadline: November 17, 2023 at 4:00 p.m. (prevailing Eastern Time) |

**FIRST MONTHLY FEE APPLICATION OF BROWN RUDNICK LLP,
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
REIMBURSEMENT OF DISBURSEMENTS INCURRED
FOR THE PERIOD AUGUST 31, 2023 THROUGH SEPTEMBER 30, 2023**

Brown Rudnick LLP ("Brown Rudnick"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of Prime Core Technologies Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits this First Monthly Fee Application for Allowance of Interim Compensation and Reimbursement of Disbursements (the "Application") seeking payment of (i) $428,112.00, representing eighty percent (80%) of Brown Rudnick's fees of $535,140.00, and (ii) reimbursement of one hundred percent (100%) of Brown Rudnick's disbursements in the amount of $2,248.84, for the period of August 31, 2023 through September 30, 2023 (the "Application Period"), as set forth more particularly herein, pursuant to 11 U.S.C. §§ 328, 330, and 331, Fed. R. Bankr. P. 2016, the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

to 28 C.F.R. § 58) (the "UST Guidelines"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professional* of this Court dated September 18, 2023 (the "Interim Compensation Order") [Dkt. No. 149].  In support of this Application, Brown Rudnick hereby states as follows.

## BACKGROUND

1. On August 14, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, thereby commencing these cases (the "Cases").

2. As of the date hereof, the Debtors continue as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, and no trustee or examiner has been appointed in these Cases.

3. On August 29, 2023, the Office of the United States Trustee (the "U.S. Trustee" or "UST") filed the *Notice of Appointment of Official Committee of Unsecured Creditors* [Dkt. No. 51], appointing 7 members to the Committee.

4. On August 31, 2023, the Committee selected Brown Rudnick to serve as its counsel.

5. On September 18, 2023, the Court entered the Interim Compensation Order. Pursuant to the Interim Compensation Order, the Court established a procedure for payment of interim compensation and reimbursement of disbursements for professionals retained in these Cases.  In particular, the Court authorized the filing and service to certain notice parties of monthly fee applications by professionals retained in these cases (including professionals employed by the Committee) and payment by the Debtor of 80% of fees and 100% of expenses,

in the absence of an objection made within twenty-one (21) days of service of the pertinent application.

6. On September 27, 2023, the Committee filed the *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., et al., Nunc Pro Tunc to August 31, 2023* (the "Retention Application") [Dkt No. 195]. On October 16, 2023, the Court entered an order approving the Retention Application [Dkt. No. 300].

## PAYMENT AND REIMBURSEMENT REQUESTED

7. Brown Rudnick submits this Application for (a) payment of compensation for actual, reasonable, and necessary professional services performed by it as counsel for the Committee during the Application Period, and (b) reimbursement of actual, reasonable, and necessary disbursements incurred in representing the Committee during the Application Period. This Application is made pursuant to sections 328, 330, and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy, the Local Rules, the UST Guidelines, and the Interim Compensation Order. This is Brown Rudnick's first monthly fee application.

8. During the Application Period, Brown Rudnick rendered legal services to the Committee having a value of $535,140.00 in fees, calculated at Brown Rudnick's usual and customary hourly rates as more specifically set forth herein. In addition, Brown Rudnick incurred disbursements of $2,248.84 during the Application Period. Thus, the total amount of fees (80% of the aggregate amount of fees for the Application Period) and disbursements for which Brown Rudnick seeks approval and payment on an interim basis for the Application Period is $430,360.84.

9. Professional services and disbursements for which compensation and reimbursement are sought were provided to and incurred on behalf of the Committee. Brown Rudnick requests that it be compensated for the time spent and expenses incurred in connection with this matter. All of the fees and disbursements sought to be paid or reimbursed in this Application were actual, necessary, and reasonable, and benefited both the Debtor's estate and creditors.

