# EXHIBIT A

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|-------|--------------|-----------|--------|-------|---------|
| **BKAD - Asset Disposition - General** | | | | | |
| 09/11/2023 | Review and analyze limited objection to Bid Procedures Motion (.3); emails regarding filing of limited objection (.1) | Detweiler, Donald J. (10135) | 0.40 | 785.00 | $ 314.00 |
| 09/11/2023 | Telephone call with B. Silverberg regarding procedural issue regarding sale and objection to sale | Detweiler, Donald J. (10135) | 0.30 | 785.00 | $ 235.50 |
| 09/11/2023 | Emails regarding bid procedures objection deadline (.1); finalize limited objection and reservation of rights to bid procedures motion (.2); efile and serve same (.2); prepare and efile certificate of service (.1) | Thomas, Elizabeth C.* (10159) | 0.60 | 350.00 | $ 210.00 |
| 09/12/2023 | Review emails regarding deadlines for Disclosure statement Hearing and Sale timelines | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| | | | | | |
|---|---|---|---|---|---|
| 09/12/2023 | Review and analysis of Committee proposed changes to Cash Management Order and emails regarding same | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| | | | | | $ 1,073.50 |
| | | | | **Total for Task:** | |

**BKBO - Business Operations/Meetings with Debtor**

| | | | | | |
|---|---|---|---|---|---|
| 09/18/2023 | Attend meeting with Debtors and Committee regarding case issues and sale and plan timelines | Detweiler, Donald J. (10135) | 2.30 | 785.00 | $ 1,805.50 |
| | | | | | $ 1,805.50 |
| | | | | **Total for Task:** | |

**BKC - Creditors Committee Meeting/Conferences**

| | | | | | |
|---|---|---|---|---|---|
| 09/14/2023 | Participate in Committee meeting | Detweiler, Donald J. (10135) | 0.60 | 785.00 | $ 471.00 |
| 09/14/2023 | Review and analysis of critical dates memo and upcoming dates in case | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/20/2023 | Emails regarding updated date for committee call | Detweiler, Donald J. (10135) | 0.10 | 785.00 | $ 78.50 |
|---|---|---|---|---|---|
| 09/20/2023 | Review and analysis of Powerpoint slides presented by Debtors to the Committee | Detweiler, Donald J. (10135) | 0.30 | 785.00 | $ 235.50 |
| 09/21/2023 | Email to committee members regarding 341 meeting of creditors | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 09/25/2023 | Emails to and from Committee regarding additional dial in instructions for 341 meeting (.2); emails to and from B. Silverberg regarding coverage at 341 meeting (.3); emails with D. Banker regarding coverage at 9/26 Committee meeting (.1) | Detweiler, Donald J. (10135) | 0.60 | 785.00 | $ 471.00 |
| 09/26/2023 | Participate in Committee call, including present to Committee regarding meeting of creditors | Banker, David M. (10453) | 1.70 | 900.00 | $ 1,530.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/26/2023 | Prepare for Committee call | Banker, David M. (10453) | 0.40 | 900.00 | $ 360.00 |
| 09/27/2023 | Review agenda for call and outstanding issues to be addressed for committee call | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/28/2023 | Prepare for and attend committee meeting | Detweiler, Donald J. (10135) | 1.00 | 785.00 | $ 785.00 |
| 09/28/2023 | Committee call | Kosman, Elazar A. (10329) | 0.10 | 340.00 | $ 34.00 |

**Total for Task:**                                           $ 4,349.00

**BKG - General Case Administration**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                120116.0001.8/4845167
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/2023 | Emails regarding notice of appearance and pro hac vice motions (.2); prepare notice of appearance (.2); prepare (6) pro hac vice motions for co-counsel (.5); prepare service list (.3); update committee contact list (.1); revise notice of appearance (.1) | Thomas, Elizabeth C.* (10159) | 1.40 | 350.00 | $ 490.00 |
| 09/07/2023 | Review docket and pleadings and prepare critical dates memo and circulate case calendar | Thomas, Elizabeth C.* (10159) | 0.60 | 350.00 | $ 210.00 |
| 09/07/2023 | Finalize notice of appearance and pro hac vice motions (.2); emails with Brown Rudnick regarding same (.1); efile notice of appearance (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 350.00 | $ 175.00 |
| 09/08/2023 | Review pro hac vice motions for Brown Rudnick team | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/08/2023 | Prepare service list | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/2023 | Serve notice of appearance (.1); finalize pro hac vice motions (.1); emails with B. Silverberg and M. Soliman regarding same (.1); efile 6 pro hac vice motions and upload orders for same (.5) | Thomas, Elizabeth C.* (10159) | 0.80 | 350.00 | $ 280.00 |
| 09/11/2023 | Prepare and efile certificate of service regarding notice of appearance | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/11/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/12/2023 | Email Don Detweiler and Elazar Kosman regarding today's deadlines | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/12/2023 | Review motion to extend time to file schedules & SOFAs and update case calendar with deadlines | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 09/13/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/14/2023 | Obtain and circulate recently filed pleadings (.2); update case calendar (.2) | Thomas, Elizabeth C.* (10159) | 0.40 | 350.00 | $ 140.00 |
| 09/15/2023 | Obtain and circulate recently filed pleadings (.1); review pleadings and update case calendar (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 09/15/2023 | Emails with Jennifer Schein regarding joinder to debtors' consolidated creditor motion | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/18/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.3) | Thomas, Elizabeth C.* (10159) | 0.40 | 350.00 | $ 140.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/18/2023 | Emails with Brown Rudnick and WBD Team regarding joinder to debtors' motion to consolidate creditor matrix and top 50 list (.1); finalize, efile and serve joinder (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
|---|---|---|---|---|---|
| 09/19/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1); emails critical dates memo to working group (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 09/19/2023 | Prepare and efile certificate of service regarding joinder to Debtors' motion to consolidate | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/19/2023 | Emails with Don Detweiler and Elazar Kosman regarding retention application deadline and hearing on same | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/21/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/21/2023 | Review recent pleadings and update case calendar | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 09/25/2023 | Review docket and pleadings and update case calendar | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 09/27/2023 | Update 2002 service list | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/28/2023 | Review recently filed pleadings and update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 09/28/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4845167

