# **EXHIBIT C**

**Identity of Party 7**

**(Filed Under Seal)**