**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Obj. Deadline: Nov. 3, 2023 at 4:00 p.m. (ET)<br>H'rg. Date: Nov. 14, 2023 at 2:00 p.m. (ET) |

**NOTICE OF HEARING ON THE MOTION OF DEBTORS FOR ENTRY
OF AN ORDER DIRECTING WITNESS TO (I) SIT FOR
A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS,
AND (III) PROVIDE SWORN INTERROGATORY
RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

**TO:** (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Official Committee of Unsecured Creditors; and (iii) Party 7,[2] or counsel thereto

**PLEASE TAKE NOTICE** that, on October 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Motion of the Debtors for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses In Response to Rule 2004 Requests* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

An objection, if any, to the Motion must be in writing, filed with the Court and served upon undersigned counsel to Debtors on or before 4:00 p.m. (prevailing Eastern Time) on November 3, 2023.

A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 14, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] The name of the individual identified anonymously in this Notice of Motion is contained in a separately filed **Exhibit C** filed under seal.

1

Dated:  October 27, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
       jbevans@mwe.com
       ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*