**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies Inc., *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
| | ) | |
| Debtors. | ) | **Obj. Deadline: November 20, 2023 at 4:00 p.m. (ET)** |
| | ) | **Hrg.  *Only if objections are filed*** |
| | ) | |

**SUMMARY OF FIRST MONTHLY FEE**
**APPLICATION OF MCDERMOTT WILL & EMERY**
**LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | **McDERMOTT WILL & EMERY LLP** |
| Authorized to provide professional services to: | **Prime Core Technologies Inc., et al.** |
| Date of retention: | **August 14, 2023, effective as of October 4, 2023** |
| Period for which compensation and reimbursement is sought: | **August 14, 2023 through August 31, 2023** |
| Amount of compensation sought as actual, reasonable and necessary: | **$795,300.57 (80% of $993,849.00)** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$12,797.17** |
| This is a: | **First Monthly Application** |

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses |
|---|---|---|---|---|
| **N/A** | | | | |

**PRIME CORE TECHNOLOGIES INC., ET AL.**
**SUMMARY OF BILLING BY PROFESSIONAL**
**AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James Cundiff | 1995 | Partner; Private Client | $1,635.00 | 1.30 | $2,125.50 |
| Darren Azman | 2011 | Partner; Corporate Advisory | $1,450.00 | 51.20 | $74,240.00 |
| Ryan Smethurst | 1999 | Partner; Trial | $1,450.00 | 6.40 | $9,280.00 |
| Maris Kandestin | 2004 | Partner; Corporate Advisory | $1,380.00 | 166.10 | $229,218.00 |
| Joseph Evans | 2014 | Partner; White Coller & Crimes | $1,350.00 | 42.90 | $57,915.00 |
| Thomas Olson | 2013 | Partner; Private Client | $1,350.00 | 4.90 | $6,615.00 |
| Nathan Barnett | 2013 | Partner; Corporate Advisory | $1,350.00 | 1.60 | $2,160.00 |
| Gregg Steinman | 2016 | Partner; Restructuring & Insolvency | $1,300.00 | 143.40 | $186,420.00 |
| Greer Griffith | 2014 | Partner; Trial | $1,300.00 | 49.50 | $64,350.00 |
| Stephania Sanon | 2011 | Partner; Employment | $1,300.00 | 4.70 | $6,110.00 |
| Sarah Raaii | 2015 | Partner; Employee Benefits and Executive Compensation | $1,300.00 | 4.60 | $5,980.00 |
| Deanna Boll | 1998 | Counsel; Corporate Advisory | $1,255.00 | 13.40 | $16,817.00 |

---

[2]    Except as set forth below, the rate represents the current standard hourly rate of each McDermott attorney and paralegal who rendered legal services at a ten percent discount.

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jane Gerber | 2014 | Associate; Corporate Advisory | $1,250.00 | 20.40 | $25,500.00 |
| Jake Jumbeck | 2017 | Associate; Corporate Advisory | $1,105.00 | 39.10 | $43,205.50 |
| Luke Barrett | 2019 | Associate; Corporate Advisory | $1,105.00 | 15.60 | $17,238.00 |
| Patrick Kennedy | 2020 | Associate; Trial | $1,060.00 | 0.90 | $954.00 |
| John DeWitt | 2020 | Associate; Trial | $945.00 | 32.20 | $30,429.00 |
| Abbey Bowe | 2021 | Associate; Trial | $835.00 | 14.40 | $12,024.00 |
| Robert Kaylor | 2021 | Associate; Private Client | $835.00 | 61.70 | $51,519.50 |
| Grayson Williams | 2021 | Associate; Restructuring & Insolvency | $835.00 | 5.70 | $4,759.50 |
| Ethan Heller | 2015 | Associate; Corporate Advisory | $835.00 | 0.60 | $501.00 |
| Jacqueline Winters | 2023 | Associate; Trial | $725.00 | 51.00 | $36,975.00 |
| Rebecca Trickey | 2022 | Associate; Corporate Advisory | $725.00 | 48.40 | $35,090.00 |
| Olivia Kaufmann | 2023 | Associate; Healthcare | $725.00 | 25.50 | $18,487.50 |
| Sindi Cela | 2023 | Associate; Trial | $725.00 | 22.10 | $16,022.50 |
| Michael Wombacher | 2022 | Associate; Corporate Advisory | $725.00 | 19.60 | $14,210.00 |

