# EXHIBIT B

**August Expense Detail**



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822724 |
| | Invoice Date: | 10/30/2023 |

## Costs and Other Charges

| Description | Amount |
|---|---:|
| Computer Research | 64.35 |
| Computer Research, JANE GERBER | |
| Computer Research | 335.40 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 182.59 |
| Computer Research, SINDI CELA | |
| Computer Research | 365.17 |
| Computer Research, SINDI CELA | |
| Computer Research | 548.38 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 182.79 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 730.33 |
| Computer Research, JOHN DEWITT | |
| Computer Research | 365.17 |
| Computer Research, JOHN DEWITT | |
| Computer Research | 1,445.34 |
| Computer Research, ROBERT KAYLOR | |
| Document Services | 178.31 |
| VENDOR: Reliable Copy Service INVOICE#: WL112342 DATE: 8/25/2023 - Preparation by Reliable Companies of first day hearing binders and enlarged charts and budgets for Judge Stickles in connection with first day hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS), and delivery of the materials to the | |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822724 |
| | Invoice Date: | 10/30/2023 |

| Description | Amount |
|---|---|
| court. | |
| Document Services | 98.40 |
| VENDOR: Reliable Copy Service INVOICE#: WL112420 DATE: 8/30/2023 - Preparation of transcript of first day hearing (8/25/2023) in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) by Reliable Companies. | |
| Express Mail | 436.94 |
| VENDOR: Federal Express Corporation INVOICE#: 823849500 DATE: 8/29/2023 - FedEx invoice 823849500 - Service of subpoenas on multiple targets (14 total) (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Express Mail | 57.91 |
| VENDOR: Federal Express Corporation INVOICE#: 823849500 DATE: 8/29/2023 - FedEx invoice 823849500  Service of subpoenas (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Filing/Registration Fee | 6,952.00 |
| Filing fee for four voluntary chapter 11 petitions (Prime Core Technologies, Inc., Prime Trust, LLC, Prime IRA LLC and Prime Digital, LLC) ($1738 each) in the U.S. Bankruptcy Court for the District of Delaware. | |
| Filing/Registration Fee | 25.00 |
| Pro hac vice admission fee for G. Steinman (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Filing/Registration Fee | 188.00 |
| Filing fee for Debtors' Motion for Entry of Orders re Bid Procedures and Sale (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Messenger/Courier | 16.50 |
| VENDOR: Supreme Systems, Inc. INVOICE#: 103659 DATE: 8/31/2023 - Courier service 8/30 - 8/31/23 | |
| Messenger/Courier | 16.50 |
| VENDOR: Supreme Systems, Inc. INVOICE#: 103659 DATE: 8/31/2023 - Courier service 8/30 - 8/31/23 | |
| Messenger/Courier | 16.50 |
| VENDOR: Supreme Systems, Inc. INVOICE#: 103659 DATE: 8/31/2023 - Courier service 8/30 - 8/31/23 | |
| Search Fees | 134.59 |
| VENDOR: LexisNexis Risk Solutions INVOICE#: 5022094-20230831 DATE: 8/31/2023 | |



Prime Trust

Client: 121647
Invoice: 3822724
Invoice Date: 10/30/2023

| Description | Amount |
|---|---:|
| - LexisNexis Accurint Search fees for August 2023<br>Search Fees<br>VENDOR: LexisNexis Risk Solutions INVOICE#: 5022094-20230831 DATE: 8/31/2023<br>- LexisNexis Accurint Search fees for August 2023 | 174.28 |
| Transportation/Parking<br>Travel by taxi to Delaware Bankrutptcy Court for first day hearing from McDermott New York and return from Delaware Bankruptcy Court to McDermott New York (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | 282.72 |

| | |
|---:|---:|
| **Total Costs and Other Charges** | **$12,797.17** |
| **Total This Invoice** | **$1,006,646.17** |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.