# EXHIBIT 1

## Amended Confirmation Schedule[1]

| Event | Date and Time (if any) |
|---|---|
| Deadline to File Rule 3018 Motions | November 28, 2023, at 4:00 p.m. (ET) |
| Deadline to File Plan Supplement | November 28, 2023, at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to Object to Rule 3018 Motions | December 5, 2023, at 4:00 p.m. (ET) |
| Voting Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Affidavit | December 12, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | December 12, 2023, at 4:00 p.m. (ET) |
| Confirmation Hearing | December 19, 2023, at 10:00 a.m. (ET) |

---

[1] This schedule omits dates and deadlines that are temporally obsolete.