# **EXHIBIT 2**

**Supplemental Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDMENT TO CONFIRMATION SCHEDULE

**PLEASE TAKE NOTICE** that, you previously received notice (the "Confirmation Hearing Notice") of the Court's entry of an *Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 264] (the "Conditional Approval Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October [•], 2023, the Court entered an order approving an amendment to the Conditional Approval Order [Docket No. [•]] (the "Amended Conditional Approval Order"), which approved the following Amended Confirmation Schedule:

| Event | Date and Time (if any) |
|---|---|
| Deadline to File Rule 3018 Motions | November 28, 2023, at 4:00 p.m. (ET) |
| Deadline to File Plan Supplement | November 28, 2023, at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to Object to Rule 3018 Motions | December 5, 2023, at 4:00 p.m. (ET) |
| Voting Deadline | December 5, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Affidavit | December 12, 2023 |
| Deadline to File Declarations, Brief, in Support of Confirmation, Replies in support of Rule 3018 Motions | December 12, 2023, at 4:00 p.m. (ET) |
| Confirmation Hearing | December 19, 2023, at 10:00 a.m. (ET) |

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Amended Conditional Approval Order, the terms of, and dates and deadlines set forth in, the Conditional Approval Order remain in full force and effect.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms used but not defined herein are defined in the Amended Conditional Approval Order or the Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in this supplemental notice (the "Supplemental Notice"), the information set forth in the Confirmation Hearing Notice remains unchanged, and both the Confirmation Hearing Notice and this Supplemental Notice should be referenced in connection with the Debtors' Plan process.

Dated: October [●], 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

| | | |
|---|---|---|
| Maris J. Kandestin (No. 5294) | Darren Azman | Gregg Steinman |
| 1000 N. West Street, Suite 1400 | Joseph B. Evans | 333 SE 2nd Avenue, Suite 4500 |
| Wilmington, DE 19801 | One Vanderbilt Avenue | Miami, Florida 33131 |
| Telephone: (302) 485-3900 | New York, New York 10017-3852 | Telephone: (305) 358-3500 |
| Facsimile: (302) 351-8711 | Telephone: (212) 547-5400 | Facsimile: (305) 347-6500 |
| Email: mkandestin@mwe.com | Email: dazman@mwe.com | Email: gsteinman@mwe.com |
| | jbevans@mwe.com | |

*Counsel to the Debtors and Debtors in Possession*