## SCHEDULE 1

**Rejected Contracts[1]**

---

[1] Each as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 1. | Prime Trust, LLC | Vendor Agreement | AgileThought, Inc. |
| 2. | Prime Trust, LLC | Vendor Agreement | AgileThought, Inc. |
| 3. | Prime Trust, LLC | Vendor Agreement | Anchorage Digital Bank |
| 4. | Prime Trust, LLC | Vendor Agreement | API Hub Inc., dba Clearbit |
| 5. | Prime Trust, LLC | Vendor Agreement | AU10TIX Limited |
| 6. | Prime Trust, LLC | Vendor Agreement | BlockDaemon Ltd |
| 7. | Prime Trust, LLC | Vendor Agreement | Calm |
| 8. | Prime Trust, LLC | Vendor Agreement | Castellum.AI Corporation |
| 9. | Prime Trust, LLC | Vendor Agreement | Chainalysis |
| 10. | Prime Trust, LLC | Utilities | Cox Business |
| 11. | Prime Trust, LLC | Vendor Agreement | Datadog, Inc. |
| 12. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company |
| 13. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company |
| 14. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company |
| 15. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company |
| 16. | Prime Trust, LLC | Vendor Agreement | Equity Trust Company |
| 17. | Prime Trust, LLC | Vendor Agreement | Finovation |
| 18. | Prime Trust, LLC | Vendor Agreement | Fold, Inc. |
| 19. | Prime Trust, LLC | Vendor Agreement | Forter |
| 20. | Prime Trust, LLC | Vendor Agreement | Innovest Systems, LLC |
| 21. | Prime Trust, LLC | Vendor Agreement | LexisNexis Risk Solutions FL Inc. |
| 22. | Prime Trust, LLC | Vendor Agreement | LinkedIn Corporation |
| 23. | Prime Trust, LLC | Utilities | Lumen |
| 24. | Prime Trust, LLC | Vendor Agreement | Planful, Inc. |
| 25. | Prime Trust, LLC | Vendor Agreement | Revenue Pulse |
| 26. | Prime Trust, LLC | Vendor Agreement | Sift |
| 27. | Prime Trust, LLC | Vendor Agreement | Sovos Compliance LLC |
| 28. | Prime Trust, LLC | Vendor Agreement | Ubiquity Global Services, Inc. |