## EXHIBIT B

**September Expense Detail**

Case 23-11161-JKS    Doc 372-2    Filed 11/01/23    Page 1 of 10



Prime Trust

Client: 121647
Invoice: 3822706
Invoice Date: 10/31/2023

## Costs and Other Charges

| Description | Amount |
| --- | --- |
| Business Meal | 16.85 |
| Meal (1 person) while in Wilmington, DE for Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | |
| Business Meal | 10.48 |
| Meal (1 person) while in Wilmington, DE for Bid Procedures hearing (In re Prime Core | |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



Prime Trust

| | |
|---|---|
| Client: | 121647 |
| Invoice: | 3822706 |
| Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---:|
| Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | |
| Business Meal | 7.80 |
| Meal (1 person) while in Wilmington, DE for Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | |
| Business Meal | 20.00 |
| Dinner while in New York City, NY for Second Day Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | |
| Business Meal | 49.10 |
| Meal (1 person) while in Wilmington, DE to attend second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | |
| Business Meal | 20.00 |
| Lunch during travel to New York for Second Day Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | |
| Computer Research | 547.75 |
| Computer Research, JOHN DEWITT | |
| Computer Research | 208.00 |
| Computer Research, ALBERT SIEBER | |
| Computer Research | 420.85 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 68.90 |
| Computer ResearchALBERT SIEBER | |
| Computer Research | 1,460.67 |
| Computer Research, JOHN DEWITT | |
| Computer Research | 365.17 |
| Computer Research, JOHN DEWITT | |
| Computer Research | 1,702.69 |
| Computer Research, JACQUELINE WINTERS | |
| Computer Research | 3,392.30 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 182.79 |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822706 |
| | Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---:|
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 548.38 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 182.59 |
| Computer Research, JACQUELINE WINTERS | |
| Computer Research | 185.63 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 98.80 |
| Computer ResearchALBERT SIEBER | |
| Computer Research | 731.17 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 731.17 |
| Computer Research, ROBERT KAYLOR | |
| Computer Research | 3,729.52 |
| Computer Research, JOSEPH AMINOV | |
| Computer Research | 34.45 |
| Computer ResearchJAKE JUMBECK | |
| Computer Research | 426.52 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 64.35 |
| Computer Research JENNIFER BERMAN | |
| Computer Research | 1.60 |
| VENDOR: Pacer; INVOICE #:2604250-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for Chicago | |
| Computer Research | 98.40 |
| VENDOR: Pacer; INVOICE #:2604250-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for Chicago | |
| Computer Research | 3.40 |
| VENDOR: Pacer; INVOICE #:2604250-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for Chicago | |
| Computer Research | 1.40 |
| VENDOR: Pacer; INVOICE #:2604250-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for Chicago | |
| Computer Research | 757.50 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 | |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822706 |
| | Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---:|
| charges for Dallas | |
| Computer Research | 3.20 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 charges for Dallas | |
| Computer Research | 10.80 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 charges for Dallas | |
| Computer Research | 9.90 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 charges for Dallas | |
| Computer Research | 6.70 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 charges for Dallas | |
| Computer Research | 35.40 |
| VENDOR: Pacer; INVOICE #:4841559-Q32023; Date 10/04/2023- Pacer Q3 2023 charges for Dallas | |
| Document Services | 6.00 |
| VENDOR: Reliable Copy Service INVOICE#: WL112585 DATE: 9/12/2023 - Prime Trust Chapter 11 Case | |
| Document Services | 192.44 |
| VENDOR: Reliable Copy Service INVOICE#: WL112594 DATE: 9/12/2023 - Prime Trust Chapter 11 Case | |
| Document Services | 15.00 |
| VENDOR: Reliable Copy Service INVOICE#: WL112626 DATE: 9/14/2023 - Hand Delivery Courier Service | |
| Document Services | 60.86 |
| VENDOR: Reliable Copy Service INVOICE#: WL1126048 DATE: 9/14/2023 - Prime Trust Chapter 11 Case | |
| Document Services | 194.20 |
| VENDOR: Reliable Copy Service INVOICE#: WL112688 DATE: 9/18/2023 - : Preparation by Reliable Company of hearing binder for MWE team for 9/19 hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS). | |
| Document Services | 304.04 |
| VENDOR: Reliable Copy Service INVOICE#: WL112690 DATE: 9/18/2023 - Preparation and delivery by Reliable Company of hearing binders for the court for 9/19 hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) | |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822706 |
| | Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---|
| Express Mail | 26.44 |
| VENDOR: Federal Express Corporation INVOICE#: 824526586 DATE: 9/5/2023 - FedEx invoice 824526586 Service of subpoena on target (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Express Mail | 37.07 |
| VENDOR: Federal Express Corporation INVOICE#: 825161152 DATE: 9/12/2023 - FedEx invoice 825161152 Service of subpoena on target (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Express Mail | 37.23 |
| FedEx #827318015 - 773571145569, LAS VEGAS for service of 2004 exam on Target (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Express Mail | 42.49 |
| FedEx #827318015 - 773578704710, LIBERTY HILL for service of 2004 exam on Target (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) | |
| Messenger/Courier | 12.50 |
| VENDOR: Supreme Systems, Inc. INVOICE#: 103692 DATE: 9/9/2023 - Courier service 9/1 - 9/8/23 | |
| Messenger/Courier | 12.50 |
| VENDOR: Supreme Systems, Inc. INVOICE#: 103692 DATE: 9/9/2023 - Courier service 9/1 - 9/8/23 | |
| Miscellaneous | 75.00 |
| Payment of fee ($25 each) for G. Griffith, J. Jumbeck, and R. Trickey to appear pro hac vice on behalf of the Debtors in the Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) | |
| Obtain Copy of Transcripts | 232.80 |
| VENDOR: Reliable Copy Service INVOICE#: WL112721 DATE: 9/20/2023   - Obtain transcript of 9/13/2023 hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) | |
| Obtain Copy of Transcripts | 252.20 |
| VENDOR: Reliable Copy Service INVOICE#: WL112899 DATE: 9/29/2023   - Obtain transcript of 9/19/2023 hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS). | |
| Search Fees | 43.60 |
| VENDOR: TransUnion Risk and Alternative Data Sol INVOICE#: 572596-202308-1 | |



