# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 317 & 319** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused true and correct copies of the following court filings to be served on October 19, 2023, via electronic mail, on the parties and at the addresses listed below:

(i) First Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors for the Period from August 14, 2023 Through August 31, 2023 [Docket No. 317], and

(ii) Second Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 319].

## SERVICE PARTIES

Prime Core Technologies Inc., *et al.*
10845 Griffith Peak Dr., #03-153
Las Vegas, NV 89135
Attn: Jor Law

Brown Rudnick LLP
7 Times Square
New York, NY 10036
Attn: Robert Stark and Bennett Silverberg
E-mail: rstark@brownrudnick.com;
bsilverberg@brownrudnick.com

*Counsel for Official Committee of Unsecured Creditors*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

1

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Attn: Donald Detweiler<br>E-mail: don.detweiler@wbd-us.com<br><br>*Co-counsel to the Official Committee of Unsecured Creditors* | Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph Cudia<br>E-mail: joseph.cudia@usdoj.gov |

Dated: November 2, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:       mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:    (646) 547-5444
Email:       dazman@mwe.com
              jbevans@mwe.com
              ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:    (305) 347-6500
Email:       gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*