# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 7, 2023 AT 2:00 P.M. (EASTERN TIME)
### BEFORE THE HONORABLE J. KATE STICKLES

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles. All participants over Zoom must register in advance. Please register by November 6, 2023, at 4:00 p.m. (Eastern Time).**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc-GopzgvHw_4auSg3vqPXU5IkKD4Rp8
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 10/20/23; Docket No. 325]

    Related Documents:

    (a) Exhibit C to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests (Filed Under Seal) [Filed 10/20/23; Docket No. 326]

    (b) Notice of Hearing in the Motion of Debtors for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 10/20/23; Docket No. 327]

    Responses Received:

    (a) Opposition to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 11/2/23; Docket No. 374]

    (b) Declaration of Kathryn S. Diemer, Esq. in Support of Opposition to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 11/2/23; Docket No. 376]

    Objection Deadline:    October 26, 2023 at 4:00 p.m. (ET)

    Status:    This matter will be going forward.

Dated: November 2, 2023         **MCDERMOTT WILL & EMERY LLP**
Wilmington, Delaware

                                */s/ Maris J. Kandestin*
                                Maris J. Kandestin (No. 5294)
                                1000 N. West Street, Suite 1400
                                Wilmington, Delaware 19801
                                Telephone:  (302) 485-3900
                                Facsimile:  (302) 351-8711
                                Email:      mkandestin@mwe.com

                                -and-

                                Darren Azman (admitted *pro hac vice*)

Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*