# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*, | ) Case No. 23-11161 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 376 |

## NOTICE OF WITHDRAWAL

On behalf of third-party Alec Gorge, please take notice and kindly withdraw the Declaration of Kathryn S. Diemer, Esq. [D.I. 376] and accompanying exhibits.

Dated: November 3, 2023     **SEITZ, VAN OGTROP & GREEN, P.A.**

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Counsel for Alec Gorge*