# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases** (Docket No. 296)

Furthermore, on October 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases** (Docket No. 296)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: October 26, 2023

                                                                */s/ Andrew Fitzpatrick*<br>
                                                                  Andrew K. Fitzpatrick

State of Colorado    )<br>
                              ) SS.<br>
County of Denver    )

Subscribed and sworn before me this 26th day of October 2023 by Andrew K. Fitzpatrick.

*Kerrie Lynne Darby*<br>
(Notary's official signature)

| |
|---|
| KERRIE LYNNE DARBY<br>NOTARY PUBLIC<br>STATE OF COLORADO<br>NOTARY ID 20234021580<br>MY COMMISSION EXPIRES JUN. 8, 2027 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Brex | | 405 Howard Street | Suite 200 | Salt Lake City | UT | 84101 |
| Coinbits Business | Attn: Maher Janajri | 1551 Crabapple Ln | | Plainfield | NJ | 07060 |
| First Choice Coffee Services | | 7525 Colbert Dr Ste 104 | | Reno | NV | 89511 |
| Fold, Inc. | Attn: Will Reeves | 11201 North Tatum Blvd, Suite 300, #42035 | | Phoenix | AZ | 85028 |
| Kado Software, Inc | Attn: Emery Andrew | 100 Summer St. Suite 1600 | | Boston | MA | 02110 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Brex | | ar@brex.com |
| Coinbits Business | Attn: Maher Janajri | maher@coinbitsapp.com |
| First Choice Coffee Services | | reno@firstchoiceservices.com |
| Fold, Inc. | Attn: Will Reeves | will.reeves@foldapp.com |
| Kado Software, Inc | Attn: Emery Andrew | emery@kado.money |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

Document Ref: SZQTF-V6J8P-ZHXGG-KKAXH

Page 5 of 7

# **<u>Exhibit C</u>**



# Exhibit C
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| CubeSmart | | STORE0438@CUBESMART.COM |
| Homium | Attn: David Jette COO/CFO | david@homium.io |
| Homium | Attn: Lawrence Young (General Counsel/CCO) | larry@homium.io |
| WeWork | Attn: Leasing Manager | christian.meyers@wework.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

Document Ref: SZQTF-V6J8P-ZHXGG-KKAXH

Page 7 of 7