# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*, | ) Case No. 23-11161 (JKS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 325 |

**DECLARATION OF KATHRYN S. DIEMER, ESQ. IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERRGATORY RESPONSES <u>IN RESPONSE TO RULE 2004 REQUESTS</u>**

1. I, Kathryn S. Diemer, Esq., hereby declare as follows:

2. I am an attorney licensed to practice in the state of California. I am a partner in the law firm of Diemer & Wei, LLP, counsel for Alec Gorge. I am personally familiar with the facts of this case, and if called upon, could and would testify to the matter identified herein based upon personal knowledge, except for those matters pled on information and belief.

3. Mr. Gorge received a letter from Mr. Evans, on August 18, 2023. A true and correct copy of the letter, with attachments redacted to conform to the redactions in the pleadings filed by Debtor with the Court is attached hereto as Exhibit 1.

1

4. Attached hereto as Exhibit 2 is a true and correct copy of the subpoena which Mr. Evans attached to the August 18, 2023, letter, identifying areas of oral testimony.

5. Mr. Gorge engaged Diemer & Wei, LLP in late August 2023.

6. I contacted Mr. Evans, counsel for the Debtor, and indicated that I was representing Mr. Gorge in the matter.

7. Attached hereto as Exhibit 3 is a true and correct copy of the email which I sent to Mr. Evans and Ms. Greer on September 7, 2023, indicating that Mr. Gorge would stipulate to an agreed upon date for oral examination once the parties reached an agreement for a stipulated order.

8. Attached hereto as Exhibit 4 is a true and correct copy of the email which I received from Debtor's counsel wherein they insisted that they would not agree to a date for Mr. Gorge's 2004 examination until such time as Mr. Gorge provided "sworn Interrogatory responses" and responded to the request for production of documents.

9. Attached hereto as Exhibit 5 to this declaration are several emails, dated September 12, 2023, September 14, 2023, October 4, 2023, in which I provided to the Debtor the law, and the facts supporting Mr. Gorge's position that as a third party witness, discovery should be limited, not

unduly intrusive, and that it could not include written interrogatories, and should be tightly tailored.

10. Attached hereto as Exhibit 6 to this declaration is the email through which Mr. Gorge became aware, on Sunday evening, October 22, 2023, that Debtor rejected its offer and intended to move to compel Mr. Gorge's 2004 examination seeking interrogatories, request for production of documents and oral testimony.

11. I am informed and believe that Mr. Gorge worked initially for Prime Trust, LLC, then switched to working for Prime Digital, LLC. Mr. Gorge ceased working for Prime Digital, LLC in February 2021. After leaving Prime Digital, LLC in February 2021, Mr. Gorge ceased working for any company related to the Debtors, and in fact left the crytopcurrency arena, working instead in a different area of tech involving social networking software.

12. Debtors filed bankruptcy on August 13, 2023.

13. Debtors filed the motion for 2004 of Mr. Gorge on August 18, 2023.

14. I reviewed the list of creditors, and the petitions in both Delaware Bankruptcy Court Case No. 23-11162, and Delaware Bankruptcy Court Case No. 23-11161 In Re Prime Core. I also reviewed Stretto, the noticing

agents' list of creditors. Mr. Alec Gorge does not appear as a creditor in either bankruptcy, or on the noticing agents' list of creditors.

Dated: November 2, 2023          /s/ *Kathryn S. Diemer*
                                 _____
                                 Kathryn S. Diemer
                                 DIEMER & WEI, LLP
                                 55 S. Market Street, Suite 1420
                                 San Jose, CA  95113
                                 (408) 971-6270
                                 kdiemer@diemerwei.com

                                 *Counsel for Alec Gorge*