Exhibit 1



mwe.com

Joseph B. Evans
Partner
jbevans@mwe.com
+1 212 547 5767

August 18, 2023

**VIA EMAIL AND FEDERAL EXPRESS**

Alec Gorge
4776 Westmont Ave.
Campbell, CA 95008

Re:   *In re Prime Core Technologies Inc., et al.*, No. 23-11161 (JKS) (Bankr. D. Del.)

Dear Alec Gorge:

We represent Prime Core Technologies Inc., and its affiliated debtors (collectively, the "Debtors"), in connection with the above-captioned Chapter 11 Bankruptcy cases (the "Bankruptcy Cases") pending in the United States Bankruptcy Court for the District of Delaware.

We have attached the Debtors' requests for information, which have been styled as a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. Under the Local Rules for the United States Bankruptcy Court for the District of Delaware, "a motion under Fed. R. Bankr. P. 2004 is not required if the proposed examinee agrees to voluntarily appear or produce documents." *See* Del. Bankr. L.R. 2004-1(c); *see also* Del. Bankr. L.R. 2004-1(e) ("consensual discovery can be conducted by agreement and not under the provisions of Fed. R. Bankr. P. 2004 or this Local Rule, as applicable.") We are seeking your voluntary cooperation. If you fail to cooperate, we will immediately seek court intervention.

Please confirm via email or other writing no later than **August 25, 2023**, that you will provide the requested information by **August 31, 2023**, and appear for a deposition to be scheduled at a mutually agreeable time and place. If you refuse to comply or do not timely respond, the Debtors will promptly seek court intervention. We are available to discuss a mutually agreeable date, time, place and scope of production and examination via a phone call or Zoom conference. *See* Del. Bankr. L.R. 2004-1(a).

Sincerely,



Joseph B. Evans



One Vanderbilt Avenue  New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

US practice conducted through McDermott Will & Emery LLP.