# Exhibit 6

## Kathryn Diemer

| | |
|---|---|
| **From:** | Griffith, Greer <Ggriffith@mwe.com> |
| **Sent:** | Sunday, October 22, 2023 6:57 PM |
| **To:** | Evans, Joseph; Kathryn Diemer |
| **Subject:** | RE: Potential offer of resolution to the current impasse |
| **Attachments:** | 2023.10.20 (Doc. 327) Notice of Hearing for Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce D.pdf; 2023.10.20 (Doc. 325) Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Pr.pdf; EXHIBIT C to Rule 2004 Motion.pdf |

Ms. Diemer,

Please find attached:

- *Debtors' Motion for Entry of an Order Directing Witness to: (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Doc 325]
- *Exhibit C to Rule 2004 Motion* – This document was filed under seal [Doc. 326]
- *Notice of Hearing on the Motion of Debtors for Entry of an Order Directing Witness to: (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Doc. 327]

Greer

**GREER GRIFFITH**
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578    **Mobile** +1 215 913 1418    **Email** ggriffith@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Tuesday, October 17, 2023 3:50 PM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>; Griffith, Greer <Ggriffith@mwe.com>
**Subject:** RE: Potential offer of resolution to the current impasse

Kathyrn,

No thanks. We will file the 2004 motion and seek the discovery we are entitled to.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767    **Mobile** +1 917 841 4738    **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
Tel 212-547-5499    Email malbino@mwe.com

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Tuesday, October 17, 2023 3:35 PM

1