## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief** (Docket No. 368)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: November 6, 2023

*Andrew Fitzpatrick*
Andrew K. Fitzpatrick

State of Colorado ⎫
⎬ SS.
County of Denver ⎭

Subscribed and sworn before me this 6th day of November 2023 by Andrew K. Fitzpatrick.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| AGILE THOUGHT LLC | | 222 W Las Colinas Boulevard – Urban Towers Suite 1650 E | | Irving | TX | 75039 | |
| Agile Thought LLC | | 222 West Las Colinas Boulevard | | Irving | CA | 75039 | |
| Agile Thought LLC | c/o Jeremy William Ryan, Potter Anderson & Corroon | 1313 N. Market St, 6th Flr | | Wilmington | DE | 19801 | |
| Anchorage Digital Bank N.A | | 101 S. Reid Street | Suite 329 | Sioux Falls | SD | 57103 | |
| Anchorage Digital Bank N.A. | | 221 Pine St, Ste 600 | | San Francisco | CA | 94104 | |
| APIHUB, Inc. dba Clearbit | | 548 Market Street, Suite 95879 | | San Francisco | CA | 94104 | |
| AU10TIX Limited | Attn: Ron Atzmon | 32 Spyrou Kyprianou Ave., 2nd Floor | | Nicosia | | CY-1075 | Cyprus |
| AU10TIX Limited | Attn: Ron Atzmon | 5B Hanagar, Hod Hasharon St. | | | | | Israel |
| Blockdaemon Ltd | | 10 Inge Lehmanns Gade | | Aarhus | | 8000 | Denmark |
| Blockdaemon Ltd | | 11400 West Olympic Blvd, Ste 200 | | Los Angeles | CA | 90065 | |
| Calm | | 77 Geary Street, 3rd Floor | | San Francisco | CA | 94108 | |
| Castellum.AI Corporation | | 99 Wall Street, Suite 1377 | | New York | NY | 10005 | |
| Chainalysis | | 114 5th Ave, 18 Flr | | New York | NY | 10011 | |
| Chainalysis | | 228 Park Ave | S 23474 | New York | NY | 10003 | |
| Cox Business | | PO Box 53262 | | Phoenix | AZ | 85072-3262 | |
| Datadog, Inc. | Attn: Andrew Baldwin | 620 8th Avenue, 45th Floor | | New York | NY | 10018-1741 | |
| Equity Trust Company | | PO Box 451219 | | Westlake | OH | 44145 | |
| Equity Trust Company | Attn: Legal Department | 1 Equity Way | | Westlake | OH | 44145-1050 | |
| Equity Trust Company | Attn: Legal Department and Matthew Gardner | 3 Equity Way | | Westlake | OH | 44145-1052 | |
| Finovation Systems LLC | Kurt Rupert | 201 Robert S. Kerr | | Oklahoma City | OK | 73102 | |
| Finovation Systems, LLC | | 3455 Peachtree Road NE, 5th floor | | Atlanta | GA | 30326 | |
| Fold, Inc. | | 55 E 3rd Ave | | San Mateo | CA | 94401 | |
| Fold, Inc. | Attn: Will Reeves | 11201 North Tatum Blvd, Suite 300, #42035 | | Phoenix | AZ | 85028 | |
| Fold, Inc. | Courtney Rogers Perrin, Esq. | 150 3rd Ave. South, Suite 1900 | | Nashville | TN | 37201 | |
| Forter | | 12 E 49th St | | New York | NY | 10017 | |
| Forter | | 575 Fifth Avenue | | New York | NY | 10017 | |
| Innovest Systems LLC | | 4 Times Square | | New York | NY | 10036 | |
| Innovest Systems LLC | | PO Box 411061 | | Boston | MA | 02241-1061 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| LEXISNEXIS RISK SOLUTIONS | | 28330 Network Place | | Chicago | IL | 60673-1283 | |
| LinkedIn Corporation | | 62228 Collections Center Drive | | Chicago | IL | 60693 | |
| LinkedIn Corporation | Attn: Paul Timko and Katie Lock | 1000 W. Maude Avenue | | Sunnyvale | CA | 94085 | |
| Lumen (CenturyLink Communications) | | PO Box 4918 | | Monroe | LA | 71211-4918 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 165 Capitol Ave | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: 47UKI-5POMJ-QEWWE-VYRQH



