**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 325 & 374** |

**DEBTORS' MOTION FOR LEAVE TO FILE A LATE REPLY**
**IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING**
**WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE**
**DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN**
**RESPONSE TO RULE 2004 REQUESTS**

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" or the "Company"), hereby move (this "Motion for Leave"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the Debtors leave to file a late reply (the "Reply") in support of *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 325] (the "2004 Motion") and in response to *Opposition to Debtor's Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrgatory [*sic*] Responses in Response to Rule*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

*2004 Requests* [Docket No. 374].  A copy of the Reply is attached hereto as **Exhibit B**.  In support

of this Motion for Leave, the Debtors, by and through undersigned counsel, respectfully state as

follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Delaware (this "Court") has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

*Order of Reference* from the United States District Court for the District of Delaware, dated

February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry

of a final order by the Court in connection with the Motion in the event that it is later determined

that the Court, absent consent of the parties, cannot enter final orders or judgments in connection

herewith consistent with Article III of the United States Constitution.

3.      The statutory predicates for the relief sought herein are Bankruptcy Code section

105(a) and Local Rule 9006-1(d).

**BACKGROUND**

4.      On August 14, 2023 (the "Petition Date"), the Debtors commenced the above-

captioned chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code

(collectively, the "Chapter 11 Cases").  These cases have been jointly administered for procedural

purposes only.

5.      On August 18, 2023, the Debtors sent Party 1, via email, the Debtors' Combined

Requests For Production of Documents, Interrogatories, and Rule 2004 Examination pursuant to

Bankruptcy Rule 2004 (the "2004 Requests").  The Debtors also sent Party 1 the 2004 Requests

via FedEx.

6.      The 2004 Requests seek information that will assist the Debtors with discovering assets and provide information about the Debtors' business operations, capital structure, financial condition, the Wallet Event, and the reasons for and objectives of these Chapter 11 Cases, which are set forth in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., In Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14] (the "First Day Declaration").  These 2004 Requests seek information that properly relates to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."  Fed. R. Bankr. P. 2004.  The information requested in these 2004 Requests is not available by any other means and will be essential to the recovery of significant assets of the Debtors' estates.

7.      Objections to entry of an order approving the 2004 Motion were due by October 26, 2023, at 4:00 p.m. (ET) (the "Objection Deadline").  [*See* Docket No. 327.]  The Debtors never extended the Objection Deadline.

8.      Party 1 filed an objection to the 2004 Motion after regular business hours on November 2, 2023 [Docket No. 374] (the "Party 1 Objections") and in violation of Local Rule 9006-1(c)(iii).

9.      The Court is scheduled to consider the 2004 Motion at a hearing on November 7, 2023, at 2:00 p.m. (ET) (the "Hearing").

10.      Pursuant to Local Rule 9006-1(d), the deadline for the Debtors to file the Reply (the "Reply Deadline") was November 2, 2023, at 4:00 p.m. (ET), which expired prior to when counsel to Party 1 filed the Party 1 Objections.  The untimely nature of the Party 1 Objections necessitated the relief requested herein.

**RELIEF REQUESTED**

11.     By this Motion, the Debtors request entry of the Proposed Order, pursuant to section 105(a) of title 11 of the Bankruptcy Code and Local Rule 9006-1(d), in the form attached hereto as **Exhibit A**, granting the Debtors leave to file a late Reply and deeming the Reply attached hereto as **Exhibit B** to be timely filed.

**BASIS FOR RELIEF REQUESTED**

12.     Pursuant to Local Rule 9006-1(d), "[r]eply papers by the movant, or any party that has joined the movant, may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d).  Local Rule 9029-3(a)(i) requires that hearing agendas be filed by 12:00 p.m. (prevailing Eastern Time) on the date that is two (2) business days prior to the applicable hearing.   Del. Bankr. L.R. 9029-3(a)(i).  With respect to the Hearing on the 2004 Motion, the agenda was due by noon on November 3, 2023 – prior to the filing of the Party 1 Objections.

13.     Cause exists to allow the late filing of the Reply.  Party 1's Objections were filed seven (7) days after the Reply Deadline despite neither requesting nor receiving an extension of the Objection Deadline or leave of the Court to file an untimely objection.  As a result, the Debtors reasonably required additional time to prepare the Reply so that the Debtors could respond to the Party 1 Objections.  Further, absent the relief requested herein, the Debtors would be unduly prejudiced by Party 1's untimely objections.  Finally, the Debtors believe that the Reply will assist the Court in considering the issues raised by Party 1's Objections that remain open prior to the Hearing.

14.     The Debtors submit that no parties will be prejudiced by the filing of a late Reply. Accordingly, the Debtors seek leave to file late the Reply attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order granting the relief sought herein and grant such other and further relief as may be just and proper.

Dated: November 7, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*
