IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 325, 374 & 384** |

**DECLARATION OF JOSEPH B. EVANS, ESQ. IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

I, Joseph B. Evans, pursuant to 28 U.S.C. § 1746, declare:

1. I am an attorney licensed to practice in the state of New York. I am admitted *pro hac vice* in this matter. [Docket No. 9.]

2. I am a Partner at the law firm McDermott Will & Emery, LLP ("McDermott"), attorneys of record for Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession (collectively, the "Debtors" or the "Company") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

3. I submit this declaration in support of *Debtors' Reply in Support of the Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 384-2].

4. Attached as Exhibit 1 is an accurate copy of e-mails, dated October 17, 2023, that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

were exchanged between counsel for Party 1 and counsel for the Debtors.

5. Attached as <u>Exhibit 2</u> is an accurate copy of e-mails, dated between October 17, 2023 and October 26, 2023, between counsel for Party 1 and counsel for the Debtors.

6. Attached as <u>Exhibit 3</u> is an accurate copy of e-mails, dated between October 4, 2023 and October 11, 2023, that were exchanged between counsel for Party 1 and counsel for Debtors.

7. Attached as <u>Exhibit 4</u> is an accurate copy of e-mails, dated between September 14, 2023 and October 4, 2023, that were exchanged between counsel for Party 1 and counsel for Debtors.

8. The Debtors are in possession of text messages produced by another former executive that were exchanged with Party 1 which are responsive to a number of the 2004 Requests and are directly relevant to the 98f investigation.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
November 7, 2023

/s/ *Joseph B. Evans*
Joseph B. Evans