**Exhibit 1**

| | |
|---|---|
| **From:** | Evans, Joseph |
| **To:** | Kathryn Diemer; Griffith, Greer |
| **Subject:** | RE: Potential offer of resolution to the current impasse |
| **Date:** | Tuesday, October 17, 2023 2:50:22 PM |

Kathyrn,

No thanks.  We will file the 2004 motion and seek the discovery we are entitled to.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767     **Mobile** +1 917 841 4738     **Email** jbevans@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**

Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499     **Email** malbino@mwe.com

---

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Tuesday, October 17, 2023 3:35 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** Potential offer of resolution to the current impasse

**[ External Email ]**
Dear Ms. Griffith and Mr. Evans:

I have a suggestion which should get us over the current impasse.  My client will answer a series of requests for admission, under oath, that he never had possession of the seed phrase for 98f, never knew who did, and doesn't know when the seed phrase/key was generated, who generate it or how it was generated, nor any documents about the same.  In exchange, there will be no other forms of discovery.  No requests for production of documents.  No 2004 examination.  No deposition.

Please let me know if that solution works for you.


Sincerely,

Katie

## Please note our new address:

**Kathryn S. Diemer, Esq.**
**DIEMER & WEI, LLP**
55 S. Market Street, Suite 1420
San Jose, CA  95113
tel. 408-971-6270
Cell. 408-506-3507

kdiemer@diemerwei.com