## Exhibit 2

| **From:** | Griffith, Greer |
|---|---|
| **To:** | James S Green Jr; Evans, Joseph |
| **Cc:** | Kathryn Diemer; Kandestin, Maris |
| **Subject:** | RE: Potential offer of resolution to the current impasse |
| **Date:** | Thursday, October 26, 2023 10:28:00 AM |

Dear Mr. Green,

It is my understanding that you were able to connect with my colleague, Joe Evans, yesterday.  He informed us that you would provide us with more information about your objections.

As you both discussed, we also are willing to push back the hearing date for the 2004 Motion until November 14 as long as you are in agreement that we can change the compliance dates in the Proposed Order to the 2004 Motion so that documents and interrogatories will be due within five (5) days of the Court Order and the Rule 2004 examination will be scheduled within ten (10) days of the Court Order.  This will avoid prejudice to the Debtors of having to wait an additional week for the hearing and discovery compliance.  Please let us know if this proposal is acceptable to you so we can update the Court as soon as possible regarding the upcoming hearing currently scheduled on November 7.


Greer

GREER GRIFFITH
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578    **Mobile** +1 215 913 1418    **Email** ggriffith@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** James S Green Jr <jsgreen@svglaw.com>
**Sent:** Monday, October 23, 2023 3:43 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Cc:** Kathryn Diemer <kdiemer@diemerwei.com>
**Subject:** FW: Potential offer of resolution to the current impasse

> You don't often get email from jsgreen@svglaw.com. Learn why this is important

**[ External Email ]**

Dear Ms. Griffith and Mr. Evans,

On behalf of ▮▮▮▮▮▮, Ms. Diemer forwarded me the attached Debtors' 2004 motion and asked that I reach out to you on the timing of a response. In short, will you agree to continue the hearing on the 2004 motion to the next omnibus date? For one, the notice and service don't comply with the Delaware local rules, including that the motion was served only 4 days before the noticed objection deadline. But also, due to other pressing unrelated matters, additional time is needed to review and respond to the motion. There doesn't appear to be any prejudice to the Debtors to this short continuance, and we are glad to work with you to establish a reasonable response/objection deadline in advance of a new hearing date.

Please let us know.

Thank you,
- Jim

James S. Green Jr.
Sᴇɪᴛᴢ, Vᴀɴ Oɢᴛʀᴏᴘ & Gʀᴇᴇɴ, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
office: (302) 888-7607
cell: (302) 897-1674
jsgreen@svglaw.com
www.svglaw.com



**From:** Griffith, Greer <Ggriffith@mwe.com>
**Sent:** Sunday, October 22, 2023 6:56:41 PM
**To:** Evans, Joseph <Jbevans@mwe.com>; Kathryn Diemer <kdiemer@diemerwei.com>
**Subject:** RE: Potential offer of resolution to the current impasse

Ms. Diemer,

Please find attached:

- *Debtors' Motion for Entry of an Order Directing Witness to:  (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Doc 325]
- *Exhibit C to Rule 2004 Motion* – This document was filed under seal [Doc. 326]
- *Notice of Hearing on the Motion of Debtors for Entry of an Order Directing Witness to:  (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Doc. 327]

Greer

GREER GRIFFITH
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**

**From:** Evans, Joseph <Jbevans@mwe.com>
**Sent:** Tuesday, October 17, 2023 3:50 PM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>; Griffith, Greer <Ggriffith@mwe.com>
**Subject:** RE: Potential offer of resolution to the current impasse

Kathyrn,

No thanks.  We will file the 2004 motion and seek the discovery we are entitled to.

Joe

JOSEPH B. EVANS
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5767    **Mobile** +1 917 841 4738    **Email** jbevans@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Mabel Albino, Assistant to Joseph B. Evans
**Tel** 212-547-5499    **Email** malbino@mwe.com

---

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Tuesday, October 17, 2023 3:35 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** Potential offer of resolution to the current impasse

**[ External Email ]**
Dear Ms. Griffith and Mr. Evans:

I have a suggestion which should get us over the current impasse.  My client will answer a series of requests for admission, under oath, that he never had possession of the seed phrase for 98f, never knew who did, and doesn't know when the seed phrase/key was generated, who generate it or how it was generated, nor any documents about the same.  In exchange, there will be no other forms of discovery.  No requests for production of documents.  No 2004 examination.  No deposition.

Please let me know if that solution works for you.


Sincerely,

Katie

## Please note our new address:

**Kathryn S. Diemer, Esq.**
**DIEMER & WEI, LLP**
55 S. Market Street, Suite 1420
San Jose, CA  95113
tel. 408-971-6270
Cell. 408-506-3507
kdiemer@diemerwei.com

*********************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.