**Exhibit 4**

| | |
|---|---|
| **From:** | Griffith, Greer |
| **To:** | Kathryn Diemer |
| **Cc:** | Evans, Joseph |
| **Subject:** | RE: 2004 examination of ▇▇▇ |
| **Date:** | Wednesday, October 4, 2023 2:55:00 PM |

Dear Ms. Diemer,

Are you available at 5 pm EST today?

Thanks,
Greer

GREER GRIFFITH
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Tuesday, October 3, 2023 6:04 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>
**Cc:** Evans, Joseph <Jbevans@mwe.com>
**Subject:** RE: 2004 examination of ▇▇▇

**[ External Email ]**
Dear Ms. Greer and Mr. Evans:

I am now back from vacation, and back to a stable internet.  When is a good time to chat.  I have meetings throughout the week, but am generally available.


Sincerely,

Katie


Kathryn S. Diemer, Esq.
DIEMER & WEI, LLP
55 S. Market Street
Suite 1420
San Jose, CA 95113
**Due to the lingering effects of the pandemic,** please serve all documents and all correspondence by e-mail as our offices remain open electronically.
Tel:   408.971.6270
Cell:   408.506.3507

**From:** Griffith, Greer <Ggriffith@mwe.com>
**Sent:** Friday, September 22, 2023 9:37 PM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>
**Subject:** RE: 2004 examination of ▮▮▮▮▮

Hi Katie,

No worries.  Are you available on Monday?  I have wide availability.

Thanks,
Greer

GREER GRIFFITH
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Friday, September 22, 2023 3:22 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>
**Subject:** Re: 2004 examination of ▮▮▮▮▮

**[ External Email ]**

Dear Ms. Greer:

I apologize for being difficult to get a hold of this week, I've been traveling associated with some business.  I can give you a quick call now, if you like.


Sincerely,


Katie


Kathryn S. Diemer, Esq.

DIEMER & WEI, LLP

55 S. Market Street

Suite 1420

San Jose, CA 95113

**Due to the lingering effects of the pandemic, please serve all documents and all correspondence by e-mail as our offices remain open electronically.**

Tel:   408.971.6270

Cell:   408.506.3507

---

**From:** Griffith, Greer <Ggriffith@mwe.com>
**Sent:** Friday, September 22, 2023 7:20 AM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** RE: 2004 examination of ▓▓▓▓

Hi Katie,

I am following-up on my email below.  Do you have time today to meet via Zoom?

Thanks,
Greer

**GREER GRIFFITH**
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**

---

**From:** Griffith, Greer
**Sent:** Monday, September 18, 2023 6:05 PM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** RE: 2004 examination of ▓▓▓▓

Are you available on Thursday at 1 pm or Friday at noon EST?

Thanks,
Greer

**GREER GRIFFITH**
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn**

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Monday, September 18, 2023 8:11 AM
**To:** Griffith, Greer <Ggriffith@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** Re: 2004 examination of ▮▮▮▮

**[ External Email ]**
Unfortunately no, but I am available on Thursday or Friday.

Sincerely,

Katie

Get Outlook for iOS

---

**From:** Griffith, Greer <Ggriffith@mwe.com>
**Sent:** Sunday, September 17, 2023 11:27:02 PM
**To:** Kathryn Diemer <kdiemer@diemerwei.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** RE: 2004 examination of ▮▮▮▮

Ms. Diemer,

Thank you for your response. Are you available on Tuesday or Wednesday to meet via Zoom to discuss?

Best,
Greer

GREER GRIFFITH
Partner

**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578    **Mobile** +1 215 913 1418    **Email** ggriffith@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Kathryn Diemer <kdiemer@diemerwei.com>
**Sent:** Thursday, September 14, 2023 2:57 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** 2004 examination of ▮▮▮▮

**[ External Email ]**
Dear Ms. Greer and Mr. Evans:

▮▮▮▮ is more than willing to work with you on a stipulated date, an approved scope of examination, and an appropriate protective order for the production of documents so that when you seek your 2004 examination order, you can represent to Judge Stickles that you have met and conferred with the third party witness whom you seek to examine as to the date, the scope of the examination and the protective order which is required given the type of information which you

seek in your request for production of documents.  See Delaware Bankruptcy Local Rule 2004-1(b).

Your letter of August 18, 2023, which contains the "DEBTORS' COMBINED REQUESTS FOR PRODUCTION OF DOCUMENTS, INTERROGATORIES, AND RULE 2004 EXAMINATION OF ███████ PURSUANT TO FED.R.BANKR.P. 2004" [hereinafter referred to as "Combined Requests"]  refers in its first paragraph  to interrogatories pursuant to FRCP Rule 33, requests for production of documents pursuant to FRCP 34, and depositions in accord with FRCP 30, as well as Rule 2004.  Specifically, your Combined Requests include a request for production of documents (Exhibit A), Interrogatories (Schedule B), and Rule 2004 examination (Schedule C), which identifies topics of examination. Federal Rules of Civil Procedure 30, 33, and 34, only apply in adversary proceedings, and only apply to parties to the adversary proceeding.  See Bankruptcy Rule of Procedure 7030, 7033, and 7034. Federal Rules of Civil Procedure 33 and 34, governing interrogatories and requests for production, only apply to parties.  See  FRCP 33(a) "A party may serve on any other party …" ; FRCP 34(a) A party may serve on any other party…".   There is no adversary proceeding pending  to which ███████ is a party. That means that the only form of discovery which applies to ███████ is the request for a 2004 examination.  ███████ is perfectly willing to comply with his obligation to meet and confer as to the date, the scope of examination, the scope of document production and the protective order concerning the document production as B.L.P 2004-1(b) requires.  Once we have so met and conferred, ███████ looks forward to working with you on the matter.

Unfortunately, your communications have been unclear.  Hence my requests for information as to why you believe you are entitled to anything more than a 2004 examination,  i.e. my specific inquiry as to why you believe you are entitled to answers to interrogatories, why you are seeking – apparently – both a deposition and a Rule 2004 examination, and document requests both under the Rule 2004 examination procedure and under a deposition notice to parties as cited above. I hope that the above clarifies the information I need to have from you, before my client and I can respond to you.

Mr. Evans, you have repeatedly identified that no one else has yet required you to meet the terms of the requirements under Federal Rule of Bankruptcy Procedure 2004.  You have further identified that you believe there is some negative onus which occurs because a witness asks for compliance with the rules of civil procedure and the rules of bankruptcy procedure before testifying.  I wish to be clear – ███████ is more than happy to comply with his obligations under the rules of civil procedure and the rules of bankruptcy procedure.  I am unclear what negative onus you believe such compliance causes, and hereby ask that you clarify why you believe ███████ should ignore the protections put in place specifically to protect third parties, along with clarifying what you are specifically seeking, as identified in the paragraphs above. .

Thank you.


Sincerely,

Katie

Kathryn S. Diemer, Esq.
DIEMER & WEI, LLP
55 S. Market Street
Suite 1420
San Jose, CA 95113

Due to the lingering effects of the pandemic, please serve all documents and all correspondence by e-mail as our offices remain open electronically.

Tel:   408.971.6270
Cell:  408.506.3507

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.