# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*, | ) Case No. 23-11161 (JKS) <br> ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Kathryn S. Diemer, Esq of Diemer & Wei, LLP, 55 S. Market Street, Suite 1420, San Jose, CA 95113, to represent third-party Alec Gorge in this matter.

Dated November 7, 2023

**SEITZ, VAN OGTROP & GREEN, P.A.**

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Counsel for Alec Gorge*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of California. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 6, 2023

/s/ *Kathryn S. Diemer*
_____
Kathryn S. Diemer
DIEMER & WEI, LLP
55 S. Market Street, Suite 1420
San Jose, CA  95113
(408) 971-6270
kdiemer@diemerwei.com

*Counsel for Alec Gorge*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: November 7th, 2023
Wilmington, Delaware