# SIGN-IN SHEET

| CASE NAME: Prime Core Technologies Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-11161 JKS | DATE: 11/7/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Green | Seitz Van Ogtrop & Green | Alex George |
| Joseph Cudia | UST | UST |
| Ronald Detweiler | Womble Bond Dickinson | Committee |
| Maris Kandestin | McDermott Will & Emery | Debtors |
| Joseph Evans | " | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

23-11161 Prime Core Technologies Inc.
11/7/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Tori | Remington | AnchorCoin, LLC | Troutman Pepper |
| Katheryn | Diemer | Alec Gorge | DIEMER & WEI, LLP |
| Christopher | Gastelu | self | CGA |
| Peter | Sprofera | Self | |
| Steven | Eliscu | DMG Blockchain Solutions | DMG Blockchain Solutions |
| Necdet | Gündal | Necdet Gündal | |
| Alex | Chen | Self | |
| Matthew | Sawyer | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Bennett | Silverberg | Official Committee of Unsecured Creditors | Brown Rudnick, LLP |
| Robert | Stark | Official Committee of Unsecured Creditors | Brown Rudnick, LLP |
| David | Dunn | Committee Financial Advisor | Province, Inc. |
| JiN | Dong | Committee Financial Advisor | Province, Inc. |
| Joseph | Berman | Committee Financial Advisor | Province, Inc. |
| Scott | Flaherty | Debtwire/press | Debtwire |
| Shari | Dwoskin | Official Committee of Unsecured Creditors | Brown Rudnick LLP |
| Gregg | Steinman | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Darren | Azman | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Matt | Parrella | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Michael | Wyse | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| John | Guedry | Debtors and Debtors in Possession | |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Jason | Rosell | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Jor | Law | Prime Core Technologies inc., et al., Debtors and Debtors in Possession | |
| Patty | Wang | Prime Core Technologies inc., et al., Debtors and Debtors in Possession | |
| John | Wilcox | Debtors and Debtors in Possession | |
| Ryan | Bartley | Polaris Ventures | Young Conaway |