IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Alan J. Kornfeld, Esq. to represent George Georgiades, Kevin Lehtinitty, and Scott Purcell in the above captioned action and any related proceedings.

Dated: November 7, 2023

                                      */s/ James E. O'Neill*
                                      James E. O'Neill (DE Bar No. 4042)
                                      **PACHULSKI STANG ZIEHL & JONES LLP**
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, DE  19899-8705 (Courier 19801)
                                      Telephone:  (302) 652-4100
                                      Email: joneill@pszjlaw.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

DOCS_LA:352149.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 7, 2023

*/s/ Alan J. Kornfeld*
Alan J. Kornfeld, Esq. (CA Bar No. 130063)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067-4003
Telephone:  (310) 277-6910
Email: akornfeld@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is granted.