# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 290 & 371 |

### ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, EFFECTIVE AS OF OCTOBER 31, 2023, AND (B) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH; AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") (i) authorizing the Debtors to (a) reject the Rejected Leases effective as of October 31, 2023, and (b) abandon the Abandoned Property, and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10835 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1. The Motion is **GRANTED** to the extent set forth herein.

2. The Rejected Leases are rejected pursuant to Bankruptcy Code section 365(a) effective as of October 31, 2023.

3. The Debtors are authorized to abandon any Abandoned Property located at the Leased Premises and the respective Landlords shall be free to dispose of such property in their sole and absolute discretion without liability to the Debtors or any consenting third party and without notice or order of the Court.

4. Nothing in the Motion or this Order or the relief granted (including any actions taken or payments made by the Debtors pursuant thereto) shall be construed as (a) authority to assume or reject any executory contract, or as a request for the same; (b) an admission as to the validity, priority, or character of any claim or other asserted right or obligation, or a waiver or other limitation on the Debtors' ability to contest the same on any ground permitted by bankruptcy or applicable non-bankruptcy law; (c) a promise or requirement to pay any claim or other obligation; (d) a determination that any contract is executory; or (e) granting third-party-beneficiary status, bestowing any additional rights on any third party, or being otherwise enforceable by any third party.

5. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

6. The Debtors are authorized, but not directed, to take all actions necessary to implement the relief granted in this Order.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: November 8th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**