IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 20, 42, 170, 188, 255 & 308 |

CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTORS
FOR ENTRY OF FIFTH INTERIM ORDER (I) EXTENDING
THE TIME FOR THE DEBTORS TO COMPLY WITH REQUIREMENTS
SET FORTH IN 11 U.S.C. § 345(b); AND (II) GRANTING RELATED RELIEF

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On August 24, 2023, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief* [Docket No. 20] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

2. On August 25, 2023, the Court entered an *Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief* [Docket No. 42].

3. On September 20, 2023, the Court entered a *Final Order Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief* [Docket No. 170].

4. On September 22, 2023, the Court entered a *Second Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief* [Docket No. 188].

5. On October 5, 2023, the Court entered a *Third Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief* [Docket No. 255].

6. On October 18, 2023, the Court entered a *Fourth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief* [Docket No. 308] (the "Fourth Interim Cash Management Order").

7. Attached hereto as **<u>Exhibit A</u>** is a proposed form of order further extending the Debtors' time to comply with the requirements set forth in 11 U.S.C. § 345(b) on an interim basis (the "<u>Proposed Fifth Interim Cash Management Order</u>").  Attached hereto as **<u>Exhibit B</u>** is a redline comparing the Proposed Fifth Interim Cash Management Order with the Fourth Interim Cash Management Order.

8. The Debtors have shared the Proposed Fifth Interim Cash Management Order with the Office of the United States Trustee and counsel for the official committee of unsecured creditors appointed in these cases, neither of whom has any objection to entry of the Proposed Fifth Interim Cash Management Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Fifth Interim Cash Management Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  November 9, 2023<br>         Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |