**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 356 & 357** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS'
MOTION FOR ENTRY OF AN ORDER DIRECTING WITNESS TO
(I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE
DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY
RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

The undersigned counsel hereby certifies as follow:

1. On October 27, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 356] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice appended to the Motion,[3] responses or objections to the Motion were due on or before November 3, 2023 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that she has reviewed the docket of these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] The identity of Party 7 was filed under seal at Docket No. 357.

[3] Notice of the Motion was served upon Party 7 via email (personal and work email addresses) and overnight delivery to his residence. *See* Docket No. 369.

3. The undersigned respectfully requests that the proposed order attached to the Motion as **Exhibit A** thereto be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: November 9, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>         jbevans@mwe.com<br>         ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |