IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 14, 2023 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES

This hearing will be conducted in-person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles.  All participants over Zoom must register in advance.  Please register by November 13, 2023, at 4:00 p.m. (Eastern Time).

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJIscOCtqzMvHR1zYw3xdKDfyAUIyKaWYRs

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**RESOLVED MATTERS**

1.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Unexpired Leases of Nonresidential Real Property, Effective as of October 31, 2023, and (B) Abandon *De Minimis* Property in Connection Therewith; and (II) Granting Related Relief [Filed 10/13/23; Docket No. 290]

    Related Documents:

    (a)  Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Unexpired Leases of Nonresidential Real Property Effective as of October 31, 2023, and (B) Abandon *De Minimis* Property in Connection Therewith; and (II) Granting Related Relief [Filed 11/01/23; Docket No. 371]

    (b)  Order (I) Authorizing the Debtors to (A) Reject Unexpired Leases of Nonresidential Real Property, Effective as of October 31, 2023, and (B) Abandon *De Minimis* Property in Connection Therewith; and (II) Granting Related Relief [Filed 11/8/23; Docket No. 399]

    Responses Received:  None.

    Objection Deadline:  October 27, 2023 at 4:00 p.m. (ET)

    Status:  The Court has entered an order regarding this matter.

**UNCONTESTED MATTERS WITH CERTIFICATIONS NO OBJECTION**

2.  Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 10/27/23; Docket No. 356]

    Related Documents:

    (a)  Exhibit C to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests – Identity of Party 7 (Filed Under Seal) [Filed 10/27/23; Docket No. 357]

    (b)  Amended Notice of Hearing on the Motion of Debtors for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 11/8/23; Docket No. 400]

    (c)  Certification of No Objection Regarding Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents,

and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests [Filed 11/9/23; Docket No. 402]

Responses Received:   None.

Objection Deadline:   November 3, 2023 at 4:00 p.m. (ET)

Status:   A certification of no objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL**

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20]

   Related Documents:

   (a) Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

   (b) Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/25/23; Docket No. 42]

   (c) Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

   (d) Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/19/23; Docket No. 165]

(e)  Final Order Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/20/23; Docket No. 170]

(f)  Second Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 9/22/23; Docket No. 188]

(g)  Third Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/5/23; Docket No. 255]

(h)  Certification of Counsel Regarding Motion of Debtors for Entry of Fourth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/17/23; Docket No. 305]

(i)  Fourth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/18/23; Docket No. 308]

(j)  Certification of Counsel Regarding Motion of Debtors for Entry of Fifth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 11/9/23; Docket No. 401]

Responses Received:

(a)  Objection of the Bittrex Parties to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/12/23; Docket No. 107] [Resolved]

(b)  Limited Objection and Reservation of Rights of BMO Bank N.A. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations

Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/13/23; Docket No. 110]

Objection Deadline: September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 10:00 a.m. (ET) for BMO Bank N.A.; extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the U.S. Trustee

Status: A certification of counsel was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**ADJOURNED MATTERS**

4. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 9/19/2023; Docket No. 166]

    Related Documents:

    (a) Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/16/2023; Docket No. 296]

    Responses Received:

    (a) Objection of Coinbits, Inc. to Debtor' Cure Notice [Filed 9/28/23; Docket No. 217] [Resolved as moot]

    (b) Objection of Kado Software, Inc. d/b/a Kado Money to Debtors' Notice of Potential Assumption and Assignment [Filed 10/2/23; Docket No. 233] [Resolved as moot]

    (c) Objection of Zane Busteed, Mercato Partners, and Certain of Its Affiliates to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/2/23; Docket No. 234]

    (d) Informal comments received from Salesforce, Inc. [Resolved]

    (e) Informal comments received from Party identified under seal at Docket No. 266 [Resolved]

    (f) Informal comments received from Fold, Inc. [Resolved]

    Cure Objection Deadline: October 2, 2023 at 4:00 p.m. (ET); extended to October 3, 2023 at 12:00 p.m. (ET) for Party identified under seal at Docket No. 266; extended to October 6, 2023 at 4:00 p.m.

(ET) for Salesforce, Inc.; extended to October 10, 2023 at 4:00 p.m. (ET) for Fold, Inc.

Status: This matter is being adjourned to December 19, 2023 at 1:00 p.m. (ET).

Dated: November 9, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*