IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 317 |

**CERTIFICATION OF NO OBJECTION REGARDING
FIRST MONTHLY FEE APPLICATION OF M3 ADVISORY PARTNERS, LP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO
THE DEBTORS FROM AUGUST 14, 2023 THROUGH AUGUST 31, 2023**

The undersigned counsel hereby certifies that she is aware of no formal or informal objection or response to the *First Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors from August 14, 2023 through August 31, 2023* [Docket No. 317] (the "Application"), filed by counsel to the above-captioned debtors and debtors in possession (the "Debtors") on October 19, 2023. The undersigned counsel further certifies that she has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), the notice of Application set a deadline of November 9, 2023 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $242,405.20, and 100% of the expenses requested in the Application, or $29.94.

Dated: November 11, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:  dazman@mwe.com
          jbevans@mwe.com
          ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*