**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. |

**ORDER AUTHORIZING THE DEBTORS**
**TO SELL CERTAIN FOREIGN CURRENCY FREE**
**AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND**
**ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order pursuant to Bankruptcy Code

sections 105 and 363 and Bankruptcy Rule 6004 authorizing the sale of the Foreign Currency;

and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant

to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the

United States District Court for the District of Delaware, dated February 29, 2012; and upon

consideration of the Motion; and the requested relief being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and the Court finding that adequate notice of the Motion having been given; and it

appearing that no other or further notice need be given; and the Court finding that the relief

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

requested in the Motion is reasonable and in the best interests of the Debtors' estate; and after

due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      The Foreign Currency is property of the Debtors' estate under Bankruptcy Code

541(a).

3.      Pursuant to Bankruptcy Code section 363(b) and (c), the Debtors are authorized

to, without further order of the Court or additional prior notice to any parties in interest, sell the

Foreign Currency in the secondary market, in accordance with ordinary industry practice and

under ordinary market terms.

4.      The Debtors are authorized to pay any necessary fees and expenses incurred in the

sale of the Foreign Currency.

5.      The Sale of the Foreign Currency is, without need for any action by any party,

free and clear of all liens, claims, and other encumbrances (including any claim asserted by

TrustToken) (collectively, "Interests") with such Interests attaching to the proceeds of such sale

or transfer with the same validity, extent, and priority as the Interests had attached to such assets

immediately prior to such sale or transfer. As of the effective date of the sale of the Foreign

Currency pursuant to this Order, all Interests in the Foreign Currency are deemed discharged and

released without regard to whether the holder of the Interests have executed or filed any

applicable release, and such Interests shall automatically, and without further action by any

party, attach to the proceeds of such sale. Notwithstanding the foregoing, any holders of such

Interests are authorized and directed to execute and deliver any waivers, releases, or other related

documentation, as reasonably requested by the Debtors.

6.      The Debtors and any purchasers of Foreign Currency are authorized to take all actions and execute all documents necessary or appropriate to effectuate the sale of such Foreign Currency to such purchaser.

7.      With respect to any sale transaction consummated pursuant to this Order, this Order shall be sole and sufficient evidence of the transfer of title to any particular buyer, and any sale transaction consummated pursuant to this Order shall be binding upon and shall govern the acts of all persons and entities who may be required by operation of law, the duties of their office, or contract to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the property sold pursuant to this Order, including without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, administrative agencies, governmental departments, secretaries of state, and federal, state, and local officials, and each of such persons and entities is hereby directed to accept this Order as sole and sufficient evidence of such transfer of title and shall rely upon this Order in consummating the transaction contemplated hereby.

8.      The provision in Bankruptcy Rule 6004(h) staying an order authorizing the use, sale, or lease of property until the expiration of fourteen (14) days after entry of the order is hereby waived with respect to this Order and the sale of the Foreign Currency made based on the authority granted in this Order.

9.      The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

10.    The Court shall retain jurisdiction to resolve any disputes or controversies arising from the implementation of this Order.