# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 413** |

### DECLARATION OF TIMOTHY BOWMAN IN SUPPORT OF THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO SELL CERTAIN FOREIGN CURRENCY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363

I, Timothy Bowman, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1. I am the Chief Financial Officer of the Debtors. I have held this position since February 27, 2023.

2. I submit this declaration (this "Declaration") in support of the *Motion of Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* (the "Motion").[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

3.      I have worked for the Debtors since February 27, 2023. The documents referenced in this Declaration were provided to me by company personnel. It is my understanding that the documents referenced in this Declaration were kept in the ordinary course of business and were made at or near the time of the occurrence that they document.

4.      Attached as <u>Exhibit A</u> is a true copy of the Prime Trust Master Services Agreement last revised August 30, 2022.

5.      Attached as <u>Exhibit B</u> is a true copy of the Service Schedule for Prime Trust Custodial Services last revised May 13, 2022.

6.      Attached as <u>Exhibit C</u> is a true copy of the Prime Trust Order Form dated May 23, 2022 between Prime Trust, LLC and TrustToken, Inc.

7.      Attached as <u>Exhibit D</u> is a true copy of the Prime Trust Order Form for the Period of May 23, 2023 to May 22, 2024, between Prime Trust and Archblock (TrustToken, Inc.).

8.      Attached as <u>Exhibit E</u> is a true copy of the Prime Trust, LLC, Trustee of the [] 2018 Irrevocable Trust dated December 2018.

9.      Attached as <u>Exhibit F</u> is a true copy of the Prime Trust Asset Protection Trust Resignation Notification Email Thread beginning September 14, 2022.

10.     Attached as <u>Exhibit G</u> are true copies of the Prime Trust LLC AUD, CAD, EUR, GBP, and JPY BMO Account Statements for the Period of August 1, 2023 to August 31, 2023.

11.     Attached as <u>Exhibit H</u> is a true copy of the BMO Harris Bank N.A. Certification Regarding Beneficial Owners of Legal Entity Customers for Prime Trust, LLC, dated November 12, 2021.

12. Attached as <u>Exhibit I</u> is a true copy of the Morgan Stanley Statement for Prime Trust, LLC, TTEE, The [] 2018 Irrevocable Trust for the Period of August 1, 2023 to August 31, 2023.

13. Attached as <u>Exhibit J</u> is a true copy of the BMO Harris Bank N.A. Commercial Account Agreement Terms and Conditions dated July 2021.

14. Attached as <u>Exhibit K</u> is a true copy of the Prime Trust LLC AUD BMO Account for the Period of June 1, 2023 to June 30, 2023.

15. Attached as <u>Exhibit L</u> is a true copy of the Prime Trust, LLC, Signature Page to the 2018 [] Irrevocable Trust dated December 21, 2018.

16. Attached as <u>Exhibit M</u> is a true copy of the Prime Trust LLC Alliance Bank of Arizona Statement for the Period of December 1, 2021 to December 31, 2021.

Dated: November 12, 2023
       Wilmington, Delaware

*/s/ Timothy Bowman*
Timothy Bowman
Chief Financial Officer