**EXHIBIT C**



# PRIME TRUST ORDER FORM

**Customer Legal Entity Name ("Customer"): TrustToken, Inc.**

**Customer Billing Contact:**

| | |
|---|---|
| Name: | Alex de Lorraine |
| Title: | COO |
| Address: Street | 234 S Main Street, Suite 7 |
| City | Willits |
| State | CA |
| Zip | 95490 |
| Country | United States |
| Email: | alex.delorraine@trusttoken.com |
| Phone: | +1-650-284-8547 |

**Customer Business Contact:**

| | |
|---|---|
| Name: | Alex de Lorraine |
| Title: | COO |
| Address: Street | 234 S Main Street, Suite 7 |
| City | Willits |
| State | CA |
| Zip | 95490 |
| Country | United States |
| Email: | alex.delorraine@trusttoken.com |
| Phone: | +1-650-284-8547 |

**Order Details:**

| | | | |
|---|---|---|---|
| Order Start Date: | 6/1/2022 | Payment Method | Wire Transfer |
| Order End Date: | 5/31/2023 | Payment Terms: | Due upon receipt of invoice |
| Quote Number: | | Currency: | USD |
| Prime Trust Sales Contact: | Victor Garza | Billing Frequency: | Monthly, unless otherwise stated |
| | | Invoice Schedule: | 1st of the month |

**Selected Services:**

| Service | Price |
|---|---|
| API Services and Custodial Services Implementation | $50,000 |

# Prime Trust

| API Services and Custodial Services | As set forth in attached Fee Schedule |
|---|---|
| Custodial Services Transaction Fees | As set forth in attached Fee Schedule |
| Payment Rails | As set forth in attached Fee Schedule |
| Payment Rails: Wire Services | As set forth in attached Fee Schedule |
| Settlement Services | As set forth in attached Fee Schedule |
| Compliance Services | As set forth in attached Fee Schedule |
| Liquidity Services | As set forth in attached Fee Schedule |
| Support Services: Premium Support | As set forth in attached Fee Schedule |

**Order Special Terms:**

Upon expiration of this Order Form, the Agreement will automatically renew for additional one (1) year period, unless either Party provides the other Party with written notice of non-renewal at least thirty (30) days prior to the expiration of the then current Term.

Monthly API Services Fee includes an allocation of 500 Domestic and 200 International wires per month.

Customer is eligible for a Monthly Billing Credit. The Monthly Billing Credit is determined for each billing cycle by multiplying the amount of discount (as determined by the table below) by the applicable API Service Fee for that billing cycle. The amount of discount for the billing cycle is determined by the table set forth below and is based on the average daily balance of the value of the assets under custody in Customer Custody Account during the immediately prior billing cycle.

| Daily Average of the Value of Assets Under Custody in Customer Custody Account | Amount of Discount |
|---|---|
| $200,000,000 to $500,000,000 | 15% |
| $500,000,001 to $750,000,000 | 35% |
| $750,000,001 to $1,000,000,000 | 50% |
| $1,000,000,001 to $1,500,000,000 | 75% |

Prime Trust will apply the Monthly Billing Credit to the Payment Rails Fees on the monthly invoice first and the remaining amount, if any, of the Monthly Billing Credit will then be applied to the API Service Fee.

**Billing Details:**



**Customer Wire Information:**

Bank:

Account Number:

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*

---

**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and/or its affiliates and Prime Trust with respect to Prime Trust's services or a partnership with Prime Trust, including custody services, escrow services, and any and all partnership agreements.

---

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

| CUSTOMER | PRIME TRUST, LLC |
|---|---|
| Signature: *(DocuSigned by: D27527FA40F1441...)* | Signature: *(DocuSigned by: 08AB7DE206CD49E...)* Rodrigo Vicuna, CFO |
| Name: Alex de Lorraine | Name: Rodrigo Vicuna, CFO |
| Title: COO | Title: Chief Financial Officer |
| Date: 5/23/2022 | Date: 5/23/2022 |



## FEE SCHEDULE

### API Services Fees

| Period | Price Per Month |
|---|---|
| Order Start Date 6/1 | $50,000 |

### Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, YEN, CAN, AUD | Contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15 per transaction |
| Wires- international- in/out | $20 per transaction |
| Wires- recalls | $50 per transaction |
| Checks- incoming | $10 per transaction |
| Checks- outgoing | $25 per transaction |
| Digital Assets | Network cost + 20bps per transaction* |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Compliance Services Fees:**

| Compliance Service | Price* |
|---|---|

# Prime Trust

| | |
|---|---|
| US Individual | $2 |
| Global Individual | $5 |
| Entity US | $20 |
| Entity Global | $50 |
| KYC & AML Exemption | $5/minor, $75/denied |

\* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.

**Liquidity Services Fees:**

| Crypto Trading/Liquidity | Price Per Trade |
|---|---|
| Assets Available: BTC, ETH, LTC, USDC, USDT, UST | 50bps |

**Support Fees**

| Support Services | Price |
|---|---|
| Premium Support (24 x 7) | an additional **20%** of the monthly API Services fees |