**EXHIBIT D**



## PRIME TRUST ORDER FORM

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 4/25/2023
Opportunity ID: 006AJ000002QUZFYA4
Victor Garza
vgarza@primetrust.com
9105277409

Archblock (TrustToken, Inc)
TrueCoin
325 9th Street, San Francisco, CA USA
Billing Email:
Alex de Lorraine
alex.delorraine@trusttoken.com

**Order Details:**
Payment Method: Wire Transfer
Payment Terms: Due upon receipt of invoice
Currency: USD
Billing Frequency: Monthly
Invoice Schedule: 1st of the month

Order Start Date:
Order End Date:

**Selected Services:**

| Name | Period | Price |
|---|---|---|
| Premium Support | 5/23/2023 - 5/22/2024 | $10,000.00 Monthly |
| API Services and Custodial Services | 5/23/2023 - 5/22/2024 | $50,000.00 Monthly |

| | |
|---|---|
| Custodial Services Transaction Fees: | As set forth in attached Fee Schedule |
| Payment Rails: | As set forth in attached Fee Schedule |
| Payment Rails: ACH Services | As set forth in attached Fee Schedule |
| Payment Rails: Wire Services | As set forth in attached Fee Schedule |
| Payment Rails: Merchant Card Processing Services | As set forth in attached Fee Schedule |
| Settlement Services: | As set forth in attached Fee Schedule |
| Compliance Services: | As set forth in attached Fee Schedule |
| Compliance Services: Socure Services | As set forth in attached Fee Schedule |

| **Selected Service** | **Required Initial Reserve Amount in each Reserve Account** |
|---|---|
| Payment Rails: ACH Services | $25,000 |
| Payment Rails: Merchant Card Processing Services | $50,000 |
| Settlement Services | TBD |




**Customer Wire Information for Billing:**

Bank:

Account Number:

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*



**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and Prime Trust with respect to Prime Trust's services.

---

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

| **CUSTOMER** | **PRIME TRUST** |
|---|---|



**FEE SCHEDULE**

**API Services- End-User Custody Account Fees:**

| Number of End-User Custody Accounts Allowance* | Price Per Month |
|---|---|
| From 0 to 10,000 | $10,000 |
| From 10,001 to 25,000 | $20,000 |
| From 25,001 to 50,000 | $35,000 |
| From 50,001 to 100,000 | $60,000 |

**Transactional Fees**

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, JPY, CAD, AUD | Additional fees may apply, contact Prime Trust |
| Other | Additional fees may apply, contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15.00 |
| Wires- international- in/out | $20.00 |
| Wires- recalls | $50.00 |
| ACH- in/out | $0.12 |
| ACH- chargebacks | $5.00/ nsf, $75/ fraud |
| Checks- incoming | $10.00 |
| Checks- outgoing | $25.00 |
| Digital Assets | Network Cost |
| Credit/debit- Merchant Card Processing Services Fee | 2.75% |
| Card Chargebacks | $5.00 |
| Card Dispute Loss | $75.00 |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Settlement Services Fees:**

| Settlement Service | Price |
|---|---|
| Settle securities buy/sell transactions for account | $7.50 per side |
| Settlement Services – per transaction | Asset & Volume dependent |

**Compliance Services Fees:**




| Compliance Service | Price |
|---|---|
| US Individual | $2.00 |
| Global Individual | $5.00 |
| Entity US | $20.00 |
| Entity Global | $50 |
| KYC & AML Exemption | $5/minor, $75/denied |

* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.

**Liquidity Services Fees:**

| Crypto Trading/Liquidity | Price Per Trade |
|---|---|
| Non-stablecoin Fee (BPS) | 30 |
| Stablecoin Fee (BPS) | 15 |

* The applicable liquidity provider(s) for a transaction will provide a market price for that transaction. Prime Trust will charge a mark-up on the market price, which shall be set the basis points (or "bps") set forth in the above table. Trades will be executed as market conditions allow.