**<u>EXHIBIT F</u>**

 **Gmail**

Melissa Ryken Westhoff <mryken@primetrust.com>

---

# Prime Trust Asset Protection Trust Resignation Notification

6 messages

---

**Melissa Ryken Westhoff** <mryken@primetrust.com>
To: ████████████████████

Wed, Sep 14, 2022 at 4:55 PM

Hi ████

As Prime Trust looks to solidify our leadership position in the fintech and digital finance marketplace, we must prioritize our time and energy, and allocate resources where we see the greatest potential for return and for positive customer impact. With this in mind, we will be resigning as Trustee on our Asset Protection Trust portfolio, see the attached notice of resignation.

If you have any additional questions, please let us know.

Kind regards,

Melissa Ryken Westhoff

---

 **The ████ Trust- PT Resignation Notification.docx**
18K

---

████████████████████
To: Melissa Ryken Westhoff <mryken@primetrust.com>

Thu, Sep 15, 2022 at 2:04 PM

Melissa,
Thank you so much. I will get this taken care of.

████

[Quoted text hidden]
   [Quoted text hidden]

_____
NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer and any hardcopy. The contents of this communication shall not be deemed legal, tax or investment advice and you are advised to consult your professional advisors. Thank you.

---

**Melissa Ryken Westhoff** <mryken@primetrust.com>
To: ████████████████████

Thu, Sep 15, 2022 at 9:16 PM

Thanks so much. Appreciate your attention to this.

Melissa
[Quoted text hidden]

---

**Melissa Ryken Westhoff** <mryken@primetrust.com>
To: ████████████████████

Tue, Nov 22, 2022 at 2:56 PM

Hi ████

Just checking in to see if you need anything else from Prime Trust to transfer this Asset Protection Trust.

Thanks and Happy Thanksgiving.

Melissa

[Quoted text hidden]

---

**Melissa Ryken Westhoff** <mryken@primetrust.com>                          Tue, Jan 3, 2023 at 5:08 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Hi 

Hope you had a nice holiday and new year. Just checking in to see if you need anything else from me to transfer this Asset Protection Trust.

Thanks,

Melissa

[Quoted text hidden]

---

**Melissa Ryken Westhoff** <mryken@primetrust.com>                          Thu, Feb 16, 2023 at 2:54 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Hi 

Just following up with you to check in if you need anything else from me to transfer this Trustee account.

Thanks,

Melissa

[Quoted text hidden]