**EXHIBIT G**



BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER:

STATEMENT PERIOD
08/01/23 TO 08/31/23

PAGE:    1 OF    1

PRIME TRUST LLC
AUD ACCOUNT
DEBTOR IN POSSESSION
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED    0

AUSTRALIAN DOLLAR (AUD)                                              ACCOUNT NUMBER

```
                              ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS           6,793,581.39

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
     0 DEPOSITS                              .00
     0 WITHDRAWALS                           .00

YOUR ENDING BALANCE WAS             6,793,581.39
YTD INTEREST PAID IS                        .00
YTD INTEREST WITHHELD IS                    .00
```

              NO ACTIVITY FOR THIS STATEMENT PERIOD

              CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE   | BALANCE      | DEBITS | DATE | BALANCE | DEBITS |
|--------|--------------|--------|------|---------|--------|
| AUG 01 | 6,793,581.39 | 0      |      |         |        |

                      TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|-------------|--------|--------|-------------|--------|--------|
| NO ACTIVITY FOR THIS STATEMENT PERIOD | | | | | |

MEMBER FDIC



**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER: ███

STATEMENT PERIOD
08/01/23 TO 08/31/23

PAGE:    1 OF    1

PRIME TRUST LLC
CAD ACCOUNT
DEBTOR IN POSSESSION
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED           0

CANADIAN DOLLAR (CAD)                                          ACCOUNT NUMBER ███

### ACCOUNT SUMMARY

```
YOUR PREVIOUS BALANCE WAS            2,810,029.40

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    0 DEPOSITS                              .00
    0 WITHDRAWALS                           .00

YOUR ENDING BALANCE WAS              2,810,029.40
YTD INTEREST PAID IS                         .00
YTD INTEREST WITHHELD IS                     .00
```

NO ACTIVITY FOR THIS STATEMENT PERIOD

### CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE   | BALANCE      | DEBITS | DATE | BALANCE | DEBITS |
|--------|--------------|--------|------|---------|--------|
| AUG 01 | 2,810,029.40 | 0      |      |         |        |

### TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|-------------|--------|--------|-------------|--------|--------|
| NO ACTIVITY FOR THIS STATEMENT PERIOD | | | | | |

MEMBER FDIC



**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER: ███████

STATEMENT PERIOD
08/01/23 TO 08/31/23

PAGE:     1 OF     1

PRIME TRUST LLC
EUR ACCOUNT
DEBTOR IN POSSESSION
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED          0

---

EURO (EUR)                                                          ACCOUNT NUMBER ███████

---

ACCOUNT SUMMARY

```
YOUR PREVIOUS BALANCE WAS              410.00

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    0 DEPOSITS                             .00
    0 WITHDRAWALS                          .00

YOUR ENDING BALANCE WAS                410.00
YTD INTEREST PAID IS                      .00
YTD INTEREST WITHHELD IS                  .00
```

---

NO ACTIVITY FOR THIS STATEMENT PERIOD

---

CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE   | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|--------|---------|--------|------|---------|--------|
| AUG 01 | 410.00  | 0      |      |         |        |

---

TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|
| NO ACTIVITY FOR THIS STATEMENT PERIOD | | | | | |



**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL  60690**
**Toll Free: 1-877-895-3278**

ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮▮▮

STATEMENT PERIOD
08/01/23 TO 08/31/23

PAGE:    1 OF    1

PRIME TRUST LLC
GBP ACCOUNT
DEBTOR IN POSSESSION
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED          0

---

BRITISH POUND (GBP)                                                       ACCOUNT NUMBER ▮▮▮▮▮▮▮▮▮▮

---

## ACCOUNT SUMMARY

```
YOUR PREVIOUS BALANCE WAS           2,096,887.69

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
     0 DEPOSITS                              .00
     0 WITHDRAWALS                           .00

YOUR ENDING BALANCE WAS             2,096,887.69
YTD INTEREST PAID IS                        .00
YTD INTEREST WITHHELD IS                    .00
```

---

NO ACTIVITY FOR THIS STATEMENT PERIOD

---

## CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE   | BALANCE       | DEBITS | DATE | BALANCE | DEBITS |
|--------|---------------|--------|------|---------|--------|
| AUG 01 | 2,096,887.69  | 0      |      |         |        |

---

## TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|-------------|--------|--------|-------------|--------|--------|
| NO ACTIVITY FOR THIS STATEMENT PERIOD | | | | | |



**BMO Harris Bank N.A.**
**P.O. Box 755**
**Chicago, IL 60690**
**Toll Free: 1-877-895-3278**

|  |  |
|---|---|
| ACCOUNT NUMBER: | ▮▮▮▮▮▮▮▮▮▮ |

STATEMENT PERIOD
08/01/23 TO 08/31/23

PAGE: 1 OF 1

PRIME TRUST LLC
JPY ACCOUNT
DEBTOR IN POSSESSION
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED       0

---

JAPANESE YEN (JPY)                                                          ACCOUNT NUMBER ▮▮▮▮▮▮▮▮▮▮
___

### ACCOUNT SUMMARY

| | |
|---|---|
| YOUR PREVIOUS BALANCE WAS | 99. |
| YOUR TRANSACTIONS THIS PERIOD INCLUDED: | |
|     0 DEPOSITS | 00. |
|     0 WITHDRAWALS | 00. |
| YOUR ENDING BALANCE WAS | 99. |
| YTD INTEREST PAID IS | 00. |
| YTD INTEREST WITHHELD IS | 00. |

---

NO ACTIVITY FOR THIS STATEMENT PERIOD
___

### CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|---|---|---|---|---|---|
| AUG 01 | 99. | 0 | | | |

### TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|
| NO ACTIVITY FOR THIS STATEMENT PERIOD | | | | | |