## EXHIBIT I

# Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2023

**STATEMENT FOR:**
PRIME TRUST, LLC TTEE
THE ███ 2018 IRREVOCABLE TRUST U/A
DTD 12/19/2018

**Beginning Total Value** (as of 8/1/23)
**Ending Total Value** (as of 8/31/23)
*Includes Accrued Interest*

**Your Financial Advisor**
**Martin Neary**
Managing Director, Wealth Mgmt
Martin.Neary@morganstanley.com
404 365-2575

**Your Branch**
3280 PEACHTREE RD NE STE 1600
ATLANTA, GA 30305
Telephone: 404-365-3500; Alt. Phone: 800-676-0676; Fax: 404-231-0541

*Morgan Stanley Smith Barney LLC. Member SIPC.*

PRIME TRUST, LLC TTEE
THE ███ 2018 IRREVOCABLE TRUST U/A
DTD 12/19/2018
22 FAIRWAY PT
NEWPORT COAST CA 92657-1722

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326
**Access Your Account Online:** www.morganstanley.com/online

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2023

## Account Summary

**Liquidity Access Line**    **PRIME TRUST, LLC TTEE**
THE ████ 2018 IRREVOCABLE TRUST U/A



### BANK LOAN ACTIVITY SUMMARY

| | This Period (8/1/23-8/31/23) | This Year (1/1/23-8/31/23) |
|---|---|---|
| **OPENING LOAN BALANCE** | | |
| **CLOSING LOAN BALANCE** | | |

### BANK LOAN SUMMARY

| | This Period (as of 8/31/23) |
|---|---|
| Variable Rate Line at  7.17583% | |

**LAL TYPE:**                              **NON-PURPOSE**

### INTEREST ON VARIABLE RATE LINE

| | This Period (8/1/23-8/31/23) |
|---|---|
| Interest Accrued | |
| Interest Adjustments | |
| **TOTAL INTEREST** | |

*Interest is calculated on the basis of a 360-day year, but charged for the actual number of elapsed days. If interest has accrued, it will display in the Variable Rate Line: Daily Interest Schedule.*

### LOAN BALANCE OVER TIME

(chart, $ in thousands: 0.000, 1.000, 2.000, 3.000, 4.000; Mar 2023, Apr 2023, May 2023, Jun 2023, Jul 2023, Aug 2023)

### AVAILABLE FUNDS

| | This Period (as of 8/31/23) |
|---|---|
| Available to Borrow ^ | |

*^ Available to borrow at month-end is equal to the loan value of the pledged collateral less outstanding loan balances and accrued interest and fees.*

### CASH FLOW

| | This Period (8/1/23-8/31/23) | This Year (1/1/23-8/31/23) |
|---|---|---|
| **Total Cash Related Activity** | | |
| **Total Check Activity** | | |

*The lender of Liquidity Access Line (LAL) is either Morgan Stanley Private Bank, National Association or Morgan Stanley Bank, N.A., as applicable, each an affiliate of Morgan Stanley Smith Barney LLC (MSSB). For more information, see your Liquidity Access Line Application and Agreements.*

## Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2023

| Account Summary | Liquidity Access Line ▇▇▇▇▇▇ | PRIME TRUST, LLC TTEE THE ▇▇▇ 2018 IRREVOCABLE TRUST U/A |
|---|---|---|

### RELATED ACCOUNTS

| Account Name | Account Number | Enrolled in Overdraft | Pledged Collateral | Pledged Collateral Value |
|---|---|---|---|---|
| MSL FBO PRIME TRUST, LLC TTEE THE ▇▇ 2018 IRREVOCABLE TRUST U/A DTD 12/19/2018 | ▇▇▇▇▇▇ | ▇ | ▇ | ▇▇▇▇▇ |

*Account details are displayed only for accounts within the account link group statement package. The Total Pledged Collateral field only includes the sum of displayed values.*

# Morgan Stanley

**CLIENT STATEMENT** | For the Period August 1-31, 2023

Page 5 of 6

## Account Detail

**Liquidity Access Line**
███████████

**PRIME TRUST, LLC TTEE**
**THE** ███████ **2018 IRREVOCABLE TRUST U/A**

**Loan Account:** Liquidity Access Line

## ACTIVITY

## BANK LOAN ACTIVITY *(This section reflects the impact of Cash Related Activity on your Liquidity Access Line.)*

### VARIABLE RATE LINE

**Variable Rate Line**
**Interest Accrued This Period:** █

**Interest Rate as of 8/31/23:** 7.17583%

**Interest Payment Date:** 9/1/23
**Interest Payment Type:** Variable Rate Advance
**Interest Payment Amount:** █

| Transaction Date | Effective Date | Description | Amount | Loan Balance |
|---|---|---|---|---|
| | 8/1 | Opening Balance | | |
| | 8/31 | Closing Balance | ████████ | |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

Morgan Stanley

This page intentionally left blank