**<u>EXHIBIT K</u>**

**BMO** Harris Bank

A part of BMO Financial Group

BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL  60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ▮▮▮▮▮▮▮

STATEMENT PERIOD
06/01/23 TO 06/30/23

PAGE:     1 OF   1

PRIME TRUST LLC
AUD ACCOUNT
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

ITEMS ENCLOSED         0

AUSTRALIAN DOLLAR (AUD)                          ACCOUNT NUMBER  ▮▮▮▮▮▮▮

## ACCOUNT SUMMARY

YOUR PREVIOUS BALANCE WAS            6,798,403.98

YOUR TRANSACTIONS THIS PERIOD INCLUDED:
    0 DEPOSITS                                .00
    2 WITHDRAWALS                        4,822.59

YOUR ENDING BALANCE WAS              6,793,581.39
YTD INTEREST PAID IS                         .00
YTD INTEREST WITHHELD IS                     .00

## TRANSACTIONS LISTED BY DATE POSTED

| DATE POSTED | TRANSACTION DESCRIPTION | WITHDRAWALS OTHER DEBITS | DEPOSITS OTHER CREDITS |
|---|---|---|---|
| JUN 21 | OP 230620602699 OUTGOING PAYMENT MT008 | 1,822.59 | |
| JUN 21 | OP 230620602700 OUTGOING PAYMENT MT008 | 3,000.00 | |

## CLOSING DAILY BALANCES AND DEBIT TOTALS

| DATE | BALANCE | DEBITS | DATE | BALANCE | DEBITS |
|---|---|---|---|---|---|
| JUN 21 | 6,793,581.39 | 2 | | | |

## TRANSACTION SUMMARY INFORMATION

| DESCRIPTION | NUMBER | AMOUNT | DESCRIPTION | NUMBER | AMOUNT |
|---|---|---|---|---|---|
| INTERNATIONAL WIRE O | 2 | 4,822.59 | | | |

MEMBER FDIC