**EXHIBIT L**

Prime Trust, LLC, Trustee

by: _____
its: Chief Trust Officer

STATE OF Nevada        )
                       ) ss.
COUNTY OF Clark.       )

On this day, December 01, 2018, before me personally appeared Scott Purcell, as Chief Trust Officer for Prime Trust, LLC, Trustee, personally known to me (or proved to me on the basis of satisfactory evidence) to be the individual whose name is subscribed to the foregoing irrevocable trust agreement, and acknowledged that he or she executed the same as his or her voluntary act and deed for the purposes therein contained.

Witness my hand and official seal.

[Seal]

[Seal: NICOLE M YATES, Notary Public-State of Nevada, Appointment No. 05-96877-1, My Appointment Expires May 21, 2022]

Notary Public
My commission expires: 5-21-22

2018 Irrevocable Trust
14-11