# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 413** |

## DECLARATION OF JOSEPH B. EVANS IN SUPPORT OF THE MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO SELL CERTAIN FOREIGN CURRENCY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363

I, Joseph B. Evans, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1. I am partner at McDermott Will & Emery LLP. I am an attorney in good standing of the bar in the State of New York and the bars of the United States District Courts for the Southern and Eastern Districts of New York.

2. I submit this declaration in support of the *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* (the "Motion").[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. Attached as <u>Exhibit A</u> is a true copy of the Archblock StableCoins Terms of Use last modified October 27, 2023.

4. Attached as <u>Exhibit B</u> is a true copy of the TrueCoin Terms of Use last modified November 12, 2020.

5. Attached as <u>Exhibit C</u> is a true copy of the TrustToken Independent Accountant's Report and TrueAUD Escrow Holdings Report dated June 22, 2023.

6. Attached as <u>Exhibit D</u> is a true copy of the Voyager Digital, LLC, Customer Agreement last updated January 7, 2022.

7. Attached as <u>Exhibit E</u> is a true copy of *In re Voyager Digital Holdings, Inc. et al.*, No.22-10943, Doc. No. 1166 (Bankr. S.D.N.Y. Mar. 10, 2023).

8. Attached as <u>Exhibit F</u> is a true copy of *Cred Inc., et al.*, No. 20-12836, Doc. No. 629 (Bankr. D. Del. Mar. 11, 2021).

9. Attached as <u>Exhibit G</u> is a true copy of the Cred, LLC, Sample Enhance Yield Agreement.

Dated:  November 13, 2023
        Wilmington, Delaware

        */s/ Joseph B. Evans*
        Joseph B. Evans
        One Vanderbilt Avenue
        New York, NY 10017-3852
        Telephone: (212) 547-5400
        Facsimile:  (212) 547-5444
        Email:    jbevans@mwe.com

*Counsel to the Debtors and Debtors in Possession*