# **EXHIBIT C**



## Independent Accountant's Report

TrueCoin, LLC
San Francisco, California

We have examined the Escrow Holdings Report as of June 22, 2023 11:08:00 AM Eastern Daylight Time ("EDT") in accordance with the measurement and disclosure criteria presented in the accompanying Notes to the Escrow Holdings Report. TrueCoin, LLC's (the "Company") management is responsible for presenting the Escrow Holdings Report in accordance with the measurement and disclosure criteria in the accompanying Notes to the Escrow Holdings Report. Our responsibility is to express an opinion on the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT based on our examination.

Our examination was conducted in accordance with attestation standards established by the AICPA. Those standards require that we plan and perform the examination to obtain reasonable assurance about whether the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT is presented in accordance with the measurement and disclosure criteria in the accompanying Notes to the Escrow Holdings Report, in all material respects. An examination involves performing procedures to obtain evidence about the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT and the accompanying Notes to the Escrow Holdings Report. The nature, timing, and extent of the procedures selected depend on our judgment, including an assessment of the risks of material misstatement of the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT and the accompanying Notes to the Escrow Holdings Report, whether due to fraud or error. We believe the evidence we obtained is sufficient and appropriate to provide a reasonable basis for our opinion.

We are required to be independent and to meet our other ethical responsibilities in accordance with relevant ethical requirements relating to the engagement.

The Escrow Holdings information in the accompanying Escrow Holdings Report relates to TrueAUD (TAUD and TAUDB, collectively "TAUD"), which are cryptographic digital tokens. TAUD resides on the Ethereum blockchain at the smart contract address 0x00006100F7090010005F1bd7aE6122c3C2CF0090. TAUDB resides on Binance Chain issued by the address bnb100dxzy02a6k7vysc5g4kk4fqamr7jhjg4m83l0.

Digital assets are an evolving area of technology subject to changing regulatory oversight and marketplace activity. Anyone who acquires, trades and utilizes TAUD tokens and other digital assets is responsible for informing themselves of the general risks and uncertainties.

In our opinion, the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT is presented in accordance with the measurement and disclosure criteria in the accompanying Notes to the Escrow Holdings Report in all material respects.

*The Network Firm LLP*

The Network Firm LLP
Miami, Florida
June 22, 2023 at 11:08:00 AM EDT

Your receipt of this report is subject to the terms of use found here: https://www.thenetworkfirm.com/terms-of-use

TrueCoin, LLC
San Francisco, California

# TRUEAUD
# ESCROW HOLDINGS REPORT

June 22, 2023 at 11:08:00 AM EDT

| | |
|---|---:|
| AU Dollar Denominated Collateral held in Trust Account(s) | AUD A$ 7,674,207.58 |
| TAUD/TAUDB ("TAUD") tokens issued and collateralized | TAUD 6,669,191.63 |

**NOTES**

1. The issued and collateralized TrueAUD (TAUD and TAUDB, collectively "TAUD") tokens on the Ethereum[1] and Binance Chain[2] blockchains, respectively, as of June 22, 2023 11:08:00 AM Eastern Daylight Time ("EDT"), excluding amounts held in the non-circulating wallet[3] sum to the balance of TAUD tokens issued and collateralized noted above. The supply of TAUD tokens can be reconciled to transactions within the escrow accounts including the escrow deposits awaiting token minting and tokens which have been burned and are awaiting escrow disbursement.
2. The AUD balance held in escrow accounts are the total balance held by TrueCoin, LLC at federally insured U.S. depository institutions and a Hong Kong depository institutions for the benefit of AU Dollar-backed TAUD token holders as agreed to within the applicable escrow agreements. The AUD balance held by U.S. depository institutions and the Hong Kong depository institution includes AUD cash and cash equivalents that include short-term, highly liquid investments of sufficient credit quality that are readily convertible to known amounts of cash. The Hong Kong depository institution also invests in other instruments to generate yield. In all cases, cash equivalents and other instruments are recorded at cost.
3. TrueCoin, LLC and the escrow agents are not entitled to any funds at any time and no amounts deposited into the escrow accounts shall become the property of TrueCoin, LLC, the escrow agents, or any other entity, or be subject to any debts, liens or encumbrances of any kind of TrueCoin, LLC, the escrow agents, or any other entity.
4. There are no liens, claims or security interests in any funds within the escrow accounts.
5. There are no resignation proceedings in process by the escrow agents and no known conditions which would allow the immediate termination of the escrow agreements.
6. TrueCoin, LLC has evaluated subsequent events through the date the report is available to be issued and has determined that there are no subsequent events that require disclosure.

To the best of the knowledge and belief of the undersigned, the information contained in the Escrow Holdings Report as of June 22, 2023 at 11:08:00 AM EDT is accurate and complete.

*Alex de Lorraine*

Alex de Lorraine, COO
TrueCoin, LLC
June 22, 2023 at 11:08:00 AM EDT

---

1. The TrueAUD smart contract address is: 0x00006100F7090010005F1bd7aE6122c3C2CF0090
2. The TrueAUDB owner address is: bnb100dxzy02a6k7vysc5g4kk4fqamr7jhjg4m83l0
3. The Binance Chain non-circulating wallet contains non-collateralized BEP-2 TAUDB tokens that are frozen, time-locked, or otherwise encumbered, which are held at the address: bnb100dxzy02a6k7vysc5g4kk4fqamr7jhjg4m83l0. The balance of the non-circulating wallet decreases with each issuance of TrueAUDB on the Binance Chain and increases as tokens are redeemed from the Binance Chain in exchange for fiat. Redeemed tokens become non-collateralized upon return to the non-circulating wallet. TAUDB tokens held by the issuer in the non-circulating wallets as of June 22, 2023 at 11:08:00 AM EDT is 1.00.