**EXHIBIT A**

**Identity of Party 11**

**(Filed Under Seal)**