IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 405** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a true and correct copy of the *Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 405] (the "Order") to be served via electronic mail on November 9, 2023, on the party and at the e-mail addresses listed below. The undersigned further certifies that she caused a true and correct copy of the Order to be served by First Class U.S. Mail on November 13, 2023, on the party and at the address listed below.

E-mail: 

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated:  November 14, 2023<br>            Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 485-3900<br>Facsimile:     (302) 351-8711<br>Email:           mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:    (212) 547-5400<br>Facsimile:     (646) 547-5444<br>Email:           dazman@mwe.com<br>                     jbevans@mwe.com<br>                     ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:    (305) 358-3500<br>Facsimile:     (305) 347-6500<br>Email:           gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |