# SCHEDULE 1

## Rejected Contracts[1]

---

[1] Each as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 1. | Prime Trust, LLC | Vendor Agreement | ITW LLC |
| 2. | Prime Trust, LLC | Vendor Agreement | Freedom Gateway LLC |
| 3. | Prime Trust, LLC | Vendor Agreement | Neutronpay Inc. |
| 4. | Prime Trust, LLC | Vendor Agreement | Staq Finance Inc |
| 5. | Prime Trust, LLC | Vendor Agreement | Pythas Capital |
| 6. | Prime Trust, LLC | Vendor Agreement | SDM INC. |
| 7. | Prime Trust, LLC | Vendor Agreement | Arete Incident Response |
| 8. | Prime Trust, LLC | Vendor Agreement | Crescent Save LLC |
| 9. | Prime Trust, LLC | Vendor Agreement | CoinBits App |
| 10. | Prime Trust, LLC | Vendor Agreement | OpenNode |
| 11. | Prime Trust, LLC | Vendor Agreement | Switch Reward Card |
| 12. | Prime Trust, LLC | Vendor Agreement | Nexxdiotc |
| 13. | Prime Trust, LLC | Vendor Agreement | Plutus Financial |
| 14. | Prime Trust, LLC | Vendor Agreement | Clear Junction Limited |
| 15. | Prime Trust, LLC | Vendor Agreement | Lode |
| 16. | Prime Trust, LLC | Vendor Agreement | Zap Solutions, Inc. |
| 17. | Prime Trust, LLC | Vendor Agreement | Skopa Innovation LLC |
| 18. | Prime Trust, LLC | Vendor Agreement | NetCents Technology Inc. |
| 19. | Prime Trust, LLC | Vendor Agreement | GiveBitcoin |
| 20. | Prime Trust, LLC | Vendor Agreement | Compass Mining, Inc. |
| 21. | Prime Trust, LLC | Vendor Agreement | Securitize Markets |
| 22. | Prime Trust, LLC | Vendor Agreement | 1Konto |
| 23. | Prime Trust, LLC | Vendor Agreement | The Black Wall Street |
| 24. | Prime Trust, LLC | Vendor Agreement | CoinMetro |
| 25. | Prime Trust, LLC | Vendor Agreement | Diamante Blockchain |
| 26. | Prime Trust, LLC | Vendor Agreement | OKCoin |
| 27. | Prime Trust, LLC | Vendor Agreement | Kado Software, Inc. |
| 28. | Prime Trust, LLC | Vendor Agreement | OVEX |
| 29. | Prime Trust, LLC | Vendor Agreement | Bosonic |
| 30. | Prime Trust, LLC | Vendor Agreement | BAM Trading Services Inc. |
| 31. | Prime Trust, LLC | Vendor Agreement | IUBank |
| 32. | Prime Trust, LLC | Vendor Agreement | Change Digital Commerce Inc. |
| 33. | Prime Trust, LLC | Vendor Agreement | FirstPayment USA Inc. |
| 34. | Prime Trust, LLC | Vendor Agreement | Republic.co |
| 35. | Prime Trust, LLC | Vendor Agreement | Realio |
| 36. | Prime Trust, LLC | Vendor Agreement | Pagotec Consultancy LTD |
| 37. | Prime Trust, LLC | Vendor Agreement | Global Internet Ventures Pty Ltd |
| 38. | Prime Trust, LLC | Vendor Agreement | Cornerstone Global Management, Inc. |
| 39. | Prime Trust, LLC | Vendor Agreement | Eco, Inc |
| 40. | Prime Trust, LLC | Vendor Agreement | Steadfast Hedge Fund |
| 41. | Prime Trust, LLC | Vendor Agreement | Dapper Labs Inc. |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 42. | Prime Trust, LLC | Vendor Agreement | Jawudi, Inc. |
| 43. | Prime Trust, LLC | Vendor Agreement | Arkeytyp Holdings Limited |
| 44. | Prime Trust, LLC | Vendor Agreement | Stably Corporation |
| 45. | Prime Trust, LLC | Vendor Agreement | Quarter Systems Corporation |
| 46. | Prime Trust, LLC | Vendor Agreement | Alpha Node Limited |
| 47. | Prime Trust, LLC | Vendor Agreement | OnRamp Invest |
| 48. | Prime Trust, LLC | Vendor Agreement | Bittrex |
| 49. | Prime Trust, LLC | Vendor Agreement | Unbanked Inc |
| 50. | Prime Trust, LLC | Vendor Agreement | Dexfreight |
