# SCHEDULE 1

## Rejected Contracts[1]

---

[1] Each as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 1. | Prime Trust, LLC | Vendor Agreement | Knapsack LLC |
| 2. | Prime Trust, LLC | Vendor Agreement | Lukapay |
| 3. | Prime Trust, LLC | Vendor Agreement | East West Technologies |
| 4. | Prime Trust, LLC | Vendor Agreement | My Backpack, LLC |
| 5. | Prime Trust, LLC | Vendor Agreement | Quickex |
| 6. | Prime Trust, LLC | Vendor Agreement | Astrolescent |
| 7. | Prime Trust, LLC | Vendor Agreement | CIFRAPAY, UNIPESSOAL LDA |
| 8. | Prime Trust, LLC | Vendor Agreement | ParaPay |
| 9. | Prime Trust, LLC | Vendor Agreement | PayCruiser |
| 10. | Prime Trust, LLC | Vendor Agreement | Compass Payment Solutions LLC |
| 11. | Prime Trust, LLC | Vendor Agreement | Union Block LLC |
| 12. | Prime Trust, LLC | Vendor Agreement | Digital Asset Redemption |
| 13. | Prime Trust, LLC | Vendor Agreement | BKR International KB |
| 14. | Prime Trust, LLC | Vendor Agreement | Koi Trading |
| 15. | Prime Trust, LLC | Vendor Agreement | Paxful Inc |
| 16. | Prime Trust, LLC | Vendor Agreement | Audius Token |
| 17. | Prime Trust, LLC | Vendor Agreement | One World Bancorp |
| 18. | Prime Trust, LLC | Vendor Agreement | OWS Brasil Intermediacao LTDA |
| 19. | Prime Trust, LLC | Vendor Agreement | Block.io |
| 20. | Prime Trust, LLC | Vendor Agreement | FXDD Trading Limited |
| 21. | Prime Trust, LLC | Vendor Agreement | QUICKIECOIN |
| 22. | Prime Trust, LLC | Vendor Agreement | Stillman Digital LLC |
| 23. | Prime Trust, LLC | Vendor Agreement | Decasonic |
| 24. | Prime Trust, LLC | Vendor Agreement | IV Crypto Fund |
| 25. | Prime Trust, LLC | Vendor Agreement | CYPFER Corp. |
| 26. | Prime Trust, LLC | Vendor Agreement | Cybersecop |
| 27. | Prime Trust, LLC | Vendor Agreement | Polaris Venture |
| 28. | Prime Trust, LLC | Vendor Agreement | East Goodnews Limited |
| 29. | Prime Trust, LLC | Vendor Agreement | LTCA Trust |
| 30. | Prime Trust, LLC | Vendor Agreement | Metatech Operating Company LLC |
| 31. | Prime Trust, LLC | Vendor Agreement | Hayvn Global |
| 32. | Prime Trust, LLC | Vendor Agreement | Homium |
| 33. | Prime Trust LLC | Vendor Agreement | Enigma Securities |
| 34. | Prime Trust, LLC | Vendor Agreement | DMG Blockchain Solutions |
| 35. | Prime Trust, LLC | Cryptocurrency Purchase Agreement | DV Chain |
| 36. | Prime Trust, LLC | Vendor Agreement | DV Chain |