IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: Nov. 29, 2023 at 4:00 p.m. ET<br>Hrg. Date: Dec. 19, 2023 at 10:00 a.m. ET |

**NOTICE OF HEARING ON DEBTORS' THIRD OMNIBUS MOTION
FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS
TO REJECT CERTAIN EXECUTORY CONTRACTS, EFFECTIVE
AS OF NOVEMBER 15, 2023, AND (B) GRANTING RELATED RELIEF**

TO:   (i) the U.S. Trustee; (ii) counsel to the Committee; (iii) the counterparties to the Rejected Contracts; and (iv) all parties that have requested notice pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that, on November 15, 2023, the above-captioned debtors (the "Debtors") filed the *Debtors' Third Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief* (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE BE ADVISED THAT SELF-SERVE ACCESS TO PRIME TRUST'S API SYSTEM WILL NO LONGER BE AVAILABLE AS OF NOVEMBER 20, 2023, AT 11:59 P.M. (ET).**

**ANY API CALLS MUST BE MADE PRIOR TO 11:59 P.M. (ET) ON NOVEMBER 20, 2023.**

An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, and served upon undersigned counsel to the Debtors, so that it is received on or before 4:00 p.m. (ET) on November 29, 2023.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

A HEARING ON THE MOTION WILL BE HELD ON DECEMBER 19, 2023 AT 10:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 15, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
Jessica Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*