## SCHEDULE 1

**Rejected Contracts[1]**

---

[1]     Each as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 1. | Prime Trust, LLC | Vendor Agreement | One World Services LLC (OWS) |
| 2. | Prime Trust, LLC | Vendor Agreement | Shima Capital |
| 3. | Prime Trust, LLC | Vendor Agreement | Crypto.com (aka Foris DAX, Inc.) |