**Exhibit B**

**Murphy Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF WILLIAM MURPHY
IN SUPPORT OF DEBTORS' OBJECTION TO PROOF
OF CLAIM NO 416, FILED BY CONOR O'BRIEN PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

I, William Murphy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Director at M3 Advisory Partners, LP ("M3 Advisory"), financial advisors for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection their chapter 11 cases (the "Chapter 11 Cases"). I have over forty (40) years of professional advisory experience, including more than thirty (30) years specializing in corporate restructurings. Over the course of my career, I have held a wide range of positions across companies of all sizes, including serving as Chief Financial Officer, Chief Restructuring Officer, and other positions responsible for overseeing company operations.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

2. I am over the age of 18 and authorized to submit this declaration (the "Declaration") on behalf of the Debtors in support of the *Debtors' Objection to Proof of Claim No. 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007* (the "Objection").[2] Except as otherwise indicated, all facts set forth in this Declaration are based upon information that I have learned since M3 Advisory was engaged by the Debtors in connection with these Chapter 11 Cases, including through my review of relevant documents, information provided to me by the Debtors' management and employees, and information provided to me by employees of M3 Advisory working under my direction and supervision. If I were called upon to testify, I could and would competently testify to the facts set forth herein.

3. The O'Brien Claim was reviewed carefully and analyzed in good faith using due diligence by myself and my team, the Debtors' management, and the Debtors' other advisors.

4. To the best of my knowledge, information, and belief, and based upon careful inspection of the Debtors' books and records, no officer, director, or employee by the name of Tim Pierce has ever been employed by the Debtors.

5. To the best of my knowledge, information, and belief, and based upon careful inspection of the Debtors' books and records, at the time that the Contract was alleged to have been executed by Tim Pierce as the Chief Executive Officer of "Prime Trust, Inc.," Mr. Jor Law was serving as the Interim Chief Executive Officer.

6. To the best of my knowledge, information, and belief, and based upon careful inspection of the Debtors' books and records, "Prime Trust, Inc." has never existed as an affiliate or entity of the Debtors.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Objection.

7. To the best of my knowledge, information, and belief, and based upon careful inspection of the Debtor's books and records, there is no evidence of the Contract or the services purportedly rendered thereunder.

8. To the best of my knowledge, information, and belief, and based upon careful inspection of the Debtor's books and records, the Debtors have never entered into an agreement to pay an individual nearly $40 million for the provision of services over a one-month period of time.

9. To the best of my knowledge, information, and belief, the facts and circumstances set forth in the Objection are true and accurate.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 18, 2023

                                                  */s/ William Murphy*
                                                  William Murphy