# Exhibit 1

**O'Brien Claim**

# Prime Core Technologies Inc. (Case No. 23-11161)

## Case Number: 23-11161 (JKS)

### District of Delaware

Your Proof of Claim has been received and your reference number is PC-110391

### Claim Details

Creditor Name: CONOR OBRIEN
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: CONOR
Notice Address One: 7714 BRENTWOOD DRIVE
Notice Address Two: [No Response]
Notice Address City: STOCKTON
Notice Address State: California
Notice Address Zip: 95207
Notice Address Country: US
Phone: [No Response]
Email: stretto.primetrust@skiff.com

Payment Address Address One: [No Response]
Payment Address Address Two: [No Response]
Payment Address City: [No Response]
Payment Address State: [No Response]
Payment Address Zip: [No Response]
Payment Address Country: US
Payment Phone: [No Response]
Payment Contact Email: [No Response]

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: true 5317

List the number of each type of coin held in your account as of the date the case was filed:
Audius: 125000000
Ethereum: 5000
Terra Luna 2.0: 44000
Bitcoin: 170

Does this include interest or other charges: false

Is all or part of the claim secured: false
Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? true
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or household use: 3000
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: 80000
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority: true
Administrative Amount: 20000000


Filer Type: Filed as Creditor

Signed on: 2023-10-10
Signed by: CONOR OBRIEN
First Name: CONOR
Middle Name: [No Response]
Last Name: OBRIEN
Title: [No Response]
Company: [No Response]

Address Street: STOCKTON
Address City: STOCKTON
Address State: California
Address Zip: 95207
Address Country: US
Contact Phone: 8059460314
Contact Email: stretto.primetrust@skiff.com
Supporting Documents Uploaded:

    - PRIME_CORE_TECH_CONTRACT-439c.pdf

**GENERAL CONTRACT FOR SERVICES**

This Contract for Services is made effective as of June 01, 2023, by and between **PRIME CORE TECHNOLOGIES, INC** of 330 S. RAMPART BLVD. STE 260, LAS VEGAS, NEVADA, 89145 (the "Recipient") and **CONOR O'BRIEN** of 7714 BRENTWOOD DRIVE, STOCKTON, CALIFORNIA 95207 (the "Provider").

**1. DESCRIPTION OF SERVICES.** Beginning on June 01, 2023 CONOR O'BRIEN will provide to PRIME CORE TECHNOLOGIES, INC the following services( collectively, the "Services")

TECHNICAL CONSULTING, CRYPTOGRAPHIC SERVICES

**2. PAYMENT.** Payment shall be made to Provider in the total amount of **$37,981,739.70 USD** no later than July 01, 2023.

PAYMENT TERMS: NET 30
SETTLEMENT: CRYPTOCURRENCY OR USD

**3. TERMS.** Contract shall be settled and completed on July 04, 2023.

**4. CONFIDENTIALITY.** Provider, and its employees, agents, or representatives will not at any time or in any manner, either directly or indirectly, use for the personal benefit or Provider, or divulge, disclose, or communicate in any manner, any information that is proprietary to Recipient. Provider and its employees, agents, and representatives will protect such information and treat it as strictly confidential.

This provision will continue to be effective after the termination of this Contract.
Any oral or written waiver by Recipient of these confidentiality obligations which allow Provider to disclose Recipient's confidential information to a third party will be limited to a single occurrence tied to the specific information disclosed to the specific third party, and the confidentiality clause will continue to be in effect for all other occurrences.

**5. ATTORNEY'S FEES AND COLLECTION COSTS.**
If there is dispute relating to any provisions in this Contract, the prevailing party is entitled to, and the non-prevailing party shall pay, the cost and expenses incurred by the prevailing party in the dispute, including but not limited to all out-pocket costs of collection, court costs. And reasonable attorney fees and expenses

**6. REMEDIES.** In addition to any and all other rights a party may have available according to law, if a party defaults by failing to substantially perform any provision, term or condition of this Contract, the other party can terminate the Contract by providing written notice to the defaulting party. This notice shall describe with sufficient detail the nature of the default. The party receiving such notice shall have **15 days** from the effective date of such notice to cure the defaults

**7. DISPUTE RESOLUTION.** The parties will attempt to resolve any dispute arising out of or relate to this Agreement through friendly negotiations amongst the parties. If the matter is not resolved within 30 days, the parties will resolve the dispute using Alternative Dispute Resolution (ADR) procedure.

Any controversies or disputes arising out of or relating to this Agreement will be resolved by binding arbitration under the rules of the American Arbitration Association. The arbitrator's award will be final, and judgment may be entered upon into by any court having proper jurisdiction.

**8. ENTIRE AGREEMENT.** This Contract contains the entire agreement of the parties, and there are no other promises or conditions in any other agreement whether oral or written concerning this subject matter of this Contract. This Contract supersedes any prior written or oral agreement between the parties.

**9. GOVERNING LAW.** The Contract shall be construed in accordance with laws of the State of Delaware.

**10. NOTICE.** Any notice or communications required or permitted under this Contract shall be sufficiently given if delivered in person or certified mail, return receipt requested, to the address set forth in the opening paragraph or to such other address as one party may have furnished to the other in writing.

**11. CONSTRUCTION AND INTERPRETATIONS.**
The rule required construction or interpretation against the drafter is waived.
The document shall be deemed as if it were drafted by other parties in a mutual effort.

**12. ASSIGNMENT.** Neither party may assign or transfer this Contract without the prior written consent of the non-assigning party, which approval shall not be unreasonably withheld.

IN WITNESS THEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date first above written.

Service Recipient: PRIME CORE TECHNOLOGIES, INC

BY:

*TIM PIERCE*

TIM PIERCE, CEO PRIME TRUST, INC.                                    DATE: 06/01/2023

BY:

*CONOR OBRIEN*

CONOR O'BRIEN                                                                          DATE: 06/01/2023