# EXHIBIT 3

## Misclassified Claims

| Name of Claimant | Debtor | Claim # | Date Filed | Current Claim Amount and Current Priority Status | Modified Claim Amount and Modified Priority Status |
|---|---|---|---|---|---|
| Pagotec Consultancy Ltd | Prime Trust, LLC | 267 | 10/3/2023 | Administrative: $371,219.13<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $371,219.13 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $371,219.13<br><br>Total: $371,219.13 |
| ALLSEC TECHNOLGIES LLC | Prime Trust, LLC | 1019 | 10/19/2023 | Administrative: $78,940.00<br>Secured: $0.00<br>Priority: $18,500.00<br>General Unsecured: $123,907.50<br><br>Total: $221,347.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $221,347.50<br><br>Total: $221,347.50 |
| Individual Name | Prime Trust, LLC | 300 | 10/4/2023 | Administrative: $0.00<br>Secured: $41,767.55<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $41,767.55 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $41,767.55<br><br>Total: $41,767.55 |
| Individual Name Reda | Prime Trust, LLC | 1085 | 10/20/2023 | Administrative: $0.00<br>Secured: $32,083.01<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $32,083.01 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $32,083.01<br><br>Total: $32,083.01 |
| Individual Name R | Prime Trust, LLC | 229 | 9/30/2023 | Administrative: $0.00<br>Secured: $27,066.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $27,066.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $27,066.00<br><br>Total: $27,066.00 |
| Nova Treasure PTE LTD | Prime Trust, LLC | 51 | 9/25/2023 | Administrative:<br>Secured:<br>Priority: $20,000.00<br>General Unsecured:<br><br>Total: $20,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20,000.00<br><br>Total: $20,000.00 |
| Bosonic Inc. | Prime Trust, LLC | 254 | 10/2/2023 | Administrative:<br>Secured:<br>Priority: $20,000.00<br>General Unsecured:<br><br>Total: $20,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20,000.00<br><br>Total: $20,000.00 |
| Individual Name R | Prime Trust, LLC | 132 | 9/27/2023 | Administrative: $0.00<br>Secured: $16,664.47<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $16,664.47 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,664.47<br><br>Total: $16,664.47 |
| Individual Nam | Prime Trust, LLC | 250 | 10/2/2023 | Administrative: $0.00<br>Secured: $16,500.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $16,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,500.00<br><br>Total: $16,500.00 |
| Individual Name Reda | Prime Trust, LLC | 1000 | 10/19/2023 | Administrative: $0.00<br>Secured: $15,027.65<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $15,027.65 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,027.65<br><br>Total: $15,027.65 |
| Individual Name R | Prime Trust, LLC | 1102 | 10/20/2023 | Administrative: $0.00<br>Secured: $14,837.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $14,837.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,837.00<br><br>Total: $14,837.00 |
| Individual Nam | Prime Trust, LLC | 184 | 9/28/2023 | Administrative: $0.00<br>Secured: $13,958.17<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $13,958.17 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,958.17<br><br>Total: $13,958.17 |
| Individual Name R | Prime Trust, LLC | 237 | 10/1/2023 | Administrative: $0.00<br>Secured: $12,500.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $12,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,500.00<br><br>Total: $12,500.00 |
| Individual Name | Prime Trust, LLC | 224 | 9/30/2023 | Administrative: $0.00<br>Secured: $11,852.31<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $11,852.31 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,852.31<br><br>Total: $11,852.31 |
| Individual Name Reda | Prime Trust, LLC | 1080 | 10/20/2023 | Administrative: $0.00<br>Secured: $10,756.21<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $10,756.21 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,756.21<br><br>Total: $10,756.21 |

| Claimant | Debtor | Claim # | Date | Asserted Amount | Modified Amount |
|---|---|---|---|---|---|
| Individual Name | Prime Trust, LLC | 1238 | 10/21/2023 | Administrative: Blank<br>Secured:<br>Priority: $100.00<br>General Unsecured:<br><br>Total: $100.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $100.00<br><br>Total: $100.00 |
| Individual Name Redacted | Prime Trust, LLC | 1287 | 10/22/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: Unliquidated |
