## EXHIBIT B

**Murphy Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF WILLIAM MURPHY
## IN SUPPORT OF DEBTORS' FIRST (SUBSTANTIVE)
## OBJECTION TO CERTAIN FILED PROOFS OF CLAIM

I, William Murphy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Director at M3 Advisory Partners, LP ("M3 Advisory"), financial advisors for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection their chapter 11 cases (the "Chapter 11 Cases"). I have over forty (40) years of professional advisory experience, including more than thirty (30) years specializing in corporate restructurings. Over the course of my career, I have held a wide range of positions across companies of all sizes, including serving as Chief Financial Officer, Chief Restructuring Officer, and other positions responsible for overseeing company operations.

2. I am over the age of 18 and authorized to submit this declaration (the "Declaration") on behalf of the Debtors in support of the *Debtors' First (Substantive) Objection*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*to Certain Filed Proofs of Claim* (the "First Omnibus Objection").[2] Except as otherwise indicated, all facts set forth in this Declaration are based upon information that I have learned since M3 Advisory was engaged by the Debtors in connection with these Chapter 11 Cases, including through my review of relevant documents, information provided to me by the Debtors' management and employees, and information provided to me by employees of M3 Advisory working under my direction and supervision. If I were called upon to testify, I could and would competently testify to the facts set forth herein.

3. The proofs of claim subject to the First Omnibus Objection (the "Disputed Claims") were carefully reviewed and analyzed in good faith using due diligence by appropriate personnel of the Debtors, M3, counsel to the Debtors, McDermott, Will & Emery LLP, and the Debtors' court-appointed claims and noticing agent, Stretto, Inc. (the "Claims Agent"). These efforts resulted in identifying the Disputed Claims identified in Exhibit 1, Exhibit, 2, and Exhibit 3 to the Proposed Order annexed to the First Omnibus Objection.

## NO LIABILITY CLAIMS

4. Based upon a careful review and analysis of each relevant proof of claim and the Debtors' Books and Records, and after consultation with the Debtors' professional advisors, I have determined that there are no obligations currently due and owing on the No Liability Claims and there is no evidence that indicates the relevant claimants hold valid claims against any Debtor.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the First Omnibus Objection.

## OVERSTATED CLAIMS

5. Based upon a careful review and analysis of the Debtors' Books and Records, the Schedules, and the claims register, I have determined that the Overstated Claims were filed for amounts that differ from and are greater than the amounts reflected in the Debtors' Books and Records. Failure to reduce the Overstated Claims will result in each claimant receiving improper recoveries on account of these proofs of claim.

## MISCLASSIFIED CLAIMS

6. Based upon a careful review and analysis of the Debtors' Books and Records, the Schedules, and the claims register, the Misclassified Claims have been asserted in the wrong classification or priority (in whole or in part).  I believe there is no evidence that the Misclassified Claims either: (a) have a basis for the priority status asserted in the Misclassified Claims or (b) have a basis for a portion of the priority status asserted in the Misclassified Claims.

7. Failure to expunge and disallow or reduce, as applicable, the Disputed Claims will result in claims that have been improperly asserted against the Debtors and their estates to remain on the claims register, and creditors receiving improper recoveries.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the First Omnibus Objection and exhibits attached to the Proposed Order annexed thereto is true and correct, and the relief requested therein is in the best interests of the Debtors and their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:        November 18, 2023

*/s/ William Murphy*
William Murphy