# **EXHIBIT 1**

**Duplicative Claims**

| Name of Claimant | Debtor | Claim # | Date Filed | Current Claim Amounts | Surviving Claim Amounts | Proof of Claim No. to be Disallowed | Reason |
|---|---|---|---|---|---|---|---|
| Individual | Prime Trust, LLC | 122 | 9/27/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed two claims #250 and #122; did not indicate amendment of claims; #250 is the surviving claim |
| Individual | Prime Trust, LLC | 1368 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed two claims #1368 and #1370; did not indicate amendment of claims; Claim #1370 is the surviving claim |
| Individual Name | Prime Trust, LLC | 107 | 9/27/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed two claims #173 and #107; did not indicate amendment of claims; #173 is the surviving claim |
| Individual | Prime Trust, LLC | 129 | 9/27/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed #68 which was amended and superseded by #129 and #131; #131 which is the surviving claim that will be reduced and allowed |
| BKR International KB | Prime Digital, LLC | 32 | 9/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $940,385.20<br><br>Total: $940,385.20 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $940,385.20<br><br>Total: $940,385.20 | Disallow as Duplicate Claim | Claimant filed two claims #47 and #23; did not indicate amendment of claims; #47 is the surviving claim |
| Individual | Prime Trust, LLC | 338 | 10/13/2023 | Administrative:<br>Secured:<br>Priority: $100.00<br>General Unsecured: Unliquidated<br><br>Total: $100.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed two claims #338 and #565; did not indicate amendment of claims; #565 is the surviving claim |
| Individual N | Prime Core Technologies Inc. | 316 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Disallow as Duplicate Claim | Claimant filed two claims #316 and #471; did not indicate amendment of claims; #417 is the surviving claim |
| Individual Name | Prime Core Technologies Inc. | 731 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $362.13<br><br>Total: $362.13 | Administrative: $362.00<br>Secured:<br>Priority:<br>General Unsecured:<br><br>Total: $362.00 | Disallow as Duplicate Claim | Claimant filed two claims #731 and #1264; did not indicate amendment of claims; #1264 is the surviving claim |
| Individual Name | Prime Core Technologies Inc. | 668 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Disallow as Duplicate Claim | Claimant filed four claims (#668, #669, #670, #671) against the four debtor entities; #669 is filed against Prime Trust LLC and therefore is the surviving claim; did not indicate amendment of claims |
| Individual Name | Prime IRA LLC | 670 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Disallow as Duplicate Claim | Claimant filed four claims (#668, #669, #670, #671) against the four debtor entities; #669 is filed against Prime Trust LLC and therefore is the surviving claim; did not indicate amendment of claims |
| Individual Name | Prime Digital, LLC | 671 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Disallow as Duplicate Claim | Claimant filed four claims (#668, #669, #670, #671) against the four debtor entities; #669 is filed against Prime Trust LLC and therefore is the surviving claim; did not indicate amendment of claims |
| Village Platforms, Inc | Prime Core Technologies Inc. | 263 | 10/3/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $25,000.00<br><br>Total: $25,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $25,000.00<br><br>Total: $25,000.00 | Disallow as Duplicate Claim | Claimant filed three claims (#263,#265,#262); #265 is marked as amending and superseding #262, #263 is duplicative (filed against Prime Core Technologies) |