# **EXHIBIT 2**

**Superseded Claims**

| Name of Claimant | Debtor Name | Claim # | Date Filed | Asserted Current Claim Amount | Surviving Claim Amount | Superseded by |
|---|---|---|---|---|---|---|
| Individual Name Redacted | Prime Trust, LLC | 1361 | 10/6/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority: $3,350.00<br>General Unsecured: Unliquidated<br><br>Total: $3,350.00 | This claim is amended and superceded by Claim #1366 |
| Individual Name Redacted | Prime Core Technologies Inc. | 117 | 9/27/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $13,958.97<br><br>Total: $13,958.97 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,958.17<br><br>Total: $13,958.17 | This claim is amended and superceded by Claim #184 |
| Individual Name Redacted | Prime Trust, LLC | 535 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $300.00<br><br>Total: $300.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: Unliquidated | This claim is amended and superceded by Claim #1240 |
| Tiki Labs, Inc. dba Audius Inc. (custodial account owner) - see attachment | Prime Trust, LLC | 320 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | This claim is amended and superseded by Claim #707 |
| Individual Name | Prime Core Technologies Inc. | 68 | 9/26/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | This claim is amended and superceded by Claim #131; Claimant also filed a duplicative clai #129 that is included in the duplicative list |
| Individual Name Redacted | Prime Trust, LLC | 560 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | This claim is amended and superceded by Claim #1232 |
| Individual Name Redacted | Prime Trust, LLC | 341 | 10/6/2023 | Administrative: $0.00<br>Secured: $7,566.72<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $7,566.72 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | This claim is amended and superceded by Claim #1287 |
| Individual Name | Prime Trust, LLC | 82 | 9/26/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,517.85<br><br>Total: $4,517.85 | Administrative:<br>Secured:<br>Priority: $4,517.85<br>General Unsecured:<br><br>Total: $4,517.85 | This claim is amended and superceded by Claim #162 |
| Individual Name R | Prime Trust, LLC | 84 | 9/26/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $1,142.88<br>Priority: $0.00<br>General Unsecured: Unliquidated<br><br>Total: $1,142.88 | This claim is amended and superceded by Claim #197 |
| Individual Name Redacted | Prime Trust, LLC | 113 | 9/27/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $688.35<br><br>Total: $688.35 | Administrative:<br>Secured: $688.35<br>Priority:<br>General Unsecured:<br><br>Total: $688.35 | This claim is amended and superceded by Claim #134 |
| Individual Name R | Prime Trust, LLC | 121 | 9/27/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured: $155.85<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $155.85 | This claim is amended and superceded by Claim #130 |
| Village Platforms, Inc | Prime Trust, LLC | 262 | 10/3/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $25,000.00<br><br>Total: $25,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $25,000.00<br><br>Total: $25,000.00 | This claim is amended and superceded by Claim #265 |
| Individual Name Re | Prime Trust, LLC | 351 | 10/6/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $20,139.15<br><br>Total: $20,139.15 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | This claim is amended and superceded by Claim #479 |