# EXHIBIT 3

## Misclassified Interest

| Name of Claimant | Debtor | Claim # | Date Filed | Current Claim Amount | Proposed Treatment |
|---|---|---|---|---|---|
| N9 Advisors, LLC | Prime Core Technologies Inc. | 1277 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $9,999,999.60<br><br>Total: $9,999,999.60 | Reclassify as an equity claim |