**Exhibit B**

**Murphy Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF WILLIAM MURPHY**
**IN SUPPORT OF DEBTORS' SECOND (NON-SUBSTANTIVE)**
**OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM**

I, William Murphy, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Director at M3 Advisory Partners, LP ("M3 Advisory"), financial advisors for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection their chapter 11 cases (the "Chapter 11 Cases"). I have over forty (40) years of professional advisory experience, including more than thirty (30) years specializing in corporate restructurings. Over the course of my career, I have held a wide range of positions across companies of all sizes, including serving as Chief Financial Officer, Chief Restructuring Officer, and other positions responsible for overseeing company operations.

2. I am over the age of 18 and authorized to submit this declaration (the "Declaration") on behalf of the Debtors in support of the *Debtor' Second (Non-Substantive)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Omnibus Objection to Certain Filed Proofs of Claims* (the "Second Omnibus Objection").[2] Except as otherwise indicated, all facts set forth in this Declaration are based upon information that I have learned since M3 Advisory was engaged by the Debtors in connection with these Chapter 11 Cases, including through my review of relevant documents, information provided to me by the Debtors' management and employees, and information provided to me by employees of M3 Advisory working under my direction and supervision. If I were called upon to testify, I could and would competently testify to the facts set forth herein.

   3. The proofs of claim subject to the Second Omnibus Objection (the "Disputed Claims") were carefully reviewed and analyzed in good faith using due diligence by appropriate personnel of the Debtors, M3, counsel to the Debtors, McDermott, Will & Emery LLP, and the Debtor's court-appointed claims and noticing agent, Stretto, Inc. (the "Claims Agent"). These efforts resulted in identifying the Disputed Claims identified in Exhibit 1, Exhibit 2, and Exhibit 3 to the Proposed Order annexed to the Second Omnibus Objection.

## THE DUPLICATIVE CLAIMS

   4. Based upon a careful review and analysis of the relevant Proofs of Claim and the Debtors' Books and Records, and after consultation with the Debtors' advisors, I have determined that each Duplicative Claim has been asserted against the Debtors for liabilities which are already covered by a corresponding Duplicative Surviving Claim asserted against the Debtor.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Second Omnibus Objection.

## THE SUPERSEDED CLAIMS

5.     Based upon a careful review and analysis of the relevant Proofs of Claim and the Debtors' Books and Records, the Debtors and their advisors have determined that the Superseded Claims have been amended and superseded by the corresponding Superseded Surviving Claims asserted against the Debtors.

## THE MISCLASSIFIED INTEREST

6.     The Debtors' Books and Records, the Schedules, and the claims register, the Debtors have determined that the Misclassified Interest does not represent a claim against the Debtors but represents an equity interest in the Debtor on <u>Exhibit 3</u> and, if allowed, would entitle such a holder to a recovery in a priority position to which such holder is not entitled.

7.     Failure to expunge and disallow or reclassify, as applicable, the Disputed Claims will result in claims that have been improperly asserted against the Debtors and their estates to remain on the claims register, and creditors receiving improper recoveries.

8.     Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Second Omnibus Objection and exhibits attached to the Proposed Order annexed thereto is true and correct, and the relief requested therein is in the best interests of the Debtors and their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:     November 18, 2023

*/s/ William Murphy*
William Murphy