IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. Docket No. 355** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROVINCE, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested in to the *First Monthly Application for Compensation and Reimbursement of Expenses for Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from September 1, 2023 Through September 30, 2023* [Docket No. 355] (the "Application"), filed with the Court on October 27, 2023. Pursuant to the notice appended to the Application, responses or objections to the Application were due to be filed on or before November 17, 2023 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149], the Debtors are authorized to pay 80% of the fees requested in the Application, or $254,592.56, and 100% of the expenses requested

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

in the Application, or $18.70, for a total payment of $254,611.26 for the period from September 1, 2023 through and including September 30, 2023, upon the filing of this certification of no objection and without the need for entry a court order.

| | |
|---|---|
| Dated: November 21, 2023<br>Wilmington, Delaware | WOMBLE BOND DICKINSON (US) LLP<br><br>/s/ Donald J. Detweiler<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>Email:  elazar.kosman@wbd-us.com<br><br>BROWN RUDNICK LLP<br>Robert J. Stark (admitted *pro hac vice*)<br>Bennett S. Silverberg (admitted *pro hac vice*)<br>Kenneth J. Aulet (admitted *pro hac vice*)<br>Jennifer M. Schein (admitted *pro hac vice*)<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>Email: bsilverberg@brownrudnick.com<br>Email: kaulet@brownrudnick.com<br>Email: jschein@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Tristan G. Axelrod (admitted *pro hac vice*)<br>Matthew A. Sawyer (admitted *pro hac vice*)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: taxelrod@brownrudnick.com<br>Email: msawyer@brownrudnick.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |