# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 175, 176, 178, 179, 180, & 182** |

### NOTICE OF FILING OF AMENDMENTS TO
### DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES
### AND STATEMENTS OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE** that, on September 22, 2023, the above-captioned debtors and debtors in possession, filed their *Schedules of Assets and Liabilities* [Docket Nos. 175-178] (collectively, the "Schedules"), and *Statements of Financial Affairs* [Docket Nos. 179-182] (collectively, the "Statements") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are hereby filing amendments to the following Schedules of Prime Core Technologies Inc, Prime Trust, LLC, and Prime Digital, LLC (collectively, the "Amended Schedules"):

- Schedule A/B (Assets – Real and Personal Property) – amended to (i) categorize certain money market and interest accounts in a manner that maintains consistency with the Debtors' monthly operating report, (ii) add newly discovered bank accounts with Evolve Bank, and (iii) remove certain deposit accounts due to a setoff right that was exercised prepetition by a non-debtor entity.

- Schedule E/F (Creditors Who Have Unsecured Claims) – amended to (a) mark certain customer claims as contingent, unliquidated, or disputed, (b) add additional invoices for newly discovered contracts, (c) update pre-petition balances for certain vendors based on invoices received to date, and (d) remove or reduce (i) customer claims represented in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

GALA coin, and (ii) non-customer claims that are satisfied due to a non-debtor entity's setoff right.

- Schedule G (Executory Contracts and Unexpired Leases) – amended to (i) include newly discovered contracts and (ii) correct the expiration dates for contracts.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are hereby filing amendments to the following Statements of Prime Trust, LLC, Prime Digital, LLC, and Prime Core Technologies, Inc. (collectively, the "Amended Statements"):

- The Debtor has identified and included several additional (i) USD fiat transfers (Question 3), (ii) cryptocurrency transfers (Question 3), (iii) residential and commercial leases (Question 14), (iv) insider employees (Question 4, 28 and 29), and (v) transfers within the 90-day period preceding the Debtors' chapter 11 cases (Question 3).

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Schedules are attached hereto as **Exhibit B-1**, **Exhibit B-2**, and **Exhibit B-3**. Copies of the Amended Statements are attached hereto as **Exhibit C-1**, **Exhibit C-2**, and **Exhibit C-3**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(d) of the *Order (I) Establishing Bar Dates to File Proofs of Claim, (II) Approving Form and Manner for Filing Proofs of Claim (III) Approving Form and Manner of Notice of Bar Dates, and (IV) Granting Related Relief* [Docket No. 169] (the "Bar Date Order"), if any claimant holding a claim affected by the Amended Schedules disagrees with the nature, amount or characterization of such claim, or that the claim is against the Debtors, then the affected claimant must file a Proof of Claim with respect to such claim by no later than 4:00 p.m. (Prevailing Eastern Time) on December 12, 2023, in accordance with the Bar Date Order. If you hold a claim that was amended by the Amended Schedules, you will receive a copy of this Notice, a communication indicating where the applicable amendment(s) can be found, and a Proof of Claim Form. If you hold a claim that was added by the Amended Schedules, you will receive a copy of the Bar Date Order, the *Notice of Bar Dates for Filing Proofs of Claim* (the "Bar Date Notice") [Docket No. 185], this Notice, a communication indicating where the applicable amendment(s) can be found, and a Proof of Claim Form. If you were added to Schedule G, you will receive a copy of the Bar Date Order, Bar Date Notice, and a copy of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their right to further amend the Schedules and Statements, including the Amended Schedules and Amended Statements, from time to time as may be necessary or appropriate.

| | |
|---|---|
| Dated: November 21, 2023<br>       Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>          jbevans@mwe.com<br>          ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |