**EXHIBIT A**

**Identity of Party 8**

**(Filed Under Seal)**