**EXHIBIT A**

**Identity of Party 9**

**(Filed Under Seal)**