## **EXHIBIT A**

**Identity of Party 10**

**(Filed Under Seal)**