### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 341** |

### NOTICE OF DEPOSITION

**NOTICE IS HEREBY GIVEN** that, pursuant Federal Rule of Bankruptcy Procedure 2004, and in connection with the *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests* (the "Notice"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, McDermott Will & Emery LLP ("McDermott"), will take the deposition upon oral examination of Party 4[2] via remote audio-video (ZOOM) conference on **December 5, 2023, commencing at 1:00 p.m. (prevailing Eastern Time)**, and will continue from day to day until completed, concerning the examination topics set forth in *Debtors' Combined Requests for Production of Documents, Interrogatories, and Rule 2004 Examination of Party 4 Pursuant to Fed. R. Bankr. P. 2004*, served on Party 4 on September 27, 2023.

Parties who wish to participate should contact Greer Griffith (ggriffith@mwe.com), no less than 24 hours before the start of the deposition, for more information on how to participate, including remotely.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] The identity of Party 4 is disclosed in Exhibit A to the Notice, filed under seal at Docket No. 342.

The deposition by oral examination will be taken before a notary public or an officer authorized by law to administer oaths upon oral examination and will be recorded by a certified court reporter stenographically and by audio and video. The deposition is being taken for the purpose of discovery, for use at trial, and for any other purpose permitted under the applicable Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and other applicable federal and local rules.

**PLEASE TAKE FURTHER NOTICE** that:

1. The court reporter will report the deposition from a location separate from the witness.
2. Counsel for the parties will participate from various, separate locations.
3. The court reporter will administer the oath to the witness remotely.
4. Each participating attorney will be visible to all other participants and their statements will be audible to all participants.
5. Exhibits, if any, will be provided simultaneously and electronically to the witness and all participants.
6. Counsel for all parties will be required to stipulate on the record:
   a. Their consent to this manner of deposition; and
   b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of deposition.

| | |
|---|---|
| Dated:  November 22, 2023<br>         Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                  jbevans@mwe.com<br>                  ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a true and correct copy of the foregoing *Notice of Deposition* to be served on this 22nd day of November 2023, via electronic mail on the party and at the address listed below.

*/s/ Maris J. Kandestin*
Maris J. Kandestin


Stephanie Yonekura
Hogan Lovells US LLP
E-mail: stephanie.yonekura@hoganlovells.com

*Counsel for Party 4*