**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 325, 326, 374, 376,<br>　　　382, 384, 422 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION, (II) PRODUCE DOCUMENTS, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES IN RESPONSE TO RULE 2004 REQUESTS**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 20, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 325] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached as *Exhibit B* to the Motion were the Debtors' proposed requests for information pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure[3] (the "Original Rule 2004 Requests"). Pursuant to the *Notice of Hearing on the Motion of Debtors for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] The identity of the witness, identified anonymously in the Motion as Party 1, was disclosed under seal at Docket No. 326.

[3] The "Bankruptcy Rules."

*Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 327], the deadline to respond to the Motion was October 26, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. After the Objection Deadline, on November 2, 2023, Party 1 filed its (i) *Opposition to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 374] (the "Opposition")[4] and (ii) *Declaration of Kathryn S. Diemer, Esq. in Support of Opposition to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 376].[5]  On November 3, 2023, Party 1 filed a revised *Declaration of Kathryn S. Diemer, Esq. in Support of Opposition to Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 382].

3. On November 7, 2023, Debtors filed their *Motion for Leave to File a Late Reply in Support of Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 384],[6] with the Debtors' proposed *Reply in Support of Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses in Response to Rule 2004 Requests* [Docket No. 384-2], attached as *Exhibit B* thereto.

---

[4] Public access to the Opposition was subsequently restricted by the Court.

[5] This declaration was subsequently withdrawn.  *See* Docket No. 379.

[6] The Court granted the Debtors' request on November 14, 2023.  *See* Docket No. 422.

4. On November 7, 2023, the Court held a hearing (the "Hearing") with respect to the Motion and the Opposition. At the Hearing, the Court approved the Motion subject to certain modifications with respect to the scope of the Original Rule 2004 Requests, which were attached to the Motion as *Exhibit B*. The Debtors have revised the Original Rule 2004 Requests directed at Party 1 consistent with the Court's ruling on the record at the Hearing (the "Revised Rule 2004 Requests"). Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion (the "Revised Proposed Order"). The Revised Rule 2004 Requests are attached as **Exhibit 1** to the Revised Proposed Order. For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the proposed order originally attached to the Motion as an exhibit (the "Original Proposed Order"), and attached hereto as **Exhibit C** is a redline comparing the Revised Rule 2004 Requests with the Original Rule 2004 Requests.

5. The Debtors circulated the Revised Proposed Order and Revised Rule 2004 Requests to counsel for Party 1, the Office of the United States Trustee, and counsel for the Official Committee of Unsecured Creditors appointed in these cases. None of these entities have any objections to entry of the Revised Proposed Order or the Revised Rule 2004 Requests.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 24, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>  /s/ *Maris J. Kandestin*  <br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:    mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:    dazman@mwe.com<br>       jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:    gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |