**<u>EXHIBIT A</u>**

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 325, 326, 374, 376, 382 & 384** |

**ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004**
**EXAMINATION AND (II) PRODUCE DOCUMENTS IN RESPONSE TO**
**RULE 2004 REQUESTS**

Upon the *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses* (the "Motion");[2] and having considered the First Day Declaration and the Evans Declaration; and having considered the objections to the Motion filed by Party 1; and in consideration of the arguments put forth at the hearing on the Motion (the "Hearing"); and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that a Bankruptcy Rule 2004 examination of Party 1 is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

appropriate for the reasons set forth in the Motion and the arguments presented at the Hearing; and that the time for compliance with the Revised Rule 2004 Requests is reasonable; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1.      The Motion is GRANTED to the extent set forth herein.

2.      Party 1 shall: (i) respond to the Revised Rule 2004 Requests, which are attached hereto as **Exhibit 1**, and produce documents in connection therewith, on or before December 1, 2023, and (ii) make Party 1 available to sit for a Bankruptcy Rule 2004 examination on or before January 5, 2024, which examination shall be conducted via Zoom.

3.      Debtors' rights are reserved to request of Party 1 additional discovery and/or an additional examination, including, without limitation, reasonable requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order, without prejudice to the rights of Party 1 to challenge the reasonableness of such requests.

4.      This Order is without prejudice to the right of Debtors to seek further discovery of any other entity.

5.      The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.