# EXHIBIT B

**Redline**
**(Revised Proposed Order Against Original Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>                            Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. ~~—~~ **325, 326, 374, 376, 382 & 384** |

### ORDER DIRECTING WITNESS TO (I) SIT FOR A RULE 2004 EXAMINATION~~,~~ **AND** (II) PRODUCE DOCUMENTS~~, AND (III) PROVIDE SWORN INTERROGATORY RESPONSES~~ IN RESPONSE TO <u>RULE 2004 REQUESTS</u>

Upon the *Debtors' Motion for Entry of an Order Directing Witness to (I) Sit for a Rule 2004 Examination, (II) Produce Documents, and (III) Provide Sworn Interrogatory Responses* (the "<u>Motion</u>")~~,~~**;**[2] ~~for entry of an order pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 directing Party 1 to: (i) sit for a Rule 2004 examination, (ii) produce documents, and (iii) provide sworn interrogatory responses in response to the Rule 2004 Requests,~~ <u>and having considered the First Day Declaration and the Evans Declaration; and having considered the objections to the Motion filed by Party 1; and in consideration of the arguments put forth at the hearing on the Motion (the "Hearing");</u> and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  The Debtors' service address is 10845 Griffith Peak Drive, #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court finding that <u>a</u> Bankruptcy Rule 2004 examination of Party 1 is appropriate for the reasons set forth in the Motion <u>and the arguments presented at the Hearing</u>; and that the time for compliance with the <u>Revised</u> Rule 2004 Requests is reasonable; and after due deliberation and sufficient cause appearing therefore<s>,</s><u>;</u> it is hereby ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Party 1 shall: (i) respond to the<u> Revised</u> Rule 2004 Requests<u>, which are attached hereto as **Exhibit 1**,</u> and produce documents <s>and sworn interrogatory responses</s><u>in connection therewith,</u> on or before <s>ten (10) days after the date of this Order</s><u>December 1, 2023</u>, and (ii) make Party 1 available to sit for a Bankruptcy Rule 2004 examination on or before <s>seventeen (17) days after the date of this Order, or at such other time or location or in such other form as Debtors and Party 1 may hereafter agree.</s>

<s>3. Debtors are authorized and empowered to take any and all actions necessary to implement the terms of this Order</s><u>January 5, 2024, which examination shall be conducted via Zoom</u>.

<u>3.</u> <s>4.</s> Debtors' rights are reserved to request of Party 1 additional discovery and/or <u>an additional</u> examination, including, without limitation, reasonable requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order, without prejudice to the rights of Party 1 to challenge the reasonableness of such requests.

<u>4.</u> <s>5.</s> This Order is without prejudice to the right of Debtors to seek further discovery of any other entity.

<u>5.</u> <s>6.</s> The terms and conditions of this Order shall be effective immediately and

<s>2</s>

~~3~~

enforceable upon its entry.

<u>6.</u>    ~~7.~~ This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

~~3~~

Document comparison by Workshare Compare on Wednesday, November 22, 2023 12:01:16 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\Mgibson\AppData\Local\Temp\DocXComparisonStaging\f182f57d-11ae-460f-8c7a-336814f9bbb1\1. Original Order.docx |
| Description | 1. Original Order |
| Document 2 ID | file://C:\Users\Mgibson\AppData\Local\Temp\DocXComparisonStaging\452cdaa9-21b0-4c3b-9e64-c9fa8aeea21c\Ex. A Revised Proposed Order.docx |
| Description | Ex. A Revised Proposed Order |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 20 |
| Deletions | 19 |
| Moved from | 0 |

| Moved to | 0 |
|---|---|
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 39 |