**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies, *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 413 |

**OBJECTION OF THE BITTREX PLAN ADMINISTRATOR TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO SELL CERTAIN FOREIGN CURRENCY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363**

David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases Bittrex, Inc. ("BUS"), Desolation Holdings LLC, Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Bittrex Parties") hereby submits this objection (the "Objection") to the *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of all Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* (the "Motion") (D.I. 413). In support of this Objection, the Plan Administrator states as follows:

1. BUS is a Georgia corporation with its principal place of business at 701 5th Ave., Suite 4200, Seattle, WA 98104. BUS is the Wind Down Entity following the confirmation and effective date of the plan in the bankruptcy cases pending before the United States Bankruptcy Court for the District of Delaware (the "Court") and captioned *In re Desolation Holdings, et al.*, Case No. 23-10597 (BLS) (Bankr. D. Del.) (the "Bittrex Chapter 11").

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

2. Prime Trust[2] holds cash belonging to BUS in two accounts: (a) a FBO account in which are deposited approximately $800,000; and (b) a ACH reserve account in which are deposited approximately $1 million (collectively, the "Bittrex Funds").

3. On August 14, 2023, the Debtors commenced their chapter 11 cases by filing petitions with the Court. Since that time, the Debtors have acknowledged the existence of an ongoing issue regarding ownership of the Bittrex Funds, which led to the inclusion of the following prohibiting language in the Court's Cash Management Order:[3]

> Notwithstanding anything to the contrary in this Order, the Debtors shall not use or transfer funds, except as otherwise required by Bankruptcy Code section 345, from Customer Accounts to honor any prepetition obligations or pay for any postpetition obligations absent further order of the Court. All parties' rights are reserved regarding whether and to what extent any funds or other property are held by a Debtor in trust or constitute property of the Debtors' estates.

4. On November 13, 2023, the Debtors filed the Motion in which, among other things, they request that the Court approve the conversion of $8,867,904 worth of foreign currencies deposited by TrustToken, Inc. to U.S. dollars.

5. The Plan Administrator does not oppose the Motion to the extent that the Debtors request approval of the conversion of foreign currencies deposited by TrustToken, Inc., so long as any order granting the Motion is clear that any findings concerning the agreements between

---

[2] "Prime Trust" or the "Debtors" mean debtors Prime Core Technologies, Inc., Prime Trust LLC, Prime IRA, LLC, and Prime Digital, LLC.

[3] "Cash Management Order" refers to the *Final Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. §345(b); and (IV) Granting Related Relief* [D.I. 170].

TrustToken, Inc. and the Debtors are not binding on the Plan Administrator, Bittrex Parties, or Bittrex Funds.

| | |
|---|---|
| Date: November 27, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE BITTREX PARTIES PLAN ADMINISTRATOR** |