# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No: 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Wollmuth Maher & Deutsch LLP and Ashby & Geddes, PA hereby enters their appearance in the above-captioned cases as counsel to TrueCoin, LLC and TrustToken, Inc., pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **WOLLMUTH MAHER & DEUTSCH LLP** | **ASHBY & GEDDES, P.A.** |
| Fletcher W. Strong | Gregory A. Taylor |
| Steven S. Fitzgerald | 500 Delaware Avenue, 8th Floor |
| Yating Wang | P.O. Box 1150 |
| 500 Fifth Avenue | Wilmington, Delaware 19899 |
| New York, New York 10110 | Telephone: (302) 504-3710 |
| Telephone: (212) 382-3300 | Facsimile: (302) 654-2067 |
| Email(s):  fstrong@wmd-law.com | Email: gtaylor@ashbygeddes.com |
|      sfitzgerald@wmd-law.com | |
|      ywang@wmd-law.com | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

{01961145;v1 }

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any rights of TrueCoin, LLC and TrustToken, Inc. (1) to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which TrueCoin, LLC and TrustToken, Inc. are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*[remainder of page left intentionally blank]*

Respectfully submitted,

Dated: November 27, 2023
Wilmington, Delaware

**ASHBY & GEDDES, PA**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue
Wilmington, Delaware 19899
Telephone: (302) 504-3710
Facsimile: (302) 654-2067
Email: gtaylor@ashbygeddes.com

- and –

**WOLLMUTH MAHER & DEUTSCH LLP**
Fletcher W. Strong
Steven S. Fitzgerald
Yating Wang
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Email(s):  fstrong@wmd-law.com
           sfitzgerald@wmd-law.com
           ywang@wmd-law.com

*Counsel for TrueCoin, LLC and TrustToken, Inc.*