**CERTIFICATE OF SERVICE**

  I, Gregory A. Taylor, hereby certify that, on November 27, 2023, I caused one copy of the foregoing *Notice of Appearance and Demand for Service of Papers* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties listed below via electronic mail, unless otherwise indicated.

Dated: November 27, 2023

/s/ *Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)

| **MCDERMOTT WILL & EMERY LLP**<br>Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com | **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Joseph B. Evans<br>Jessica Greer Griffith<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com | **OFFICE OF THE U.S. TRUSTEE**<br>Joseph F. Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Telephone: 302.573.6491<br>Email: joseph.cudia@usdoj.gov |