## CERTIFICATE OF SERVICE

    I, Gregory A. Taylor, hereby certify that, on November 27, 2023, I caused one copy of the foregoing *Opposition of Trusttoken, Inc. and Truecoin, LLC to Debtors' Motion to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties listed below via electronic mail, unless otherwise indicated.

| **MCDERMOTT WILL & EMERY LLP**<br>Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com | **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Joseph B. Evans<br>Jessica Greer Griffith<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com | **OFFICE OF THE U.S. TRUSTEE**<br>Joseph F. Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Telephone: 302.573.6491<br>Email: joseph.cudia@usdoj.gov |

Dated: November 27, 2023

/s/ *Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)

{01961233;v1 }