IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

  I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

  On November 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Office of The U.S. Trustee for the District of Delaware, Attn: Linda Casey & Joseph Cudia, at joseph.cudia@usdoj.gov:

- **Notice of Deposition and Ex. A – Identity of Party 8 (Filed Under Seal)**
  (Docket No. 450)

- **Notice of Deposition and Ex. A – Identity of Party 9 (Filed Under Seal)**
  (Docket No. 451)

- **Notice of Deposition and Ex. A – Identity of Party 10 (Filed Under Seal)**
  (Docket No. 452)

  In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 27, 2023

                          *Andrew Fitzpatrick*
                          Andrew K. Fitzpatrick

State of Colorado  )
          )  SS.
County of Denver  )

Subscribed and sworn before me this 27th day of November 2023 by Andrew K. Fitzpatrick.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.