**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

### ORDER AUTHORIZING THE DEBTORS TO TERMINATE 401(k) PLAN

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") (i) authorizing the termination of the 401(k) Plan, (ii) authorizing the implementation of the Termination Procedures, and (iii) granting related relief, as further described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that termination of the 401(k) Plan is an exercise of the Debtors' sound business judgment and that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

deliberation thereon; and good and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to take all actions they deem necessary and appropriate to implement the Termination Procedures and effectuate the termination of the 401(k) Plan, including maintaining insurance, performing under any appropriate insurance policies and bonds related to the protection of assets invested in the 401(k) Plan's trust pending final liquidation of Plan Participant account balances in connection with the 401(k) Plan termination and winding up of its affairs.

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.