**<u>Exhibit 1</u>**

**License Agreement**

**(Filed Under Seal)**