**Exhibit B**

**Wyse Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF MICHAEL WYSE IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING DEBTORS' ENTRY INTO LICENSE AGREEMENT WITH ELECTRIC SOLIDUS INC., AND (II) GRANTING RELATED RELIEF

I, Michael Wyse, hereby declare under penalty of perjury as follows:

1. I am the managing partner of Wyse Advisors LLC, a boutique financial services firm focused on delivering distressed restructuring solutions, performance improvement, M&A advisory services, and capital financings to lower and middle market companies. I have over 20 years' experience advising and managing financially challenged companies across a variety of industries. My experience includes serving as advisor, CRO, independent director, banker, investor, and liquidator for troubled companies. I am a Certified Insolvency and Restructuring Advisor, and I hold a combined BBA and MBA with a concentration in accounting from St. Bonaventure University.

2. I am a member of the special restructuring committee (the "Special Committee") of the above-captioned debtors and debtors in possession (the "Debtors"). Prior to the commencement of these Chapter 11 Cases, the Eighth Judicial District Court of the State of Nevada (the "Nevada State Court") appointed John Guedry as receiver (the "Receiver") with

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

respect to the Debtors. On August 3, 2023, the Receiver requested that the Nevada State Court (a) authorize the formation of the Special Committee; (b) appoint John Guedry, John Wilcox, and myself as the sole members of the Special Committee; and (c) vest the Special Committee with requisite authority to direct the Debtors to file voluntary petitions for relief under chapter 11 of the Bankruptcy Code and manage and oversee the Debtors in their capacities as debtors-in-possession during the pendency of their Chapter 11 Cases. I am duly authorized to submit this declaration (the "<u>Declaration</u>") on behalf of the Debtors in support of *Debtors' Motion for Entry of an Order Approving the Debtors' Entry Into License Agreement With Electric Solidus Inc.* (the "<u>Motion</u>").[2]

3. I have reviewed the Motion and License Agreement, I am familiar with their contents, and, to the best of my knowledge, insofar as I have been able to ascertain after reasonable inquiry, I believe that the approval of the relief requested in the Motion is in the best interests of the Debtors as such relief will preserve and maximize the value of the Debtors' estates. Except as otherwise indicated, all statements set forth in this Declaration are based on my personal knowledge, my discussions with the Debtors' senior management, the Debtors' advisors, and my review of relevant documents or my opinion based upon my experience. If called upon to testify, I would testify competently to the facts set forth herein.

4. Upon the cessation of their operations, without any source of operating revenue, the Debtors rapidly began facing significant liquidity constraints. The Debtors have been exploring options to obtain additional sources of liquidity, including through the sale of some or all of their assets. As part of the Debtors' Sale Process, Swan expressed an interest in licensing the Debtors' Technology. Pursuant to the terms of the License Agreement, ▮▮▮▮▮▮▮▮▮▮▮

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

███████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████.

5.      I believe the Debtors' entry into the License Agreement is a sound exercise of business judgment that should be approved. The parties negotiated the License Agreement in good faith and on an arm's-length basis over the course of several weeks. The License Agreement provides the Debtors with the opportunity to monetize their Technology at a time when it is not being utilized by the Debtors and when the Debtors are in desperate need of additional liquidity to further these Chapter 11 Cases. █████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████

6.      For these reasons, I believe that the Debtors' entry into the License Agreement is the product of the Debtors' reasoned business judgment and is in the best interests of the Debtors and their estates, creditors, and other stakeholders.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 28, 2023

/s/ Michael Wyse
By: Michael Wyse
Title: Member of the Special Committee of the Debtors and Debtors in Possession, solely in his capacity as such