**<u>Exhibit B</u>**

**Claim No. 173**

**(Redacted)**

# Prime Trust, LLC (Case No. 23-11162)

## Case Number: 23-11162 (JKS)

### District of Delaware

Your Proof of Claim has been received and your reference number is PC-110142

### Claim Details

Creditor Name: █████████████
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: █████████████
Notice Address One: █████████████
Notice Address Two: [No Response]
Notice Address City: █████
Notice Address State: █████████
Notice Address Zip: █████
Notice Address Country: █
Phone: █████████████
Email: █████████████████████

Payment Address Address One: █████████████
Payment Address Address Two: [No Response]
Payment Address City: █████
Payment Address State: █████████
Payment Address Zip: █████
Payment Address Country: █
Payment Phone: █████████████
Payment Contact Email: █████████████████

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:
Bitcoin: 357.82

Does this include interest or other charges: true

Is all or part of the claim secured: false
Nature of Property: [No Response]

Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority: false
Administrative Amount: [No Response]


Filer Type: Filed as Creditor

Signed on: 2023-09-28
Signed by: ███████
First Name: ███
Middle Name: ████
Last Name: ████
Title: [No Response]
Company: [No Response]

Address Street: ████
Address City: ████
Address State: █████
Address Zip: ████
Address Country: ██
Contact Phone: ████████
Contact Email: ██████████████████
Supporting Documents Uploaded: [No Documents Uploaded]