**Exhibit C**

**Claim No. 859**

**(Redacted)**

# Prime Trust, LLC (Case No. 23-11162)

## Case Number: 23-11162 (MEW)

## Southern District of New York

Your Proof of Claim has been received and your reference number is PC-110847

**Claim Details**

Creditor Name: ███████████
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: ███████████
Notice Address One: ███████████████
Notice Address Two: ███
Notice Address City: █████████████████
Notice Address State: ██████
Notice Address Zip: █████
Notice Address Country: ██
Phone: ██████████
Voyager Email: ███████████████████

Payment Address Address One: [No Response]
Payment Address Address Two: [No Response]
Payment Address City: [No Response]
Payment Address State: [No Response]
Payment Address Zip: [No Response]
Payment Address Country: ██
Payment Phone: [No Response]
Payment Contact Email: [No Response]

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:
Bitcoin: 2100
US Dollar: 1890

Does this include interest or other charges: false

Is all or part of the claim secured: false

Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority: false
Administrative Amount: [No Response]


Filer Type: Filed as Creditor

Signed on: 2023-10-18
Signed by: █████████████
First Name: ███████
Middle Name: █
Last Name: ██████
Title: [No Response]
Company: N/A

Address Street: ████████████████████
Address City: █████████████████
Address State: ████████
Address Zip: ██████
Address Country: ███
Contact Phone: ████████████
Contact Email: ██████████████████████
Supporting Documents Uploaded: [No Documents Uploaded]