**Exhibit D**

**Claim No. 1319**

# Prime Trust, LLC (Case No. 23-11162)

## Case Number: 23-11162 (MEW)

### Southern District of New York

Your Proof of Claim has been received and your reference number is PC-111284

**Claim Details**

Creditor Name: Kado Software, Inc. d/b/a Kado Money
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: Raines Feldman Littrell LLP
Notice Address One: Attn: David Forsh
Notice Address Two: 1350 Avenue of the Americas FL 22
Notice Address City: New York
Notice Address State: New York
Notice Address Zip: 10019
Notice Address Country: US
Phone: 9177907109
Voyager Email: dforsh@raineslaw.com

Payment Address Address One: [No Response]
Payment Address Address Two: [No Response]
Payment Address City: [No Response]
Payment Address State: [No Response]
Payment Address Zip: [No Response]
Payment Address Country: US
Payment Phone: [No Response]
Payment Contact Email: [No Response]

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:
US Dollar: 68313564
USD Coin (Stellar): 1
Lumens: 382.2285

Does this include interest or other charges: true

Is all or part of the claim secured: false

Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority: false
Administrative Amount: [No Response]


Filer Type: Filed as Attorney

Signed on: 2023-10-22
Signed by: David S. Forsh
First Name: David
Middle Name: S.
Last Name: Forsh
Title: Partner
Company: Raines Feldman Littrell LLP

Address Street: New York
Address City: New York
Address State: [No Response]
Address Zip: 10019
Address Country: US
Contact Phone: 9172820203
Contact Email: dforsh@raineslaw.com
Supporting Documents Uploaded:

      - Kado Claim Form.pdf
      - Kado Claim Attachment w Exhibits.pdf

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

☐    Prime Core Technologies Inc. (Case No. 23-11161)

☑    Prime Trust, LLC (Case No. 23-11162)

☐    Prime IRA LLC (Case No. 23-11164)

☐    Prime Digital, LLC (Case No. 23-11168)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. Who is the current creditor? | Kado Software, Inc. d/b/a Kado Money | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Raines Feldman Littrell LLP c/o David Forsh<br>Name<br>1350      Avenue of the Americas FL 22<br>Number    Street<br>New York      NY      10019<br>City      State      ZIP Code<br><br>Contact phone   917-790-7109<br>Contact email   dforsh@raineslaw.com | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number    Street<br><br>City      State      ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>                                                         MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7a. **How much is the claim?**  $ Not less than $683,135.64    **Does this amount include interest or other charges?**
   - ☐ No
   - ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

7b. **List the number of each type of coin held in your account as of the date the case was filed.**

| | | |
|---|---|---|
| ARPA Chain | Celo | Global Business System Token |
| Balancer | Celo Dollar | GMO Japanese Yen |
| Band Protocol | Celsius | Goerli USDC |
| DuDe Peoples Money | ChiliZ | Graph Token |
| Quant | Circuits of Value | Harmony ONE |
| $USDCDrop.com | Civic | Hedera Hashgraph |
| Tether USD | Co2Bit Carbon Token | HEX |
| 1INCH | CoinFlex Vote Token | Hillstone.Finance |
| 7EVEN Utility Token | Compound | HOLO |
| Aave Interest Bearing DAI | Compound DAI | Hong Kong Token |
| Aave Interest Bearing ETH | Compound Ether | HyFi |
| Aave Interest Bearing TUSD | Compound USD Coin | IDEX Token |
| AAVE Token | Compound Wrapped BTC | Internet of Things 5th-Generation |
| Adventure Gold | Cosmos Hub | Inverse Finance |
| AGX Coin | COTI | IoTeX |
| AGX COIN (AVAX) | Crescent Network | JiuLove |
| Alchemix | Crypto Perx | Kard Coin |
| Alchemy Pay | Crypto20 | Keep Token |
| Algorand | cTether | Kusama |
| Amber | Curve DAO Token | Kyber Network |
| AMP Token | Dai | Kyber Network Crystal v2 |
| Ampleforth | Dalarnia | LCX |
| Ampleforth Governance | DAO Maker | Lendingblock |
| Andrey Voronkov Ventures Promo | Dash | LINK |
| Ankr Network | Decentraland | Litecoin |
| API3 | DeFi Pulse Index | Livepeer |
| Arbitrum | DerivaDAO | LODE Token |
| Audius | DigitalBits | Loopring |
| Augur | Digitalbits | Lottery Tickets |
| AUX Coin | Dogecoin | Lumens 382.2285 |
| Aux Coin | Drep | Maker |
| Avalanche | dYdX Token | Marlin POND |
| Aventus | eCash | MATH |
| Axie Infinity Shard | Ellipsis | Matic |
| B21 Token | Enjin Coin | Matic Gas Token |
| BADGER | EOS | Matic Token |
| Bancor | Ethereum | MCO2 |
| Basic Attention Token | Ethereum Classic Test | Melon |
| Binance Beacon ETH | Ethereum Name Service | Mero Currency |
| Binance Coin | EURST | MIR Protocol |
| Binance USD | Fake USDC Token | Monavale |
| Binance-Peg Filecoin | Fantom | MonkeyCoin |
| Binance-Peg Tether | FingerPrint | MultiVAC |
| Binance-Peg USD Coin | FLEX Coin | MyNeighborAlice |
| Bitcoin | flexUSD | NEAR Protocol |
| Bitcoin Cash | Frax | Numeraire |
| Bitcoin SV | FTX Token | OK Blockchain |
| Bitfinex LEO Token | FXtrading | OmiseGO |
| BitRewards | Gala | Optimistic Ethereum |
| Bluzelle | Gala V2 | Orchid |
| Carbon USD | Game.com | PancakeSwap Token |
| Cardano | Gemini Dollar | PARSIQ |
| Cartesi Token | Gitcoin | Pax Dollar |
| CelerToken | Glo Dollar | Paxos Standard |

