IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 12, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 19, 2023 at 10:00 a.m. (ET)** |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS
DETERMINATION MOTION FOR ESTIMATION AND
TEMPORARY ALLOWANCE OF CLAIM NOS. 173, 859, AND 1319 SOLELY FOR
VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

TO:    (i) the U.S. Trustee; (ii) counsel to the Committee; (iii) Claimant or Claimant's counsel; and (iv) all parties that have requested notice pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that the above-captioned debtors (the "Debtors") filed the *Debtors' Omnibus Determination Motion for Estimation and Temporary Allowance of Claim Nos. 173, 859, and 1319 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* contemporaneously herewith (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, and served upon undersigned counsel to the Debtors, so that it is received on or before **4:00 p.m. (prevailing Eastern Time) on December 12, 2023**.

**PLEASE TAKE FURTHER NOTICE** that A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 19, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 28, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:    (302) 351-8711
Email:    mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444
Email:    dazman@mwe.com
        jbevans@mwe.com
        ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:    (305) 358-3500
Facsimile:    (305) 347-6500
Email:    gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*