IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 93, 236 & 251** |

**NOTICE OF FILING OF SUPPLEMENT TO
DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF
THE BANKRUPTCY CODE WITH RESPECT TO THE JOINT CHAPTER 11 PLAN
OF REORGANIZATION FOR PRIME CORE TECHNOLOGIES INC. AND
ITS AFFILIATED DEBTORS AND REDLINE THEREOF**

　　　　**PLEASE TAKE NOTICE** that, on September 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 93] (the "Disclosure Statement").

　　　　**PLEASE TAKE FURTHER NOTICE** that, on October 2, 2023, the Debtors filed the *Notice of Filing of Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof* [Docket No. 236]. Attached as Exhibit A to the Notice was a revised *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 236-1].

　　　　**PLEASE TAKE FURTHER NOTICE** that, on October 5, 2023, the Debtors filed the *Notice of Filing of Further Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Further Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof* [Docket No. 251] (the "Notice"). Attached as Exhibit A to the Notice was a further *Revised Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Revised Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof* [Docket No. 251-1] (the "Revised Disclosure Statement").

　　　　**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's directives at the hearing to consider conditional approval of the Revised Disclosure Statement, the Debtors

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528).  The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

have supplemented the Revised Disclosure Statement with additional disclosures that will inform parties in interest views of the Debtors' proposed chapter 11 plan (the "Disclosure Statement Supplement"). The Debtors will continue to work with these parties leading up to the hearing scheduled for December 19, 2023 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Disclosure Statement Supplement.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement, the Revised Disclosure Statement, the Disclosure Statement Supplement, and all other documents filed with the Court are available free of charge on the website maintained by Stretto Inc., the Debtors' claims and noticing agent, at https://cases.stretto.com/primetrust/, or for a fee via PACER at http://ecf.deb.uscourts.gov.

Dated: November 28, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*