**IN THE UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.    **Yousef Abbasi**, 15 Webster Drive, Wayne, NJ 07470; Phone (908) 358-7525; email: Yousef.a.abbasi@gmail.com.

2.    **Allsectech, Inc.,** Attn: Aviral Dhirendra, 46C, Velachery Main Road, Velachery Chennai 600042; Phone +9190716126786; email: aviral198828@gmail.com

3.    **DMG Blockchain Solutions, Inc.,** Attn: Steven Eliscu, 4193 104 St., Delta, BC V4K 3N3, Canada; Phone: (408) 529-0498; email: steve@dmgblockchain.com

4.    **Net Cents Technology, Inc.,** Attn: Clayton Moore, 9th Floor – 1021 West Hastings St. Vancouver, BC, V6C 2R6; Phone: (778) 836-9844; email: claytonmoore@net-cents.com.

5.    **Stably Corporation**, Attn: Ivan Inchauste, P.O. Box 2739, Renton WA 98056; Phone: (425) 698-7904; email: ivan@stably.io

6.    **Austin Ward**, 100 Van Ness Ave., Apt. 1404, San Francisco, CA 94105; Phone (253) 257-0881; email: austindward@proton.me

ANDREW R. VARA
United States Trustee, Region 3 & 9

 /s/ *Joseph F. Cudia* for
JOSEPH J. McMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: November 29, 2023

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145

Attorney assigned to this Case: Joseph F. Cudia, Esq., Phone: (202) 934-4051, joseph.cudia@usdoj.gov