**CERTIFICATE OF SERVICE**

    I, Richard W. Riley, do hereby certify that on November 29, 2023, I caused a copy of the foregoing *Limited Opposition of SDM, Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief* to be served via electronic mail upon the parties on the attached service list.

                                            */s/ Richard W. Riley*
                                            Richard W. Riley (DE No. 4052)

Maris J. Kandestin, Esq.  
McDermott Will & Emery LLP  
1000 N. West Street, Suite 1400  
Wilmington, Delaware 19801  
Email: mkandestin@mwe.com

Darren Azman, Esq.  
Joseph B. Evans, Esq.  
Jessica Greer Griffith, Esq.  
McDermott Will & Emery LLP  
One Vanderbilt Avenue  
New York, New York 10017-3852  
Email: dazman@mwe.com  
      jbevans@mwe.com  
      ggriffith@mwe.com

Gregg Steinman, Esq.  
McDermott Will & Emery LLP  
333 SE 2nd Avenue  
Suite 4500  
Miami, Florida 33131  
Email: gsteinman@mwe.com