**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies, et al., | ) | Case No. 23-11161 (JKS) |
| | ) | |
|     Debtors. | ) | (Jointly Administered) |
| | ) | Related Docket No. 492 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Bradford F. Englander, Esq., to represent SDM, Inc. in the above-captioned cases.

Dated: November 29, 2023　　　　　　　/s/ Richard W. Riley
　　　　Wilmington, Delaware　　　　　　Richard W. Riley (No. 4052)
　　　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON LLC
　　　　　　　　　　　　　　　　　　　600 North King Street, Suite 300
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 353-4144
　　　　　　　　　　　　　　　　　　　Email: rriley@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bars of the Commonwealth of Virginia, the States of Maryland and California, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

　　　　　　　　　　　　　　　　　　　/s/ Bradford F. Englander
　　　　　　　　　　　　　　　　　　　Bradford F. Englander Esq.
　　　　　　　　　　　　　　　　　　　WHITEFORD TAYLOR & PRESTON, LLP
　　　　　　　　　　　　　　　　　　　3190 Fairview Park Drive, Suite 800
　　　　　　　　　　　　　　　　　　　Falls Church, Virginia 22042-4510
　　　　　　　　　　　　　　　　　　　Telephone: (703) 280-9081
　　　　　　　　　　　　　　　　　　　Email: benglander@whitefordlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

　　　　　　　　　　　　　　　　　　　J. KATE STICKLES
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

**Dated: November 29th, 2023**
**Wilmington, Delaware**