# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sommer L. Ross, hereby certify that on November 30, 2023, I caused a true and correct copy of the *Limited Objection of OKCoin USA Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief* to be served *via* electronic mail and U.S. Mail on the following individuals identified below:

Maris J. Kandestin, Esq.
McDermott Will & Emery LLP
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

Darren Azman, Esq.
Joseph B. Evans, Esq.
Jessica Greer Griffith, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

Gregg Steinman, Esq.
McDermott Will & Emery LLP
333 SE 2nd Avenue Suite 4500
Miami, Florida 33131
gsteinman@mwe.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

2

| | |
|---|---|
| November 30, 2023 | DUANE MORRIS LLP |
| | |
| | <u>*/s/ Sommer L. Ross*</u> |
| | Sommer L. Ross (DE 4598) |
| | 1201 N. Market Street, Suite 501 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 657-4951 |
| | Email: slross@duanemorris.com |
| | |
| | *Counsel for OKCoin USA Inc.* |