**Subject:** Response to debtor Objection of Claim 1181 - Case No. 23-11161-JKS

**To:** THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

RECEIVED
2023 DEC -4 AM 10: 35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Cc:** Counsel to the Debtors, McDermott Will & Emery LLP
  I. 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801 (Attn: Maris J. Kandestin (mkandestin@mwe.com)),
  II. One Vanderbilt Avenue, New York, New York 10017-3852 (Attn: Darren Azman (dazman@mwe.com)),
  III. 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131 (Attn: Gregg Steinman (gsteinman@mwe.com)).

In response to Case 23-11161-JKS Doc 436 Filed 11/18/23, I, ▬▬▬▬▬▬ an account manager at Prime Trust, contest the determinations made as to the objection of the the debtors' reasons for objecting to claim 1181, an amendment to claim 428.

**Response to Objection of Claim 1181:**

To the Honorable Judge presiding over this case, I express my objection as follows:

**Background:**
In my role as a Senior Account Manager at Prime Trust, I oversaw accounts with a cumulative client-managed dollar value that was frozen due to this bankruptcy filing, surpassing those of my colleagues. Clients chose to entrust their funds to Prime Trust primarily because of the authentic and trust-based relationships I diligently fostered—a hallmark of the professional standards in our industry.

**Deceptive Information:**
- I consistently relayed information from Prime Trust FAQs and the executive team, assuring clients that it was 'Business as Usual.'
- Clients inquired about Prime Trust's status, and I directed them to the website FAQs, which stated that Prime Trust did not rehypothecate customer funds.
    - I sent client inquiries regarding Prime Trust investing client funds via the Assana Legal Request process, Slack, emails and captured via meeting notes. Access to these applications were pulled from me on Aug 11th but can be easily pulled by the debtor for reference.
    - FAQ link for reference
      https://support.primetrust.com/hc/en-us/articles/10425718797467-Does-Prime-Trust-lend-or-borrow-our-customers-custodial-accounts-
- Unfortunately, this information was false, causing me severe emotional distress.

Dated: November 29, 2023

**Nondischargeability under Bankruptcy Code Section 523(a)(2)(A):**
- The debtor made a false representation with the intention of deceiving me, leading to reputational harm, unemployment, and extreme emotional distress.

**Employment Agreement Violations:**
- The employer failed to adhere to their own ethical standards.
- The employer failed to provide the required notice under the California WARN Act.

**Military Veteran Status:**
- As a military veteran with a disability, the impact on my employment has been particularly severe.
- The debtor requested proof of my military disability rating, which was provided on Aug 29 at 1:16pm PT.
- Prime Trust hired me knowing of my military service connection.

**Damages and Request for Compensation:**
- The deception has resulted in reputational harm, unemployment, and extreme emotional distress.
- I provide calculations based on the employment agreement for compensation owed.
    - Employment Agreement: The offer letter from Prime Trust LLC clearly specifies the terms and conditions of employment, including compensation, job title, and benefits. It states that my compensation is $5,000 semi-monthly (totaling 2 $120,000 annually) and that I was eligible for a commission plan as well (health/dental/life/etc.).
    - Wage Request: Based on the terms in the agreement, my annual salary was $120,000. Therefore, for 23 months, I should have received $120,000 / 12 months * 23 months = $230,000. Additionally $1,816.47 per month as part of the commission schedule totaling $271,799. This amount doesn't cover the additional benefits of employment such as health/dental/life/etc.
- **Amount of Claim: $271,799.**

**Contact Information:**
- [redacted]
- [redacted]
- [redacted]

I'm not an attorney and appreciate your understanding in the presentation of this document. I kindly request the court's consideration of the above points and appropriate action. Thank you for your attention to this matter.

Sincerely,

[redacted]

**Attachments 1** Offer Letter and **2** Link showing FAQ

Dated: November 29, 2023

Subject: Response to Objection - Case No. 23-11161-JKS

Attachment 1 - ███████ Offer of Employment



06/09/2022



Very truly yours,

Prime Trust LLC

*Melissa Bonner*

Melissa A Bonner

**Acknowledgment and Acceptance of Employment Offer**

I accept employment with Prime Trust LLC and acknowledge and fully agree to the terms and conditions set forth in this offer letter:



Subject: Response to Objection - Case No. 23-11161-JKS

Attachment 2 FAQ
- Link
  https://support.primetrust.com/hc/en-us/articles/10425718797467-Does-Prime-Trust-lend-or-borrow-our-customers-custodial-accounts-



UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL ®

TO:
Office of the US Bankruptcy
Court to the District of Delaware
824 Market Street
3rd Floor
Wilmington Delaware 19801