## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 430** |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' FOURTH OMNIBUS MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS, EFFECTIVE AS OF NOVEMBER 17, 2023, AND (B) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Fourth Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief* [Docket No. 430] (the "Motion") filed on November 17, 2023 with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that the Motion included a *Notice of Hearing on Debtors' Fourth Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief* (the "Notice of Hearing"). Pursuant to the Notice of Hearing, objections to the Motion were required to have been filed with the Court and served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on December 1, 2023 (the "Objection Deadline").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon.

The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon undersigned counsel. Accordingly, it is respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: December 4, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

/s/ *Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:    mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:    dazman@mwe.com
        jbevans@mwe.com
        ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:    gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*