**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 430 & 507 |

**FOURTH OMNIBUS ORDER (A) AUTHORIZING THE DEBTORS
TO REJECT CERTAIN EXECUTORY CONTRACTS, EFFECTIVE
AS OF NOVEMBER 17, 2023, AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Fourth

Omnibus Rejection Order") (a) authorizing the Debtors to reject certain executory contracts as

set forth on Schedule 1 hereto, effective as November 17, 2023 (the "Rejection Date"), and (b)

granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware, dated February 29,

2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and

venue of this proceeding and the Motion in this Court being proper pursuant to 28 U.S.C. §§

1408 and 1409; and the Court being able to issue a final order consistent with Article III of the

United States Constitution; and due and sufficient notice of the Motion having been given under

the particular circumstances; and it appearing that no other or further notice is necessary; and it

appearing that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10835 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1.    The Motion is **GRANTED** to the extent set forth herein.

2.    The Rejected Contracts set forth on Schedule 1 hereto are rejected pursuant to Bankruptcy Code section 365(a), effective as of November 17, 2023.

3.    Nothing herein shall impair, prejudice, waive, or otherwise affect the rights of the Debtors to: (a) assert that the Rejected Contracts (i) were terminated prior to the Rejection Date, or (ii) are not executory contracts under Bankruptcy Code section 365; (b) assert that any claim for damages arising from the rejection of the Rejected Contracts is limited to the remedies available under any applicable termination provisions of the Rejected Contracts; (c) assert that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise contest any claims that may be asserted in connection with the Rejected Contracts. All rights, claims, defenses, and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Contracts, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive, or otherwise affect such rights, claims, defenses, and causes of action.

4.    Claims arising out of the rejection of the Rejected Contracts must be filed on or before the date that is twenty-one (21) days following the entry of this Fourth Omnibus Rejection Order.

5.    Notwithstanding Bankruptcy Rule 6004(h), this Fourth Omnibus Rejection Order shall be effective and enforceable immediately upon entry hereof.

6.      The Debtors are authorized, but not directed, to take all actions necessary to implement the relief granted in this Fourth Omnibus Rejection Order.

7.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Fourth Omnibus Rejection Order.

**Dated: December 5th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE