## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.  23-11161 (JKS) |
| | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | |
| | Jointly Administered |
| Debtors. | |
| | **Confirmation hearing:  December 19, 2023 at 10:00 a.m. ET** |
| | **Objection deadline:  December 5, 2023** |

### STATEMENT AND RESERVATION OF RIGHTS
### OF TRUECOIN, LLC AND TRUSTTOKEN, INC. TO
### <u>DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION</u>

TrustToken, Inc. ("TrustToken") and TrueCoin, LLC ("TrueCoin"), by and through their undersigned counsel, hereby file this statement and reservation of rights with regard to the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, dated December 4, 2023 [ECF No. 508-1], and hereby respectfully state as follows:

### <u>BACKGROUND</u>

1.      TrueCoin and TrustToken are both subsidiaries of Archblock Inc.

2.      However, the entities are entirely separate and engaged in separate business relationships with Prime Trust, LLC ("Prime Trust") that were governed by separate agreements.

### **TrueCoin**

3.      TrueCoin is registered as a money service business and develops stablecoins to, among other things, allow users to deposit applicable fiat currency into an escrow account and

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

receive an equivalent amount of stablecoins in return.

4.     This was accomplished through TrueCoin's technology, which minted stablecoins and transferred them to the user's blockchain wallet. The user was able to redeem stablecoins for the applicable fiat currency by sending its stablecoin tokens to a specific burn address, which would then destroy the stablecoins, and a corresponding amount of the applicable fiat currency would be transferred to the customer's bank account. For its stablecoin business to work, TrueCoin had to engage independent financial institutions to manage the escrow accounts that would hold customers' fiat currency. That is how TrueCoin was introduced to Prime Trust.

5.     In 2019, TrueCoin entered into a series of escrow services agreements ("Escrow Agreements") with Prime Trust to facilitate TrueCoin's business with its customers. Pursuant to the Escrow Agreements, Prime Trust was designated as the "Escrow Agent" for TrueCoin customers' fiat currency to effectuate stablecoin token transactions.  The Escrow Services Agreements further provided that Prime Trust held funds "for the benefit of holders" and that "no amounts" remitted to the account shall become property of Prime Trust.

6.     TrueCoin ultimately facilitated the deposit of millions of dollars of its customers' foreign fiat currency (hereinafter, the "Foreign Currency") with Prime Trust, as Escrow Agent.

7.     On October 20, 2023, TrueCoin filed its proof of claim against Prime Trust seeking at least $8,931,759.98 with respect to fiat currency deposited into seven TrueCoin escrow accounts under the Escrow Agreements.

**TrustToken**

8.     Unlike TrueCoin, which manages stablecoins, TrustToken is engaged in the business of software development and is primarily responsible for developing and launching other Archblock product lines, such as TrueFi, a decentralized protocol for uncollateralized on-

chain lending, and Archblock Institutional Platform, a marketplace for portfolio managers.

9.      On January 29, 2018, TrustToken and Prime Trust entered into a *Self-Directed Custodial Account Agreement* (the "Custodial Agreement") to take custody of Archblock's corporate funds in custodial accounts (the "Custodial Accounts").

10.     On October 20, 2023, TrustToken filed a proof of claim against Prime Trust seeking at least $4,931.08 with respect to securities, cash, and other assets custodied into four TrustToken Custodial Accounts with Prime Trust.

**Debtors' Section 363 Motion to Convert TrueCoin Foreign Currency**

11.     On November 13, 2023, the Debtors filed their *Motion for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* [ECF No. 413] (the "363 Motion").

12.     Pursuant to the 363 Motion, the Debtors are seeking Court authorization to sell the Foreign Currency free and clear of any liens, claims, interests, and encumbrances and converting the funds into United States dollars (USD) to be designated as bankruptcy estate property.

