## <u>CERTIFICATE OF SERVICE</u>

I, Stephen B. Gerald, do hereby certify that on December 5, 2023, I caused a copy of the foregoing ***Objection of SDM, Inc. to Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors*** to be served upon (i) all parties of record via CM/ECF; and (ii) via electronic mail upon the parties on the attached service list.

*/s/ Stephen B. Gerald*
Stephen B. Gerald (DE No. 5857)

Maris J. Kandestin, Esq.
McDermott Will & Emery LLP
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Email: mkandestin@mwe.com

Darren Azman, Esq.
Joseph B. Evans, Esq.
Jessica Greer Griffith, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017-3852
Email: dazman@mwe.com
        jbevans@mwe.com
        ggriffith@mwe.com

Gregg Steinman, Esq.
McDermott Will & Emery LLP
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131
Email: gsteinman@mwe.com

Robert Stark, Esq.
Bennett Silverberg, Esq.
Brown Rudnick LLP
7 Times Square
New York, New York 10036
Email: rstark@brownrudnick.com
        bsilverberg@brownrudnick.com

Joseph F. Cudia, Esq.
United States Trustee for
 the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: joseph.cudia@usdoj.gov