## Exhibit A

**Identity of Party 12**

**(Filed Under Seal)**