# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies, Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| | (Jointly Administered) |
| Debtor. | **Re:  D.I. 519** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I caused a copy of the *Limited Objection and Reservation of Rights of 450 Investments LLC to Confirmation of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 519] to be served upon the parties on the attached service list as indicated.

    */s/ Paul N. Heath*
    Paul N. Heath (No. 3704)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service |
|---|---|---|---|---|---|---|---|---|
| Attn: John W. Weiss, William R. Firth, III | 1007 North Orange Street, 4th Floor, Suite 183 | | Wilmington | DE | 19801 | | jweiss@pashmanstein.com; wfirth@pashmanstein.com | CM/ECF & courtesy E-mail |
| 46C, Velachery Main Road | | | Velachery Chennai | | 600042 | India | aviral198828@gmail.com | CM/ECF & courtesy E-mail |
| Attn: David M. Fournier & Evelyn J. Meltzer | Hercules Plaza, Suite 5100, 1313 N. Market Street | | Wilmington | DE | 19801 | | david.fournier@troutman.com; evelyn.meltzer@troutman.com | CM/ECF & courtesy E-mail |
| 100 Van Ness Ave., Apt. 1404 | | | San Francisco | CA | 94105 | | austindward@proton.me | CM/ECF & courtesy E-mail |
| Attn: David M Newumann | 28601 Chagrin Blvd., Suite 600 | | Cleveland | OH | 44122 | | dneumann@meyersroman.com | CM/ECF & courtesy E-mail |
| Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | 51 Madison Avenue, 22nd Floor | | New York | NY | 10010 | | susheelkirpalani@quinnemanuel.com; pattytomasco@quinnemanuel.com; danielholzman@quinnemanuel.com; alainjaquet@quinnemanuel.com; razmigizakelian@quinnemanuel.com; joannacaytas@quinnemanuel.com | CM/ECF & courtesy E-mail |
| Attn: Robert S. Brady & Kenneth J. Enos | Rodney Square 1000 North King Street | | Wilmington | DE | 19801 | | rbrady@ycst.com; kenos@ycst.com | CM/ECF & courtesy E-mail |
| 4193 104 St. | | | Delta | BC | V4K 3N3 | Canada | steve@dmgblockchain.com | CM/ECF & courtesy E-mail |
| Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | One Sansome Street, Suite 3430 | | San Francisco | CA | 94104 | | akornfeld@pszjlaw.com; jrosell@pszjlaw.com; joneill@pszjlaw.com | CM/ECF & courtesy E-mail |
| PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | First Class Mail |
| Attn: Michael Van Gorder | 1201 North Orange Street, Suite 300 | | Wilmington | DE | 19801 | | mvangorder@gsbblaw.com | CM/ECF & courtesy E-mail |
| Attn: David S. Forsh | 1350 Avenue of the Americas, 22nd Fl | | New York | NY | 10019 | | dforsh@raineslaw.com | CM/ECF & courtesy E-mail |
| 1021 West Hastings St., 9th Floor | | | Vancouver | BC | V6C 2R6 | Canada | claytonmoore@net-cents.com | CM/ECF & courtesy E-mail |
| 441 4Th St Nw, Ste 1100S | | | Washington | DC | 20001 | | oag@dc.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | | San Juan | PR | 00918 | Puerto Rico | | First Class Mail |
| 501 Washington Ave | | | Montgomery | AL | 36104 | | consumerinterest@Alabamaag.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 | | attorney.general@alaska.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 2005 N Central Ave | | | Phoenix | AZ | 85004 | | BCEIntake@azag.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 323 Center St, Ste 200 | | | Little Rock | AR | 72201 | | | First Class Mail |
| PO Box 944255 | | | Sacramento | CA | 94244-2550 | | xavier.becerra@doj.ca.gov | CM/ECF & courtesy E-mail / First Class Mail |
| Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 | | DOR_TAC_Bankruptcy@state.co.us | CM/ECF & courtesy E-mail / First Class Mail |

| Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service |
|---|---|---|---|---|---|---|---|---|
| 165 Capitol Ave | | | Hartford | CT | 06106 | | attorney.general@ct.gov | CM/ECF & courtesy E-mail / First Class Mail |
| The Capitol Pl-01 | | | Tallahassee | FL | 32399 | | | First Class Mail |
| 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | | | First Class Mail |
| 425 Queen Street | | | Honolulu | HI | 96813 | | hawaiiag@hawaii.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 700 W. Jefferson St, Suite 210 | | | Boise | ID | 83720 | | | First Class Mail |
| James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 62706 | | michelle@lisamadigan.org | CM/ECF & courtesy E-mail / First Class Mail |
| Indiana Government Center South | 302 W Washington St 5Th Fl | | Indianapolis | IN | 46204 | | | First Class Mail |
| Hoover State Office Building | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 | | consumer@ag.iowa.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 120 SW 10Th Ave, 2nd Fl | | | Topeka | KS | 66612 | | | First Class Mail |
| Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | | KyOAGOR@ky.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 1885 N. Third St | | | Baton Rouge | LA | 70802 | | ConstituentServices@ag.louisiana.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 6 State House Station | | | Augusta | ME | 04333 | | | First Class Mail |
| 200 St. Paul Pl | | | Baltimore | MD | 21202 | | oag@oag.state.md.us | CM/ECF & courtesy E-mail / First Class Mail |
| 1 Ashburton Place, 20Th Floor | | | Boston | MA | 02108 | | ago@state.ma.us | CM/ECF & courtesy E-mail / First Class Mail |
| G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | | Lansing | MI | 48909 | | miag@michigan.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 | | | First Class Mail |
| Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | | | First Class Mail |
| Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | | consumer.help@ago.mo.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 215 N. Sanders | Justice Building, Third Fl | | Helena | MT | 59601 | | | First Class Mail |
| 2115 State Capitol | | | Lincoln | NE | 68509 | | | First Class Mail |
| Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | | | First Class Mail |

In re: Prime Core Technologies Inc. et al.
Case No. 23-11161 (JKS)

Page 2 of 5

| Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service |
|---|---|---|---|---|---|---|---|---|
| Nh Department Of Justice | 33 Capitol St. | | Concord | NH | 03301 | | attorneygeneral@doj.nh.gov | CM/ECF & courtesy E-mail / First Class Mail |
| Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | | Trenton | NJ | 08611 | | | First Class Mail |
| 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 | | | First Class Mail |
| The Capitol | 2nd Floor | | Albany | NY | 12224 | | | First Class Mail |
| 114 W Edenton St | | | Raleigh | NC | 27603 | | | First Class Mail |
| State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 | | ndag@nd.gov | CM/ECF & courtesy E-mail / First Class Mail |
| State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 | | | First Class Mail |
| 313 Ne 21St St | | | Oklahoma City | OK | 73105 | | questions@oag.ok.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 1162 Court St NE | | | Salem | OR | 97301 | | | First Class Mail |
| Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 | | | First Class Mail |
| 150 S Main St | | | Providence | RI | 02903 | | | First Class Mail |
| Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 | | | First Class Mail |
| 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501 | | | First Class Mail |
| 301 6Th Ave N | | | Nashville | TN | 37243 | | | First Class Mail |
| 300 W. 15Th St | | | Austin | TX | 78701 | | | First Class Mail |
| Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 | | uag@utah.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 109 State St. | | | Montpelier | VT | 05609 | | ago.info@vermont.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 202 N. Ninth St. | | | Richmond | VA | 23219 | | | First Class Mail |
| PO Box 40100 | | | Olympia | WA | 98504 | | | First Class Mail |
| 1125 Washington St Se | | | Olympia | WA | 98501 | | | First Class Mail |
| State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 | | consumer@wvago.gov | CM/ECF & courtesy E-mail / First Class Mail |

In re: Prime Core Technologies Inc. et al.
Case No. 23-11161 (JKS)

