IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 435, 436, 437 & 438 |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING (I) DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM, AND (II) DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM (SUPERSEDED CLAIMS)**

**PLEASE TAKE NOTICE** that on December 5, 2023, the undersigned counsel for the debtors and debtors-in-possession (collectively, the "Debtors") submitted to Chambers copies of the proofs of claim, along with any attachments, identified on Exhibits 1, 2 and 3 to the proposed order attached as Exhibit A to the *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [sealed version filed at Docket No. 435; redacted version filed at Docket No. 436] in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**PLEASE TAKE FURTHER NOTICE** that on December 5, 2023, the undersigned counsel for the Debtors also submitted to Chambers copies of the proofs of claim, along with any attachments, identified on Exhibit 2 (Superseded Claims) to the proposed order attached as Exhibit A to the *Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*of Claim* [sealed version filed at Docket No. 437; redacted version filed at Docket No. 438] in accordance with Rule 3007-1(e)(iv) of the Local Rules.

Copies of the proofs of claim may be obtained by contacting the undersigned counsel.

| | |
|---|---|
| Dated: December 5, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |