**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 474 |

***AMENDED* DECLARATION OF BRIAN KARPUK IN SUPPORT OF DEBTORS' MOTION TO FURTHER AMEND THE AMENDED ORDER (I) AUTHORIZING DEBTORS TO FILE A CONSOLIDATED CREDITOR MATRIX AND TOP 50 CREDITORS LIST; (II) AUTHORIZING REDACTION OF CERTAIN PERSONALLY IDENTIFIABLE INFORMATION; (III) AUTHORIZING THE DEBTORS TO SERVE CERTAIN PARTIES BY ELECTRONIC MAIL; (IV) APPROVING CERTAIN NOTICE PROCEDURES; AND (V) GRANTING RELATED RELIEF**

I, Brian Karpuk, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Stretto, Inc. ("<u>Stretto</u>"), the claims and noticing agent for the above-captioned debtors. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is made in support of *Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Notice Procedures; and (V) Granting Related Relief* (the "Motion"),[2] filed with the Court on November 27, 2023 [Docket No. 474].

3.  As set forth in more detail on **Exhibits A-C** of the Motion, in accordance with the Matrix Order, Stretto served by e-mail (a) the Notice of Commencement on 5,043,814 parties at e-mail addresses on file with the Debtors, of which 106,251 e-mails were either undeliverable or suppressed for the reasons set forth on **Exhibit A**; (b) the Bar Date Notice on 4,593,719 parties at e-mail addresses on file with the Debtors, of which 131,446 e-mails were either undeliverable or suppressed for the reasons set forth on **Exhibit B**; and (c) the Notice of Confirmation Hearing on 4,595,687 parties at e-mail addresses on file with the Debtors, of which 131,328 e-mails were either undeliverable or suppressed for the reasons set forth on **Exhibit C**.

4.  The costs associated with serving the Confirmation Hearing Notice and the Supplemental Notice on the Unscheduled Undeliverable Email Parties via first-class mail would amount to approximately $264,000.

5.  The only substantive alteration to the declaration attached to **Exhibit B** of the Motion reflected in this amended declaration is the substitution of Alexa Westmoreland with Brian Karpuk.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 6, 2023  
Irvine, California

*/s/ Brian Karpuk*  
Brian Karpuk,  
Director  
Stretto, Inc.  
410 Exchange, Ste. 100  
Irvine, California 92602

---

[2] Capitalized terms utilized but not defined herein shall have the meanings ascribed to them in the Motion.

**Exhibit A**

| **Category** | **Count** |
|---|---|
| Suppressed - Unsubscribed | 689 |
| Suppressed - Complained | 1,812 |
| Suppressed - Invalid | 8,527 |
| Unresolved - Likely Error | 66 |
| Undeliverable - Address Formatting Error | 36 |
| Undeliverable - Invalid Address | 43,661 |
| Undeliverable - Rejected by recipient domain | 15 |
| Undeliverable - Mailbox Full | 37,075 |
| Undeliverable - IP Blocked | 7,868 |
| Undeliverable - Suspected as Spam | 67 |
| Undeliverable - Connection Timeout | 6,435 |
| **Total:** | **106,251** |

## **Exhibit B**

| Category | Count |
|---|---|
| Suppressed - Pre-Excluded | 97,573 |
| Suppressed - Unsubscribed | 1 |
| Suppressed - Complained | 169 |
| Suppressed - Invalid | 155 |
| Unresolved - Likely Error | 83 |
| Undeliverable - Address Formatting Error | 30 |
| Undeliverable - Invalid Address | 8,685 |
| Undeliverable - Rejected by recipient domain | 17 |
| Undeliverable - Mailbox Full | 18,831 |
| Undeliverable - IP Blocked | 1,540 |
| Undeliverable - Suspected as Spam | 87 |
| Undeliverable - Connection Timeout | 4,275 |
| **Total:** | **131,446** |

**Exhibit C**

| Category | Count |
|---|---|
| Suppressed - Pre-Excluded | 99,882 |
| Unresolved - Likely Error | 169 |
| Undeliverable - Address Formatting Error | 25 |
| Undeliverable - Invalid Address | 9,003 |
| Undeliverable - Rejected by recipient domain | 8 |
| Undeliverable - Mailbox Full | 18,605 |
| Undeliverable - IP Blocked (Will Retry) | 5 |
| Undeliverable - Suspected as Spam | 49 |
| Undeliverable - Connection Timeout | 3,404 |
| **Total:** | **131,328** |