**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2023 DEC -7 AM 10: 55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

— Post Marked 9/27/23 KR

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC. | ) | Case No. 23-11161 (JKS) ✓ |
| | ) | |
| PRIME TRUST, LLC, | ) | Case No. 23-11162 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## OBJECTION TO CURE AMOUNT

The Creditor, Astrolescent Inc. (Astrolescent), appears and submits this objection to the cure amount described in the Debtors' proposed order filed Notice To Contract Parties To Potentially Assumed Executory Contract and Unexpires Leases Under 11 U.S.C. § 365.

Astrolescent no longer exists as a company and the claim is being made by Michael Videtto. The payment was done directly from his bank account on behalf of Astrolescent. The Debtor listed the cure amount as $0.00; however, the correct cure amount is currently $110,000.00.

_____

Michael Videtto

301 Ontario Street

Ronkonkoma, NY 11779

Phone: (631) - 680 - 2616

Email: michaelvidetto@gmail.com

:I Videtto
ntario Street
nkoma, NY 11779

MID-ISLAND NY 117
27 SEP 2023 PM 3 L



United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd floor
Wilmington, DE 19801

19801-302499