**EXHIBIT B**

Case No: 23-11161
**PRIME CORE TECHNOLOGIES Inc., et al.**
EXPENSE SUMMARY
FROM THE PERIOD October 1, 2023 to October 31, 2023

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| *Business Meals* | | | | |
| Cole Thieme | 10/2/2023 | Business Meals | $ | 28.09 |
| Andrew Kim | 10/7/2023 | Business Meals | $ | 22.81 |
| Cole Thieme | 10/9/2023 | Business Meals | $ | 30.00 |
| Julia Jiang | 10/19/2023 | Business Meals | $ | 27.82 |
| Andrew Kim | 10/19/2023 | Business Meals | $ | 30.00 |
| Andrew Kim | 10/24/2023 | Business Meals | $ | 30.00 |
| Cole Thieme | 10/26/2023 | Business Meals | $ | 27.05 |
| | | ***Subtotal Business Meal Expenses*** | ***$*** | ***195.77*** |
| *Transportation* | | | | |
| William Murphy | 10/5/2023 | Travel to/from Wilmington DE/NYC | $ | 432.00 |
| | | ***Subtotal Transportation*** | ***$*** | ***432.00*** |
| *Conference Calls* | | | | |
| M3 Team | 10/31/2023 | Conference Call Expense | $ | 65.11 |
| | | ***Subtotal Conference Calls*** | ***$*** | ***65.11*** |
| | | **Total Expenses** | **$** | **692.88** |