RECEIVED

2023 DEC -7  PM 12: 33

CLERK
U.S. BANKRUPTCY COURT
DIST. OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., et al. | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**Obj. Deadline: Dec. 14, 2023 at 4:00 p.m. (ET)**

**Hearing Date: Dec. 19, 2023 at 10:00 a.m. (ET)**

## **RESPONSE TO DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS**

## **OBJECTION TO CERTAIN FILED PROOFS OF CLAIM**

COMES NOW, the Creditors, Shyam Sundar Aswadha Narayanan (Prime Trust Account

Number:          ; Email: a.n.shyamsundar@gmail.com), and Latha Narayanan (Prime

Trust Account Number:          ; Email: lathanaru@gmail.com), acting pro se, and

strongly object to the Debtors' self-serving deliberate, blatant and prima facie false statements

pertaining to them in Document 436 of the aforementioned case that seeks to absolve them of

liabilities owed to the Creditors.

Shyam Sundar Aswadha Narayanan's Claim Number is 239, with a listed claim of $14058.19 and Latha Narayanan's Claim Number is 240, with a listed claim of $191251.41 both computed due as of August 14, 2023. The methodology for this computation has previously been described in the respective original claim exhibits. Put simply, as stated in the original claim statement(s) and exhibits, these claim amounts reflect the principal plus the contractually accrued interest the Creditors are owed as a result of monies held on trust by Prime Trust and linked to a Prime Trust Account for their direct client's (MyConstant) customers, who are the Creditors herein.

The Creditors herein are related by familial ties, and have interrelated claims that are of a similar nature with Latha Narayanan having previously granted Shyam Sundar Aswadha Narayanan an interest as an equal, joint account holder to funds in her account by means of express, signed declaration in writing, as indicated by attached exhibits in Latha Narayanan's original claim.

The Debtors object to both the Creditors' claims (Exhibit 1 – Document 436-2; Pages 6 of 78 and 21 of 78) while stating that *"Upon review of the Debtors' Books and Records, the Debtors have no information about this claimant, any amount owed to this claimant, or any reason to know who this claimant is."*. This statement by the Debtors is not only prima facie factually false beyond any reasonable doubt; it is also deliberately misleading and fraudulent in light of the following grounds and circumstances:

1. **Factually false statements, the falsity of which the debtors knew or ought to know**:

   The Debtors have themselves previously provided a signed copy of a document titled "Prime Trust New Account Agreement" dated June 11, 2021 to both the Creditors upon inquiry (**Exhibits 1 and 2**). Further, Prime Trust has received Wire Transfer(s) from the Creditor(s) in the past, and has also processed withdrawal(s) for credit into the Creditors'

bank account(s) (**Exhibits 3 and 4**). In addition, Prime Trust couldn't have established accounts for the Creditors and provided Prime Trust account numbers without having any information whatsoever about the account holders themselves. The written communications (**Exhibits 1 and 2**) between the Creditors and Prime Trust shows that Prime Trust knew exactly who the creditors were, contrary to their assertions.

To the Creditors' knowledge, at least scores of MyConstant's customer signatures have been brazenly and illegally forged in a similar fashion by Prime Trust.

A rhetorical question that any reasonable person would ask is "How could Prime Trust, which is supposed to be a regulated financial institution and a qualified custodian of customer assets be unaware of who the customer is for an agreement to which it itself claims to be a party, given prior history of transactional dealings and written communications?". The only logical explanation is that Debtors have made blatantly false assertions that they themselves knew or ought to know were false in an attempt to reduce their liabilities.

2. **Forgery, fraud and aiding the commission of illegal acts:**

The electronic signatures of the Creditors on the aforementioned "Prime Trust New Account Agreement" dated June 11, 2021 have been deliberately and fraudulently forged by Prime Trust without the Creditors' knowledge or consent.

