RECEIVED
2023 DEC -7 PM 12:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br><br>Obj. Deadline: Dec. 14, 2023 at 4:00 p.m. (ET)<br><br>Hearing Date: Dec. 19, 2023 at 10:00 a.m. (ET) |

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditors, Shyam Sundar Aswadha Narayanan, and Latha Narayanan, acting pro se, and hereby move the Honorable Court for an opportunity to be heard and present themselves through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearing herein.

The Creditors believe that the Debtors have committed fraud and forgery among other illegal acts of which they are victims, germane to the above styled case, and it would best serve the interests of justice, expediency and aid due representation if this motion is granted.

Name of Presenter 1: Shyam Sundar Aswadha Narayanan

Email Address: a.n.shyamsundar@gmail.com

Presenter's Affiliation with the case: Creditor and Trust Beneficiary

Name of Presenter 2: Latha Narayanan

Email Address: lathanaru@gmail.com

Presenter's Affiliation with the case: Creditor and Trust Beneficiary

Respectfully submitted,

/s/ Shyam Sundar Aswadha Narayanan

Shyam Sundar Aswadha Narayanan

/s/ Latha Narayanan

Date: December 4, 2023              Latha Narayanan