## PRIME TRUST CLAIM STATEMENT

Re Prime Core Technologies Inc., et al.
Case Number: 23-11161 (JKS)
District of Delaware

Claimant Name: Shyam Sundar Aswadha Narayanan
Claimant Prime Trust Account Number: ▮▮▮▮▮▮
Claimant Email Address: a.n.shyamsundar@gmail.com
Claim Amount as of August 14, 2023 (Bankruptcy Petition Date): **$14058.19**

## DETAILED STATEMENT AND EVIDENCE

I, Shyam Sundar Aswadha Narayanan (Claimant and creditor), current resident of 9170 Forest Lane, Apartment 225, Dallas, Texas – 75243 (Email: a.n.shyamsundar@gmail.com, Phone: 469-205-8882), with Prime Trust Account Number ▮▮▮▮▮▮ am writing this to file a claim of **$14058.19** against Prime Trust, Prime Core Technologies Inc., et al. (Debtors) in the above styled Chapter 11 Bankruptcy proceedings.

I am a customer of MyConstant (Const LLC), a Peer-To-Peer lending company that used Prime Trust as an independent third-party trustee with Prime Trust being a regulated, qualified custodian of customer funds that were held or deposited onto the MyConstant platform.

As of Prime Trust's bankruptcy petition date (August 14, 2023), the total amount owed to me is $14058.19 (with principal and interest), with interest computed in accordance with Texas Finance Code, Title 4, Subtitle A, §304.002 with interest being computed in accordance with the rate specified in the contract.

The total principal amount is $13339.63, with accumulated interest as of August 14, 2023 being $718.56 totaling a total due amount of **$14058.19** as of August 14, 2023. More particularly, my balance was escrowed or ought to have been directly escrowed with Prime Trust by virtue of my account settings with MyConstant.

Specifically:
    a.) **Exhibit 1** shows the detailed breakdown of the owed amount.
    b.) **Exhibit 2** shows the total original principal that was escrowed
    c.) **Exhibit 3** shows the interest rates at which these amounts were held
    d.) **Exhibit 4** shows the account settings showing that these amounts were legally escrowed with Prime Trust, along with a statement to that effect.

## EXHIBIT 1: CLAIM BREAKDOWN

| Primary Account Holder Name | Deposit Description | Principal | Maturity Date | Computed as of date | Days elapsed | Interest APY (%) (Contract rate) | Accumulated interest | Total (Principal + Interest) | Total Demand (USD) and due as of computed date |
|---|---|---|---|---|---|---|---|---|---|
| Shyam Sundar Aswadha Narayanan | Deposit 1 | 5250 | 1/15/2023 | 8/14/2023 | 211 | 10 | 297.1677507 | 5547.167751 | 14058.18916 |
| Shyam Sundar Aswadha Narayanan | Deposit 2 | 5250 | 1/30/2023 | 8/14/2023 | 196 | 10 | 275.4975992 | 5525.497599 | |
| Shyam Sundar Aswadha Narayanan | Deposit 3 | 2839.63 | 2/3/2023 | 8/14/2023 | 192 | 10 | 145.8938087 | 2985.523809 | |
| Total Principal: | | 13339.63 | | | | | | | |

## EXHIBIT 2: DEPOSIT SHOWING ORIGINAL PRINCIPAL AMOUNT HELD AT MYCONSTANT



**EXHIBIT 3: DEPOSIT STATEMENT WITH INTEREST RATES**



**EXHIBIT 4: EVIDENCE OF LEGAL ESCROW WITH PRIME TRUST**



## PRIME TRUST CLAIM STATEMENT

Re Prime Core Technologies Inc., et al.
Case Number: 23-11161 (JKS)
District of Delaware

Claimant Names: Latha Narayanan (Primary Account Holder), and,
   Shyam Sundar Aswadha Narayanan (Joint Account Holder)
Claimant Prime Trust Account Number: 
Claimant Email Address: lathanaru@gmail.com
Claim Amount as of August 14, 2023 (Bankruptcy Petition Date): **$191251.41**

