**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 528** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused true and correct copies of the *Third Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors for the Period from October 1, 2023 Through October 31, 2023* [Docket No. 528] to be served on December 7, 2023, via electronic mail, on the parties and at the addresses listed below:

Prime Core Technologies Inc., et al.
10845 Griffith Peak Dr., #03-153
Las Vegas, NV 89135

Brown Rudnick LLP
7 Times Square
New York, NY 10036
Attn: Robert Stark and Bennett Silverberg
E-mail: rstark@brownrudnick.com;
bsilverberg@brownrudnick.com

*Counsel for Official Committee of Unsecured Creditors*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Attn: Donald Detweiler<br>E-mail: don.detweiler@wbd-us.com | Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph Cudia<br>E-mail: joseph.cudia@usdoj.gov |

*Co-counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Dated: December 7, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:          dazman@mwe.com<br>                     jbevans@mwe.com<br>                     ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:   (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:          gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |