**<u>EXHIBIT B</u>**

**<u>SUMMARY OF DISBURSEMENTS</u>**

# brown rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6969434 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Nov 29, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through October 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0001 | COSTS | 0.00 | 3,145.08 | 3,145.08 |
| | **Total** | **0.00** | **3,145.08** | **3,145.08** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $3,145.08 |
| **Total Invoice** | **$3,145.08** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
RE: COSTS
November 29, 2023

Invoice 6969434
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 10/03/23 | COPIES | 2.30 |
| 10/03/23 | COPIES | 3.00 |
| 10/03/23 | COPIES | 21.20 |
| 10/03/23 | COPIES | 4.60 |
| 10/03/23 | COPIES | 23.60 |
| 10/03/23 | COPIES | 1.20 |
| 10/03/23 | COPIES | 14.80 |
| 10/03/23 | COPIES | 13.40 |
| 10/03/23 | COPIES | 2.40 |
| 10/03/23 | COPIES | 0.60 |
| 10/03/23 | COPIES | 2.20 |
| 10/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 10/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 74.00 |
| 10/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/04/23 | TAXI - 9/18/23; VENDOR: MATTHEW SAWYER; INVOICE#: 100423; DATE: 10/4/2023 | 2.90 |
| 10/04/23 | TAXI - 9/18/23; VENDOR: MATTHEW SAWYER; INVOICE#: 100423; DATE: 10/4/2023 | 3.25 |
| 10/04/23 | TAXI - 9/18/23; VENDOR: MATTHEW SAWYER; INVOICE#: 100423; DATE: 10/4/2023 | 3.25 |
| 10/04/23 | TAXI - 9/18/23; VENDOR: MATTHEW SAWYER; INVOICE#: 100423; DATE: 10/4/2023 | 3.25 |
| 10/04/23 | TAXI - 9/19/23; VENDOR: MATTHEW SAWYER; INVOICE#: 100423; DATE: 10/4/2023 | 41.98 |
| 10/06/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5003510; DATE: 10/4/2023 | 586.29 |
| 10/09/23 | TRANSCRIPTS - VENDOR: RELIABLE; INVOICE#: WL112723; DATE: 9/20/2023 | 43.20 |
| 10/09/23 | TAXI - 10/5/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 100923; DATE: 10/9/2023 | 136.78 |
| 10/09/23 | TAXI - 10/5/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 100923; DATE: 10/9/2023 | 8.93 |
| 10/09/23 | TRAIN TRAVEL - AMTRAK B SILVERBERG/R STARK 10/5/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 100923; DATE: 10/9/2023 | 1,084.00 |
| 10/10/23 | COPIES | 2.60 |
| 10/10/23 | COPIES | 0.10 |
| 10/10/23 | COPIES | 0.20 |
| 10/11/23 | MEALS - 9/13/23; VENDOR: ROBERT J. STARK; INVOICE#: 101123; DATE: 10/11/2023 | 97.00 |
| 10/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
RE: COSTS
November 29, 2023

Invoice 6969434
Page 3

| Date | Description | Value |
|------|-------------|------:|
| 10/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 54.00 |
| 10/12/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5003593; DATE: 10/11/2023 | 274.42 |
| 10/14/23 | TRAVEL AGENT FEE - 859030268 09/18/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-1023; DATE: 10/14/2023 | 30.00 |
| 10/17/23 | TAXI - 9/19/23; VENDOR: TRISTAN AXELROD; INVOICE#: 101723; DATE: 10/17/2023 | 69.35 |
| 10/17/23 | TAXI - 9/19/23; VENDOR: TRISTAN AXELROD; INVOICE#: 101723; DATE: 10/17/2023 | 37.65 |
| 10/17/23 | COPIES | 0.20 |
| 10/18/23 | COPIES | 1.70 |
| 10/19/23 | COPIES | 1.80 |
| 10/19/23 | COPIES | 1.00 |
| 10/19/23 | COPIES | 2.60 |
| 10/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 10/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 267.83 |
| 10/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/24/23 | COPIES | 1.00 |
| 10/24/23 | COPIES | 1.50 |
| 10/24/23 | COPIES | 0.10 |
| 10/24/23 | COPIES | 1.00 |
| 10/25/23 | COPIES | 0.10 |
| 10/25/23 | COPIES | 0.10 |
| 10/25/23 | COPIES | 1.50 |
| 10/25/23 | COPIES | 1.20 |
| 10/25/23 | COPIES | 0.60 |
| 10/25/23 | COPIES | 0.10 |
| 10/26/23 | COPIES | 0.20 |
| 10/26/23 | COPIES | 1.40 |
| 10/26/23 | COPIES | 0.90 |
| 10/26/23 | COPIES | 0.70 |
| | **Total Costs** | **3,145.08** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|------:|
| MEALS | 97.00 |
| OUTSIDE COPIES | 860.71 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
RE: COSTS
November 29, 2023

Invoice 6969434
Page 4

| Description | Value |
|---|---:|
| TRANSCRIPTS | 43.20 |
| TRAVEL AGENT FEE | 30.00 |
| TRAIN TRAVEL | 1,084.00 |
| TAXI | 307.34 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 612.83 |
| COPIES | 110.00 |
| **Total Costs** | **3,145.08** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6969434 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Nov 29, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COSTS



Remittance remit

**Balance Due:  $3,145.08**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue

**For Credit To**

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200