## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, do hereby certify that on December 7, 2023, I caused a copy of the *Second Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period October 1, 2023 Through October 31, 2023* to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| VIA FIRST CLASS MAIL<br>Prime Core Technologies<br>Attn: Jor Law<br>10845 Griffith Peak Dr.<br>#03-153<br>Las Vegas, NV 89135 | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>mkandestin@mwe.com |
| VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Darren Azman and Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com; jbevans@mwe.com | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Gregg Steinman<br>333 SE 2nd Avenue, Suite 5400<br>Miami, FL 33131<br>gsteinman@mwe.com |
| VIA ELECTRONIC MAIL<br>Office of the United States Trustee for the District of Delaware<br>Attn: Joseph Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Joseph.cudia@usdoj.gov | |

                                                */s/ Donald J. Detweiler*
                                                Donald J. Detweiler (DE Bar No. 3087)