# EXHIBIT A

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|-------|-------------|-----------|--------|-------|---------|
| **BKAD - Asset Disposition - General** | | | | | |
| 10/11/2023 | Review and analysis of bid comparisons received to date | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/18/2023 | Review and analysis of Bid Comparisons and emails regarding same | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/19/2023 | Review and analysis of notice of cancellation of auction | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/27/2023 | Review and analysis of emails re:update on sale and potential purchaser | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| | | | | **Total for Task:** | $ 676.00 |

**BKC - Creditors Committee Meeting/Conferences**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/05/2023 | Participate in conference call with Committee; plan, disclosure and 98F wallet issues | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |
| 10/05/2023 | Emails to and from Committee regarding statement at Disclosure statement hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/08/2023 | Review and analysis of emails from Committee members and Brown Rudnick regarding revised Plan and Disclosure Statement issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/11/2023 | Review agenda for 10/12/2023 Committee meeting | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/12/2023 | Participate in weekly Committee Call; plan and sale issues | Detweiler, Donald J. (10135) | 1.50 | 845.00 | $ 1,267.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/13/2023 | Emails to and from D. Banker and L.Thomas regarding Committee retention applications | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/13/2023 | Emails to and from Brown Rudnick and Committee regarding auction and plan issues | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/19/2023 | Emails to and from Committee members regarding Agenda for meeting | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/19/2023 | Emails regarding info sent by Province regarding Committee call | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/22/2023 | Emails to and from Committee regarding potential exit financing and plan issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/26/2023 | Participate in call with Committee and Professionals regarding budget, financing and potential plan issues | Detweiler, Donald J. (10135) | 1.50 | 845.00 | $ 1,267.50 |
| 10/27/2023 | Review and analysis of emails regarding WARN Act update to Committee | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/27/2023 | Telephone call with creditor regarding plan inquiry and report on Debtors' actions (.2); emails to and from Brown Rudnick team regarding request to follow-up with creditor regarding debtors' actions (.2) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/29/2023 | Review and analysis of Committee email regarding potential exit financing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

                                                                                                    $ 4,901.00
                                                                            **Total for Task:**

**BKDIS - Discovery**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/07/2023 | Review and analysis of 2004 discovery and seal motion and emails from B. Silverberg regarding same | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 10/11/2023 | Emails to and from Debtors and Brown Rudnick regarding 2004 discovery and 2004 Motion filed by the Debtors | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

|  |  | **Total for Task:** | | | $ 338.00 |
|---|---|---|---|---|---|

**BKDS - Disclosure Statement**

| 10/17/2023 | Multiple emails regarding hearing dates and open issues on plan and disclosure statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 10/24/2023 | Emails to and from B. Silverberg regarding dates for confirmation hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2023 | Telephone M. Kandestin regarding dates for Confirmation Hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| | | | | | $ 507.00 |
| | | **Total for Task:** | | | |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2023 | Prepare monthly fee application | Banker, David M. (10453) | 0.70 | 900.00 | $ 630.00 |
| 10/17/2023 | Prepare monthly fee application | Banker, David M. (10453) | 0.40 | 900.00 | $ 360.00 |
| 10/17/2023 | Review and edit invoice for WBD 1st fee application (1.0); emails and call with David Banker regarding same (.2) | Thomas, Elizabeth C.* (10159) | 1.20 | 370.00 | $ 444.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2023 | Review revised invoice for WBD 1st fee app (.1); emails regarding draft fee application (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/19/2023 | Review fee application | Kosman, Elazar A. (10329) | 0.20 | 385.00 | $ 77.00 |
| 10/19/2023 | Work on WBD 1st monthly fee application (.4); prepare notice (.1); emails regarding fee app (.1) | Thomas, Elizabeth C.* (10159) | 0.60 | 370.00 | $ 222.00 |
| 10/23/2023 | Draft certificate of service and prepare service list for fee application (.2); emails regarding fee application status (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/26/2023 | Assemble draft WBD 1st fee application (.1); email same to co-counsel for review by committee (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4852272

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2023 | Multiple emails regarding Committee fee applications (.2); review and analysis of WBD fee application (.1); emails regarding filing and service of fee applications (.1) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/27/2023 | Finalize WBD 1st fee application (.1); efile and serve same (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| | | | | | $ 2,441.00 |
| | **Total for Task:** | | | | |

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2023 | Emails regarding Brown Rudnick's and Province's fee applications (.1); prepare notices for Brown Rudnick's and Province's 1st monthly fee applications (.2) finalize applications (.2); e-file and serve same (.2) | Thomas, Elizabeth C.* (10159) | 0.70 | 370.00 | $ 259.00 |
| | | | | | $ 259.00 |
| | **Total for Task:** | | | | |

