IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 321** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 20, 2023, the Salesforce, Inc. ("Salesforce") filed the *Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* [Docket No. 321] (the "Administrative Expense Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Through the Administrative Expense Motion, Salesforce asserted a claim entitled to administrative priority treatment pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2), in the amount of $268,704.00 for services rendered during the period of August 14, 2023 through September 15, 2023.

2. Subsequent to the filing of the Administrative Expense Motion, the Debtors and Salesforce negotiated in good faith, arms'-length negotiations with respect to the treatment of the claims Salesforce asserted in the Administrative Expense Motion. The Debtors and Salesforce ultimately arrived at a consensual resolution of the Administrative Expense Motion, which is

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

memorialized in the *Stipulation Regarding Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* (the "Stipulation").

3. Attached hereto as **Exhibit A** is a proposed form of order approving the Stipulation (the "Proposed Order"). The Stipulation is attached to the Proposed Order as ***Exhibit 1***.

4. The Debtors have shared the Stipulation and the Proposed Order with the Office of the United States Trustee and counsel for the official committee of unsecured creditors appointed in these cases, neither of whom has any objection to entry of the Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 7, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

 */s/ Maris J. Kandestin* 
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
Jessica Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:  dazman@mwe.com
            jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*