# **EXHIBIT 1**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 321** |

**STIPULATION REGARDING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.**

This stipulation (the "Stipulation") is entered into by and between the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand, and Salesforce, Inc. ("Salesforce"), on the other hand, in connection with the *Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* [Docket No. 321] (the "Administrative Expense Request").

WHEREAS, on August 14, 2023 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

WHEREAS, on September 19, 2023, the Court entered an *Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 169] (the "Bar Date Order"). The Bar Date Order established October 22, 2023, at 4:00 p.m.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

1

(prevailing Eastern Time) as the deadline to assert claims for administrative expenses against the Debtors that arose between the Petition Date and September 15, 2023.

WHEREAS, on October 20, 2023, Salesforce filed the Administrative Expense Request asserting a claim in the amount of $268,704.00 for one full year of services beginning on August 24, 2023 through and including August 25, 2024, which is governed by the contract between the Debtors and Salesforce (collectively, the "Parties").

WHEREAS, the Debtors dispute that Salesforce is entitled to an administrative expense claim for an entire year of services;

WHEREAS, the Parties desire to enter into this Stipulation to resolve disputes related to the allowance, amount, and payment of administrative expenses.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. This Stipulation is subject to approval by the Court and shall become effective and binding only upon the entry of an order of the Court approving and authorizing its terms.

2. In full and final satisfaction of the total amount and claims asserted in the Administrative Expense Request, Salesforce shall be granted an allowed administrative expense priority claim pursuant to 11 U.S.C. §§ 503(b) and 507(a) in the amount of $57,304.00 (the "Allowed Administrative Claim") for the period from the Petition Date through and including November 10, 2023.

3. Salesforce irrevocably waives any right to claim or assert that any other post-petition claims are entitled to treatment as a secured claim or an administrative claim in the Chapter 11 Cases for services rendered on and before November 10, 2023.

4. This Stipulation is without prejudice to Salesforce seeking a subsequent administrative expense claim in accordance with the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* [Docket No. 508] (as may be amended, modified, or supplemented, the "Plan") for services rendered on or after November 11, 2023 through and including the Effective Date (as defined in the Plan).

5. The Debtors reserve all rights with respect to any subsequently filed request for an administrative expense claim filed by Salesforce.

WHEREFORE, the Parties request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing and approving the Stipulation, and (ii) granting such other relief as the Court deems appropriate under the circumstances.

[*Signature pages to follow*]

Dated: December 7, 2023
Wilmington, Delaware

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **WHITE AND WILLIAMS LLP** |
| */s/ Maris J. Kandestin* | /s/ *Michael A. Ingrassia* |
| Maris J. Kandestin (No. 5294) | Michael A. Ingrassia (No. 7068) |
| 1000 N. West Street, Suite 1400 | 600 North King Street, Suite 800 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone: (302) 485-3900 | Phone: (302) 467-4503 |
| Facsimile: (302) 351-8711 | Fax: (302) 467-4550 |
| Email: mkandestin@mwe.com | Email: ingrassiam@whiteandwilliams.com |
| -and- | -and- |
| Darren Azman (admitted *pro hac vice*) | Amy E. Vulpio, Esquire |
| Joseph B. Evans (admitted *pro hac vice*) | 1650 Market Street, Suite 1800 |
| Jessica Greer Griffith (admitted *pro hac vice*) | One Liberty Place |
| One Vanderbilt Avenue | Philadelphia, PA 19103-7395 |
| New York, New York 10017-3852 | Phone: (215) 864-6250 |
| Telephone: (212) 547-5400 | Fax: (215) 789-7550 |
| Facsimile: (646) 547-5444 | Email: vulpioa@whiteandwilliams.com |
| Email: dazman@mwe.com | |
| jbevans@mwe.com | -and- |
| -and- | **BIALSON, BERGEN & SCHWAB,** |
| | **A Professional Corporation** |
| Gregg Steinman (admitted *pro hac vice*) | Thomas M. Gaa, Esq. |
| 333 SE 2nd Avenue, Suite 4500 | Gaye N. Heck, Esq. |
| Miami, Florida 33131 | 830 Menlo Avenue, Suite 201 |
| Telephone: (305) 358-3500 | Menlo Park, CA 94025 |
| Facsimile: (305) 347-6500 | Telephone: (650) 857-9500 |
| Email: gsteinman@mwe.com | Fax: (650) 494-2738 |
| | E-mail: Tgaa@bbslaw.com |
| *Counsel to the Debtors and Debtors in Possession* | E-mail: Gheck@bbslaw.com |
| | *Attorneys for Creditor Salesforce, Inc.* |