# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 20, 42, 170, 188, 255, 308, 404 & 526** |

### CERTIFICATION OF COUNSEL REGARDING AMENDED SIXTH INTERIM ORDER (I) EXTENDING THE TIME FOR THE DEBTORS TO COMPLY WITH REQUIREMENTS SET FORTH IN 11 U.S.C. § 345(b); AND (II) GRANTING RELATED RELIEF

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On December 7, 2023, the Debtors filed the *Certification of Counsel Regarding Motion of Debtors for Entry of Sixth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief* [Docket No. 526] (the "Certification of Counsel") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Attached to the Certification of Counsel as *Exhibit A* was a proposed sixth interim cash management order (the "Sixth Interim Cash Management Order").

3. Subsequent to the entry of the Certification of Counsel, the Court requested a revision to the Sixth Interim Cash Management Order reflecting that section of the Bankruptcy

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Code 346(b) would be waived on a further interim basis through and including the later of (a) January 17, 2024 and (b) the next omnibus hearing that takes place in these Chapter 11 Cases.

4. Attached hereto as **Exhibit A** is a proposed form of order amending the Sixth Interim Cash Management Order (the "Amended Order"). For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Amended Order with the Sixth Interim Cash Management Order.

5. The Debtors have shared the Amended Order with counsel for the Office of the United States Trustee, counsel for the official committee of unsecured creditors appointed in these cases, and counsel for the proposed debtor-in-possession financing lenders, none of whom have any objection to entry of the Amended Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Amended Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 9, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>             jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |