# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt No. 524** |

## NOTICE OF WITHDRAWAL OF OBJECTION OF KADO SOFTWARE, INC. D/B/A KADO MONEY TO APPROVAL OF THE DISCLOSURE STATEMENT AND TO CONFIRMATION OF THE PLAN

**PLEASE TAKE NOTICE** that Kado Software, Inc. d/b/a Kado Money ("**Kado**") hereby withdraws the *Objection of Kado Software, Inc. d/b/a Kado Money to Approval of the Disclosure Statement and to Confirmation of the Plan* [Dkt. 524].

Dated: December 11, 2023

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Van Gorder*
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone (302) 425-5800
Email: mvangorder@gsbblaw.com

- and –

David S. Forsh (*pro hac vice* pending)
**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: 917.790.7100
Email: dforsh@raineslaw.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

10048789.1
10086341.1