**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Lucas B. Barrett to represent Prime Core Technologies Inc. and its affiliated debtors in the above-captioned cases.

Dated:  December 11, 2023      */s/ Maris J. Kandestin*
                               Maris J. Kandestin (No. 5294)
                               **MCDERMOTT WILL & EMERY LLP**
                               1000 N. West Street, Suite 1400
                               Wilmington, Delaware 19801
                               Telephone:    (302) 485-3900
                               Email:        mkandestin@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the Commonwealth of Massachusetts and the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Eastern and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  December 11, 2023      */s/ Lucas B. Barrett*
                               Lucas B. Barrett
                               **MCDERMOTT WILL & EMERY LLP**
                               One Vanderbilt Avenue
                               New York, New York 10017
                               Telephone:    (212) 547-5707
                               Email:        lbarrett@mwe.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.