# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 517 & 518** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused true and correct copies of (i) *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests* [Docket No. 517] and (ii) *Exhibit A to Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests* [filed under seal at Docket No. 518] to be served on December 8, 2023, on the following party, via electronic mail:

E-mail: ███████

Dated: December 11, 2023　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ Maris J. Kandestin*
　　　　　　　　　　　　　　　　　　Maris J. Kandestin (No. 5294)
　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1400
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone:　(302) 485-3900
　　　　　　　　　　　　　　　　　　Facsimile:　(302) 351-8711
　　　　　　　　　　　　　　　　　　Email:　　　mkandestin@mwe.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Darren Azman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Joseph B. Evans (admitted *pro hac vice*)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:      dazman@mwe.com
            jbevans@mwe.com
            ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:      gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*