IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES, INC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 92, 508<br><br>Hearing Date: Dec. 19, 2023 at 10:00 a.m. ET<br><br>Objection Deadline: Dec. 12, 2023 at Noon ET for U.S. Trustee |

**CERTIFICATE OF SERVICE**

    I, Joseph F. Cudia, hereby certify that on this 12th day of December, 2023, I caused a true and correct copy of the United States Trustee's Objection to the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies, Inc. and its Affiliated Debtors to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145

1

| | |
|---|---|
| Dated: December 12, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: /s/ *Joseph F. Cudia*<br>    Joseph F. Cudia<br>    Trial Attorney<br>    United States Department of Justice<br>    Office of the United States Trustee<br>    J. Caleb Boggs Federal Building<br>    844 King Street, Suite 2207, Lockbox35<br>    Wilmington, Delaware 19801<br>    Phone: (302) 573-6492<br>    Fax:    (302) 573-6497<br>Email: joseph.cudia@usdoj.gov |

2