# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES, INC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 15, 474<br><br>Hearing Date: Dec. 19, 2023 at 10:00 a.m. ET<br><br>Objection Deadline: Dec. 12, 2023 at 4 p.m. ET |

### CERTIFICATE OF SERVICE

I, Joseph F. Cudia, hereby certify that on this 12th day of December, 2023, I caused a true and correct copy of the *United States Trustee's Objection to Debtors' Motion to Further Amend the Amended Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145

| | |
|---|---|
| Dated: December 12, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: /s/ *Joseph F. Cudia*<br>　　Joseph F. Cudia<br>　　Trial Attorney<br>　　United States Department of Justice<br>　　Office of the United States Trustee<br>　　J. Caleb Boggs Federal Building<br>　　844 King Street, Suite 2207, Lockbox35<br>　　Wilmington, Delaware 19801<br>　　Phone: (302) 573-6492<br>　　Fax:　 (302) 573-6497<br>Email: joseph.cudia@usdoj.gov |