# **EXHIBIT A**

**Voting Results**

## Summary Table: Untreated Results

### Class 3A Ballot Results
Prime Core General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 33 | 91.7% | $3,523,601,895.14 | 99.992% |
| Reject: | 3 | 8.3% | $289,348.83 | 0.008% |
| Tabulated Ballot Totals: | 36 | | $3,523,891,243.97 | |
| Not Tabulated: | 3 | | $9,924,348.52 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 13 | 8 |

### Class 3B Ballot Results
Prime Trust General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 205 | 83.7% | $39,861,195.91 | 6.0% |
| Reject: | 40 | 16.3% | $622,064,263.36 | 94.0% |
| Tabulated Ballot Totals: | 245 | | $661,925,459.27 | |
| Not Tabulated: | 34 | | $65,900,969.91 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 76 | 37 |

### Class 3C Ballot Results
Prime IRA General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 0 | 0.0% | $0.00 | 0.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 0 | | $0.00 | |
| Not Tabulated: | 0 | | $0.00 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 0 | 0 |

### Class 3D Ballot Results
Prime Digital General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 3 | 100.0% | $1,824,484.04 | 100.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 3 | | $1,824,484.04 | |
| Not Tabulated: | 0 | | $0.00 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 0 | 0 |

### Class 4 Ballot Results
Convenience Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 63 | 92.6% | $2,413.45 | 88.6% |
| Reject: | 5 | 7.4% | $310.92 | 11.4% |
| Tabulated Ballot Totals: | 68 | | $2,724.37 | |
| Not Tabulated: | 17 | | $174.43 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 13 | 18 |

## Summary Table: Treated Results

### Class 3A Ballot Results
Prime Core General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 14 | 93.3% | $447,194.02 | 99.2% |
| Reject: | 1 | 6.7% | $3,744.14 | 0.8% |
| Tabulated Ballot Totals: | 15 | | $450,938.16 | |
| Not Tabulated: | 24 | | $3,533,364,654.33 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 13 | 8 |

### Class 3B Ballot Results
Prime Trust General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 182 | 85.4% | $34,989,084.87 | 97.3% |
| Reject: | 31 | 14.6% | $965,840.36 | 2.7% |
| Tabulated Ballot Totals: | 213 | | $35,954,925.23 | |
| Not Tabulated: | 66 | | $624,241,075.59 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 76 | 37 |

### Class 3C Ballot Results
Prime IRA General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 0 | 0.0% | $0.00 | 0.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 0 | | $0.00 | |
| Not Tabulated: | 0 | | $0.00 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 0 | 0 |

### Class 3D Ballot Results
Prime Digital General Unsecured Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 1 | 100.0% | $278.96 | 100.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 1 | | $278.96 | |
| Not Tabulated: | 2 | | $1,824,205.08 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 0 | 0 |

### Class 4 Ballot Results
Convenience Claims

| | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 63 | 92.6% | $2,413.45 | 88.6% |
| Reject: | 5 | 7.4% | $310.92 | 11.4% |
| Tabulated Ballot Totals: | 68 | | $2,724.37 | |
| Not Tabulated: | 17 | | $174.43 | |

| Elects to Opt Out | Accepts the Convenience Class Election |
|---|---|
| 13 | 18 |

