IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 26, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: January 17, 2024 at 11:00 a.m. (ET)** |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS
WITH RESPECT TO DEBTORS' MEMORANDUM OF LAW (I) IN
SUPPORT OF (A) APPROVAL OF THE DISCLOSURE STATEMENT ON
A FINAL BASIS, AND (B) CONFIRMATION OF THE DEBTORS' AMENDED
JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PRIME CORE
TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS, AND (II) IN
RESPONSE TO REMAINING OBJECTIONS TO CONFIRMATION**

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby move (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") for leave to exceed the page limit requirement set forth in Rule 3017-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), in connection with the *Debtors' Memorandum of Law (I) in Support of (A) Approval of the Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Confirmation* (the "Confirmation Brief"), filed contemporaneously herewith. In support of this Motion, the Debtors respectfully state as follows in support thereof:[2]

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order* of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The legal predicates for the relief requested herein are sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rules 3017-3 and Rule 9013-1.

3. The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with the Motion in the event that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## RELEVANT BACKGROUND

### A. General Background

4. On August 14, 2023 (the "Petition Date"), each Debtor commenced a case (collectively, the "Chapter 11 Cases") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases have been jointly administered for procedural purposes only.

5. The Debtors continue to manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Confirmation Brief.

2

6. On August 29, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 51]. The Committee is comprised of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Stably Corporation; and (f) Austin Ward.

7. Additional information regarding the Debtors and the Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of the Chapter 11 Cases, is set forth in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., et al., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14] (the "First Day Declaration"), which is incorporated by reference as if fully set forth herein.

**B. Plan Objections and Confirmation Brief**

8. On December 5, 2023, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* [Docket No. 521] (as amended, supplemented, or otherwise modified, the "Plan"). As described in detail in the Confirmation Brief, the Debtors received certain Objections to confirmation of the Plan on December 5, 2023 and December 6, 2023. Upon the request of the U.S. Trustee, the Debtors agreed to extend the U.S. Trustee's deadline to object to confirmation of the Plan through December 12, 2023, at noon (prevailing Eastern Time), at which time the U.S. Trustee filed its Objection [Docket No. 550].

9. Pursuant to the Conditional Approval Order, the Debtors are required to file their Confirmation Brief by 4:00 p.m. (prevailing Eastern Time) on December 12, 2023.

Contemporaneously with this Motion, the Debtors are filing the Confirmation Brief, which includes responses to the Objections, and presents arguments supporting approval of the Disclosure Statement on a final basis and confirmation of the Plan.

## RELIEF REQUESTED

10. By this Motion, the Debtors request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the Motion and authorizing the Debtors to file the Confirmation Brief in excess of the page limitations set forth in Local Rule 3017-3.

## BASIS FOR RELIEF

11. Local Rule 3017-3 provides, in relevant part, that "[i]n all chapter 11 cases, without leave of the Court, . . . no brief in support of approval of a disclosure statement or confirmation of a plan . . . shall exceed sixty (60) pages." Del. Bankr. L.R. 3017-3. The Debtor submits that good cause exists to exceed this page limitation.

12. While the Debtors have made every effort to succinctly present its case in chief that the Disclosure Statement should be approved on a final basis and that the Plan should be confirmed, as well as address the Objections, the Debtors are unable to adequately and thoroughly address each relevant issue and respond to each of the Objections within the page limitations. The Debtors believe that exceeding the prescribed page limit will allow the Debtors to better present a full and fair explanation of the relevant issues and will aid the Court in the evaluation of same. Accordingly, the Debtors submit that there is ample justification for the relief requested herein.

## NO PRIOR REQUEST

13. No prior request for the relief sought in this Motion has been made to this or any other court.

## NOTICE

14. The Debtors will provide notice of this Motion to: (i) the U.S. Trustee; (ii) counsel to the Committee; (iii); counsel to the proposed DIP Lender; and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that no further notice is required.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting such other and further relief as may be just and proper.

Dated: December 12, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:   (302) 351-8711
Email:   mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
Jessica Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:   (212) 547-5400
Facsimile:   (646) 547-5444
Email:   dazman@mwe.com
       jbevans@mwe.com
       ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:   (305) 358-3500
Facsimile:   (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*