## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO DEBTORS' MEMORANDUM OF LAW (I) IN SUPPORT OF (A) APPROVAL OF THE DISCLOSURE STATEMENT ON A FINAL BASIS, AND (B) CONFIRMATION OF THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PRIME CORE TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS, AND (II) IN RESPONSE TO REMAINING OBJECTIONS TO CONFIRMATION**

Upon consideration of the Debtor's Motion for entry of an order to exceed the page limit requirement in connection with the *Debtors' Memorandum of Law (I) in Support of (A) Approval of the Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to Confirmation* (the "Confirmation Brief"); and the Court having reviewed the Motion; and the Court having found that the relief requested in the Motion is justified under the circumstances, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to file a Confirmation Brief in excess of the limitations provided under Local Rule 3017-3.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.