IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via first-class mail on one thousand three hundred thirty-nine (1,339) confidential parties not included herein:

- **Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan** (Docket No. 265)

- **Notice of Amendment to Confirmation Schedule** (Docket No. 367)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: December 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*James Nguyen-Phan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　James Nguyen-Phan

State of Colorado　　）
　　　　　　　　　　） SS.
County of Denver　　）

Subscribed and sworn before me this 8th day of December 2023 by James Nguyen-Phan.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Beton Inc | Attn: Andrew Reed | 201 E 5th Street Suite 1200 | Sheridan | WY | 82801-3658 | |
| Cascade Trading Systems, Inc | 610 CHARLES ST | | superior | CA | 80027 | |
| Convexity Limited | 8A Pitmans Alley, Main Street | Attn: Alex Grebnev | Gibraltar | __ | | GI |
| Earnity Inc. | 3 E 3rd Ave | Suite 200 | San Mateo | CA | 94401-4280 | |
| Equip Your Kitchen, LLC | Nicolas Jaem Salinas Padilla | 651N Broad St Suite 201 | Middletown | DE | 19709 | |
| GMI Computing Holding Ltd. | Wei Yen Yeh | 9/F Shatin Industrial Building, 22-28 Wo Shui Street, Fotan. | Hong Kong | Hong Kong | | HK |
| HBUS Holdco Inc. | 550 Montgomery Stree | Second Floor | San Francisco | CA | 94111 | |
| HBUS Holdco Inc. | 550 Montgomery Street | 2nd Floor | San Francisco | CA | 94111 | |
| InnoPay Inc | 2993 Sandy Plains Rd, Suite 120 | | Marietta | GA | 30066 | |
| Media Cimp Inc | 36 Tuscany | | Ladera Ranch | CA | 92694 | |
| Securitize Markets, LLC. | 78 SW 7TH STREET | | MIAMI | FL | 33130 | |
| SMSF SUNRISE PTY LTD | 84 Bruckner Drive | | Point Cook | Victoria | | AU |
| SOUTH VALLEY TRADING INC | 2147 N PEPPERTREE CT | | VISALIA | CA | 93291 | |
| Swipe Wallet Inc | Joselito Lizarondo | 2035 Sunset Lake Road Suite B-2 | Newark | DE | 19702 | |
| Trigon Trading Pty Ltd | 173 Stewart Road | | Clagiraba | qld | | AU |
| U.E.F. Inc | Trust Company Complex, | Ajeltake Road | Majuro | Ajeltake Island, Marshall Isalnd | | MH |
| World Digital Inc. | 20114 North Key Drive | Street Address | Boca Raton | FL | 33498 | |
| Wyre Payments, Inc. | 660 4th Street | STE 462 | San Francisco | CA | 94107 | |
| Yaniko Ltd | Prince Marcells | Kemp House, 160 City Road | London | ENG | | GB |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)