**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

　　　　I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

　　　　On October 4, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Compliance Alliance, Inc. at 203 W 10th St, Austin, TX 78701-2321:

- **Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases** (Docket No. 166)

　　　　Furthermore, on or before October 10, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on one thousand, six hundred and eighteen (1,618) confidential parties not included herein:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 46)

- **Notice of Bar Dates for Filing Proofs of Claim** (Docket No. 185)

- **Notice of Bar Dates for Administrative Expense Claims** (Docket No. 186)

- **[Customized] Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit A**)

- **Instructions for Proof of Claim** (attached hereto as **Exhibit B**)

　　　　Furthermore, on or before October 10, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**, and on two (2) confidential parties not included herein:

- **Notice of Bar Dates for Filing Proofs of Claim** (Docket No. 185)

- **Notice of Bar Dates for Administrative Expense Claims** (Docket No. 186)

- **[Customized] Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit A**)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr. #03-153, Las Vegas, NV 89135.

- **Instructions for Proof of Claim** (attached hereto as **Exhibit B**)

Dated: October 16, 2023

_Monica Arellano_
Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of October, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**

| | Fill in this information to identify the case: |
|---|---|

**Name of Debtor & Case Number:**
- ☐ Prime Core Technologies Inc. (Case No. 23-11161)
- ☐ Prime Trust, LLC (Case No. 23-11162)
- ☐ Prime IRA LLC (Case No. 23-11164)
- ☐ Prime Digital, LLC (Case No. 23-11168)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
- ☐ No
- ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _____
Number   Street _____
City   State   ZIP Code
Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City   State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
- ☐ No
- ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ____/____/_____  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
- ☐ No
- ☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|

7a. How much is the claim?    $_____.  Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

7b. List the number of each type of coin held in your account as of the date the case was filed.

| | | |
|---|---|---|
| ARPA Chain_____ | Celo_____ | Global Business System Token_____ |
| Balancer_____ | Celo Dollar_____ | GMO Japanese Yen_____ |
| Band Protocol_____ | Celsius_____ | Goerli USDC_____ |
| DuDe Peoples Money_____ | ChiliZ_____ | Graph Token_____ |
| Quant_____ | Circuits of Value_____ | Harmony ONE_____ |
| $USDCDrop.com_____ | Civic_____ | Hedera Hashgraph_____ |
| Tether USD_____ | Co2Bit Carbon Token_____ | HEX_____ |
| 1INCH_____ | CoinFlex Vote Token_____ | Hillstone.Finance_____ |
| 7EVEN Utility Token_____ | Compound_____ | HOLO_____ |
| Aave Interest Bearing DAI_____ | Compound DAI_____ | Hong Kong Token_____ |
| Aave Interest Bearing ETH_____ | Compound Ether_____ | HyFi_____ |
| Aave Interest Bearing TUSD_____ | Compound USD Coin_____ | IDEX Token_____ |
| AAVE Token_____ | Compound Wrapped BTC_____ | Internet of Things 5th-Generation_____ |
| Adventure Gold_____ | Cosmos Hub_____ | Inverse Finance_____ |
| AGX Coin_____ | COTI_____ | IoTeX_____ |
| AGX COIN (AVAX) _____ | Crescent Network_____ | JiuLove_____ |
| Alchemix_____ | Crypto Perx_____ | Kard Coin_____ |
| Alchemy Pay_____ | Crypto20_____ | Keep Token_____ |
| Algorand_____ | cTether_____ | Kusama_____ |
| Amber_____ | Curve DAO Token_____ | Kyber Network_____ |
| AMP Token_____ | Dai_____ | Kyber Network Crystal v2_____ |
| Ampleforth_____ | Dalarnia_____ | LCX_____ |
| Ampleforth Governance_____ | DAO Maker_____ | Lendingblock_____ |
| Andrey Voronkov Ventures Promo_____ | Dash_____ | LINK_____ |
| Ankr Network_____ | Decentraland_____ | Litecoin_____ |
| API3_____ | DeFi Pulse Index_____ | Livepeer_____ |
| Arbitrum_____ | DerivaDAO_____ | LODE Token_____ |
| Audius_____ | DigitalBits_____ | Loopring_____ |
| Augur_____ | Digitalbits_____ | Lottery Tickets_____ |
| AUX Coin_____ | Dogecoin_____ | Lumens_____ |
| Aux Coin_____ | Drep_____ | Maker_____ |
| Avalanche_____ | dYdX Token_____ | Marlin POND_____ |
| Aventus_____ | eCash_____ | MATH_____ |
| Axie Infinity Shard_____ | Ellipsis_____ | Matic_____ |
| B21 Token_____ | Enjin Coin_____ | Matic Gas Token_____ |
| BADGER_____ | EOS_____ | Matic Token_____ |
| Bancor_____ | Ethereum_____ | MCO2_____ |
| Basic Attention Token_____ | Ethereum Classic Test_____ | Melon_____ |
| Binance Beacon ETH_____ | Ethereum Name Service_____ | Mero Currency_____ |
| Binance Coin_____ | EURST_____ | MIR Protocol_____ |
| Binance USD_____ | Fake USDC Token_____ | Monavale_____ |
| Binance-Peg Filecoin_____ | Fantom_____ | MonkeyCoin_____ |
| Binance-Peg Tether_____ | FingerPrint_____ | MultiVAC_____ |
| Binance-Peg USD Coin_____ | FLEX Coin_____ | MyNeighborAlice_____ |
| Bitcoin_____ | flexUSD_____ | NEAR Protocol_____ |
| Bitcoin Cash_____ | Frax_____ | Numeraire_____ |
| Bitcoin SV_____ | FTX Token_____ | OK Blockchain_____ |
| Bitfinex LEO Token_____ | FXtrading_____ | OmiseGO_____ |
| BitRewards_____ | Gala_____ | Optimistic Ethereum_____ |
| Bluzelle_____ | Gala V2_____ | Orchid_____ |
| Carbon USD_____ | Game.com_____ | PancakeSwap Token_____ |
| Cardano_____ | Gemini Dollar_____ | PARSIQ_____ |
| Cartesi Token_____ | Gitcoin_____ | Pax Dollar_____ |
| CelerToken_____ | Glo Dollar_____ | Paxos Standard_____ |

