IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

  I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

  On December 1, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 485)

- **Notice of Filing of Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 486)

- **Notice of Filing of Supplement to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 487)

- **Notice of Filing of Revised Liquidation Analysis** (Docket No. 497)

  Furthermore, on December 1, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, via first-class mail on one thousand and twenty-five (1025) confidential parties not included herein, via electronic mail on the service list attached hereto as **Exhibit D**, and via electronic mail on twenty-six thousand seven hundred twenty-one (26721) confidential parties not included herein:

- **Notice of Filing of Supplement to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 487)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr. #03-153, Las Vegas, NV 89135.

Furthermore, on December 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via first-class mail on nine hundred and eighty-seven (987) confidential parties not included herein:

- **Notice of Filing of Supplement to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 487)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 8, 2023

*James Nguyen-Phan*
James Nguyen-Phan

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 8th day of December 2023 by James Nguyen-Phan.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 165 Capitol Ave | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg 7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn: Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com<br>jrosell@pszjlaw.com<br>joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | bceintake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | dor_tac_bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | kyoagor@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | constituentservices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 3



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | jwilliamson@gravislaw.com<br>mpyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | joleary@gravislaw.com<br>dcannon@gravislaw.com<br>mhess@gravislaw.com<br>cblanco@gravislaw.com |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com<br>tshafroth@kbkllp.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com<br>sfitzgerald@wmd-law.com<br>ywang@wmd-law.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| US Attorney's Office for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Yousef Abbasi | | | yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 3 of 3

# **Exhibit C**



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Adventurous Entertainment LLC | | 111 E Monument Avenue | Suite 401-13 | Kissimmee | FL | 34741 | |
| AGILE THOUGHT LLC | | 222 W Las Colinas Boulevard – Urban Towers Suite 1650 E | | Irving | TX | 75039 | |
| ALLSEC TECHNOLGIES LLC | | BERLIN DAVID-MARCUS | 2628 HOYT AVE, APT 12 | EVERETT | WA | 98201 | |
| Allsec Technologies Limited | | 6303 Commerce Dr. Suite 175 | | Irving | TX | 75063 | |
| Amazon Web Services, Inc. | | Attn: Brian Peterson | 925 4th Avenue, Suite 2900 | Seattle | WA | 98104 | |
| AnchorCoin LLC | | 480 Mission Bay Boulevard North | Unit 1008 | San Francisco | CA | 94158 | |
| APIHUB, Inc. dba Clearbit | | 548 Market Street, Suite 95879 | | San Francisco | CA | 94104 | |
| Barlow Vending LLC | | 950 s flower st | Unit 1207 | Los angeles | CA | 90015-1465 | |
| Beton Inc | | Attn: Andrew Reed | 201 E 5th Sreet, Suite 1200 | Sheridan | WY | 82801-3658 | |
| BKR International KB | Attn: Todor Ivanov | c/o Solna Business Park, Svetsarvagen 15 2tr | | Solna | Stockholm | SE-171 41 | Sweden |
| Brex | | 650 South 500 West, Suite 209 | | Salt Lake City | UT | 84101 | |
| Bright Point Solutions, LLC | | 1204 Village Market Pl | Ste 240 | Morrisville | NC | 27560 | |
| Brue2 Ventures, LLC | | 8903 Oakland Hills Drive | Att: Erik Brue/Nord Brue | Delray Beach | FL | 33446-9551 | |
| Cahill Gordon & Reindel LLP | | 32 Old Slip | | New York | NY | 10005 | |
| Cascade Trading Systems, Inc | | 610 CHARLES ST | | superior | CA | 95404 | |
| Castellum.AI Corporation | | 99 Wall Street, Suite 1377 | | New York | NY | 10005 | |
| Centurylink | | PO Box 4918 | | Monroe | LA | 71211-4918 | |
| Chainalysis | | 228 Park Ave | S 23474 | New York | NY | 10003 | |
| Charm City Mining Co. | | Jess Medellin | 1024 Pier Pointe Lndg | Baltimore | MD | 21230 | |
| CitiClean Services | | 7995 Blue Diamond Road, Suite 102-102 | | Las Vegas | NV | 89178 | |
| Cloudflare | | 101 Townsend Street | | San Francisco | CA | 94107 | |
| Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S. Marquette Ave, Suite 600 | Minneapolis | MN | 55402 | |
| Deel Inc. | | 425 1st St | | San Francisco | CA | 94105 | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philiadelphia | PA | 19101-7346 | |
| Digital Mountain | | 4633 Old Irionsides Drive | Suite 401 | Santa Clara | CA | 95054 | |
| Edwards v. Prime Trust | c/o The Phillips Law Offices, LLC | Attn: Phillips Kill Lynn | 6301 Ivy Ln, Ste 700 | Greenbelt | MD | 20770 | |
| Empowering Technology Solutions LLC | | 8275 N 2200 East Rd | | Downs | IL | 61736 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 4



