**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.,*[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 508)

- **Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 511)

Furthermore, on December 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**, and on one (1) confidential party not included herein:

- **Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 511)

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 508)

- **Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 511)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr. #03-153, Las Vegas, NV 89135.

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 511)

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 521)

- **Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims)** (Docket No. 522)

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit E</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit F</u>**:

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 523)

Furthermore, on December 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 521)

- **Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims)** (Docket No. 522)

Furthermore, on December 6, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 523)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 8, 2023

_James Nguyen-Phan_
James Nguyen-Phan

State of Colorado     )
                      ) SS.
County of Denver      )

Subscribed and sworn before me this 8th day of December 2023 by James Nguyen-Phan.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com<br>jrosell@pszjlaw.com<br>joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | bceintake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | dor_tac_bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | kyoagor@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | constituentservices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 3



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | jwilliamson@gravislaw.com<br>mpyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | joleary@gravislaw.com<br>dcannon@gravislaw.com<br>mhess@gravislaw.com<br>cblanco@gravislaw.com |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 3



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com tshafroth@kbkllp.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com sfitzgerald@wmd-law.com ywang@wmd-law.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| US Attorney's Office for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Yousef Abbasi | | | yousef.a.abbasi@gmail.com |

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| BAM Trading Services Inc. | Attn: Christopher Blodgett and Katrina Fava | | christopher.blodgett@binance.us katrina.fava@binance.us |
| Digital Asset Redemption | Attn: Matthew Leidlein | | matthew.leidlein@digitalassetredemption.com |
| DV Chain, LLC | Attn: Legal and Garrett See | | legal@dvchain.co |
| Electric Solidus Inc. d/b/a Swan Bitcoin | c/o Manatt, Phelps & Phillips, LLP | Attn: Richard McDerby & Michel Narganes | MNarganes@manatt.com RMcDerby@manatt.com |
| Enigma Securities | | | wdaye@enigma-securities.io |
| Give Bitcoin | | | 21million@givebitcoin.io |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Oval Labs, Inc. | Attn: Chinedu Okpala | | chinedu@ovalfi.com |
| Plutus Financial d/b/a ABRA | Attn: Willie Wang | | willie@abra.com |
| Plutus Lending LLC | | | willie@abra.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| Zap Solutions, Inc. | Attn: Anthony Cao and Nadia Asoyan | | anthony@strike.me |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 165 Capitol Ave | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg  7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn:  Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# Exhibit D



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Abra Trading LLC | | Attn: Elena Sabkova | 1325 J Street Suite 1550 | Sacramento | CA | 95814 | |
| BAM Trading Services Inc. | Attn: Christopher Blodgett and Katrina Fava | 1 Letterman Dr., Suite C3-800 | | San Francisco | CA | 94129 | |
| CoinSmart Financial Inc. (dba Simply Digital Technologies Inc.) | Attn: Jeremy Koven | 1075 Bay St | | Toronto | ON | M5B 2B2 | Canada |
| Digital Asset Redemption | Attn: Matthew Leidlein | 228 Park Avenue South | | New York | NY | 10003-1502 | |
| Digital Asset Redemption, LLC | Attn: Matthew Leidlein | 228 Park Avenue South | | New York | NY | 10003 | |
| DV Chain, LLC | Attn: Legal and Garrett See | 425 S Financial Pl; 28th Floor | | Chicago | IL | 60605 | |
| Electric Solidus Inc. d/b/a Swan Bitcoin | c/o Manatt, Phelps & Phillips, LLP | Attn: Richard McDerby & Michel Narganes | One Embarcadero Center 30th Floor | San Francisco | CA | 94111 | |
| Enigma Securities | | 6th Floor, 30 Panton St | | London | | SW1Y 4AJ | UK |
| Give Bitcoin | | 3645 Calle Jazmin | | Calabasas | CA | 91302 | |
| Global Trade Group | | 1125 Budapest, Istenhegyi út 101/D | | Budapest | Budapest | 1125 | Hungary |
| GTH-Trade Group, Kft. | | 1125 Budapest, Istenhegyi út 101/D | | Budapest | Budapest | 1125 | HU |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | 1350 Avenue of the Americas, 22nd Fl | New York | NY | 10019 | |
| Oval Labs, Inc. | Attn: Chinedu Okpala | 8 The Green | Suite A | Dover | DE | 19901 | |
| Plutus Financial d/b/a ABRA | Attn: Willie Wang | 650 Casto Street, #450 | | Mountain View | CA | 94041 | |
| Plutus Lending LLC | | 321 Castro Street | | Mountain View | CA | 94041 | |
| Prime Trust, LLC FBO Swan Customers | Cory Klippsten | 3645 Calle Jazmin | | Calabasas | CA | 91302 | |
| SDM Inc. | Attn: David Shafrir | 445 Adelaid Street West | | Toronto | ON | M5V 1T1 | Canada |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor, PO Box 1150 | Wilmington | DE | 19899 | |
| TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Steven S. Fitzgerald and Yating Wang | 500 Fifth Avenue | New York | NY | 10110 | |
| Zap Solutions, Inc. | | Zap Solutions, Inc., Attn: Anthony Cao and Nadia Asoyan | 200 North La Salle St | Chicago | IL | 60601 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# Exhibit E



