**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Third Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief** (Docket No. 504)

- **Fourth Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief** (Docket No. 513)

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, via electronic mail on the service list attached hereto as **Exhibit D**, and on four (4) confidential parties not included herein:

- **Third Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief** (Docket No. 504)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Fourth Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief** (Docket No. 513)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: December 8, 2023

*James Nguyen-Phan*
James Nguyen-Phan

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 8th day of December 2023 by James Nguyen-Phan.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**

<a>



Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 165 Capitol Ave | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General for the State of Oregon | | 1162 Court St NE | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General for the State of West Virginia | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey & Joseph Cudia | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| US Attorney's Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com<br>wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com<br>kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com<br>jrosell@pszjlaw.com<br>joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com<br>MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com<br>DCannon@gravislaw.com<br>MHess@gravislaw.com<br>CBlanco@gravislaw.com |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com<br>tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com<br>sfitzgerald@wmd-law.com<br>ywang@wmd-law.com |
| US Attorney's Office for the District of Delaware | | | USADE.ECFBANKRUPTCY@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# **Exhibit C**



Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Audius Token | Attn: Christina Rowland | 548 Market Street | | San Francisco | CA | 94104-5401 | |
| BKR International KB | Attn: Todor Ivanov | c/o Solna Business Park, Svetsarvagen 15 2tr | | Solna | Stockholm | SE-171 41 | Sweden |
| Block.io | Attn: Jeffrey Hinshaw | 95 3rd St #2 | | San Francisco | CA | | |
| CIFRAPAY, UNIPESSOAL LDA | Attn: Mike H | 3101 Park Blvd., 01-103-DD01 | | Palo Alto | CA | 94306 | |
| Compass Payment Solutions LLC | Attn: Steven Videla | 3055 NW 107th Ave. | | Doral | FL | 33172 | |
| CyberSecOp LLC | Attn: Jeffrey Walker | 5 Hillandale Ave. | | Stamford | CT | 06902 | |
| Cypfer Corp. | Attn: Daniella H. and Jason S.T. Kotler | 895 Don Mills Rd, Two Morneau Shepell Ctr | | Toronto | | M3B 1P4 | Canada |
| Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | Paul Hsu | 8 The Green, Suite A | | Dover | DE | 19901 | |
| Digital Asset Redemption | Attn: Matthew Leidlein | 228 Park Avenue South | | New York | NY | 10003-1502 | |
| DV Chain, LLC | Attn: Legal and Garrett See | 425 S Financial Pl; 28th Floor | | Chicago | IL | 60605 | |
| East Goodnews Limited | Attn: Jessi Jiang & Page Hong | 9 Irving Street | | Hong Kong | Hong Kong | 999077 | China |
| East West Technologies | Attn: Evan Winter | 1013 Centre Road Suite 403-B | | Wilmington | DE | 19805 | |
| Enigma Securities | | | | | | | |
| Enigma Securities | | 6th Floor, 30 Panton St | | London | | SW1Y 4AJ | UK |
| FXDD Trading Limited | Attn: Lyn McKay | 525 Washington Boulevard #1405 | | Jersey City | NJ | 07310-1646 | |
| Hayvn Global | Attn: George Malanitis | Seestrasse 93 | | Zurich | ZH | 8002 | Switzerland |
| Homium, Inc. | Attn: David Jette | 15260 Ventura Blvd, Ste 1040 | | Sherman Oaks | CA | 91403 | |
| IV Crypto Fund dba Infinity Ventures Crypto Fund, L.P. | Attn: JT Law | International Corporation Services Ltd, 103 South Church Street Harbour Place, 2nd Floor | | George Town | | KY1-1106 | Cayman Islands |
| Knapsack LLC | Attn: Joe Norton | 5973 Meridian Blvd | | Brighton | MI | 48116 | |
| Koi Trading | Attn: Jimmy Cai | 1 Market St | #3600 | San Francisco | CA | 94105 | |
| LTCA Trust | Attn: Larry Rolen | 6976 Edith Lane | | Chattanooga | TN | 37421 | |
