# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 214** |

## NOTICE OF WITHDRAWAL

Tiki Labs, Inc. dba Audius Inc. ("Tiki Labs"), by and through its undersigned attorneys, hereby withdraws the *Objection of TikiLabs, Inc. DBA Auduis Inc. to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc and its Affiliated Debtors* filed on September 28, 2023 [D.I. 214], without prejudice.

Dated: December 13, 2023

**PASHMAN STEIN WALDER HAYDEN, P.C**

By: /s/ John W. Weiss
John W. Weiss (Del. Bar 4160)
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

-- and --

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar 151445) admitted *pro hac vice*
Traci Shafroth (Cal. Bar 251673) admitted *pro hac vice*
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.