## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on December 13, 2023, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: /s/ John W. Weiss
John W. Weiss (Del. Bar 4160)
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

*Attorneys for Tiki Labs, Inc. dba Audius Inc.*