RECEIVED

2023 DEC 13  AM 10: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.* | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 14, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 19, 2023 at 10:00 a.m. (ET)** |

### RESPONSE TO DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM (DOC. # 436)[1]

NOW INTO COURT comes Claimant Scott H. Mason, who files the following

response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim

(Doc. # 436):

    **(a)**    **a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of the Objection to which the Response is directed;**

        See caption, above

    **(b)**    **the name of the claimant, the claim number, and a description of the basis for the amount of the claim;**

        Scott H. Mason

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #04-153, Las Vegas, NV 89135.

Claim # PC-111349

Basis: Claim is for $20,878.56, which consists of the balance held by MyConstant, LLC ("MyConstant") when withdrawals were frozen on 11/17/22 ($22,753.96), minus Distribution 1, 2/27/23 ($982.35) and Distribution 2, 7/11/2023 ($893.05). See screenshot and bank statements at *in globo* Exhibit A.

**(c)** **the specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;**

Upon information and belief, Prime Trust, LLC was the custodian for MyConstant on, before and after 11/17/22 when MyConstant froze claimant's account and prohibited withdrawals. Claimant has filed this claim pursuant to advice of counsel.

**(d)** **all documentation and other evidence in support of the claim, not previously filed with the Court or with the Debtors' claims and notice agent, upon which the claimant will rely in opposing this Objection; and**

See Exhibit A

**(e)** **the name, address, telephone number, fax number and/or email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtors should communicate with respect to the claim or the Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the claim on behalf of the claimant.**

See signature block, below

*/s/ Scott H. Mason*
Scott H. Mason, pro se
3130 Desoto St.
New Orleans, LA 70119
(504) 621-0357
smason@pmpllp.com

December 12, 2023

1



EXHIBIT A

Ally Online Services | Ally    https://secure.ally.com/account/ZUZoalduMVRNZFNTUjhTZ7M7ug...

# ally

Investments: 1-855-880-2559
Bank Accounts: 1-877-247-2559

## Constant Fund
Account Number: ████████

| AVAILABLE BALANCE | CURRENT BALANCE | INTEREST YTD | ANNUAL PERCENTAGE YIELD |
|---|---|---|---|
| ██████████ | ████████ | ████████ | ████████ |

> Account Details

---

Activity    Buckets    Boosters                          ⚙ Customize

### Analyze your savings growth

**Change your view**

Prioritize what you see first: activity, buckets or boosters.

Weekly balance over time

Got it



View as a list

3-month growth                          🌐 View growth breakdown

| AUG | + $6 |
|---|---|
| SEP | + $4 |
| OCT | + $2 |

1 of 4

10/22/2023, 3:06 PM

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 'Feb 27, 2023 | Mercury CREDIT 63fc6046ee00fa8bbb32356b/ 1st distribution from Const LLC | $982.35 | $982.36 |



17 of 17 transactions

A FEW THINGS YOU SHOULD KNOW

Securities products and services offered through Ally Invest Securities LLC, member FINRA/SIPC. For background on Ally Invest Securities go to FINRA's BrokerCheck. Advisory services offered through Ally Invest Advisors Inc., a registered investment adviser. Ally Bank, Ally Invest Advisors, and Ally Invest Securities are wholly owned subsidiaries of Ally Financial Inc. View disclosures. Securities products are NOT FDIC INSURED, NOT BANK GUARANTEED, and MAY LOSE VALUE.

Options involve risk and are not suitable for all investors. Review the Characteristics and Risks of Standardized Options brochure (PDF) before you begin trading options. Options investors may lose the entire amount of their investment or more in a relatively short period of time.

Trading on margin involves risk. You can lose more funds than you deposit in a margin account. Please review Margin Account Agreement and Disclosure (PDF) for more information regarding margin trading.

Deposit and mortgage products are provided by Ally Bank, a Member FDIC and Equal Housing Lender⌂, NMLS ID 181005.

Ally Bank Disclosures

Ally Financial Inc. (NYSE: ALLY) is a leading digital financial services company. Ally Bank, the company's direct banking subsidiary, offers an array of deposit and mortgage products and services. Ally Bank is a Member FDIC and Equal Housing Lender ⌂NMLS ID 181005. Mortgage credit and collateral are subject to approval and additional terms and conditions apply. Programs, rates and terms conditions are subject to change at any time without notice.

Ally Mastercard® is issued by Ally Bank, Member FDIC under license from Mastercard® International. FICO® is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

App Store is a service mark of Apple Inc. Google Play is a trademark of Google Inc. Amazon Appstore is a trademark of Amazon.com Inc., or its affiliates. Windows Store is a trademark of the Microsoft group of companies.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

When your budget doesn't allow you to save as much as you like, start with a smaller savings goal. Any little bit you put away adds up.

## Upcoming Transactions

| Date | Description | Amount | Status |
|------|-------------|--------|--------|

You don't currently have any upcoming transfers.

## Transaction History

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| Jul 11, 2023 | Mercury CREDIT 64ad2e2f55b1f8a4a7d36298/ 2nd Distribution from Const LLC | $893.05 | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |