IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 480** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT AGREEMENT
AMONG THE DEBTORS, TIKI LABS, INC. D/B/A AUDIUS INC., AND THE
SETTLING AUDIO HOLDERS; (II) AUTHORIZING THE DEBTORS TO SELL
CERTAIN AUDIO FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS
AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On November 28, 2023, the Debtors filed their *Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling of Audio Holders; (II) Authorizing the Debtors to Sell Certain Audio Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* [Docket No. 480] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was December 12, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. Prior to the Objection Deadline, the Debtors received informal comments from the United States Securities and Exchange Commission (the "SEC"), which are reflected in the revised

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

proposed form of order approving the Motion (the "Revised Proposed Order"). The Revised Proposed Order is attached hereto as **Exhibit A**. For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the form of order submitted with the Motion.

3. The Debtors circulated the Revised Proposed Order to the SEC, the Office of United States Trustee, counsel for the official committee of unsecured creditors, and counsel to the Debtors' proposed debtor-in-possession financing lender, none of whom has an objection to entry of the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 13, 2023            **MCDERMOTT WILL & EMERY LLP**
       Wilmington, Delaware

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:  mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:  dazman@mwe.com
       jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:  gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*