IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 484** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' OMNIBUS DETERMINATION MOTION FOR ESTIMATION AND TEMPORARY ALLOWANCE OF CLAIM NOS. 173, 859, AND 1319 SOLELY FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

The undersigned counsel hereby certifies as follow:

1. On November 28, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Omnibus Determination Motion for Estimation and Temporary Allowance of Claim Nos. 173, 859, and 1319 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* [Docket No. 484] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice appended to the Motion, responses or objections to the Motion were due on or before December 12, 2023, at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that she has reviewed the docket of these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

3. The undersigned respectfully requests that the proposed order attached to the Motion as **Exhibit A** thereto be entered at the earliest convenience of the Court.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: December 13, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>          jbevans@mwe.com<br>          ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |