IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 488** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS'
MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS
TO REDACT AND FILE UNDER SEAL CERTAIN INFORMATION
RELATED TO DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) APPROVING DEBTORS' ENTRY INTO LICENSE AGREEMENT WITH
ELECTRIC SOLIDUS INC., AND (II) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On November 29, 2023, the Debtors filed their *Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief* [Docket No. 488] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was December 12, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee") with respect to the Motion. In response

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to these comments, the Debtors filed the *Declaration of Michael Wyse in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief* [Docket No. 544] (the "<u>Wyse Declaration</u>").  The Debtors also worked with Swan to redact the License Agreement instead of sealing the entire License Agreement, as originally contemplated under the Motion (the "<u>Redacted License Agreement</u>").  The Debtors have shared the Redacted License Agreement with the U.S. Trustee.

3. In furtherance of the foregoing, the Debtors have revised the proposed order attached to the Motion as an exhibit to accurately reflect the current scope of relief requested thereunder (the "<u>Revised Proposed Order</u>"), which is attached hereto as **Exhibit A**.  For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the form of order submitted with the Motion.

4. It is the Debtors' understanding that the filing of the Wyse Declaration and the form of Redacted License Agreement resolve the informal comments provided by the U.S. Trustee. In addition, the Debtors circulated the Revised Proposed Order to the U.S. Trustee, counsel for the official committee of unsecured creditors appointed in these cases, and counsel for the Debtors' proposed debtor-in-possession lender, none of whom have any objection to entry of the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 13, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:          dazman@mwe.com<br>                     jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:          gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |