## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 428, 491 & 494** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS, EFFECTIVE AS OF NOVEMBER 15, 2023, AND (B) GRANTING RELATED RELIEF

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On November 15, 2023, the Debtors filed their *Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief* [Docket Nos. 428] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was November 29, 2023, at 4:00 p.m. (prevailing Eastern Time), with an extension granted to OKCoin USA Inc. ("OKCoin") to December 1, 2023 (the "Objection Deadlines").

2. Prior to the Objection Deadlines, SDM, Inc. ("SDM") filed the *Limited Opposition of SDM, Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B)*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Granting Related Relief* [Docket No. 491] (the "SDM Objection") and OKCoin filed the *Limited Objection of OKCoin USA Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief* [Docket No. 494] (the "OKCoin Objection").

3. Debtors have worked with SDM and OKCoin to resolve the SDM Objection and OKCoin Objection, and have reached resolutions reflected in the revised proposed form of order approving the Motion (the "Revised Proposed Order"). The Revised Proposed Order is attached hereto as **Exhibit A**. For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order with the form of order submitted with the Motion.

4. The Debtors circulated the Revised Proposed Order to the United States Trustee, counsel to the Committee, and counsel to the Debtors' proposed debtor-in-possession financing lender, none of whom has an objection to entry of the Revised Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 13, 2023<br>        Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |