**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 523** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER REGARDING DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS
TO OBTAIN SECURED PRIMING POSTPETITION FINANCING, (II) GRANTING LIENS
AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING
THE USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY,
AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on December 5, 2023, Prime Core Technologies Inc. and certain of its affiliates and subsidiaries (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 523] (the "<u>DIP Motion</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). A proposed form of order granting the relief requested by the DIP Motion was attached thereto as <u>Exhibit A</u> (the "<u>Proposed Order</u>"). The deadline to object to the DIP Motion was 4:00 p.m. (prevailing Eastern Time) on December 12, 2023 (the "<u>Objection Deadline</u>"). The Debtors extended the Objection Deadline for the Office of the United States Trustee (the "<u>U.S. Trustee</u>") through 12:00 p.m. (prevailing Eastern Time) on December 14, 2023.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Objection Deadline, the Debtors received informal comments from counsel to the official committee of unsecured creditors appointed in these chapter 11 cases (the "<u>Committee</u>"), the U.S. Trustee, and Electric Solidus Inc. d/b/a Swan Bitcoin ("<u>Swan</u>") with respect to the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **<u>Exhibit A</u>** is a revised form of proposed order with respect to the DIP Motion (the "<u>Revised Proposed Order</u>"), that

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Motion.

incorporates comments from the Committee, the U.S. Trustee, and Swan.  For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order against the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the DIP Motion will be held on **December 19, 2023 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order remains subject to further review and revision in all respects by the Debtors.  To the extent the Revised Order is revised further, the Debtors will present a further redline version of such revised document to the Court at or prior to the Hearing.

*[Remainder of Page Left Intentionally Blank]*

Dated: December 14, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:        dazman@mwe.com
                jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:        gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*