**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | |
|---|---|
| Prime Core Technologies Inc., *et al.*,[1] | Chapter 11 |
| | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served electronic mail on the service list attached hereto as **Exhibit A**:

- **Order (A) Authorizing the Debtors' Omnibus Motion to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief** (Docket No. 431)
- **Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 436)
- **Debtors' Second (Non-substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 438)

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (A) Authorizing the Debtors' Omnibus Motion to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief** (Docket No. 431)

[SPACE LEFT INTENTIONALLY BLANK]

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail and electronic mail on one (1) confidential party not included herein:

- **Debtors' Objection to Proof of Claim No. 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007** (Docket No. 434)

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**, and on six hundred (600) confidential parties not included herein:

- **Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 436)

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit D**, and on nineteen (19) confidential parties not included herein:

- **Debtors' Second (Non-substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 438)

Furthermore, on November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Order (A) Authorizing the Debtors' Omnibus Motion to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief** (Docket No. 431)

- **Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 436)

- **Debtors' Second (Non-substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 438)

Furthermore, on November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Order (A) Authorizing the Debtors' Omnibus Motion to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief** (Docket No. 431)

Furthermore, on November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, and on three hundred five (305) confidential parties not included herein:

- **[Customized] Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 435)

Furthermore, on November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on N9 Advisors, LLC, Attn: Petamber Pahuja at 601 Bayshore, Tampa, FL 33606:

- **[Customized] Debtors' Second (Non-substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 437)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 13, 2023

James Nguyen-Phan

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 13th day of December 2023 by James Nguyen-Phan.

(Notary's official signature)

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **Exhibit A**



# Exhibit A

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com pattytomasco@quinnemanuel.com danielholzman@quinnemanuel.com alainjaquet@quinnemanuel.com razmigizakelian@quinnemanuel.com joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com jrosell@pszjlaw.com joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | uag@utah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com bsilverberg@brownrudnick.com kaulet@brownrudnick.com jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com msawyer@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com elazar.kosman@wbd-us.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com DCannon@gravislaw.com MHess@gravislaw.com CBlanco@gravislaw.com |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| US Attorney's Office for the District of Delaware | | | USADE.ECFBANKRUPTCY@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

# **Exhibit B**



# Exhibit B

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AGILE THOUGHT LLC | | ar@agilethought.com<br>diana.abril@abrillaw.com |
| Agile Thought LLC | c/o Potter Anderson & Corroon<br>Attn: Jeremy William Ryan | jryan@potteranderson.com |
| Anchorage Digital Bank N.A | | matt@anchorage.com |
| AU10TIX Limited | Attn: Ron Atzmon | yossi.lanciano@au10tix.com<br>legal@au10tix.com |
| Blockdaemon Ltd | | jip@sepior.com |
| Calm | | nathan.puldy@calm.com |
| Castellum.AI Corporation | | finance@castellum.ai<br>contact@castellum.ai |
| Chainalysis | | matt.giancanelli@chainalysis.com |
| Datadog, Inc. | Attn: Andrew Baldwin | andrew.baldwin@datadoghq.com |
| Equity Trust Company | Attn: Legal Department | h.derise@trustetc.com<br>legal@trustetc.com |
| Equity Trust Company | Attn: Legal Department and<br>Matthew Gardner | legal@trustetc.com<br>legal@primetrust.com |
| Finovation Systems LLC | Kurt Rupert | krupert@hartzoglaw.com |
| Finovation Systems, LLC | | jonathan@jumpstartsecurities.com |
| Fold, Inc. | Attn: Will Reeves | will.reeves@foldapp.com |
| Fold, Inc. | Courtney Rogers Perrin, Esq. | crogersperrin@fbtlaw.com |
| Forter | | ar@forter.com |
| Innovest Systems LLC | | accounting@innovestsystems.com |
| LEXISNEXIS RISK SOLUTIONS | | lnbilling@lexisnexisrisk.com |
| Planful, Inc. | c/o Legal Department | legal@planful.com |
| Revenue Pulse Inc | | accounting@revenuepulse.com |
| Sovos Compliance LLC | | accounting-us@sovos.com |
| Ubiquity Global Services, Inc. | | kathleen.orido@ubiquity.com |

# **Exhibit C**



# Exhibit C

Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| 450 Investments LLC | Attn: Zachary Bodmer | operations@steadfast.com |
| Bosonic Inc. | | rosario@bosonic.digital |
| Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | | mfrisch@crokefairchild.com |
| Knapsack LLC | Attn: Joe Norton | jnorton@fastwallet.com |
| Knapsack, LLC | | ar@bugjuice.com |
| LaneAxis Inc. | Attn: Ricky L Burnett | customerservice@laneaxis.com<br>rick@laneaxis.com |
| Neural Labs, Inc. | | legal@neuraltechnologies.io |
| OKLink Fintech Limited | | shaoming.shi@okg.com.hk |
| Staq Finance Inc | David Evans | Dee@staqfi.com |
| Wealthchain, Inc. | Attn: Kevin Mehrabi | kevin@wealthchain.io |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit D**



# Exhibit D

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| BKR International KB | Attn: Todor Ivanov | ivanov@bankor.com |
| Village Platforms, Inc | | bradford@villagelabs.co |
| Village Platforms, Inc | | alex@villagelabs.co |
| Tiki Labs, Inc. dba Audius Inc. (custodial account owner) - see attachment | | roneil@audius.co |
| N9 Advisors, LLC | | petamber@ayon.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit E**



## Exhibit E

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 165 Capitol Ave | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg 7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn: Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

