# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. [•]** |

**ORDER GRANTING DEBTORS' <u>EMERGENCY</u> MOTION FOR ENTRY OF AN
ORDER (I) ADJOURNING CERTAIN MATTERS SET FOR HEARING ON
DECEMBER 19, 2023; (II) EXTENDING THE DEADLINE FOR DEBTORS TO FILE A
<u>REPLY; AND (III) GRANTING RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] of the Debtors for entry of an order (this "<u>Order</u>")

(i) adjourning the Hearing on the Foreign Currency Sale Motion to no earlier than the omnibus

hearing scheduled for January 17, 2024, at 11:00 a.m. (prevailing Eastern Time), (ii) extending

the Reply Deadline to no earlier than January 10, 2024, at 4:00 p.m. (prevailing Eastern Time),

(iii) permitting a subsequent reply brief of no more than 10 pages with fact declarations,  and

(iv) granting related relief, as more fully described in the Motion; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

*Order of Reference* from the United States District Court for the District of Delaware, dated

February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. §

157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to

28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification
number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and
Prime Digital, LLC (4528). The Debtors' service address is10845 Griffith Peak Dr., #03-153, Las Vegas,
Nevada 89135.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Article III of the United States Constitution; and due and sufficient notice of the Motion having

been given under the particular circumstances; and it appearing that no other or further notice is

necessary; and the Court having considered the Evans Declaration; and the Court finding that the

relief requested in the Motion is reasonable and in the best interests of the Debtors' estates; and

after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED**

**THAT**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Foreign Currency Sale Motion, set for hearing on December 19, 2023, shall

be adjourned to the omnibus hearing scheduled for January 17, 2024, at 11:00 a.m. (prevailing

Eastern Time).

3.      The Reply Deadline is extended to January 10, 2024, at 4:00 p.m. (prevailing

Eastern Time).

4.      The Debtors are authorized to submit a subsequent reply brief of no more than 10

pages with fact declarations on or before the Reply Deadline.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

6.      Notice of the Motion as provided therein constitutes good and sufficient notice of

such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied

by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order

are immediately effective and enforceable upon its entry.

8.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.