IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF J. GREER GRIFFITH IN SUPPORT OF THE
THE REPLY OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE DEBTORS TO SELL CERTAIN FOREIGN
CURRENCY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS,
AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363**

I, Jessica Greer Griffith, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1. I am partner at the law firm of McDermott Will & Emery LLP, counsel for Prime Core Technologies Inc. and certain of its affiliates and subsidiaries (the "Debtors") in the above-captioned matter. I am an attorney in good standing and admitted to practice in the States of New York, New Jersey, and Pennsylvania and the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, Eastern District of Pennsylvania, District of New Jersey, and the Eastern District of Michigan.

2. I submit this Declaration in support of the *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

*Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363* [Doc. No. 413] (the "Motion"). For the reasons set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief* [Doc. No. 587]. I am submitting this Declaration in lieu of a declaration from a fact witness.

3. The below referenced and attached documents were provided to me by company personnel and financial consultants to the company.

4. Attached as Exhibit A is a true copy of the Escrow Agent Notice of Resignation & Prime Trust Account Termination, dated as of October 3, 2019.

5. Attached as Exhibit B are true copies of Prime Trust User Agreements, dated as of April 21, 2022 and April 22, 2022.

6. Attached as Exhibit C is a true copy of an account statement from Alliance Bank of Arizona, a division of Western Alliance Bank, dated as of December 3, 2021.

7. Attached as Exhibit D is a true copy of an excel chart summarizing foreign currency account balances at the Bank of Montreal between January 2022 and August 2023.

8. Attached as Exhibit E is a true copy of the TrustLabs, Inc. Company Organization/Ownership Chart.

9. Attached as Exhibit F is a true copy of a Prime PowerPoint presentation entitled "API Deep Dive: Integrating with the Prime Trust API".

10. Attached as Exhibit G is a true copy of the Excerpts of the Deposition Transcript of Former Prime Executive No. 1.

11. Attached as <u>Exhibit H</u> is a true copy of the Excerpts of the Deposition Transcript of Former Prime Executive No. 2.

Dated: December 14, 2023
       New York, New York

*[signature: Jessica Greer Griffith]*
_____
Jessica Greer Griffith
One Vanderbilt Avenue
New York, New York 10017-3852
 (212) 547-5400
 (212) 547-5444
GGriffith@mwe.com

*Counsel to the Debtors and Debtors in Possession*