October 3, 2019

VIA EMAIL (legal@truecoin.com)

TrueCoin LLC
325 9th Street
San Francisco, CA 94103
Attn: Alex De Lorraine

Re: Escrow Agent Notice of Resignation &
    Prime Trust Account Termination

Dear Mr. De Lorraine:

Prime Trust serves as escrow agent for the benefit of holders of your various currency-backed stablecoins (TUSD, TCAD, TAUD and TGBP). This letter shall serve as notice of Prime Trust's formal resignation as escrow agent in accordance with the terms of our Escrow Services Agreements, termination of the Partnership Agreement dated February 23, 2018, as amended, and termination of each Prime Trust Custodial Agreements held by you and your affiliates.

At your request, Prime Trust has reviewed your compliance program, including your compliance policies and procedures as well as an audit of your onboarding of prospective TUSD users. The results of our review were unsatisfactory and raise significant regulatory compliance concerns. As a result, the resources required by our firm to uphold a high standard of regulatory compliance, particularly with respect to onboarding new users who are not already Prime Trust account holders, is not economically viable under the current compensation arrangement.

At your earliest convenience, we wish to schedule a call to coordinate the transition process and termination of your various accounts. As a professional courtesy, Prime Trust shall continue to review new TUSD onboarding requests until October 10th but for the remainder of the transition period shall limit its role to holding assets in escrow and processing redemptions from existing TUSD holders that have cleared our compliance review.

Very truly yours,

*George S. Georgiades*

George S. Georgiades
General Counsel