# Alliance Bank
## OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
Return Service Requested

PRIME TRUST LLC
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV 89145-5754

Last statement: November 30, 2021
This statement: December 31, 2021
Total days in statement period: 31

Page 1

( 1 )

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
1 East Washington St
Phoenix AZ 85004

*THANK YOU FOR BANKING WITH US!*

\* \* Closed Account - Final Statement

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $68,352.41 |
| Enclosures | 1 | Total additions | 20,470,395.24 |
| Low balance | $0.00 | Total subtractions | 20,538,747.65 |
| Average balance | $0.00 | Ending balance | $.00 |
| Avg collected balance | $0 | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 12-01 | ' ACH Debit<br>LEASE ADMIN CNTR LEASE PYMT 211201 | 431.24 |
| 12-01 | ' ACH Debit<br>SP FINANCIAL LEASE PYMT SD Rent Payment | 1,878.33 |
| 12-01 | ' ACH Debit<br>LEASE ADMIN CNTR LEASE PYMT 211201 | 11,804.19 |
| 12-01 | ' Wire Dr O/L Usd<br>-Transfer | 7,080,125.36 |
| 12-02 | ' ACH Debit<br>GLOBAL PAYMENTS GLOBAL STL 211202 | 2,122.75 |
| 12-02 | ' Wire Dr O/L Usd<br>-Transfer | 1,019,775.85 |

PRIME TRUST LLC                                                                                              Page 2
December 31, 2021

| Date  | Description | Subtractions |
|-------|-------------|--------------|
| 12-03 | ' ACH Debit<br>RIPPLING GSUITE_RES 211202<br>41EELQ8B95QZZW4 | 1,618.64 |
| 12-03 | ' ACH Debit<br>RIPPLING BILL 211202<br>YVG84NPO0VEJXBQ | 2,125.97 |
| 12-03 | ' ACH Orig Dr Return<br>ACH ORG DR RETURN ACH RTN- R06 ORIGINAL ENTRY<br>EFF DATE = 210408 KLEAN SCISSORS INCCRJVYVQ9K7YHHP4 | 24.17 |
| 12-03 | ' ACH Orig Dr Return<br>ACH ORG DR RETURN ACH RTN- R06 ORIGINAL ENTRY<br>EFF DATE = 210603 KLEAN SCISSORS INCCRKKRQPYWV4VAYE | 25.00 |
| 12-03 | ' ACH Orig Dr Return<br>ACH ORG DR RETURN ACH RTN- R06 ORIGINAL ENTRY<br>EFF DATE = 210708 KLEAN SCISSORS INCCRNRVMEFPVKVVYT | 25.00 |
| 12-03 | ' ACH Orig Dr Return<br>ACH ORG DR RETURN ACH RTN- R06 ORIGINAL ENTRY<br>EFF DATE = 210506 KLEAN SCISSORS INCCRRKKCWCXKQDNYR | 26.00 |
| 12-03 | ' Wire Dr O/L Usd<br>▓▓▓▓▓ Transfer | 6,457,802.72 |
| 12-07 | ' ACH Debit<br>CoEfficient Labs CoEfficien 211207<br>ST-G8O8Q3C5Y1I3 | 18,000.00 |
| 12-07 | ' Wire Dr O/L Usd<br>WIRE OUT;BNF-PRIME TRUST LLC;OBI-FX#146059 INTL WIRE G<br>BP 124.44 | 162.35 |
| 12-07 | ' Wire Dr O/L Usd<br>WIRE OUT;BNF-PRIME TRUST LLC;OBI-FX#146062 INTL WIRE E<br>UR 183.75 | 203.93 |
| 12-07 | ' Wire Dr O/L Usd<br>WIRE OUT;BNF-PRIME TRUST LLC;OBI-FX#145763 INTL WIRE E<br>UR 4,089,034.06 | 4,591,249.22 |
| 12-09 | ' ACH Debit<br>RIPPLING QEADJUSTME 211208<br>LBB7R2EXXGGQ1JL | 1,252.22 |
| 12-09 | ' ACH Debit<br>RIPPLING PAYROLL 211208<br>RAAJGRY5OLGKO4R | 2,186.67 |
| 12-13 | ' ACH Debit<br>RIPPLING PAYROLL 211210<br>RGAX7MJNMD3WEDK | 2,239.68 |
| 12-14 | ' ACH Debit<br>RIPPLING TAXWITHDRA 211213<br>OGWPMK682VREXNO | 30.42 |
| 12-14 | ' ACH Debit<br>RIPPLING GARNISHMEN 211213<br>O17QV3GR7O8MQXB | 141.50 |

