*(Figures denominated in local currency)*

| Bank | Account Name | Account Identifier | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Ending Balances | | | | | | | | | | |
| BMO | CAD Account | x4422 | 0 | 0 | 0 | 0 | 1,100 | 3,436,100 | 13,323,402 | 1,618,288 | 1,611,986 | 611,986 | 611,986 | 5,111,813 | 5,111,813 | 4,111,813 | 2,812,846 | 2,809,519 | 2,847,353 | 2,810,029 | 2,810,029 | 2,810,029 |
| BMO | EUR Account | x0089 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 297,807 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 |
| BMO | GBP Account | x7755 | 0 | 0 | 0 | 1,000 | 10,502,617 | 17,282,508 | 21,994,339 | 14,455,411 | 12,982,007 | 11,175,811 | 8,295,992 | 6,554,909 | 6,521,184 | 1,450,910 | 1,188,341 | 236,341 | 2,179,888 | 2,096,888 | 2,096,888 | 2,096,888 |
| BMO | JPY Account | x5533 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 |
| BMO | AUD Account | x1188 | N/A | N/A | 0 | 0 | 1,000 | 12,211,000 | 22,559,041 | 22,541,791 | 22,544,800 | 22,263,015 | 21,863,862 | 21,861,837 | 18,857,086 | 3,857,546 | 2,459,697 | 4,024,956 | 6,798,404 | 6,793,581 | 6,793,581 | 6,793,581 |
| BMO | HKD Account | x0059 | N/A | N/A | N/A | N/A | N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |