

Doc ID: 3f2b6080336d85028a675a6fc19a298fccec9c49



Audit Trail

| | |
|---|---|
| **TITLE** | Certified TL Org Chart 2022 |
| **FILE NAME** | rotated Shot 2022...t 10.42.17 AM.pdf |
| **DOCUMENT ID** | 3f2b6080336d85028a675a6fc19a298fccec9c49 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**    **05 / 16 / 2022**    17:47:48 UTC    Sent for signature to Alex de Lorraine (alex.delorraine@trusttoken.com) from legal@trusttoken.com
IP: 99.50.228.33

**VIEWED**    **05 / 16 / 2022**    17:59:27 UTC    Viewed by Alex de Lorraine (alex.delorraine@trusttoken.com)
IP: 81.92.203.12

**SIGNED**    **05 / 16 / 2022**    17:59:44 UTC    Signed by Alex de Lorraine (alex.delorraine@trusttoken.com)
IP: 81.92.203.12

**COMPLETED**    **05 / 16 / 2022**    17:59:44 UTC    The document has been completed.

Powered by HELLOSIGN