# API Deep Dive

## Integrating with the Prime Trust API



AGENDA

## Getting Started

Account Creation

Account Opening and KYC

Fiat Transactions

Asset Transactions

Liquidity



# GETTING STARTED - Environments

**Prime Trust Sandbox and Production:**

## Sandbox

- All development and testing happens in sandbox.
- All transactions, quotes and fees are fictional.
- Asset "costs" are fixed and do not reflect market prices.
- Transactions in sandbox need to be manually settled and cleared using sandbox specific API endpoints.
- API certification will happen in sandbox.
- WebUI: https://sandbox.cloud.primetrust.com
  - Use service user credentials to login
- API: https://sandbox.primetrust.com

## Production

- Live environment.
- Not permitted to operate in production until API certification is passed and approved for soft launch.
- WebUI: https://cloud.primetrust.com
  - Use service user credentials to login
- API: https://api.primetrust.com



## GETTING STARTED - Account Hierarchy

### API Objects

- Users
  - A "User" also called a "Service User", must be created for Interaction with authenticated endpoints. After creating a "User", create a JWT to authenticate with the end points.
  - https://documentation.primetrust.com/#tag/Users
  - https://documentation.primetrust.com/#tag/Authentication
- Organizations
  - An organization object is created once the first "Account" is created by the "User".
  - Global policies are managed at the organization level.
- Accounts
  - Accounts are where fiat and assets are custodied for an individual or entity (company).
- Contacts represent a person's or entity's KYC (KYB) information and are associated with an "Account".





## GETTING STARTED - Creating the Service User, Organization & Custodial Account

Each organization has a single service user which is used for all interactions between the integrator application and Prime Trust (it's possible to create multiple users, but this is more for operational management). The process for creating the service user, organization and first custodial account differs based on the environment.

## Sandbox

- Create a service user using the API
  - ⚠️ Service user should be a non-personal email address used specifically for the API integration. The address should use your companies domain name.
  - POST /v2/users

- Create a JWT for authentication.
  - POST /auth/jwts

- Create a custodial account using the API.
  - POST /v2/accounts

- ⚠️ Creation of the first custodial account will automatically create the organization and use the name of this first account as the organization name.

## Production

- An email invitation will be sent that contains a link to create the service user, organization and 1st custodial account.
  - The Service User email should be a non-personal email address used specifically for the API integration

- Create a JWT for authentication using the credentials for the User created in the previous step.
  - POST /auth/jwts

- Create a custodial account using the API.
  - POST /v2/accounts

- ⚠️ Creation of the first custodial account will automatically create the organization and use the name of this first account as the organization name.

- ⚠️ **Consult your TC or CL before creating additional "Users" in Production.**



# GETTING STARTED - Updating Service Users and Authentication

API Service User and JWT
- https://documentation.primetrust.com/#section/Creating-a-User
- https://documentation.primetrust.com/#section/Creating-a-JWT

## API Service Users

- Changing the Service User Email
  - Use the current JWT and call PATCH /v2/users/current to change the name and/or email
- Resetting the Password
  - Option 1
    - Login to the dashboard click the person icon in the top left then click "Reset Your Password".
  - Option 2
    - Navigate to https://cloud.primetrust.com and click on "Forgot password?"
    - You will have to enter the current email of the "User".
    - Access to this email is required in order to reset the password.
  -  Resetting the password will deactivate all existing JWTs.

## Service User JWT

- Default JWT expiration is one week.

- Use the current JWT and call PATCH /v2/users/current to change the password.
  - If the password is changed, the JWT will need to be regenerate, as any existing JWT will not work.

- https://documentation.primetrust.com/#tag/Authentication

- POST {env}/auth/jwts?otp=410121&expires_at=2023-01-01Z18:00:00



GETTING STARTED - Prime Trust Portal

## Prime Trust Cloud Portal

- Prime Trust maintains a portal for integrators to manage accounts.
  - https://cloud.primetrust.com
  - https://sandbox.cloud.primetrust.com
- Additional Users can be added to the organization to manage accounts
- The user is invited to each account they will manage via user-invitations
  - Via the API
    - https://documentation.primetr ust.com/#tag/User-Invitations
  - Via the Cloud Portal
    - Navigate to the Account and select the "Manage" tab on the left.
  - ⚠️ Note that additional users must be invited to each account.





# GETTING STARTED - Idempotent IDs

Idempotent IDs are used to prevent requests from being executed multiple times due to network retries. The X-Idempotent-ID-V2 header should be included in all requests that create or modify objects within Prime Trust. The idempotent ID value should be a GUID V4. The value should be unique for each new request but unchanged for retries of the same request.

- https://documentation.primetrust.com/#section/Getting-Started/Idempotent-Object-Creation

If a request is received with the same idempotent ID as a previous request, Prime Trust will return the previous response without re-processing the request.

Best Practices:
- Idempotent ID's should be used for any request that modifies data on the server.
  - POST
  - PATCH
  - DELETE
- Idempotent ID's should not be used for GET requests.
- Use timeouts, backoff algorithms and limit retries on idempotent requests.
  - https://bpaulino.com/entries/retrying-api-calls-with-exponential-backoff
  - https://www.npmjs.com/package/good-guy-http
- If any response is received, even a system error, the idempotent id value must be changed on the next request. Failing to do so may result in an infinite loop.

```
POST https://sandbox.primetrust.com/v2/accounts
X-Idempotent-ID-V2: 23cb718d-562b-4437-ba2a-f7ecd2d76fc4
{
    …
}
```



# GETTING STARTED - Webhooks

Prime Trust webhooks for event management

## Webhook Configs

- Webhooks can only be configured at the account level.

- Use the webhook-configs API endpoint or embed the configuration in the API "accounts" endpoint.

- The "contact-email" field should be an operational email account, i.e. webhook-ops@domain.com.

- The "shared-secret" field can be set or they system will choose one for you.

