Attorneys Eyes Only

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------X
In re

PRIME CORE TECHNOLOGIES, INC., et al.,

                    Debtor.


Case No. 23-11161-JKS
------------------------------------------X
            DATE:
            TIME:


        HIGHLY CONFIDENTIAL

 PROFESSIONALS'/ATTORNEYS' EYES ONLY



        DEPOSITION of
```

taken by counsel for the Debtors, pursuant

to the Federal Rules of Civil Procedure,

held remotely via Zoom Videoconference,

before Suzanne Pastor, a Notary Public of

the State of New York.

```
 1    ████████████████████████████████████
 2          ██████████████████████████████
 3    ████████████████████████████████████
 4    ████████████████████████████████████
 5          Q.    ███████████████████████
 6    ████████████████████████████████████
 7    ████████████████████████████████████
 8    ████████████████████████████████████
 9    █████████████████
10          A.    ███████████████████████
11    ██████████████
12          Q.    ███████████████████████
13    ████████████████████████████████████
14    ████████████████████████████████████
15    ████████████████████████████████████
16    ██████████████
17          A.    ███████████████████████
18    ████████████████████████████
```

19    Q.    And so when Prime Trust was a
20    Nevada trust charter, did they provide, for
21    example, wealth management related services
22    to families?
23    A.    No, not to my knowledge.
24    Q.    Did they ever provide any
25    services where they advised on tax

Attorneys Eyes Only

```
 1    efficient structures to transfer wealth
 2    from generation to generation?
 3         A.    Not that I can recall, no.
 4         Q.    ████████████████████████████
 5    ████████████████████████████████████
 6    ██████████
 7         A.    ████
 8         Q.    ██████████████████████
 9    █████████████████████████
10         A.    ███
11         Q.    ██████████████████████████
12    █████████████████████████
13    ██████████████████
14         A.    ████████████████████████████
15    ████████████████████████████
16    █████████████████████████
17    ████████████████████████████████
18    ████████████████████████████████
19         Q.    ██████████████████████
20    ████████████████████
21          ██████████████████████████
22    █████████████████████████
23    ████████████████
24         A.    ██████████████████████
25    █████████████████████████
```

```
 1   ██████████████████████████████████
 2   ████████████████████████████████████
 3   ██████████████████████████████
 4   ████████████████████████████████
 5   ████████████████████████████████████
 6   ████████████████
 7        Q.   At Fireblocks, are the
 8   customers' crypto deposits held in
 9   individual segregated wallets, are they
10   held in a commingled wallet?
11        A.   It really depends on how the
12   service is configured.  In our case we had
13   omnibus.
14        Q.   When you say "omnibus," what
15   does that mean?
16        A.   That means small number of
17   wallets that held a large number of
18   customer -- individual customer funds.
19        Q.   So a number of your customers'
20   crypto assets would be put in one wallet.
21        A.   Correct, yes.
22        Q.   ████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████████
25   ██████████████████████
```