Attorneys Eyes Only

IN THE UNITED STATES

BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE

- - - - - - - - - - - - - x

In re:                          :

Prime Core                      :

Technologies Inc, et            :    Case No. 23-11161(JKS)

al.,                            :

    Debtors.                  :

Chapter 11                      :

- - - - - - - - - - - - - x

PROFESSIONALS' EYES ONLY

Videotaped Deposition of ▮▮▮▮▮▮▮▮

(Conducted Remotely)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

Job No.:  ▮▮▮▮▮

Pages:  1 - 255

Reported By:  Leonora L. Walker, Court Reporter

Attorneys Eyes Only

1     A ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7     ▓▓▓▓▓▓▓▓▓▓
8     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16   Q  I see.  What's the difference between the
17   escrow and the T and C reconciliation?
18   A  The escrow -- the company had different
19   account types.  One was an escrow offering for the
20   Crowd Funding business that the company supported,
21   and the other was referred to as trust and
22   custody, which was primarily custody.  The company
23   really didn't have any traditional trust accounts.
24   I think there might have been a couple of college
25   savings trusts, but it was primarily custody.

```
 1      Q   And can you expand on that?  What do you
 2   mean when you say the company doesn't have
 3   traditional trust accounts?
 4      A   There were no accounts that they managed
 5   directly.  A traditional trust company, you have
 6   somebody come in to you, sit across from you at
 7   the desk, and they want to put the family farm in
 8   a trust and ask you to manage it.  That's a
 9   traditional trust company.  Prime Trust was a non
10   traditional trust company because, one, all of the
11   accounts being opened were done through API
12   technology.  You just didn't sit down across from
13   the desk from your trust officer and tell them,
14   here's my assets.  I want you manage these, you
15   know, pay the taxes on the family farm, send me my
16   statement at the end of the year, invest whatever
17   proceeds our family farm has in XYZ security.
18      Q   And you're saying Prime didn't do any of
19   those things?
20      A   No.  Correct.
21      Q   ███████████████████████████████████
22   ███████████████████████████████████████
23   ███████████████████████████████████████
24   ███████████████████████
25   ███████████████████████████████
```

```
 1   ████████████████████████████████████████

 2   ████████████████████████████████████████

 3       Q   And what does that mean to you, a client
 4   to have an omnibus account?
 5       A   It means that rather than having all their
 6   end users with a segregated account model to where
 7   each end user would have their own account at
 8   Prime Trust, all of their funds would be comingled
 9   in one account that's in the integrator's name.
10       Q   And was that done at Prime Trust?
11       A   It was done at Prime Trust.  It wasn't
12   done very frequently, but there were -- there were
13   omnibus accounts at Prime Trust.
14       Q   ████████████████████████████████████
15   ████████████████
16       A   ██████████████████████████████
17   ████████████████████████████████████████
18   ████████████████████████████████████████
19   ████████████████████████████████████████
20   ████████████████████████████████████████
21   ████████████████████████████████
22   ████████████████████████████████████████
23   ████████████████████████████████████████
24   ████████████████████████████████████
25   ████████████████████████████████████████
```