**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. |

**ORDER SHORTENING NOTICE OF HEARING ON THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) ADJOURNING CERTAIN MATTERS SET FOR HEARING ON DECEMBER 19, 2023; (II) EXTENDING THE DEADLINE FOR DEBTORS TO FILE A REPLY; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion to Shorten</u>")[2] of the Debtors for entry of an order (this "<u>Order</u>") (a) shortening the notice period with respect to the Motion to Adjourn, (b) setting the date for the hearing to consider approval of the Motion to Adjourn on December 19, 2023 (prevailing Eastern Time) (the "<u>Motion to Adjourn Hearing</u>"), (c) permitting parties to file objections, if any, prior to or at the Hearing, (d) waiving the requirements of Local Rule 9006-1(c), and (e) granting such other relief as the Court deems just and proper, all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion to Shorten in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten and Motion to Adjourn.

order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion to Shorten having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is

**HEREBY ORDERED THAT**

1. The Motion to Shorten is **GRANTED** on as set forth herein.

2. A hearing on the Foreign Currency Sale Motion shall take place on _____ __, 2023, at [__]:[__] [a/p].m. (prevailing Eastern Time) (the "Motion to Adjourn Hearing").

3. Objections, if any, to the relief requested in the Motion to Adjourn are due prior to or at the Foreign Currency Sale Hearing .

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.