## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 258, 485, 486, 508, 511, 521, 525, & 540** |

### NOTICE OF FILING OF THIRD AMENDED PLAN SUPPLEMENT WITH RESPECT TO DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on October 5, 2023, Prime Core Technologies Inc. and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 258] (as amended, modified, or supplemented and including all exhibits and supplements thereto, the "Plan")[2] in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 28, 2023, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 485-1] with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on November 28, 2023, the Debtors filed the *Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 486] (the "Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 4, 2023, the Debtors filed the *Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 508]. Attached as Exhibit A thereto was a further revised *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 508-1].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 4, 2023, the Debtors filed the *First Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 511] (the "<u>First Amended Plan Supplement</u>") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 5, 2023, the Debtors filed the *Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521]. Attached as <u>Exhibit A</u> thereto was a further revised *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1].

**PLEASE TAKE FURTHER NOTICE** that, on December 8, 2023, the Debtors filed the *Second Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 540] (the "<u>Second Amended Plan Supplement</u>") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this third amended plan supplement (the "<u>Third Amended Plan Supplement</u>"), in support of the Plan and as contemplated therein.

**PLEASE TAKE FURTHER NOTICE** that the Third Amended Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:

| **Exhibit** | **Description** |
| --- | --- |
| **Exhibit A** | *Revised* Schedule of Assumed Executory Contracts and Unexpired Leases |
| Exhibit A-1 | Redline of *Revised* Schedule of Assumed Executory Contracts and Unexpired Leases against the version filed with the Plan Supplement. |
| **Exhibit B** | *Revised* Schedule of Rejected Executory Contracts and Unexpired Leases |
| Exhibit B-1 | Redline of the *Revised* Schedule of Rejected Executory Contracts and Unexpired Leases against the version filed with the Plan Supplement |

**PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in this Third Amended Plan Supplement remain subject to ongoing negotiations among the Debtors, the official committee of unsecured creditors appointed in these cases, the DIP Lender, and other interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Third Amended Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date, or any such other date in accordance with the Plan, the Confirmation Order, or any other order of the Court. Each of the documents contained in the Third Amended Plan Supplement or its amendments are subject to certain consent and approval rights to the extent so provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Third Amended Plan Supplement, and other documents and materials filed in the above-captioned chapter 11 cases may be examined by any party-in-interest (a) between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Court (the "Clerk"), 824 N. Market St., 3rd Floor, Wilmington, Delaware 19801; (b) free of charge at the Debtors' case website (https://cases.stretto.com/primetrust/); or (c) for a fee at the Court's website (http://www.deb.uscourts.gov) (a PACER account is required). Such documents may also be obtained by written request to Stretto, Inc. (the "Voting Agent") at PrimeCoreInquiries@stretto.com or by telephoning the Voting Agent at (888) 533-4753 (toll-free) or (303) 536-6996 (if calling from outside the U.S. or Canada).

[*Remainder of Page Left Intentionally Blank*]

Dated: December 15, 2023
      Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:      mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:      dazman@mwe.com
            jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:      gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

