# EXHIBIT A

{01968330;v1 }

November 1, 2019

VIA EMAIL

TrueCoin LLC
325 9th Street
San Francisco, CA 94103
Attn: Alex De Lorraine

Re: Second Amendment to the Partner Agreement

Dear Mr. De Lorraine:

We are pleased to confirm receipt of the Second Amendment to the Partner Agreement between Prime Trust LLC and TrueCoin LLC today. Prime Trust shall continue providing services as escrow agent to holders of TrueUSD.  We look forward to continuing our business relationship and to the continued success of TrueCoin LLC.

Very truly yours,

*George S. Georgiades*

George S. Georgiades, Esq.
General Counsel

330 S. Rampart Blvd. Suite 260 Summerlin, NV 89145

702.840.4000    |    info@primetrust.com    |    primetrust.com