# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*, [1] | Case No: 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 596** |

## CERTIFICATE OF SERVICE

    I, Gregory A. Taylor, hereby certify that, on December 15, 2023, I caused one copy of the foregoing *Opposition of TrustToken, Inc. and TrueCoin, LLC to Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: December 15, 2023

                                               **ASHBY & GEDDES, P.A.**

                                               */s/ Gregory A. Taylor*
                                               Gregory A. Taylor (DE Bar No. 4008)
                                               500 Delaware Avenue, 8th Floor
                                               P.O. Box 1150
                                               Wilmington, Delaware 19899
                                               Tel: (302) 654-1888
                                               Email: GTaylor@ashbygeddes.com

                                               *Counsel for Don A. Beskrone,*
                                               *Chapter 7 Trustee*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

{01961233;v1 }

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Email: mkandestin@mwe.com | **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Joseph B. Evans<br>Jessica Greer Griffith<br>Lucas B. Barrett<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Email:  dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br>lbarrett@mwe.com |
| **MCDERMOTT WILL & EMERY LLP**<br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Email: gsteinman@mwe.com | **OFFICE OF THE U.S. TRUSTEE**<br>Joseph F. Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware  19801<br>Email: joseph.cudia@usdoj.gov |
| **MCDERMOTT WILL & EMERY LLP**<br>Rebecca E. Trickey<br>444 West Lake Street, Suite 4000<br>Chicago, IL  60606-0029<br>Email: rtrickey@mwe.com | **BROWN RUDNICK, LLP**<br>Kenneth J. Aulet<br>W. Lydell Benson<br>Jennifer M. Schein<br>Bennett Silverberg<br>Robert J. Stark<br>Seven Times Square<br>New York, NY  10036<br>Email: kaulet@brownrudnick.com<br>wlbenson@brownrudnick.com<br>jschein@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>rstark@brownrudnick.com |
| **BROWN RUDNICK, LLP**<br>Tristan G. Axelrod<br>Sharon I. Dwoskin<br>Matthew A. Sawyer<br>One Financial Center<br>Boston, MA 02111<br>Email: taxelrod@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>msawyer@brownrudnick.com | **WOMBLE BOND DICKINSON**<br>Donald J. Detweiler<br>Elazar A. Kosman<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE  19801<br>Email:  Donald.detweiler@wbd-us.com<br>Elazar.kosman@wbd-us.com |
| **BROWN RUDNICK, LLP**<br>Hailey Lennon<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA  92612<br>Email: hlennon@brownrudnick.com | **BROWN RUDNICK, LLP**<br>Stephen D. Palley<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC  20005<br>Email: spalley@brownrudnick.com |