## **EXHIBIT A**

**Identity of Claimants 1-6**

**(Filed Under Seal)**