IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 480, 577** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT AGREEMENT
AMONG THE DEBTORS, TIKI LABS, INC. D/B/A AUDIUS INC., AND THE
SETTLING AUDIO HOLDERS; (II) AUTHORIZING THE DEBTORS TO SELL
CERTAIN AUDIO FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS
AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On November 28, 2023, the Debtors filed their *Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling of Audio Holders; (II) Authorizing the Debtors to Sell Certain Audio Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* [Docket No. 480] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to respond to the Motion was December 12, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

2. Prior to the Objection Deadline, the Debtors received informal comments from the United States Securities and Exchange Commission (the "SEC"), which are reflected in a revised

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

proposed form of order approving the Motion (the "<u>Revised Proposed Order</u>").  On December 13, 2023, the Debtors filed the Revised Proposed Order under certification of counsel [Docket No. 577].

       3.       Following the filing of the Revised Proposed Order, the Debtors received informal comments from the Court, which are reflected in a further revised proposed form of order approving the Motion (the "<u>Further Revised Proposed Order</u>"). The Further Revised Proposed Order is attached hereto as **<u>Exhibit A</u>**.  For the convenience of the Court and parties in interest, attached hereto as **<u>Exhibit B</u>** is a redline comparing the Further Revised Proposed Order with the Revised Proposed Order.

       **WHEREFORE**, the Debtors respectfully request that the Court enter the Further Revised Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 15, 2023<br>         Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br> */s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                   jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |