# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 587 |

## ORDER ADJOURNING DECEMBER 19, 2023
## FOREIGN CURRENCY SALE MOTION

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") (i) adjourning the Hearing on the Foreign Currency Sale Motion to no earlier than the omnibus hearing scheduled for January 17, 2024, at 11:00 a.m. (prevailing Eastern Time), (ii) extending the Reply Deadline to no earlier than January 10, 2024, at 4:00 p.m. (prevailing Eastern Time), (iii) permitting a subsequent reply brief of no more than 10 pages with fact declarations, and (iv) granting related relief, as more fully described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

necessary; and the Court having been advised that the necessary witnesses are unavailable to attend in-person the evidentiary hearing on the Motion on December 19, 2023; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**

1. The Motion is **GRANTED** as set forth herein.

2. The Foreign Currency Sale Motion, set for hearing on December 19, 2023, shall be adjourned to a date to be determined.

3. A Zoom Status Conference with respect to scheduling will be held on December 19, 2023 at 4:00 p.m. (prevailing Eastern Time).

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  December 15, 2023

J. Kate Stickles
United States Bankruptcy Judge