Robert J. Stark, Esq. *(pro hac vice)*
Bennett S. Silverberg, Esq. *(pro hac vice)*
Kenneth J. Aulet, Esq. *(pro hac vice)*
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

-and-

Tristan G. Axelrod *(pro hac vice)*
Matthew A. Sawyer *(pro hac vice)*
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111

*Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS) |

**<u>NOTICE OF RATE INCREASE BY BROWN RUDNICK LLP</u>**

On September 27, 2023, the Official Committee of Unsecured Creditors for the above-captioned debtors and debtors-in-possession (the "<u>Committee</u>") filed the *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., et al., Nunc Pro Tunc to*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

August 31, 2023 (the "Retention Application") [Docket No. 195]. On October 16, 2023, the Court entered the *Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of Prime Core Technologies Inc., et al., Nunc Pro Tunc to August 31, 2023* (the "Retention Order") [Docket No. 300] authorizing the Committee to retain and employ Brown Rudnick LLP ("Brown Rudnick") as its legal counsel.

Paragraph 4 of the Retention Order requires Brown Rudnick to provide 10 calendar days' notice to the Committee, the Debtors, and the U.S. Trustee prior to any increases in the rates set forth in the Stark Declaration,[2] and to file such notice with the Court. In the ordinary course of business, Brown Rudnick adjusts its standard billing rates firmwide on an annual basis. This notice is being provided pursuant to paragraph 4 of the Retention Order. Effective as of January 1, 2024, Brown Rudnick's billing rates for lawyers and paraprofessionals who may work on matters related to the above-caption cases will be as follows:

| Billing Category | Range |
|---|---|
| Partners | $900 – $2,250 |
| Counsel and Other Non-Associate Attorneys | $300 – $2,575 |
| Associates | $695 – $985 |
| Paraprofessional | $385 – $545 |

---

[2] The Stark Declaration is attached to the Retention Application as Exhibit B.

2

Dated: December 15, 2023

By: /s/ *Robert J. Stark*
**BROWN RUDNICK LLP**
Robert J. Stark, Esq. *(pro hac vice)*
Bennett S. Silverberg, Esq. *(pro hac vice)*
Kenneth J. Aulet, Esq. *(pro hac vice)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com
Email: kaulet@brownrudnick.com

-and-

Tristan G. Axelrod *(pro hac vice)*
Matthew A. Sawyer *(pro hac vice)*
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
Email: msawyer@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of Prime Core Technologies, Inc., et al.*