# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR DECEMBER 19, 2023 HEARING

Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby file this *Debtors' Witness and Exhibit List for Confirmation Hearing on December 19, 2023* (the "Witness and Exhibit List") in connection with the hearing currently scheduled for December 19, 2023 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing"). The Debtors designate the following witnesses and exhibits that may offered at the Hearing.

## WITNESSES

1.   Michael Wyse, Managing Partner of Wyse Advisors LLC, in his capacity as a member of the Special Committee of the Debtors, in support of approval of (i) the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* [Docket No. 259] (as amended, modified, or supplemented and including all exhibits and supplements thereto, the "Disclosure Statement") on a final a basis, and (ii) confirmation of the *Amended Plan Joint*

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* [Docket No. 592-1] (as modified, amended, or supplemented from time to time, the "Plan").

2.  Brian Karpuk, Managing Director of Stretto Inc. ("Stretto"), with respect to (a) votes to accept or reject the Plan, and (b) the *Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 474] (the "Motion to Further Amend").

3.  William Murphy, Senior Director at M3 Advisory Partners, LP, in support of (a) confirmation of the Plan; (b) the *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket Nos. 435, 436]; (c) the *Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket Nos. 437, 438]; (d) the *Debtors' Objection to Proof of Claim No. 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 434]; and (e) the Motion to Further Amend.

4.  Robert Winning, Managing Director at M3 Advisory Partners, LP, in support of *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 523] (the "DIP Motion").

5.  Michael Ashe, Head of Investment Banking at Galaxy Digital Partners LLC, in support of the DIP Motion.

6. Any witness listed, offered, or called by the Debtors or any other party; and

7. Any witness required for rebuttal or impeachment.

[*Remainder of Page Intentionally Left Blank*]

# EXHIBIT LIST

The Debtor may seek to introduce into evidence one or more of the following exhibits at the Hearing.

| Exhibit No. | Description |
|---|---|
| 1 | *Affidavit/Declaration of Service re: Notice of Chapter 11 Bankruptcy Case* [Docket No. 424] |
| 2 | *Declaration Of William Murphy in Support of Debtors' Objection to Proof of Claim No. 416 Filed by Connor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 434] |
| 3 | *Declaration of William Murphy in Support of Debtors First (Substantive) Objection to Certain Filed Proofs of Claim* [Docket Nos. 435, 436] |
| 4 | *Declaration of William Murphy in Support of Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket No. 437, 438] |
| 5 | *Declaration of William Murphy in Support of Debtors' Motion to Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 474] |
| 6 | *Declaration of Robert Winning in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 523-2] |
| 7 | *Declaration of Michael Ashe in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 523-3] |
| 8 | *Amended Declaration of Brian Karpuk in Support of Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 525] |
| 9 | *Affidavit/Declaration of Service re: Solicitation Materials.* [Docket No. 552] |

| | |
|---|---|
| 10 | *Affidavit/Declaration of Service re: Solicitation Materials, Amendment to Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief* [Docket No. 553] |
| 11 | *Affidavit/Declaration of Service re: Notice of Chapter 11 Bankruptcy Case (Docket No. 46), Notice of Bar Dates for Administrative Expense Claims (Docket No. 185), Notice of Bar Dates for Administrative Expense Claims (Docket No. 186), Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors (Docket No. 258), Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors (Docket No. 259), Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief (Docket No. 264), Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan (Docket No. 265)* [Docket No. 555] |
| 12 | *Affidavit/Declaration of Service re: Notice of Bar Dates for Filing Proofs of Claim (Docket No. 185), Notice of Bar Dates for Administrative Expense Claims (Docket No. 186), Official Form 410 Proof of Claim Form, Instructions for Proof of Claim, Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan (Docket No. 265), Notice of Amendment to Confirmation Schedule (Docket No. 367).* [Docket No. 556] |
| 13 | *Declaration of Michael Wyse in Support of (I) Approval of the Disclosure Statement on a Final Basis and (II) Confirmation of the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 558] |

| 14 | *Declaration of William Murphy in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 559] |
|---|---|
| 15 | *Affidavit/Declaration of Service re: Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan (Docket No. 265), Notice of Amendment to Confirmation Schedule (Docket No. 367).* [Docket No. 562] |
| 16 | *Affidavit/Declaration of Service re: Notice of Amendment to Confirmation Schedule (Docket No. 367)* [Docket No. 564] |
| 17 | *Declaration of Brian Karpuk of Stretto Regarding Voting and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 582] |
| 18 | Any exhibits listed, designated, or offered by the Debtor or any other party. |
| 19 | Any exhibits necessary for rebuttal. |

[*Remainder of Page Intentionally Left Blank*]

The Debtors reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Rules and prior orders of the Court. The Debtors further reserve the right to provide any documents included in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

| | |
|---|---|
| Dated: December 15, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 485-3900<br>Facsimile:    (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>Jessica Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5400<br>Facsimile:    (646) 547-5444<br>Email:          dazman@mwe.com<br>                     jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:   (305) 358-3500<br>Facsimile:    (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |