IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on five hundred thirty-seven (537) confidential parties not included herein:

- **Order Authorizing the Debtors to Terminate 401(k) Plan** (Docket No. 602)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 16, 2023

/s/ James Nguyen-Phan
James Nguyen-Phan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Los Angeles

Subscribed and sworn to (or ~~affirmed~~) before me on this 16th day of December, 2023, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Vinson C. Ton

VINSON C. TON
Notary Public - California
Los Angeles County
Commission # 2380924
My Comm. Expires Oct 31, 2025

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.