**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 19, 2023 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

**This hearing will be conducted in-person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Stickles' chambers to appear remotely; or (iv) other extenuating circumstances as determined by Judge Stickles.  All participants over Zoom must register in advance.  Please register by December 18, 2023, at 4:00 p.m. (Eastern Time).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItcuquqT8iHUjt_v3y8lLtzzjEgnW0mg0

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]     **Amended items appear in bold.**

**RESOLVED MATTERS**

1.    Debtors' Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief [Filed 10/31/23; Docket No. 368]

Related Documents:

(a)    Certification of No Objection Regarding Debtors' Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief [Filed 11/15/23; Docket No. 427]

(b)    Order (A) Authorizing the Debtors' Omnibus Motion to Reject Certain Executory Contracts, Effective as of October 31, 2023, and (B) Granting Related Relief [Filed 11/17/23; Docket No. 431]

Responses Received:  None.

Objection Deadline:   November 14, 2023 at 4:00 p.m. (ET)

Status:         The Court has entered an order regarding this matter.

2.    Debtors' Third Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 11/15/23; Docket No. 429]

Related Documents:

(a)    Certification of No Objection Regarding Debtors' Third Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 11/30/23; Docket No. 495]

(b)    Third Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 12/4/23; Docket No. 504]

Responses Received:  None.

Objection Deadline:   November 29, 2023 at 4:00 p.m. (ET)

Status:         The Court has entered an order regarding this matter.

3.     Debtors' Fourth Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief [Filed 11/17/23; Docket No. 430]

Related Documents:

(a)     Certification of No Objection Regarding Debtors' Fourth Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief [Filed 12/4/23; Docket No. 507]

(b)     Fourth Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 17, 2023, and (B) Granting Related Relief [Filed 12/5/23; Docket No. 513]

Responses Received:  None.

Objection Deadline:   December 1, 2023 at 4:00 p.m. (ET)

<u>Status</u>:         The Court has entered an order regarding this matter.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

4.     Debtors' Motion for Entry of an Order (I) Authorizing Termination of 401(k) Plan, and (II) Granting Related Relief [Filed 11/27/23; Docket No. 475]

Related Documents:

(a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing Termination of 401(k) Plan, and (II) Granting Related Relief [Filed 12/13/23; Docket No. 576]

(b)     **Modified Order Authorizing the Debtors to Terminate 401(k) Plan [Filed 12/15/23; Docket No. 602]**

Responses Received:  None

Objection Deadline:   December 12, 2023 at 4:00 p.m. (ET)

<u>Status</u>:         **The Court has entered an order regarding this matter.**

5.     Debtors' Omnibus Determination Motion for Estimation and Temporary Allowance of Claim Nos. 173, 859, and 1319 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Filed 11/28/23; Docket No. 484]

Related Documents:

(a)     Certificate of No Objection Regarding Debtors' Omnibus Determination Motion for Estimation and Temporary Allowance of Claim Nos. 173, 859, and 1319 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Filed 12/13/23; Docket No. 578]

(b)     **Order Granting Determination Motion for Estimation and Temporary Allowance of Claim No. 173 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Filed 12/15/23; Docket No. 605]**

Responses Received:  None

Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET)

Status:        **The Court has entered an order regarding this matter.**

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL

6.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/24/23; Docket No. 20]

Related Documents:

(a)     Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., *et al.*, in Support of Chapter 11 Petitions and First Day Motions [Filed 8/24/23; Docket No. 14]

(b)     Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 8/25/23; Docket No. 42]

(c)     Notice of Final Hearing on First Day Motions [Filed 8/31/2023; Docket No. 63]

(d)     Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing

4

the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/19/23; Docket No. 165]

(e)     Final Order Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/20/23; Docket No. 170]

(f)     Second Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 9/22/23; Docket No. 188]

(g)     Third Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/5/23; Docket No. 255]

(h)     Certification of Counsel Regarding Motion of Debtors for Entry of Fourth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/17/23; Docket No. 305]

(i)     Fourth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 10/18/23; Docket No. 308]

(j)     Certification of Counsel Regarding Motion of Debtors for Entry of Fifth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 11/9/23; Docket No. 401]

(k)     Fifth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 11/9/23; Docket No. 404]

(l)     Certification of Counsel Regarding Motion of Debtors for Entry of Sixth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 12/7/23; Docket No. 526]

(m)     Certification of Counsel Regarding Amended Sixth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 12/9/23; Docket No. 541]

(n)     **Sixth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief [Filed 12/15/23; Docket No. 599]**

Responses Received:

(a)     Objection of the Bittrex Parties to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/12/23; Docket No. 107] [Resolved]

