IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 258, 485, 486, 508, 510, 511, 521, 539, 540, 594, 595, 615 & 616** |

**NOTICE OF FILING OF FIFTH AMENDED PLAN SUPPLEMENT
WITH RESPECT TO THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

  **PLEASE TAKE NOTICE** that, on October 5, 2023, Prime Core Technologies Inc. and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 258] (as amended, modified, or supplemented and including all exhibits and supplements thereto, the "Plan")[2] in the United States Bankruptcy Court for the District of Delaware (the "Court").

  **PLEASE TAKE FURTHER NOTICE** that, on November 28, 2023, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 485-1] with the Court.

  **PLEASE TAKE FURTHER NOTICE** that, on November 28, 2023, the Debtors filed the *Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 486] (the "Plan Supplement") in support of the Plan.

  **PLEASE TAKE FURTHER NOTICE** that, on December 4, 2023, the Debtors filed the *Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 508]. Attached as Exhibit A thereto was a further revised *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 508-1].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 4, 2023, the Debtors filed the *First Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 511] (the "First Amended Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 5, 2023, the Debtors filed the *Notice of Filing of Further Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521]. Attached as Exhibit A thereto was a further revised *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1].

**PLEASE TAKE FURTHER NOTICE** that, on December 8, 2023, the Debtors filed the *Second Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 540] (the "Second Amended Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 15, 2023, the Debtors filed the *Third Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 595] (the "Third Amended Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on December 18, 2023, the Debtors filed the *Fourth Amended Plan Supplement with Respect to the Debtors' Amended Joint Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy* [Docket No. 616] (the "Fourth Amended Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this fifth amended plan supplement (the "Fifth Amended Plan Supplement"), in support of the Plan and as contemplated therein.

**PLEASE TAKE FURTHER NOTICE** that the Fifth Amended Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:

| Exhibit | Description |
| --- | --- |
| **Exhibit A** | ***Further Revised*** Schedule of Assumed Executory Contracts and Unexpired Leases |
| Exhibit A-1 | Redline of ***Further Revised*** Schedule of Assumed Executory Contracts and Unexpired Leases against the version filed with the Fourth Plan Supplement. |

**PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in this Fifth Amended Plan Supplement remain subject to ongoing negotiations among the Debtors, the official committee of unsecured creditors appointed in these cases, the DIP Lender, and other interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Fifth Amended Plan Supplement, and any of the documents and

designations contained herein, at any time before the Effective Date, or any such other date in accordance with the Plan, the Confirmation Order, or any other order of the Court. Each of the documents contained in the Fifth Amended Plan Supplement or its amendments are subject to certain consent and approval rights to the extent so provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Fifth Amended Plan Supplement, and other documents and materials filed in the above-captioned chapter 11 cases may be examined by any party-in-interest (a) between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Court (the "Clerk"), 824 N. Market St., 3rd Floor, Wilmington, Delaware 19801; (b) free of charge at the Debtors' case website (https://cases.stretto.com/primetrust/); or (c) for a fee at the Court's website (http://www.deb.uscourts.gov) (a PACER account is required). Such documents may also be obtained by written request to Stretto, Inc. (the "Voting Agent") at PrimeCoreInquiries@stretto.com or by telephoning the Voting Agent at (888) 533-4753 (toll-free) or (303) 536-6996 (if calling from outside the U.S. or Canada).

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: December 19, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>           jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# **EXHIBIT A**

