# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BMO BANK N.A. TO DEBTORS' THIRD AMENDED PLAN SUPPLEMENT

NOW COMES BMO Bank N.A. ("*BMO*"), by and through its attorneys, and for its Limited Objection and Reservation of Rights (the "*Limited Objection and Reservation of Rights*") to the *Third Amended Plan Supplement* (the "*Plan Supplement*"), hereby states as follows:

#### RESERVATION OF RIGHTS

The Plan Supplement includes a revised schedule of Assumed Executory Contracts and Unexpired Leases, which includes an inaccurate cure amount for BMO in the amount of $17,794.98. The correct amount required to cure as of December 18, 2023 is $32,802.52. BMO objects to the inclusion of the inaccurate cure amount and reserves its rights to pursue additional amounts as may be due and owing pursuant to the agreements between BMO and the Debtors.

#### CONCLUSION

WHEREFORE, BMO objects to the Plan Supplement to the extent that it provides a lower cure amount than what is required to cure the Debtors' default under its agreements with BMO, and reserves its rights to seek and collect the appropriate cure amount of $32,802.52.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

|  |  |
|---|---|
| Dated: December 19, 2023 | GELLERT SCALI BUSENKELL & BROWN, LLC |

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
rgellert@gsbblaw.com
blehman@gsbblaw.com

*Counsel for BMO Bank N.A.*

OF COUNSEL:

Mia D'Andrea, Esq.
dandrea@chapman.com
CHAPMAN AND CUTLER LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 845-3000

2