# SIGN-IN SHEET

| CASE NAME: Prime Core Technologies, Inc | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-11161 JKS | DATE: 12/19/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maris Kandestin | McDermott Will & Emery | Debtors |
| Darren Azman | " | " |
| Joseph Evans | " | " |
| Gregg Steinman | " | " |
| Greer Griffith | " | " |
| Jake Jumbeck | " | " |
| Lucas Barrett | " | |
| Joseph Cudia | UST | UST |
| Guy Bresslw | McElroy Deutsch Mulvaney Carpenter | Philadelphia Indemnity Insurance Company |

**10:00 AM    Prime Core Technologies    23-11161- JKS    Confirmation Hearing    12-19-2023**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Carlos | Calendario Campos | La demanda dinero de un demandado | Carlos Calendario Campos |
| Paula | Subda | USBC | USBC |
| Bradford | Englander | SDM, Inc. | Whiteford Taylor & Preston, LLP |
| Shyam Sundar | Aswadha Narayanan | Shyam Sundar Aswadha Narayanan | |
| Latha | Narayanan | Latha Narayanan and Shyam Sundar Aswadha Narayanan | |
| Scott | Johnson | Creditors | |
| David | Neumann | Coinbits, Inc. | Meyers, Roman, Friedberg & Lewis |
| Evelyn | Meltzer | AnchorCoin | Troutman Pepper |
| Steven | Eliscu | DMG Blockchain Solutions Inc. | DMG Blockchain Solutions Inc. |
| Peter | Sprofera | Self | |
| Alexa | Westmoreland | Stretto | Stretto |
| James | Kofford | James Kofford | |
| Melissa | Ryken Westhoff | Debtor | Prime Trust |
| Rebecca | Trickey | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Michael | Wombacher | Debtors and Debtors In Possession | McDermott Will & Emery LLP |
| Joseph | Aminov | Debtors | McDermott Will & Emery |
| Matthew | Gibson | Debtors | McDermott Will & Emery |
| Jacqueline | Winters | Debtors | McDermott Will & Emery LLP |
| Patrick | Kennedy | Debtors | McDermott Will & Emery |
| John | Weiss | Allegheny Casualty Company | Pashman Stein Walder Hayden, PC |
| Martin | Beeler | Zap Solutions | Covington & Burling LLP |
| David | Dunn | Committee Financial Advisor | Province Inc. |
| Jin | Dong | Committee Financial Advisor | Province Inc. |
| Joseph | Berman | Committee Financial Advisor | Province Inc. |

## 10:00 AM    Prime Core Technologies   23-11161- JKS    Confirmation Hearing    12-19-2023

| | | | |
|---|---|---|---|
| Joseph | Evans | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Greer | Griffith | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Razmig | Izakelian | BUS Plan Administrator | Quinn Emanuel Urquhart & Sullivan LLP |
| Christopher | Gastelu | self | n/a |
| Jason | Rosell | George Georgiades, Kevin Lehtinitty, and Scott Purcell | Pachulski Stang Ziehl & Jones LLP |
| Richard | Riley | SDM, Inc. | Whiteford Taylor & Preston |
| Marc | Buchman | Philadelphia Indemnity Insurance Company | Manier & Herod, P.C. |
| Scott | Williams | Philadelphia Indemnity Insurance Company | Manier & Herod, P.C. |
| Alex | Chen | Self | |
| Kristin | Jones | Kristin jones | |
| Robert | Kaylor | Prime Core Technologies Inc. | McDermott Will and Emery |
| Hilary | Russ | Law360 | |
| Caroline | Salls | BankruptcyData - media | |
| Taylor | Harrison | Debtwire | |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Pamela | Monsalve | Pamela Monsalve | |
| John | Wilcox | Prime Core Technologies Inc., et at., Debtors and Debtors in Possession | |
| Candice | Korkis | BMO Financial Group | |
| | | | |

4:00 PM    Prime Core Technologies    23-11161-JKS    Foreign Currency Sale Motion    12-19-2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Peter | Sprofera | Self | |
| Joseph | Cudia | United States Trustee | |
| Greer | Griffith | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| F. Troupe | Mickler | Archblock | Ashby & Geddes, PA |
| Fletcher | Strong | Archblock | Wollmuth, Maher & Deutsch |
| Steven | Fitzgerald | Archblock | Wollmuth, Maher & Deutsch |
| Yating | Wang | Archblock | Wollmuth Maher & Deutsch |
| John | Weiss | Allegheny Casualty Company | Pashman Stein Walder Hayden, PC |
| Joseph | Evans | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Roman | Odarich | Edge Digital | |
| Michael | Bland | Archblock | |
| Diana | Bushard | Archblock | |
| Maris | Kandestin | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Jason | Rosell | George Georgiades, Kevin Lehtinitty, and Scott Purcell | Pachulski Stang Ziehl & Jones LLP |
| Patrick | Kennedy | Debtors | McDermott Will & Emery |
| Rebecca | Trickey | Debtors and Debtors in Possession | McDermott Will & Emery LLP |
| Bob | Zhao | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |

4:00 PM    Prime Core Technologies    23-11161-JKS    Foreign Currency Sale Motion    12-19-2023

| | | | |
|---|---|---|---|
| John | Wilcox | Prime Core Technologies Inc., et al., Debtors and Debtors in Possession | |
| Melissa | Ryken Westhoff | Prime Trust/Debtor | Prime Trust |
| Paula | Subda | USBC | USBC |
| Candice | Korkis | BMO Financial Group | |
| Don | Detweiler | Committee | Womble Bond Dickinson |
| Elazar | Kosman | Committee | Womble Bond Dickinson |
| Tristan | Axelrod | Committee | Brown Rudnick |
| Bennett | Silverberg | Committee | Brown Rudnick |
| | | | |