**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 523 & 585** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN SECURED PRIMING POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING <u>RELATED RELIEF</u>**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), hereby certifies as follows:

1.       On December 5, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 523] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

2.       On December 14, 2023, the Debtors filed the *Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay,*

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*and (V) Granting Related Relief* [Docket No. 585], attached to which as <u>Exhibit A</u> was a revised proposed order (the "<u>Revised Order</u>").

3.      At the hearing on December 19, 2023 (the "<u>Hearing</u>"), the Court approved the Motion subject to certain modifications to the Revised Order.  Attached hereto as **<u>Exhibit A</u>** is a further revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "<u>Further Revised Order</u>").  Attached hereto as **<u>Exhibit B</u>** is a redline comparing the Revised Order with the Further Revised Order.

4.      The Debtors circulated the Further Revised Order to the Office of the United States Trustee, counsel to the official committee of unsecured creditors appointed in these cases, and counsel to the proposed postpetition lender, none of whom has any objection to entry of the Further Revised Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Further Revised Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 20, 2023
         Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

_/s/ Maris J. Kandestin_
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:   (302) 351-8711
Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted _pro hac vice_)
Joseph B. Evans (admitted _pro hac vice_)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:   (646) 547-5444
Email:        dazman@mwe.com
              jbevans@mwe.com

-and-

Gregg Steinman (admitted _pro hac vice_)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:   (305) 347-6500
Email:        gsteinman@mwe.com

_Counsel to the Debtors and Debtors in Possession_