## EXHIBIT 2

**Approved Budget**

Exhibit A

Prime Core Technologies Inc., et al. (Case # 23-11161)
DIP Budget (11/27/2023)

| | Act. 1 | Act. 2 | Act. 3 | Fcst. 4 | Fcst. 5 | Fcst. 6 | Fcst. 7 | Fcst. 8 | Fcst. 9 | Fcst. 10 | 10-Wk. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Actual / Forecast — Week Number — Week Ending** | 10/28 | 11/4 | 11/11 | 11/18 | 11/25 | 12/2 | 12/9 | 12/16 | 12/23 | 12/30 | |
| **Total Receipts** | $35,838 | $35,605 | $16,993 | $150 | — | — | — | — | $13,000,000 | — | $13,088,586 |
| **Disbursements** | | | | | | | | | | | |
| Software | — | 201,021 | — | 12,000 | 123,864 | 100,000 | 420,300 | 397,494 | — | — | 1,254,679 |
| Payroll & Benefits | 404,759 | 91,908 | 380,842 | 75,500 | — | 205,750 | 94,700 | 137,000 | — | 152,000 | 1,537,758 |
| Other | 64,778 | 15,727 | 3,574 | 68,928 | 30,869 | 225,391 | 75,000 | 94,553 | 25,750 | 96,110 | 720,378 |
| Special Committee | — | — | — | 75,000 | — | 75,000 | — | — | — | — | 150,000 |
| US Trustee | — | — | 17,436 | — | — | — | — | — | — | 12,564 | 30,000 |
| Stretto Prepayment | — | — | — | — | — | 350,000 | — | 130,000 | — | — | 480,000 |
| **Total Disbursements** | $469,537 | $308,655 | $401,852 | $231,428 | $154,733 | $971,140 | $590,000 | $759,047 | $25,750 | $260,673 | $4,172,816 |
| **Pro Fee Disbursement / Carveout** | | | | | | | | | | | |
| *Debtor Professionals* | | | | | | | | | | | |
| McDermott Will & Emery | — | — | — | — | — | 2,201,795 | — | — | 4,065,449 | 100,000 | 6,367,244 |
| M3 Partners | — | — | — | — | — | 723,818 | — | — | 1,514,182 | 50,000 | 2,288,000 |
| Galaxy Digital | — | — | — | — | — | — | — | — | 175,000 | — | 175,000 |
| Stretto | — | — | — | 174,498 | — | — | — | — | 733,552 | 50,000 | 958,050 |
| JS Held | — | — | — | — | — | — | — | — | 181,000 | 5,000 | 186,000 |
| **Pro Fee Disbursements / Carveout (Debtor)** | — | — | — | $174,498 | — | $2,925,613 | — | — | $6,669,183 | $205,205 | $9,974,294 |
| *UCC Professionals* | | | | | | | | | | | |
| Brown Rudnick (Lead Counsel) | — | — | — | — | — | 430,461 | — | — | 1,341,939 | 75,000 | 1,847,400 |
| Womble (Local Counsel) | — | — | — | — | — | 18,614 | — | — | 96,628 | 7,500 | 122,742 |
| Province | — | — | — | — | — | 254,596 | — | — | 732,144 | 50,000 | 1,036,740 |
| **Pro Fee Disbursements / Carveout (UCC)** | — | — | — | — | — | $703,671 | — | — | $2,170,711 | $132,500 | $3,006,882 |
| **Total Pro Fee Disbursements / Carveout** | — | — | — | $174,498 | — | $3,629,284 | — | — | $8,839,894 | $337,500 | $12,981,176 |
| **Net Cash Flow** | ($433,698) | ($273,050) | ($384,859) | ($405,776) | ($154,733) | ($4,600,424) | ($590,000) | ($759,047) | $4,134,356 | ($598,173) | ($4,065,406) |
| **Change in Cash** | | | | | | | | | | | |
| Beginning Cash | 9,016,909 | 8,583,211 | 8,310,160 | 7,925,302 | 7,519,525 | 7,364,792 | 2,764,368 | 2,174,368 | 1,415,320 | 5,549,676 | 9,016,909 |
| Net Cash Flow | (433,698) | (273,050) | (384,859) | (405,776) | (154,733) | (4,600,424) | (590,000) | (759,047) | 4,134,356 | (598,173) | (4,065,406) |
| **Ending Cash** | $8,583,211 | $8,310,160 | $7,925,302 | $7,519,525 | $7,364,792 | $2,764,368 | $2,174,368 | $1,415,320 | $5,549,676 | $4,951,503 | $4,951,503 |
| Trust License Reserve | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Available Liquidity** | $7,583,211 | $7,310,160 | $6,925,302 | $6,519,525 | $6,364,792 | $1,764,368 | $1,174,368 | $415,320 | $4,549,676 | $3,951,503 | $3,951,503 |
| Estimated Emergence Costs | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 | 3,922,000 |
| **Funding Surplus (Deficit)** | $3,661,211 | $3,388,160 | $3,003,302 | $2,597,525 | $2,442,792 | ($2,157,632) | ($2,747,632) | ($3,506,680) | $627,676 | $29,503 | $29,503 |
| **DIP** | | | | | | | | | | | |
| Beginning DIP Balance | — | — | — | — | — | — | — | — | — | $10,300,000 | — |
| (+) Accrued DIP Interest | — | — | — | — | — | — | — | — | — | — | — |
| (+) DIP Professional Fees | — | — | — | — | — | — | — | — | 300,000 | — | 300,000 |
| (+) DIP Funding | — | — | — | — | — | — | — | — | 10,000,000 | — | 10,000,000 |
| (-) DIP Interest Paid | — | — | — | — | — | — | — | — | — | — | — |
| **Ending DIP Balance** | — | — | — | — | — | — | — | — | $10,300,000 | $10,300,000 | $10,300,000 |