**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING AGREED STIPULATION
REGARDING CLAIM NO. 1344**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 22, 2023, Yi-Jou Chiang ("Ms. Chiang") filed Claim No. 1344 inadvertently asserting a claim in the amount of (i) $224.13 USD, (ii) 16,757.76 units of Bitcoin ("BTC"), and (iii) 15,352.14 units of Ethereum ("ETH"), instead of (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH.

2. On December 19, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") conducted a hearing (the "Hearing"). During the Hearing, Ms. Chiang confirmed for the Court that the correct amount of Claim No. 1344 was (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH (the "Corrected Claim Amount") and agreed to enter into a stipulation with the Debtors reflecting this correction.

3. On December 21, 2023, Ms. Chiang and the Debtors entered into that certain *Agreed Stipulation Regarding Claim No. 1344* (the "Stipulation"). Attached hereto as **Exhibit A**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

is a proposed form of order (the "Proposed Order") approving the Stipulation. The Stipulation is attached to the Proposed Order as *Exhibit 1*.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 21, 2023<br>        Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:        mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>Jessica Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:        dazman@mwe.com<br>                  jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:        gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |