## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

## ORDER APPROVING AGREED STIPULATION REGARDING CLAIM NO. 1344

The Court, having considered the *Agreed Stipulation Regarding Claim No. 1344* (the

"Stipulation");[2] and the Court having jurisdiction over the matter raised in the Stipulation pursuant

to 28 U.S.C. §§ 157 and 1334; and the Court finding that consideration of the Stipulation and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b)(2); and venue being

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Stipulation having been provided, and no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Stipulation is in the best interests of the

Debtors, their estates, creditors, and all parties in interest, and the bases set forth establish just

cause for the relief granted therein,

**IT IS HEREBY ORDERED THAT**:

1.    The Stipulation is **APPROVED**.

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

2.      Claim No. 1344, shall be modified to reflect that Ms. Chiang's asserted claim against the Debtors is in the amount of (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH.

3.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.