**<u>Exhibit 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AGREED STIPULATION REGARDING CLAIM NO. 1344

This stipulation (the "Stipulation") is entered into by and between the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand, and Yi-Jou Chiang ("Ms. Chiang" and, together with the Debtors, the "Parties"), on the other hand, in connection with Claim No. 1344.

**WHEREAS**, on August 14, 2023 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases.

**WHEREAS**, on September 19, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Order (I) Establishing Bar Dates to File Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving Form and Manner of Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 169] (the "Bar Date Order"). The Bar Date Order established October 22, 2023, at 4:00 p.m. (prevailing Eastern Time) as the deadline to assert prepetition claims.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**WHEREAS** the Bar Date Order provided that creditors' proofs of claim must "(ii) be denominated in lawful currency of the United States . . . or, if based on cryptocurrency, in the type and number of units of such cryptocurrency." Bar Date Order, ¶ 3.

**WHEREAS**, on October 22, 2023, Ms. Chiang filed Claim No. 1344 inadvertently asserting a claim in the amount of (i) $224.13 USD, (ii) 16,757.76 units of Bitcoin ("BTC"), and (iii) 15,352.14 units of Ethereum ("ETH"), instead of (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH.

**WHEREAS**, at a hearing held by the Court on December 19, 2023, Ms. Chiang agreed to enter into this Stipulation with the Debtors to correct Claim No. 1344.

**WHEREAS** the Parties desire to enter into this Stipulation to resolve issues related to the valuation and tabulation for voting purposes of Claim No. 1344.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

1. This Stipulation is subject to approval by the Court and shall become effective and binding only upon the entry of an order of the Court approving and authorizing its terms.

2. Claim No. 1344 shall be modified to reflect that Ms. Chiang's asserted claim against the Debtors is in the amount of (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH.

**WHEREFORE**, the Parties request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing and approving the Stipulation, and (ii) granting such other relief as the Court deems appropriate under the circumstances.

[*Signature pages to follow*]

Dated: December 21, 2023
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

_____
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:    (302) 485-3900
Facsimile:    (302) 351-8711
Email:    mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
Jessica Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:    (212) 547-5400
Facsimile:    (646) 547-5444
Email:    dazman@mwe.com
         jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:    (305) 358-3500
Facsimile:    (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*

_____
Yi-Jou Chiang

*Holder of Claim No. 1344*

3

**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.** |

### ORDER APPROVING AGREED STIPULATION REGARDING CLAIM NO. 1344

The Court, having considered the *Agreed Stipulation Regarding Claim No. 1344* (the Stipulation");[2] and the Court having jurisdiction over the matter raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and the bases set forth establish just cause for the relief granted therein,

**IT IS HEREBY ORDERED THAT**:

    1.    The Stipulation is **APPROVED**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

2

2. Claim No. 1344, shall be modified to reflect that Ms. Chiang's asserted claim against the Debtors is in the amount of (i) $224.13 USD, (ii) $16,757.76 worth of BTC, and (iii) $15,352.14 worth of ETH.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.