**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 435 & 436** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIRST (SUBSTANTIVE)**
**OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM**

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1.      On November 18, 2023, the Debtors filed the *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket Nos. 435 & 436] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      At the hearing on December 19, 2023 (the "Hearing"), the Court sustained the Objection subject to certain modifications to the proposed form of order sustaining the objection attached to the Objection (the "Original Proposed Order").

3.      Attached hereto as **Exhibit A** is a revised proposed form of order memorializing the Court's rulings on the record at the Hearing (the "Revised Order").  Attached hereto as **Exhibit B** is a redline comparing the Original Proposed Order with the Revised Order.

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 21, 2023
      Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*

Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:  (302) 485-3900
Facsimile:  (302) 351-8711
Email:        mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone:  (212) 547-5400
Facsimile:  (646) 547-5444
Email:        dazman@mwe.com
           jbevans@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone:  (305) 358-3500
Facsimile:  (305) 347-6500
Email:        gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*