# **EXHIBIT A**

**Supplemental Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                               Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 15, 39, 168, 184, 189, 474 & 525** |

**SUPPLEMENTAL ORDER (I) AUTHORIZING DEBTORS TO FILE
A CONSOLIDATED CREDITOR MATRIX AND TOP 50 CREDITORS LIST;
(II) AUTHORIZING REDACTION OF CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION; (III) AUTHORIZING THE DEBTORS TO SERVE CERTAIN
PARTIES BY ELECTRONIC MAIL; (IV) APPROVING CERTAIN NOTICE
PROCEDURES; AND (V) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Supplemental Order") further amending the amended order (a) authorizing the Debtors to file a consolidated matrix and list of their top 50 creditors on a consolidated basis, (b) authorizing the Debtors to redact certain personally identifiable information from all filings on this Court's public docket, (c) authorizing the Debtors to serve certain parties by electronic mail, (d) approving certain notice procedures, and (e) granted related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; the Murphy Declaration; the *Amended Declaration of Brian Karpuk in Support of Debtors' Motion to Further Amend the Amended Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief* [Docket No. 525]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *the Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and the Court having reviewed and considered the Motion and having heard statements and testimony in support of the relief requested therein at a hearing before the Court held on December 19, 2023 (the "Hearing"); and the Court having entered the Interim Matrix Order [Docket No. 39], on August 25, 2023, and the Final Matrix Order [Docket No. 168], on September 20, 2023, and the Amended Matrix Order [Docket No. 189], on September 22, 2023; and upon the record made by the Debtors at the Hearing, and all objections to the relief requested in the Motion having been withdrawn, resolved, or overruled by the Court; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT**

1.  Except as expressly modified by this Supplemental Order, the Amended Matrix Order, at Docket No. 189, shall remain in full force and effect.

2.  Notwithstanding paragraphs 3, 4, and 5 of the Amended Matrix Order, the Debtors are not required to reattempt service, or attempt service on a go-forward basis, through any means,

3

upon parties: (i) whom the Debtors have established through their due diligence, and based on the Debtors' books and records, are not creditors of the Debtors' Estates; or (ii) from whom the Debtors have no valid mailing address.

3.     The Debtors are authorized, but not directed, to take all actions necessary to effectuate the relief granted in this Supplemental Order.

4.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Supplemental Order.