# EXHIBIT 2[1]

**Overstated Claims**

---

[1] Schedule A attached to this Exhibit 2 contains a conversion chart reflecting the trading price of certain cryptocurrencies as of the Petition Date.

| Name of Claimant | Debtor | Claim # | Date Filed | Asserted Current Claim Amount | Modified Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| GTH-Trade Group, Kft. | Prime Trust, LLC | 673 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $758,140.11<br><br>Total: $758,140.11 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $608,200.90<br><br>Total: $608,200.90 | Books and records indicate amount owed is $608,600.78; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | Prime Core Technologies Inc. | 346 | 10/6/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,234,160.00<br><br>Total: $2,234,160.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,993.43<br><br>Total: $2,993.43 | Books and records indicate amount owed is $2,993.43; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidenti | Prime Core Technologies Inc. | 46 | 9/25/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $90,000.00<br><br>Total: $90,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,251.00<br><br>Total: $5,251.00 | Books and records indicate amount owed is $5,251;Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 317 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $79,400.57<br><br>Total: $79,400.57 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $210.00<br><br>Total: $210.00 | Books and records indicate amount owed is $210; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidenti | Prime Trust, LLC | 585 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $78,952.89<br><br>Total: $78,952.89 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,000.00<br><br>Total: $5,000.00 | Books and records indicate amount owed is $5,000; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confid | Prime Trust, LLC | 205 | 9/29/2023 | Administrative: $76,877.00<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $76,877.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1.16<br><br>Total: $1.16 | This should be reclassified as General Unsecured and Reduce and Allow; Books and records indicate amount owed is $1.16; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confiden | Prime Trust, LLC | 824 | 10/17/2023 | Administrative: Unliquidated<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $100.00<br><br>Total: $100.00 | This should be reclassified as General Unsecured and Reduce and Allow; Claimant filed for 3722134 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records |
| Confident | Prime Trust, LLC | 407 | 10/10/2023 | Administrative:<br>Secured: Unliquidated<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,233.79<br><br>Total: $1,233.79 | This should be reclassified as General Unsecured and Reduce and Allow; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 819 | 10/17/2023 | Administrative:<br>Secured: $1,154.45<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $1,154.45 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,154.45<br><br>Total: $1,154.45 | This should be reclassified as General Unsecured and Reduce and Allow; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records |
| Confidenti | Prime Core Technologies Inc. | 33 | 9/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $75,000.00<br><br>Total: $75,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $885.00<br><br>Total: $885.00 | Books and records indicate amount owed is $885; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Core Technologies Inc. | 39 | 10/9/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $71,353.48<br><br>Total: $71,353.48 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,870.35<br><br>Total: $6,870.35 | Books and records indicate amount owed is $6,870.35; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confid | Prime Trust, LLC | 579 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,327.36<br><br>Total: $1,327.36 | Claimant filed for $35 million worth of crypto; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1310 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $105.89<br><br>Total: $105.89 | Claimant filed for 36,079 units of BTC (~$1.05 billion USD); Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |

| Name | Debtor | Claim # | Date Filed | Asserted Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| Confid | Prime Trust, LLC | 730 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $633.97<br>Total: $633.97 | Claimant filed for 617 units of BTC (~$18 million USD); Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confi | Prime Core Technologies Inc. | 532 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $403.04<br>Total: $403.04 | Claimant filed for 750 units of BTC (~$22 million USD). Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1240 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $404.92<br>Total: $404.92 | Claimant filed for 0.13796 units of BTC (~$4k USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.013796 units of BTC (equivalent to $404.92) |
| Confidenti | Prime Trust, LLC | 977 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $105.59<br>Total: $105.59 | Claimant filed for 100 units of BTC (~$2.9 million USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.00359776 units of BTC |
| Confi | Prime Trust, LLC | 1368 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $38,915.85<br>Total: $38,915.85 | Claimant filed for 49319115 units of BTC (~$1.4 trillion USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.49319115 units of BTC |
| Confid | Prime Trust, LLC | 1197 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,277.31<br>Total: $1,277.31 | Claimant filed for 3977391 units of Bitcoin SV (~$142 million USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.03977 units of BTC |
| Confid | Prime Trust, LLC | 773 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,179.56<br>Total: $1,179.56 | Claimant filed for 1132 units of (~$33 million USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.04019148 units of BTC |
| Confi | Prime Trust, LLC | 1123 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $872.22<br>Total: $872.22 | Claimant filed for 2971934 units of (~$87 trillion USD); Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.02971934 units of BTC |
| Confide | Prime Trust, LLC | 657 | 10/15/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $85.17<br>Total: $85.17 | Claimant filed for 79 units of (~$2.3 million USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.00290213 units of BTC |
| Confidential | Prime Trust, LLC | 907 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $156.09<br>Total: $156.09 | Claimant filed for 700 units of (~$2.3 million USD). Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.00531848 units of BTC |

