## **EXHIBIT A**

### **October Time Detail**

| Name of Professional Person | Position with the Applicant | Hours Billed |
|---|---|---|
| Alex Chen | Analyst | 50.6 |
| Alwyn Clarke | Vice President | 54.0 |
| Albert Chao | Managing Director | 47.6 |
| Michael Ashe | Head of Investment Banking | 32.3 |
| Spencer Galishoff | Analyst | 53.1 |
| | **TOTAL** | **237.4** |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Alex Chen | 10/4/2023 | 0.3 Hour(s) | Correspondence with debtors and special committee | Call with John Guedry |
| Alex Chen | 10/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Drafting process update email to John Guedry |
| Alwyn Clarke | 10/6/2023 | 0.3 Hour(s) | Correspondence with debtors and special committee | Reviewing process update email to John Guedry |
| Alex Chen | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Drafting process update email to John Guedry |
| Alwyn Clarke | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Reviewing process update email to John Guedry |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to discuss Swan's revised bid |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to discuss Swan's revised bid |
| Alex Chen | 10/20/2023 | 0.3 Hour(s) | Correspondence with debtors and special committee | Drafting process update email to John Guedry |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to discuss Swan's revised bid |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to further discuss outstanding dilligence items relating to Swan's bid |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to discuss Swan's revised bid |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Prime Trust to discuss Swan's revised bid, note taking |
|  | Total | 5.25 Hour(s) |  |  |
| Albert Chao | 10/2/2023 | 0.8 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss details surrounding Protego's potential bid |
| Alex Chen | 10/2/2023 | 0.8 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss details surrounding Protego's potential bid |
| Alwyn Clarke | 10/2/2023 | 0.8 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss details surrounding Protego's potential bid |
| Michael Ashe | 10/2/2023 | 0.8 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss details surrounding Protego's potential bid |
| Spencer Galishoff | 10/2/2023 | 0.8 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss details surrounding Protego's potential bid, note taking |
| Albert Chao | 10/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss bid dynamics |
| Alex Chen | 10/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss bid dynamics |
| Alwyn Clarke | 10/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss bid dynamics |
| Michael Ashe | 10/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss bid dynamics |
| Spencer Galishoff | 10/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss bid dynamics, note taking |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE re NovaWulfs IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE re NovaWulfs IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE re NovaWulfs IOI |
| Albert Chao | 10/9/2023 | 0.3 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss the status of Protego's bid |
| Alex Chen | 10/9/2023 | 0.3 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss the status of Protego's bid |
| Spencer Galishoff | 10/9/2023 | 0.3 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss the status of Protego's bid |
| Albert Chao | 10/11/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss strategy around Protego's bid |
| Alex Chen | 10/11/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss strategy around Protego's bid |
| Alwyn Clarke | 10/11/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss strategy around Protego's bid |
| Michael Ashe | 10/11/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss strategy around Protego's bid |
| Spencer Galishoff | 10/11/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with MWE to discuss strategy around Protego's bid, note taking |
| Albert Chao | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alex Chen | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alwyn Clarke | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Michael Ashe | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Spencer Galishoff | 10/13/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| Albert Chao | 10/16/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Alex Chen | 10/16/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Alwyn Clarke | 10/16/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Michael Ashe | 10/16/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Spencer Galishoff | 10/16/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding, note taking |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| Albert Chao | 10/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alex Chen | 10/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Alwyn Clarke | 10/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Michael Ashe | 10/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| Spencer Galishoff | 10/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| Albert Chao | 10/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Swan's updated bid |
| Alwyn Clarke | 10/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Swan's updated bid |
| Michael Ashe | 10/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Swan's updated bid |
| Spencer Galishoff | 10/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss Swan's updated bid, note taking |
|  | Total | 23.15 Hour(s) |  |  |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and the Special Committee |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Albert Chao | 10/2/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and the Special Committee |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Alex Chen | 10/2/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and the Special Committee |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Alwyn Clarke | 10/2/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Michael Ashe | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and the Special Committee |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and the Special Committee, note taking |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions, note taking |
| Spencer Galishoff | 10/2/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions, note taking |
| Albert Chao | 10/3/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Alex Chen | 10/3/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Alwyn Clarke | 10/3/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Spencer Galishoff | 10/3/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions, note taking |
| Albert Chao | 10/6/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Albert Chao | 10/6/2023 | 0.8 Hour(s) | Correspondence with other external parties or multiple parties | Call with Province and TAP re Protego's bid |
| Alex Chen | 10/6/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Alex Chen | 10/6/2023 | 0.8 Hour(s) | Correspondence with other external parties or multiple parties | Call with Province and TAP re Protego's bid |
| Alwyn Clarke | 10/6/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Alwyn Clarke | 10/6/2023 | 0.8 Hour(s) | Correspondence with other external parties or multiple parties | Call with Province and TAP re Protego's bid |
| Michael Ashe | 10/6/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Michael Ashe | 10/6/2023 | 0.8 Hour(s) | Correspondence with other external parties or multiple parties | Call with Province and TAP re Protego's bid |
| Spencer Galishoff | 10/6/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick, note taking |
| Spencer Galishoff | 10/6/2023 | 0.8 Hour(s) | Correspondence with other external parties or multiple parties | Call with Province and TAP re Protego's bid, note taking |
| Albert Chao | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Albert Chao | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Alex Chen | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Alex Chen | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Alwyn Clarke | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Alwyn Clarke | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Michael Ashe | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Michael Ashe | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Spencer Galishoff | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid, note taking |
