IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Prime Core Technologies Inc., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
| | ) |
| Debtors. | ) **Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)** |
| | ) **Hrg. Date:** *Only if objections are filed* |

**NOTICE OF SECOND MONTHLY FEE APPLICATION
OF GALAXY DIGITAL PARTNERS LLC, AS INVESTMENT
BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

**PLEASE TAKE NOTICE** that, on December 22, 2023, the *Second Monthly Fee Application of Galaxy Partners LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1 2023 through October 31, 2023* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application or the relief requested therein must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order") and must be filed with the Court and served so as to be received by the following parties listed in the Interim Compensation Order no later than **January 12, 2024 at 4:00 p.m. (Eastern Time)**:

(a) the Debtors, 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135;

(b) counsel to the Debtors, McDermott Will & Emery LLP, 1000 N. West Street, Suite 1400, Wilmington, DE 19801 (Attn: Maris J. Kandestin), and One Vanderbilt Avenue, New York, NY 10017 (Attn: Darren Azman; Joseph B. Evans), and 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (Attn: Gregg Steinman);

(c) counsel to the Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Robert Stark; Bennett Silverberg);

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

(d) the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia (joseph.cudia@usdoj.gov)); and

(e) co-counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Donald Detweiler (don.detweiler@wbd-us.com).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Application will be held at a time and date to be determined before the Honorable J. Kate Stickles United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING**.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 22, 2023<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>jbevans@mwe.com<br>ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |