## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 321, 536, & 538** |

## STIPULATION REGARDING REJECTION OF CONTRACT BETWEEN THE DEBTORS AND SALESFORCE, INC.

This stipulation (the "Stipulation") is entered into by and between the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand, and Salesforce, Inc. ("Salesforce"), on the other hand, in connection with the *Limited Objection and Reservation of Rights of Salesforce, Inc. to Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 512] (the "Salesforce Objection").

WHEREAS, on August 14, 2023 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases. The Debtors continue to manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

WHEREAS, on October 20, 2023, Salesforce filed the *Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* [Docket No. 321] (the "Administrative Expense Request") asserting a claim in the amount of $268,704.00 for one full

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

year of services beginning on August 24, 2023 through and including August 25, 2024, which is governed by the contract between the Debtors and Salesforce (collectively, the "Parties").

WHEREAS, On December 7, 2023, the Debtors filed the *Stipulation Regarding Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* [Docket No. 536] (the "First Stipulation"), which reflected the agreement between the Parties to resolve the Administrative Expense Request by granting Salesforce an allowed administrative claim in the amount of $57,304.00 for the period from the Petition Date through and including November 10, 2023.

WHEREAS, on December 8, 2023, the Court entered the *Order Approving Stipulation Regarding Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* [Docket No. 538].

WHEREAS, on December 5, 2023, Salesforce filed the Salesforce Objection for the purpose of seeking approval of the First Stipulation and allowing Salesforce to terminate any and all contracts as of the date of the Confirmation Order.

WHEREAS, the Debtors dispute that Salesforce is entitled to an administrative expense claim for an entire year of services.

WHEREAS, the Parties desire to enter into this Stipulation to resolve disputes related to the Salesforce Objection and all contracts between the Debtors and Salesforce (collectively, the "Salesforce Contracts").

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. This Stipulation is subject to approval by the Court and shall become effective and binding only upon the entry of an order of the Court approving and authorizing its terms.

2. The Salesforce Contracts shall be deemed rejected as of December 11, 2023, and Salesforce may serve termination notices of the Salesforce Contracts in accordance with the terms and conditions of the Salesforce Contracts.

3. Salesforce shall be granted an allowed administrative expense priority claim pursuant to 11 U.S.C. §§ 503(b) and 507(a) in the amount of $22,874.00 (the "Allowed Administrative Claim") for the period from November 11, 2023 through and including December 11, 2023.

4. Salesforce shall have 30 days from the entry of an order approving this Stipulation to file a rejection damages claim.

5. Salesforce irrevocably waives any right to claim or assert that any other post-petition claims are entitled to treatment as a secured claim or an administrative claim in the Chapter 11 Cases.

WHEREFORE, the Parties request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing and approving this Stipulation, and (ii) granting such other relief as the Court deems appropriate under the circumstances.

[*Signature pages to follow*]

Dated:  December 26, 2023
        Wilmington, Delaware

| **MCDERMOTT WILL & EMERY LLP** | **WHITE AND WILLIAMS LLP** |
|---|---|
| */s/ Maris J. Kandestin* | */s/ Michael A. Ingrassia* |
| Maris J. Kandestin (No. 5294) | Michael A. Ingrassia (No. 7068) |
| 1000 N. West Street, Suite 1400 | 600 North King Street, Suite 800 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone:  (302) 485-3900 | Phone: (302) 467-4503 |
| Facsimile:  (302) 351-8711 | Fax: (302) 467-4550 |
| Email:  mkandestin@mwe.com | Email: ingrassiam@whiteandwilliams.com |
| -and- | -and- |
| Darren Azman (admitted *pro hac vice*) | Amy E. Vulpio, Esquire |
| Joseph B. Evans (admitted *pro hac vice*) | 1650 Market Street, Suite 1800 |
| Jessica Greer Griffith (admitted *pro hac vice*) | One Liberty Place |
| One Vanderbilt Avenue | Philadelphia, PA 19103-7395 |
| New York, New York 10017-3852 | Phone: (215) 864-6250 |
| Telephone:  (212) 547-5400 | Fax: (215) 789-7550 |
| Facsimile:  (646) 547-5444 | Email: vulpioa@whiteandwilliams.com |
| Email:  dazman@mwe.com | |
|          jbevans@mwe.com | -and- |
| -and- | **BIALSON, BERGEN & SCHWAB,** |
| | **A Professional Corporation** |
| Gregg Steinman (admitted *pro hac vice*) | Thomas M. Gaa, Esq. |
| 333 SE 2nd Avenue, Suite 4500 | Gaye N. Heck, Esq. |
| Miami, Florida 33131 | 830 Menlo Avenue, Suite 201 |
| Telephone:  (305) 358-3500 | Menlo Park, CA 94025 |
| Facsimile:  (305) 347-6500 | Telephone: (650) 857-9500 |
| Email:  gsteinman@mwe.com | Fax: (650) 494-2738 |
| | E-mail: Tgaa@bbslaw.com |
| *Counsel to the Debtors and Debtors in Possession* | E-mail: Gheck@bbslaw.com |
| | *Attorneys for Creditor Salesforce, Inc.* |