10. As set forth in the Retention Application, the Committee retained Brown Rudnick as its counsel to provide the following professional services:

    a. assisting, advising, and representing the Committee in its meetings, consultations and negotiations with the Debtors and other parties in interest regarding the administration of these Cases;

    b. assisting, advising, and representing the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

    c. assisting with the Committee's review of the Debtors' Schedules of Assets and Liabilities, Statement of Financial Affairs and other financial reports prepared by or on behalf of the Debtors;

    d. assisting the Committee's investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and its affiliates, including certain transactions preceding the bankruptcy filing and the formation of the Debtors;

    e. assisting and advising the Committee regarding the identification and prosecution of estate claims and causes of action;

    f. assisting and advising the Committee in its review and analysis of, and negotiations with the Debtors and any counterparties related to, any potential sale or restructuring transactions;

    g. reviewing and analyzing all applications, motions, complaints, orders, and other pleadings filed with the Court by the Debtors or third parties, and advising the Committee as to their propriety and, after consultation with the Committee, taking any appropriate action;

    h. preparing necessary applications, motions, answers, orders, reports, and other legal papers on behalf of the Committee, and pursuing or participating in

      contested matters and adversary proceedings as may be necessary or appropriate in furtherance of the Committee's duties, interest, and objectives;

i. representing the Committee at hearings held before the Court and communicating with the Committee regarding the issues raised, and the decisions of the Court;

j. assisting, advising, and representing the Committee in connection with the review of filed proofs of claim and reconciliation of or objections to such proofs of claim and any claims estimation proceedings;

k. assisting, advising, and representing the Committee in their participation in the negotiation, formulation, and drafting of a plan of reorganization/liquidation;

l. assisting, advising, and representing the Committee with respect to its communications with the general creditor body regarding significant matters in these Cases;

m. responding to inquiries from individual creditors as to the status of, and developments in, these Cases; and

n. providing such other services to the Committee as may be necessary in these Cases or any related proceedings.

## REASONABLE AND NECESSARY SERVICES RENDERED

11. The services rendered by Brown Rudnick during these Cases can be grouped into the categories set forth below. Brown Rudnick attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The following provides a narrative description of project categories to which attorneys and paraprofessionals of Brown Rudnick dedicated the most significant time (*i.e.,* time charges in excess of $10,000 in the aggregate) during the Application Period:

a. **Asset Recovery and Analysis: Fees: $124,660.50; Total Hours: 116.40.** These fees related to significant time spent by Brown Rudnick analyzing, among other things, the Debtors' proposed sale and marketing efforts of their cryptocurrency custody platform and certain licenses related to the operations of their business. This included negotiating certain modifications to the

5

Debtors' proposed bidding procedures and conducting numerous discussions with the Debtors' professionals to understand the universe of potentially interested parties in the Debtors' assets and execution risk of any potential transaction. Brown Rudnick, on behalf of the Committee, also spent considerable time analyzing whether customer fiat and cryptocurrency deposits should be treated as property of the Debtors' estates pursuant to the terms of the customer agreements and applicable law.

      b.    **Meetings And Communications With Creditors: Fees: $111,008.00; Total Hours: 92.30.** These fees include all services rendered by Brown Rudnick relating to in-person or virtual meetings with the Committee. This is a fast-moving bankruptcy case involving complex aspects of bankruptcy law and millions of dollars of customer obligations. Due to the size and complexity of this case, it was (and remains) necessary for Brown Rudnick to meet and consult with the Committee on a regular basis to keep the Committee adequately informed on case developments and strategic decisions. During the Application Period, Brown Rudnick and other Committee professionals conducted standing weekly meetings with the Committee, as well as additional meetings and communications as circumstances warranted. Brown Rudnick also prepared weekly updates to the Committee to apprise the Committee of upcoming meetings, deadlines, related case developments, and ongoing workstreams to streamline discussions with the Committee. Further, Brown Rudnick responded to numerous creditor inquiries regarding the status of these Cases, including questions related to proof of claims and timing of distributions.

      c.    **Plan And Disclosure Statement: Fees: $102,166.50; Total Hours: 88.40.** These fees include significant work analyzing and revising the Debtors' proposed plan and disclosure statement. Brown Rudnick prepared work product highlighting key issues with the plan and

disclosure statement for the benefit of the Committee and its professionals and worked with the Debtors' professionals to revise the plan and disclosure statement.

d. **Case Administration: Fees: $67,549.50; Total Hours: 78.60.** These fees include all services rendered by Brown Rudnick relating to general administration of the case and may also include specific matters that are not readily classifiable into other more specific matters. This category includes time expended by Brown Rudnick preparing the by-laws adopted by the Committee, monitoring the case docket and circulating pertinent filings, coordinating internally to optimize workstreams, coordinating with Delaware counsel to ensure compliance with local procedures and practices, preparing materials ahead of upcoming hearings, and calendaring of pertinent dates and deadlines established during the course of these Cases.

e. **Employment And Fee Applications: Fees: $35,122.00; Total Hours: 44.20.** These fees include all services rendered by Brown Rudnick relating to the preparation of its Retention Application, including review and analysis of connections to case parties.