| 09/29/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
|---|---|---|---|---|---|
| | | | | | $ 2,642.00 |
| | | **Total for Task:** | | | |

**BKH - Court Hearings/Preparation/Agenda**

| 09/11/2023 | Review and circulate 9/13 hearing agenda (.1); prepare attorney hearing binders (.3); review hearing binders (.1) | Thomas, Elizabeth C.* (10159) | 0.50 | 350.00 | $ 175.00 |
|---|---|---|---|---|---|
| 09/13/2023 | Emails with Don Detweiler regarding today's hearing (.1); emails to committee members regarding hearing (.1); update attorney hearing binders (.2); register Province group for zoom appearances (.1); email to Province group regarding same (.1) | Thomas, Elizabeth C.* (10159) | 0.60 | 350.00 | $ 210.00 |
| 09/15/2023 | Review and circulate 9/19 hearing agenda to counsel and committee members | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09/18/2023 | Register 8 parties for virtual appearances for 9/19 hearing (.3); review and update hearing binders (.5) | Thomas, Elizabeth C.* (10159) | 0.80 | 350.00 | $ 280.00 |
| 09/19/2023 | Emails with B. Silverberg regarding preparation for hearing on redacting creditor names and service of notices | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/19/2023 | Prepare for hearing and review US Trustee Objection to Motion to Consolidate Matrix | Detweiler, Donald J. (10135) | 1.00 | 785.00 | $ 785.00 |
| 09/19/2023 | Attend Second Day Omnibus Hearing | Detweiler, Donald J. (10135) | 2.00 | 785.00 | $ 1,570.00 |
| 09/19/2023 | Telephone call with R. Stark and B. Silverberg regarding hearing | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/19/2023 | Telephone call with B. Silverberg regarding results of hearing | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
|---|---|---|---|---|---|
| | | | | | $ 3,561.00 |
| | | **Total for Task:** | | | |

**BKL - Lift Stay Litigation**

| 09/28/2023 | Email from B. Silverberg regarding Audio Coin crypto currency and potential lift stay issues | Detweiler, Donald J. (10135) | 0.30 | 785.00 | $ 235.50 |
|---|---|---|---|---|---|
| | | | | | $ 235.50 |
| | | **Total for Task:** | | | |

**BKPO - Plan of Reorganization**

| 09/08/2023 | Review of notice of filing Plan and Disclosure Statement filed by Debtors | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
|---|---|---|---|---|---|
| 09/08/2023 | Email with B. Silverberg and Debtors counsel regarding deadline for potential objection to Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4845167

| 09/11/2023 | Review Disclosure Statement motion and calendar deadlines | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
|---|---|---|---|---|---|
| | | | | | $ 384.00 |
| | | **Total for Task:** | | | |

**BKRA - Retention of Applicant**

| 09/15/2023 | Draft retention application | Kosman, Elazar A. (10329) | 1.00 | 340.00 | $ 340.00 |
|---|---|---|---|---|---|
| 09/18/2023 | Continue to draft retention application | Kosman, Elazar A. (10329) | 2.60 | 340.00 | $ 884.00 |
| 09/19/2023 | Continue to draft retention application | Kosman, Elazar A. (10329) | 1.50 | 340.00 | $ 510.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/20/2023 | Draft retention application | Kosman, Elazar A. (10329) | 1.30 | 340.00 | $ 442.00 |
| 09/27/2023 | Emails authorizing filing of WBD retention application | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/27/2023 | Prepare Womble retention application and related pleadings and correspondence | Banker, David M. (10453) | 1.80 | 900.00 | $ 1,620.00 |
| 09/27/2023 | Finalize WBD retention application | Kosman, Elazar A. (10329) | 2.50 | 340.00 | $ 850.00 |
| 09/27/2023 | Revise retention application | Kosman, Elazar A. (10329) | 0.70 | 340.00 | $ 238.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4845167
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/2023 | Emails regarding WBD retention application (.1); prepare notice to application (.2); review and revised application (.4); finalize, efile and serve application (.3) | Thomas, Elizabeth C.* (10159) | 1.00 | 350.00 | $ 350.00 |
| 09/28/2023 | Prepare and efile certificate of service regarding retention applications | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

|  |  |  |  |  | $ 5,426.00 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