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Daniel Northrop | N/A | Paralegal; Corporate Advisory | $670.00 | 34.90 | $23,383.00 |
| Brandy Bartosh | N/A | Paralegal; Private Client | $485.00 | 0.80 | $388.00 |
| Albert Sieber | N/A | Legal Support Research | $345.00 | 4.80 | $1,656.00 |
| Mike McMillan | N/A | Legal Support Research | $345.00 | 0.80 | $276.00 |
| TOTALS | | | | 888.5 | $993,849.00 |

**Blended Rate: $1,118.57**

**COMPENSATION BY PROJECT CATEGORY48.40**
**AUGUST 14, 2023 THROUGH AUGUST 31, 20235**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 62.30 | $66,519.50 |
| Asset Analysis and Recovery | 14.50 | $19,458.00 |
| Asset Disposition | 94.10 | $103,254.50 |
| Automatic Stay Issues | 0.40 | $580.00 |
| Meetings/Communications with Creditors | 11.30 | $13,460.50 |
| Court Hearings | 60.20 | $80,343.50 |
| Fee/Employment Applications | 62.40 | $60,864.00 |
| Avoidance Actions | 29.10 | $27,521.50 |
| Assumption/Rejection of Leases | 13.30 | $16,060.00 |
| Other Contested Matters | 11.90 | $14,714.50 |
| Business Operations | 80.10 | $100,588.00 |
| Employee Issues | 28.00 | $35,440.50 |
| Tax Issues | 6.30 | $8,318.00 |
| Board of Director Matters | 7.40 | $8,414.00 |
| Utilities | 3.70 | $3,403.00 |
| Vendor Matters | 3.90 | $3,613.50 |
| Insurance | 28.90 | $32,013.50 |
| Claims Admin. & Objections | 14.20 | $16,122.00 |
| Plan and Disclosure Statement | 69.00 | $70,735.50 |
| General Bankruptcy Advice/Opinion | 89.80 | $123,321.50 |
| Special Committee Investigation | 194.40 | $184,549.50 |
| UST Reporting | 3.30 | $4,554.00 |
| **TOTALS** | **888.5** | **$993,849.00** |

**PRIME CORE TECHNOLOGIES INC., ET AL.**
**EXPENSE SUMMARY**
**AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | LexisNexis | $64.35 |
| Computer Research | WestLaw | $4,155.17 |
| Document Services | Reliable Copy Service | $276.71 |
| Express Mail | FedEx | $494.85 |
| Filing/Registration Fee | | $7,165.00 |
| Messenger/Courier | Supreme Systems | $49.50 |
| Search Fees | LexisNexis | $308.87 |
| Transportation/Parking | | $282.72 |
| **TOTAL** | | **$12,797.17** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Prime Core Technologies Inc., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
|  | ) |
| Debtors. | ) **Obj. Deadline: November 20, 2023 at 4:00 p.m. (ET)** |
|  | ) **Hrg. Date:** *Only if objections are filed* |
|  | ) |

**FIRST MONTHLY FEE APPLICATION OF MCDERMOTT WILL**
**& EMERY LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

McDermott Will & Emery LLP (the "Applicant" or "McDermott"), counsel to Prime

Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in

possession (the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case"),

hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United

States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), for allowance of compensation for services rendered and

reimbursement of expenses for the period from August 14, 2023 through August 31, 2023 (the

"Application Period"), and respectfully represents as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

## JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

States District Court for the District of Delaware, dated February 29, 2012. This is a core

proceeding under 28 U.S.C. § 157(b).

2.    Venue of the Chapter 11 Case and this Application in this District is proper under

28 U.S.C. §§ 1408 and 1409.

3.    The legal predicates for the relief requested herein are Bankruptcy Code

sections 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-2. Pursuant to Local Rule

9013-1(f), McDermott consents to the entry of a final judgement or order with respect to this

Application if it is determined that this Court would lack Article III jurisdiction to enter such

final judgement or order absent the consent of the parties.