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3822706 |
| | Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---:|
| DATE: 9/1/2023   - TransUnion TLO charges for August 2023<br>Search Fees<br>VENDOR: TransUnion Risk and Alternative Data Sol INVOICE#: 572596-202308-1 | 201.65 |
| DATE: 9/1/2023   - TransUnion TLO charges for August 2023<br>Search Fees<br>VENDOR: Chapter 11 Dockets INVOICE#: 130429 DATE: 9/19/2023 - Chapter 11 Dockets, Usage from August 2023 | 20.00 |
| Search Fees<br>VENDOR: LexisNexis Risk Solutions INVOICE#: 5022094-20230930 DATE: 9/30/2023 - Lexis Accurint charges for September 2023 | 41.64 |
| Transportation/Parking<br>Return taxi to New York City, NY fro,m Wilmington, DE to attend bid procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Joe Evans | 250.00 |
| Transportation/Parking<br>Taxi from New York City, NY to Wilmington, DE to attend bid procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Joe Evans | 250.00 |
| Transportation/Parking<br>Uber while in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | 52.98 |
| Transportation/Parking<br>Taxi from New York City, NY to Wilmington, DE to attend second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Joe Evans | 250.00 |
| Transportation/Parking<br>Return taxi to New York City, NY fro,m Wilmington, DE to attend second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Joe Evans | 250.00 |
| Transportation/Parking<br>Taxi return from Wilmington, DE to New York City, NY from attending second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | 250.00 |
| Transportation/Parking<br>Travel to second day hearing (In re Prime Core Technologies Inc., et al., Case No. | 126.97 |



| | | | |
|---|---|---|---|
| Prime Trust | | Client: | 121647 |
| | | Invoice: | 3822706 |
| | | Invoice Date: | 10/31/2023 |

| Description | Amount |
|---|---|
| 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Maris Kandestin Transportation/Parking | 78.54 |
| Travel from second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Maris Kandestin Transportation/Parking | 74.00 |
| Airport parking during travel to New York for Second Day Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman Travel Expenses | 588.50 |
| Flight from Chicago, IL to Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck Travel Expenses | 44.90 |
| Uber from hotel to Courthouse in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck Travel Expenses | 50.93 |
| Uber from Courthouse in Wilmington, DE to attend Bid Procedures to Philadelphia, PA (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck Travel Expenses | 500.00 |
| Hotel stay while in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck Travel Expenses | 191.08 |
| Hotel stay while in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman Travel Expenses | 250.00 |
| Taxi from New York City, NY to Wilmington, DE to attend bid procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman Travel Expenses | 48.92 |
| Transportation hotel to Courthouse in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



Prime Trust                                     Client:        121647
                                                Invoice:       3822706
                                                Invoice Date:  10/31/2023

## Description                                                                                                    Amount

| Description | Amount |
|---|---|
| Travel Expenses<br>Transportation back to hotel from Courthouse in Wilmington, DE to attend Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | 52.80 |
| Travel Expenses<br>Internet access during travel to Wilmington, DE for Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Jake Jumbeck | 7.99 |
| Travel Expenses<br>Return taxi from Wilington, DE to New York from attending Bid Procedures hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | 250.00 |
| Travel Expenses<br>Flight from Chicago, IL to New York City, NY and return flight from New York City, NY to Chicago, IL for attendance at Creditor's Committee Meeting (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Rebecca Trickey | 364.30 |
| Travel Expenses<br>Hotel in New York City to attend Creditor Committee Meeting on 9/18/2023 (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Rebecca Trickey | 500.00 |
| Travel Expenses<br>Wifi fee in flight during flight from Miami FL to New York City, NY for Second Day Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | 19.00 |
| Travel Expenses<br>Flight from Miami, FL to New York City, NY for Second Day Hearing and return flight from New York City, NY to Miami, FL (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | 500.00 |
| Travel Expenses<br>Taxi from New York City to Newark Airport for return flight to Chicago from Creditor's Committee Meeting (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Rebecca Trickey | 170.00 |
| Travel Expenses<br>Taxi from Chicago O'Hare Airport to residence after return from New York City, NY to | 44.00 |



| Prime Trust | Client: | 121647 |
|---|---|---|
| | Invoice: | 3822706 |
| | Invoice Date: | 10/31/2023 |

| **Description** | **Amount** |
|---|---|
| attend Creditor's Committee Meeting (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Rebecca Trickey | |
| Travel Expenses | 500.00 |
| Hotel accommodations while Wilmington, DE to attend second day hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Darren Azman | |
| Travel Expenses | 19.00 |
| Wifi fee in flight during travel to New York for Second Day Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | |
| Travel Expenses | 1,000.00 |
| Hotel stay (2 days; September 17, 2023 - September 19, 2023) during New York travel for Prime Trust Hearing (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) U.S. Bankruptcy Court for the District of Delaware)) - Gregg Steinman | |
| **Total Costs and Other Charges** | **$24,875.80** |
| **Total This Invoice** | **$1,735,902.80** |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.