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General for the State of Oregon | | 1162 Court St NE | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |
| Office of the Attorney General for the State of West Virginia | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn:  Linda Casey, Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Planful, Inc. | c/o Legal Department | 150 Spear Street | Suite 1850 | San Francisco | CA | 94105 | |
| Revenue Pulse Inc | | 2 Gurdwara Road, Suite 200 | | Ottawa | ON | K2E1A2 | CA |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Sift | Attn: Eva Gutierrez | 525 Market St 6th Fl | | San Francisco | CA | 94105 | |
| Sovos Compliance LLC | | 200 Ballardvale st | Building 1, 4th Floor | Wilmington | MA | 01887 | |
| Ubiquity Global Services, Inc. | | 1140 AVENUE OF THE AMERICAS | FL 1 | NEW YORK | NY | 10036-5801 | |
| US Attorney's Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

In re: Prime Core Technologies Inc., et al.

Case No. 23-11161 (JKS)

Page 2 of 2

# **Exhibit B**

Document Ref: 47UKI-5POMJ-QEWWE-VYRQH



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| AGILE THOUGHT LLC | | | ar@agilethought.com<br>diana.abril@abrillaw.com |
| Agile Thought LLC | | | ar@agilethought.com |
| AGILE THOUGHT LLC | c/o Jeremy William Ryan, Potter Anderson & Corroon | | jryan@potteranderson.com |
| Agile Thought LLC | c/o Jeremy William Ryan, Potter Anderson & Corroon | | jryan@potteranderson.com |
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| Anchorage Digital Bank N.A | | | matt@anchorage.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com |
| AU10TIX Limited | Attn: Ron Atzmon | | yossi.lanciano@au10tix.com<br>legal@au10tix.com |
| Austin Ward | | | austindward@proton.me |
| Blockdaemon Ltd | | | jip@sepior.com |
| Calm | | | nathan.puldy@calm.com |
| Castellum.AI Corporation | | | finance@castellum.ai<br>contact@castellum.ai |
| Chainalysis | | | matt.giancanelli@chainalysis.com |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Datadog, Inc. | Attn: Andrew Baldwin | | andrew.baldwin@datadoghq.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| Equity Trust Company | Attn: Legal Department | | h.derise@trustetc.com<br>legal@trustetc.com |
| Equity Trust Company | Attn: Legal Department and Matthew Gardner | | legal@trustetc.com<br>legal@primetrust.com |
| Finovation Systems, LLC | | | jonathan@jumpstartsecurities.com |
| Fold, Inc. | Attn: Will Reeves | | will.reeves@foldapp.com |

In re: Prime Core Technologies Inc., et al.<br>Case No. 23-11161 (JKS)

Page 1 of 3

Page 6 of 8

Document Ref: 47UKI-5POMJ-QEWWE-VYRQH



**Exhibit B**

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Forter | | | ar@forter.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com<br>jrosell@pszjlaw.com<br>joneill@pszjlaw.com |
| Innovest Systems LLC | | | accounting@innovestsystems.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| LEXISNEXIS RISK SOLUTIONS | | | lnbilling@lexisnexisrisk.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com elazar.kosman@wbd-us.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| PC-110374 - Planful, Inc. | c/o Legal Department | | legal@planful.com |
| PC-110479 | Revenue Pulse Inc | | accounting@revenuepulse.com |
| PC-110853 | Finovation Systems LLC | | krupert@hartzoglaw.com |
| PC-111038 | Fold, Inc. | Courtney Rogers Perrin, Esq. | crogersperrin@fbtlaw.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Sovos Compliance LLC | | | accounting-us@sovos.com |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com DCannon@gravislaw.com MHess@gravislaw.com HHarden@gravislaw.com |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| Ubiquity Global Services, Inc. | | | kathleen.orido@ubiquity.com |
| US Attorney's Office for the District of Delaware | | | usade.press@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: 47UKI-5POMJ-QEWWE-VYRQH