| 51. | Prime Trust, LLC | Vendor Agreement | Wallex Pay LLC |
| 52. | Prime Trust, LLC | Vendor Agreement | Redline Blockchain |
| 53. | Prime Trust, LLC | Vendor Agreement | SYR Group |
| 54. | Prime Trust, LLC | Vendor Agreement | Compass Bank and Trust |
| 55. | Prime Trust, LLC | Vendor Agreement | InTuition Exchange Inc. |
| 56. | Prime Trust, LLC | Vendor Agreement | Fluent Finance |
| 57. | Prime Trust, LLC | Vendor Agreement | Estructuras Financieras |
| 58. | Prime Trust, LLC | Vendor Agreement | The CryptoMom Global, Inc. |
| 59. | Prime Trust, LLC | Vendor Agreement | Oval Finance |
| 60. | Prime Trust, LLC | Vendor Agreement | Metahill Inc |
| 61. | Prime Trust, LLC | Vendor Agreement | Apt Systems Inc |
| 62. | Prime Trust, LLC | Vendor Agreement | INNOVATION TRUST BANK ITL (Park Ave Finance) |
| 63. | Prime Trust, LLC | Vendor Agreement | Pinttosoft llc |
| 64. | Prime Trust, LLC | Vendor Agreement | Premise Data Corporation |
| 65. | Prime Trust, LLC | Vendor Agreement | Settle Network |
| 66. | Prime Trust, LLC | Vendor Agreement | Village Labs |
| 67. | Prime Trust, LLC | Vendor Agreement | Pluto |
| 68. | Prime Trust, LLC | Vendor Agreement | Simply Digital Technologies Inc. |
| 69. | Prime Trust, LLC | Vendor Agreement | Emurgo |
| 70. | Prime Trust, LLC | Vendor Agreement | PAF Statutory Trust |
| 71. | Prime Trust, LLC | Vendor Agreement | Daynight Capital Inc. |
| 72. | Prime Trust, LLC | Vendor Agreement | Chasm Labs LLC |
| 73. | Prime Trust, LLC | Vendor Agreement | Solidus Advisors Ltd. |
| 74. | Prime Trust, LLC | Vendor Agreement | Augeo |
| 75. | Prime Trust, LLC | Vendor Agreement | CoinFLEX US LLC |
| 76. | Prime Trust, LLC | Vendor Agreement | Wealthchain |
| 77. | Prime Trust, LLC | Vendor Agreement | Bitcoin Solutions, Inc (BSI/BitCards/Mybitcards) |
| 78. | Prime Trust, LLC | Vendor Agreement | Save Change LLC |
| 79. | Prime Trust, LLC | Vendor Agreement | WE Labs, Inc. |
| 80. | Prime Trust, LLC | Vendor Agreement | Bold |
| 81. | Prime Trust, LLC | Vendor Agreemet | Net24-7 |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 82. | Prime Trust, LLC | Vendor Agreement | Gorilla Labs |
| 83. | Prime Trust, LLC | Vendor Agreement | Morning Star Enterprises |
| 84. | Prime Trust, LLC | Vendor Agreement | Coinfront |
| 85. | Prime Trust, LLC | Vendor Agreement | Archblock (TrustToken, Inc) |
| 86. | Prime Trust, LLC | Vendor Agreement | Finepine Digital Platform Corp |
| 87. | Prime Trust, LLC | Vendor Agreement | Pagotronic |
| 88. | Prime Trust, LLC | Vendor Agreement | Ottr Finance Inc. |
| 89. | Prime Trust, LLC | Vendor Agreement | Glo Development Foundation, Inc. |
| 90. | Prime Trust, LLC | Vendor Agreement | Watchdog Technologies (Watchdog Capital) |
| 91. | Prime Trust, LLC | Vendor Agreement | SendCrypto |
| 92. | Prime Trust, LLC | Vendor Agreement | Alianza Financial INC |
| 93. | Prime Trust, LLC | Vendor Agreement | Universal Ledger LLC |
| 94. | Prime Trust, LLC | Vendor Agreement | Neural Labs LLC |
| 95. | Prime Trust, LLC | Vendor Agreement | Coast Software LLC |
| 96. | Prime Trust, LLC | Vendor Agreement | Lyfe Cycle Payments |
| 97. | Prime Trust, LLC | Vendor Agreement | Caramba |
| 98. | Prime Trust, LLC | Vendor Agreement | Karta |
| 99. | Prime Trust, LLC | Vendor Agreement | Senken |
| 100. | Prime Trust, LLC | Vendor Agreement | NYXEX US Holdings |