| Individual Name | Prime Trust, LLC | 380 | 10/8/2023 | Administrative: $0.00<br>Secured: $6,817.63<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $6,817.63 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,817.63<br><br>Total: $6,817.63 |
| Individual Name | Prime Trust, LLC | 569 | 10/14/2023 | Administrative: $0.00<br>Secured: $6,009.80<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $6,009.80 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,009.80<br><br>Total: $6,009.80 |
| Individual Name Redacted | Prime Trust, LLC | 183 | 9/28/2023 | Administrative: $0.00<br>Secured: $5,085.40<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $5,085.40 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,085.40<br><br>Total: $5,085.40 |
| Individual Name | Prime Trust, LLC | 151 | 9/27/2023 | Administrative: $0.00<br>Secured: $5,062.11<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $5,062.11 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,062.11<br><br>Total: $5,062.11 |
| Individual Name | Prime Trust, LLC | 513 | 10/13/2023 | Administrative: $0.00<br>Secured: $4,807.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $4,807.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,807.00<br><br>Total: $4,807.00 |
| Individual Name | Prime Trust, LLC | 162 | 9/27/2023 | Administrative: $0.00<br>Secured: $4,517.85<br>Priority: $0.00<br>General Unsecured:<br><br>Total: $4,517.85 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,517.85<br><br>Total: $4,517.85 |
| Individual Name Redacted | Prime Trust, LLC | 141 | 9/27/2023 | Administrative: $0.00<br>Secured: $4,221.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $4,221.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,221.00<br><br>Total: $4,221.00 |
| Individual Name Redacted | Prime Trust, LLC | 207 | 9/29/2023 | Administrative: $0.00<br>Secured: $4,204.59<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $4,204.59 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,204.59<br><br>Total: $4,204.59 |
| Individual Name R | Prime Core Technologies Inc. | 1237 | 10/21/2023 | Administrative: $0.00<br>Secured: $2,070.00<br>Priority: $2,105.00<br>General Unsecured: Unliquidated<br><br>Total: $4,175.00 | Administrative: $0.00<br>Secured:<br>Priority:<br>General Unsecured: $4,175.00<br><br>Total: $4,175.00 |
| Individual Name Redac | Prime Trust, LLC | 1450 | 10/23/2023 | Administrative: $2,631.30<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $2,631.30 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,631.30<br><br>Total: $2,631.30 |
| Individual Name R | Prime Trust, LLC | 125 | 9/27/2023 | Administrative: $0.00<br>Secured: $2,622.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $2,622.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,622.00<br><br>Total: $2,622.00 |
| Individual Name | Prime Trust, LLC | 1318 | 10/22/2023 | Administrative: $0.00<br>Secured: $2,590.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $2,590.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,590.00<br><br>Total: $2,590.00 |
| Individual Name Redact | Prime Core Technologies Inc. | 1412 | 10/22/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $2,500.00<br>General Unsecured: Unliquidated<br><br>Total: $2,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,500.00<br><br>Total: $2,500.00 |

| Creditor | Debtor | Claim # | Date | Asserted Amount | Modified Amount |
|---|---|---|---|---|---|
| Individual Name Redacted | Prime Trust, LLC | 225 | 9/30/2023 | Administrative: $0.00<br>Secured: $2,251.17<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $2,251.17 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,251.17<br>Total: $2,251.17 |
| Individual Name Redacted | Prime Trust, LLC | 395 | 10/9/2023 | Administrative: $0.00<br>Secured: $2,165.32<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $2,165.32 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,165.32<br>Total: $2,165.32 |
| Individual Name Redacted | Prime Trust, LLC | 1105 | 10/20/2023 | Administrative: $0.00<br>Secured: $2,055.79<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $2,055.79 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,055.79<br>Total: $2,055.79 |
| Individual Name Redacted | Prime Trust, LLC | 1148 | 10/21/2023 | Administrative: $0.00<br>Secured: $1,952.37<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,952.37 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,952.37<br>Total: $1,952.37 |