| | | | |
|---|---|---|---|
| Perpetual Protocol | Shiba Inu | Tether (Omni) | USDC (Avalanche) |
| PlayDapp | Silverway | Tether USD | USDK |
| Polkadot | Solana | Tezos | Wrapped Bitcoin |
| PolkastarterToken | SPELL | Toucan Protocol | Wrapped ROSE _Wormhole |
| Power Ledger | Spera | TRIBE | Wrapped RVN |
| Project Galaxy | Stable Coin USD | Tron | Wrapped UST Token |
| Qubit | StableUSD | TrueUSD | XRP |
| Radicle | StaFi | Tuition Coin Polygon | XY Oracle |
| Rai Reflex Index | Storj | UKR Chain | Yearn Finance |
| Rarible | SUPER | UMA | ZRX |
| Recover Value USD | SushiToken | Unbanked Token | Zytara USD |
| REN | SushiToken (Solana) | Uniswap | Other |
| Request | Switch | USD Coin | |
| RNDR | Synthetix Network Token | USD Coin (Fantom) | |
| Sai Stablecoin v1.0 (SAI) | Terra Classic Luna | USD Coin (Polygon) | |
| SAND | Terra Classic USD | USD Coin (Solana) | |
| Sense | Terra Luna 2.0 | USD Coin (Stellar) [1] | |
| Shaggy Coin | | | |

| | | |
|---|---|---|
| **8.** | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Custody account holding USD, and demand account holding USD and cryptocurrencies. |

| | | |
|---|---|---|
| **9.** | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**  $_____<br>**Amount of the claim that is secured:**  $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line **7**.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |

| | | |
|---|---|---|
| **10.** | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____ |

| | | |
|---|---|---|
| **11.** | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| --- | --- | --- |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |
| --- | --- | --- |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/ 20/ 2023
                  MM / DD / YYYY

Signature: *David Forsh*

Print the name of the person who is completing and signing this claim:

| Name | David | | Forsh |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |
| Title | | | |
| Company | Raines Feldman Littrell LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1350 Avenue of the Americas FL 22 | | |
| | Number     Street | | |
| | New York | NY | 10019 |
| | City | State | ZIP Code |
| Contact phone | 917-790-7109 | Email | dforsh@raineslaw.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.,*[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**ATTACHMENT TO PROOF OF CLAIM
FILED BY KADO SOFTWARE, INC. D/B/A KADO MONEY**

Kado Software, Inc. d/b/a Kado Money ("**Kado**") hereby submits this proof of claim form

and attachment (together, the "**Proof of Claim**") against Prime Trust, LLC ("**Prime Trust**" or the

"**Debtor**"), one of the debtors and debtors in possession in the above-captioned cases.

1.     This Proof of Claim is filed to assert claims against Prime Trust relating to accounts

maintained by Kado with Prime Trust, specifically a "Prime Asset Custody Account" holding U.S.

dollars identified with account no. 420062459258 (the "**Custody Account**") and a demand account

holding U.S. dollars and various cryptocurrencies identified with account no. 420089092480 (the

"**Settlement Account**").

*A.     BACKGROUND*

2.     The Custody Account is governed by various executed agreements and other

documents (the "**Custody Agreements**"), including but not limited to the ACH Processing

Agreement, a copy of which is attached hereto as **Exhibit 1**.

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax
identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA
LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr.,
#03-153, Las Vegas, NV 89135.

3.      In addition to and without limiting the foregoing, the Custody Agreements also include the multiple statements published by Prime Trust on its website for the public and custody account holders, including without limitation the following documents:

- *Bankruptcy and Digital Assets*, https://support.primetrust.com/hc/en-us/articles/10306286945051-Bankruptcy-and-Digital-Assets, a copy of which is attached as **Exhibit 2**.

- *How does the movement of funds under custody work?* https://support.primetrust.com/hc/en-us/articles/10425655503643-How-does-the-movement-of-funds-under-custody-work-, a copy of which is attached as **Exhibit 3**.

- *How does Prime Trust treat my assets under custody?* https://support.primetrust.com/hc/en-us/articles/10425649977499-How-does-Prime-Trust-treat-my-assets-under-custody-, a copy of which is attached as **Exhibit 4**.

- *Does Prime Trust re-hypothecate customers' digital assets?* https://support.primetrust.com/hc/en-us/articles/8842511593755-Does-Prime-Trust-re-hypothecate-customers-digital-assets-, a copy of which is attached as **Exhibit 5**.

4.      Upon information and belief, copies of the Custody Agreements and documents governing the Settlement Account (the "**Settlement Agreements**") are in the possession of the Debtors.

5.      Under the Custody Agreements, all funds in the Custody Account were at all times the property of Kado to be held in a segregated account by Prime Trust as custodian and not used or moved except as directed by Kado (the "**Custody Requirements**"). *See, e.g.,* Exhibit 1 § 2.1 (all custody account funds will be held "in a segregated account at Prime Trust"); Exhibit 2 (all custody account funds "are ear-marked for each customer and protected" and "are kept separate from [other] assets . . . or are otherwise specifically identified as belonging to a particular customer,"); Exhibit 3 (all custody account funds "will always be owned by and available to th[e] customer,"); Exhibit 4 (all custody account funds "are kept in a separate system and never confused with corporate assets . . . and are ear-marked for each customer"); Exhibit 5 (custody account funds

are never used by Prime Trust "in any lending or borrowing services nor rehypothecation of customer assets.").

6.      On or around June 21, 2023, Prime Trust shut down its operations and denied Kado any further access to the Custody Account and the Settlement Account.  This breached Prime Trust's obligations to Kado under the Custody Agreements and under the Settlement Agreements (collectively, the "**Breaches**").