13.     On November 27, 2023, TrueCoin and TrustToken filed their objection to the Motion [ECF. No. 462], which is incorporated herein by reference.  Among other things, the objection explained that the Debtors' 363 Motion is premised upon a mistaken belief that the Foreign Currency was deposited with Prime Trust by **TrustToken**, pursuant to the TrustToken Custodial Agreement that was purportedly updated in 2022.  However, as set forth above and explained in greater detail in the Objection, the Foreign Currency was deposited by **TrueCoin** into Escrow Accounts governed by the Escrow Agreements which, by their own terms, state that

the Foreign Currency is being held "for the benefit of" TrueCoin customers and "no amounts

deposited into the Escrow Account shall become the property of . . . Prime Trust." Accordingly,

such funds cannot be considered property of the bankruptcy estate under Section 541 of the

Bankruptcy Code.

### Debtors' Joint Chapter 11 Plan

14.     On October 5, 2023, the Debtors filed the Joint Chapter 11 Plan of Reorganization

for Prime Core Technologies Inc. and Its Affiliated Debtors [ECF No. 258].

15.     Also on October 5, 2023, the Debtors filed the Disclosure Statement Pursuant to

Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of

Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [ECF No. 259] (the

"Disclosure Statement"). Attached to the Disclosure Statement as Exhibit B is the Liquidation

Analysis.

16.     On November 28, 2023, the Debtors filed the Amended Joint Chapter 11 Plan of

Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [ECF No. 485-1].

17.     On December 4, 2023, the Debtors filed a further revised Amended Joint Chapter

11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [ECF No.

508-1] (as may be further amended, modified or supplemented, the "Plan").

18.     The Plan and Disclosure Statement appear to carve out any determination with

respect to the Foreign Currency, including whether such assets constitute bankruptcy estate

property.  Article 2.5 of the Plan states that "nothing set forth in the Plan, including in this

Article 2.5, or the Disclosure Statement, is intended to indicate that the Debtors or the Wind-

Down Debtor, as applicable, have made a determination or taken a position with respect to

whether any Accounts or the fiat or Cryptocurrencies therein, are property of their respective

4

Estates[.]"

19.     In addition, the Liquidation Analysis includes bolded text in several places stating that the Debtors "have not made a determination" as to whether fiat in customer accounts constitutes bankruptcy estate property:

> **Notwithstanding this presentation, the Debtors have not made a determination as to whether certain cryptocurrency and/or fiat held in any customer accounts are general unsecured claims or property of the estate, and the Debtors reserve all rights with respect to any such determination.**

Liquidation Analysis at 5; *see also id.* at 7, 9-10.

20.     Nevertheless, the Debtors state that this is a "key legal issue" to be resolved. Disclosure Statement § VII.A.2(a).

## TRUECOIN AND TRUSTTOKEN RESERVATION OF RIGHTS

21.     Because it appears that any determination related to TrueCoin's Foreign Currency is specifically carved out of the Plan, TrueCoin is not objecting to the Plan at this time. However, if the Debtors attempt to resolve the Foreign Currency issue through the Plan confirmation process, then TrueCoin and TrustToken hereby reserve their rights to object.[2] TrueCoin and TrustToken also reserve their rights to supplement this statement and reservation of rights and to appear and be heard at the hearing to consider confirmation of the Plan, which is scheduled for the same date and time as the hearing on the Debtors' 363 Motion.

**[SIGNATURE PAGE FOLLOWS]**

---

[2] For the avoidance of doubt, TrueCoin and TrustToken object to confirmation of the Plan to the extent that the Debtors intend to implement the Plan using the Foreign Currency or in any way treat the Foreign Currency as an asset of the Debtors' estates.

Dated: December 5, 2023
      Wilmington, Delaware

*/s/ Gregory A. Taylor*
Gregory A. Taylor (no. 4008)
**ASHBY & GEDDES, PA**
500 Delaware Avenue
Wilmington, Delaware 19899
(302) 504-3710
gtaylor@ashbygeddes.com

-and-

**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Steven S. Fitzgerald (admitted *pro hac vice*)
Fletcher W. Strong (admitted *pro hac vice*)
Yating Wang (admitted *pro hac vice*)
sfitzgerald@wmd-law.com
fsrong@wmd-law.com
ywang@wmd-law.com

*Attorneys for TrueCoin, LLC and TrustToken, Inc.*