Page 3 of 5

| Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service |
|---|---|---|---|---|---|---|---|---|
| 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 | | | First Class Mail |
| Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | | | First Class Mail |
| 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 | | joseph.cudia@usdoj.gov | CM/ECF & courtesy E-mail / First Class Mail |
| Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | 7 Times Square | | New York | NY | 10036 | | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; kaulet@brownrudnick.com; jschein@brownrudnick.com | CM/ECF & courtesy E-mail |
| Attn: Tristan G. Axelrod & Matthew A. Sawyer | One Financial Center | | Boston | MA | 02111 | | taxelrod@brownrudnick.com; msawyer@brownrudnick.com | CM/ECF & courtesy E-mail |
| Attn: Donald J. Detweiler & Elazar A. Kosman | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 | | don.detweiler@wbd-us.com; elazar.kosman@wbd-us.com | CM/ECF & courtesy E-mail |
| Attn: Sommer L. Ross | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | | slross@duanemorris.com | CM/ECF & courtesy E-mail |
| Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com | CM/ECF & courtesy E-mail |
| Attn: Gary D. Bressler | 300 Delaware Avenue, Suite 1014 | | Wilmington | DE | 19801 | | gbressler@mdmc-law.com | CM/ECF & courtesy E-mail |
| Attn: Joseph R. Dunn | 3580 Carmel Mountain Road Suite 300 | | San Diego | CA | 92130 | | jrdunn@mintz.com | CM/ECF & courtesy E-mail |
| Attn: Abigail O'Brient | 2049 Century Park East Suite 300 | | Los Angeles | CA | 90067 | | aobrient@mintz.com | CM/ECF & courtesy E-mail |
| Attn: Michael R. Nestor & Ryan M. Bartley | Rodney Square 1000 North King Street | | Wilmington | DE | 19801 | | mnestor@ycst.com; rbartley@ycst.com | CM/ECF & courtesy E-mail |
| Innere Margarethenstrasse 5 | | | Basel | | CH-4051 | Switzerland | ruairi.donnelly@polaris-ventures.org | CM/ECF & courtesy E-mail |
| 100 F Street, NE | | | Washington | DC | 20549 | | | First Class Mail |
| New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 | | | First Class Mail |
| 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 | | nyrobankruptcy@sec.gov | CM/ECF & courtesy E-mail / First Class Mail |
| PO Box 2739 | | | Renton | WA | 98056 | | ivan@stably.io | CM/ECF & courtesy E-mail |
| Attn: John W. O'Leary | 601 W. Kennewick Avenue | | Kennewick | WA | 99336 | | JOLeary@gravislaw.com; DCannon@gravislaw.com; MHess@gravislaw.com; CBlanco@gravislaw.com | CM/ECF & courtesy E-mail |
| Attn: Jill Williamson | 701 Fifth Avenue, Ste. 2460 | | Seattle | WA | 98104 | | JWilliamson@gravislaw.com; MPyfrom@gravislaw.com | CM/ECF & courtesy E-mail |
| Attn: Karen M. Grivner | 824 North Market Street, Suite 710 | | Wilmington | DE | 19801 | | kgrivner@clarkhill.com | CM/ECF & courtesy E-mail |
| Attn: Tobias S. Keller & Traci L. Shafroth | 425 Market Street, 26th Floor | | San Francisco | CA | 94105 | | tkeller@kbkllp.com; tshafroth@kbkllp.com | CM/ECF & courtesy E-mail |

In re: Prime Core Technologies Inc. et al.
Case No. 23-11161 (JKS)

Page 4 of 5

| Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service |
|---|---|---|---|---|---|---|---|---|
| Attn: John W. Weiss | 1007 North Orange Street, 4th Floor, Suite 183 | | Wilmington | DE | 19801 | | jweiss@pashmanstein.com | CM/ECF & courtesy E-mail |
| Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | 500 Fifth Avenue | | New York | NY | 10110 | | fstrong@wmd-law.com; sfitzgerald@wmd-law.com; ywang@wmd-law.com | CM/ECF & courtesy E-mail |
| Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | PO Box 1150 | Wilmington | DE | 19899 | | gtaylor@ashbygeddes.com | CM/ECF & courtesy E-mail |
| 1313 N Market Street | | | Wilmington | DE | 19801 | | usade.press@usdoj.gov | CM/ECF & courtesy E-mail / First Class Mail |
| 15 Webster Drive | | | Wayne | NJ | 07470 | | Yousef.a.abbasi@gmail.com | CM/ECF & courtesy E-mail |
| 1000 N. West Street | Suite 1400 | | Wilmington | DE | 19801 | | mkandestin@mwe.com | CM/ECF & courtesy E-mail |
| One Vanderbilt Ave | | | New York | NY | 10017 | | dazman@mwe.com; jbevans@mwe.com | CM/ECF & courtesy E-mail |
| 333 SE 2nd AvenueSuite 4500 | | | Miami | FL | 33131 | | gsteinman@mwe.com | CM/ECF & courtesy E-mail |

In re: Prime Core Technologies Inc. et al.
Case No. 23-11161 (JKS)

Page 5 of 5