The Debtor (Prime Trust) primarily provides services to businesses, and not individuals (**Exhibit 5**). The Creditors are direct customers of a business named MyConstant (Legal Name: Const LLC), to which Prime Trust provided custodial services for fiat currency. Prime Trust acted as the trustee and regulated third party custodian to safeguard MyConstant's customer assets. The Creditors have been customers of MyConstant since early 2020 and have had Prime Trust Account numbers assigned to them through MyConstant and Prime Trust was aware of it (**Exhibit 4**). As indicated in the Creditors' original claims, there was no direct contractual relationship between the Creditors and Prime Trust; the Creditors are a third party beneficiary whose funds were escrowed, safeguarded and held in trust by Prime Trust. MyConstant itself was evidently unaware of Prime Trust's forgery and the existence of such forged documents until very recently. At no point of time were Creditors required or expected to enter into a direct contractual relationship with Prime Trust through MyConstant, as explained by MyConstant's attorney, Mr. Jonathan Shenson (**Exhibit 6**).

Prime Trust has acted fraudulently by surreptitiously forging fraudulent agreements with customer signatures containing terms favorable to it. Further, Prime Trust had unlawfully engaged in money transmission business in several states, including the State of Texas, with neither a money transmission license nor while being a registered business entity. In addition, Prime Trust's acts and omissions directly aided MyConstant and related persons/entities to engage in unregistered sale of securities and unlicensed loan brokering on the surface, while allowing such persons/entities to embezzle MyConstant's customer

funds held in trust by Prime Trust and use customer funds as their personal piggy bank behind the scenes. (**Exhibit 7**)

3. **Assumption of responsibility and fraudulent inducement:**

   Prime Trust, acting through its former Chief Executive Officer and Chief Trust Officer, Scott Purcell, had publicly exhorted the general public to invest on the MyConstant Platform, while stating to the effect that "Prime Trust has got MyConstant's customers' back" and that Prime Trust holds MyConstant's customers' assets in a trust and that MyConstant couldn't touch customer assets as a result. Any reasonable person relying on these statements would be led to believe that Prime Trust acted as a check against any potential theft or illegal dealings while ensuring that its direct client (MyConstant) is operating in accordance with prevailing law, backed by FDIC insurance of up to $130 million for each customer (**Exhibit 8**). This also comports well with the message displayed on MyConstant's portal (which integrates with Prime Trust) pertaining to escrow of customer assets and FDIC insurance of up to $130 million per Tax ID (Screenshots as to the escrow are also provided in the original Creditors' claim statements).

   None of these statements were true. MyConstant, acting through its founder and CEO, Duy Huynh, embezzled MyConstant's customer funds, while Prime Trust failed to perform any due diligence whatsoever on the use of MyConstant customer monies held by it on trust. Prime Trust monetarily benefited from its direct client's (MyConstant)

embezzlement. Prime Trust stood to collect more in form of fees from MyConstant as

MyConstant's clients deposited money on the MyConstant Platform through Prime Trust.


## **CONCLUSION AND PRAYER**

In summary, Prime Trust's objections to the Creditors' claims are blatantly, prima facie false.

Prime Trust's meritless objections, as the above circumstances show, are intentionally made in

an effort to cover its own bad faith illegal acts behind the scenes, from which it had derived a

monetary benefit.


The Creditors pray that the Debtors' objections be disregarded and further pray that the Court

direct the Debtors to pay the Creditors' claims in full and make the Creditors whole.

## **EXHIBIT 1: SHYAM SUNDAR ASWADHA NARAYANAN'S RELEVANT PAGES OF**

## **"PRIME TRUST NEW ACCOUNT AGREEMENT"**



**Logan (Prime Trust– Customer Success)**
Dec 14, 2022, 15:09 PST

Hello Shyam,

After talking with our internal teams, I am able to provide the Account Agreement. Here is a secure link to the agreement.
https://drive.google.com/file/d/1UbVVWbXbCIJKNwPF_vofcK-0diuKsTUC/view?usp=share_link
*This link will expire on 12/20/2022

Respectfully,

Logan

Prime Trust

330 S. Rampart, Suite 260
Summerlin, NV 89145

---

**Shyam Sundar Aswadha Narayanan** <a.n.shyamsundar@gmail.com>      Dec 14, 2022, 8:07 PM  ☆  ☺  ↩  ⋮
to Prime ▾

Logan,

As I mentioned in my previous email, there is no reason to believe that I signed or even saw this document on June 11, 2021. I have been a MyConstant customer since early 2020, when the Prime Trust account should have been created by MyConstant.