## DETAILED STATEMENT AND EVIDENCE

We, Latha Narayanan and Shyam Sundar Aswadha Narayanan (Claimants and creditors), current residents at 9170 Forest Lane, Apartment 225, Dallas, Texas – 75243 (Email: lathanaru@gmail.com, Phone: 469-205-8882), with Prime Trust Account Number              are writing this to file a claim of **$191251.41** against Prime Trust, Prime Core Technologies Inc., et al. (Debtors) in the above styled Chapter 11 Bankruptcy proceedings.

We are customers of MyConstant (Const LLC), a Peer-To-Peer lending company that used Prime Trust as an independent third-party trustee with Prime Trust being a regulated, qualified custodian of customer funds that were held or deposited onto the MyConstant platform. In short, Prime Trust is the trustee here that holds our money in a trust.

As of Prime Trust's bankruptcy petition date (August 14, 2023), the total amount owed to us is **$191251.41** (with principal and interest), with interest computed in accordance with Texas Finance Code, Title 4, Subtitle A, §304.002 with interest being computed in accordance with the rate specified in the contract.

The total principal amount is $184318.64, with accumulated interest as of August 14, 2023 being $6932.77 totaling a total due amount of **$191251.41** as of August 14, 2023. More particularly, our balance was escrowed or ought to have been directly escrowed with Prime Trust by virtue of our account settings with MyConstant, which integrates with Prime Trust.

Specifically:
   a.) **Exhibit 1** shows the detailed breakdown of the owed amount.
   b.) **Exhibit 2** shows the total original principal that was escrowed.
   c.) **Exhibit 3** shows the interest rates at which these amounts were held.
   d.) **Exhibit 4** shows the account settings showing that these amounts were legally escrowed with Prime Trust, along with a statement to that effect.
   e.) **Exhibit 5** shows that Shyam Sundar Aswadha Narayanan was legally added to the MyConstant account as a Joint Account Holder with the same legal and equitable rights as Latha Narayanan, and both Prime Trust MyConstant were given notice of this.

**EXHIBIT 1: CLAIM BREAKDOWN**

| Primary Account Holder Name | Deposit Description | Principal | Maturity Date | Current date | Days elapsed | Interest APY (%) (Contract rate) | Accumulated interest | Total (Principal + Interest) | Total Demand (USD) and due as of current date |
|---|---|---|---|---|---|---|---|---|---|
| Latha Narayanan | Deposit 1 | 6787.39 | 11/21/2022 | 8/14/2023 | 266 | 7 | 342.8160171 | 7130.206017 | 191251.4108 |
| Latha Narayanan | Deposit 2 | 9023.2 | 12/21/2022 | 8/14/2023 | 236 | 8 | 460.0405711 | 9483.240571 | |
| Latha Narayanan | Deposit 3 | 26873.57 | 1/5/2023 | 8/14/2023 | 221 | 8 | 1281.000674 | 28154.57067 | |
| Latha Narayanan | Deposit 4 | 36779.12 | 1/27/2023 | 8/14/2023 | 199 | 8 | 1574.969348 | 38354.08935 | |
| Latha Narayanan | Deposit 5 | 37909.73 | 2/19/2023 | 8/14/2023 | 176 | 8 | 1432.25969 | 39341.98969 | |
| Latha Narayanan | Deposit 6 | 31900.21 | 3/22/2023 | 8/14/2023 | 145 | 8 | 989.6772027 | 32889.8872 | |
| Latha Narayanan | Deposit 7 | 35045.42 | 4/22/2023 | 8/14/2023 | 114 | 8 | 852.0072663 | 35897.42727 | |
| Total Principal: | | 184318.64 | | | | | | | |