**BKG - General Case Administration**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/03/2023 | Update 2002 service list | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/04/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/05/2023 | Obtain and circulate recently filed pleadings (.2); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/09/2023 | Review pleadings and docket and update case calendar | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/09/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/11/2023 | Multiple emails with McDermott and E. Kosman regarding Protective Order | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/11/2023 | Multiple emails to and from Brown Rudnick regarding Protective Order | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/11/2023 | Discuss with D. Detweiler and correspond with co-counsel regarding protective order | Kosman, Elazar A. (10329) | 0.30 | 385.00 | $ 115.50 |
| 10/11/2023 | Obtain and circulate recently filed pleadings (.2); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/12/2023 | Review and analysis of Protective Order and emails regarding Protective Order | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/12/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/13/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/16/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/16/2023 | Obtain and circulate recently filed pleadings (.1); update 2002 service list (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/18/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors        120116.0001.8/4852272
Prime Core Technologies Inc., et al

| Date | Description | Name | | | |
|------|-------------|------|------|------|------|
| 10/19/2023 | Review and analysis of multiple emails regarding protective order (.2); review and analysis of protective order (.2) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/19/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/20/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/23/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/24/2023 | Review notice of further adjournment of auction and update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/25/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/30/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.2); update 2002 list (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 10/31/2023 | Obtain and circulate recently filed pleadings (.2); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |

|  |  |  |  | Total for Task: | $ 2,451.00 |

**BKH - Court Hearings/Preparation/Agenda**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/03/2023 | Work on 10/5 hearing binder (.4); emails with Don Detweiler regarding hearing (.1); circulate 10/5 hearing agenda (.1) | Thomas, Elizabeth C.* (10159) | 0.60 | 370.00 | $ 222.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/04/2023 | Multiple emails with Debtors' counsel regarding confirmation hearing dates (.2); emails to and from M. Kandestin regarding confirmation hearing dates (.2); emails to and from Debtors' counsel regarding Committee comments on Disclosure Statement (.4); emails and review and analysis of retention orders (.1); review and analysis of email from B. Silverberg regarding Plan comments (.4) | Detweiler, Donald J. (10135) | 1.30 | 845.00 | $ 1,098.50 |
|---|---|---|---|---|---|
| 10/04/2023 | Update attorney hearing binders | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 10/05/2023 | Emails B. Silverberg regarding documents for hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/05/2023 | Confer with B. Silverberg and R. Stark regarding hearing and Committee issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/05/2023 | Attend portion of hearing | Detweiler, Donald J. (10135) | 0.50 | 845.00 | $ 422.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors

Prime Core Technologies Inc., et al

120116.0001.8/4852272

| 10/05/2023 | Attend hearing on disclosure statement | Kosman, Elazar A. (10329) | 1.50 | 385.00 | $ 577.50 |
| 10/05/2023 | Email (x3) to/from D. Detweiler regarding 10/5/23 hearing (.1); email to E. Kosman regarding 10/5/23 hearing (.1); assist in preparation of same (.3) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 10/05/2023 | Review and circulate 10/5 amended hearing agenda (.1); arrange zoom appearances for hearing (.1); review and update hearing binders (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/16/2023 | Review and circulate 10/18 hearing agenda | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/16/2023 | Prepare attorney hearing binders | Thomas, Elizabeth C.* (10159) | 0.90 | 370.00 | $ 333.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/17/2023 | Register parties for zoom appearance at 10/18 hearing (.1); emails regarding same (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/17/2023 | Emails with Tom Burns regarding 10/18 hearing | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/18/2023 | Update attorney hearing binders (.1); circulate amended agenda (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/19/2023 | Attend Court hearing | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |
| 10/25/2023 | Multiple emails with Debtors' counsel and co-counsel regarding dates for Confirmation Hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4852272

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2023 | Telephone M. Kandestin regarding dates for Confirmation Hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/25/2023 | Emails to and from court Chambers regarding confirmation hearing date | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

$ 4,671.50

**Total for Task:**

**BKPO - Plan of Reorganization**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2023 | Call with Debtors' counsel and Committee counsel regarding plan and disclosure statement issues | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/01/2023 | Review Committee reservation for rights (.1); emails to and from Brown Rudnick regarding Reservation of Rights (.2); emails to and from L. Thomas regarding authority to file Reservation of Rights (.2) | Detweiler, Donald J. (10135) | 0.50 | 845.00 | $ 422.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/01/2023 | Confer with Jennifer Schein regarding reservation of rights with respect to debtors disclosure statement (.2); emails with group regarding same and timing (.2); call with Don Detweiler regarding same (.2); review and finalize reservation of rights (1.0); efile and serve same (.4) | Thomas, Elizabeth C.* (10159) | 2.00 | 370.00 | $ 740.00 |
|---|---|---|---|---|---|
| 10/02/2023 | Multiple telephone calls and emails with B. Silverberg regarding outstanding issues with Disclosure statement and proposed plan of liquidation | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/02/2023 | Call with Debtors' counsel and Committee regarding plan and disclosure issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/02/2023 | Prepare and e-file certificate of service regarding reservation of rights to disclosure statement motion | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