| | | | |
|---|---|---|---|
| Perpetual Protocol_____ | Sheetal Finance__ | Tesloce_____ | Velero_____ |
| PlayDapp_____ | Shiba Inu_____ | Tether (Omni)_____ | USDC (Avalanche)_____ |
| Polkadot_____ | Silverway_____ | Tether USD_____ | USDK_____ |
| PolkastarterToken_____ | Solana_____ | Tezos_____ | Wrapped Bitcoin_____ |
| Power Ledger_____ | SPELL_____ | Toucan Protocol_____ | Wrapped ROSE _Wormhole_____ |
| Project Galaxy_____ | Spera_____ | TRIBE_____ | Wrapped RVN_____ |
| Qubit_____ | Stable Coin USD_____ | Tron_____ | Wrapped UST Token_____ |
| Radicle_____ | StableUSD_____ | TrueUSD_____ | XRP_____ |
| Rai Reflex Index_____ | StaFi_____ | Tuition Coin Polygon_____ | XY Oracle_____ |
| Rarible_____ | Storj_____ | UKR Chain_____ | Yearn Finance_____ |
| Recover Value USD_____ | SUPER_____ | UMA_____ | ZRX_____ |
| REN_____ | SushiToken_____ | Unbanked Token_____ | Zytara USD_____ |
| Request_____ | SushiToken (Solana)_____ | Uniswap_____ | Other_____ |
| RNDR_____ | Switch_____ | USD Coin_____ | |
| Sai Stablecoin v1.0 (SAI)_____ | Synthetix Network Token_____ | USD Coin (Fantom)_____ | |
| SAND_____ | Terra Classic Luna_____ | USD Coin (Polygon)_____ | |
| Sense_____ | Terra Classic USD_____ | USD Coin (Solana)_____ | |
| Shaggy Coin_____ | Terra Luna 2.0_____ | USD Coin (Stellar)_____ | |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ❏ No<br>❏ Yes.    The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                    $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❏ Fixed<br>❏ Variable |
| 10. | **Is this claim based on a lease?** | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ❏ No<br>❏ Yes. Identify the property: _____ |

Official Form 410                                       Proof of Claim                                       page 3

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                   MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
         First name        Middle name        Last name