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Engine Yard Enterprises, Inc | | PO Box 671224 | | Dallas | TX | 75267-1224 | |
| Equip Your Kitchen, LLC | | Nicolas Jaem Salinas Padilla | 651N Broad St Suite 201 | Middletown | DE | 19709-6402 | |
| Equity Trust Company | | PO Box 451219 | | Westlake | OH | 44145 | |
| FedEx | | PO Box 7221 | | Pasadena | CA | 91109-7321 | |
| Finovation Systems LLC | | Kurt Rupert | 201 Robert S. Kerr | Oklahoma City | OK | 73102 | |
| Fireblocks Inc. | | 221 River Street, 9th Floor | | Hoboken | NJ | 07030 | |
| First Choice Coffee Services | | 6295 S. Pearl St., Ste. #500 | | Las Vegas | NV | 89120 | |
| Forter | | 575 Fifth Avenue | | New York | NY | 10017 | |
| FTI Consulting | | P.O. Box 418005 | | Boston | MA | 02241-8005 | |
| FTI Consulting, Inc. | | 555 12th Street, NW | Ste. 700 | Washington | DC | 20004 | |
| Fuller Tubb & Bickford, PLLC | | 201 Robert S Kerr Avenue | Ste 1000 | Oklahoma City | OK | 73102 | |
| Goodwin Procter LLP | | Francis G. Kelleher | 100 Northern Avenue | Boston | MA | 02210 | |
| Google LLC | | 1600 Amphitheatre Pkwy | | Mountain View | CA | 94043 | |
| GoPlay Cloud LLC | | 2035 Sunset Lake Road | Suite B-2 | Newark | DE | 19702-2600 | |
| Hawkes Legal PC | | 621 E 550 N | | Smithfield | UT | 84335 | |
| HBUS Holdco Inc. | | 550 Montgomery Stree | Second Floor | San Francisco | CA | 94111-2534 | |
| HBUS Holdco Inc. | | 550 Montgomery Street | 2nd Floor | San Francisco | CA | 94111-2534 | |
| Innovest Systems LLC | | PO Box 411061 | | Boston | MA | 02241-1061 | |
| JBS GLOBAL LTD. | | 13F.-9, No. 50, Dexing W. Rd. | | Shilin Dist. | Taipei City | 111046 | TW |
| Kaizen Capital Services | | Rolando Weill | 10450 NW 33RD ST UNIT 305 | Doral | FL | 33172-1006 | |
| Kotis Design LLC | | Kotis Design | PO Box 24003 | Seattle | WA | 98124-0003 | |
| LEXISNEXIS RISK SOLUTIONS | | 28330 Network Place | | Chicago | IL | 60673-1283 | |
| LinkedIn | | 62228 Collections Center Drive | | Chicago | IL | 60693-0622 | |
| Maquette Advisors | | 7170 N Broadway Street, #28783 | | Kansas City | MO | 64118 | |
| Marketo Inc | | 901 Mariners Island Blvd, Suite 500 | | San Mateo | CA | 94404 | |
| Media Cimp Inc | | 36 Tuscany | | Ladera Ranch | CA | 92694-1456 | |
| Mercato Partners Traverse IV QP, L.P. | | 2750 E Cottonwood Pkwy Ste 500 | | Cottonwood Heights | UT | 84121 | |
| Mercato Partners Traverse IV, L.P. | | 2750 E Cottonwood Pkwy Ste 500 | | Cottonwood Heights | UT | 84121 | |
| Mercato Traverse Prime Core Co-Invest, LLC | | 2750 E Cottonwood Pkwy Ste 500 | | Cottonwood Heights | UT | 84121 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 4