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BMO Harris Bank, N.A. | | PO Box 755 | | Chicago | IL | 60690 | |
| Cross River Bank | | 2115 Linwood Avenue | | Fort Lee | NJ | 07024 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services c/o DST Systems, Inc. | 430 W 7th, Suite 219265 | | Kansas City | MO | 64105-1407 | |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services | PO Box 219265 | | Kansas City | MO | 64121-9265 | |
| Lexicon Bank | | 330 S Rampart Blvd | Suite 150 | Las Vegas | NV | 89145 | |
| Nevada Department of Business and Industry, Division of Financial Institutions | | 330 W Sahara Avenue | Ste 425 | Las Vegas | NV | 89102 | |
| Nevada Department of Business and Industry, Division of Financial Institutions | | 1830 College Parkway | Suite 100 | Carson City | NV | 89706 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 165 Capitol Ave | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St | Suite 210 | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place | 20Th Floor | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2

 STRETTO

**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General for the State of Oregon | | 1162 Court St NE | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |
| Office of the Attorney General for the State of West Virginia | | State Capitol 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street | Room 114 East P | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey & Joseph Cudia | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Piermont Bank, N.A. | | 4 Bryant Park 3rd Floor | | New York | NY | 10018 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office Brookfield Place | 200 Vesey Street Suite 400 | New York | NY | 10281-1022 | |
| State of Nevada Financial Institutions Division | | 1830 E College Parkway | STE 100 | Carson City | NV | 89706 | |
| US Attorney's Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# Exhibit F

 STRETTO

**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com<br>jrosell@pszjlaw.com<br>joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | bceintake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | dor_tac_bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | kyoagor@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | constituentservices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 3



**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | jwilliamson@gravislaw.com<br>mpyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | joleary@gravislaw.com<br>dcannon@gravislaw.com<br>mhess@gravislaw.com<br>cblanco@gravislaw.com |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| State of Nevada Financial Institutions Division | | | tahosler@business.nv.gov |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 3



**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com tshafroth@kbkllp.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com sfitzgerald@wmd-law.com ywang@wmd-law.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| US Attorney's Office for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Yousef Abbasi | | | yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 3 of 3

# Exhibit G



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arizona Department of Insurance and Financial Institutions | | 100 North 15th Avenue | Ste 261 | Phoenix | AZ | 85007 |
| Arkansas Securities Department | | 1 Commerce Way | Ste 402 | Little Rock | AR | 72202 |
| District of Columbia Department of Insurance, Securities, and Banking | | 1050 First Street NE | Ste 801 | Washington | DC | 20002 |
| Evolve Bank & Trust | | Triad Centre I | 6000 Poplar Avenue Suite 300 | Memphis | TN | 38119 |
| Georgia Department of Banking and Finance | | 2990 Brandywine Road | Ste 200 | Atlanta | GA | 30341 |
| Indiana Department of Financial Institutions | | 30 South Meridian Street | Ste 200 | Indianapolis | IN | 46204 |
| Iowa Division of Banking | | 200 East Grand Avenue | Ste 300 | Des Moines | IA | 50309 |
| Louisiana Office of Financial Institutions | | 8660 United Plaza Boulevard | 2nd Floor | Baton Rouge | LA | 70809 |
| Maryland Department of Labor | | 1100 North Eutaw Street | | Baltimore | MD | 21201 |
| Michigan Department of Insurance and Financial Services | | PO Box 30220 | | Lansing | MI | 48909 |
| Minnesota Department of Commerce | | 85 7th Place East | Ste 280 | Saint Paul | MN | 55101 |
| Nebraska Department of Banking and Finance | | 1526 K St | Ste 300 | Lincoln | NE | 68508 |
| New Mexico Regulation & Licensing Department | | 2550 Cerrillos Road | | Sante Fe | NM | 87505 |
| New York State Department of Financial Services | | 1 State Street | | New York | NY | 10004 |
| NJ Department of Banking and Insurance | Attn: Licensing Services Bureau | PO Box 473 | | Trenton | NJ | 08625 |
| North Dakota Department of Financial Institutions | | 1200 Memorial Highway | | Bismarck | ND | 58504 |
| Ohio Department of Commerce | | 77 South High Street | 23rd Floor | Columbus | OH | 43215 |
| South Carolina Attorney General | Attn: Money Services Division | PO Box 11549 | | Columbia | SC | 29211 |
| Vermont Department of Financial Regulation | | 89 Main Street | | Montpelier | VT | 05620 |
| West Virginia Division of Banking | | One Players Club Drive | Ste 300 | Charleston | WV | 25311 |
| Western Alliance Bank | Attn: Francesca Castagnola | 450 B Street | Ste 150 | San Diego | CA | 92101 |
| WeWork Two Summerlin | Attn: Savannah Jones | 10845 Griffith Peak Drive | | Las Vegas | NV | 89135 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1