| Lukapay | Attn: Eduardo Barrios | 3600 Red Road # N-306 | | Miramar | FL | 33025 | |
| Metatech Operating Company LLC | Attn: Fernando F Martinez | | | | | | |
| MyBackpack (JXN) | Attn: Devin Elliot, James Stevens, Niina Fujioka, and Mason Alexander | 1230 121st Place NE | #C118 | Bellevue | WA | 98005 | |
| One World Bancorp | Attn: Joe Mann | 1013 Centre Road | Suite 403A | Wilmington | DE | 19805 | |
| OWS Brasil Intermediacao LTDA | Attn: Adriano Froes | R ADELAIDE DANIEL DE ALMEIDA, 170, sala 27 box 05, | Campinas | Sao Paulo | | 13080661 | Brazil |
| ParaPay | Attn: Lee Tolleson and Cameron Ashby | 2232 Dell Range Blvd., Ste 245 | | Cheyenne | WY | 82009 | |
| Paxful Inc. | Attn: Darja Ahmarova | 3422 Old Capitol Trail PMB# 989 | | Wilmington | DE | 19808 | |
| PayCruiser | Attn: Ousmane Conde | 2901 West Coast Highway | #200 | Newport Beach | CA | 92663 | |
| Quickex | Attn: Maxima Fernanda Gonzalez del Canto | 1401 Sawgrass Corporate Pkwy | Suite 200 | Sunrise | FL | 33323 | |
| QuickieCoin | Attn: Emmet Meehan | 17 Hickory Lane | | Glenford | NY | 12433 | |
| Stillman Digital LLC | Attn: Jonathon Milks | 1603 Capitol Ave | Suite 402A | Cheyenne | WA | 82001 | |
| Union Block, LLC | Attn: Stefano di Geronimo Zingg | 8 The Green | Suite 13020 | Dover | DE | 19901 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Audius Token | Attn: Christina Rowland | christina@audius.co |
| BKR International KB | Attn: Todor Ivanov | ivanov@bankor.com |
| Block.io | Attn: Jeffrey Hinshaw | jeff@blocks.io |
| CIFRAPAY, UNIPESSOAL LDA | Attn: Mike H | mike.h@cifrapayments.com |
| Compass Payment Solutions LLC | Attn: Steven Videla | svidela@compasspayment.net |
| CyberSecOp LLC | Attn: Jeffrey Walker | jwalker@cybersecop.com |
| Cypfer Corp. | Attn: Daniella H. and Jason S.T. Kotler | legaladmin@cypfer.com<br>jkotler@cypfer.com |
| Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | Paul Hsu | paul@decasonic.com |
| Digital Asset Redemption | Attn: Matthew Leidlein | matthew.leidlein@digitalassetredemption.com |
| DV Chain, LLC | Attn: Legal and Garrett See | legal@dvchain.co |
| East West Technologies | Attn: Evan Winter | evan@truffles.one |
| Enigma Securities |  | jdeak@enigma-securities.io |
| Enigma Securities |  | wdaye@enigma-securities.io |
| FXDD Trading Limited | Attn: Lyn McKay | lmckay@fxdd.com |
| Hayvn Global | Attn: George Malanitis | george.melanitis@hayvnglobal.com |
| Homium, Inc. | Attn: David Jette | david@homium.io |
| IV Crypto Fund dba Infinity Ventures Crypto Fund, L.P. | Attn: JT Law | jt@ivcrypto.io |
| Knapsack LLC | Attn: Joe Norton | jnorton@fastwallet.com |
| Koi Trading | Attn: Jimmy Cai | jimmy@koi.trade |
| Lukapay | Attn: Eduardo Barrios | eduardo@lukapay.io |
| Metatech Operating Company LLC | Attn: Fernando F Martinez | fernando@metatechholdings.com |
| MyBackpack (JXN) | Attn: Devin Elliot, James Stevens, Niina Fujioka, and Mason Alexander | devin@jxndao.com |
| One World Bancorp | Attn: Joe Mann | info@oneworldbancorp.com |
| OWS Brasil Intermediacao LTDA | Attn: Adriano Froes | adriano@oneworldservices.com |
| ParaPay | Attn: Lee Tolleson and Cameron Ashby | lee.tolleson@wrinklewerx.com<br>cameron.ashby@wrinklewerx.com |
| Paxful Inc. | Attn: Darja Ahmarova | finance@paxful.com |
| PayCruiser | Attn: Ousmane Conde | ousmane@paycruiser.com |
| QuickieCoin | Attn: Emmet Meehan | emmet@quickiecoin.com |
| Stillman Digital LLC | Attn: Jonathon Milks | jon@stillmandigital.com |
| Union Block, LLC | Attn: Stefano di Geronimo Zingg | stefano@unionblock.io |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **<u>Exhibit E</u>**



## Exhibit E
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Crypto.com (aka Foris DAX, Inc.) | Attn: Kenneth Ng | 1111 Brickell Ave. Suite 2725 | Miami | FL | 33131 |
| Shima Capital Management LLC | Yida Gao | 1111 Promontory Drive | Marietta | GA | 30062 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit F**



# Exhibit F
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Crypto.com (aka Foris DAX, Inc.) | Attn: Kenneth Ng | christopher@crypto.com |
| One World Services LLC (OWS) | Attn: Luciano Froes & Jose Froes | adriano@oneworldservicesllc.com |
| Shima Capital Management LLC | Yida Gao | yida@shima.capital |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1