# **Exhibit F**



# Exhibit F

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AGILE THOUGHT LLC | | 222 W Las Colinas Boulevard – Urban Towers Suite 1650 E | | Irving | TX | 75039 | |
| Agile Thought LLC | | 222 West Las Colinas Boulevard | | Irving | CA | 75039 | |
| Agile Thought LLC | c/o Potter Anderson & Corroon | Attn: Jeremy William Ryan | 1313 N. Market St, 6th Flr | Wilmington | DE | 19801 | |
| Anchorage Digital Bank N.A | | 101 S. Reid Street | Suite 329 | Sioux Falls | SD | 57103 | |
| Anchorage Digital Bank N.A. | | 221 Pine St, Ste 600 | | San Francisco | CA | 94104 | |
| APIHUB, Inc. dba Clearbit | | 548 Market Street, Suite 95879 | | San Francisco | CA | 94104 | |
| AU10TIX Limited | Attn: Ron Atzmon | 32 Spyrou Kyprianou Ave., 2nd Floor | | Nicosia | | CY-1075 | Cyprus |
| AU10TIX Limited | Attn: Ron Atzmon | 5B Hanagar, Hod Hasharon St. | | | | | Israel |
| Blockdaemon Ltd | | 10 Inge Lehmanns Gade | | Aarhus | | 8000 | Denmark |
| Blockdaemon Ltd | | 11400 West Olympic Blvd, Ste 200 | | Los Angeles | CA | 90065 | |
| Calm | | 77 Geary Street, 3rd Floor | | San Francisco | CA | 94108 | |
| Castellum.AI Corporation | | 99 Wall Street, Suite 1377 | | New York | NY | 10005 | |
| Chainalysis | | 114 5th Ave, 18 Flr | | New York | NY | 10011 | |
| Chainalysis | | 228 Park Ave | S 23474 | New York | NY | 10003 | |
| Cox Business | | PO Box 53262 | | Phoenix | AZ | 85072-3262 | |
| Datadog, Inc. | Attn: Andrew Baldwin | 620 8th Avenue, 45th Floor | | New York | NY | 10018-1741 | |
| Equity Trust Company | | PO Box 451219 | | Westlake | OH | 44145 | |
| Equity Trust Company | Attn: Legal Department | 1 Equity Way | | Westlake | OH | 44145-1050 | |
| Equity Trust Company | Attn: Legal Department and Matthew Gardner | 3 Equity Way | | Westlake | OH | 44145-1052 | |
| Finovation Systems LLC | | Kurt Rupert | 201 Robert S. Kerr | Oklahoma City | OK | 73102 | |
| Finovation Systems, LLC | | 3455 Peachtree Road NE, 5th floor | | Atlanta | GA | 30326 | |
| Fold, Inc. | | 55 E 3rd Ave | | San Mateo | CA | 94401 | |
| Fold, Inc. | Attn: Will Reeves | 11201 North Tatum Blvd, Suite 300, #42035 | | Phoenix | AZ | 85028 | |
| Fold, Inc. | | Courtney Rogers Perrin, Esq. | 150 3rd Ave. South, Suite 1900 | Nashville | TN | 37201 | |
| Forter | | 12 E 49th St | | New York | NY | 10017 | |
| Forter | | 575 Fifth Avenue | | New York | NY | 10017 | |
| Innovest Systems LLC | | 4 Times Square | | New York | NY | 10036 | |
| Innovest Systems LLC | | PO Box 411061 | | Boston | MA | 02241-1061 | |
| LEXISNEXIS RISK SOLUTIONS | | 28330 Network Place | | Chicago | IL | 60673-1283 | |
| LinkedIn Corporation | | 62228 Collections Center Drive | | Chicago | IL | 60693 | |
| LinkedIn Corporation | Attn: Paul Timko and Katie Lock | 1000 W. Maude Avenue | | Sunnyvale | CA | 94085 | |
| Lumen (CenturyLink Communications) | | PO Box 4918 | | Monroe | LA | 71211-4918 | |
| Planful, Inc. | c/o Legal Department | 150 Spear Street | Suite 1850 | San Francisco | CA | 94105 | |
| Revenue Pulse Inc | | 2 Gurdwara Road, Suite 200 | | Ottawa | ON | K2E1A2 | Canada |
| Sift | Attn: Eva Gutierrez | 525 Market St 6th Fl | | San Francisco | CA | 94105 | |
| Sovos Compliance LLC | | 200 Ballardvale st | Building 1, 4th Floor | Wilmington | MA | 01887 | |
| Ubiquity Global Services, Inc. | | 1140 AVENUE OF THE AMERICAS | FL 1 | NEW YORK | NY | 10036-5801 | |

# **Exhibit G**

# Exhibit G

Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| ALLSEC TECHNOLGIES LLC | BERLIN DAVID-MARCUS | 2628 HOYT AVE, APT 12 | EVERETT | WA | 98201 |
| Crowell & Moring LLP | c/o Randall Hagen | 1001 Pennsylvania Avenue, NW | Washington | WA | 20004 |
| Environmental Corporation of America | | 1375 Union Hill Industrial Ct. | Alpharetta | GA | 30004 |
| Fold, Inc. | Courtney Rogers Perrin, Esq. | 150 3rd Ave. South, Suite 1900 | Nashville | TN | 37201 |
| International Fingerprint, Inc. | | 6999 Dolan Dr | Glouster | OH | 45732 |
| Zap Solutions, Inc. | Attn: Anthony Cao and Nadia Asoyan | 200 North La Salle St | Chicago | IL | 60601 |