PRIME TRUST LLC                                                                                  Page 3
December 31, 2021

| Date  | Description | Subtractions |
|-------|-------------|-------------:|
| 12-14 | ' ACH Debit<br>RIPPLING GARNISHMEN 211213<br>RJPQO2WA6OGVQMB | 141.50 |
| 12-14 | ' ACH Debit<br>GLOBALIZATION PA Collection 211213 | 209.91 |
| 12-14 | ' ACH Debit<br>RIPPLING TAXWITHDRA 211213<br>E897VMXXEOZ2B9Y | 1,430.65 |
| 12-14 | ' ACH Debit<br>RIPPLING PAYROLL 211213<br>VG9QWLKXPEDQMMJ | 2,000.00 |
| 12-14 | ' ACH Debit<br>RIPPLING TAXWITHDRA 211213<br>WAVZ6VPPZVJOVJB | 4,126.92 |
| 12-14 | ' ACH Debit<br>RIPPLING TAXWITHDRA 211213<br>DZG5B9QQLYW5OGN | 50,283.19 |
| 12-14 | ' ACH Debit<br>RIPPLING PAYROLL 211213<br>BLAKL8WRW86GPL2 | 77,500.00 |
| 12-14 | ' ACH Debit<br>RIPPLING TAXWITHDRA 211213<br>0KPXNJQEBYGV7XL | 332,279.12 |
| 12-14 | ' ACH Debit<br>RIPPLING PAYROLL 211213<br>1M38JQLBRDKNDZY | 654,443.98 |
| 12-15 | ' ACH Debit<br>GIACT SYSTEMS GIACT FEES 211215 | 666.32 |
| 12-16 | ' ACH Debit<br>GLOBALIZATION PA Collection 211215 | 38,466.79 |
| 12-17 | ' ACH Debit<br>GLOBALIZATION PA Collection 211216 | 59,822.20 |
| 12-20 | ' ACH Debit<br>GALILEO PCCD2783 GalileoFT 211220 | 2,500.00 |
| 12-21 | ' ACH Debit<br>IRON MOUNTAIN BT1220 211221 | 94.42 |
| 12-22 | ' Analysis Results Chg<br>ANALYSIS CHARGES FOR 11/21 | 16,276.20 |
| 12-22 | ' Fee Based Charge<br>FEE BASED CHARGES FOR 11/21 | 700.00 |
| 12-23 | ' ACH Debit<br>GLOBALIZATION PA Collection 211222 | 398.62 |
| 12-28 | ' ACH Debit<br>GLOBALIZATION PA Collection 211227 | 60,945.05 |
| 12-29 | Miscellaneous Debit | 42,798.14 |