- Security
  - Each webhook request includes the header X-Prime-Trust-Webhook-Hmac, a base64-encoded SHA256 digest.
  - It is generated using the shared secret available in the webhook-config along with the exact body of the webhook sent in the webhook request.
  - To verify the webhook came from Prime Trust compute the HMAC hash and compare it to the value in the X-Prime-Trust-Webhook-Hmac header.

## Webhooks

https://developers.primetrust.com/docs/webhooks-integration
https://developers.primetrust.com/docs/kyc-webhooks

- Security
  - Each webhook request includes the header X-Prime-Trust-Webhook-Hmac, a base64-encoded SHA256 digest.
  - It is generated using the shared secret in the webhook-config and the exact body of the webhook sent.
  - To verify the webhook came from Prime Trust compute the HMAC hash and compare it to the value in the X-Prime-Trust-Webhook-Hmac header.
- Prime Trust webhook servers expect an http 200 status response from the webhook server.

- If Prime Trust's server doesn't receive a response within 3 seconds it considers the sent webhook a failure.

  - The "failures" field, in the webhook object, will increment for each failure.



- PT's webhook service will resend the webhook every minute for 10 iterations. The webhook-config will be disabled if a 200 status response is never received.
  - The webhook-config will need to be re-enabled.

- A webhook can be retried using v2/webhooks/{webhook-id}/retry.

- Default window for GET v2/webhooks is the last 2 hours.

- webhook retention is 14 days.

# Account Creation





## ACCOUNT CREATION - Pre-create Requirements

Before creating a custodial account, the following requirements must be met, and certified, in the UI used by all end users:

### US Patriot Act

> US Patriot Act: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will require your driver's license or other identifying documentation.

- Must be displayed in full to the user; cannot be behind a link or incorporated into another document or agreement.
- Does not require user acknowledgement.

### Integrator Privacy Policy
- Must be available for the user to read.
- May be behind a link.
- End user is not required to display or read but must acknowledge (e.g.: checkbox or "Agree" button) the agreements.

### Integrator Terms and Conditions
- Must be available for the user to read.
- May be behind a link.
- End user is not required to display or read but must acknowledge (e.g.: checkbox or "Agree" button) the agreements.

### Prime Trust Account Agreement
- Must be available for the user to read.
- May be behind a link but must be separate from the integrator agreements.
- End user is not required to display or read but must acknowledge (e.g.: checkbox or "Agree" button).

### Preventing Prime Trust Account Creation

- Must prevent individuals and entities not in approved countries from signing up.
- Must block sign up of individuals and entities not in approved US States.
  - **As of 06/01/2023:  New York, Hawaii, Texas, Connecticut, North Carolina, South Dakota, Maine, Idaho**

11

## ACCOUNT CREATION - Agreement Preview

A preview of the custodial account agreement can be obtained using the /v2/agreement-previews request.

- Set the Account "name" field to either the entity name or the individual's name (e.g.: "Acme Inc." or "Jane Doe").

- Set the "authorized-signature" field to a space, i.e. " "

- Set the "owner" object first_name, middle_name and last_name fields to the account owner's names.
  - For a company, set the owner "name" field to the company name.

- All other fields can be set to temporary static text. Note that there is some validation performed on these fields (e.g.: valid region/country codes; DOB > 18yrs ago; etc).

- ⚠ **Be sure to update the authorized -signature fields to the correct name before creating the account.**

```
POST /v2/agreement-previews
{
    "data" : {
                "type" : "agreement-previews",
                "attributes" : {
                    "account-type" : "custodial",
                    "name" : "string",
                    "authorized-signature" : " ",
                    "owner" : {
                                "contact-type" :
"natural_person",

                                "first_name" : "string",
                                "middle_name" : "string",
                                "last_name" : "string",
                                "email" : "static-string",
                                "date-of-birth" : "static-
string",

                                "tax-id-number" : "static-
string",

                                "primary-phone-number" : {
                                    "number" : "static-
string"
                                },
                                "primary-address" : {
                                    "street-1" : "static-
string",

                                    "postal-code" :
"static-string",

                                    "city" : "static-
string",

                                    "region" : "static-
string",

                                    "country" : "static-
string"
                                }
                }
```





## ACCOUNT CREATION - Individual (natural_person) Accounts

Individual custodial accounts will have a single contact.

- https://developers.primetrust.com/docs/kyc-process/#individual-kyc-process
- Create the webhook-config in the Account Creation request body.

```
{
  "data": {
    "type": "account",
    "attributes": {
      "account-type": "custodial",
      "name": "{{contact:1:name}}",
      "authorized-signature": "{{contact:1:name}}",
      "webhook-config": {
        "contact-email": "Ops@example.com",
        "url": "https://webhook.site/xxxx",
        "enabled": true
      },
      "owner": {
        "contact-type": "natural_person",
        "first_name": "{{contact:1:firstname}}",
        "middle_name": "{{contact:1:middlename}}",
        "last_name": "{{contact:1:lastname}}",
        "email": "{{contact:1:email}}",
        "date-of-birth": "{{contact:1:dob}}",
        "tax-id-number": "{{contact:1:tax:id-number}}",
        "tax-country": "{{contact:1:tax:country}}",
        "ip-address": "{{contact:1:ipaddress}}",
        "geolocation": "",
        "marital-status": "married",
```

```
        "primary-phone-number": {
          "country": "{{contact:1:phone:country}}",
          "number": "{{contact:1:phone:number}}",
          "sms": false
        },
        "primary-address": {
          "street-1": "{{contact:1:address:street-1}}",
          "street-2": "",
          "postal-code": "{{contact:1:address:postal-code}}",
          "city": "{{contact:1:address:city}}",
          "region": "{{contact:1:address:region}}",
          "country": "{{contact:1:address:country}}"
        }
      }
    }
  }
}
```



## ACCOUNT CREATION - Entity/Company Accounts

Entity custodial accounts have a minimum of two contacts.