*Revised* **Schedule of Assumed Executory Contracts and Unexpired Leases**

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount |
|---|---|---|---|---|
| 1. | ███████████ | ███████████ | ████████ | ████ |
| 2. | Prime Trust, LLC | Collateral Security and Indemnity Agreement | Allegheny | $0.00 |
| 3. | Prime Trust, LLC | Agreement of Indemnity - Commercial Bond | Allegheny | $0.00 |
| 4. | Prime Trust, LLC | Month-to-Month Contract | Amazon Web Services, Inc. | $68,622.50 |
| 5. | Prime Trust, LLC | Month-to-Month Contract | Atlassian | $0.00 |
| 6. | Prime Trust, LLC | 8/11/2023 Binder for Side A D&O | Berkley Professional Liability | $0.00 |
| 7. | ███████████ | ███████████ | ████████ | ████ |
| 8. | Prime Trust, LLC | Treasury Services Agreement | BMO Harris Bank | |
| 9. | Prime Trust, LLC | Commercial Account Agreement | BMO Harris Bank | $17,794.98 |
| 10. | Prime Trust, LLC | Service Selection Form | BMO Harris Bank | |
| 11. | Prime Trust, LLC | G Suite Flex Plan Order Form (Prime Trust) | CDW Direct LLC | $0.00 |
| 12. | Prime Trust, LLC | Month-to-Month Contract | Cubesmart | $0.00 |
| 13. | ███████████ | ███████████ | ████████ | ████ |
| 14. | | | | |
| 15. | Prime Trust, LLC | Egnyte 11/27/2023 Order Form | Egnyte | $0.00 |
| 16. | Prime Trust, LLC | Vendor Agreement | GoDaddy | $0.00 |
| 17. | Prime Trust, LLC | G Suite Monthly Flex Plan (Finovation Data) | Google | $0.00 |
| 18. | ███████████ | ███████████ | ████████ | ████ |
| 19. | Prime Trust, LLC | Account Agreement - Checking Account | Lexicon Bank | $0.00 |
| 20. | Prime Trust, LLC | Account Agreement - Security Deposit Box | Lexicon Bank | $0.00 |
| 21. | ███████████ | ███████████ | ████████ | ████ |
| 22. | | | | |
| 23. | | | | |
| 24. | Prime Trust, LLC | Oracle NetSuite 12/16/2022 Order Form | Oracle | $0.00 |
| 25. | Prime Trust, LLC | 8/17/2023 D&O Policy Order Form | QBE Specialty Insurance Company | $0.00 |
| 26. | Prime Trust, LLC | Robert Half Agreement 3/17/2023 | Robert Half | $0.00 |
| 27. | ███████████ | ███████████ | ████████ | ████ |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount |
|---|---|---|---|---|
| 28. | Prime Trust, LLC | Fourth Amended and Restated Statement of Work | Unit21 | $0.00 |
| 29. | Prime Trust, LLC | Alternative Security Procedures Agreement | Western Alliance Bank | $0.00 |
| 30. | Prime Trust, LLC | Treasury Management Services Enrollment Form | Western Alliance Bank | $0.00 |
| 31. | Prime Trust, LLC | Limited Liability Company Banking Resolution and Account Agreement | Western Alliance Bank | $0.00 |
| 32. | Prime Trust, LLC | Funds Transfer Agreement | Western Alliance Bank | $0.00 |
| 33. | Prime Trust, LLC | Visa Business Check Card Application and Disclosures | Western Alliance Bank | $0.00 |
| 34. | Prime Trust, LLC | Membership Agreement - Two Summerlin | WeWork | $0.00 |
| 35. | Prime Trust, LLC | Insurance Broker Exclusivity Agreement | Woodruff Sawyer | $0.00 |
| 36. | Prime Trust, LLC | Prime Trust_Renewal_Q-254470_V3.pdf | Zendesk | $1,380 |
| 37. | Prime Digital, LLC | Workers Compensation 8/15/2023 | The Hartford Financial Services Group | $0.0 |
| 38. | Prime Core Technologies, Inc. | Common Policy Declarations 4/30/2023 | Intact Insurance | $0.0 |
| 39. | Prime Core Technologies, Inc. | Insurance Binder 4/26/2023 | Intact Insurance | $0.0 |

## EXHIBIT A-1

**Redline of *Revised* Schedule of Assumed Executory Contracts and Unexpired Leases against the version filed with the Plan Supplement.**

| # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract or Lease | Contract Counterparty | ~~Proposed~~ Cure Amount ~~($)~~ |
|---|---|---|---|---|
| 2. | Prime Trust, LLC | Collateral Security and Indemnity Agreement | Allegheny | $0.00 |
| 3. | Prime Trust, LLC | Agreement of Indemnity - Commercial Bond | Allegheny | $0.00 |
| 4. | Prime Trust, LLC | ~~Customer Agreement~~Month-to-Month Contract | Amazon Web Services, Inc. | $68,622.50 |
| | ~~Prime Trust LLC~~ | ~~Membership Agreement~~ | ~~WeWork~~ | ~~None~~ |
| | ~~Prime Trust LLC~~ | ~~Month-to-Month Contract~~ | ~~Cubesmart~~ | ~~None~~ |
| 5. | Prime Trust, LLC | ~~Vendor Agreement~~Month-to-Month Contract | Atlassian | ~~None~~$0.00 |
| 6. | Prime Trust, LLC | 8/11/2023 Binder for Side A D&O | Berkley Professional Liability | $0.00 |
| 8. | Prime Trust, LLC | Treasury Services Agreement | BMO Harris Bank | $17,794.98 |
| 9. | Prime Trust, LLC | Commercial Account Agreement | BMO Harris Bank | |
| 10. | Prime Trust, LLC | Service Selection Form | BMO Harris Bank | |
| 11. | Prime Trust, LLC | G Suite Flex Plan Order Form (Prime Trust) | CDW Direct LLC | $0.00 |
| 12. | Prime Trust, LLC | Month-to-Month Contract | Cubesmart | $0.00 |
| 15. | Prime Trust, LLC | Egnyte 11/27/2023 Order Form | Egnyte | $0.00 |
| 16. | Prime Trust, LLC | Vendor Agreement | ~~GitHub~~GoDaddy | ~~None~~$0.00 |
| 17. | Prime Trust, LLC | ~~Vendor Agreement~~G Suite Monthly Flex Plan (Finovation Data) | Google ~~(Workspace)~~ | ~~None~~$0.00 |
| 19. | Prime Trust, LLC | Account Agreement - Checking Account | Lexicon Bank | $0.00 |
| 20. | Prime Trust, LLC | Account Agreement - Security Deposit Box | Lexicon Bank | $0.00 |

| # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract _or Lease_ | Contract Counterparty | ~~Proposed~~ Cure Amount ~~($)~~ |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| 24. | Prime Trust, LLC | Oracle NetSuite 12/16/2022 Order Form | Oracle | $0.00 |
| 25. | Prime Trust, LLC | 8/17/2023 D&O Policy Order Form | QBE Specialty Insurance Company | $0.00 |
| 26. | Prime Trust, LLC | Robert Half Agreement 3/17/2023 | Robert Half | $0.00 |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| 28. | Prime Trust, LLC | Fourth Amended and Restated Statement of Work | Unit21 | $0.00 |
| 29. | Prime Trust, LLC | Alternative Security Procedures Agreement | Western Alliance Bank | $0.00 |
| 30. | Prime Trust, LLC | Treasury Management Services Enrollment Form | Western Alliance Bank | $0.00 |
| 31. | Prime Trust, LLC | Limited Liability Company Banking Resolution and Account Agreement | Western Alliance Bank | $0.00 |
| 32. | Prime Trust, LLC | Funds Transfer Agreement | Western Alliance Bank | $0.00 |
| 33. | Prime Trust, LLC | Visa Business Check Card Application and Disclosures | Western Alliance Bank | $0.00 |
| 34. | Prime Trust, LLC | Membership Agreement - Two Summerlin | WeWork | $0.00 |
| 35. | Prime Trust, LLC | Insurance Broker Exclusivity Agreement | Woodruff Sawyer | $0.00 |
| 36. | Prime Trust_, LLC | ~~Vendor Agreement~~ Prime Trust_Renewal_Q-254470_ V3.pdf | Zendesk | ~~None~~ $1,380 |
| 37. | Prime Digital, LLC | Workers Compensation 8/15/2023 | The Hartford Financial Services Group | $0.0 |
| 38. | Prime Core Technologies, Inc. | Common Policy Declarations 4/30/2023 | Intact Insurance | $0.0 |
| 39. | Prime Core Technologies, Inc. | Insurance Binder 4/26/2023 | Intact Insurance | $0.0 |

## Exhibit B

***Revised*** **Schedule of Rejected Executory Contracts and Unexpired Leases**

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 1. | ███████████ | ██████ | ██████ |
| 2. | ███████████ | ██████ | ██████ |
| 3. | Prime Core Technologies, Inc. | Vendor Agreement | Axis Insurance Company |
| 4. | ███████████ | ██████ | ████ |
| 5. | ███████████ | ████ | ██████ |
| 6. | ███████████ | █████ | ██████ |
| 7. | ███████████ | █████ | ██████ |
| 8. | ███████████ | █████ | ██████ |
| 9. | ███████████ | █████ | █████ |
| 10. | ███████████ | ████ | ██████ |
| 11. | ███████████ | ████ | ██████ |
| 12. | ███████████ | ████ | ████████ |
| 13. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Commerce Ventures III, L.P. |
| 14. | ███████████ | ████ | ██████ |
| 15. | ███████████ | █████ | ██████ |
| 16. | ███████████ | ███ | ████ |
| 17. | ███████████ | ████ | ██████ |
| 18. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC |
| 19. | ███████████ | █████ | ██████ |
| 20. | ███████████ | ███ | ██████ |