(b)     Limited Objection and Reservation of Rights of BMO Bank N.A. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (III) Granting Related Relief [Filed 9/13/23; Docket No. 110]

Objection Deadline:    September 12, 2023 at 4:00 p.m. (ET); extended to September 13, 2023 at 10:00 a.m. (ET) for BMO Bank N.A.; extended to September 13, 2023 at 4:00 p.m. (ET) for the Committee; and extended to September 14, 2023 at 12:00 p.m. (ET) for the Office of the United States Trustee ("U.S. Trustee")

Status:        **The Court has entered an order regarding this matter.**

7.     Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 11/15/23; Docket No. 428]

Related Documents:

(a)     Certification of Counsel Regarding Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts,

Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 12/13/23; Docket No. 581]

(b)     **Second Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 12/15/23; Docket No. 601]**

Responses Received:

(a)     Limited Opposition of SDM, Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 11/29/23; Docket No. 491]

(b)     Limited Objection of OKCoin USA Inc. to Debtors' Second Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief [Filed 11/30/23; Docket No. 494]

Objection Deadline:   November 29, 2023 at 4:00 p.m. (ET); extended to December 1, 2023 at 5:00 p.m. (ET) for OKCoin USA Inc.

<u>Status</u>:        **The Court has entered an order regarding this matter.**

8.      Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling AUDIO Holders; (II) Authorizing the Debtors to Sell Certain AUDIO Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed 11/28/23; Docket No. 480]

Related Documents:

(a)     Declaration of Robert Winning in Support of Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling AUDIO Holders; (II) Authorizing the Debtors to Sell Certain AUDIO Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed 11/28/23; Docket No. 481]

(b)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling AUDIO Holders; (II) Authorizing the Debtors to Sell Certain AUDIO Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed 12/13/23; Docket No. 577]

(c)     **Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. d/b/a Audius Inc., and the Settling AUDIO Holders; (II) Authorizing the**

**Debtors to Sell Certain AUDIO Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed 12/15/23; Docket No. 604]**

Responses Received:

(a)     Informal comments received from the United States Securities and Exchange Commission (the "SEC")

Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET)

Status:        **The Court has entered an order regarding this matter.**

9.     Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry Into License Agreement With Electric Solidus Inc., and (II) Granting Related Relief [REDACTED] [Filed 11/28/23; Docket No. 483]

Related Documents:

(a)     Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry Into License Agreement With Electric Solidus Inc., and (II) Granting Related Relief (Filed Under Seal) [Filed 11/28/23; Docket No. 482]

(b)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry Into License Agreement With Electric Solidus Inc., and (II) Granting Related Relief [Filed 12/13/23; Docket No. 579]

(c)     **Order (I) Approving Debtors' Entry Into License Agreement With Electric Solidus Inc., and (II) Granting Related Relief [Filed 12/15/23; Docket No. 606]**

Responses Received:

(a)     Informal comments received from the SEC

Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET)

Status:        **The Court has entered an order regarding this matter.**

10.     Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief [Filed 11/29/23; Docket No. 488]

Related Documents:

(a)     Declaration of Michael Wyse in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related

to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief [Filed 12/11/23; Docket No. 544]

(b)     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief [Filed 12/13/23; Docket No. 580]

(c)     **Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief [Filed 12/15/23; Docket No. 600]**

Responses Received:

(a)     Informal comments received from the U.S. Trustee [Resolved]

Objection Deadline:   December 12, 2023 at 4:00 p.m. (ET)

<u>Status</u>:          **The Court has entered an order regarding this matter.**

## **MATTERS GOING FORWARD**

11.   Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 9/19/2023; Docket No. 166]

Related Documents:

(a)     Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/16/2023; Docket No. 296]

Responses Received:

(a)     Objection of Zane Busteed, Mercato Partners, and Certain of Its Affiliates to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Filed 10/2/23; Docket No. 234]

(b)     Objection to Cure Amount filed by Astrolescent Inc. [Filed 12/7/23; Docket No. 527]

Cure Objection Deadline:     October 2, 2023 at 4:00 p.m. (ET); extended to October 3, 2023 at 12:00 p.m. (ET) for Party identified under seal at Docket No. 266; extended to October 6, 2023 at 4:00 p.m. (ET) for Salesforce, Inc.; extended to October 10, 2023 at 4:00 p.m. (ET) for Fold, Inc.

9

Status:        This matter is moot by virtue of the rejection of the subject agreements under the Plan (defined herein) and as set forth in Docket No. 595.