***Further Revised***  Schedule of Assumed Executory Contracts
and Unexpired Leases

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount |
|---|---|---|---|---|
| 1. | █████ | █████ | █████ | ███ |
| 2. | Prime Trust, LLC | Collateral Security and Indemnity Agreement | Allegheny | $0.00 |
| 3. | Prime Trust, LLC | Agreement of Indemnity - Commercial Bond | Allegheny | $0.00 |
| 4. | Prime Trust, LLC | Month-to-Month Contract | Amazon Web Services, Inc. | $68,622.50 |
| 5. | Prime Trust, LLC | Month-to-Month Contract | Atlassian | $0.00 |
| 6. | Prime Trust, LLC | 8/11/2023 Binder for Side A D&O | Berkley Professional Liability | $0.00 |
| 7. | █████ | █████ | █████ | ███ |
| 8. | Prime Trust, LLC | Treasury Services Agreement | BMO Harris Bank | $17,794.98 |
| 9. | Prime Trust, LLC | Commercial Account Agreement | BMO Harris Bank | |
| 10. | Prime Trust, LLC | Service Selection Form | BMO Harris Bank | |
| 11. | Prime Trust, LLC | G Suite Flex Plan Order Form (Prime Trust) | CDW Direct LLC | $0.00 |
| 12. | Prime Trust, LLC | Month-to-Month Contract | Cubesmart | $0.00 |
| 13. | █████ | █████ | █████ | ███ |
| 14. | █████ | █████ | █████ | ███ |
| 15. | Prime Trust, LLC | Egnyte 11/27/2023 Order Form | Egnyte | $0.00 |
| 16. | Prime Trust, LLC | Vendor Agreement | GoDaddy | $0.00 |
| 17. | Prime Trust, LLC | G Suite Monthly Flex Plan (Finovation Data) | Google | $0.00 |
| 18. | █████ | █████ | █████ | ███ |
| 19. | Prime Trust, LLC | Account Agreement - Checking Account | Lexicon Bank | $0.00 |
| 20. | Prime Trust, LLC | Account Agreement - Security Deposit Box | Lexicon Bank | $0.00 |
| 21. | █████ | █████ | █████ | ███ |
| 22. | █████ | █████ | █████ | ███ |
| 23. | █████ | █████ | █████ | ███ |
| 24. | Prime Trust, LLC | Oracle NetSuite 12/16/2022 Order Form | Oracle | $0.00 |
| 25. | Prime Trust, LLC | 8/17/2023 D&O Policy Order Form | QBE Specialty Insurance Company | $0.00 |
| 26. | Prime Trust, LLC | Robert Half Agreement 3/17/2023 | Robert Half | $0.00 |
| 27. | █████ | █████ | █████ | ███ |

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount |
|---|---|---|---|---|
| 28. | Prime Trust, LLC | Fourth Amended and Restated Statement of Work | Unit21 | $0.00 |
| 29. | Prime Trust, LLC | Alternative Security Procedures Agreement | Western Alliance Bank | $0.00 |
| 30. | Prime Trust, LLC | Treasury Management Services Enrollment Form | Western Alliance Bank | $0.00 |
| 31. | Prime Trust, LLC | Limited Liability Company Banking Resolution and Account Agreement | Western Alliance Bank | $0.00 |
| 32. | Prime Trust, LLC | Funds Transfer Agreement | Western Alliance Bank | $0.00 |
| 33. | Prime Trust, LLC | Visa Business Check Card Application and Disclosures | Western Alliance Bank | $0.00 |
| 34. | Prime Trust, LLC | Membership Agreement - Two Summerlin | WeWork | $0.00 |
| 35. | Prime Trust, LLC | Insurance Broker Exclusivity Agreement | Woodruff Sawyer | $0.00 |
| 36. | Prime Trust, LLC | Prime Trust_Renewal_Q-254470_V3.pdf | Zendesk | $1,380 |
| 37. | Prime Trust, LLC | Updated Order Form Q-139518 | Google LLC (Looker) | $0.0 |
| 38. | Prime Trust, LLC | One-Year Agreement signed 12/14/23 | Empowering Technology Solutions, LLC | $0.0 |
| 39. | Prime Trust, LLC | Amended Vendor Agreement | Fireblocks, Inc. | $170,000 administrative claim<br><br>$1,265,000 general unsecured claim |
| 40. | Prime Digital, LLC | Workers Compensation 8/15/2023 | The Hartford Financial Services Group | $0.0 |
| 41. | Prime Core Technologies, Inc. | Common Policy Declarations 4/30/2023 | Intact Insurance | $0.0 |
| 42. | Prime Core Technologies, Inc. | Insurance Binder 4/26/2023 | Intact Insurance | $0.0 |

**EXHIBIT A-1**

Redline of ***Further Revised*** Schedule of Assumed Executory Contracts and Unexpired Leases against the version filed with the Fourth Amended Plan Supplement