| Name | Debtor | Claim # | Date Filed | Asserted Claim | Modified Claim | Reason for Modification |
|---|---|---|---|---|---|---|
| Confidential | Prime Trust, LLC | 1136 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,291.52<br><br>Total: $2,291.52 | Claimant filed for multiple crypto currency (BTC, Tether, ETH); Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.03037705 units of BTC and $1400 USD |
| Confi | Prime Trust, LLC | 798 | 10/17/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,115.74<br><br>Total: $1,115.74 | Claimant filed 1300 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.03460953 units of BTC |
| Confi | Prime Trust, LLC | 1167 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $4,325.15<br><br>Total: $4,325.15 | Claimant filed 3581 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.14737211 units of BTC |
| Confident | Prime Trust, LLC | 899 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,473.68<br><br>Total: $2,473.68 | Claimant filed 2382 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.08428629 units of BTC |
| TWBS | Prime Trust, LLC | 935 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $412.03<br><br>Total: $412.03 | Claimant filed 400 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimants is scheduled for 0.01403919 units of BTC |
| Confident | Prime Trust, LLC | 990 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $10,000.00<br><br>Total: $10,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $0.20<br><br>Total: $0.20 | Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confident | Prime Core Technologies Inc. | 1341 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $457.29<br><br>Total: $457.29 | Claimant filed for various types of crypto coins; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confident | Prime Trust, LLC | 1142 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $175.80<br><br>Total: $175.80 | Claimant filed 1569613 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $175.8 |
| Confid | Prime Trust, LLC | 1122 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $566.81<br><br>Total: $566.81 | Claimant filed 514 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $566.81 |
| Confide | Prime Trust, LLC | 1006 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $77.20<br><br>Total: $77.20 | Claimant filed 75 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $77.2 |

| Name | Debtor | Claim # | Date Filed | Asserted Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| Confid | Prime Trust, LLC | 757 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,122.03<br>Total: $1,122.03 | Claimant filed 3000 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $1,122.03 |
| Confid | Prime Trust, LLC | 131 | 9/27/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $113.51<br>Total: $113.51 | Claimant filed 386773 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $113.51 |
| Confidenti | Prime Core Technologies Inc. | 1111 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $797.26<br>Total: $797.26 | Claimant filed 804.95 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $797.26 |
| Confid | Prime Trust, LLC | 175 | 9/28/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $16,800.00<br>Total: $16,800.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,862.38<br>Total: $1,862.38 | Claimant is scheduled at $1,862.38; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1056 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $79.00<br>Total: $79.00 | Claimant filed 79 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $79 |
| Confidenti | Prime Trust, LLC | 374 | 10/7/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $7,400.00<br>Total: $7,400.00 | Claimant filed 816 units of BTC and 382 units of ETH; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $7,400 |
| Confide | Prime Trust, LLC | 761 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,949.73<br>Total: $1,949.73 | Claimant filed 2500 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $1,949 |
| Confide | Prime Core Technologies Inc. | 1312 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $281.22<br>Total: $281.22 | Claimant filed 266 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $281 |
| Confid | Prime Trust, LLC | 565 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $95.18<br>Total: $95.18 | Claimant filed 100 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant also filed duplicative claim #338; Claimant did not indicate which claim is amended and superseded |
| Confident | Prime Trust, LLC | 570 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $68.41<br>Total: $68.41 | Claimant filed 62.63 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $68.41 |