| Spencer Galishoff | 10/12/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with Swan, Manatt, and MWE to discuss Swan's bid, note taking |
| Albert Chao | 10/17/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Alex Chen | 10/17/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Alwyn Clarke | 10/17/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Michael Ashe | 10/17/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Spencer Galishoff | 10/17/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid, note taking |
| Alex Chen | 10/18/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Corresponding with MWE, TAP, and Protego over email in regards to released parties |
| Alwyn Clarke | 10/18/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Corresponding with MWE, TAP, and Protego over email in regards to released parties |
| Albert Chao | 10/24/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and M3 regarding Swan's bid |
| Alex Chen | 10/24/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and M3 regarding Swan's bid |
| Alwyn Clarke | 10/24/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and M3 regarding Swan's bid |
| Michael Ashe | 10/24/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and M3 regarding Swan's bid |
| Spencer Galishoff | 10/24/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Catch-up call with MWE and M3 regarding Swan's bid, note taking |
| Albert Chao | 10/25/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Sale update call with MWE, M3, and the special committee |
| Alex Chen | 10/25/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Sale update call with MWE, M3, and the special committee |
| Alwyn Clarke | 10/25/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Sale update call with MWE, M3, and the special committee |
| Michael Ashe | 10/25/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Sale update call with MWE, M3, and the special committee |
| Spencer Galishoff | 10/25/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Sale update call with MWE, M3, and the special committee, note taking |
| | Total | 37.25 Hour(s) | | |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alwyn Clarke | 10/2/2023 | 0.3 Hour(s) | Correspondence with potential investors | Catch-up call with Protego's advisors |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor, note taking |
| Albert Chao | 10/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 10/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 10/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor, note taking |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with NovaWulf to discuss their IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Second call with NovaWulf to discuss their IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with NovaWulf to discuss their IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Second call with NovaWulf to discuss their IOI |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor regarding process updates |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor regarding process updates |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with NovaWulf to discuss their IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Second call with NovaWulf to discuss their IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with NovaWulf to discuss their IOI |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Second call with NovaWulf to discuss their IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with NovaWulf to discuss their IOI, note taking |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor, note taking |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Internal discussion re NovaWulfs IOI, note taking |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Second call with NovaWulf to discuss their IOI, note taking |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor, note taking |
| Albert Chao | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Protego and their advisors re Protego's bid |
| Albert Chao | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Protego and their advisors re Protego's bid |
| Alex Chen | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Protego and their advisors re Protego's bid |
| Alwyn Clarke | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Protego and their advisors re Protego's bid |
| Spencer Galishoff | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Protego and their advisors re Protego's bid, note taking |
| Spencer Galishoff | 10/5/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor, note taking |
| Albert Chao | 10/6/2023 | 0.8 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Alex Chen | 10/6/2023 | 0.8 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Alwyn Clarke | 10/6/2023 | 0.8 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/6/2023 | 0.8 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/6/2023 | 0.8 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid, note taking |
| Albert Chao | 10/9/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Protego and their advisors in relation to the status of their bid |
| Alex Chen | 10/9/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Protego and their advisors in relation to the status of their bid |
| Alwyn Clarke | 10/9/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Protego and their advisors in relation to the status of their bid |
| Michael Ashe | 10/9/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Protego and their advisors in relation to the status of their bid |
| Spencer Galishoff | 10/9/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Protego and their advisors in relation to the status of their bid, note taking |
| Albert Chao | 10/11/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Albert Chao | 10/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego, their advisors, and their financing partner to discuss the status of their funding |
| Alex Chen | 10/11/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alex Chen | 10/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego, their advisors, and their financing partner to discuss the status of their funding |
| Alwyn Clarke | 10/11/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Alwyn Clarke | 10/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego, their advisors, and their financing partner to discuss the status of their funding |
| Michael Ashe | 10/11/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor |
| Michael Ashe | 10/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego, their advisors, and their financing partner to discuss the status of their funding |
| Spencer Galishoff | 10/11/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with potential investor, note taking |
| Spencer Galishoff | 10/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego, their advisors, and their financing partner to discuss the status of their funding, note taking |
| Albert Chao | 10/13/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/13/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 10/13/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 10/13/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor, note taking |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and Manatt to discuss their revised bid |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and Manatt to discuss their revised bid |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and Manatt to discuss their revised bid |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and Manatt to discuss their revised bid |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and Manatt to discuss their revised bid, note taking |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor, note taking |
| Alex Chen | 10/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego and Polaris to discuss potential back-up financing |
| Alwyn Clarke | 10/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego and Polaris to discuss potential back-up financing, note taking |
| Spencer Galishoff | 10/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Protego and Polaris to discuss potential back-up financing |