f. **Tax: Fees: $21,511.50; Total Hours: 19.70.** These fees relate to Brown Rudnick's analysis of tax considerations to customers and creditors under a potential plan.

g. **Committee Investigation: Fees: $19,878.00; Total Hours: 18.60.** These fees include services related to the analysis of the "98f Wallet," including related Rule 2004 discovery, analysis of insurance policies, and revisions to the protective order.

h. **Hearings: Fees: $18,096.00; Total Hours: 14.40.** These fees include services provided in preparation for and attending hearings on behalf of the Committee during the Application Period.

i. **Employment And Fee Application Objections: Fees: $13,771.50; Total Hours: 15.60.** These fees include Brown Rudnick's analysis of the Debtors' retention applications. Brown

Rudnick, on behalf of the Committee, negotiated modifications to the Debtors' arrangement with their investment banker, Galaxy Digital Partners, LLC ("Galaxy"), which better aligned Galaxy's compensation terms with the results they achieve during these Chapter 11 cases.

j. **Non-Working Travel: Fees: $10,624.50; Total Hours: 17.60.** These fees include non-working travel time to and from hearings and in-person meetings with the Debtors' professionals. This time is billed at 50% of Brown Rudnick's standard rate.

12. Attached hereto as **Exhibit A** are detailed time entries reflecting the daily work performed by each Brown Rudnick professional with respect to whom compensation is sought during the Application Period. Attached hereto as **Exhibit B** is an itemized description of disbursements incurred during the Application Period.

13. This is Brown Rudnick's first monthly fee statement. A summary of Brown Rudnick's Monthly Fee Statements, inclusive of this Application, is reflected in the chart below.

| Application Period | Total Fees | 80% of Fees | 20% Holdback | 100% Expenses | Total Paid or To Be Paid for Compensation Period |
|---|---|---|---|---|---|
| 8/31/23 to 9/30/23 | $535,140.00 | $428,112.00 | $107,028.00 | $2,248.84 | $430,360.84 |

14. In accordance with Bankruptcy Code section 504 and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Brown Rudnick and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this Case.

15. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Brown Rudnick.

16. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that this Application complies with that Local Rule.

8

17. To the extent time or disbursement charges for services rendered or expenses incurred relate to the Application Period, but were not processed prior to the preparation of this application, or Brown Rudnick has for any other reason not yet sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Application Period, Brown Rudnick reserves the right to request compensation for such services and reimbursement of such expenses in a future application.

**WHEREFORE**, Brown Rudnick requests immediate payment and reimbursement by the Debtor of the following amounts in connection with its representation of the Committee for the Application Period, comprised of:

a. interim compensation of $428,112.00 (which is 80% of the aggregate amount of Brown Rudnick's fees totaling $535,140.00 for the Application Period); and

b. $2,248.84 in disbursements.

Dated:  October 27, 2023

By: /s/ *Robert J. Stark*
**BROWN RUDNICK LLP**
Robert J. Stark, Esq. *(pro hac vice)*
Bennett S. Silverberg, Esq. *(pro hac vice)*
Kenneth J. Aulet, Esq. *(pro hac vice)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com

-and-

Tristan G. Axelrod *(pro hac vice)*
Matthew A. Sawyer *(pro hac vice)*
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc. *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Objection Deadline: November 17, 2023 at 4:00 p.m. (prevailing Eastern Time) |

### CERTIFICATION OF ROBERT J. STARK

I, Robert J. Stark, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1.      I am a partner of Brown Rudnick LLP ("Brown Rudnick").  Brown Rudnick was retained by the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., *et al.* (the "Debtors"). I am an attorney-at-law, duly admitted and in good standing to practice in the States of New York and New Jersey and am admitted *pro hac vice* in this Court.  This certification is made in support of the *First Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Disbursements Incurred for the Period August 31, 2023 through September 30, 2023* (the "Application").[2]

2.      I have read the foregoing Application. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

In addition, I believe that the Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

Executed on October 27, 2023 in New York, New York.

By: /s/ *Robert J. Stark*
**BROWN RUDNICK LLP**
Robert J. Stark, Esq. *(pro hac vice)*
Bennett S. Silverberg, Esq. *(pro hac vice)*
Kenneth J. Aulet, Esq. *(pro hac vice)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com

-and-

Tristan G. Axelrod *(pro hac vice)*
Matthew A. Sawyer *(pro hac vice)*
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*