**BKRO - Retention of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/2023 | Participate in call with Brown Rudnick team regarding retention applications and disclosure questions | Detweiler, Donald J. (10135) | 0.30 | 785.00 | $ 235.50 |
| 09/27/2023 | Multiple internal calls and emails regarding finalizing retention applications and responding to disclosure issues | Detweiler, Donald J. (10135) | 0.30 | 785.00 | $ 235.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors    120116.0001.8/4845167
Prime Core Technologies Inc., et al

| 09/27/2023 | Emails authorizing filing of Brown Rudnick and Province retention applications | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/27/2023 | Review and finalize Province retention application | Kosman, Elazar A. (10329) | 2.40 | 340.00 | $ 816.00 |
| 09/27/2023 | Review and finalize Brown Rudnick retention application | Kosman, Elazar A. (10329) | 0.30 | 340.00 | $ 102.00 |
| 09/27/2023 | Emails regarding Province retention application (.1); review and revise application (.2); finalize, efile and serve application (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 350.00 | $ 175.00 |
| 09/27/2023 | Emails regarding Brown Rudnick retention application (.1); prepare notice to application (.1); review application (.1); finalize, efile and serve application (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 350.00 | $ 175.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4845167

|  |  |  |  |  | $ 1,896.00 |
|--|--|--|--|--|--|
|  |  |  | **Total for Task:** |  |  |

**BKTM - US Trustee Matters**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 09/20/2023 | Emails regarding 341 meeting and circulating info to Committee members | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/20/2023 | Email from US Trustee regarding 341 meeting | Detweiler, Donald J. (10135) | 0.20 | 785.00 | $ 157.00 |
| 09/25/2023 | Attend 341 meeting | Detweiler, Donald J. (10135) | 1.30 | 785.00 | $ 1,020.50 |
| 09/25/2023 | Obtain pleadings for 341 meeting and forward to Don Detweiler | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

|  |  | $ 1,369.50 |
|--|--|--|
| **Total for Task:** |  |  |
| **Total for Services:** |  | $ 22,742.00 |

\*    If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4845167
Prime Core Technologies Inc., et al

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4845167

## TIMEKEEPER SUMMARY

| Attorney: | | Hours: | Amount: | Rate: |
|---|---|---|---|---|
| Detweiler, Donald J. | | 13.60 | $ 10,676.00 | $ 785.00 |
| Banker, David M. | | 3.90 | $ 3,510.00 | $ 900.00 |
| Kosman, Elazar A. | | 12.40 | $ 4,216.00 | $ 340.00 |
| Thomas, Elizabeth C.* | | 12.40 | $ 4,340.00 | $ 350.00 |
| | Totals: | 42.30 | $ 22,742.00 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                120116.0001.8/4845167
Prime Core Technologies Inc., et al

### TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 1.70 | $ 1,073.50 |
| BKBO | Business Operations/Meetings with Debtor | 2.30 | $ 1,805.50 |
| BKC | Creditors Committee Meeting/Conferences | 5.40 | $ 4,349.00 |
| BKG | General Case Administration | 7.30 | $ 2,642.00 |
| BKH | Court Hearings/Preparation/Agenda | 5.70 | $ 3,561.00 |
| BKL | Lift Stay Litigation | 0.30 | $ 235.50 |
| BKPO | Plan of Reorganization | 0.60 | $ 384.00 |
| BKRA | Retention of Applicant | 12.70 | $ 5,426.00 |
| BKRO | Retention of Others | 4.50 | $ 1,896.00 |
| BKTM | US Trustee Matters | 1.80 | $ 1,369.50 |
| | **Total** | 42.30 | $ 22,742.00 |

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.

# EXHIBIT B

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                120116.0001.8/4845167
Prime Core Technologies Inc., et al

**DISBURSEMENTS AND OTHER CHARGES**

| Date: | Description: | Amount: |
|---|---|---|
| Sep 7, 2023 | Filing Fee<br>COURTS/USDC-DE - Pro Hac Filing Fees - | $ 125.00 |
| Sep 18, 2023 | Document Printing (Black & White)<br>Reliable Wilmington - Digital Printing B/W/ Tabs Pre-Printer, Binder | $ 129.20 |
| Sep 29, 2023 | Transcript<br>Reliable Wilmington - Expedited Transcript | $ 46.80 |
| Sep 30, 2023 | Copying/Printing<br>DLS Discovery, LLC - Copy Print; Printing on Label Stock; Postage | $ 119.12 |
| | **Total Disbursements:** | $ 420.12 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.