## BACKGROUND

A.    **The Chapter 11 Case**

4.    On August 14, 2023 (the "Petition Date"), Debtors commenced the Chapter 11

Case by filing a petition for relief under chapter 11 of the Bankruptcy Code. These cases have

been jointly administered for procedural purposes only.

5.    The Debtors continue to manage their properties as debtors and debtors in

possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has

been appointed in the Chapter 11 Case.

6.    On August 29,  2023, the Office of the United States Trustee for the District of

Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to

Bankruptcy Code section 1102 (the "Committee") [Docket No. 51]. The Committee is comprised

of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG

Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Polaris Ventures; (f) Stably

Corporation; and (g) Austin Ward.

7.      Additional information regarding the Debtors and the Chapter 11 Case, including

the Debtors' business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Jor Law, Interim Chief in*

*Support of the Chapter 11 Petition and First Day Motions* [Docket No. 14] (the "First Day

Declaration"), which is incorporated by reference as if fully set forth herein.

**B.      The Retention of McDermott**

8.      On September 14, 2023, the Debtors applied [Docket No. 124] (the "McDermott

Retention Application") to the Court for an order authorizing the Debtors to retain and employ

McDermott as its counsel, effective as of the petition date. On October 4, 2023, the Court entered

an order [Docket No. 242] authorizing such retention.

**C.      The Interim Compensation Order**

9.      On September 18, 2023, the Court entered the Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 149] (the

"Interim Compensation Order"),  which sets the procedures for interim compensation and

reimbursement of expenses in the Chapter 11 Case. Specifically, that provided that there are no

objections to the Monthly Fee Application filed within twenty (20) days after the service of a

Monthly Fee Application, the Retained Professional may file a certificate of no objection with

the Court, after which the Debtors are authorized to pay such Retained Professional eighty

percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such

Monthly Fee Application. If an objection is filed to the Monthly Fee Application and the parties

reach a consensual resolution, the Debtors are authorized to pay 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

## **RELIEF REQUESTED**

10.     Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, McDermott is seeking compensation in the amount of $795,300.57, which is equal to eighty percent (80%) of the $993,849.00 in fees for professional services rendered by McDermott during the Application Period. This amount is derived solely from the applicable hourly billing rates of McDermott's personnel who rendered such services to the Debtors. In addition, McDermott is seeking reimbursement of expenses incurred during the Application Period in the amount of $12,797.17.

**A.     Compensation Requested**

11.     Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by McDermott with respect to the Chapter 11 Case during the Application Period. This detailed itemization complies with Local Rule 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

12.     The attorneys and paraprofessionals who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B.     Expense Reimbursement**

13.     McDermott incurred out-of-pocket expenses during the Application Period in the amount of $12,797.17. Attached hereto as **Exhibit B** are descriptions of the expenses actually

incurred by McDermott in the performance of services rendered as counsel to the Debtors. The expenses are broken down into categories of charges, including among other things, the following charges: Court filing fees, online legal research, transcripts, service fees, travel expenses (including travel, lodging, and business meal expenses), and certain other non-ordinary expenses.[2]

## **VALUATION OF SERVICES**

14.     Attorneys and paraprofessionals of McDermott have expended a total of 888.5 hours in connection with this matter during the Application Period.

15.     The amount of time spent by each of the professionals providing services to the Debtors for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are McDermott's normal hourly rates of compensation for work of this character at a ten percent discount. The reasonable value of the services rendered by McDermott for the Application Period as counsel for the Debtors in the Chapter 11 Case is $993,849.00.

16.     McDermott believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

17.     In accordance with the factors enumerated in Bankruptcy Code section 330, McDermott submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

---

[2]     In accordance with Del. Bankr. L.R. 2016-2(e)(iii), McDermott does not charge more than $0.10 per page for photocopies, does not charge for incoming facsimile transmissions, and does not charge more than $0.25 per page for outgoing facsimiles.

## NO PRIOR REQUEST

18.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

19.     The undersigned representative of McDermott certifies that she has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, McDermott believes that such deviations are not material and respectfully requests that any such requirement be waived.

## CONCLUSION

WHEREFORE, McDermott respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $795,300.57 (80% of $993,849.00) for professional services rendered, and (b) reimbursement for actual and necessary costs in the amount of $12,797.17; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 30, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:        dazman@mwe.com
                   jbevans@mwe.com
                   ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:        gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*