| Individual Name Redacted | Prime Trust, LLC | 590 | 10/14/2023 | Administrative: $0.00<br>Secured: $1,561.49<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,561.49 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,561.49<br>Total: $1,561.49 |
| Individual Name Redacted | Prime Trust, LLC | 148 | 9/27/2023 | Administrative: $0.00<br>Secured: $1,438.70<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $1,438.70 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,438.70<br>Total: $1,438.70 |
| Individual Name Redacted | Prime Trust, LLC | 957 | 10/19/2023 | Administrative: $0.00<br>Secured: $1,369.39<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,369.39 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,369.39<br>Total: $1,369.39 |
| Individual Name Redacted | Prime Trust, LLC | 182 | 9/28/2023 | Administrative: $0.00<br>Secured: $1,350.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,350.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,350.00<br>Total: $1,350.00 |
| Individual Name Redacted | Prime Trust, LLC | 493 | 10/12/2023 | Administrative: $0.00<br>Secured: $1,250.00<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $1,250.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,250.00<br>Total: $1,250.00 |
| Individual Name Redacted | Prime Trust, LLC | 127 | 9/27/2023 | Administrative: $0.00<br>Secured: $1,231.44<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,231.44 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,231.44<br>Total: $1,231.44 |
| Individual Name Redacted | Prime Trust, LLC | 1437 | 10/23/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,221.57<br>General Unsecured: $0.00<br>Total: $1,221.57 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,221.57<br>Total: $1,221.57 |
| Individual Name Redacted | Prime Trust, LLC | 200 | 9/28/2023 | Administrative: $0.00<br>Secured: $1,180.79<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $1,180.79 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,180.79<br>Total: $1,180.79 |
| Individual Name Redacted | Prime Trust, LLC | 197 | 9/28/2023 | Administrative: $0.00<br>Secured: $1,142.88<br>Priority: $0.00<br>General Unsecured: Unliquidated<br>Total: $1,142.88 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,142.88<br>Total: $1,142.88 |
| Individual Name Redacted | Prime Trust, LLC | 172 | 9/28/2023 | Administrative: $0.00<br>Secured: $1,078.93<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $1,078.93 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,078.93<br>Total: $1,078.93 |
| Individual Name Redacted | Prime Trust, LLC | 296 | 10/4/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,040.63<br>General Unsecured: Unliquidated<br>Total: $1,040.63 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,040.63<br>Total: $1,040.63 |

| Name | Creditor | Claim # | Date | Asserted | Modified |
|---|---|---|---|---|---|
| Individual Name Redacted | Prime Trust, LLC | 1141 | 10/20/2023 | Administrative: $0.00<br>Secured: $982.39<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $982.39 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $982.39<br><br>Total: $982.39 |
| Individual Name Redacted | Prime Trust, LLC | 164 | 9/27/2023 | Administrative: $0.00<br>Secured: $971.72<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $971.72 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $971.72<br><br>Total: $971.72 |
| Individual Name Redacted | Prime Trust, LLC | 518 | 10/13/2023 | Administrative: $0.00<br>Secured: $966.91<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $966.91 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $966.91<br><br>Total: $966.91 |
| Individual Name Redacted | Prime Trust, LLC | 269 | 10/3/2023 | Administrative: $0.00<br>Secured: $931.10<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $931.10 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $931.10<br><br>Total: $931.10 |
| Individual Name Redacted | Prime Trust, LLC | 504 | 10/13/2023 | Administrative: $0.00<br>Secured: $909.49<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $909.49 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $909.49<br><br>Total: $909.49 |
| Individual Name Redacted | Prime Trust, LLC | 146 | 9/27/2023 | Administrative: $0.00<br>Secured: $907.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $907.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $907.00<br><br>Total: $907.00 |