**B.**      ***CLAIM FOR OUTSTANDING BALANCES***

7.      As of the commencement of these cases, the balance of the Custody Account was $345,000.49 (USD).  A copy of the last prepetition account statement for the Custody Account is attached hereto as **Exhibit 6**.

8.      As of the commencement of these cases, the balance of the Settlement Account was $245,535.15 (USD) as well as 1 USD Coin (Stellar) and 382.2285 Lumens.  A copy of the last prepetition account statement for the Settlement Account is attached hereto as **Exhibit 7**.

**C.**      ***CLAIM FOR SHUTDOWN DAMAGES FROM BREACHES***

9.      As a result of the Breaches, Kado abruptly lost access to funds that it needed to operate and was forced to shut down from June 21, 2023 to July 17, 2023.  Kado incurred damages from this forced shutdown in an amount not less than $87,000 (USD) on account of lost revenue and increased costs to address the situation and switch to a new provider.

**D.**      ***CLAIM FOR LOST YIELD FROM BREACHES***

10.      As a result of the Breaches, with Kado being unable to access the balances of the Custody Account and Settlement Account, Kado has lost not less than $1,400 per month of yield. The damages to date from this loss are approximately $5,600 (USD), which sums continue to accrue.

**E.**     ***CLAIM FOR DAMAGES BY FRAUDULENT INDUCEMENT OR RELATED FRAUD***

11.     The Custody Account was opened in September 2021 and the Settlement Account was opened in October 2021.  From time to time thereafter until the commencement of these bankruptcy cases, Prime Trust and Kado entered into various related agreements, including but limited to that certain Order Form dated March 31, 2023 (the "**Order Form**"), which agreement was executed on behalf of Prime Trust by Mr. Jor Law, concerning the Custody Account or the Settlement Account.

12.     Upon information and belief, at all relevant times Prime Trust was in material breach of the Custody Requirements and knew or should have known of such breaches.  In particular and without limiting the foregoing, at all relevant times Prime Trust did not, and knew that it did not, maintain the property of Kado in a segregated account without use or movement except as directed by Kado.  Rather, on information and belief, at all relevant times Prime Trust had, and knew that it had, a practice of looting the Custody Account (and other custody accounts) to satisfy other claims against it.  Prime Trust had a duty to disclose such information to Kado, and knew or should have known that such information would be material to Kado, or otherwise knowingly misled Kado regarding the Custody Requirements, yet at no time (including but not limited to entry into the Order Form) did Prime Trust disclose such information to Kado.

13.     Prime Trust's failures to disclose such information constituted fraud that resulted in Kado's entry into and performance under the Custody Agreements and the Settlement Agreements.  Without limiting the foregoing, as a result of Prime Trust's failure to disclose and concealment of such information, Kado was fraudulently induced to enter into the Order Form in March 2023.  As a result of this fraudulent conduct by Prime Trust, Kado suffered damages in an amount not less than $683,135.64 on account of the damages identified above.

### E.     *SUMMARY OF CLAIMS*

14.     By this Proof of Claim, Kado asserts claims against Prime Trust as set forth above and in aggregate amount not less than $683,135.64 (USD), 1 USD Coin (Stellar) and 382.2285 Lumens.

## RESERVATION OF RIGHTS

15.     Kado does not waive any of its rights to any claims asserted herein if not ascribing a specific dollar amount thereto at this time.  Kado expressly reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, including without limitation with respect to amounts incurred or accruing after the petition date.  Kado expressly reserves, and does not waive, any and all rights and remedies against any person other than Prime Trust who may be liable for all or part of the claims set forth herein, including but not limited to any affiliate of Prime Trust or Jor Law personally.  Kado expressly reserves any and all rights of setoff and recoupment that it may have against Prime Trust or any of its affiliates, including but not limited to those which may exist in the event of the substantive consolidation of Prime Trust or any of its affiliates.

16.     By filing this Proof of Claim, Kado does not consent to any final order or judgment being entered by the Bankruptcy Court in connection with this Proof of Claim to the extent that, absent its consent, such final order or judgment cannot be entered consistent with Article III of the United States Constitution and, without limiting the foregoing, does not consent to the jurisdiction of the Bankruptcy Court for any purpose other than adjudicating allowance of the claims asserted herein or any compulsory defenses raised thereto.

*[ remainder of page intentionally left blank]*

5

# EXHIBIT 1

 **Prime Trust**

## ACH PROCESSING AGREEMENT

This ACH PROCESSING AGREEMENT ("ACH Agreement") is made and entered into as of
_December 28, 2021_ (the "Effective Date") by and between
_Kado Software, Inc_ ("Integrator") and Prime Trust, LLC ("Prime Trust" and together with
Integrator, collectively the "Parties", and each, a "Party"). This ACH Agreement supersedes and replaces any
prior and contemporaneous agreements between the Parties with respect to the subject matter of this ACH
Agreement. This ACH Agreement is in addition to the terms of the API Technology Agreement entered into
by Integrator and Prime Trust that is hereby incorporated by reference ("Agreement"). Unless otherwise
defined in this ACH Agreement, capitalized terms will have the meaning given to them in the Agreement. To
the extent of any conflict between the Agreement and this ACH Agreement, the terms of this ACH
Agreement shall govern over the conflicting terms of the Agreement, but only with respect to the ACH
Transactions covered by this ACH Agreement. All other nonconflicting terms of the Agreement shall remain
valid and enforceable.

## 1. ACH PROCESSING

1.1 Prime Trust will accept fund transfers through the National Automated Clearing House Network ("ACH
Transactions") for transactions entered into by the Integrator, and/or Users through Integrator's technology
integration with and use of Prime Trust Services.