I have one more question: Tom Pageler was the CEO of Prime Trust on June 11, 2021 (He took over in January 2021, https://www.crowdfundinsider.com/2021/01/171688-prime-trust-changes-tom-pageler-promoted-to-ceo-scott-purcell-named-ceo-of-holding-company-prime-core-technologies/) and remained Prime Trust's CEO until November 29, 2022. (https://www.crowdfundinsider.com/2022/11/199278-prime-trust-changes-leadership-tom-pageler-out-as-ceo-jor-law-steps-in-as-interim-ceo/)

How did Scott Purcell, Prime Trust's ex-CEO come into picture here in the agreement? Also, at the time when the document was allegedly signed, I am not even normally awake. I would like to request an audit of the signature trail on this document to prove that it was indeed me who signed it. Can you please go ahead with this process?

Shyam

---



**Logan (Prime Trust– Customer Success)**
Dec 19, 2022, 15:26 PST

Hello Shyam,

Currently, I have no updates to provide. However, this has been raised internally and has been re-escalated, and as soon as I have more information I will share a response.

Respectfully,

Logan

Prime Trust

330 S. Rampart, Suite 260
Summerlin, NV 89145

**Prime Trust New Account Agreement**

Shyam Sundar Aswadha Narayanan ("Account Holder", "Customer", "you", "your") hereby requests and directs that Prime Trust, LLC ("Prime Trust", "Custodian", "we", "our", "us"), a Nevada chartered trust company, establish a **Prime Asset Custody Account** ("Account") for and in the name of Account Holder, and to hold as custodian all assets deposited to, or collected with respect to such Account, upon the following terms and conditions:

## 1. APPOINTMENT OF CUSTODIAN:

Account Holder hereby appoints Prime Trust to be custodian of and to hold or process as directed all securities, currency, cryptocurrency, and other assets of Account Holder (hereinafter referred to as "Custodial Property") that are delivered to Custodian by Account Holder or Account Holder's Agent(s) (as defined below) to the Account in accordance with the terms of this Agreement.

## 2. SELF-DIRECTED INVESTMENTS:

a. This Account is a self-directed Account that is managed by Account Holder and/or Account Holder's Agents. Prime Trust will act solely as custodian of the Custodial Property and will not exercise any investment or tax planning discretion regarding your Account, as this is solely your responsibility and/or the responsibility of advisors, brokers and others you designate and appoint as your agent for your Account ("Agents"), if any. Prime Trust undertakes to perform only such duties as are expressly set forth herein, all of which are ministerial in nature.

b. As a self-directed Account, you acknowledge and agree that:

   i. The value of your Account will be solely dependent upon the performance of any asset(s) chosen by you and/or your Agents.

   ii. Prime Trust shall have no duty or responsibility to review or perform due diligence on any investments or other Custodial Property and will make absolutely no recommendation of investments, nor to supervise any such investments. You will perform your own due diligence on all investments and take sole responsibility for all decisions made for your Account.

   iii. Prime Trust does not provide any valuation or appraisals of Custodial Property, nor does it hire or seek valuations or appraisals on any Custodial Property, provided, however, it may, at its option and with no obligation or liability, to the extent available for any particular asset, include recent price quotes or value estimates from various third-party sources, including but not limited to SEC-registered exchanges and alternative trading systems, digital asset exchanges, and real estate websites on your statement for any such Custodial Property. Prime Trust will not be expected or obligated to attempt to verify the validity, accuracy or reliability of any such third-party valuation, valuation estimates or prices and you agree that Prime Trust shall in no way be held liable for any such valuation estimates or price quotations. Prime Trust shall simply act in a passive, pass-through capacity in providing such information (if any) on your Account statements and that such valuation estimates or price quotations are neither verified, substantiated nor to be relied upon in any way, for any purpose, including, without limitation, tax reporting purposes. You agree to engage a professional, independent advisor for any valuation opinion(s) you want on any Custodial Property.

c. Account Holder will not direct or permit its Agents to direct the purchase, sale or transfer of any Custodial Property which is not permissible under the laws of Account Holder's place of residence or illegal under US federal, state or local law. Account Holder hereby warrants that neither you nor your Agents will enter into a transaction or series of transactions, or cause a transaction to be entered into, which is prohibited under Section 4975 of the Internal Revenue Code. Pursuant to the directions of the Account Holder or Agent(s), Prime Trust shall process the investment and