**EXHIBIT 2: DEPOSIT SHOWING ORIGINAL PRINCIPAL AMOUNT HELD AT MYCONSTANT**



**EXHIBIT 3: DEPOSIT STATEMENT WITH INTEREST RATES**

Investments    Secondary Market    Lending Lottery

Pending (0)    Matched (7)    Done (82)    Cancelled (0)    Export to excel

| CREATED DATE | PRINCIPAL | TOTAL INTEREST | INTEREST TO DATE | RATE | TERM | TERM ENDS | |
|---|---|---|---|---|---|---|---|
| Oct 24, 2022 | 33,697.52 USD (33,697.52 USD matched) | 1347.9000 USD | 217.1617 USD | 8% APR | 180 days | Apr 22, 2023 | Auto reinvest |
| Sep 23, 2022 | 30,673.28 USD (30,673.28 USD | 1226.9300 USD | 402.1604 USD | 8% APR | 180 days | Mar 22, 2023 | Auto reinvest |

https://www.myconstant.com/accounts/investment                    1/3

11/22/22, 12:15 AM  Invest in P2P Lending with USD or Crypto - MyConstant

| | Date | Amount | | | APR | Term | Maturity | Auto reinvest |
|---|---|---|---|---|---|---|---|---|
| ˅ | Aug 23, 2022 | 36,451.66 USD (36,451.66 USD matched) | 1458.0700 USD | 729.0350 USD | 8% APR | 180 days | Feb 19, 2023 | Auto reinvest |
| ˅ | Jul 31, 2022 | 35,364.54 USD (35,364.54 USD matched) | 1414.5800 USD | 888.0419 USD | 8% APR | 180 days | Jan 27, 2023 | Auto reinvest |
| ˅ | Jul 09, 2022 | 25,839.97 USD (25,839.97 USD matched) | 1033.6000 USD | 775.2000 USD | 8% APR | 180 days | Jan 05, 2023 | Auto reinvest |
| ˅ | Jun 24, 2022 | 8,676.15 USD (8,676.15 USD matched) | 347.0500 USD | 289.2083 USD | 8% APR | 180 days | Dec 21, 2022 | Auto reinvest |
| ˅ | May 25, 2022 | 6,557.86 USD (6,557.86 USD matched) | 229.5300 USD | 229.5300 USD | 7% APR | 180 days | Nov 21, 2022 | Auto reinvest |

Showing 1 - 7 of 7 selected entries

**MyConstant**   Invest   Borrow   About us

Deposit USD   Crypto-backed Loans   Why people love us

Lend USD



https://www.myconstant.com/accounts/investment  2/3

**EXHIBIT 4: EVIDENCE OF LEGAL ESCROW WITH PRIME TRUST**



**EXHIBIT 5: DECLARATION OF JOINT OWNERSHIP**



10/1/23, 5:38 PM     Gmail - [Prime Trust- Customer Success] Re: Re: [Prime Trust- Customer Success] Re: MyConstant Withdrawal 165265 166778

**Gmail**     LATHA NARAYANAN <lathanaru@gmail.com>

**[Prime Trust- Customer Success] Re: Re: [Prime Trust- Customer Success] Re: MyConstant Withdrawal 165265 166778**

**LATHA NARAYANAN** <lathanaru@gmail.com>     Tue, Jan 10, 2023 at 7:00 PM
To: Prime Trust <support+id166778@primetrust.zendesk.com>, jshenson@ggfirm.com, The Constant Team <hello@myconstant.com>
Cc: A N Shyamsundar <a.n.shyamsundar@gmail.com>

Dear Ms. Brittany, Mr. Shenson and to all relevant persons at Prime Trust and MyConstant:

I am writing this mail to inform you that, I, Latha Narayanan, account holder with MyConstant (Email: lathanaru@gmail.com) with Prime Trust Account Number ▓▓▓▓▓▓▓▓ hereby appoint and elect my son, Aswadha Narayan Shyam Sundar, account holder with MyConstant (a.n.shyamsundar@gmail.com) with Prime Trust Account Number ▓▓▓▓▓▓▓▓ as a full Joint Account Holder for my account, and grant him all accompanying legal and equitable rights and interests to the account and the funds/assets in my account as I possess with immediate effect.