                                                                                                          $ 2,081.50
                                                                                       **Total for Task:**

**BKRA - Retention of Applicant**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors        120116.0001.8/4852272
Prime Core Technologies Inc., et al

| | | | | | |
|---|---|---|---|---|---|
| 10/12/2023 | Emails to and from L. Thomas regarding WBD Retention Application | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/12/2023 | Follow up with Don Detweiler and Elazar Kosman regarding CNOs for committee professionals' retention applications (.1); review docket for any responses to applications (.1); prepare CNO to WBD retention application (.1); finalize and efile CNO and upload order for approval (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 370.00 | $ 185.00 |

|  |  |
|---|---|
| | $ 269.50 |
| **Total for Task:** | |

**BKRO - Retention of Others**

| | | | | | |
|---|---|---|---|---|---|
| 10/12/2023 | Emails to and from L. Thomas, Brown Rudnick and Province regarding retention applications | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/12/2023 | Emails with Brown Rudnick and Province regarding retentions (.1); prepare CNO to Brown Rudnick retention application (.1); prepare CNO to Province retention application (.1); finalize and efile CNOs and upload orders for approval (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 370.00 | $ 185.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

| 10/13/2023 | Attend to retention and disclosure issues | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/16/2023 | Serve retention orders | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/17/2023 | Prepare and efile certificate of service regarding retention orders | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

|  |  | $ 549.50 |
| --- | --- | --- |
| **Total for Task:** | | |
| **Total for Services:** | | $ 19,145.00 |

\*    If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J. | 14.40 | $ 12,168.00 | $ 845.00 |
| Banker, David M. | 1.10 | $ 990.00 | $ 900.00 |
| Kosman, Elazar A. | 2.00 | $ 770.00 | $ 385.00 |
| Thomas, Elizabeth C.* | 13.60 | $ 5,032.00 | $ 370.00 |
| Giobbe, Cynthia M.* | 0.50 | $ 185.00 | $ 370.00 |
| **Totals:** | 31.60 | $ 19,145.00 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4852272
Prime Core Technologies Inc., et al

**TASK SUMMARY BILLING INFORMATION**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 0.80 | $ 676.00 |
| BKC | Creditors Committee Meeting/Conferences | 5.80 | $ 4,901.00 |
| BKDIS | Discovery | 0.40 | $ 338.00 |
| BKDS | Disclosure Statement | 0.60 | $ 507.00 |
| BKF | Fee Application/Monthly Billing | 4.50 | $ 2,441.00 |
| BKFO | Fees of Others | 0.70 | $ 259.00 |
| BKG | General Case Administration | 5.20 | $ 2,451.00 |
| BKH | Court Hearings/Preparation/Agenda | 8.20 | $ 4,671.50 |
| BKPO | Plan of Reorganization | 3.70 | $ 2,081.50 |
| BKRA | Retention of Applicant | 0.60 | $ 269.50 |
| BKRO | Retention of Others | 1.10 | $ 549.50 |
| | **Total** | 31.60 | $ 19,145.00 |

# EXHIBIT B

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

### DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Attorney: | Quantity: | Amount: |
|-------|--------------|-----------|-----------|---------|
| Oct 4, 2023 | Document Printing (Black & White) Reliable Wilmington - Digital Printing B/W; Tabs Pre-printed; Binder | Banker, David M. | | $ 337.76 |
| Oct 5, 2023 | Transportation Parcels, Inc. - courier from train station to office | Sasso, Heidi E. | | $ 100.00 |
| Oct 6, 2023 | Messenger/Courier Service Reliable Wilmington - Hand Delivery Courier Service - USBC | Banker, David M. | | $ 15.00 |
| Oct 6, 2023 | Document Printing (Black & White) Reliable Wilmington - Digital Printing B/W; Tabs Pre-printed; Binder | Banker, David M. | | $ 219.40 |
| Oct 18, 2023 | Photocopies | Sasso, Heidi E. | 1 | $ 245.04 |
| | | **Total Disbursements:** | | $ 917.20 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost.  The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%.  We maintain the supporting documentation for these costs and will make the documentation available to you upon request.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4852272
Prime Core Technologies Inc., et al

**DISBURSEMENT SUMMARY**

| Date: | Description: | Amount: |
|---|---|---|
| | Document Printing (Black & White) | $ 557.16 |
| | Messenger/Courier Service | $ 15.00 |
| | Photocopies | $ 245.04 |
| | Transportation | $ 100.00 |
| | **Total Disbursements:** | $ 917.20 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these  expenses to you from 80% to 50%. We maintain the supporting documentation for these  costs and will make the documentation available to you upon request.

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.