Title   _____

Company _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
         Number    Street

         _____
         City                          State      ZIP Code

Contact phone _____    Email _____

# **<u>Exhibit B</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/primetrust

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form.**

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 70 Million Resources Inc. | | 11200 Biscayne Blvd | Apt 702 | Miami | FL | 33181-3463 |
| Acuant, Inc. | | 25 Sundial Ave | Ste 205 | Manchester | NH | 03103-7244 |
| Akttyva Therapeutics Inc. | | 116 Standish Rd | | Watertown | MA | 02472-1239 |
| Aphelion Aerospace Inc. | | 5150 Front Range Pkwy | Ste H | Watkins | CO | 80137-7160 |
| Armed Forces Brewing Company Inc. | | 1001 Bolling Ave | Unit406 | Norfolk | VA | 23508-1613 |
| AVY Entertainment Inc. | | 6600 W Sunset Blvd | # 420 | Los Angeles | CA | 90028-7160 |
| Bamko LLC | | 10923 Weyburn Ave | | Los Angeles | CA | 90024-2808 |
| Compass Minning, Inc. | Attn: Jameson Nunney | 2301 Blake St | Ste 100 | Denver | CO | 80205-2102 |
| Divinia Water Inc. | | 409 N Water Ave | | Idaho Falls | ID | 83402-3714 |
| Eagle River Asset Protection Tr | Attn: Scott Purcell | 9900 Orient Express Ct | | Las Vegas | NV | 89145-8704 |
| Ella & Oak LLC | | 1520 Barquentine Dr | | Mt Pleasant | SC | 29464-4928 |
| E-Sports Ventures Inc. | | 1 Richmond Sq | Ste 222W | Providence | RI | 02906-5136 |
| Fisher & Phillips LLP | | 1230 Peachtree St NE | Ste 3300 | Atlanta | GA | 30309-4943 |
| GoSun Inc. | | 5151 Fischer Ave | | Cincinnati | OH | 45217-1157 |
| JB-NY Distributors Inc. | | 228 Park Ave S | | New York | NY | 10003-1502 |
| KingsCrowd Inc. | | 410 University Ave | | Westwood | MA | 02090-2311 |
| Modular Streetscape Systems | | 1000 Dean St | Ste 101 | Brooklyn | NY | 11238-3382 |
| Mycroft AI Inc. | | 609A Piner Rd | | Wilmington | NC | 28409-4201 |
| OKCoin USA Inc. | Jeff Ren | 115 Sansome St | Ste 1002 | San Francisco | CA | 94104-3626 |
| Ounce Water Inc. | | 2 Depot Plz | Ste 2E | Bedford Hills | NY | 10507-1849 |
| Pipedrive Inc | | 333 3rd Ave N | # 500C | St Petersburg | FL | 33701-3899 |
| SkillSoniq Inc. | | 300 Main St | Ste 21 | Madison | NJ | 07940-2369 |
| Slack | | 50 Fremont St | Ste 300 | San Francisco | CA | 94105-2231 |
| Snailz Inc. | | 865 W End Ave | Apt 7C | New York | NY | 10025-8405 |
| Taste Labs Inc. | | 473 4th St | Apt 1R | Brooklyn | NY | 11215-3086 |
| ToGoBOX Inc. | | 2761 Fruitland Ave | | Vernon | CA | 90058-3607 |
| Tonic Coffee LLC | | 607 Edmond St | # 2 | Pittsburgh | PA | 15224-2015 |
| TraVertex Inc. | | 18383 Preston Rd | Ste 425 | Dallas | TX | 75252-6097 |
| Tyla-Simone's Wings LLC | | 11261 Richmond Ave | Ste 106G | Houston | TX | 77082-2676 |
| Ubiquity Global Services, Inc. | | 1140 Avenue of the Americas | Fl 1 | New York | NY | 10036-5801 |
| Ubiquity Global Services, Inc. | Attn: Matt Nyren | 1140 Avenue of the Americas | Fl 1 | New York | NY | 10036-5801 |
| Viking Cloud | | 111 N Wabash Ave | Ste 100 | Chicago | IL | 60602-1903 |
| Wonder Wax Glam Studio LLC | | 182 Broad Ave | | Leonia | NJ | 07605-2015 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1