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC | | 2750 E Cottonwood Pkwy Ste 500 | | Cottonwood Heights | UT | 84121 | |
| Microsoft | | One Microsoft Way | | Redmond | WA | 98052 | |
| Microsoft Corporation | | Attn: David P. Papiez | 1001 4th Ave. Suite 4400 | Seattle | WA | 98154 | |
| N9 Advisors, LLC | | Petamber Pahuja | 601 Bayshore | Tampa | FL | 33606 | |
| Netlify | | 44 Montgomery Street Suite 300 | | San Francisco | CA | 94104 | |
| NextGen Protection Companies, INC. | | PO Box 30102, Department 718 | | Salt Lake City | UT | 84130 | |
| Nukk Capital LLC | | 525 Washington Blvd | 14th Fl | Jersey City | NJ | 07310 | |
| Obility | Sammy Soto | 308 SW First Ave | Ste 401 | Portland | OR | 97204 | |
| OneTrust LLC | | 1200 Abernathy Road, Suite 700 | | Atlanta | GA | 30328 | |
| Oracle Credit Corporation & Oracle America, Inc., SII to NetSuite, Inc. (jointly "Oracle") | | Shawn M. Christianson, Esq. | Buchalter, a Professional Corporation | San Francisco | CA | 94105 | |
| Orrick Herrington & Sutcliffe LLP | | PO Box 848066 | | Los Angeles | CA | 90084-8066 | |
| PerformLine, Inc | | 58 South Street, 2nd Floor | | Morristown | NJ | 07960 | |
| Philadelphia Indemnity Insurance Company | Attn: Scott Williams | c/o Manier & Herod, P.C. | 1201 Demonbreun Street, Suite 900 | Nashville | TN | 37203 | |
| Planful | | 150 Spear Street, Suite 1850 | | San Francisco | CA | 94105 | |
| Pluralsight, LLC | | 42 Future Way | | Draper | UT | 84020 | |
| Prime Trust, LLC FBO InTuition Exchange Inc. | | 1963 White Mountain Ct | | Antioch | CA | 94531 | |
| Qwest Corporation dba CenturyLink QC | c/o Legal-BKY | 1025 EL Dorado Blvd | | Broomfield | CO | 80021 | |
| Regus Management Group | | 15305 Dallas Pkwy Fl. 12 | | Addison | TX | 75001-4637 | |
| Regus Management Group, LLC | | 530 Lytton Avenue, 2nd Floor | | Palo Alto | CA | 94301 | |
| Revenue Pulse Inc | | 2 Gurdwara Road, Suite 200 | | Ottawa | ON | K2E1A2 | CA |
| Revenue Pulse Inc. | | 2 Gurdwara Road, Suite 200 | | Ottawa | ON | K2E 1A2 | Canada |
| Saltzman Mugan Dushoff, PLLC | | 1835 Village Center Circle | | Las Vegas | NV | 89134 | |
| Securitize Markets, LLC. | | 78 SW 7TH STREET | | MIAMI | FL | 33130-3402 | |
| ShantiNiketan International Corporation | Attn: Iggy Ignatius | 2100 ShantiNiketan Blvd. | | Tavares | FL | 32778 | |
| Sift | Attn: Eva Gutierrez | 525 Market St 6th Fl | | San Francisco | CA | 94105 | |
| SLS Financial Services, Inc. | | PO Box 412534 | | Kansas City | MO | 64141 | |
| Smarsh, Inc. | | 851 SW 6th, Suite 800 | | Portland | OR | 97204 | |
| SMSF SUNRISE PTY LTD | | 84 Bruckner Drive | | Point Cook | Victoria | 3030 | AU |
| SOCURE INC | | 885 TAHOE BLVD | STE 1 | INCLINE VILLAGE | NV | 89451 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 3 of 4