PRIME TRUST LLC  Page 4
December 31, 2021

| Date | Description | Subtractions |
|---|---|---|
| 12-29 | ' Analysis Results Chg<br>CLOSING FEES | 413.43 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 12-01 | ' Online Transfer Cr<br>REF 3350943L FUNDS TRANSFER FRMDEP<br>FROM TRANSFER | 7,080,125.36 |
| 12-01 | ' Wire Cr-Usd<br>133500662979-INV INV0023000 | 375.00 |
| 12-01 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211201<br>8788210012151 | 195.00 |
| 12-01 | ' ACH Credit<br>M10 Networks, In Bill.com M10 Networks, Inc.<br>Bill.com 016WLGUDS216Q6Q Multiple invoices | 3,315.00 |
| 12-02 | ' Online Transfer Cr<br>REF 3361236L FUNDS TRANSFER FRMDEP<br>FROM TRANSFER | 1,019,775.85 |
| 12-02 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211202<br>8788210012151 | 6,143.00 |
| 12-02 | ' ACH Credit<br>EARNITY, INC. PRIME TRUS 211202 | 6,500.00 |
| 12-02 | ' ACH Credit<br>TrustLabs, Inc. Bill.com TrustLabs, Inc. B<br>ill.com 016AUJRWT2198S3 Inv #INV0002915 | 16,325.00 |
| 12-03 | ' Online Transfer Cr<br>REF 3371144L FUNDS TRANSFER FRMDEP<br>FROM TRANSFER | 6,457,802.72 |
| 12-03 | ' Wire Cr-Usd<br>133700671418-INV0002824 | 3,250.00 |
| 12-03 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211203<br>8788210012151 | 983.00 |
| 12-03 | ' ACH Credit<br>SETTLE Collectibl Collectible Holdin<br>gs Inc. DBA: Dibbs, Invoice #INV0002832 from 2021-11-0 | 3,207.21 |
| 12-06 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211206<br>8788210012151 | 75.00 |
| 12-06 | ' ACH Credit<br>SETTLE Collectibl Collectible Holdin<br>gs Inc. DBA: Dibbs, Invoice #INV0023009 from 2021-11-3 | 3,293.26 |

| | | Page 5 |
|---|---|---|
| PRIME TRUST LLC | | |
| December 31, 2021 | | |

| Date | Description | Additions |
|---|---|---|
| 12-06 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211206<br>8788210012151 | 9,913.88 |
| 12-07 | ' Online Transfer Cr<br>REF 3411211L FUNDS TRANSFER FRMDEP XXXXXX5505<br>FROM FX FUNDS TO WIRE OUT | 162.35 |
| 12-07 | ' Online Transfer Cr<br>REF 3411211L FUNDS TRANSFER FRMDEP XXXXXX5505<br>FROM FX FUNDS TO WIRE OUT | 203.93 |
| 12-07 | ' Online Transfer Cr<br>REF 3411211L FUNDS TRANSFER FRMDEP XXXXXX5505<br>FROM FX FUNDS TO WIRE OUT | 4,591,249.22 |
| 12-08 | ' Wire Cr-Usd<br>WIRE IN;ORG-STABLE CUSTODY GROUP II LLC;OBI-Not Provided | 327.31 |
| 12-08 | ' Wire Cr-Usd<br>WIRE IN;ORG-EQUIFUND LLC;OBI-HOME BISTRO | 9,169.59 |
| 12-08 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211208<br>8788210012151 | 2,280.00 |
| 12-09 | ' Wire Cr-Usd<br>WIRE IN;ORG-PRIME TRUST LLC;OBI-266A 23038 22913 | 5,965.00 |
| 12-09 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211209<br>8788210012151 | 20,849.00 |
| 12-09 | ' ACH Credit<br>TrustLabs, Inc. Bill.com TrustLabs, Inc. Bill.com 016VXNZGU21KRGE Multiple invoices | 24,825.00 |
| 12-10 | ' Wire Cr-Usd<br>WIRE IN;ORG-DIME LLC;OBI-DIME LLC ACH DEPOSIT RESERVE | 15,000.00 |
| 12-10 | ' ACH Credit<br>EARNITY, INC. PRIME TRUS 211210 | 157.41 |
| 12-10 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211210<br>8788210012151 | 5,015.00 |
| 12-13 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211213<br>8788210012151 | 745.00 |
| 12-13 | ' ACH Credit<br>GLOBAL PAYMENTS GLOBAL DEP 211213<br>8788210012151 | 5,195.00 |
| 12-14 | ' Wire Cr-Usd<br>WIRE IN;ORG-PRIME TRUST, LLC;OBI-TO COVER OVERDRAFT | 1,000,000.00 |
| 12-14 | ' ACH Credit<br>PRIME TRUST LLC 6IAE IDEX 211214<br>B8FDBCD481E444C | 19.00 |