- https://developers.primetrust.com/docs/kyc-process#entity-kyc-process

- A company contact, representing the Entity.
- An individual (natural_person) contact authorized to sign for the company.
- ⚠ Beneficial Owner Entities should be added using the API endpoint POST v2/contact-relationships.
    - https://documentation.primetrust.com/#operation/GET_v2_contact_relationships
    - See slide 17.

- For end customer custodial accounts, all persons with a 25% or greater ownership of the company must be included as a "related-contact" to the owner.

- The "owner" of an entity account has a "contact-type" of "company" and contains the company information.

- ⚠ The contact field "entity-sub-type" must be set.
    - https://documentation.primetrust.com/#operation/POST_v2_contacts

- Socure SDK may be used to perform the Beneficial Owner contacts' identity and device verification.

- The name on the account object should be the company name.
    - For example: "name": "ABC Company"

- The name on the "Owner" object in the POST v2/accounts request body should be the company name.
    - For example: "name": "ABC Company"

- ⚠ The "authorized-signature" field must be set to the name of a person authorized to sign on behalf of the company.
    - For example: "authorized-signature": "Jane Doe"

14



## ACCOUNT CREATION - Entity/Company Account Creation

The related contacts are the beneficial owners of an entity account. They can be individuals or entities.

- An entity can also be the beneficial owner of an "Entity" account.
  - The beneficial owners of the beneficial owner company will also go through the KYC/KYB process.

- Beneficial owner Entities can be added using the POST v2/contacts and POST v2/contact-relationships API endpoints.

- The "account-roles" key on the Contacts object should be set to "beneficiary".

 - **Contrary to the documentation, Beneficial Owner Entities should NOT be passed in the initial account creation request. See slide 17, "ACCOUNT CREATION - Complex entity structures".**

## ACCOUNT CREATION - Complex entity structures

When creating an entity account it's important to keep in mind what the organizational structure is.

In most cases the company will have one or more individuals who have ownership, but beneficial owners can also be other companies.

If there are company accounts that have multiple beneficial entity owners as shown here then they must be created as a separate company contact and related to the original/main company.

https://documentation.primetrust.com/#operation/POST__v2_contacts
https://documentation.primetrust.com/#tag/Contact-Relationships







ACCOUNT CREATION - Complex entity structures

Steps to relate the beneficial owner entities to the appropriate companies:
Additional information on [contact relationships](#)





ACCOUNT CREATION - Create Beneficial Owner Contact

```
POST /v2/contacts
{
    "data": {
        "type": "contacts",
        "attributes": {
                    "account-id": "{{account:id}}",
            "contact-type": "natural_person",
                    "roles": "[owner]",
            "first_name": "{{contact:1:firstname}}",
            "middle_name": "{{contact:1:middlename}}",
            "last_name": "{{contact:1:lastname}}",
            "email": "{{contact:1:email}}",
            "date-of-birth": "{{contact:1:dob}}",
            "tax-id-number": "{{contact:1:tax:id-number}}",
            "tax-country": "{{contact:1:tax:country}}",
            "label": "{{contact:1:title}}",
            "primary-phone-number": {
                "country": "{{contact:1:phone:country}}",
                "number": "{{contact:1:phone:number}}",
                "sms": false
            },
            "primary-address": {
                "street-1": "{{contact:1:address:street-1}}",
                "street-2": "{{contact:1:address:street-2}}",
                "postal-code": "{{contact:1:address:postal-code}}",
                "city": "{{contact:1:address:city}}",
                "region": "{{contact:1:address:region}}",
                "country": "{{contact:1:address:country}}"
            }
        }
    }
}
```



## ACCOUNT CREATION - Create Beneficial Owner Company

```
POST /v2/contacts
{
    "data": {
        "type": "contacts",
        "attributes": {
                      "account-id": "{{account:id}}",
            "contact-type": "company",
                      "roles": "[owner]",
            "name": "{{company:name}}",
            "email": "{{company:email}}",
            "tax-id-number": "{{company:tax-id-number}}",
            "tax-country": "{{company:tax:country}}",
            "region-of-formation": "{{company:region-of-formation}}",
            "primary-phone-number": {
                "country": "{{company:phone:country}}",
                "number": "{{company:phone:number}}",
                "sms": false
            },
            "primary-address": {
                "street-1": "{{company:address:street-1}}",
                "street-2": "{{company:address:street-2}}",
                "postal-code": "{{company:address:postal-code}}",
                "city": "{{company:address:city}}",
                "region": "{{company:address:region}}",
                "country": "{{company:address:country}}"
            },
```

```
            "related-contacts": [
                {
                    "contact-type": "natural_person",
                    "first_name": "{{contact:1:firstname}}",
                    "middle_name": "{{contact:1:middlename}}",
                    "last_name": "{{contact:1:lastname}}",
                    "email": "{{contact:1:email}}",
                    "date-of-birth": "{{contact:1:dob}}",
                    "tax-id-number": "{{contact:1:tax-id-number}}",
                    "tax-country": "{{contact:1:tax:country}}",
                    "label": "{{contact:1:title}}",
                    "primary-phone-number": {
                        "country": "{{contact:1:phone:country}}",
                        "number": "{{contact:1:phone:number}}",
                        "sms": false
                    },
                    "primary-address": {
                        "street-1": "{{contact:1:address:street-1}}",
                        "street-2": "{{contact:1:address:street-2}}",
                        "postal-code": "{{contact:1:address:postal-code}}",
                        "city": "{{contact:1:address:city}}",
                        "region": "{{contact:1:address:region}}",
                        "country": "{{contact:1:address:country}}"
                    }
                }
            ]
        }
    }
}
```



ACCOUNT CREATION - Create Contact Relationship

```
POST /v2/contact-relationships
{
    "data": {
        "type": "contact-relationships",
        "attributes": {
                    "from-contact-id": "{{company:contact:id}}",
                    "to-contact-id": "{{related-contact:contact:id}}",
                    "percent-ownership": "{{1-100}}",
                    "label": "{{relationship}}"
        }
    }
]
```

 Prime Trust

# Account KYC/KYB and Opening

Prime Trust



# Account Opening and KYC - Account Status

## Account and Contact Objects

The Account and Contact objects track the overall account status.