1

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 21. | ███████████ | ██████████ | ███████ |
| 22. | ███████████ | ████████ | ███████ |
| 23. | ███████████ | █████████ | █████████ |
| 24. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fidelity Information Services, LLC |
| 25. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fin VC Horizons II, LP – Series VIII |
| 26. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gaingels Prime Trust 2022 LLC |
| 27. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gatecap Ventures II LP |
| 28. | Prime Core Technologies, Inc. | Stock Purchase Agreement | GC&H Investments, L.P. |
| 29. | ███████████ | █████████ | █████████ |
| 30. | ███████████ | █████████ | █████████ |
| 31. | ███████████ | █████████ | ████████ |
| 32. | Prime Core Technologies, Inc. | Vendor Agreement | Hiscox Insurance Company |
| 33. | ███████████ | ████████ | ███████ |
| 34. | ███████████ | █████████ | █████████ |
| 35. | ███████████ | █████████ | ██████ |
| 36. | ███████████ | █████████ | ██████████ |
| 37. | ███████████ | █████████ | ███████ |
| 38. | ███████████ | █████████ | ████████ |
| 39. | ███████████ | ███████ | █████████ |
| 40. | ███████████ | ██████ | ███████ |
| 41. | ███████████ | ██████ | ███████ |
| 42. | ███████████ | █████████ | ████████ |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 43. | ██████████ | ██████████ | ██████ |
| 44. | ██████████ | ██ | ███████ |
| 45. | ██████████ | ██ | ████ |
| 46. | ██████████ | ██████ | █████████ |
| 47. | ██████████ | █████ | █████ |
| 48. | ██████████ | █████ | ███████████ |
| 49. | ██████████ | █████ | ███████ |
| 50. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Kraken Ventures Fund I LP |
| 51. | ██████████ | ███ | ███████ |
| 52. | ██████████ | ███ | ██████ |
| 53. | ██████████ | █████ | ████████ |
| 54. | ██████████ | ████ | ██████████ |
| 55. | Prime Core Technologies, Inc. | Vendor Agreement | Lloyd's |
| 56. | ██████████ | █████ | ███████████ |
| 57. | ██████████ | █████ | █████████ |
| 58. | ██████████ | ██████ | ███████ |
| 59. | ██████████ | ████ | ████████ |
| 60. | ██████████ | ██ | █████████ |
| 61. | Prime Core Technologies, Inc. | Stock Purchase Agreement | MERCATO PARTNERS TRAVERSE IV QP, L.P. |
| 62. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC |
| 63. | ██████████ | ████ | ████████ |
| 64. | ██████████ | ███ | ███████ |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 65. | ███████ | ███████ | ███████ |
| 66. | ███████ | ███████ | ███████ |
| 67. | ███████ | ███████ | ███████ |
| 68. | ███████ | ███████ | ███████ |
| 69. | Prime Core Technologies, Inc. | Stock Purchase Agreement | OKCOIN USA INC. |
| 70. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Oleg, L.P. Limited Partnership |
| 71. | ███████ | ███████ | ███████ |
| 72. | ███████ | ███████ | ███████ |
| 73. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Palindrome Master Fund LP |
| 74. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Pegasus Growth Capital Fund I, LP |
| 75. | Prime Core Technologies, Inc. | Stock Purchase Agreement | PRI Gaingels Fund, a series of Zachary Ginsburg Funds, LP |
| 76. | Prime Core Technologies, Inc. | Vendor Agreement | QBE |
| 77. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Quantum Partners LP |
| 78. | ███████ | ███████ | ███████ |
| 79. | ███████ | ███████ | ███████ |
| 80. | ███████ | ███████ | ███████ |
| 81. | ███████ | ███████ | ███████ |
| 82. | ███████ | ███████ | ███████ |
| 83. | ███████ | ███████ | ███████ |
| 84. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Seven Peaks Ventures Fund II, LP |
| 85. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Tagus Capital Multi-Strategy Fund SP acting by Starmark Investment Limited |
| 86. | ███████ | ███████ | ███████ |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 87. | ███████████ | ███████████ | ███████████ |
| 88. | ███████████ | | ███████████ |
| 89. | ███████████ | | ███████████ |
| 90. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Timus Capital, LLC |
| 91. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Tiny Orange, LLC |
| 92. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Triton Venture Capital Prime Trust Fund I LP |
| 93. | Prime Core Technologies, Inc. | Stock Purchase Agreement | UGF II Affiliates II, LLC |
| 94. | Prime Core Technologies, Inc. | Stock Purchase Agreement | University Growth Fund II, LP |
| 95. | Prime Core Technologies, Inc. | Stock Purchase Agreement | William Blair MB Investments, LP – PCTI |
| 96. | ███████████ | ███████████ | ███████████ |
| 97. | ███████████ | | ███████████ |
| 98. | ███████████ | | ███████████ |
| 99. | Prime Trust, LLC | Vendor Agreement | 1983283 Ontario Inc. dba Secure Digital Markets |
| 100. | Prime Trust, LLC | Vendor Agreement | Adobe |
| 101. | Prime Trust, LLC | Statement of Work | Anchain.AI |
| 102. | Prime Trust, LLC | Vendor Agreement | Anthem Blue Cross and Blue Shield |
| 103. | Prime Trust, LLC | Vendor Agreement | Apptrium, Inc. dba Invent.us |
| 104. | Prime Trust, LLC | Vendor Agreement | Asana |
| 105. | Prime Trust, LLC | Customer Agreement to Prime Trust Order Form 3/17/2023 | Astrolescent |
| 106. | Prime Trust, LLC | Vendor Agreement | Audius Token |