12.    Debtors' Objection to Proof of Claim No. 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Filed 11/18/23; Docket No. 434]

Related Documents:  None

Responses Received:

(a)    Informal response received.

Objection Deadline:    December 14, 2023 at 4:00 p.m. (ET)

Status:        This matter is going forward.

13.    Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim [REDACTED] [Filed 11/18/23; Docket No. 436]

Related Documents:

(a)    Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Filed Under Seal) [Filed 11/18/23; Docket No. 435]

(b)    Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims) [Filed 12/5/23; Docket No. 522]

Responses Received:

(a)    Informal response received from Claimant 1[3] [Resolved]

(b)    Informal response received from Crowell & Moring LLP [Resolved]

(c)    Response to Objection to Claim 1181, an amendment to claim 428 filed by K.W., Claimant (Filed Under Seal) [Filed 12/4/23; Docket No. 499]

(d)    Response to Objection to Claim 1181, an amendment to claim 428 filed by K.W., Claimant [REDACTED] [Filed 12/4/23; Docket No. 501]

(e)    Informal response received from Claimant 2 [Resolved]

---

[3]    **The identity of the claimants referred to herein as Claimants 1-6 is disclosed in the unredacted version of _Exhibit A_ filed under seal at Docket No. 611.**

(f)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Creditors Shyam Sundar Aswadha Narayanan and Latha Narayanan [REDACTED] [Filed 12/7/23; Docket No. 529]

(g)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Creditors Shyam Sundar Aswadha Narayanan and Latha Narayanan (Filed Under Seal) [Filed 12/7/23; Docket No. 530]

(h)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Claimant 3 [Served 12/7/23]

(i)    Informal response received from Claimant 4

**(j)    Response received from 450 Investments LLC [Adjourned]**

(k)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Claimant 5 [Served 12/11/23]

(l)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Claimant 6 [Served 12/12/23]

(m)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Jason Hoffman [REDACTED] [Filed 12/13/23; Docket No. 570]

(n)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Jason Hoffman (Filed Under Seal) [Filed 12/13/23; Docket No. 571]

(o)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by James Douglas Kofford [REDACTED] [Filed 12/13/23; Docket No. 572]

(p)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by James Douglas Kofford (Filed Under Seal) [Filed 12/13/23; Docket No. 573]

(q)    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Doc. # 436) by Scott H. Mason [Filed 12/13/23; Docket No. 574]

(r)    Opposition of Austin Ward to Debtors' First (Substantive) Omnibus Objection to Proof of Claim [Filed 12/14/23; Docket No. 583]

**(s)    Informal response received from Zap Solutions, Inc. [Adjourned]**

Objection Deadline:    December 14, 2023 at 4:00 p.m. (ET)

Status:        This matter is going forward, **except with respect to items (a), (b) and (e), which have been resolved, and items (j) and (s), which are being adjourned to a date to be determined**.

14.    Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim [REDACTED] [Filed 11/18/23; Docket No. 438]

Related Documents:

(a)    Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Filed Under Seal) [Filed 11/18/23; Docket No. 437]

(b)    Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims) [Filed 12/5/23; Docket No. 522]

Responses Received:  None

Objection Deadline:    December 14, 2023 at 4:00 p.m. (ET)

Status:        This matter is going forward.

15.    Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 11/27/23; Docket No. 474]

Related Documents:

(a)    Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 9/22/23; Docket No. 189] (the "Amended Matrix Order")

(b)    Amended Declaration of Brian Karpuk in Support of Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 12/6/23; Docket No. 525]

Responses Received:

(a)    United States Trustee's Objection to Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 12/12/23; Docket No. 551]

Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET)

Status:    This matter is going forward, including the status conference pursuant to par. 11 of the Amended Matrix Order.

16.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Filed 12/5/23; Docket No. 523]

Related Documents:

(a)    Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Filed 12/14/23; Docket No. 585]

Responses Received:

(a)    Informal comments received from the U.S. Trustee.  **[Resolved]**

(b)    Informal comments received from Electric Solidus Inc. d/b/a Swan Bitcoin.  **[Resolved]**

Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET); extended to December 14, 2023 at 12:00 noon (ET) for the U.S. Trustee

Status:    This matter is going forward.