| # | Debtor Name | Description of Contract or Lease | Contract Counterparty | Cure Amount |
|---|---|---|---|---|
| 1. | ▮ | ▮ | ▮ | ▮ |
| 2. | Prime Trust, LLC | Collateral Security and Indemnity Agreement | Allegheny | $0.00 |
| 3. | Prime Trust, LLC | Agreement of Indemnity - Commercial Bond | Allegheny | $0.00 |
| 4. | Prime Trust, LLC | Month-to-Month Contract | Amazon Web Services, Inc. | $68,622.50 |
| 5. | Prime Trust, LLC | Month-to-Month Contract | Atlassian | $0.00 |
| 6. | Prime Trust, LLC | 8/11/2023 Binder for Side A D&O | Berkley Professional Liability | $0.00 |
| 7. | ▮ | ▮ | ▮ | ▮ |
| 8. | Prime Trust, LLC | Treasury Services Agreement | BMO Harris Bank | $17,794.98 |
| 9. | Prime Trust, LLC | Commercial Account Agreement | BMO Harris Bank | |
| 10. | Prime Trust, LLC | Service Selection Form | BMO Harris Bank | |
| 11. | Prime Trust, LLC | G Suite Flex Plan Order Form (Prime Trust) | CDW Direct LLC | $0.00 |
| 12. | Prime Trust, LLC | Month-to-Month Contract | Cubesmart | $0.00 |
| 13. | ▮ | ▮ | ▮ | ▮ |
| 14. | ▮ | ▮ | ▮ | ▮ |
| 15. | Prime Trust, LLC | Egnyte 11/27/2023 Order Form | Egnyte | $0.00 |
| 16. | Prime Trust, LLC | Vendor Agreement | GoDaddy | $0.00 |
| 17. | Prime Trust, LLC | G Suite Monthly Flex Plan (Finovation Data) | Google | $0.00 |
| 18. | ▮ | ▮ | ▮ | ▮ |
| 19. | Prime Trust, LLC | Account Agreement - Checking Account | Lexicon Bank | $0.00 |
| 20. | Prime Trust, LLC | Account Agreement - Security Deposit Box | Lexicon Bank | $0.00 |
| 21. | ▮ | ▮ | ▮ | ▮ |
| 22. | ▮ | ▮ | ▮ | ▮ |
| 23. | ▮ | ▮ | ▮ | ▮ |
| 24. | Prime Trust, LLC | Oracle NetSuite 12/16/2022 Order Form | Oracle | $0.00 |
| 25. | Prime Trust, LLC | 8/17/2023 D&O Policy Order Form | QBE Specialty Insurance Company | $0.00 |
| 26. | Prime Trust, LLC | Robert Half Agreement 3/17/2023 | Robert Half | $0.00 |
| 27. | ▮ | ▮ | ▮ | ▮ |
| # | | Description of Contract or | | Cure |

| | **Debtor Name** | **Lease** | **Contract Counterparty** | **Amount** |
|---|---|---|---|---|
| 28. | Prime Trust, LLC | Fourth Amended and Restated Statement of Work | Unit21 | $0.00 |
| 29. | Prime Trust, LLC | Alternative Security Procedures Agreement | Western Alliance Bank | $0.00 |
| 30. | Prime Trust, LLC | Treasury Management Services Enrollment Form | Western Alliance Bank | $0.00 |
| 31. | Prime Trust, LLC | Limited Liability Company Banking Resolution and Account Agreement | Western Alliance Bank | $0.00 |
| 32. | Prime Trust, LLC | Funds Transfer Agreement | Western Alliance Bank | $0.00 |
| 33. | Prime Trust, LLC | Visa Business Check Card Application and Disclosures | Western Alliance Bank | $0.00 |
| 34. | Prime Trust, LLC | Membership Agreement - Two Summerlin | WeWork | $0.00 |
| 35. | Prime Trust, LLC | Insurance Broker Exclusivity Agreement | Woodruff Sawyer | $0.00 |
| 36. | Prime Trust, LLC | Prime Trust_Renewal_Q-254470_V3.pdf | Zendesk | $1,380 |
| 37. | Prime Trust, LLC | Updated Order Form Q-139518 | Google LLC (Looker) | $0.0 |
| 38. | Prime Trust, LLC | One-Year Agreement signed 12/14/23 | Empowering Technology Solutions, LLC | $0.0 |
| 39. | Prime Trust, LLC | Amended Vendor Agreement | Fireblocks, LLCInc. | $170,000 administrative claim $1,260,0001,265,000 general unsecured claim |
| 40. | Prime Digital, LLC | Workers Compensation 8/15/2023 | The Hartford Financial Services Group | $0.0 |
| 41. | Prime Core Technologies, Inc. | Common Policy Declarations 4/30/2023 | Intact Insurance | $0.0 |
| 42. | Prime Core Technologies, Inc. | Insurance Binder 4/26/2023 | Intact Insurance | $0.0 |