| Name | Creditor | Claim # | Date | Asserted | Modified | Notes |
|---|---|---|---|---|---|---|
| Confidenti | Prime Trust, LLC | 559 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $605.77<br>Total: $605.77 | Claimant filed 555 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $605.77 |
| Confide | Prime Trust, LLC | 1186 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $136.68<br>Total: $136.68 | Claimant filed 30015 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; scheduled for $136.68 |
| Confide | Prime Trust, LLC | 1235 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $244.72<br>Total: $244.72 | Claimant filed 249 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $244.72 |
| Confide | Prime Trust, LLC | 308 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,285.09<br>Total: $1,285.09 | Claimant filed 1285 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $1285.09 |
| Confi | Prime Trust, LLC | 937 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $3,526.65<br>Total: $3,526.65 | Claimant filed 3208 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $3526.65 |
| Confid | Prime Trust, LLC | 514 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $78.58<br>Total: $78.58 | Claimant filed 50 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for $78.58 |
| Confide | Prime Trust, LLC | 545 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,317.29<br>Total: $1,317.29 | Claimant filed 1300 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidenti | Prime Trust, LLC | 984 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $279.63<br>Total: $279.63 | Claimant filed 28622.1 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 784 | 10/17/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $255.13<br>Total: $255.13 | Claimant filed 235 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Core Technologies Inc. | 1093 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $86.72<br>Total: $86.72 | Claimant filed 77 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 471 | 10/12/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $200.00<br>Total: $200.00 | Claimant filed 10388 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant filed duplicate claim #316 that is included in the duplicate list |
| Confide | Prime Core Technologies Inc. | 533 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,588.92<br>Total: $1,588.92 | Claimant filed 3000 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount; |

| Name | Debtor | Claim # | Date | Filed Amount | Modified Amount | Notes |
|---|---|---|---|---|---|---|
| Confidential | Prime Trust, LLC | 571 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $290.81<br>Total: $290.81 | Claimant filed 26869 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 567 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $68.27<br>Total: $68.27 | Claimant filed 62 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1017 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $52.42<br>Total: $52.42 | Claimant filed 42 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 658 | 10/15/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $133.71<br>Total: $133.71 | Claimant filed 122 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confiden | Prime Trust, LLC | 553 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,283.17<br>Total: $2,283.17 | Claimant filed 2066 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confiden | Prime Trust, LLC | 1232 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,650.57<br>Total: $1,650.57 | Claimant filed 0.5624043 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount; Claimant is scheduled for 0.0562 BTC |
| Confidential | Prime Trust, LLC | 1297 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $69.02<br>Total: $69.02 | Claimant filed 70 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Prime Trust/black wall street | Prime Trust, LLC | 885 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,179.56<br>Total: $1,179.56 | Claimant filed 1142 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1271 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $255.03<br>Total: $255.03 | Claimant filed 279 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confident | Prime Trust, LLC | 602 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $67.00<br>Total: $67.00 | Claimant filed 61 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confident | Prime Trust, LLC | 1024 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $232.89<br>Total: $232.89 | Claimant filed 238 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1245 | 10/21/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $90.72<br>Total: $90.72 | Claimant filed 92 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |

| Name | Debtor | Claim # | Date Filed | Asserted Amount | Modified Amount | Reason |
|---|---|---|---|---|---|---|
| Confidential | Prime Trust, LLC | 627 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $951.28<br>Total: $951.28 | Claimant filed 871 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1371 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,090.64<br>Total: $1,090.64 | Claimant filed 3716156 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 902 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $16.53<br>Total: $16.53 | Claimant filed 200 units of BTC; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 517 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35.93<br>Total: $35.93 | Claimant filed 80 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1305 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $715.68<br>Total: $715.68 | Claimant filed 728 units of BTC; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1121 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $10,000.00<br>Total: $10,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1.27<br>Total: $1.27 | Books and records shows that there is only $1.27 scheduled for this Claimant; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 588 | 10/14/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $49,608.00<br>Total: $49,608.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $5,000.00<br>Total: $5,000.00 | Books and records shows that there is only $5000 scheduled for this Claimant; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1106 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,060.00<br>Total: $2,060.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $0.01<br>Total: $0.01 | Books and records shows that there is only $0.1 scheduled for this Claimant; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1067 | 10/20/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $4,785.00<br>Total: $4,785.00 | Claimant filed 50000 units of Audius; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on The Debtor has books and records of 25000 Audius (equivalent to $4,785); Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 369 | 10/7/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $86,248.00<br>Total: $86,248.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $210.00<br>Total: $210.00 | Books and records shows that there is only $210 scheduled for this Claimant; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 896 | 10/18/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,082.36<br>Total: $1,082.36 | Books and records shows that there is only $1082.36 scheduled for this Claimant; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Core Technologies Inc. | 794 | 10/17/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $81.14<br>Total: $81.14 | Claimant filed 400 units of Bitcoin Cash; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |

| Name | Creditor | Claim # | Date | Asserted Claim | Modified Claim | Reason |
|---|---|---|---|---|---|---|
| Confident | Prime Trust, LLC | 669 | 10/16/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $35,121.31<br><br>Total: $35,121.31 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $9,800.00<br><br>Total: $9,800.00 | The Debtor has books and records of $9800; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confid | Prime Trust, LLC | 1435 | 10/23/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $25,000.00<br><br>Total: $25,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1,240.00<br><br>Total: $1,240.00 | The Debtor has books and records of $1,240; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confi | Prime Trust, LLC | 321 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $22,609.98<br><br>Total: $22,609.98 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $600.00<br><br>Total: $600.00 | The Debtor has books and records of $600; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 479 | 10/12/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: Unliquidated<br><br>Total: $0.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,024.00<br><br>Total: $2,024.00 | The Debtor has books and records of $2,024; Amount in claim was denominated in crypto currency and identified as unliquidated in the claim register; Modified claim amount is based on Debtors' records and calculation of USD amount for Creditor's crypto currency and fiat amount recorded in the Debtor's books and records Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 865 | 9/25/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $20,000.00<br><br>Total: $20,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $1.00<br><br>Total: $1.00 | The Debtor has books and records of $1; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confid | Prime Trust, LLC | 515 | 10/13/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $16,797.00<br><br>Total: $16,797.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $184.42<br><br>Total: $184.42 | The Debtor has books and records of 0.00628364 units of BTC; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 1386 | 10/22/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $8,000.00<br><br>Total: $8,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $7,466.42<br><br>Total: $7,466.42 | The Debtor has books and records of 0.25440533 units of BTC; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 468 | 10/12/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $6,896.66<br><br>Total: $6,896.66 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $0.00<br><br>Total: $0.00 | The Debtor has books and records of 0.009501 units of TERRA_USD which is equivalent to $0; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidenti | Prime Trust, LLC | 333 | 10/5/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $6,134.64<br><br>Total: $6,134.64 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $110.00<br><br>Total: $110.00 | The Debtor has books and records of $110; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confidential | Prime Trust, LLC | 1502 | 10/25/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $6,074.62<br><br>Total: $6,074.62 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $5,416.26<br><br>Total: $5,416.26 | The Debtor has books and records of 0.1845496 units of BTC; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confident | Prime Trust, LLC | 178 | 9/28/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $5,400.00<br><br>Total: $5,400.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $5,112.18<br><br>Total: $5,112.18 | The Debtor has books and records of 0.17418855 units of BTC; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confid | Prime Trust, LLC | 1018 | 10/19/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $4,164.00<br><br>Total: $4,164.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2.23<br><br>Total: $2.23 | The Debtor has books and records for various coin types; the USD equivalent amount of all coins is $2.23; Claimant did not provide sufficient supporting documents for their asserted claim amount |
| Confide | Prime Trust, LLC | 177 | 9/28/2023 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $4,000.00<br><br>Total: $4,000.00 | Administrative:<br>Secured:<br>Priority:<br>General Unsecured: $2,019.71<br><br>Total: $2,019.71 | The Debtor has books and records of 0.0688182 units of BTC; Claimant did not provide sufficient supporting documents for their asserted claim amount |