| Albert Chao | 10/25/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Alex Chen | 10/25/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Alwyn Clarke | 10/25/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/25/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/25/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid, note taking |
| Albert Chao | 10/27/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Alex Chen | 10/27/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Alwyn Clarke | 10/27/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/27/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/27/2023 | 0.5 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid, note taking |
| Albert Chao | 10/28/2023 | 1.0 Hour(s) | Correspondence with potential investors | Catch-up call with Swan to discuss their bid |
| | Total | 49.0 Hour(s) | | |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| Albert Chao | 10/10/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 10/10/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 10/10/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 10/10/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 10/10/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| Albert Chao | 10/16/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 10/16/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 10/16/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 10/16/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 10/16/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| Albert Chao | 10/23/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| Alex Chen | 10/23/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 10/23/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 10/23/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 10/23/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 10/30/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 10/30/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| Albert Chao | 10/31/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Call with Province to discuss Swan's updated bid |
| Alwyn Clarke | 10/31/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Call with Province to discuss Swan's updated bid, note taking |
| | Total | 11.5 Hour(s) | | |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss details surrounding Protego's potential bid |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and the Special Committee |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Albert Chao | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss details surrounding Protego's potential bid |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and the Special Committee |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Alex Chen | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss details surrounding Protego's potential bid |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and the Special Committee |
| Alwyn Clarke | 10/2/2023 | 0.3 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego's advisors |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Alwyn Clarke | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Michael Ashe | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss details surrounding Protego's potential bid |
| Michael Ashe | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and the Special Committee |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss details surrounding Protego's potential bid |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and the Special Committee |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding tech questions |
| Spencer Galishoff | 10/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding security and IT questions |
| Albert Chao | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss bid dynamics |
| Albert Chao | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Albert Chao | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss bid dynamics |
| Alex Chen | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Alex Chen | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss bid dynamics |
| Alwyn Clarke | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Alwyn Clarke | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Michael Ashe | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss bid dynamics |
| Spencer Galishoff | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss bid dynamics |
| Spencer Galishoff | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for follow-up diligence call with Protego, Protego's advisors, and Prime Trust regarding operations and control questions |
| Spencer Galishoff | 10/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with NovaWulf to discuss their IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for internal discussion re NovaWulfs IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re NovaWulfs IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for second call with NovaWulf to discuss their IOI |
| Albert Chao | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with NovaWulf to discuss their IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for internal discussion re NovaWulfs IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re NovaWulfs IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for second call with NovaWulf to discuss their IOI |
| Alex Chen | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with NovaWulf to discuss their IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for internal discussion re NovaWulfs IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re NovaWulfs IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for second call with NovaWulf to discuss their IOI |
| Alwyn Clarke | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with NovaWulf to discuss their IOI |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for internal discussion re NovaWulfs IOI |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re NovaWulfs IOI |
| Michael Ashe | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for second call with NovaWulf to discuss their IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with NovaWulf to discuss their IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for internal discussion re NovaWulfs IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for second call with NovaWulf to discuss their IOI |
| Spencer Galishoff | 10/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and their advisors re Protego's bid |
| Albert Chao | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and their advisors re Protego's bid |
| Alex Chen | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and their advisors re Protego's bid |
| Alwyn Clarke | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and their advisors re Protego's bid |
| Spencer Galishoff | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and their advisors re Protego's bid |
| Spencer Galishoff | 10/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Albert Chao | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Albert Chao | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province and TAP re Protego's bid |
| Alex Chen | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Alex Chen | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alex Chen | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province and TAP re Protego's bid |
| Alwyn Clarke | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Alwyn Clarke | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alwyn Clarke | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province and TAP re Protego's bid |
| Michael Ashe | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Michael Ashe | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province and TAP re Protego's bid |
| Spencer Galishoff | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for post bid deadline catch-up call with MWE, M3, Province, and Brown Rudnick |
| Spencer Galishoff | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province and TAP re Protego's bid |
| Alex Chen | 10/7/2023 | 2.0 Hour(s) | Internal diligence and preparation of materials | Creating initial DCF analysis of cash flows to creditors in relation to Protego's bid |
| Alwyn Clarke | 10/8/2023 | 3.0 Hour(s) | Internal diligence and preparation of materials | Finalizing DCF analysis of cash flows to creditors in relation to Protego's bid and creating presentation to be shown to Province |