| Individual Name Redacted | Prime Trust, LLC | 939 | 10/18/2023 | Administrative: $0.00<br>Secured: $900.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $900.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $900.00<br><br>Total: $900.00 |
| Individual Name Redacted | Prime Trust, LLC | 156 | 9/27/2023 | Administrative: $0.00<br>Secured: $851.06<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $851.06 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $851.06<br><br>Total: $851.06 |
| Individual Name Redacted | Prime Trust, LLC | 191 | 9/28/2023 | Administrative: $0.00<br>Secured: $840.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $840.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $840.00<br><br>Total: $840.00 |
| Individual Name Redacted | Prime Trust, LLC | 211 | 9/29/2023 | Administrative: $0.00<br>Secured: $769.61<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $769.61 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $769.61<br><br>Total: $769.61 |
| Individual Name Redacted | Prime Trust, LLC | 1063 | 10/20/2023 | Administrative: $0.00<br>Secured: $716.40<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $716.40 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $716.40<br><br>Total: $716.40 |
| Individual Name Redacted | Prime Trust, LLC | 134 | 9/27/2023 | Administrative: $0.00<br>Secured: $688.35<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $688.35 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $688.35<br><br>Total: $688.35 |
| Individual Name Redacted | Prime Trust, LLC | 883 | 10/22/2023 | Administrative: $0.00<br>Secured: $633.95<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $633.95 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $633.95<br><br>Total: $633.95 |
| Individual Name Redacted | Prime Trust, LLC | 90 | 9/26/2023 | Administrative: $0.00<br>Secured: $101.36<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $101.36 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $101.36<br><br>Total: $101.36 |
| Individual Name Redacted | Prime Trust, LLC | 790 | 10/17/2023 | Administrative:<br>Secured: $539.79<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $539.79 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $539.79<br><br>Total: $539.79 |

| Name | Debtor | Claim # | Date | Asserted Claim Amount | Modified Claim Amount |
|---|---|---|---|---|---|
| Individual Name Redacted | Prime Core Technologies Inc. | 734 | 10/16/2023 | Administrative:<br>Secured:<br>Priority: $500.00<br>General Unsecured: Unliquidated<br><br>Total: $500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $500.00<br><br>Total: $500.00 |
| Individual Name Redacted | Prime Trust, LLC | 1321 | 10/22/2023 | Administrative:<br>Secured: $500.00<br>Priority:<br>General Unsecured:<br><br>Total: $500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $500.00<br><br>Total: $500.00 |
| Individual Name | Prime Trust, LLC | 161 | 9/27/2023 | Administrative:<br>Secured: $477.59<br>Priority:<br>General Unsecured:<br><br>Total: $477.59 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $477.59<br><br>Total: $477.59 |
| Individual Name Redacted | Prime Trust, LLC | 869 | 10/11/2023 | Administrative:<br>Secured: $476.38<br>Priority:<br>General Unsecured:<br><br>Total: $476.38 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $476.38<br><br>Total: $476.38 |
| Individual Name Redacted | Prime Trust, LLC | 238 | 10/1/2023 | Administrative:<br>Secured: $472.14<br>Priority:<br>General Unsecured:<br><br>Total: $472.14 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $472.14<br><br>Total: $472.14 |
| Individual Name | Prime Trust, LLC | 170 | 9/27/2023 | Administrative:<br>Secured: $443.00<br>Priority:<br>General Unsecured:<br><br>Total: $443.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $443.00<br><br>Total: $443.00 |
| Individual Name Redacted | Prime Trust, LLC | 1265 | 10/22/2023 | Administrative:<br>Secured: $418.00<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $418.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $418.00<br><br>Total: $418.00 |
| Individual Name Redacted | Prime Trust, LLC | 1388 | 10/22/2023 | Administrative:<br>Secured:<br>Priority: $400.00<br>General Unsecured:<br><br>Total: $400.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $400.00<br><br>Total: $400.00 |