1.2 Prime Trust will make funds received from ACH Transactions available to the Integrator for
disbursement in a timely manner.

1.3 Prime Trust reserves the right to (a) increase the clearing period, suspend the acceptance of ACH
transactions, (b) increase the Reserve Amount (defined below), and (c) require the adoption of additional
anti-fraud or deposit verification tools, in each case, because of recalls, chargebacks, fraud or regulatory
requirements as well as to prevent the violation of the Originating Depository Financial Institution (ODFI)
rules (the "Rules") and/or the National Automated Clearing House Association ("NACHA") Operating Rules
("Operating Rules").

1.4 Prime Trust reserves the right to establish and modify ACH transaction limits at any time upon
reasonable notice to the Integrator ("ACH Transaction Limits").

## 2. RESERVE ACCOUNT

2.1 Prime Trust will hold funds received from ACH Transactions in a segregated account at Prime Trust that
is separate and distinct from any asset custody account that Integrator may have in place with Prime Trust
("Reserve Account").

2.2 Integrator shall maintain a reserve amount with Prime Trust in a Reserve Account, with a daily balance in
the amount equal to or greater than the total amount of all projected or actual ACH Transactions executed by
Users for a 60-calendar day period that have been returned ("Reserve Amount").

2.3 The initial minimum Reserve Amount shall be _25,000_.

2.4 Integrator agrees to fund the Reserve Amount within five (5) banking days after the Effective Date of this
ACH Agreement and upon receipt of a communication from Prime Trust setting forth the increased
minimum Reserve Amount.

DocuSign Envelope ID: 4185AD9E-53E8-457C-9884-DB24B4C0F5DA

**Prime Trust**

2.5 From time to time, Prime Trust shall evaluate Integrator's transaction activity for the purpose of establishing averages for transaction frequency, amount, returns and adjustments. These evaluations will occur at least once every calendar quarter and may occur more frequently at Prime Trust's discretion and may result in the need to increase the minimum Reserve Amount.

2.6 The Integrator shall provide additional funds as required to maintain the Reserve Amount.

2.7 Prime Trust may suspend ACH Transactions if the Integrator fails to establish and maintain the Reserve Amount within the time period specified by Prime Trust.

## 3. INTEGRATOR RESPONSIBILITIES

3.1 Prime Trust's acceptance of ACH Transactions is conditioned on the Integrator's acknowledgment of, and agreement to, the following:

(a) ACH Transactions are subject to recalls, chargebacks, or other such reversals for reasons including without limitation, insufficient funds, no authorization or fraud.

(b) Prime Trust has no obligation to monitor the Integrator's use of the ACH Transactions for transactions and activity that is impermissible or prohibited under the terms of this ACH Agreement; provided, however that Prime Trust reserves the right to decline to execute any ACH Transaction or activity that Prime Trust believes violates the terms of this ACH Agreement.

3.2 Integrator represents, warrants, and covenants to Prime Trust, as an Originator of Transactions made under the Operating Rules:

(a) The Integrator will not seek to use the ACH Service in violation of any applicable law or regulation.

(b) The Integrator will not initiate any international ACH transactions.

(c) The Integrator shall obtain an authorization ("Authorization Agreement") as required by the Rules from the person or entity whose account will be debited or credited as the result of an ACH Transaction initiated by Integrator and Integrator shall retain the Authorization Agreement in original form while it is in effect and the original or a copy of each authorization for two (2) years after termination or revocation of such authorization as stated in the Rules. Upon request, Integrator shall furnish the original or a copy of the authorization to any affected Participating Depository Financial Institution, as defined in the Rules.

(d) The Integrator will not deliver any ACH Transaction to Prime Trust or the ODFI, if accepted by the ODFI, that will cause Prime Trust or the ODFI to be in violation of any regulation or sanction administered by the federal or state government or that otherwise causes Prime Trust to be in violation of federal or state law.

(e) The Integrator agrees to comply with and be subject to the Operating Rules in existence as of the Effective Date, and any amendments to the Operating Rules made from time to time.

(f) The Integrator shall ensure that the origination of ACH Transactions complies with U.S. laws, including but not limited to sanctions enforced by the Office of Foreign Assets Control ("OFAC"). The Integrator is responsible for obtaining information regarding such OFAC enforced sanctions. (This information may be obtained directly from the OFAC Compliance Hotline at 800-540-OFAC or from the OFAC's home page site at www.ustreas.gov/ofac.)

 **Prime Trust**

(g) The Integrator agrees that the performance of any action by Prime Trust to debit or credit an account or transfer funds otherwise required by the Operating Rules is excused to the extent that the action is inconsistent with applicable law, including the obligations of Prime Trust under OFAC or any program administered by the United States Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN").

(h) The Integrator shall operate and use ACH Transactions in accordance with any ACH Transaction Limits set by Prime Trust and in accordance with the Operating Rules.

(i) The Integrator shall not use or attempt to use ACH Transactions (i) to engage in any illegal purpose or activity or to violate any applicable law, rule or regulation, (ii) to breach any contract or agreement by which the Integrator is bound, (iii) to engage in any internet or online gambling transaction, whether or not gambling is legal in any applicable jurisdiction, or (iv) to engage in any transaction or activity that is not specifically authorized and permitted by this ACH Agreement.

## 4. INDEMNIFICATION

4.1 In addition to the indemnification obligations set forth in the Agreement, Integrator hereby agrees to indemnify and hold Prime Trust, its officers, directors, agents, and employees ("Indemnified Parties") harmless from any and all claims, liability, actions, losses, costs, damages and/or expenses, including but not limited to fines, penalties, attorneys' fees, costs and expenses (collectively, "Losses"), which the Indemnified Parties may sustain or incur, directly or indirectly, by reason of, or in consequence of (a) the ACH Transactions by Integrator and/or Users, including recalls for any reason (unauthorized transactions, insufficient funds, fraud), charge-backs or other such customer funds failures and/or reversals; (b) Integrator's non-compliance with OFAC, Rules, Operating Rules, or any applicable law; and (c) non-performance of any obligation by Integrator defined under this ACH Agreement.