**25. SUBSTITUTE IRS FORM W-9**

*Under penalties of Perjury, Account Holder certifies that:* (1) The tax identification number provided to Prime Trust by Account Holder, if Account Holder is a US person, is the correct taxpayer identification number and (2) Account Holder is not subject to backup withholding because: (a) Account Holder is exempt from backup withholding, or, (b) Account Holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding. Account Holder agrees to immediately inform Prime Trust in writing if it has been, or at any time in the future is notified by the IRS that Account Holder is subject to backup withholding. Account Holders acknowledge that failing to provide accurate information may result in civil penalties.

Agreed as of 11 of June, 2021 by and between:

SIGNATURE:

## Owner:

*Shyam Sundar Aswadha Narayanan*

| | |
|---|---|
| **Name:** | Shyam Sundar Aswadha Narayanan |
| **Email:** | A.N.SHYAMSUNDAR@GMAIL.COM |
| **Title:** | Owner |
| **Date:** | June 11, 2021, 11:22:58 AM UTC |
| **Signature ID:** | 0699746a-d924-46ff-8b35-4f76ed539fa3 |

**PRIME TRUST, LLC**

## Prime Trust:

*Scott Purcell*

| | |
|---|---|
| **Name:** | Scott Purcell |
| **Email:** | scott@primetrust.com |
| **Company:** | Prime Trust |

**Title:**      Chief Trust Officer
**Signature ID:** 17859984-3691-429c-b3c4-fb89b4030d64

## EXHIBIT 2: LATHA NARAYANAN'S RELEVANT PAGES OF

## "PRIME TRUST NEW ACCOUNT AGREEMENT"



**LATHA NARAYANAN** <lathanaru@gmail.com>
to Prime, A ▾

Wed, Dec 14, 2022, 4:16 PM    ☆    ↩    ⋮

Hi Brittany,

Is there an estimated date by which you could reasonably expect to obtain a copy of the agreement that is alleged to have been signed by me? I don't remember seeing or signing anything whatsoever pertaining to Prime Trust when I signed up with MyConstant.

Thank you,
Latha Narayanan

•••



**Brittany (Prime Trust– Customer Success)**
Dec 17, 2022, 17:27 PST

Hello Latha,

Please see the attached agreement as you requested. I am still waiting on an answer from Compliance about adding your son to your account.

Respectfully,

Brittany D.

🔗Prime Trust

Technical Support Engineer
330 S. Rampart, Suite 260
Summerlin, NV 89145.



**LATHA NARAYANAN** <lathanaru@gmail.com>
to Prime, A ▾

📎 Dec 17, 2022, 7:46 PM    ☆    ↩    ⋮

Hi Brittany,

I wanted to bring to your attention that:

1.) This document isn't signed by me at all, and couldn't have been signed by me. In fact, my account was opened over one year through MyConstant prior to the date mentioned in the agreement, and I have been transacting on a regular basis.

2.) I have no record nor recollection of these terms and conditions being shown to me at the time of signup. In fact, MyConstant's Terms of Service makes no mention of these to date. I just don't understand how my signature has been forged, and the date matches that of my son's agreement (which he didn't sign or see either) and he had signed up with MyConstant even prior to me.

3.) Prime Trust itself has no account linked to my email (attached)

4.) Prime Trust clearly says in its FAQs that the MyConstant is its customer. How can I even be named the "Owner" in this agreement then? Besides, Prime Trust is a Business to Business service. How could an individual like me even have signed this?
(https://support.primetrust.com/hc/en-us/articles/10743893427739-MyConstant-FAQ-)

Can you please explain what is going on?

Thank you,
Latha Narayanan

**Prime Trust New Account Agreement**

Latha Narayanan ("Account Holder", "Customer", "you", "your") hereby requests and directs that Prime Trust, LLC ("Prime Trust", "Custodian", "we", "our", "us"), a Nevada chartered trust company, establish a **Prime Asset Custody Account** ("Account") for and in the name of Account Holder, and to hold as custodian all assets deposited to, or collected with respect to such Account, upon the following terms and conditions:

**1. APPOINTMENT OF CUSTODIAN:**

Account Holder hereby appoints Prime Trust to be custodian of and to hold or process as directed all securities, currency, cryptocurrency, and other assets of Account Holder (hereinafter referred to as "Custodial Property") that are delivered to Custodian by Account Holder or Account Holder's Agent(s) (as defined below) to the Account in accordance with the terms of this Agreement.