I ask that Prime Trust and MyConstant's records be updated to reflect this - my Son's name is to be added as a joint account holder for my own account. My son is copied on this email as well, and he will additionally follow up with a legally executed affidavit to reflect this change for your records.

I also take this opportunity to reiterate my earlier complaints and provide additional information:

1.) I haven't been receiving any communication from MyConstant whatsoever, despite my past repeated emails. My current mailing address for me to receive my checks/monies due to me is: 9170 Forest Lane, Apartment 225, Dallas, Texas - 75243. This address is the same as my son's residence, and is also reflected on my Wells Fargo Bank statement. Prime Trust and MyConstant should already have my banking information on file.

2.) My account setting is set to automatically escrow the matured funds for my MyConstant investments with Prime Trust, similar to my son's account. I ask that our funds be returned to us in full as advertised. Any acceptance of partial payments by us shall not constitute a waiver of any of our rights to the monies as owed to us in full.

Thank you,
Latha Narayanan
[Quoted text hidden]

## DECLARATION OF JOINT OWNERSHIP

We, Latha Narayanan, and Shyam Sundar Aswadha Narayanan (Declarants) hereby jointly and severally declare and affirm the following statements as true and bona fide to the best of our knowledge and belief:

1. Latha Narayanan currently holds Indian Passport Number ▮▮▮▮ with her old Indian Passport Number being ▮▮▮▮ the latter being the document which was previously used for KYC (Know-Your-Client) account verification with MyConstant and Prime Trust.

2. Latha Narayanan's permanent residential address is FF1, Vasanth Apartments, Block 1-A, Center Court, No. 1/205, Moovarasampet Main Road, Madipakkam, Chennai – 600091, Tamil Nadu, India.

3. Latha Narayanan is a customer of MyConstant (CONST LLC) with her registered email address lathanaru@gmail.com, with the corresponding Prime Trust Account Number being ▮▮▮▮.

4. Latha Narayanan's current mailing Address in the United States of America is 9170 Forest Lane, Apartment 225, Dallas, Texas – 75243. This is her preferred physical mailing address for all communications with both Prime Trust and MyConstant, with her registered email address lathanaru@gmail.com being the preferred mode of communication.

5. Latha Narayanan is the mother of Shyam Sundar Aswadha Narayanan.

6. Shyam Sundar Aswadha Narayanan holds Texas Driver License Number ▅▅▅▅ which was previously used for KYC (Know-Your- Client) account verification with MyConstant and Prime Trust.

7. Shyam Sundar Aswadha Narayanan's current residential and mailing address the United States of America is 9170 Forest Lane, Apartment 225, Dallas, Texas – 75243. This is his preferred physical mailing address for all communications with both Prime Trust and MyConstant, with his registered email address a.n.shyamsundar@gmail.com being the preferred mode of communication.

8. Shyam Sundar Aswadha Narayanan is a customer of MyConstant (CONST LLC) with his registered email address a.n.shyamsundar@gmail.com, with the corresponding Prime Trust Account Number being ▅▅▅▅

Latha Narayanan hereby unconditionally grants, elects and appoints Shyam Sundar Aswadha Narayanan as a full Joint Account Holder, taking effect as a Joint Tenancy in law and equity with accompanying common law rights of survivorship possessed by the Declarants, for her aforementioned account(s) with MyConstant and Prime Trust with immediate effect and with Shyam Sundar Aswadha Narayanan possessing all legal and equitable rights, interests, powers, duties and responsibilities as she herself holds in connection to any and all property, funds, assets and receivables held in or incidental to these account(s).