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Socure Inc. | | 885 Tahoe Boulevard, Suite 1 | | Incline Village | NY | 89451 | |
| SoftServe Inc. | | 12800 University Drive | Ste 410 | Fort Myers | FL | 33907 | |
| SOUTH VALLEY TRADING INC | | 2147 N PEPPERTREE CT | | VISALIA | CA | 93291-8880 | |
| Sovos Compliance LLC | | PO Box 347977 | | Pittsburgh | PA | 15251-4977 | |
| State of Minnesota, Department of Revenue | Attn: Sara Westly | PO Box 64447 - BKY | | St Paul | MN | 55164-0447 | |
| State of Nevada Department of Taxation | Attn: Dana Snow | 700 E Warm Springs Rd | Ste 200 | Las Vegas | NV | 89119 | |
| Swipe Wallet Inc | | 2035 Sunset Lake Road | Suite B-2 | Newark | DE | 19702-2600 | |
| Swipe Wallet Inc | | Joselito Lizarondo | 2035 Sunset Lake Road Suite B-2 | Newark | DE | 19702-2600 | |
| Thomson Reuters | | 610 Opperman Drive | | Eagan | MN | 55123-1396 | |
| Trigon Trading Pty Ltd | | 173 Stewart Road | | Clagiraba | qld | QLD 4211 | AU |
| TrueCoin, LLC - TAUD Escrow | | 248 Cumberland St. | | San Francisco | CA | 94114 | |
| TrueCoin, LLC - TCAD Escrow | | 248 Cumberland St. | | San Francisco | CA | 94114 | |
| Trulioo Information Services | | 114 East 4th Avenue, Suite 400 | | Vancouver | BC | V5T 1G2 | Canada |
| Ubeo | | 3131 Esplanade | | Chico | CA | 95973 | |
| Ubiquity Global Services, Inc. | Attn: Ronald P Fetzer | 1140 Avenue of the Americas | Ste 1601 | New York | NY | 10036 | |
| Upflow | | 440 N Barranca Avenue, #7517 | | Covina | CA | 91723 | |
| Upflow, Inc | | 440 N Barranca Ave #7517 | | Covina | CA | 91723-1722 | |
| VORKA USA CORP | | 7345 W SAND LAKE RD | STE 224 | ORLANDO | FL | 32819-5280 | |
| WA State Department of Labor and Industries | c/o Bankruptcy Unit | Attn: Lakesha Pinkney | PO Box 44171 | Olympia | WA | 98504 | |
| Wyre Payments, Inc. | | 660 4th Street | STE 462 | San Francisco | CA | 94107-1618 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 4 of 4

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| BKR International KB | Attn: Todor Ivanov | ivanov@bankor.com |
| Bosonic Inc. | | rosario@bosonic.digital |
| CONST LLC | Attn: Duy Huynh | ceo@myconstant.com |
| CONST LLC | Attn: Duy Huynh | trinh.nguyen@autonomous.nyc |
| Datasite LLC | Attn: Leif Simpson | leif.simpson@datasite.com |
| GC Exchange A/S | Attn: Michael Aagaard and Lars Holst | js@gc.exchange |
| GC Exchange A/S | Attn: Michael Aagaard and Lars Holst | finance@gc.exchange |
| GC Exchange A/S | Attn: Michael Aagaard and Lars Holst | maa@gc.exchange |
| GC Exchange A/S | Attn: Michael Aagaard and Lars Holst | lh@gc.exchange |
| Kammas and Company Inc. | Attn: Carl Elsammak | celsammak@kammastrading.com |
| LaneAxis Inc. | Attn: Ricky L Burnett | customerservice@laneaxis.com |
| LaneAxis Inc. | Attn: Ricky L Burnett | rick@laneaxis.com |
| Qwest Corporation dba CenturyLink QC | c/o Legal-BKY | bky23@customer.com |
| State of Nevada Department of Taxation | Attn: Dana Snow | tax-bankruptcy@tax.state.nv.us |
| WA State Department of Labor and Industries | c/o Bankruptcy Unit | pilk235@lni.wa.gov |
| Wealthchain, Inc. | Attn: Kevin Mehrabi | kevin@wealthchain.io |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit E**