| | PRIME TRUST LLC | Page 6 |
|---|---|---|
| | December 31, 2021 | |

| Date | Description | Additions |
|---|---|---|
| 12-14 | ' ACH Credit | 2,754.90 |
| | SETTLE Collectibl Collectible Holdin | |
| | gs Inc. DBA: Dibbs, Invoice #INV0002091 from 2021-11-0 | |
| 12-14 | ' ACH Credit | 4,477.10 |
| | Const LLC Bill.com Const LLC B | |
| | ill.com 025QSWCMBI4IR3E Inv #INV0023014 | |
| 12-15 | ' Wire Cr-Usd | 85.00 |
| | WIRE IN;ORG-DV CHAIN LLC USD;OBI-ROUTINE NUMBER: 12210 | |
| | 5980 | |
| 12-15 | ' Wire Cr-Usd | 92.00 |
| | WIRE IN;ORG-PRIME TRUST LLC;OBI-38FB | |
| 12-16 | ' Wire Cr-Usd | 8,460.00 |
| | WIRE IN;ORG-CMAMA LIMITED;OBI-CMAMA | |
| 12-16 | ' ACH Credit | 1,291.30 |
| | GLOBAL PAYMENTS GLOBAL DEP 211216 | |
| | 8788210012151 | |
| 12-17 | ' Wire Cr-Usd | 50,000.00 |
| | WIRE IN;ORG-PRIME TRUST, LLC;OBI-TO COVER OVERDRAFT | |
| 12-17 | ' ACH Credit | 8,016.00 |
| | GLOBAL PAYMENTS GLOBAL DEP 211217 | |
| | 8788210012151 | |
| 12-20 | ' ACH Credit | 3,282.00 |
| | GLOBAL PAYMENTS GLOBAL DEP 211220 | |
| | 8788210012151 | |
| 12-20 | ' ACH Credit | 5,085.00 |
| | GLOBAL PAYMENTS GLOBAL DEP 211220 | |
| | 8788210012151 | |
| 12-22 | ' ACH Credit | 351.00 |
| | M10 Networks, In Bill.com M10 Networks, Inc. | |
| | Bill.com 016LJSFTE224N3P Inv #INV0022968 | |
| 12-22 | ' ACH Credit | 22,539.00 |
| | GLOBAL PAYMENTS GLOBAL DEP 211222 | |
| | 8788210012151 | |
| 12-23 | ' Wire Cr-Usd | 5,000.00 |
| | WIRE IN;ORG-PRIME TRUST LLC;OBI-77F6 INV0002803 | |
| 12-23 | ' ACH Credit | 34.80 |
| | GLOBAL PAYMENTS GLOBAL DEP 211223 | |
| | 8788210012151 | |
| 12-23 | ' ACH Credit | 1,000.00 |
| | Const LLC Bill.com Const LLC B | |
| | ill.com 025ANPFLLB4QDKY Inv #INV0002779 | |
| 12-28 | ' ACH Credit | 3,000.00 |
| | GLOBAL PAYMENTS GLOBAL DEP 211228 | |
| | 8788210012151 | |
| 12-28 | ' Return Item | 60,945.05 |
| | GLOBALIZATION PA Collection 211227 | |
| | CHECK | |

PRIME TRUST LLC  Page 7
December 31, 2021

| Date | Description | Additions |
|---|---|---|
| 12-29 | ' Wire Cr-Usd | 540.00 |
| | WIRE IN;ORG-PUBLIC MNT INC;OBI-SWIFT: BBFXUS6SXXXINVOICE NUMBER INV0023078 | |
| 12-29 | ' Wire Cr-Usd | 1,000.00 |
| | WIRE IN;ORG-PUBLIC MNT INC;OBI-SWIFT: BBFXUS6SXXXINVOICE NUMBER INV0002787 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 68,352.41 | 12-09 | 143,823.48 | 12-20 | 27,216.01 |
| 12-01 | 58,123.65 | 12-10 | 163,995.89 | 12-21 | 27,121.59 |
| 12-02 | 84,968.90 | 12-13 | 167,696.21 | 12-22 | 33,035.39 |
| 12-03 | 88,564.33 | 12-14 | 52,360.02 | 12-23 | 38,671.57 |
| 12-06 | 101,846.47 | 12-15 | 51,870.70 | 12-28 | 41,671.57 |
| 12-07 | 83,846.47 | 12-16 | 23,155.21 | 12-29 | 0.00 |
| 12-08 | 95,623.37 | 12-17 | 21,349.01 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*



**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

The Annual Percentage Rate and Daily Periodic Rate may vary.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

DP-002 (Rev. 07/16) ABA



Member FDIC