- Accounts Object
  - "status" field has three values
    - pending
    - opened
    - closed
  - Always use the account "status" as the state of the account.

- Contacts Object
  - "kyc-required-actions"
  - "identity-confirmed": boolean
  - "identity-documents-verified": boolean
  - "cip-cleared": boolean
  - "aml-cleared": boolean
  - ⚠ International users must always provide a "Proof of Address" document if an address is not on the document being used.

- ⚠ Accounts can only be closed by Prime Trust.
  - To initiate the closing of an account, use the endpoint POST v2/accounts/{account-id}/pending-close.

- ⚠ The ability to disable accounts must also be implemented in your application.

## KYC Objects

The kyc-documents-check, cip-checks and aml-checks track the KYC status of a CONTACT.

- v2/kyc-document-checks

- v2/cip-checks

- v2/aml-checks



## ACCOUNT KYC/KYB without Socure SDK

### Sequence Flow

⚠ ● Prime Trust manages the Socure SDK integration.
  ○ An agreement will be sent to sign up for the integration.

● Socure SDK integration is required for individuals and Entity Beneficial Owners.

● Allow user to correct the information they entered.
  ○ Patch the address on the Contact.

  ○ https://documentation.primetrust.com/#operation/PATCH__v2_contacts_contact_id_





## ACCOUNT KYC/KYB Socure SDK

### Sequence Flow using Socure SDK

- Prime Trust manages the Socure SDK integration.
  - An agreement will be sent to sign up for the integration.

- Socure SDK integration is required for individuals and Entity Beneficial Owners.

- Allow user to correct the information they entered.
  - Patch the address on the Contact.



Account KYC/KYB - Exceptions



**KYC exceptions**

Exceptions are thrown when there is an issue with the PII or ID document submitted.

- Random exceptions will be thrown in sandbox, which can result in accounts being closed.
- For Happy Path testing, you can set the following fields on the contact:
  - "name" : "John Jones"
  - "email" : "John@example.com"
  - "date-of-birth" : "1990-01-01"
- To throw specific kyc-required-actions, use the "street-2" field of the address in the owner/contact information

References

Endpoints for Proof of Address

- https://developers.primetrust.com/docs/kyc-webhooks

- https://developers.primetrust.com/docs/kyc-webhooks#error-code--required-actions-reference

| Street-2 value (values are case sensitive) | KYC Result |
| --- | --- |
| happy | Account auto approved |
| N01 | KYC pending with N01 KYC next steps |
| N03 | KYC pending with N03 KYC next steps |
| N04 | KYC pending with N04 KYC next steps |
| N06 | KYC pending with N06 KYC next steps |
| N10 | KYC pending with N10 KYC next steps |
| If not provided, or not one of the values above | Random results |

25



# Account Opening and KYC - Proof of Address

## Contact Address Exceptions

Proof of address (PoA) documents are required in certain circumstances.


- All international end users using an ID without an address must submit a PoA document.
  - POST {env}/v2/uploaded-documents
  - POST {env}/v2/kyc-document-checks
- If an end user mistypes their address or the ID does not match the address on record.
- Allow users to correct the information they entered.
  - Patch the address on the Contact.
- Also, allow the user to upload a proof of address document.
- Example documents (must be dated in the past 90 days).
  - utility bill
  - bank statement
  - insurance statement
- Initiate a kyc-documents-check.
- Set the following field values.
  - identity = false
  - identity-photo = false
  - proof-of-address = true

## PoA Objects

Endpoints for Proof of Address

- https://documentation.primetrust.com/#operation/PATCH__v2_contacts_contact_id_
- https://documentation.primetrust.com/#operation/POST__v2_uploaded_documents
- https://documentation.primetrust.com/#operation/POST__v2_kyc_document_checks



## Account Opening and KYC - Account Status

### Account Opened

Once an account is opened, the following apply.

- The following fields CANNOT be changed.
  - Date of Birth
  - Name
    - A name change requires a customer support ticket.
  - Social Security Number (SSN)
- The following fields CAN be modified.
  - Email
  - Address
  - Phone

### References

https://documentation.primetrust.com/#operation/PATCH__v2_contacts_contact_id

Sample PATCH v2/contacts JSON Request

```
{
 "data": {
  "type": "contacts",
  "attributes": {
        "primary-phone-number": {
            "country": "{{contact:1:phone:country}}",
            "number": "{{contact:1:phone:number}}",
            "sms": false
        },
        "primary-address": {
            "street-1": "{{contact:1:address:street-1}}",
            "street-2": "Apt 1",
            "postal-code": "{{contact:1:address:postal-code}}",
            "city": "{{contact:1:address:city}}",
            "region": "{{contact:1:address:region}}",
            "country": "{{contact:1:address:country}}"
        }
    }
  }
}
```

# Cash Transactions



# Cash Transactions     - Contribution and Disbursement of Funds

There are several endpoints related to the contribution and disbursement of funds. These control the movement of funds in and out as well as the methods used to initiate the funds movements. Additional endpoints and integration related to Plaid and credit/debit card processing are also available.

- https://developers.primetrust.com/docs/deposit-funds
- https://developers.primetrust.com/docs/withdraw-funds

## Contributing Fiat

- v2/contributions

- v2/funds-transfer-methods

- v2/funds-transfers - Tracks all cash transactions
  - status   https://developers.primetrust.com/docs/deposit-funds
  - contingencies-cleared-at

- v2/contingent-holds

- v2/contact-funds-transfer-references

- v2/plaid-items

## Disbursing Fiat

- v2/disbursements

- v2/funds-transfer-methods

- v2/funds-transfers - Tracks all cash transactions
  - status
  - contingencies-cleared-at

- v2/contingent-holds

- v2/disbursements-authorizations



# Cash Transactions    - Wire Contributions

## The contact - funds - transfer - references object

https://documentation.primetrust.com/#tag/Contact        - Funds - Transfer - References

- The endpoint for inbound wire transactions is the POST v2/contact-funds-transfer-references endpoint.