| 107. | Prime Trust, LLC | Vendor Agreement | BlocHaus |
| 108. | Prime Trust, LLC | Vendor Agreement | Blockchain Association Inc. |
| 109. | Prime Trust, LLC | Vendor Agreement | Catamorphic Co. (dba LaunchDarkly) |
| 110. | Prime Trust, LLC | Vendor Agreement | Center for Emerging Risk Research |
| 111. | ███████████ | ███████████ | ███████████ |
| 112. | Prime Trust, LLC | Vendor Agreement | CoinSmart Financial Inc. |
| 113. | Prime Trust, LLC | Vendor Agreement | Compliance Alliance, Inc. |
| 114. | Prime Trust, LLC | Vendor Agreement | CyberSecOp LLC |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 115. | Prime Trust, LLC | Shield Master Services Agreement | Deel, Inc. |
| 116. | Prime Trust, LLC | Vendor Agreement | Defy Security, LLC |
| 117. | Prime Trust, LLC | Vendor Agreement | Digital Asset Redemption |
| 118. | Prime Trust, LLC | Vendor Agreement | Digital Mountain, Inc. |
| 119. | Prime Trust, LLC | Vendor Agreement | Dposit |
| 120. | Prime Trust, LLC | Vendor Agreement | Eco Gen Pest Control |
| 121. | Prime Trust, LLC | Vendor Agreement | Empowering Technology Solutions, LLC |
| 122. | Prime Trust, LLC | Vendor Agreement | Engine Yard Enterprises, Inc |
| 123. | Prime Trust, LLC | Master Service Agreement | Equity Administrative Services, Inc. |
| 124. | Prime Trust, LLC | Vendor Agreement | First Choice Coffee Services |
| 125. | Prime Trust, LLC | Vendor Agreement | Global Income Coin Inc. |
| 126. | Prime Trust, LLC | Vendor Agreement | Gong.io Inc. |
| 127. | Prime Trust, LLC | Vendor Agreement | Greenbax , Inc. dba Zip |
| 128. | Prime Trust, LLC | Vendor Agreement | Guideline, Inc. |
| 129. | Prime Trust, LLC | Vendor Agreement | Herjavec Group |
| 130. | Prime Trust, LLC | Vendor Agreement | HWA International |
| 131. | Prime Trust, LLC | Vendor Agreement | Iconic Growth Partners, LLC |
| 132. | Prime Trust, LLC- | API Technology Agreement Account Form | Innovative Trust Bank Holding Inc |
| 133. | Prime Trust, LLC | Vendor Agreement | Intuition Exchange |
| 134. | ███████████ | ███████████ | ███████ |
| 135. | Prime Trust, LLC | Bank Account Agreement | JP Morgan Institutional Fund Services |
| 136. | Prime Trust, LLC | Vendor Agreement | KnowBe4, Inc. |
| 137. | ███████████ | ███████████ | ███████ |
| 138. | Prime Trust, LLC | Vendor Agreement | Kotis Design LLC |
| 139. | Prime Trust, LLC | Vendor Agreement | Lucid Software |
| 140. | Prime Trust, LLC | Vendor Agreement | Marketo |
| 141. | Prime Trust, LLC | Month to Month Agreement | Microsoft Azure |
| 142. | Prime Trust, LLC | Vendor Agreement | Mixmax |
| 143. | Prime Trust, LLC | Vendor Agreement | Muck Rack, LLC |
| 144. | Prime Trust, LLC | Vendor Agreement | Neosoft Private Limited |
| 145. | Prime Trust, LLC | Dec 2022 Order and Pricing Addendum | Netlify, Inc. |
| 146. | Prime Trust, LLC | Vendor Agreement | Office Pride Las Vegas |
| 147. | Prime Trust LLC | Vendor Agreement | Okta |
| 148. | Prime Trust, LLC | Vendor Agreement | One World Bancorp |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 149. | Prime Trust, LLC | Vendor Agreement | OneTrust |
| 150. | Prime Trust, LLC | Vendor Agreement | Open Node |
| 151. | Prime Trust, LLC | Vendor Agreement | OpenComp LLC |
| 152. | Prime Trust, LLC | Vendor Agreement | OpenDeal Inc. dba Republic |
| 153. | Prime Trust, LLC | Vendor Agreement | PagerDuty, Inc. |
| 154. | Prime Trust, LLC | Vendor Agreement | ParaPay |
| 155. | Prime Trust, LLC | Invoice 28505 Sept 2022 Annual Contract | Passage Technology |
| 156. | Prime Trust, LLC | Vendor Agreement | PerformLine, Inc. |
| 157. | Prime Trust, LLC | Vendor Agreement | Plaid, Inc. |
| 158. | Prime Trust, LLC | Q-667778 October 2022 Sales Order | Pluralsight, LLC |
| 159. | Prime Trust, LLC | Vendor Agreement | PortSwigger |
| 160. | Prime Trust, LLC | Vendor Agreement | Qualtrics |
| 161. | Prime Trust, LLC | Robert Half Agreement 9/1/2023 | Robert Half |
| 162. | Prime Trust, LLC | Vendor Agreement | SAP Concur |
| 163. | Prime Trust, LLC | Vendor Agreement | Sayari Labs Inc |
| 164. | Prime Trust, LLC | Vendor Agreement | Sepior ApS |
| 165. | Prime Trust, LLC | Vendor Agreement | Services 24-7 LLC |
| 166. | Prime Trust, LLC | Technology Agreement Account Form | Settle Network |
| 167. | Prime Trust, LLC | Vendor Agreement | Slack |
| 168. | Prime Trust, LLC | Amendment 3 to SOW #1 | Softserve |
| 169. | Prime Trust, LLC | Amendment 2 to SOW #1 | Softserve |
| 170. | Prime Trust, LLC | Master Services Agreement | Softserve |
| 171. | Prime Trust, LLC | Appendix A SOW #1 | Softserve |
| 172. | Prime Trust, LLC | Vendor Agreement | Standard Fusion |
| 173. | Prime Trust, LLC | Q-29117 Sales Order Form | Sumo Logic |
| 174. | Prime Trust, LLC | Vendor Agreement | Suncoast Hotel and Casino |
| 175. | Prime Trust, LLC | Vendor Agreement | Talos Trading Inc. |
| 176. | Prime Trust, LLC | Software Agreement | Tandem, LLC |
| 177. | Prime Trust, LLC | Vendor Agreement | TaxBit, Inc. |
| 178. | Prime Trust, LLC | Vendor Agreement | Trulioo Information Services |
| 179. | Prime Trust, LLC | Vendor Agreement | Universal Protection Service, LP d/b/a Allied Universal |
| 180. | Prime Trust, LLC | Vendor Agreement | Upflow |
| 181. | Prime Trust, LLC | Vendor Agreement | X4 Technology Inc |