17.    [Solicitation Version] Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors (as the same may be revised or amended, the "Disclosure Statement") [Filed 10/5/23; Docket No. 259]

Related Documents:

(a)    Notice of Filing of Liquidation Analysis [Filed 10/5/23; Docket No. 253]

13

(b)     Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 10/6/23; Docket No. 264]

(c)     Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 10/6/23; Docket No. 265]

(d)     Affidavit of Publication of the Notice of Conditional Approval of Disclosure Statement and Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Chapter 11 Plan in the New York Times [Filed 10/13/23; Docket No. 288]

(e)     Certification of Counsel Regarding Request for Entry of an Amendment to Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 10/25/23; Docket No. 350]

(f)     Amendment to Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief [Filed 10/31/23; Docket No. 362]

(g)     Notice of Amendment to Confirmation Schedule [Filed 10/31/23; Docket No. 367]

(h)     Affidavit of Service [Filed 11/14/23; Docket No. 424]

(i)     Affidavit of Service [Filed 11/27/23; Docket No. 459]

(j)     Notice of Filing of Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 11/28/23; Docket No. 486]

(k)     Notice of Filing of Supplement to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 11/28/23; Docket No. 487]

(l)     Notice of Filing of Revised Liquidation Analysis [Filed 12/1/23; Docket No. 497]

(m)     Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Filed Under Seal) [Filed 12/4/23; Docket No. 510]

(n)     Notice of Filing of First Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [REDACTED] [Filed 12/4/23; Docket No. 511]

(o)     Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof (as the same may be amended, revised or supplemented, the "Plan") [Filed 12/5/23; Docket No. 521]

(p)     Notice of Filing of Second Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Filed Under Seal) [Filed 12/8/23; Docket No. 539]

(q)     Notice of Filing of Second Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [REDACTED] [Filed 12/8/23; Docket No. 540]

(r)     Affidavit of Service re: Solicitation Materials [Filed 12/12/23; Docket No. 552]

(s)     Affidavit of Service re: Solicitation Materials [Filed 12/12/23; Docket No. 553]

(t)     Affidavit of Service [Filed 12/12/23; Docket No. 555]

(u)     Affidavit of Service [Filed 12/12/23; Docket No. 556]

(v)     Debtors' Memorandum of Law (I) in Support of (A) Approval of the Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to Confirmation [Filed 12/12/23; Docket No. 557]

(w)     Declaration of Michael Wyse in Support of (I) Approval of Disclosure Statement on a Final Basis and (II) Confirmation of the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/12/23; Docket No. 558]

(x)     Declaration of William Murphy in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/12/23; Docket No. 559]

(y)     Affidavit of Service [Filed 12/13/23; Docket No. 562]

(z)     Affidavit of Service [Filed 12/13/23; Docket No. 564]

(aa)    Affidavit of Service [Filed 12/13/23; Docket No. 575]

(bb)    Declaration of Brian Karpuk of Stretto Regarding Voting and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/13/2023; Docket No. 582]

(cc)    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Filed 12/14/23; Docket No. 589]

(dd)    Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/14/23; Docket No. 592]

(ee)    Notice of Filing of Third Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy Code (Filed Under Seal) [Filed 12/15/23; Docket No. 594]

(ff)    Notice of Filing of Third Amended Plan Supplement with Respect to Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy Code [REDACTED] [Filed 12/15/23; Docket No. 595]

Responses Received:

(a)     Limited Objection and Reservation of Rights of Allegheny Casualty Company Regarding the Debtors' Disclosure Statement and Joint Chapter 11 Plan of Reorganization [Filed 9/27/23; Docket No. 194] [Resolved through language in the Plan]

(b)     Objection of Tiki Labs, Inc. dba Audius Inc. to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter

11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/28/23; Docket No. 214] [Withdrawn]

(c)     Joinder of Coinbits, Inc. to Objection to Disclosure Statement [Filed 9/28/23; Docket No. 218]

(d)     Joinder of Coinbits, Inc. to Objection to Disclosure Statement [Filed 9/28/23; Docket No. 219]

(e)     AnchorCoin LLC's Objection to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 9/29/23; Docket No. 221] [Resolved; concerns addressed through Disclosure Statement supplement]

(f)     Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Approval of Disclosure Statement [Filed 10/1/23; Docket No. 228] [Moot]

(g)     Limited Objection and Reservation of Rights of Salesforce, Inc. to Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/5/23; Docket No. 512] [Resolved]

(h)     Statement and Reservation of Rights of TrueCoin, LLC and TrustToken, Inc. to Debtors' Joint Chapter 11 Plan of Reorganization [Filed 12/5/23; Docket No. 514]

(i)     Reservation of Rights of the Bittrex Plan Administrator Regarding Confirmation of the Debtors Amended Joint Chapter 11 Plan of Reorganization [Filed 12/5/23; Docket No. 515]

(j)     Objection of SDM, Inc. to Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/5/23; Docket No. 516] **[Resolved]**

(k)     Limited Objection and Reservation of Rights of 450 Investments LLC to Confirmation of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors [Filed 12/5/23; Docket No. 519] **[Resolved through language in the proposed confirmation order]**