## SCHEDULE A

**Cryptocurrency Conversion Table**

Case 23-11161-JKS    Doc 643-2    Filed 12/21/23    Page 10 of 14

| CRYPTOCURRENCY | | CONVERSION RATE | VALUE AS OF PETITION DATE |
|---|---|---|---|
| AUDIO | Audius | $0.19 | $62,002,108.33 |
| ETH | Ethereum | $1,841.60 | $43,952,804.86 |
| BTC | Bitcoin | $29,348.52 | $8,771,564.98 |
| USDC | USD Coin | $1.00 | $1,156,094.49 |
| FLEXUSD | flexUSD | $0.28 | $329,371.30 |
| GALA2 | Gala V2 | $0.23 | $268,133.83 |
| BSV | Bitcoin SV | $35.71 | $248,574.23 |
| LTC | Litecoin | $81.88 | $66,391.37 |
| LUNA2 | Terra Luna 2.0 | $0.56 | $40,021.35 |
| USDC_AVAX | USD Coin (Avalanche) | $1.00 | $39,023.65 |
| XLM_USDC_5F3T | USD Coin (Stellar) | $1.00 | $28,288.67 |
| BCH | Bitcoin Cash | $229.10 | $24,347.76 |
| XEC | eCash | $0.00 | $22,408.76 |
| SOL | Solana | $24.89 | $20,442.64 |
| TUSD | TrueUSD | $1.00 | $19,795.47 |
| RVUSD_ETH_ZV32 | Recover Value USD | $0.09 | $14,570.11 |
| ATOM_COS | Cosmos Hub | $8.53 | $14,368.84 |
| SOL_USDC_PTHX | USD Coin (Solana) | $1.00 | $13,676.69 |
| ZYTARAUSD | Zytara USD | $1.00 | $9,976.00 |
| ADA | ADA (Cardano) | $0.29 | $8,809.49 |
| MATIC | Matic Token (Ethereum) | $0.68 | $8,398.98 |
| XLM | Stellar | $0.14 | $6,548.00 |
| DOGE | Doge Coin | $0.07 | $4,693.06 |
| LINK | Chainlink | $7.39 | $4,068.76 |
| ESH | Switch | $0.01 | $3,511.24 |
| 7UT | 7EVEN Utility Token | $0.00 | $2,837.11 |
| SNX | Synthetix Network Token | $2.48 | $2,816.31 |
| GUSD | Gemini USD | $0.99 | $2,218.46 |
| CEL | Celsius | $0.16 | $1,545.19 |
| DAI | Dai | $1.00 | $1,499.20 |
| SAI | Sai Stableco | $8.23 | $1,071.10 |
| ENJ | Enjin Coin | $0.29 | $957.61 |
| COMP | Compound Token | $55.50 | $887.39 |
| XRP | XRP (Ripple) | $0.6342 | $809.58 |
| FLEX | FLEX Coin | $6.85 | $722.98 |
| UNI | Uniswap | $6.23 | $643.48 |
| BNB_BSC | BNB Smart Chain | $239.91 | $516.77 |
| EOS | EOS | $0.72 | $486.43 |
| SPRA | Spera | $0.00 | $472.56 |
| BAT | Basic Attn. | $0.21 | $318.04 |
| USDT_BSC | Binance-Peg Tether (BSC) | $1.00 | $302.29 |
| ZRX | 0x | $0.22 | $257.77 |
| MC | Monkeycoin | $0.39 | $231.60 |
| MKR | Maker | $1,233.32 | $231.15 |
| YFI | Yearn Finance | $6,257.12 | $221.19 |
| DOT | Polkadot | $4.98 | $183.43 |
| ALGO | Algorand | $0.11 | $170.29 |

| | CRYPTOCURRENCY | CONVERSION RATE | VALUE AS OF PETITION DATE |
|---|---|---:|---:|
| FTM | Fantom | $0.24 | $169.05 |
| CELO | Celo | $0.50 | $164.72 |
| CELR | Celer Network | $0.01 | $132.97 |
| USDS | StableUSD | $1.00 | $119.08 |
| MATIC_POLYGON | Matic Gas Token (Polygon) | $0.68 | $103.05 |
| DASH | Dash | $31.68 | $93.15 |
| SHIB | SHIBA INU | $0.00 | $77.80 |
| PAX | PAX Dollar | $1.00 | $61.70 |
| MANA | Decentraland | $0.37 | $56.25 |
| CUSDC | Celer USD | $0.02 | $54.32 |
| LRC | Loopring | $0.22 | $33.65 |
| HBAR | Hedera Hashgraph | $0.07 | $33.39 |
| DYDX | dYdX | $2.16 | $28.13 |
| POS_USDT_POLY | (PoS) Tether USD (Polygon) | $1.00 | $25.53 |
| AAVE | Aave Token | $65.41 | $20.95 |
| AXS | Axie Infinity Shard | $5.80 | $20.66 |
| BNT | Bancor | $0.48 | $18.23 |
| CVC | Civic | $0.09 | $16.88 |
| STORJ | Storj | $0.29 | $14.49 |
| USDC_POLYGON | USDC (Polygon) | $1.00 | $13.87 |
| SUSHI | Sushi Token | $0.78 | $13.78 |
| CHZ | Chiliz (ETH) | $0.07 | $12.84 |
| XDB | DigitalBits | $0.00 | $11.32 |
| UST_ETH | Terra USD | $0.01 | $11.21 |
| HYFI | hyfi.token | $0.05 | $7.84 |
| ACH | Alchemy Pay | $0.02 | $7.14 |
| XTZ | Tezos | $0.80 | $3.87 |
| LODE_AVAX_74OH | LODE Token | $3.79 | $3.79 |
| ALCX | Alchemix | $13.28 | $2.76 |
| OXT | Orchid | $0.07 | $2.46 |
| RNDR | Render Token | $1.71 | $2.13 |
| ARPA | ARPA Token | $0.05 | $1.82 |
| WBTC | Wrapped BTC | $29,379.86 | $1.76 |
| TRIBE | Tribe | $0.29 | $1.56 |
| TERRA_USD | TERRA USD | $0.02 | $1.47 |
| BIT | BitDAO | $0.47 | $1.40 |
| POND | Marlin POND | $0.01 | $1.38 |
| KEEP | Keep Token | $0.11 | $1.26 |
| BLZ | Bluzelle | $0.09 | $1.25 |
| MTV | Multivac | $0.00 | $1.23 |
| GTC | Gitcoin | $1.17 | $1.17 |
| SUPER | SuperFarm | $0.10 | $1.16 |
| POWR | Power Ledger | $0.16 | $1.15 |
| QNT | Quant | $100.97 | $1.11 |
| ANKR | Ankr Network | $0.02 | $1.06 |
| KNC | Kyber Network Crystal v2 | $0.68 | $0.93 |
| IDEX | IDEX Token | $0.05 | $0.92 |