| Albert Chao | 10/9/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego and their advisors in relation to the status of their bid |
| Alex Chen | 10/9/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego and their advisors in relation to the status of their bid |
| Alwyn Clarke | 10/9/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego and their advisors in relation to the status of their bid |
| Michael Ashe | 10/9/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego and their advisors in relation to the status of their bid |
| Spencer Galishoff | 10/9/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Protego and their advisors in relation to the status of their bid |
| Albert Chao | 10/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 10/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 10/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Michael Ashe | 10/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Spencer Galishoff | 10/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 10/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alex Chen | 10/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Alwyn Clarke | 10/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Michael Ashe | 10/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Spencer Galishoff | 10/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with potential investor |
| Albert Chao | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Albert Chao | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Alex Chen | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Alex Chen | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Alwyn Clarke | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Alwyn Clarke | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Michael Ashe | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Michael Ashe | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Spencer Galishoff | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK, and MWE to discuss outstanding follow-up items relating to their bid |
| Spencer Galishoff | 10/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan, Manatt, and MWE to discuss Swan's bid |
| Albert Chao | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 10/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Albert Chao | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Alex Chen | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Alwyn Clarke | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Michael Ashe | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Michael Ashe | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Protego / TAP's request to reach out to other parties for backup funding |
| Spencer Galishoff | 10/16/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 10/16/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Creating summary of prior correspondence with parties Protego is interested in reaching out to |
| Albert Chao | 10/17/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Alex Chen | 10/17/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Alwyn Clarke | 10/17/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Michael Ashe | 10/17/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Spencer Galishoff | 10/17/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego, TAP, CAVU, KBK and MWE to discuss released parties and updates re Protego's bid |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and Manatt to discuss their revised bid |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Prime Trust to discuss Swan's revised bid |
| Albert Chao | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and Manatt to discuss their revised bid |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Prime Trust to discuss Swan's revised bid |
| Alex Chen | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and Manatt to discuss their revised bid |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Prime Trust to discuss Swan's revised bid |
| Alwyn Clarke | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and Manatt to discuss their revised bid |
| Michael Ashe | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Prime Trust to discuss Swan's revised bid |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and Manatt to discuss their revised bid |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Prime Trust to discuss Swan's revised bid |
| Spencer Galishoff | 10/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 10/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and Polaris to discuss potential back-up financing |
| Alwyn Clarke | 10/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and Polaris to discuss potential back-up financing |
| Spencer Galishoff | 10/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Protego and Polaris to discuss potential back-up financing |
| Albert Chao | 10/23/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 10/23/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 10/23/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Michael Ashe | 10/23/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 10/23/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 10/24/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and M3 regarding Swan's bid |
| Alex Chen | 10/24/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and M3 regarding Swan's bid |
| Alwyn Clarke | 10/24/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and M3 regarding Swan's bid |
| Michael Ashe | 10/24/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and M3 regarding Swan's bid |
| Spencer Galishoff | 10/24/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with MWE and M3 regarding Swan's bid |
| Albert Chao | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for sale update call with MWE, M3, and the special committee |
| Albert Chao | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alex Chen | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for sale update call with MWE, M3, and the special committee |
| Alex Chen | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alwyn Clarke | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for sale update call with MWE, M3, and the special committee |
| Alwyn Clarke | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for sale update call with MWE, M3, and the special committee |
| Michael Ashe | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for sale update call with MWE, M3, and the special committee |
| Spencer Galishoff | 10/25/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Albert Chao | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alex Chen | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Alwyn Clarke | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Michael Ashe | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Spencer Galishoff | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 10/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Albert Chao | 10/28/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with Swan to discuss their bid |
| Albert Chao | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Swan's updated bid |
| Alwyn Clarke | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Swan's updated bid |
| Alwyn Clarke | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Michael Ashe | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Swan's updated bid |
| Spencer Galishoff | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with MWE to discuss Swan's updated bid |
| Spencer Galishoff | 10/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 10/31/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province to discuss Swan's updated bid |
| Alwyn Clarke | 10/31/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Province to discuss Swan's updated bid |
| | Total | 106.8 Hour(s) | | |
| Spencer Galishoff | 10/4/2023 | 1.5 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| Spencer Galishoff | 10/6/2023 | 0.8 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| Spencer Galishoff | 10/13/2023 | 1.0 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| Spencer Galishoff | 10/20/2023 | 0.8 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| Spencer Galishoff | 10/27/2023 | 0.5 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| | Total | 4.5 Hour(s) | | |
| | **Grand Total** | **237.4 Hour(s)** | | |