| Individual Name Redacted | Prime Trust, LLC | 142 | 9/27/2023 | Administrative:<br>Secured: $394.94<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $394.94 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $394.94<br><br>Total: $394.94 |
| Individual Name | Prime Trust, LLC | 924 | 10/18/2023 | Administrative:<br>Secured: $389.41<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $389.41 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $389.41<br><br>Total: $389.41 |
| Individual Name Redacted | Prime Core Technologies Inc. | 1289 | 10/22/2023 | Administrative: Blank<br>Secured: $365.00<br>Priority:<br>General Unsecured:<br><br>Total: $365.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $365.00<br><br>Total: $365.00 |
| Individual Name Redacted | Prime Core Technologies Inc. | 1264 | 10/22/2023 | Administrative: $362.00<br>Secured:<br>Priority:<br>General Unsecured:<br><br>Total: $362.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $362.00<br><br>Total: $362.00 |
| Individual Name Redacted | Prime Trust, LLC | 1377 | 10/22/2023 | Administrative:<br>Secured: $355.75<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $355.75 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $355.75<br><br>Total: $355.75 |
| Individual Name | Prime Trust, LLC | 870 | 10/13/2023 | Administrative:<br>Secured: $354.30<br>Priority:<br>General Unsecured:<br><br>Total: $354.30 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $354.30<br><br>Total: $354.30 |
| Individual Name Redacted | Prime Trust, LLC | 243 | 10/2/2023 | Administrative:<br>Secured:<br>Priority: $196.36<br>General Unsecured:<br><br>Total: $196.36 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $196.36<br><br>Total: $196.36 |

| Name | Debtor | Claim # | Date | Asserted Amount | Modified Amount |
|---|---|---|---|---|---|
| Individual Name Redacted | Prime Core Technologies Inc. | 810 | 10/17/2023 | Administrative:<br>Secured:<br>Priority: $170.00<br>General Unsecured:<br><br>Total: $170.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $170.00<br><br>Total: $170.00 |
| Individual Name | Prime Core Technologies Inc. | 130 | 9/27/2023 | Administrative:<br>Secured: $155.85<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $155.85 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $155.85<br><br>Total: $155.85 |
| Individual Name | Prime Trust, LLC | 259 | 10/3/2023 | Administrative:<br>Secured: $131.60<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $131.60 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $131.60<br><br>Total: $131.60 |
| Individual Name | Prime Trust, LLC | 266 | 10/3/2023 | Administrative:<br>Secured: $106.71<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $106.71 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $106.71<br><br>Total: $106.71 |
| Individual Name Red | Prime Trust, LLC | 575 | 10/14/2023 | Administrative: $100.00<br>Secured:<br>Priority:<br>General Unsecured:<br><br>Total: $100.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $100.00<br><br>Total: $100.00 |
| Individual Name Re | Prime Trust, LLC | 196 | 9/28/2023 | Administrative:<br>Secured: $98.09<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $98.09 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $98.09<br><br>Total: $98.09 |
| Individual Name Redac | Prime Trust, LLC | 213 | 9/29/2023 | Administrative:<br>Secured: $97.28<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $97.28 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97.28<br><br>Total: $97.28 |
| Individual Name | Prime Core Technologies Inc. | 549 | 10/13/2023 | Administrative: $20.00<br>Secured:<br>Priority:<br>General Unsecured:<br><br>Total: $20.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20.00<br><br>Total: $20.00 |
| Individual Name Reda | Prime Core Technologies Inc. | 19 | 9/19/2023 | Administrative:<br>Secured:<br>Priority: $1,616.07<br>General Unsecured:<br><br>Total: $1,616.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,616.07<br><br>Total: $1,616.07 |
| Individual Name Reda | Prime Trust, LLC | 1072 | 10/20/2023 | Administrative: $998.00<br>Secured:<br>Priority:<br>General Unsecured: $2,733.50<br><br>Total: $3,731.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,731.50<br><br>Total: $3,731.50 |
| Individual Name R | Prime Trust, LLC | 1366 | 10/22/2023 | Administrative:<br>Secured:<br>Priority: $3,350.00<br>General Unsecured: Unliquidated<br><br>Total: $3,350.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,350.00<br><br>Total: $3,350.00 |