4.2 In the event of any Losses, Prime Trust shall have the right, as a non-exclusive remedy, to immediately deduct funds from the Reserve Amount to indemnify and reimburse Prime Trust for any Losses. Prime Trust shall be under no obligation to pursue legal action against any User or in any way dispute any Losses. The Integrator shall have the right to independently pursue legal action against any User in the event of any such Losses at its sole cost and expense and any such legal action shall be between the Integrator and each User.

4.3 The undersigned has the capacity to grant this indemnity hereunder, is duly authorized to execute this agreement, authorized to provide these instructions and is fully aware of the risks associated with such instructions.

## 5. RIGHT TO ARBITRATE; ATTORNEY'S FEES AND COSTS

5.1 Notwithstanding anything to the contrary herein, if a claim by Prime Trust for payment of Losses hereunder is not paid in full by the Integrator within five (5) days (assuming insufficient funds in the Reserve Account) after a written claim has been delivered to the Integrator, Prime Trust may at any time thereafter bring an arbitration proceeding against the Integrator to recover the unpaid amount of the Losses. If successful in whole or in part in any such suit, Prime Trust shall be entitled to be paid also the reasonable costs, fees and expenses, including without limitation reasonable attorney's fees, of prosecuting such arbitration. In any arbitration brought by Prime Trust to enforce any right hereunder, the burden of proving that Prime Trust is not entitled to such right shall be borne by the Integrator.

## 6. AUDIT AND REVIEW

 **Prime Trust**

6.1 The Integrator agrees to permit Prime Trust and the ODFI and their designated third parties to audit, inspect, and review its policies and processes for purposes of ensuring its compliance with this ACH Agreement and the Operating Rules. The Integrator agrees to cooperate with any such audit and to respond to reasonable requests for information necessary to complete such audit in a timely manner. Upon request by Prime Trust, the Integrator hereby authorizes Prime Trust to enter the Integrator's business premises for the purpose of ensuring that the Integrator is in compliance with this ACH Agreement and the Integrator specifically authorizes Prime Trust to perform an audit of the Integrator's operational controls, risk management practices, staffing and the need for training and ongoing support and information technology infrastructure. The Integrator hereby acknowledges and agrees that Prime Trust shall have the right to mandate specific internal controls at the Integrator's location(s) and the Integrator shall comply with such mandate. In addition, the Integrator hereby agrees to allow Prime Trust to review available reports of independent audits performed at the Integrator's location related to information technology, the ACH Transactions and any associated operational processes. The Integrator agrees that if requested by Prime Trust, the Integrator will complete a self-assessment of the Integrator's operations, management, staff, systems, internal controls, training and risk management practices that would otherwise be reviewed by Prime Trust in an audit of the Integrator. If the Integrator refuses to provide the requested financial information, or if Prime Trust concludes, in its sole discretion, that the risk of the Integrator is unacceptable, if the Integrator violates this ACH Agreement or the Operating Rules, or if the Integrator refuses to give Prime Trust access to the Integrator's premises, Prime Trust may terminate the ACH Transactions and this ACH Agreement according to the provisions hereof.

## 7. TERM, TERMINATION, SUSPENSION

7.1 <u>Term</u>. Subject to prior termination pursuant to Sections 6.1 and 7.2, this ACH Agreement shall become effective on the Effective Date and shall be coterminous with the Agreement.

7.2 <u>Termination, Suspension</u>

(a) Either Party may terminate this ACH Agreement upon thirty (30) days written notice to the other Party.

(b) Notwithstanding the foregoing or anything to the contrary herein, Prime Trust shall have the unilateral right to immediately suspend or restrict Integrator's and/or Users' access to ACH Transactions and/or terminate this ACH Agreement without notice or liability if: (i) Prime Trust becomes aware or reasonably suspects that the ACH Transactions are being used for or intended to be used for any illegal conduct or purposes, (ii) Prime Trust's service partners are unable to support the ACH Transactions, (iii) Integrator breaches the terms of this ACH Agreement.

IN WITNESS WHEREOF, this ACH Agreement is executed as of the Effective Date.

| **INTEGRATOR** | **PRIME TRUST LLC** |
|---|---|
| 100 Summer Street, Suite 1600 | 330 S. Rampart Blvd. Suite 260 |
| Boston, MA 02110 | Las Vegas, NV 89145 |

Signature: *Emery Andrew*
7A76F7086AE04AE...

Signature: **Michael Garrett**
24FBB22FAEE9472...

Name: Emery Andrew

Name: Michael Garrett

Title: 12/28/2021

Title: 12/28/2021

**EXHIBIT 2**

 Prime Trust

Prime Trust > Prime Trust Custodial Accounts > Managing Your Custodial Account

Search

**Articles in this section** ⌄

# Bankruptcy and Digital Assets

 Prime Trust Support
10 months ago · Updated

Follow

Assets held on behalf of customers are ear-marked for each customer and protected. Prime Trust assets and our customer's assets are either kept separate from the assets of other customers or are otherwise specifically identified as belonging to a particular customer, pursuant to NRS 669.220.1(a) and our internal processes including our ledgering system.

It is not possible for Prime Trust to opine on the specifics of how insolvency proceedings would unfold at this time given current precedent, especially with respect to digital assets.  There are many unknowns in bankruptcy law regarding the way a custodian's insolvency would apply to the assets the custodian holds (regardless of who is custodian).  Historically, the goal of any insolvency proceeding has been to ensure that property/assets are returned to the rightful owner (the customers), especially when the assets of such customers are carefully kept in identifiable/traceable/segregated manner. Specifically, bankruptcy courts tend to apply applicable state trust and property laws, including those that honor a customer's continuing right to their assets held in custody by another.