**2. SELF-DIRECTED INVESTMENTS:**

a.  This Account is a self-directed Account that is managed by Account Holder and/or Account Holder's Agents. Prime Trust will act solely as custodian of the Custodial Property and will not exercise any investment or tax planning discretion regarding your Account, as this is solely your responsibility and/or the responsibility of advisors, brokers and others you designate and appoint as your agent for your Account ("Agents"), if any. Prime Trust undertakes to perform only such duties as are expressly set forth herein, all of which are ministerial in nature.

b.  As a self-directed Account, you acknowledge and agree that:

   i.   The value of your Account will be solely dependent upon the performance of any asset(s) chosen by you and/or your Agents.

   ii.  Prime Trust shall have no duty or responsibility to review or perform due diligence on any investments or other Custodial Property and will make absolutely no recommendation of investments, nor to supervise any such investments. You will perform your own due diligence on all investments and take sole responsibility for all decisions made for your Account.

   iii. Prime Trust does not provide any valuation or appraisals of Custodial Property, nor does it hire or seek valuations or appraisals on any Custodial Property, provided, however, it may, at its option and with no obligation or liability, to the extent available for any particular asset, include recent price quotes or value estimates from various third-party sources, including but not limited to SEC-registered exchanges and alternative trading systems, digital asset exchanges, and real estate websites on your statement for any such Custodial Property. Prime Trust will not be expected or obligated to attempt to verify the validity, accuracy or reliability of any such third-party valuation, valuation estimates or prices and you agree that Prime Trust shall in no way be held liable for any such valuation estimates or price quotations. Prime Trust shall simply act in a passive, pass-through capacity in providing such information (if any) on your Account statements and that such valuation estimates or price quotations are neither verified, substantiated nor to be relied upon in any way, for any purpose, including, without limitation, tax reporting purposes. You agree  to engage a professional, independent advisor for any valuation opinion(s) you want on any Custodial Property.

c.  Account Holder will not direct or permit its Agents to direct the purchase, sale or transfer of any Custodial Property which is not permissible under the laws of Account Holder's place of residence or illegal under US federal, state or local law. Account Holder hereby warrants that neither you nor your Agents will enter into a transaction or series of transactions, or cause a transaction to be entered into, which is prohibited under Section 4975 of the Internal Revenue Code. Pursuant to the directions of the Account Holder or Agent(s), Prime Trust shall process the investment and

**25. SUBSTITUTE IRS FORM W-9**

*Under penalties of Perjury, Account Holder certifies that:* (1) The tax identification number provided to Prime Trust by Account Holder, if Account Holder is a US person, is the correct taxpayer identification number and (2) Account Holder is not subject to backup withholding because: (a) Account Holder is exempt from backup withholding, or, (b) Account Holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding. Account Holder agrees to immediately inform Prime Trust in writing if it has been, or at any time in the future is notified by the IRS that Account Holder is subject to backup withholding. Account Holders acknowledge that failing to provide accurate information may result in civil penalties.

Agreed as of 11 of June, 2021 by and between:

SIGNATURE:

## Owner:

*Latha Narayanan*

| | |
|---|---|
| **Name:** | Latha Narayanan |
| **Email:** | lathanaru@gmail.com |
| **Title:** | Owner |
| **Date:** | June 11, 2021, 11:25:18 AM UTC |

**Signature ID:** a9017155-5ef4-4140-87a9-11867b6d6359

**PRIME TRUST, LLC**

## Prime Trust:

*Scott Purcell*

| | |
|---|---|
| **Name:** | Scott Purcell |
| **Email:** | scott@primetrust.com |
| **Company:** | Prime Trust |

**Title:**    Chief Trust Officer
**Signature ID:** 87a362a6-01d1-4685-b751-b321d2792639

## EXHIBIT 3: AN INSTANCE OF WIRE TRANSFER TO PRIME TRUST



HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018-3801

Today's Date:                                    July 19, 2021

### RECEIPT

Sender:              SHYAM SUNDAR ASWADHA
                     NARAYANAN
                     9170 FOREST LN
                     APT 225
                     DALLAS, TX 75243
                     United States
                     +1 469-205-6862