Shyam Sundar Aswadha Narayanan unconditionally accepts Latha Narayanan's aforementioned grant, appointment and election as a full Joint Account Holder for her account(s) in the form and manner described above.

The Declarants herein make these above statements with all legal authority and powers vested in them by virtue of applicable law. Invalidation or limitation of any clause, word, statement, their purport or meaning, or any combination thereof shall not affect the validity and veracity of the remainder of the Declaration made herein.

*Latha Narayanan*

Latha Narayanan

[Declarant 1]

*Shyam Sundar*

Shyam Sundar Aswadha Narayanan

[Declarant 2]

Date: January 10, 2023

## AFFIDAVIT OF DECLARATION

I, Affiant, Shyam Sundar Aswadha Narayanan, under oath and penalty of perjury, affirm the truth, validity and veracity of the attached foregoing document titled "Declaration of Joint Ownership" in its entirety (including its substance, contents, parties' identity and parties' consent of which I have personal knowledge of) to the best of my knowledge and belief.

*[signature]*

Shyam Sundar Aswadha Narayanan     Date: March 3, 2023
[AFFIANT]

## JURAT

State of Texas
County of Dallas

Sworn to and subscribed before me on March 3, 2023, the Affiant's identity and statements above are hereby verified.

WAZIM RAHIM
Notary ID #132121773
My Commission Expires
August 8, 2023

*[signature]*

(Personalized Seal)     Notary Public's Signature

4/4

Shyam Sundar Aswadha Narayanan, and, Latha Narayanan

9170 Forest Lane, Apartment 225

Dallas, Texas – 75243

United States of America

RECEIVED
2023 DEC 11 PM 2:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 4, 2023

Attn: Hon. Judge J. Kate Stickles (JKS)

United States Bankruptcy Court, District of Delaware

824 North Market Street

3rd Floor

Wilmington, DE 19801

United States of America

Dear Hon. Judge J. Kate Stickles:

**Sub: Re Prime Core Technologies Inc., et al. Hearing, December 19, 2023, 10:00 AM EST (Case 23-11161 (JKS))**

We are writing this to submit our Response to the Debtor's omnibus objections to our proofs of claim in Doc 436 of the above styled case. We also request an opportunity to present our case before your Honorable Court. Towards this, we have included the following:

1.) One copy of our Response to Debtors' Objection

2.) One copy of our Motion for Virtual Appearance

We pray for the opportunity to be heard and our Response considered before the Honorable Court.

Respectfully,

Shyam Sundar Aswadha Narayanan, and,

Latha Narayanan

```
ORIGIN ID:GVTA  (469) 922-8547        SHIP DATE: 07DEC23
SHYAM SUNDAR ASWADHA NARAYANAN        ACTWGT: 0.50 LB
9170 FOREST LN APT 225                CAD: 6998017/SSF02460

DALLAS, TX 75243                      BILL CREDIT CARD
UNITED STATES US
```

TO  HON. JUDGE J. KATE STICKLES
    US BANKRUPTCY, DIST OF DELAWARE
    824 NORTH MARKET ST.
    3RD FLOOR
    WILMINGTON DE 19801
    (000) 000-0000            REF:
    INV:
    PO:                       DEPT:



FedEx Express

E

TRK# 7876 3963 2639       MON - 11 DEC 5:00P
0201                      ** 2DAY **

SE ZWIA                   19801
                          DE-US  PHL

745   6    C
     17:00  2639
            12.11

FROM:

SHYAM SUNDAR ASWADHA NARAYANAN, AND, LATHA NARAYANAN
9170, FOREST LANE, APARTMENT 225
DALLAS, TEXAS - 75243
UNITED STATES OF AMERICA

(RE CASE: 23-11161)

TO:

Attn: Hon. Judge J. Kate Stickles (JKS)

United States Bankruptcy Court, District of Delaware

824 North Market Street

3rd Floor

Wilmington, DE 19801

United States of America