# Exhibit E
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Adventurous Entertainment LLC | | 111 E Monument Avenue | Suite 401-13 | Kissimmee | FL | 34741 | |
| Ascolta Ventures, LLC | | Daniel J. Bergeson | 111 N MARKET ST Suite 600 | San Jose | CA | 95113-1112 | |
| Barlow Vending LLC | | 950 s flower st | Unit 1207 | Los angeles | CA | 90015-1465 | |
| Brue2 Ventures, LLC | | 8903 Oakland Hills Drive | Att: Erik Brue/Nord Brue | Delray Beach | FL | 33446-9551 | |
| Cascade Trading Systems, Inc | | 610 CHARLES ST | | superior | CA | 95404 | |
| Charm City Mining Co. | | Jess Medellin | 1024 Pier Pointe Lndg | Baltimore | MD | 21230 | |
| Equip Your Kitchen, LLC | | Nicolas Jaem Salinas Padilla | 651N Broad St Suite 201 | Middletown | DE | 19709-6402 | |
| GC Exchange A/S | Attn: Michael Aagaard and Lars Holst | Amager Strandvej 390 | | Kastrup | Hovedstaden | 2770 | Denmark |
| Global Currency Organization PTE, LTD | | 2 Venture Drive #11-31 | Vision Exchange | Singapore | | | SG |
| Global REO XVIII LLC | | Scott Stevenson | 19 Sandalwood | Aliso Viejo | CA | 92656-1462 | |
| GMI Computing Holding Ltd. | | Wei Yen Yeh | 9/F Shatin Industrial Building, 22-28 Wo Shui Street, Fotan. | Hong Kong | Hong Kong | | HK |
| GoPlay Cloud LLC | | 2035 Sunset Lake Road | Suite B-2 | Newark | DE | 19702-2600 | |
| H2cryptO, Corp | | George Kushner | 4385 Northside Chase NW | Atlanta | GA | 30327-3569 | |
| HBUS Holdco Inc. | | 550 Montgomery Stree | Second Floor | San Francisco | CA | 94111-2534 | |
| HBUS Holdco Inc. | | 550 Montgomery Street | 2nd Floor | San Francisco | CA | 94111-2534 | |
| Kado Software, Inc. d/b/a Kado Money | | Raines Feldman Littrell LLP | Attn: David Forsh | New York | NY | 10019 | |
| Kammas and Company Inc. | Attn: Carl Elsammak | 133 Murray Hill Blvd | | Murray Hill | NJ | 07974 | |
| Nukk Capital LLC | | 525 Washington Blvd | 14th Fl | Jersey City | NJ | 07310 | |
| Pagotronic LLC | | 5798 SW 68th St | Suite #6 | Miami | FL | 33145 | |
| Pagotronic LLC | | 5798 SW 68th St | Suite #6 | Miami | FL | 33143 | |
| Qwest Corporation dba CenturyLink QC | c/o Legal-BKY | 1025 EL Dorado Blvd | | Broomfield | CO | 80021 | |
| Redline Blockchain Inc | | 209 E Alameda ave. | suite 100 | Burbank | CA | 91502-2674 | |
| Securitize Markets, LLC. | | 78 SW 7TH STREET | | MIAMI | FL | 33130-3402 | |
| SMSF SUNRISE PTY LTD | | 84 Bruckner Drive | | Point Cook | Victoria | 3030 | AU |
| Sophcointech LLC | | 422 Farragut St NW | | Washington | DC | 20011-6115 | |
| SOUTH VALLEY TRADING INC | | 2147 N PEPPERTREE CT | | VISALIA | CA | 93291-8880 | |
| Spark Change Securities LLC | | 1000 2nd Avenue | Ste. 3200 | Seattle | WA | 98104-1074 | |
| STACKCOIN LLC | | 621 mount nemo ave | Apt B | Eau Claire | WI | 54703-3399 | |
| Swipe Wallet Inc | | Joselito Lizarondo | 2035 Sunset Lake Road Suite B-2 | Newark | DE | 19702-2600 | |
| Swipe Wallet Inc | | 2035 Sunset Lake Road | Suite B-2 | Newark | DE | 19702-2600 | |
| Tiger Advisory Associates LLC | | 1055 Parsippany BLVD | Suite 303 | Parsippany | NJ | 07054-1230 | |
| Trigon Trading Pty Ltd | | 173 Stewart Road | | Clagiraba | qld | 4211 | AU |
| White Hall Lending Ltd | | 4 Sherwood Road | | London | | | GB |
| World Digital Inc. | | 20114 North Key Drive | Street Address | Boca Raton | FL | 33498-4542 | |
| Wyre Payments, Inc. | | 660 4th Street | STE 462 | San Francisco | CA | 94107-1618 | |
| Yaniko Ltd | | Prince Marcells | Kemp House, 160 City Road | London | ENG | EC1V 2NK | GB |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1