- The bank information is returned for an end user to wire funds to their Prime Trust custodial account.



- **The "reference" field in the returned request body is important to emphasize in your application.**
    - This reference value is also known as the Q-code as it always begins with a "Q".
    - The Q-code MUST be included in the wire instructions.

- Wires do not require a funds transfer method as the wire will automatically generate a funds-transfer-method and funds-transfer once received.

- To simulate an incoming wire, https://documentation.primetrust.com/#operation/POST__v2_contact_funds_transfer_references_contact_funds_transfer_reference_id_sandbox_contribution

# Cash Transactions    - Wire Contributions





**Cash Transactions    - ACH Contributions using Plaid**

# Plaid ACH Integration

- Plaid ACH integration requires each integrator to build their own Plaid integration.
  - [https://plaid.com/docs/quickstart/](https://plaid.com/docs/quickstart/)
  - [https://developers.primetrust.com/docs/plaid-ach-integration/](https://developers.primetrust.com/docs/plaid-ach-integration/)



- ACH contributions via Plaid have a 10 day contingent hold.

- An "instant settlement" can be implemented to pre-fund a users account before the 10 day hold period ends.
  - [https://developers.primetrust.com/docs/instant-settlement-integration](https://developers.primetrust.com/docs/instant-settlement-integration)



## Cash Transactions    - ACH Contributions using Plaid with 10 Day Hold



## Cash Transactions    - ACH Contributions using Plaid with Instant Settlement





## Cash Transactions    -  Credit/Debit Card Contributions

## Credit/Debit Card Integration

- Credit/Debit card  integration requires the use of a card widget.
  - https://developers.primetrust.com/docs/credit-card-integration
  - Use "Contribution flow (option 2: pre-create contribution)"
    - https://developers.primetrust.com/docs/credit-card-integration#contribution-flow-option-2-pre-create-contribution



  - There are two steps for card integration.
    - Link a card.
    - Create a contribution to deposit funds.
- Card contributions have a 24 hour contingent hold.
- An "instant settlement" can be implemented to pre-fund a users account before the 24 hour period.
  - https://developers.primetrust.com/docs/instant-settlement-integration
- **Using card contributions to purchase assets cannot be done in a single workflow.**
  - The contribution and purchase of an asset cannot be done on the same user facing screen.
  - The contribution would be one workflow
  - Purchasing assets would be a separate workflow
- Gift Cards are not supported.

## Cash Transactions   - Credit/Debit Card Contributions with 24 hour hold





## Cash Transactions    - Credit/Debit Card Contributions with Instant Settlement



# Crypto Asset Transactions



# Crypto Asset Transactions       - Asset  Contributions and Disbursements

There are several endpoints related to the contribution and disbursement of assets.  These control the movement of assets in and out as well as the methods used to initiate the asset movements.

- https://documentation.primetrust.com/#tag/Depositing-Assets
- https://documentation.primetrust.com/#tag/Withdrawing-Assets

## Contributing Assets

- v2/asset-transfer-methods (ATM)
  - Always pre-create
  - Incoming
  - Generate the wallet address once and reuse.
    - set "single-use" : false
  - If tax-basis is desired, generate an ATM for each asset-contribution.
    - set "single-use" :  true

- v2/asset-contributions (Sandbox Testing)
  - Incoming asset transfers will book to the correct account  based on the wallet address.

- v2/asset-transfers - Tracks all asset movement.

- v2/contingent-holds

- v2/sub-asset-transfers

## Disbursing Assets

- v2/asset-transfer-methods
  - Always pre-create
  - Outgoing

- v2/asset-disbursements

- v2/asset-transfers - Tracks all asset movement.

- v2/contingent-holds

- v2/disbursements-authorizations

- v2/sub-asset-transfers

# Crypto Asset Transactions    - Asset  Wallets

There are two types of wallets maintained at Prime Trust, warm wallets and hot wallets.  Warm wallets are incorrectly referred to in some of the documentation as "cold" wallets.

 ●     Prime Trust does not support cold wallets.

### Warm Wallets

- Daily batch settlement by Prime Trust 2-3 times on business days, once on weekends.

- Deposited assets always settle in warm wallets.

- Provides a window in which a transaction can be cancelled.

- A sub-asset-transfer is required to move contributions to a hot wallet.

### Hot Wallets

- Asset transactions are settled immediately.

- Assets cannot be moved from hot to warm wallets

40

# Crypto Asset Transactions    - Liquidity

Buying or selling assets starts by requesting a quote. The quote will return the cost of purchasing the asset or the value of the asset to be sold along with the fees involved in executing the trade.

Once the quote is returned, it must be executed within ~8 seconds or it will expire and a new quote will need to be requested.

https://developers.primetrust.com/docs/liquidity-integration

## Quotes

- https://documentation.primetrust.com/#operation/POST__v2_quotes

- https://documentation.primetrust.com/#operation/POST__v2_quotes_quote_id_execute

- The "hot" flag determines if the trade will use a hot or warm wallet.

- Hot wallets are disabled by default but can be enabled by your Technical Consultant on request.

- By default, trades are settled immediately.

- Delayed settlement is coming in 2023.

- A sub-asset-transfer is required to move contributions to a hot wallet.

# Appendix



# Getting Started



# GETTING STARTED - Creating the Service User    - SANDBOX ONLY

To get started in the sandbox environment, you need to create a service user. This is the user that you will use for all inte        ractions with the Prime Trust API. After creating your service user, the first account you create with that user will automatically cr        eate an organization and associate that organization to the service user.

You may create multiple service users in the sandbox environment, but each service user will be associated with a different organization. This can be useful if you want to have separate development, testing and staging environments.