**Exhibit B-1**

**Redline of the _Revised_ Schedule of Rejected Executory Contracts and Unexpired Leases against the version filed with the Plan Supplement**

| ~~No.~~ # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract ~~or Lease~~ | Contract Counterparty |
|---|---|---|---|
| ~~1~~ | ~~Prime Trust LLC~~ | ~~11/15/2022 Cryptocurrency Recovery and Fund Tracing Services~~ | ~~AnChain.AI, Inc~~ |
| ~~2~~ 1. | ███████████ | ██████ | ███████████ |
| ~~3~~ | ~~Prime Trust, LLC~~ | ~~Vendor Agreement~~ | ~~Office Pride Las Vegas~~ |
| ~~4~~ 2. | ███████████ | █████ | ███████████ |
| ~~5~~ 3. | Prime ~~Trust~~Core Technologies, ~~LLC~~Inc. | Vendor Agreement | ~~First Choice Coffee Services~~Axis Insurance Company |
| ~~6~~ 4. | ███████████ | ████ | ██████ |
| ~~7~~ 5. | ███████████ | ████ | ███████ |
| 6. | ███████████ | ████ | ██████ |
| 7. | ███████████ | ████ | ██████ |
| ~~8~~ 8. | ███████████ | ████ | ██████ |
| 9. | ███████████ | ████ | ██████ |
| 10. | ███████████ | ████ | ██████ |
| 11. | ███████████ | ████ | ██████ |
| 12. | ███████████ | ████ | ████████ |
| 13. | ███████████ | ████ | ████████ |
| 14. | ███████████ | ████ | ██████ |
| 15. | ███████████ | ████ | ██████ |

| ~~No.~~ # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract ~~or Lease~~ | Contract Counterparty |
|---|---|---|---|
| | | | |
| 18. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC |

| No. # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| ~~38~~ 24. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fidelity Information Services, LLC |
| ~~39~~ 25. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Fin VC Horizons II, LP – Series VIII |
| ~~40~~ 26. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gaingels Prime Trust 2022 LLC |
| ~~41~~ 27. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Gatecap Ventures II LP |
| ~~42~~ 28. | Prime Core Technologies, Inc. | Stock Purchase Agreement | GC&H Investments, L.P. |

| ~~No.~~ # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract ~~or Lease~~ | Contract Counterparty |
|---|---|---|---|
| ~~44~~ 50. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Kraken Ventures Fund I LP |

| ~~No.~~ # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract ~~or Lease~~ | Contract Counterparty |
|---|---|---|---|
| ~~45~~ 61. | Prime Core Technologies, Inc. | Stock Purchase Agreement | MERCATO PARTNERS TRAVERSE IV QP, L.P. |
| ~~46~~ | ~~Prime Core Technologies, Inc.~~ | ~~Stock Purchase Agreement~~ | ~~MERCATO PARTNERS TRAVERSE IV, L.P.~~ |
| ~~47~~ 62. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Mercato Traverse SPV 2, A Series of Mercato Coinvestments, LLC |
| ~~48~~ 69. | Prime Core Technologies, Inc. | Stock Purchase Agreement | OKCOIN USA INC. |
| ~~49~~ 70. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Oleg, L.P. Limited Partnership |