(l)     Objection of Kado Software, Inc. d/b/a Kado Money to Approval of the Disclosure Statement and Confirmation of the Plan [Filed 12/6/23; Docket No. 524] [Withdrawn]

(m)    Notice of Withdrawal of Objection of Kado Software, Inc. d/b/a Kado Money to Approval of the Disclosure Statement and Confirmation of the Plan [Filed 12/11/23; Docket No. 543][4]

(n)    Informal comments received from the SEC [Resolved through language in the Plan and proposed confirmation order]

(o)    United States Trustee's Objection to the Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/12/23; Docket No. 550] [Resolved through language in the Plan and proposed confirmation order with respect to exculpation objection only]

(p)    Notice of Withdrawal of Objection of Tiki Labs, Inc. dba Audius Inc. to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors [Filed 12/13/23; Docket No. 569]

(q)    Informal comments received from AnchorCoin LLC to form of confirmation order [Resolved]

Objection Deadline:    December 5, 2023 at 4:00 p.m. (ET); extended to December 6, 2023 at 4:00 p.m. (ET) for Philadelphia Indemnity Insurance Company and Allegheny Casualty Company; extended to December 8, 2023 at 12:00 noon (ET) for Kado Software d/b/a Kado Money solely with respect to the First Amended Plan Supplement; extended to December 12, 2023 at 12:00 noon (ET) for the U.S. Trustee

Status:    Resolved through changes to the Disclosure Statement, Plan, and/or the proposed confirmation order, or otherwise, with respect to items (a), (b), (e), (g), **(j), (k),** (l), (n) and (q). Item (f) is moot. Items (h) and (i) are reservations of rights and are thus not applicable. Items (c) and (d), are going forward. Item (o) is going forward except with respect to issues relating to exculpation, which have been resolved by virtue of revisions to the Plan filed at Docket No. 592-1.

## MATTERS SUBJECT TO PENDING MOTION TO ADJOURN

18.    Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 **(the "Foreign Currency Sale Motion")** [Filed 11/13/23; Docket No. 413]

Related Documents:

---

[4]    Withdrawn objections are not included in the Matters Going Forward binder delivered to the Court.

(a)     Declaration of Timothy Bowman in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 11/13/23; Docket No. 415]

(b)     Declaration of Joseph B. Evans in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 11/13/23; Docket No. 416]

(c)     Reply in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 12/14/23; Docket No. 590]

(d)     Declaration of J. Greer Griffith in Support of the Reply of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 12/14/23; Docket No. 591]

Responses Received:

(a)     Objection of the Bittrex Plan Administrator to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 11/27/23; Docket No. 460]

(b)     Opposition of TrustToken, Inc. and TrueCoin, LLC to Debtors' Motion to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Filed 11/27/23; Docket No. 462]

Objection Deadline:          November 27, 2023 at 4:00 p.m. (ET); extended to December 1, 2023 at 11:59 p.m. (ET) for Polaris Ventures

Status:     **This matter has been adjourned to a date to be determined.  A status conference with respect to this matter will be held on December 19, 2023 at 4:00 p.m. (prevailing Eastern Time).**

19.     Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief **(the "Adjournment Motion")** [Filed 12/14/23; Docket No. 587]

Related Documents:

(a)    Declaration of Joseph B. Evans in Support of Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief [Filed 12/14/23; Docket No. 588]

(b)    **Order Adjourning December 19, 2023 Foreign Currency Sale Motion [Filed 12/15/23; Docket No. 607]**

Responses Received:

(a)    Opposition of TrustToken, Inc. and TrueCoin, LLC to Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief [Filed 12/15/23; Docket No. 596]

Objection Deadline:        N/A

Status:        **The Court has entered an order regarding this matter adjourning the hearing on the Foreign Currency Sale Motion to a date to be determined.**

20.    Debtors' Motion for Entry of an Order Shortening Notice of Hearing on Debtors' Emergency Motion for Entry of an Order (I) Adjourning Certain Matters Set for Hearing on December 19, 2023; (II) Extending the Deadline for Debtors to File a Reply; and (III) Granting Related Relief [Filed 12/15/23; Docket No. 593]

Related Documents:    None

Responses Received:    None

Objection Deadline:        N/A

Status:        **An order having been entered regarding the Adjournment Motion, this matter is now moot.**

Dated: December 18, 2023              **MCDERMOTT WILL & EMERY LLP**
Wilmington, Delaware

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:         mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:      dazman@mwe.com
            jbevans@mwe.com
            ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:      gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*