| **CRYPTOCURRENCY** | | **CONVERSION RATE** | **VALUE AS OF PETITION DATE** |
|---|---|---|---|
| MLN | Melon | $17.93 | $0.86 |
| TRX | Tron | $0.08 | $0.83 |
| COTI | COTI Token | $0.05 | $0.82 |
| BUSD | Binance USD | $1.00 | $0.80 |
| API3 | API3 | $1.18 | $0.72 |
| BCT | Toucan Protocol: Base Carbon Tonne (Polygon) | $0.71 | $0.71 |
| RAD | Radicle | $1.62 | $0.68 |
| AGX_AVAX_WOIF | AGX Coin | $0.66 | $0.65 |
| BAND | BandToken | $1.19 | $0.64 |
| BAL | Balancer | $4.26 | $0.64 |
| AMPL | Ampleforth Governance | $1.09 | $0.53 |
| HEX | HEX | $0.01 | $0.52 |
| SPELL | Spell Token | $0.00 | $0.50 |
| HSF | Hillstone.Fi... | $0.48 | $0.48 |
| KSM | Kusama | $23.65 | $0.42 |
| UMA | UMA Voting Token v1 | $1.62 | $0.28 |
| DUDE_POLYGON_UBJO | DuDe Peoples Money (metalbacked money) (Polygon) | $0.00 | $0.21 |
| CRE | CarryToken | $0.00 | $0.06 |
| AUX_AVAX_2QSM | AUX Coin | $0.06 | $0.06 |
| SHEESHA_BEP20 | Sheesha Fina | $5.27 | $0.05 |
| TST | TestToken | $0.01 | $0.01 |
| CPRX | Crypto Perx | $0.00 | $0.00 |
| LND | Lendingblock | $0.00 | $0.00 |
| QBT | QBT | $0.00 | $0.00 |
| SLV | Silverway | $0.00 | $0.00 |
| GALA | Gala V1 | $0.00 | $0.00 |
| TUIT_POLYGON_5L1B | Tuition Coin | $0.00 | $0.00 |
| B21 | B21 Token | $0.00 | $0.00 |
| CFV | CoinFLEX Vote Token | $0.00 | $0.00 |
| $ USDC... | $ USDCDrop.c | $0.00 | $0.00 |
| JL | JiuLove | $0.00 | $0.00 |
| SHAG | Shaggy Coin | $0.00 | $0.00 |
| TIX | Lottery Tick | $0.00 | $0.00 |
| FXT | FXtrading | $0.00 | $0.00 |
| MRO | Mero Currenc | $0.00 | $0.00 |
| FGP | Fingerprint | $0.00 | $0.00 |
| UKR | UKR Chain | $0.00 | $0.00 |
| AVVP | Andrey Voron | $0.00 | $0.00 |
| Amber | Amber | $0.00 | $0.00 |
| BNB_ERC20 | BNB (ERC20) - Deprecated | $0.00 | $0.00 |
| ETH-OPT | Optimistic Ethereum | $0.00 | $0.00 |
| ETH_BSC | Binance-Peg Ethereum (BSC) | $0.00 | $0.00 |
| ETH-AETH | Ethereum (Arbitrum) | $0.00 | $0.00 |

| CRYPTOCURRENCY | | CONVERSION RATE | VALUE AS OF PETITION DATE |
|---|---|---|---|
| IOT5 | Internet of Things 5th-Generation | $0.00 | $0.00 |
| UKR | UKR Chain | $0.00 | $0.00 |
| PRV | Incognito | $0.134701 | $0.00 |