Was this article helpful?

Yes | No

4 out of 16 found this helpful

Have more questions? Submit a request

Return to top ⌃

**Related articles**

Does Prime Trust re-hypothecate customers' digital assets?

Is Prime Trust FDIC insured?

South Dakota FAQs

Prime Trust Prohibited Jurisdictions

How do I Authorize a Counterparty for a PrimeX Transfer?

## Comments

0 comments

---

Article is closed for comments.

---

Prime Trust

Powered by Zendesk

**EXHIBIT 3**

 **Prime Trust**

Prime Trust > Prime Trust Custodial Accounts > Cash/Fiat and Digital Assets under Custody

🔍 Search

**Articles in this section** ⌄

# How does the movement of funds under custody work?

 Prime Trust Support
1 year ago · Updated

[Follow]

Movement of customer funds occurs only at the direction of that customer. All assets held on behalf of customers are tracked via ledger and earmarked for each customer. This means customers' assets will always be owned by and available to that customer. Customer funds and corporate funds are kept separate. Customers can withdraw and transfer funds at their discretion and following normal operations. The only time customers would not be able to move funds is if they have been frozen due to a compliance or legal reason including but not limited to fraud or bankruptcy.

[Facebook] [Twitter] [LinkedIn]                                            💬 5

Was this article helpful?

[Yes]  [No]

2 out of 2 found this helpful

Have more questions? [Submit a request](#)

Return to top ⌃

**Recently viewed articles**

Does Prime Trust re-hypothecate customers' digital assets?

How does Prime Trust treat my assets under custody?

Bankruptcy and Digital Assets

**Related articles**

How does Prime Trust treat my assets under custody?

Are customer funds available at any time?

MyConstant FAQ

What is a Qualified Custodian?

Is Prime Trust FDIC insured?

**Comments**

5 comments

Sort by ⌄

**karen benge**

8 months ago

−1

I would like access to my accounts in custody I want my account numbers name of banks routing numbers I need access to my funds Karen D Benge

⌄

⚙

---

**karen benge**

7 months ago

0

I summited this request a month ago I still don't have one single dime of my investment and I don't know my net worth I have no access to my accounts ? Why?

⌄

⚙

---

**Chan Williams**

5 months ago

0

My name is Chanteasea Williams. I've reached out several times I would like my routing and acct info to access my funds.

⌄

⚙

---

**Karen Benge**

5 months ago

0

I ran the git hub program with my prme trust account today i am expecting my results

⌄

⚙

---

**OuuWee Harrison**

1 day ago

0

Unable to find out what was the total amount of my assets need account details

⌄

⚙

---

Please sign in to leave a comment.

Prime Trust

Powered by Zendesk

**<u>EXHIBIT 4</u>**

 Prime Trust

Prime Trust > Prime Trust Custodial Accounts > Cash/Fiat and Digital Assets under Custody

🔍 Search

Articles in this section ⌄

# How does Prime Trust treat my assets under custody?

 Prime Trust Support
1 year ago · Updated

Follow

Customer assets are kept in a separate system and never confused with corporate assets. Assets held on behalf of customers are ear-marked for each customer. Prime Trust assets and our customer's assets are either kept separate from the assets of other customers or are otherwise specifically identified as belonging to a particular customer, pursuant to NRS 669.220.1(a) and our internal processes and controls support this.



Was this article helpful?

Yes    No

0 out of 1 found this helpful

Have more questions? Submit a request

Return to top ^

**Recently viewed articles**

How does the movement of funds under custody work?

Does Prime Trust re-hypothecate customers' digital assets?

Bankruptcy and Digital Assets

**Related articles**

How does the movement of funds under custody work?

What is a Qualified Custodian?

Is Prime Trust FDIC insured?

Are digital assets under custody insured?

Are customers' assets secure?

**Comments**

0 comments

Please sign in to leave a comment.

Prime Trust

## EXHIBIT 5

 Prime Trust

Prime Trust  >  Prime Trust Custodial Accounts  >  Managing Your Custodial Account

Search

Articles in this section ⌄

# Does Prime Trust re-hypothecate customers' digital assets?

 Meagan
1 year ago · Updated

Follow

Prime Trust does not engage in any lending or borrowing services nor rehypothecation of customer assets.



Was this article helpful?

Yes    No

7 out of 11 found this helpful

Have more questions? Submit a request

Return to top ⌃

**Recently viewed articles**

How does Prime Trust treat my assets under custody?

How does the movement of funds under custody work?

Bankruptcy and Digital Assets

**Related articles**

Is Prime Trust FDIC insured?

Prime Trust Prohibited Jurisdictions

Banq Users - How Do I Withdraw Funds From My Account

South Dakota FAQs

Terra FAQ

**Comments**

0 comments

Article is closed for comments.