Recipient:           Prime Trust, LLC
                     330 S RAMPART BLVD
                     STE 260
                     LAS VEGAS NV
                     89145
                     United States
                     +1 (888) 616-8188

Pick-Up Location:    ROYAL BUSINESS BANK
                     1055 WILSHIRE BLVD.
                     LOS ANGELES
                     90017
                     United States

Confirmation Code:

Date Available:      July 27, 2021

| Transfer Amount : | $1,001.00 |
| Transfer Fees : | Not Applicable |
| Total : | $1,001.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

15/22

## EXHIBIT 4: PRIME TRUST PROCESSED CUSTOMER WITHDRAWALS

July 24, 2020 ■ Page 2 of 3



**Transaction history**



## **EXHIBIT 5: PRIME TRUST IS PRIMARILY A BUSINESS TO BUSINESS SERVICE**

Source: https://www.youtube.com/watch?v=SWzdOC5QWcE



## EXHIBIT 6: MYCONSTANT WAS UNAWARE OF PRIME TRUST'S FORGERY

**Shenson, Jonathan** <jshenson@greenbergglusker.com>
To: Shyam Sundar Aswadha Narayanan <a.n.shyamsundar@gmail.com>

Mon, Jan 16, 2023 at 1:41 PM

Mr. Sundar:

Through service agreements between Prime Trust and MyConstant, Prime Trust was MyConstant's "Custodian". I cannot speak to whether any MyConstant customers entered into a direct contractual relationship with Prime Trust. I can state that when someone became a customer of MyConstant, there was no requirement or expectation (on the part of MyConstant) that a MyConstant customer would be entering into a direct contractual relationship with Prime Trust. Until very recently, MyConstant was not aware of the existence of any contracts between MyConstant customers and Prime Trust.

Thank you,

Jonathan

## **EXHIBIT 7: PRIME TRUST'S PATTERN OF VIOLATIONS AIDED FRAUD**

https://cases.stretto.com/public/x193/11753/PLEADINGS/1175301042380000000177.pdf

https://portal.ct.gov/-/media/DOB/Enforcement/Consumer-Credit/2022-CC-Orders/Prime-Trust-LLC-dba-Prime-TrustCO.pdf

https://www.finance.idaho.gov/legal/administrative-actions/money-transmitter/enforcement-orders/documents/2022/11241-2022-12-05-primetrust-ao.pdf

https://www.dob.texas.gov/sites/default/files/files/Laws-Regulations/orders/2022-002.pdf

https://www.dobs.pa.gov/Documents/Enforcement%20Orders/2022/052622%20Prime%20Trust%20LLC%20CAO_Redacted.pdf

https://dfpi.ca.gov/wp-content/uploads/sites/337/2022/12/D-R-CONST-LLC.pdf?

https://csimt.gov/wp-content/uploads/2023/01/2022-01-12-Notice-of-Proposed-Agency-Action-and-Temporary-Order-to-Cease-and-Desist.pdf

https://csimt.gov/wp-content/uploads/2023/11/2023-11-16-Notice-of-Proposed-Agency-Action-and-Opportunity-for-Hearing-CONST-LLC.pdf

# EXHIBIT 8: BLOGPOST AND YOUTUBE VIDEO WITH SCOTT PURCELL

## DESCRIBING PRIME TRUST'S ROLE

INTERNET ARCHIVE  https://blog.myconstant.com/prime-trust-asset-protect/on/v    GO   MAY  JUN  AUG    ⊙  🖉  ✕
WayBackMachine  3 captures    ◄  25  ►    f 👁
27 Feb 2021 - 25 Jul 2021    2020  2021  2022  About this capture

Blog ☐ Getting started ☐ How Prime Trust protects your assets in MyConstant

### How Prime Trust protects your assets in MyConstant

📅 date February 21, 2019  🕐 time 3 min read  ☐ 1500 views

*In our first guest blog, Scott Purcell explains how Prime Trust protects MyConstant's USD reserve.*

Hi there.

I'm Scott Purcell, CEO and Chief Trust Officer at Prime Trust.