**There is no authorization required for the create user request.**

```
POST https://sandbox.primetrust.com/v2/users
{
  "data": {
    "type": "users",
    "attributes": {
      "name": "string",
      "email": "user@example.com",
      "password": "string"
    }
  }
}
```



## GETTING STARTED - JWT Authorization

The Prime Trust API uses JWT tokens for authentication. The auth/jwts endpoint will return a JWT which can be used for downstream requests. By default, the returned token is valid for 7 days, but this can be changed by specifying the desired expiration date and time in the body of the request.

It is a best practice to use a JWT with a limited lifetime and create a new JWT before that time expiry. It is not recommended to create a JWT for every API call or to create a JWT with an extremely long lifetime (months or years).

```
POST https://sandbox.primetrust.com/auth/jwts
Authorization: Basic base64(email:password)
{
  "expires_at": "YYYY-MM-DDThh:mm:ss"   (optional)
}
```

# Account Creation



## ACCOUNT OPENING - Agreement Preview

A preview of the custodial account preview can be obtained using the /v2/agreement -previews request.

Required fields:
- Set the "name" field to either the entity name or the individual's name (e.g.: "Acme Inc." or "Jane Doe")
- Set the "authorized-signature" field to a space
- Set the first_name, middle_name and last_name fields to the account owner's name

All other fields can be set to temporary static text. Note that there is some validation performed on these fields (e.g.: valid region/country codes; DOB > 18yrs ago; etc).

```
POST /v2/agreement-previews
{
    "data" : {
            "type" : "agreement-previews",
            "attributes" : {
                "account-type" : "custodial",
                "name" : "string",
                "authorized-signature" : " ",
                "owner" : {
                        "contact-type" :
"natural_person",

                        "first_name" : "string",
                        "middle_name" : "string",
                        "last_name" : "string",
                        "email" : "static-string",
                        "date-of-birth" : "static-
string",

                        "tax-id-number" : "static-
string",

                        "primary-phone-number" : {
                            "number" : "static-
string"
                        },
                        "primary-address" : {
                            "street-1" : "static-
string",

                            "postal-code" :
"static-string",

                            "city" : "static-
string",

                            "region" : "static-
string",

                            "country" : "static-
string"
                        }
                }
```



## ACCOUNT OPENING - Create Individual Account without Socure

```
POST /v2/accounts
{
  "data": {
    "type": "account",
    "attributes": {
      "account-type": "custodial",
      "name": "{{contact:1:name}} Account",
      "authorized-signature": "{{contact:1:name}}",
      "webhook-config": {
        "url": "{{webhook:url}}",
        "contact-email": "{{webhook:email}}",
        "shared-secret": "{{webhook:secret}}",
        "enabled": true
      },
      "owner": {
        "contact-type": "natural_person",
        "first_name": "{{contact:1:firstname}}",
        "middle_name": "{{contact:1:middlename}}",
        "last_name": "{{contact:1:lastname}}",
        "email": "{{contact:1:email}}",
        "date-of-birth": "{{contact:1:dob}}",
        "tax-id-number": "{{contact:1:tax:id-number}}",
        "tax-country": "{{contact:1:tax:country}}",
```

```
        "primary-phone-number": {
          "country": "{{contact:1:phone:country}}",
          "number": "{{contact:1:phone:number}}",
          "sms": false
        },
        "primary-address": {
          "street-1": "{{contact:1:address:street-1}}",
          "street-2": "{{contact:1:address:street-2}}",
          "postal-code": "{{contact:1:address:postal-code}}",
          "city": "{{contact:1:address:city}}",
          "region": "{{contact:1:address:region}}",
          "country": "{{contact:1:address:country}}"
        }
      }
    }
  }
}
```

- The webhook-config should be created within the POST v2/accounts request body.



ACCOUNT OPENING - Create Individual Account with Socure

```
POST /v2/accounts
{
  "data": {
    "type": "account",
    "attributes": {
      "account-type": "custodial",
      "name": "{{contact:1:name}} Account",
      "authorized-signature": "{{contact:1:name}}",
      "webhook-config": {
        "url": "{{webhook:url}}",
        "contact-email": "{{webhook:email}}",
        "shared-secret": "{{webhook:secret}}",
        "enabled": true
      },
      "owner": {
        "contact-type": "natural_person",
        "first_name": "{{contact:1:firstname}}",
        "middle_name": "{{contact:1:middlename}}",
        "last_name": "{{contact:1:lastname}}",
        "email": "{{contact:1:email}}",
        "date-of-birth": "{{contact:1:dob}}",
        "tax-id-number": "{{contact:1:tax:id-number}}",
        "tax-country": "{{contact:1:tax:country}}",
        "socure-device-id": "{{contact:1:socure:sessionid}}",
        "socure-document-id": "{{contact:1:socure:documentid}}",
```

```
        "primary-phone-number": {
          "country": "{{contact:1:phone:country}}",
          "number": "{{contact:1:phone:number}}",
          "sms": false
        },
        "primary-address": {
          "street-1": "{{contact:1:address:street-1}}",
          "street-2": "{{contact:1:address:street-2}}",
          "postal-code": "{{contact:1:address:postal-code}}",
          "city": "{{contact:1:address:city}}",
          "region": "{{contact:1:address:region}}",
          "country": "{{contact:1:address:country}}"
        }
      }
    }
  }
}
```