| No. # | Applicable Debtor Entity Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| | | Agreement | |
| 50 73. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Palindrome Master Fund LP |
| 51 74. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Pegasus Growth Capital Fund I, LP |
| 52 75. | Prime Core Technologies, Inc. | Stock Purchase Agreement | PRI Gaingels Fund, a series of Zachary Ginsburg Funds, LP |
| 76. | Prime Core Technologies, Inc. | Vendor Agreement | QBE |
| 53 77. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Quantum Partners LP |
| 84. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Seven Peaks Ventures Fund II, LP |
| 55 | Prime Core Technologies, Inc. | Stock Purchase Agreement | SPV – Prime Core, LLC |
| 56 85. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Tagus Capital Multi-Strategy Fund SP acting by Starmark Investment Limited |
| — | | Agreement | |

| ~~No.~~ # | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract ~~or Lease~~ | Contract Counterparty |
|---|---|---|---|
| 90. | | | |
| ~~58~~ 91. | Confidential Information Redacted | Stock Purchase Agreement | Tiny Orange, LLC |
| ~~59~~ 92. | Prime Core Technologies, Inc. | Stock Purchase Agreement | Triton Venture Capital Prime Trust Fund I LP |
| ~~60~~ 93. | Prime Core Technologies, Inc. | Stock Purchase Agreement | UGF II Affiliates II, LLC |
| ~~61~~ 94. | Prime Core Technologies, Inc. | Stock Purchase Agreement | University Growth Fund II, LP |
| ~~62~~ 95. | Prime Core Technologies, Inc. | Stock Purchase Agreement | William Blair MB Investments, LP – ~~[PCT]~~PCTI |
| ~~63~~ 99. | Prime ~~Core Technologies, Inc.~~Trust, LLC | ~~Stock Purchase~~Vendor Agreement | ~~William Blair MB Investments, LP – [PCT]I 2022 Series~~1983283 Ontario Inc. dba Secure Digital Markets |
| 100. | Prime Trust, LLC | Vendor Agreement | Adobe |
| 101. | Prime Trust, LLC | Statement of Work | Anchain.AI |
| 102. | Prime Trust, LLC | Vendor Agreement | Anthem Blue Cross and Blue Shield |
| 103. | Prime Trust, LLC | Vendor Agreement | Apptrium, Inc. dba Invent.us |
| 104. | Prime Trust, LLC | Vendor Agreement | Asana |
| 105. | Prime Trust, LLC | Customer Agreement to Prime Trust Order Form 3/17/2023 | Astrolescent |
| 106. | Prime Trust, LLC | Vendor Agreement | Audius Token |
| 107. | Prime Trust, LLC | Vendor Agreement | BlocHaus |
| 108. | Prime Trust, LLC | Vendor Agreement | Blockchain Association Inc. |
| 109. | Prime Trust, LLC | Vendor Agreement | Catamorphic Co. (dba LaunchDarkly) |
| 110. | Prime Trust, LLC | Vendor Agreement | Center for Emerging Risk Research |
| 111. | | | |
| 112. | Prime Trust, LLC | Vendor Agreement | CoinSmart Financial Inc. |
| 113. | Prime Trust, LLC | Vendor Agreement | Compliance Alliance, Inc. |
| 114. | Prime Trust, LLC | Vendor Agreement | CyberSecOp LLC |
| 115. | Prime Trust, LLC | Shield Master Services | Deel, Inc. |