Prime Trust

**EXHIBIT 6**



For the Account of: PT FBO Kado Software, Inc ACH Reserve

Account Number: 420062459258

Period: 2023-07-01 through 2023-07-31

# Account Balances

| ASSET | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|
| USD | 345000.49 | 345000.49 |

**Prime Trust**

For the Account of: PT FBO Kado Software, Inc ACH Reserve
Account Number: 420062459258
Period: 2023-07-01 through 2023-07-31

# NOTICE TO ACCOUNT HOLDERS AND BENEFICIARIES

YOU HAVE 180 DAYS FROM YOUR RECEIPT OF THIS STATEMENT TO MAKE AN OBJECTION TO ANY ITEM SET FORTH IN THIS STATEMENT. ANY OBJECTION YOU MAKE MUST BE IN WRITING; IT MUST BE DELIVERED TO PRIME TRUST WITHIN THE PERIOD STATED ABOVE; AND IT MUST STATE YOUR OBJECTION IN FULL DETAIL. YOUR FAILURE TO DELIVER A WRITTEN OBJECTION TO PRIME TRUST WITHIN THE SPECIFIED PERIOD STATED ABOVE WILL PERMANENTLY PREVENT YOU FROM LATER ASSERTING THIS OBJECTION AGAINST PRIME TRUST. IF THE NOTICE OF DISCREPANCIES IS NOT RECEIVED WITHIN THE 180 DAY TIME FRAME, IT WILL SIGNIFY YOUR APPROVAL OF THE STATEMENT AND PRECLUDES YOU FROM MAKING FUTURE OBJECTIONS OR EXCEPTIONS REGARDING THE INFORMATION CONTAINED IN THIS STATEMENT. SUCH APPROVAL BY YOU SHALL BE FULLY ACQUITTAL AND DISCHARGE PRIME TRUST REGARDING THE TRANSACTIONS AND INFORMATION ON SUCH STATEMENT.

## ASSET VALUE REPORTING POLICY

TO VALUE DIGITAL ASSETS IN THE ACCOUNT, PRIME TRUST WILL ELECTRONICALLY OBTAIN USD EQUIVALENT PRICES FROM DIGITAL CURRENCY MARKET DATA PROVIDERS OR OTHER SOURCES AS OF THE LAST DATE OF THE STATEMENT. PRIME TRUST DOES NOT GUARANTEE THE ACCURACY OR TIMELINESS OF PRICES RECEIVED AND THE PRICES ARE NOT TO BE RELIED UPON FOR ANY INVESTMENT DECISIONS FOR YOUR ACCOUNT.

## ASSIGNED COST BASIS

COST INFORMATION FOR ASSETS HELD IN THE ACCOUNT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY TO TRACK ASSETS WITHIN YOUR PRIME TRUST ACCOUNT. WHEN AN ASSET IS TRANSFERRED OUT, THE COST BASIS USED FOR THE TRANSFER IS DETERMINED ON A FIRST IN FIRST OUT METHODOLOGY. PRIME TRUST MAKES NO REPRESENTATION OF THE ACCURACY OF THIS DATA FOR ANY USE INCLUDING REGULATORY REPORTING PURPOSES.

## INVESTMENT TRANSACTION FEES

THE FEES DIRECTLY ASSOCIATED WITH EACH TRANSACTION WILL NOT APPEAR ON THIS STATEMENT.

## INVESTMENT RESPONSIBILITY

YOU OR YOUR FINANCIAL ADVISOR OR MANAGER HAVE SOLE DISCRETION AND RESPONSIBILITY TO MANAGE THE INVESTMENTS/ASSETS OF THE ACCOUNT. PRIME TRUST IS A DIRECTED CUSTODIAN, WE PROVIDE CUSTODY SERVICE FOR THE ASSETS OF THE ACCOUNT AND WE ACT ON THE DIRECTION OF THE ACCOUNT HOLDER. PRIME TRUST IS NOT RESPONSIBLE FOR THE PERFORMANCE OF THE ASSETS HELD IN THE ACCOUNT AND IT IS YOUR RESPONSIBILITY TO UNDERSTAND THE RISKS ASSOCIATED WITH THESE ASSETS.

△ Prime Trust

For the Account of: PT FBO Kado Software, Inc ACH Reserve

Account Number: 420062459258

Period: 2023-07-01 through 2023-07-31

**FDIC INSURANCE**

UNINVESTED USD FIAT DEPOSITS HELD IN YOUR ACCOUNT ARE ON DEPOSIT WITH ONE OR MORE THIRD-PARTY FDIC-INSURED COMMERCIAL FINANCIAL INSTITUTIONS THAT ARE CATEGORIZED BY THE FDIC AS "WELL CAPITALIZED". SUCH USD FIAT DEPOSITS ARE INSURED BY THE FDIC THROUGH SUCH COMMERCIAL INSTITUTION(S) TO THE LEGAL LIMIT PER DEPOSITOR. NOTE: OTHER ASSETS IN OUR ACCOUNT ARE NOT INSURED BY THE FDIC; ARE NOT DEPOSITS OR OBLIGATIONS OF AND ARE NOT GUARANTEED BY PRIME TRUST; AND THEY ARE SUBJECT TO INVESTMENT RISK, INCLUDING THE POSSIBLE LOSS OF YOUR INVESTMENT VALUE.

**MISCELLANEOUS**

PRIME TRUST DOES NOT PROVIDE INVESTMENT, LEGAL OR TAX ADVICE. PLEASE CONSULT YOUR FINANCIAL ADVISOR, LEGAL OR TAX ACCOUNTANT WHEN NECESSARY.

**QUESTIONS**

IF YOU HAVE ANY QUESTIONS RELATING THE ABOVE, PLEASE FEEL FREE TO CONTACT YOUR SERVICE PROVIDER.