We play a big role in guaranteeing MyConstant's value and security, so I thought you might want to know a little more about us and what we do.

First of all, let me explain what Prime Trust is.

**Prime Trust is a trust company.** We hold and protect people's cash and non-cash assets, whether they be stocks, bonds, cryptocurrencies, tokens, real estate, or private business ownership interests.

### Why use a trust company?

Many reasons — usually when you need a regulated financial institution to protect your money, or when circumstances make holding and organizing them inconvenient to do yourself.

You might also want to hold a variety of different assets "on a single statement�" to keep them organized, or you might want to protect them from loss, or need an independent trustee to avoid conflict with others (such as in the splitting of an estate in probate).

For MyConstant, **Prime Trust is the regulated, expert, neutral trustee of the USD reserve.**

*We comply with the rules, administer the paperwork, and make the necessary tax filings so MyConstant can focus on giving you the fastest, most efficient digital currency in the world.*

The MyConstant Foundation, issuer of the MyConstant stablecoin, never touches the USD reserve. It can't. The USD is held in trust by Prime Trust for the exclusive benefit of token holders, which makes it easy to exchange MyConstant back into USD through the trustee (Prime Trust) whenever you want.

And since we're the trustee of the reserve, and therefore MyConstant can't touch the funds, you never need worry about MyConstant running off with your money or falling foul of financial regulations that could shut MyConstant down.

Prime Trust is a chartered, regulated trust company that is overseen by the Nevada Financial Institutions Division. As a "BSA-subject�" financial institution, we perform Know Your Customer (KYC) checks on everyone who creates or cashes out MyConstant to keep the MyConstant network in compliance with FinCEN and other regulations.

### How does this work, behind the scenes?

Once we've performed KYC and completed AML (Anti-Money Laundering compliance), everything that happens on the blockchain is managed by a **smart contract**. A smart contract is a piece of code on the Ethereum blockchain. When certain conditions are met, the smart contract performs an action.

The great thing about smart contracts is that they're completely automatic, saving time, money, and avoiding human error. And because they're built upon blockchain technology, they're extremely difficult to hack.

### Here's how the MyConstant smart contract works.

When you exchange fiat money for MyConstant, that fiat money comes straight through to to the trust that we oversee. MyConstant, the company, never touches it. Once we've received your money and completed AML, we notify the smart contract and it creates new MyConstant tokens and sends them according to your instructions, usually to your account at Prime Trust or your crypto wallet.

Likewise, when you exchange MyConstant for fiat money, the smart contract destroys your MyConstant, and at the same time, tells us to release the equivalent fiat money to your bank account. Now, this isn't an entirely trustless system. While the smart contract means you don't have to trust MyConstant, you do have to trust us. However, as an accredited and regulated financial institution, the money you send us in exchange for MyConstant is FDIC (Federal Deposit Insurance Corporation) insured to $130,000,000, thanks to the syndication of banks we work with (each capable of independently providing $250,000 in direct FDIC coverage).

So, in the extremely unlikely scenario where Prime Trust funds were lost or stolen, the US government guarantees you don't lose out (up to the cumulative FDIC insurance limits). Unless you're currently holding (or plan to hold) more than this amount as MyConstant, there's very little to worry about.

Well, that just about sums us up. I hope you've found it useful. If you'd like to know more about us, please visit our website where you'll find a treasure trove of information on compliance, trusts, and our asset management system. In the meantime, remember that when you deposit funds on MyConstant, we've got your back.

Source: https://www.youtube.com/watch?v=B8rsUs_dBkA



Prime Trust CEO Scott Purcell: Why Custody Is So Important

Me - MyConstant



**Earn 4% APY through Instant-access investing**

Your balance is escrowed with Prime Trust and insured to $130,000,000.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing document is being served this day, December 4,

2023, on all counsel of record or pro se parties in a manner or procedure authorized by law.


By:

/s/ Shyam Sundar Aswadha Narayanan

Shyam Sundar Aswadha Narayanan

/s/ Latha Narayanan

Latha Narayanan


Mailing Address:

9170 Forest Lane, Apartment 225

Dallas, Texas – 75243

United States of America

Email: a.n.shyamsundar@gmail.com

Phone: +1-469-205-8882; +1-469-922-8547