 Prime Trust

## ACCOUNT OPENING - Create Entity Account

```
POST /v2/accounts
{
    "data": {
        "type": "accounts",
        "attributes": {
            "account-type": "custodial",
            "name": "{{company:name}} Account",
            "authorized-signature": "{{contact:1:name}}",
            "webhook-config": {
                "contact-email": "{{webhook:email}}",
                "url": "{{webhook:url}}",
                "shared-secret": "{{webhook:secret}}",
                "enabled": true
            },
            "owner": {
                "contact-type": "company",
                "name": "{{company:name}}",
                "email": "{{company:email}}",
                "tax-id-number": "{{company:tax:id-number}}",
                "tax-country": "{{company:tax:country}}",
                "region-of-formation": "{{company:region-of-formation}}",
                "primary-phone-number": {
                    "country": "{{company:phone:country}}",
                    "number": "{{company:phone:number}}",
                    "sms": false
                },
                "primary-address": {
                    "street-1": "{{company:address:street-1}}",
                    "street-2": "{{company:address:street-2}}",
                    "postal-code": "{{company:address:postal-code}}",
                    "city": "{{company:address:city}}",
                    "region": "{{company:address:region}}",
                    "country": "{{company:address:country}}"
                },
```

```
                "related-contacts": [
                    {
                        "contact-type": "natural_person",
                        "first_name": "{{contact:1:firstname}}",
                        "middle_name": "{{contact:1:middlename}}",
                        "last_name": "{{contact:1:lastname}}",
                        "email": "{{contact:1:email}}",
                        "date-of-birth": "{{contact:1:dob}}",
                        "tax-id-number": "{{contact:1:tax:id-number}}",
                        "tax-country": "{{contact:1:tax:country}}",
                        "label": "{{contact:1:title}}",
                        "primary-phone-number": {
                            "country": "{{contact:1:phone:country}}",
                            "number": "{{contact:1:phone:number}}",
                            "sms": false
                        },
                        "primary-address": {
                            "street-1": "{{contact:1:address:street-1}}",
                            "street-2": "{{contact:1:address:street-2}}",
                            "postal-code": "{{contact:1:address:postal-code}}",
                            "city": "{{contact:1:address:city}}",
                            "region": "{{contact:1:address:region}}",
                            "country": "{{contact:1:address:country}}"
                        }
                    }
                ]
            }
        }
    }
}
```

- The webhook-config should be created within the POST v2/accounts request body.
- There is an owner contact representing the company.
- There is a related-contact representing the person that can interact on behalf of the company.



# Account KYC





# KYC Proof of Address (POA)

## KYC Process

https://developers.primetrust.com/docs/kyc - process

- International users must always provide a "Proof of Address" document if an address is not on the document being used.

- A POA is required If an N06 kyc-required-action is set.



- The following two steps would need to be done for both scenarios.
  - These steps would be performed even if the Socure SDK is being used.
  - POST v2/uploaded-documents (upload the POA document)
  - POST v2/kyc-document-checks (initiates the manual review)

## ACCOUNT OPENING - Upload Documents (without Socure SDK)

Each document must be uploaded individually using the
/v2/uploaded  - documents endpoint.

```
POST /v2/uploaded-documents
Content-Type: multipart/form-data; boundary=----
WebKitFormBoundary7MA4YWxkTrZu0gW

----WebKitFormBoundary7MA4YWxkTrZu0gW
Content-Disposition: form-data; name="contact-id"

{{contact:1:id}}

----WebKitFormBoundary7MA4YWxkTrZu0gW
----WebKitFormBoundary7MA4YWxkTrZu0gW
Content-Disposition: form-data; name="label"

Front Driver's License

----WebKitFormBoundary7MA4YWxkTrZu0gW
Content-Disposition: form-data; name="public"

True

----WebKitFormBoundary7MA4YWxkTrZu0gW
Content-Disposition: form-data; name="file";
filename="DL-Front.png"
Content-Type: image/png

(data)
----WebKitFormBoundary7MA4YWxkTrZu0gW
```

 Prime Trust

## ACCOUNT OPENING - Start KYC Document Check (without Socure SDK)

After uploading documents, /v2/kyc -document -checks is used to start the automated document check on identity documents for all natural person owners and contacts.

Successful verification of the identity documents will trigger the CIP and AML verification of the contacts.

If the document is a passport, only the frontside of the document is required. A proof -of-address (POA) document will also need to be provided. Do not use kyc -document -checks on the POA document.

Company contacts are reviewed manually, so there is no need to start the document check process. All company owners or contacts must have at least one natural person related contact.

```
POST /v2/kyc-document-checks
{
    "data" : {
            "type" : "kyc-document-checks",
            "attributes" : {
                "contact-id" : "{{contact:1:id}}",
                "uploaded-document-id" :
"{{document:front:id}}",
                "backside-document-id" :
"{{document:back:id}}",
                "kyc-document-type" : "drivers_license",
                "identity" : true,
                "identity-photo" : true,
                "proof-of-address" : false,
                "kyc-document-country" : "US"
            }
    }
}
```


Prime Trust

# KYC Flow
## Happy Path

Prime Trust





KYC Document Checks Non-SocureSDK

# KYC Flow
## CIP-checks



Prime Trust

POST v2/accounts
status = pending
solid-freeze = true

V2/uploaded
-documents

V2/kyc-
document-
checks

**Automatic Closure**
cip-checks
status =
denied

Will set account status =
closed

denied

cip-check
automatically
created

cip-check

Status

approved

aml- check

status

approved

Account
status =
opened

pending

Cip-checks
Webhook
action =
update

**Manual**
cip-checks
status =
pending

accounts
Webhook
status =
opened

- Monitor cip-checks update
  webhook
- Monitor for
  kyc_required_actions webhook
- If kyc_required_actions
  webhook exists, update PII
- Otherwise, the contact is under
  manual review

Update PII - will auto
generate a new cip- check

Contact
Webhook
kyc_required
_actions

◊ Prime Trust

# AML-Checks



# Cash Transactions



# Wires

- Use one of two methods for wires
  - contact-funds-transfer-references
    - https://documentation.primetrust.com/#tag/Contact-Funds-Transfer-References
    - Used for US and International Wires
    - Wires do not require a funds transfer method
    - Wire contributions will automatically generate a funds-transfer-method