| Conf ident ial matt | ~~Applicable~~ Debtor ~~Entity~~ Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| | | Agreement | |
| 116. | Prime Trust, LLC | Vendor Agreement | Defy Security, LLC |
| 117. | Prime Trust, LLC | Vendor Agreement | Digital Asset Redemption |
| 118. | Prime Trust, LLC | Vendor Agreement | Confidential Information Redacted |
| 119. | Prime Trust, LLC | Vendor Agreement | Dposit |
| 120. | Prime Trust, LLC | Vendor Agreement | Eco Gen Pest Control |
| 121. | Prime Trust, LLC | Vendor Agreement | Empowering Technology Solutions, LLC |
| 122. | Prime Trust, LLC | Vendor Agreement | Engine Yard Enterprises, Inc |
| 123. | Prime Trust, LLC | Master Service Agreement | Equity Administrative Services, Inc. |
| 124. | Prime Trust, LLC | Vendor Agreement | First Choice Coffee Services |
| 125. | Prime Trust, LLC | ██████████ | Global Income Coin Inc. |
| 126. | Prime Trust, LLC | Vendor Agreement | Gong.io Inc. |
| 127. | Prime Trust, LLC | Vendor Agreement | Greenbax Inc. dba Zip |
| 128. | Prime Trust, LLC | Vendor Agreement | Guideline, Inc. |
| 129. | Prime Trust, LLC | Vendor Agreement | Herjavec Group |
| 130. | Prime Trust, LLC | Vendor Agreement | HWA International |
| 131. | Prime Trust, LLC | Vendor Agreement | Iconic Growth Partners, LLC |
| 132. | Prime Trust, LLC- | API Technology Agreement Account Form | Innovative Trust Bank Holding Inc |
| 133. | Prime Trust, LLC | Vendor Agreement | Intuition Exchange |
| 134. | ██████████ | ██████████ | ██████████ |
| 135. | Prime Trust, LLC | Bank Account Agreement | JP Morgan Institutional Fund Services |
| 136. | Prime Trust, LLC | Vendor Agreement | KnowBe4, Inc. |
| 137. | ██████████ | ██████████ | ██████████ |
| 138. | Prime Trust, LLC | Vendor Agreement | Kotis Design LLC |
| 139. | Prime Trust, LLC | Vendor Agreement | Lucid Software |
| 140. | Prime Trust, LLC | Vendor Agreement | Marketo |
| 141. | Prime Trust, LLC | Month to Month Agreement | Microsoft Azure |
| 142. | Prime Trust, LLC | Vendor Agreement | Mixmax |
| 143. | Prime Trust, LLC | Vendor Agreement | Muck Rack, LLC |
| 144. | Prime Trust, LLC | Vendor Agreement | Neosoft Private Limited |
| 145. | Prime Trust, LLC | Dec 2022 Order and Pricing Addendum | Netlify, Inc. |
| 146. | Prime Trust, LLC | Vendor Agreement | Office Pride Las Vegas |
| 147. | Prime Trust LLC | Vendor Agreement | Okta |
| 148. | Prime Trust, LLC | Vendor Agreement | One World Bancorp |
| 149. | Prime Trust, LLC | Vendor Agreement | OneTrust |

| No. # | Applicable Debtor Entity Name | Description of Contract or Lease | Contract Counterparty |
|---|---|---|---|
| 150. | Prime Trust, LLC | Vendor Agreement | Open Node |
| 151. | Prime Trust, LLC | Vendor Agreement | OpenComp LLC |
| 152. | Prime Trust, LLC | Vendor Agreement | OpenDeal Inc. dba Republic |
| 153. | Prime Trust, LLC | Vendor Agreement | PagerDuty, Inc. |
| 154. | Prime Trust, LLC | Vendor Agreement | ParaPay |
| 155. | Prime Trust, LLC | Invoice 28505 Sept 2022 Annual Contract | Passage Technology |
| 156. | Prime Trust, LLC | Vendor Agreement | PerformLine, Inc. |
| 157. | Prime Trust, LLC | Vendor Agreement | Plaid, Inc. |
| 158. | Prime Trust, LLC | Q-667778 October 2022 Sales Order | Pluralsight, LLC |
| 159. | Prime Trust, LLC | Vendor Agreement | PortSwigger |
| 160. | Prime Trust, LLC | Vendor Agreement | Qualtrics |
| 161. | Prime Trust, LLC | Robert Half Agreement 9/1/2023 | Robert Half |
| 162. | Prime Trust, LLC | Vendor Agreement | SAP Concur |
| 163. | Prime Trust, LLC | Vendor Agreement | Sayari Labs Inc |
| 164. | Prime Trust, LLC | Vendor Agreement | Sepior ApS |
| 165. | Prime Trust, LLC | Vendor Agreement | Services 24-7 LLC |
| 166. | Prime Trust, LLC | Technology Agreement Account Form | Settle Network |
| 167. | Prime Trust, LLC | Vendor Agreement | Slack |
| 168. | Prime Trust, LLC | Amendment 3 to SOW #1 | Softserve |
| 169. | Prime Trust, LLC | Amendment 2 to SOW #1 | Softserve |
| 170. | Prime Trust, LLC | Master Services Agreement | Softserve |
| 171. | Prime Trust, LLC | Appendix A SOW #1 | Softserve |
| 172. | Prime Trust, LLC | Vendor Agreement | Standard Fusion |
| 173. | Prime Trust, LLC | Q-29117 Sales Order Form | Sumo Logic |
| 174. | Prime Trust, LLC | Vendor Agreement | Suncoast Hotel and Casino |
| 175. | Prime Trust, LLC | Vendor Agreement | Talos Trading Inc. |
| 176. | Prime Trust, LLC | Software Agreement | Tandem, LLC |
| 177. | Prime Trust, LLC | Vendor Agreement | TaxBit, Inc. |
| 178. | Prime Trust, LLC | Vendor Agreement | Trulioo Information Services |
| 179. | Prime Trust, LLC | Vendor Agreement | Universal Protection Service, LP d/b/a Allied Universal |
| 180. | Prime Trust, LLC | Vendor Agreement | Upflow |
| 181. | Prime Trust, LLC | Vendor Agreement | X4 Technology Inc |