**<u>EXHIBIT 7</u>**

# Account Balances

| ASSET | BEGINNING BALANCE | ENDING BALANCE |
| --- | ---: | ---: |
| USD | 243535.15 | 243535.15 |
| Terra Classic USD | 0.000000000000000000 | 0.000000000000000000 |
| USD Coin (Stellar) | 1.000000000000000000 | 1.000000000000000000 |
| USD Coin | 0.000000000000000000 | 0.000000000000000000 |
| Ether | 0.000000000000000000 | 0.000000000000000000 |
| Bitcoin | 0.000000000000000000 | 0.000000000000000000 |
| Avalanche (C-Chain) | 0.000000000000000000 | 0.000000000000000000 |
| Tether USD | 0.000000000000000000 | 0.000000000000000000 |
| USDC (Solana) | 0.000000000000000000 | 0.000000000000000000 |
| Lumens | 382.228500000000000000 | 382.228500000000000000 |
| USDC (Avalanche) | 0.000000000000000000 | 0.000000000000000000 |

## Prime Trust

For the Account of: Kado Software, Inc Instant Settlement Account
Account Number: 420089092480
Period: 2023-07-01 through 2023-07-31

# NOTICE TO ACCOUNT HOLDERS AND BENEFICIARIES

YOU HAVE 180 DAYS FROM YOUR RECEIPT OF THIS STATEMENT TO MAKE AN OBJECTION TO ANY ITEM SET FORTH IN THIS STATEMENT. ANY OBJECTION YOU MAKE MUST BE IN WRITING; IT MUST BE DELIVERED TO PRIME TRUST WITHIN THE PERIOD STATED ABOVE; AND IT MUST STATE YOUR OBJECTION IN FULL DETAIL. YOUR FAILURE TO DELIVER A WRITTEN OBJECTION TO PRIME TRUST WITHIN THE SPECIFIED PERIOD STATED ABOVE WILL PERMANENTLY PREVENT YOU FROM LATER ASSERTING THIS OBJECTION AGAINST PRIME TRUST. IF THE NOTICE OF DISCREPANCIES IS NOT RECEIVED WITHIN THE 180 DAY TIME FRAME, IT WILL SIGNIFY YOUR APPROVAL OF THE STATEMENT AND PRECLUDES YOU FROM MAKING FUTURE OBJECTIONS OR EXCEPTIONS REGARDING THE INFORMATION CONTAINED IN THIS STATEMENT. SUCH APPROVAL BY YOU SHALL BE FULLY ACQUITTAL AND DISCHARGE PRIME TRUST REGARDING THE TRANSACTIONS AND INFORMATION ON SUCH STATEMENT.

## ASSET VALUE REPORTING POLICY

TO VALUE DIGITAL ASSETS IN THE ACCOUNT, PRIME TRUST WILL ELECTRONICALLY OBTAIN USD EQUIVALENT PRICES FROM DIGITAL CURRENCY MARKET DATA PROVIDERS OR OTHER SOURCES AS OF THE LAST DATE OF THE STATEMENT. PRIME TRUST DOES NOT GUARANTEE THE ACCURACY OR TIMELINESS OF PRICES RECEIVED AND THE PRICES ARE NOT TO BE RELIED UPON FOR ANY INVESTMENT DECISIONS FOR YOUR ACCOUNT.

## ASSIGNED COST BASIS

COST INFORMATION FOR ASSETS HELD IN THE ACCOUNT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY TO TRACK ASSETS WITHIN YOUR PRIME TRUST ACCOUNT. WHEN AN ASSET IS TRANSFERRED OUT, THE COST BASIS USED FOR THE TRANSFER IS DETERMINED ON A FIRST IN FIRST OUT METHODOLOGY. PRIME TRUST MAKES NO REPRESENTATION OF THE ACCURACY OF THIS DATA FOR ANY USE INCLUDING REGULATORY REPORTING PURPOSES.

## INVESTMENT TRANSACTION FEES

THE FEES DIRECTLY ASSOCIATED WITH EACH TRANSACTION WILL NOT APPEAR ON THIS STATEMENT.

## INVESTMENT RESPONSIBILITY

YOU OR YOUR FINANCIAL ADVISOR OR MANAGER HAVE SOLE DISCRETION AND RESPONSIBILITY TO MANAGE THE INVESTMENTS/ASSETS OF THE ACCOUNT. PRIME TRUST IS A DIRECTED CUSTODIAN, WE PROVIDE CUSTODY SERVICE FOR THE ASSETS OF THE ACCOUNT AND WE ACT ON THE DIRECTION OF THE ACCOUNT HOLDER. PRIME TRUST IS NOT RESPONSIBLE FOR THE PERFORMANCE OF THE ASSETS HELD IN THE ACCOUNT AND IT IS YOUR RESPONSIBILITY TO UNDERSTAND THE RISKS ASSOCIATED WITH THESE ASSETS.

◊ Prime Trust

For the Account of: Kado Software, Inc Instant Settlement Account
Account Number: 420089092480
Period: 2023-07-01 through 2023-07-31

**FDIC INSURANCE**

UNINVESTED USD FIAT DEPOSITS HELD IN YOUR ACCOUNT ARE ON DEPOSIT WITH ONE OR MORE THIRD-PARTY FDIC-INSURED COMMERCIAL FINANCIAL INSTITUTIONS THAT ARE CATEGORIZED BY THE FDIC AS "WELL CAPITALIZED". SUCH USD FIAT DEPOSITS ARE INSURED BY THE FDIC THROUGH SUCH COMMERCIAL INSTITUTION(S) TO THE LEGAL LIMIT PER DEPOSITOR. NOTE: OTHER ASSETS IN OUR ACCOUNT ARE NOT INSURED BY THE FDIC; ARE NOT DEPOSITS OR OBLIGATIONS OF AND ARE NOT GUARANTEED BY PRIME TRUST; AND THEY ARE SUBJECT TO INVESTMENT RISK, INCLUDING THE POSSIBLE LOSS OF YOUR INVESTMENT VALUE.

**MISCELLANEOUS**

PRIME TRUST DOES NOT PROVIDE INVESTMENT, LEGAL OR TAX ADVICE. PLEASE CONSULT YOUR FINANCIAL ADVISOR, LEGAL OR TAX ACCOUNTANT WHEN NECESSARY.

**QUESTIONS**

IF YOU HAVE ANY QUESTIONS RELATING THE ABOVE, PLEASE FEEL FREE TO CONTACT YOUR SERVICE PROVIDER.