Prime Trust

# Funds Transfers

- Funds Transfers states
  - Use the Sandbox for development
  - **Happy path/Processed**
  - **State 1**
    - funds-transfers status = pending
    - contingencies cleared at = null
    - contingent holds still present
    - Note: contingent holds need to clear
  - **State 2**
    - funds-transfers status = pending
    - contingencies cleared at = non-null/date-time
    - => payment authorized but not received by destination bank
  - **State 3**
    - funds-transfers status = settled
    - contingencies = non-null/date-time
    - => transaction has completed and funds were received by the end bank Reversal can only happen after state 3
    - funds-transfers status == "reversed"
    - reversal-details = "string - reason for reversal"
    - => funds-transfers amount deposited back into Prime Trust account (amount may be different due to fees)
    - Cancelled
    - while funds-transfers status == pending a disbursement can be cancelled
  - https://documentation.primetrust.com/#operation/POST__v2_funds_transfers_funds_transfer_id_cancel

 Prime Trust

# Asset Transactions





# Finding the Asset ID

- Getting the asset ID is a manual process.
- Using Sandbox and USDC as an example
  - The first step is to get the asset using curl or Postman.
  - GET https://{{api:site}}.primetrust.com/{{api:version}}/assets?filter[unit-name eq]=USDC
  - This will return 5 objects which you will have to manually review.
  - In this case, the correct asset object is asset-type = USDC, blockchain-id = 13951ad2-d46c-45fe-b9d5-91e01da6fc9d
  - You can then use the returned information to implement the call in your sandbox code.
  - GET https://{{api:site}}.primetrust.com/{{api:version}}/assets?filter[unit-name eq]=USDC&filter[blockchain-id eq]=13951ad2-d46c-45fe-b9d5-91e01da6fc9d
- You would follow the same steps to get the correct information in production, since the blockchain ID is different.


**Prime Trust**

# Asset Liquidity Transactions

Prime Trust



# Finding the Asset ID

- Getting the asset ID is a manual process.
- Using Sandbox and USDC as an example
  - The first step is to get the asset using curl or Postman.
  - GET https://{{api:site}}.primetrust.com/{{api:version}}/assets?filter[unit-name eq]=USDC
  - This will return 5 objects which you will have to manually review.
  - In this case, the correct asset object is asset-type = USDC, blockchain-id = 13951ad2-d46c-45fe-b9d5-91e01da6fc9d
  - You can then use the returned information to implement the call in your sandbox code.
  - GET https://{{api:site}}.primetrust.com/{{api:version}}/assets?filter[unit-name eq]=USDC&filter[blockchain-id eq]=13951ad2-d46c-45fe-b9d5-91e01da6fc9d
- You would follow the same steps to get the correct information in production, since the blockchain ID is different.


Prime Trust

## Requesting a Quote to Buy or Sell Assets

Buying or selling assets starts by requesting a quote. The quote will return the cost of purchasing the asset or the value of the asset to be sold along with the fees involved in executing the trade.

Once the quote is returned, it must be executed within ~8 seconds or it will expire and a new quote will need to be requested.

The "hot" flag determines if the trade will use the customer's hot or warm wallet. If set to true, the assets will be deposited to or withdrawn from the hot wallet. If false or unspecified then the trade will use the warm wallet. Hot wallets are disabled by default but can be enabled by your Technical Consultant on request.

By default, trades are settled immediately, but it may be desirable to settle the trade a later time. This is useful to lock‑in the cost of the trade before contributing all of the required funds to complete the transaction. It's also useful for large trades to allow the trade desk time to gather the assets required to complete the trade. The "delayed‑settlement" flag is used to specify a delayed settlement. Delayed settlements are disabled by default.

### By Value:

```
POST /v2/quotes
{
    "data": {
        "type": "quotes",
        "attributes": {
            "account-id": "{{account:id}}",
            "asset-id": "{{quote:asset-id}}",
            "transaction-type": "buy | sell",
            "amount": {{quote:base-amount}},
            "hot": true | false,
            "delayed-settlement": true | false
        }
    }
}
```

### By Units:

```
POST /v2/quotes
{
    "data": {
        "type": "quotes",
        "attributes": {
            "account-id": "{{account:id}}",
            "asset-id": "{{quote:asset-id}}",
            "transaction-type": "buy | sell",
            "unit-count": {{quote:unit-count}},
            "hot": true | false,
            "delayed-settlement": true | false
        }
    }
}
```


Prime Trust

## Executing a Quote to Buy or Sell Assets

After requesting a quote, it must be executed in order for the trade to occur. Quotes must be executed within ~8 seconds or they will expire.

```
POST /v2/quotes/{{quote:id}}/execute
```

- Upon execution, the Initial quote status is "executed_pending_settlement".

- An executed quote will settle within a few seconds, unless there were any issues with settlement.
  - If there are no issues, the quote status will update to "settled".

- Two Webhooks will be triggered when the quote is "settled".
  - The webhook resource types will be:
    - "facilitated_trades"
    - "trades"

- The "facilited_trades" webhook "resource_id" is the actual quote-id.
  - Use this id to retrieve quote information from the API using GET /v2/quotes/{resource_id}



# API Queries



# Status Changes

- Webhooks should be used for immediate notification of status changes
- Polling should not be used, but if polling is used, an object should not be polled more than once every 10 min

Prime Trust



# Reporting

- Queries should always be filtered, such as by date range
  - ⚠ ○ Without filtering, the response window for these queries will default to two hours or up to two weeks depending on the API endpoint.
  - ○ The full query needs to be evaluated to determine the pagination.
  - ○ Request output can be multiple pages requiring multiple queries for the full set of data.
- Queries should always be sorted to create more consistent paged results
  - ○ For dynamic data, also using a filter can provide more consistent results than just pagination
- Examples
  - ○ GET {env}/v2/asset-transfers?account.id={id}&sort=-created-at
  - ○ GET {env}/v2/contacts?filter[email eq]=first.last%2bptkyc%40example.com  (first.last+ptkyc@example.com)
  - ○ GET {env}/v2/funds-transfer-methods?filter[contact-email eq]=first.last%40example.com
  - ○ GET {env}/v2/webhooks?account.id={id}&filter[created-at gt]=2022-07-06T00:00:00.000Z&filter[created-at lt]=2022-07-06T23:59:59Z&page[size]=500
  - ○ POST {env}/v2/accounts?include=contacts,webhook-config

