# **EXHIBIT A**

# **DETAILED TIME ENTRIES**

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE
OF UNSECURE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0002 | CASE ADMINISTRATION | 278.00 | 0.00 | 278.00 |
| 039948.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 47,053.00 | 0.00 | 47,053.00 |
| 039948.0004 | EMPLOYMENT AND FEE APPLICATIONS | 5,373.00 | 0.00 | 5,373.00 |
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 91,830.50 | 0.00 | 91,830.50 |
| 039948.0008 | COMMITTEE GOVERNANCE MATTERS | 7,019.00 | 0.00 | 7,019.00 |
| 039948.0010 | COMMITTEE INVESTIGATION | 25,087.50 | 0.00 | 25,087.50 |
| 039948.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 4,732.00 | 0.00 | 4,732.00 |
| 039948.0014 | HEARINGS | 3,092.00 | 0.00 | 3,092.00 |
| 039948.0016 | ASSET RECOVERY AND ANALYSIS | 1,218.00 | 0.00 | 1,218.00 |
| 039948.0018 | AVOIDANCE ACTION (NON-INSIDERS) | 1,894.00 | 0.00 | 1,894.00 |
| 039948.0020 | FINANCING | 7,975.00 | 0.00 | 7,975.00 |
| | **Total** | **195,552.00** | **0.00** | **195,552.00** |

| | |
|---|---|
| Total Current Fees | $195,552.00 |
| 20% Holdback Amount | (39,110.40) |
| 80% CURRENT BALANCE DUE | $156,441.60 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$156,441.60** |

# **brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6970647 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Dec 15, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039948.0002 | CASE ADMINISTRATION | 278.00 | 0.00 | 278.00 |
| | **Total** | **278.00** | **0.00** | **278.00** |

| | |
|---|---:|
| Total Current Fees | $278.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$278.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/29/23 | SILVERBERG | REVIEW COMPANY CORRESPONDENCE REGARDING CASH MANAGEMENT MAINTENANCE (.1), FOLLOW UP CORRESPONDENCE TO PROVINCE TEAM RE SAME (.1) | 0.20 | 278.00 |
| | **Total Hours and Fees** | | **0.20** | **278.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.20 | hours at | 1,390.00 | 278.00 |
| **Total Fees** | | | | **278.00** |

# **brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 47,053.00 | 0.00 | 47,053.00 |
| | **Total** | **47,053.00** | **0.00** | **47,053.00** |

| | |
|---|---|
| Total Current Fees | $47,053.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$47,053.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 5

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 10/03/23 | HEALY | CF W/ S. DWOSKIN RE DRAFT SLIDES FOR CREDITORS' COMMITTEE | 0.30 | 277.50 |
| 10/03/23 | HEALY | REVISE SLIDES RE INSURANCE COVERAGE ISSUES AND PER COMMENTS ON SAME | 0.70 | 647.50 |
| 11/01/23 | STARK | CONTINUED COMMUNICATIONS WITH J. LAW COUNSEL RE POTENTIAL PRESENTATION TO OCC | 0.50 | 975.00 |
| 11/01/23 | SILVERBERG | REVIEW CASE BUDGET ISSUES IN CONNECITON WITH UCC MEETING (.2); CONSIDER REQUEST BY CEO TO MEETING WITH UCC (.2); PREPARE MEETING AGENDA (.2) | 0.60 | 834.00 |
| 11/02/23 | SILVERBERG | ATTEND AND PARTICIPATE ON WEEKLY COMMITTEE CALL | 1.00 | 1,390.00 |
| 11/02/23 | DWOSKIN | PREPARE FOR (.3) AND ATTEND (1.0) COMMITTEE MEETING | 1.30 | 1,332.50 |
| 11/02/23 | STARK | COMMUNICATIONS J. LAW COUNSEL RE REQUEST TO MEET WITH OCC (1.5); T/C D. DUNN RE STATUS AND STRATEGY (.5); PREPARE FOR AND CONDUCT OCC CALL RE SAME (.5) | 2.50 | 4,875.00 |
| 11/07/23 | SAWYER | REVIEW PLAN RE VOTING MECHANICS AND CALL WITH CREDITOR RE SAME | 0.70 | 623.00 |
| 11/08/23 | SAWYER | MEETING WITH B. SILVERBERG, T. AXELROD AND PROVINCE RE COMMITTEE MEETING PREPARATION (.3); REVIEW UCC PRESENTATION RE SAME (.5) | 0.80 | 712.00 |
| 11/08/23 | SILVERBERG | CONFERENCE WITH D. DUNN, J. BERMAN, J. DONG, T. AXELROD ET AL REGARDING PREPARATIONS FOR 11/9 COMMITTEE CALL (DIP STATUS, M&A STATUS) (.3), FOLLOWUP WITH R. STARK REGARDING SAME (.1) | 0.40 | 556.00 |
| 11/09/23 | SILVERBERG | PREPARATIONS FOR 11/9 COMMITTEE MEETING | 0.10 | 139.00 |
| 11/09/23 | DWOSKIN | ATTEND AND PRESENT AT COMMITTEE MEETING | 1.10 | 1,127.50 |
| 11/09/23 | AXELROD | CLIENT CALL AND PLAN SUPPLEMENT ANALYSIS AND REVIEW | 1.20 | 1,200.00 |
| 11/09/23 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 1.10 | 1,529.00 |
| 11/09/23 | STARK | PREPARE FOR (.3) AND CONDUCT OCC CALL (1.1) | 1.40 | 2,730.00 |
| 11/13/23 | AXELROD | CREDITOR UPDATE | 0.10 | 100.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 6

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/14/23 | AXELROD | REVIEW AND CIRCULATE MOTION RE FOREIGN CURRENCY | 0.40 | 400.00 |
| 11/15/23 | STARK | C/C CREDITOR AND ITS COUNSEL RE CASE STATUS | 0.20 | 390.00 |
| 11/16/23 | AXELROD | REVIEW CALL AGENDA (.1); CLIENT CALL RE CASE STATUS AND NEXT STEPS (.9); CALL WITH R STARK RE FOLLOWUP ITEMS (.1) | 1.10 | 1,100.00 |
| 11/16/23 | STARK | PREPARE FOR (.6)  AND CONDUCT OCC CALL (.9) | 1.50 | 2,925.00 |
| 11/16/23 | DWOSKIN | ATTEND COMMITTEE MEETING | 1.00 | 1,025.00 |
| 11/18/23 | SILVERBERG | REVIEW CORRESPONDENCE RE ALLEGATIONS OF FRAUD | 0.20 | 278.00 |
| 11/22/23 | SILVERBERG | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING POST ED GOVERNANCE | 0.40 | 556.00 |
| 11/28/23 | STARK | PREPARE FOR (1.1) AND CONDUCT OCC CALL RE DIP AND PLAN SUPPLEMENT DOCUMENTS, IMPORTANT CALL (2.9); WORK ON FINALIZING SAME (1.0) | 5.00 | 9,750.00 |
| 11/28/23 | SILVERBERG | PREPRATION FOR COMMITTEE CALL WITH R. STARK (.4); PREPARATION OF AGENDA FOR COMMITTEE CALL, FINANCING ANALYSIS (.5); EXTENDED COMMITTEE CALL REGARDING PLAN, FINANCING ISSUES (2.9); FOLLOWUP CORRESPONDENCE WITH COMMITTEE REGARDING PLAN SUPPLEMENT, PLAN, RELEASE ISSUES (.5) | 4.30 | 5,977.00 |
| 11/28/23 | AXELROD | CALL WITH COMMITTEE RE DIP LOAN ISSUES RE PLAN/PLAN SUPPLEMENT (TIME SPENT REVISING AND NEGOTIATING DOCUMENTS DURING MEETING) | 2.90 | 2,900.00 |
| 11/29/23 | SILVERBERG | RESPOND TO COMMITTEE INQUIRY REGARDING RELEASED PREFERENCE CLAIMS (.4); CONFERENCE WITH J, DONG RE PREFERENCE ANALYSIS (.3); CONFERENCE WITH D. DETWEILLER, R. STARK RE RECONSTITUTION OF COMMITTEE (.2); CONFERENCE WITH D. AZMAN REGARDING COMMITTEE, STATUS OF DIP FINANCING (.2) | 1.10 | 1,529.00 |
| 11/29/23 | AXELROD | REVIEW NOTICE OF APPOINTMENT AND RELATED COMMUNICATIONS | 0.20 | 200.00 |
| 11/29/23 | STARK | T/C D. NEUMAN (COUNSEL TO CREDITOR) RE CASE ISSUES | 0.50 | 975.00 |
| | **Total Hours and Fees** | | **32.60** | **47,053.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 7

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT J. STARK | 6.60 | hours at | 1,950.00 | 12,870.00 |
| BENNETT S. SILVERBERG | 9.20 | hours at | 1,390.00 | 12,788.00 |
| SHARI I. DWOSKIN | 3.40 | hours at | 1,025.00 | 3,485.00 |
| TRISTAN G. AXELROD | 5.90 | hours at | 1,000.00 | 5,900.00 |
| MATTHEW A. SAWYER | 1.50 | hours at | 890.00 | 1,335.00 |
| DANIEL J. HEALY | 1.00 | hours at | 925.00 | 925.00 |
| **Total Fees** | | | | **47,053.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0004 | EMPLOYMENT AND FEE APPLICATIONS | 5,373.00 | 0.00 | 5,373.00 |
| | **Total** | **5,373.00** | **0.00** | **5,373.00** |

| | |
|---|---|
| Total Current Fees | $5,373.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,373.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 9

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/02/23 | SAWYER | REVIEW MWE SEPTEMBER FEE APPLICATION AND CORRESPOND WITH COMMITTEE RE SAME | 0.30 | 267.00 |
| 11/07/23 | SAWYER | REVIEW OCTOBER TIME ENTRIES | 0.30 | 267.00 |
| 11/09/23 | SAWYER | REVISIONS TO OCTOBER TIME ENTRIES | 2.90 | 2,581.00 |
| 11/27/23 | SILVERBERG | PREPARE OCTOBER MONTHLY FEE APPLICATION | 0.60 | 834.00 |
| 11/30/23 | SAWYER | REVIEW AND REVISE OCTOBER FEE APPLICATION | 1.60 | 1,424.00 |
| | **Total Hours and Fees** | | 5.70 | 5,373.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.60 | hours at | 1,390.00 | 834.00 |
| MATTHEW A. SAWYER | 5.10 | hours at | 890.00 | 4,539.00 |
| **Total Fees** | | | | 5,373.00 |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 91,830.50 | 0.00 | 91,830.50 |
| | **Total** | **91,830.50** | **0.00** | **91,830.50** |

| | |
|---|---|
| Total Current Fees | $91,830.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$91,830.50** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 11

RE: PLAN AND DISCLOSURE STATEMENT

| | | T I M E   D E T A I L | | |
|---|---|---|---|---|

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/23 | MOTTER | REVIEW T. AXELROD UPDATE RE CASE STATUS AND IMPLICATIONS FOR TRUST AGREEMENT | 0.10 | 68.50 |
| 11/06/23 | SILVERBERG | ANALYSIS OF WIND DOWN PLANNING ISSUES (PLAN SUPPLEMENT & EMPLOYEES) | 0.40 | 556.00 |
| 11/08/23 | SILVERBERG | CONFERENCE WITH P. FLINK REGARDING PLAN SUPPLEMENT PREPARATION (NEW ORG DOCUMENTS) (.2); CONFERENCE WITH M. KANDESTIN, T. AXELROD ET AL. REGARDING PLAN SUPPLEMENT DOC PREPARATIONS (ORG DOCS, CONTRACTS FOR ASSUMPTION) (.5); CONSIDER MECHANICS OF CRYPTO IN-KIND DISTRIBUTIONS (.2) | 0.90 | 1,251.00 |
| 11/08/23 | AXELROD | CALLS WITH MWE, PROVINCE RE PLAN SUPPLEMENT PREP | 1.00 | 1,000.00 |
| 11/08/23 | FLINK | ATTEND TO GOVERNANCE ISSUES (.3); ALL HANDS CALL WITH DEBTORS COUNSEL RE THE SAME (.4) | 0.70 | 952.00 |
| 11/08/23 | KELLY | PREPARE FOR AND JOIN UPDATE CALL WITH MCDERMOTT REGARDING PLAN SUPPLEMENT MATTERS AND STRUCTURE OF SURVIVING ENTITY OR ENTITIES | 1.00 | 1,375.00 |
| 11/09/23 | SAWYER | REVIEW LETTER TO UCC RE PLAN RELEASES | 0.30 | 267.00 |
| 11/09/23 | FLINK | FURTHER ADDRESS STRUCTURING ISSUES RE CRYPTO COMPLIANCE MATTERS | 0.20 | 272.00 |
| 11/10/23 | FLINK | ATTEND TO GOVERNANCE DOCS | 0.20 | 272.00 |
| 11/16/23 | SAWYER | REVIEW WIND-DOWN EMPLOYEE LIST | 0.40 | 356.00 |
| 11/17/23 | AXELROD | REVIEW PLAN SUPPLEMENT REDLINES, EMAILS RE SAME | 0.20 | 200.00 |
| 11/17/23 | SILVERBERG | FOLLOWUP ISSUES REGARDING PLAN SUPPLEMENT DOCUMENTATION, COORDINATION | 1.00 | 1,390.00 |
| 11/19/23 | SILVERBERG | CORRESPONDENCE WITH MWE TEAM REGARDING PLAN SUPPLEMENT MATERIALS PREPARATION | 0.10 | 139.00 |
| 11/20/23 | SILVERBERG | CONFERENCE WITH MWE, T. AXELROD, B. KELLY, N. BOUCHARD ET AL. REGARDING PLAN SUPPLEMENT PLANNING | 0.40 | 556.00 |
| 11/20/23 | AXELROD | REVIEW AND COMMENT RE MWE MARKUP OF PLAN SUPPLEMENT (.9); MEET WITH MWE RE SAME, PLAN PREP (.5) | 1.40 | 1,400.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/20/23 | FLINK | PREPARE FOR (.3) AND ATTEND (.4) CALL WITH DEBTOR COUNSEL RE PLAN ISSUES | 0.70 | 952.00 |
| 11/20/23 | BOUCHARD | CONFERENCE WITH DEBTOR COUNSEL RE: PLAN SUPPLEMENT DOCUMENTATION (.4); REVIEW DRAFTS OF SAME (.5) | 0.90 | 1,080.00 |
| 11/20/23 | KELLY | COMMENTS ON LITIGATION TRUST QUESTIONS (.4); ANALYSIS OF HANDLING OF POST-EFFECTIVE DATE DISTRIBUTION ISSUES (.5); ZOOM MEETING WITH MWE TO REVIEW OPEN ITEMS (.5) | 1.40 | 1,925.00 |
| 11/20/23 | SILVERBERG | CONSIDER REVISIONS TO PLAN ADMINISTRATOR AGREEMENT (.3); CONSIDER PLAN IMPLEMENTATION ISSUES UPON SURRENDER OF MTLS (.2) | 0.50 | 695.00 |
| 11/21/23 | AXELROD | REVISE PLAN SUPPLEMENT, CIRCULATE TO MWE AND UCC | 1.60 | 1,600.00 |
| 11/21/23 | FLINK | REVIEW TRUST AGREEMENT | 0.70 | 952.00 |
| 11/21/23 | SILVERBERG | FURTHER CONSIDERATION OF LIT TRUST ISSUES (.2); REVIEW COMMENTS TO LITIGATION TRUST AGREEMENT (.8); REVIEW OPEN ISSUES REGARDING PLAN SUPPLEMENT DOCUMENTS (.8) | 1.80 | 2,502.00 |
| 11/22/23 | AXELROD | EMAILS WITH COMMITTEE AND DEBTORS RE PLAN SUPPLEMENT STATUS, OUTSTANDING ISSUES AND IMPACT OF SALE | 1.00 | 1,000.00 |
| 11/22/23 | SILVERBERG | REVIEW AND MODIFICATIONS TO PLAN, SUPPLEMENT MATERIALS, RETAINED ACTION SCHEDULE | 2.00 | 2,780.00 |
| 11/26/23 | AXELROD | REVIEW AND COMMENT RE DIP TERMS, PLAN SUPPLEMENT DRAFTS | 1.60 | 1,600.00 |
| 11/26/23 | KELLY | REVIEW INCOMING CORRESPONDENCE FROM MWE AND  MINTZ ON PLAN SUPP DOCUMENTS | 1.00 | 1,375.00 |
| 11/26/23 | SILVERBERG | ANALYSIS OF REVISED PLAN SUPPLEMENT DOCUMENTATION, RETAINED ACTION SCHEDULE,. DIP TERM SHEET (1.5); CORRESPONDENCE WITH A. OBRIENT RE OVERSIGHT RESPONSIBILITIES (.2) | 1.70 | 2,363.00 |



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/27/23 | SILVERBERG | REVIEW PROPOSED REVISIONS TO PLAN DOCUMENTATION (.6); CONFERENCE WITH B. KELLY, T. AXELROD REGARDING TRUST, PLAN ADMINISTRATOR AGREEMENT MODIFICATIONS (.5); CONFERENCE WITH MWE TEAM, T. AXELROD, B. KELLY REGARDING PLAN REVISIONS (.5); CONFERENCE WITH J. DONG REGARDING DIP BUDGET, WINDDOWN CONSIDERATIONS (.4); CONFERENCE WITH D. DUNN, T. AXELROD, B. KELLY ET AL., REGARDING PLAN MODIFICATIONS, WINDDOWN ISSUES (.8), FOLLOWUP CONFERENCE WITH T. AXELROD RE RETAINED ACTION SCHEDULE (.2); CONFERENCE WITH A. O'BRIENT, R. BARTLEY, ET AL. REGARDING PLAN COMMENTS, WINDDOWN BUDGET ISSUES (.5); CONFERENCE WITH D. DUNN REGARDING EMERGENCE PLANNING, PLAN ADMINISTRATOR ROLE (.2); CONFERENCE WITH R. STARK REGARDING PLAN DOCS (.3); CONFERENCE WITH T. AXELROD REGARDING TRUST DOCS (.1); CONFERENCE WITH R. WINNING RE WINDDOWN BUDGET (.2); REVIEW PPA, GRANTOR TRUST DOCUMENTS (.4), CONFERENCE WITH T. AXELROD REGARDING SAME (.2) | 4.90 | 6,811.00 |
| 11/27/23 | MOTTER | DRAFT/REVISE TRUST AGREEMENT AND CORRESPOND WITH B. KELLY RE SAME | 2.00 | 1,370.00 |
| 11/27/23 | AXELROD | REVIEW DIP LENDER AND MWE COMMENTS TO PLAN AND SUPPLEMENT DOCS (1.9); CALL WITH MWE RE SAME (.5); REVIEW AND COMMENT RE PLAN (1.4); CALL WITH DIP LENDER COUNSEL (.5); REVISE PAA AND LTA (4.3) | 8.60 | 8,600.00 |
| 11/27/23 | HEALY | REVIEW COMMENTS AND QUESTIONS RE DS AND RELATED INSURANCE ISSUES (.4); ANALYSIS OF INSURANCE COVERAGE ISSUES (.8); DRAFT COMMENTS OUTLINING ISSUES AND CONCLUSIONS FOR INSURANCE QUESTIONS (.7) | 1.90 | 1,757.50 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/27/23 | KELLY | WORK ON PRELIMINARY REVISIONS TO LITIGATION TRUST AGREEMENT PER DIP LENDER COMMENTS (2.9); CONFER CALL WITH BR TEAM TO COORDINATE NEW TRUST PROVISIONS (.5); JOIN MWE CALL TO DISCUSS MODIFICATIONS TO TRUST AGREEMENT (.5); CALL WITH MINTZ TO ADDRESS DIP LENDER ISSUES IN TRUST STRUCTURE (.5); REVIEW PLAN ADMINISTRATOR AGREEMENT AND PROVIDE COMMENTS (1.3); FURTHER REVISIONS TO LITIGATION TRUST AGREEMENT TO REFLECT REQUIRED CHANGES (1.5);  RESPOND TO INCOMING QUESTIONS FROM MWE REGARDING TRUST ASSETS (.4); REVIEW ANALYSIS OF TRUST STRUCTURE FOR CAUSES OF ACTION (.5) | 8.10 | 11,137.50 |
| 11/28/23 | MOTTER | DRAFT/REVISE TRUST AGREEMENT AND PLAN ADMINISTRATOR AGREEMENT AND VARIOUS CORRESPONDENCE WITH B. KELLY AND T. AXELROD RE SAME | 6.20 | 4,247.00 |
| 11/28/23 | HEALY | PROVIDE FURTHER INFORMATION ON TOWERS OF COVERAGE FOR EACH YEAR | 0.40 | 370.00 |
| 11/28/23 | AXELROD | NEGOTIATE AND REVISE PLAN AND PLAN SUPPLEMENT (5.7);  MEETING FOLLOWUP AND OBTAIN COMMITTEE CONSENTS ETC (.5) | 6.20 | 6,200.00 |
| 11/28/23 | KELLY | REVIEW AND RESPOND TO NUMEROUS EMAILS REGARDING FILING VERSION OF LTA AND PAA AND RECONCILIATION OF PROVISIONS (4.0); MAKE REVISIONS TO MULTIPLE DRAFTS OF  LTA AGREEMENT FOR DIP LENDER COMMENTS (1.9); REVIEW PAA FOR CONSIDERATION OF DIP LENDER COMMENTS (1.0); REVISE TAX DISCLOSURE FOR LTA (1.1); REVISE PLAN SUPP FOR REVISED DESCRIPTION OF LTA (1.2) | 9.20 | 12,650.00 |
| 11/28/23 | SILVERBERG | CORRESPONDENCE AMONG BR, MWE TEAMS REGARDING PAN SUPPLEMENT DOCUMENTATION (1.5); REVIEW PLAN SUPPLEMENT DOCUMENTATION (2.0); TELEPHONE CONFERENCES WITH D. AZMAN REGARDING PLAN SUPPLEMENT, AMENDED PLAN (.6); CONFERENCE WITH D. AZMAN, R. STARK REGARDING DIP FINANCING ISSUES (.2); FOLLOWUP CONFERENCE WITH R. STARK REGARDING PLAN, FINANCING ISSUES (.1) | 4.40 | 6,116.00 |
| 11/28/23 | BOUCHARD | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS | 1.10 | 1,320.00 |
| 11/29/23 | MOTTER | CORRESPOND WITH B. KELLY RE FURTHER REVISIONS TO TRUST AGREEMENT AND PAA | 0.20 | 137.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/29/23 | SILVERBERG | CORRESPONDENCE REGARDING REQUIRED REVISIONS TO PLAN SUPPLEMENT DOCUMENTS (.2); REVIEW CLAIMS ESTIMATION MOTION IN CONNECTION WITH PLAN VOTING (.2) | 0.40 | 556.00 |
| 11/29/23 | FLINK | REVIEW AND COMMENT ON PLAN INCLUDING GOVERNANCE ISSUES | 0.50 | 680.00 |
| 11/29/23 | AXELROD | REVIEW AND CIRCULATE PLAN AND SUPPLEMENT FILINGS (.4); REVISE PLAN SOLICITATION LETTER (.6) | 1.00 | 1,000.00 |
| | **Total Hours and Fees** | | **78.30** | **91,830.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| PHILIP J. FLINK | 3.00 | hours at | 1,360.00 | 4,080.00 |
| NICOLE M. BOUCHARD | 2.00 | hours at | 1,200.00 | 2,400.00 |
| BARBARA J. KELLY | 20.70 | hours at | 1,375.00 | 28,462.50 |
| BENNETT S. SILVERBERG | 18.50 | hours at | 1,390.00 | 25,715.00 |
| TRISTAN G. AXELROD | 22.60 | hours at | 1,000.00 | 22,600.00 |
| MATTHEW A. SAWYER | 0.70 | hours at | 890.00 | 623.00 |
| JANE W. MOTTER | 8.50 | hours at | 685.00 | 5,822.50 |
| DANIEL J. HEALY | 2.30 | hours at | 925.00 | 2,127.50 |
| **Total Fees** | | | | **91,830.50** |

## COST SUMMARY

| Description | Value |
|-------------|-------|
| DOCUMENT PRODUCTION | 0.00 |
| **Total Costs** | **0.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: COMMITTEE GOVERNANCE MATTERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0008 | COMMITTEE GOVERNANCE MATTERS | 7,019.00 | 0.00 | 7,019.00 |
| | **Total** | **7,019.00** | **0.00** | **7,019.00** |

| | |
|---|---|
| Total Current Fees | $7,019.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,019.00** |



RE: COMMITTEE GOVERNANCE MATTERS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/29/23 | SAWYER | ATTENTION TO UST INQUIRIES RE DIP | 0.60 | 534.00 |
| 11/29/23 | STARK | T/CS TEAM RE U.S. TRUSTEE ISSUES WITH POLARIS DIP, PLAN ISSUES | 0.70 | 1,365.00 |
| 11/29/23 | SILVERBERG | CORRESPONDENCE RE RECONSTITUTION OF COMMITTEE (.1); PREPARATION OF RESPONSE TO UST REGARDING RECONSITTUTION OF COMMITTEE (.2) | 0.30 | 417.00 |
| 11/30/23 | SAWYER | DRAFT RESPONSE TO UST RE POLARIS DIP INQUIRY | 2.00 | 1,780.00 |
| 11/30/23 | SILVERBERG | REVISE RESPONSE TO UST REGARDING POLARIS STATUS ON COMMITTEE | 0.70 | 973.00 |
| 11/30/23 | STARK | T/C U.S. TRUSTEE RE POLARIS DIP ISSUES (.5); T/C B. SILVERBERG RE STATUS AND STRATEGY (.5) | 1.00 | 1,950.00 |
| | **Total Hours and Fees** | | **5.30** | **7,019.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| ROBERT J. STARK | 1.70 | hours at | 1,950.00 | 3,315.00 |
| BENNETT S. SILVERBERG | 1.00 | hours at | 1,390.00 | 1,390.00 |
| MATTHEW A. SAWYER | 2.60 | hours at | 890.00 | 2,314.00 |
| **Total Fees** | | | | **7,019.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6970647 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Dec 15, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COMMITTEE INVESTIGATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039948.0010 | COMMITTEE INVESTIGATION | 25,087.50 | 0.00 | 25,087.50 |
| | **Total** | **25,087.50** | **0.00** | **25,087.50** |

| | |
|---|---:|
| Total Current Fees | $25,087.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$25,087.50** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 19

**RE: COMMITTEE INVESTIGATION**

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/01/23 | BENSON, JR. | REVIEW AND REVISE INVESTIGATION PRESENTATION | 1.90 | 1,453.50 |
| 11/01/23 | SILVERBERG | UPDATES REGARDING 98F INVESTIGATION | 0.20 | 278.00 |
| 11/02/23 | BENSON, JR. | CORRESPOND RE: WALLET INVESTIGATION PRESENTATION | 0.10 | 76.50 |
| 11/02/23 | DWOSKIN | REVIEW BRANDL DOCUMENTS AND PREPARE FOR DEPOSITION | 1.40 | 1,435.00 |
| 11/06/23 | DWOSKIN | PREPARE FOR HEARING ON OBJECTION TO 2004 MOTION | 0.70 | 717.50 |
| 11/07/23 | SAWYER | REVIEW 2004 DISCOVERY MOTION PRACTICE RE WALLET EVENT | 0.50 | 445.00 |
| 11/07/23 | DWOSKIN | PREPARE FOR (.7) AND ATTEND (1.0) HEARING ON 2004 MOTION | 1.70 | 1,742.50 |
| 11/08/23 | LENNON | REVIEW INTERROGATORIES AND RESPONSES IN PREPARATION FOR DEPOSITIONS AND INTERNAL SUMMARY RE SAME | 1.30 | 1,267.50 |
| 11/09/23 | DWOSKIN | PREPARE FOR BRANDL DEPOSITION | 0.80 | 820.00 |
| 11/10/23 | DWOSKIN | PREPARE FOR AND ATTEND BRANDL DEPOSITION | 3.10 | 3,177.50 |
| 11/13/23 | BENSON, JR. | CORRESPOND RE: DEPOSITIONS OF ORTEGA AND BRANDL | 0.70 | 535.50 |
| 11/14/23 | SILVERBERG | REVIEW FILED MOTION RE CONVERSION OF FX TO USD | 0.20 | 278.00 |
| 11/15/23 | DWOSKIN | REVIEW BRANDL DEPO TRANSCRIPT | 1.30 | 1,332.50 |
| 11/15/23 | BENSON, JR. | DEPOSITION PREPARATION | 0.70 | 535.50 |
| 11/16/23 | DWOSKIN | EMAILS WITH DEBTOR COUNSEL RE DOCUMENTS RELATED TO DEPONENTS | 0.40 | 410.00 |
| 11/16/23 | BENSON, JR. | REVIEW DEPOSITION TRANSCRIPT OF T. BRANDL (.4); PREPARE FOR (.5) AND ATTEND DEPOSITION OF A. ORTEGA (7.0) | 7.90 | 6,043.50 |
| 11/17/23 | BENSON, JR. | PREPARE RECAP OF DEPOSITION OF A. ORTEGA AND CIRCULATE TO S. DWOSKIN | 0.80 | 612.00 |
| 11/21/23 | SILVERBERG | CONSIDER ISSUES REGARDING MYCONSTANT FRAUD ALLEGATIONS, CORRESPONDENCE REGARDING SAME | 0.20 | 278.00 |
| 11/22/23 | BENSON, JR. | CIRCULATE AND CORRESPOND RE: DEPOSITION SCHEDULE | 0.50 | 382.50 |
| 11/22/23 | SILVERBERG | UPDATES RE 98F WALLET INVESTIGATION, DEPOSITIONS | 0.20 | 278.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/29/23 | DWOSKIN | CALL WITH LENNON, PALLEY, AND BENSON RE UPCOMING DEPOSITIONS | 0.50 | 512.50 |
| 11/29/23 | LENNON | ATTENTION TO DEPOSITION PREPARATION | 0.50 | 487.50 |
| 11/30/23 | BENSON, JR. | DEPOSITION PREPARATION | 2.60 | 1,989.00 |
| | **Total Hours and Fees** | | **28.20** | **25,087.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.80 | hours at | 1,390.00 | 1,112.00 |
| SHARI I. DWOSKIN | 9.90 | hours at | 1,025.00 | 10,147.50 |
| HAILEY LENNON | 0.50 | hours at | 975.00 | 487.50 |
| **Total Fees** | | | | **25,087.50** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6970647 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Dec 15, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

**I N V O I C E**

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 4,732.00 | 0.00 | 4,732.00 |
| | **Total** | **4,732.00** | **0.00** | **4,732.00** |

| | |
|---|---|
| Total Current Fees | $4,732.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,732.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 22

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/01/23 | SAWYER | REVIEW MOTION TO REJECT UNEXPIRED LEASES/EXECUTORY CONTRACTS | 0.50 | 445.00 |
| 11/02/23 | SAWYER | REVIEW DRAFT OBJECTION TO BMO CLAIM | 0.60 | 534.00 |
| 11/02/23 | SILVERBERG | CONFERENCE WITH G. STEINMAN REGARDING BIO ADMIN CLAIM REQUEST (.1), FOLLOWUP WITH D. DETWEILLER RE SAME (.1) | 0.20 | 278.00 |
| 11/06/23 | SILVERBERG | COORDINATE RESPONSE TO BMO ADMIN CLAIMS REQUEST | 0.20 | 278.00 |
| 11/17/23 | SILVERBERG | REVIEW WBD CORRESPONDENCE REGARDING BMO ADMIN CLAIM SETTLEMENT (.1); CONSIDER SALESFORCE STIPULATION RESOLVING ADMIN CLAIM (.2) | 0.30 | 417.00 |
| 11/20/23 | SILVERBERG | REVIEW OMNIBUS CLAIMS OBJECTIONS | 0.20 | 278.00 |
| 11/21/23 | SILVERBERG | REVIEW WBD CORRESPONDENE REGARDING BMO ADMIN CLAIMS RESOLUTION (.1), FOLLOWUP CORRESPONDENCE REGARDING SAME (.1); CONSIDER SALESFORCE STIPULATION (.1) | 0.30 | 417.00 |
| 11/22/23 | SILVERBERG | REVIEW SWAN IP LICENSE TRANSACTION DOCUMENTS, GALAXY TRANSACTION FEE ISSUES | 0.70 | 973.00 |
| 11/22/23 | SILVERBERG | CONTINUED DILIGENCE RE SALESFORCE ADMIN CLAIM ALLOWANCE, TRANSITION | 0.20 | 278.00 |
| 11/27/23 | SILVERBERG | REVIEW SWAN IP AGREEMENT (.4), FOLLOWUP CORRESPONDENCE WITH D. AZMAN REGARDING SAME (.2) | 0.60 | 834.00 |
| **Total Hours and Fees** | | | **3.80** | **4,732.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 2.70 | hours at | 1,390.00 | 3,753.00 |
| MATTHEW A. SAWYER | 1.10 | hours at | 890.00 | 979.00 |
| **Total Fees** | | | | **4,732.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: HEARINGS

**I N V O I C E**

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0014 | HEARINGS | 3,092.00 | 0.00 | 3,092.00 |
| | **Total** | **3,092.00** | **0.00** | **3,092.00** |

| | |
|---|---|
| Total Current Fees | $3,092.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,092.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 24

RE: HEARINGS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/06/23 | SAWYER | REVIEW HEARING BINDER RE PREPARE FOR 11/7 HEARING | 0.50 | 445.00 |
| 11/06/23 | SILVERBERG | PREPARATIONS FOR 11/7 HEARING RE CONTESTED 2004 MOTION | 0.30 | 417.00 |
| 11/07/23 | SAWYER | HEARING RE 2004 DISCOVERY ISSUES | 1.10 | 979.00 |
| 11/07/23 | SILVERBERG | CONFERENCE WITH S. DWOSKIN REGARDING CONTESTED 2004 HEARING (.3); REVIEW AGENDA AND COMPANY REPLY TO 2004 BRIEFING (.2); ATTEND CONTESTED HEARING RE 2004 DISCOVERY (.4) | 0.90 | 1,251.00 |
| | **Total Hours and Fees** | | **2.80** | **3,092.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 1.20 | hours at | 1,390.00 | 1,668.00 |
| MATTHEW A. SAWYER | 1.60 | hours at | 890.00 | 1,424.00 |
| **Total Fees** | | | | **3,092.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: ASSET RECOVERY AND ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0016 | ASSET RECOVERY AND ANALYSIS | 1,218.00 | 0.00 | 1,218.00 |
| | **Total** | **1,218.00** | **0.00** | **1,218.00** |

| | |
|---|---|
| Total Current Fees | $1,218.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,218.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 26

RE: ASSET RECOVERY AND ANALYSIS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/10/23 | SILVERBERG | REVIEW PROVINCE GENERATED COMPS FOR GENESIS RETENTION | 0.20 | 278.00 |
| 11/01/23 | SILVERBERG | REVIEW EXECUTORY CONTRACT REJECTION MOTION | 0.10 | 139.00 |
| 11/08/23 | SAWYER | REVIEW MOTION TO SELL FOREIGN CURRENCY | 0.90 | 801.00 |
| **Total Hours and Fees** | | | **1.20** | **1,218.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| BENNETT S. SILVERBERG | 0.30 | hours at | 1,390.00 | 417.00 |
| MATTHEW A. SAWYER | 0.90 | hours at | 890.00 | 801.00 |
| **Total Fees** | | | | **1,218.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6970647 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Dec 15, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: AVOIDANCE ACTION (NON-INSIDERS)

**I N V O I C E**

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0018 | AVOIDANCE ACTION (NON-INSIDERS) | 1,894.00 | 0.00 | 1,894.00 |
| | **Total** | **1,894.00** | **0.00** | **1,894.00** |

| | |
|---|---|
| Total Current Fees | $1,894.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,894.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 28

RE: AVOIDANCE ACTION (NON-INSIDERS)

| TIME DETAIL |
|---|

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 11/24/23 | SILVERBERG | REVIEW TIKILABS SETTLEMENT PARAMETERS | 0.10 | 139.00 |
| 11/29/23 | STARK | T/C D. DUNN RE CASE STATUS AND STRATEGY (.5); T/C E. NEIGER RE PREFERENCE ISSUES (.4) | 0.90 | 1,755.00 |
| | **Total Hours and Fees** | | **1.00** | **1,894.00** |

| TIME SUMMARY |
|---|

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT J. STARK | 0.90 | hours at | 1,950.00 | 1,755.00 |
| BENNETT S. SILVERBERG | 0.10 | hours at | 1,390.00 | 139.00 |
| **Total Fees** | | | | **1,894.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: FINANCING

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0020 | FINANCING | 7,975.00 | 0.00 | 7,975.00 |
| | **Total** | **7,975.00** | **0.00** | **7,975.00** |

| | | |
|---|---|---|
| Total Current Fees | | $7,975.00 |
| Total Current Costs | | $0.00 |
| **Total Invoice** | | **$7,975.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
December 15, 2023

Invoice 6970647
Page 30

RE: FINANCING

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 11/01/23 | STARK | C/C POLARIS LAWYERS RE POTENTIAL DIP LOAN (.5); T/C D. AZMAN RE SAME (.3) | 0.80 | 1,560.00 |
| 11/02/23 | SAWYER | MEETING WITH R. WINNING, B. SILVERBERG, AND PROVINCE RE REVISED BUDGET AND FINANCING UPDATES | 0.80 | 712.00 |
| 11/02/23 | SILVERBERG | CONFERENCE WITH R. WINNING REGARDING BUDGET (.3); CONFERENCE WITH R. WINNING, J. BERMAN, J. DONG REGARDING PRO FORMA BUDGET VOICEOVER (.8) | 1.10 | 1,529.00 |
| 11/07/23 | SILVERBERG | CONFERENCE WITH D. AZMAN, S. DWOSKIN REGARDING WIND DOWN EXPENSES | 0.20 | 278.00 |
| 11/07/23 | SILVERBERG | UPDATE CORRESPONDENCE TO BR/PROVINCE TEAMS RE PLAN/WIND DOWN BUDGET | 0.20 | 278.00 |
| 11/07/23 | STARK | COMMUNICATIONS POLARIS, DEBTORS COUNSEL RE DIP NEGOTIATIONS | 0.50 | 975.00 |
| 11/09/23 | SILVERBERG | CONFERENCE WITH R. WINNING RE WIND DOWN BUDGET (.4); CONFERENCE WITH J. DONG RE BUDGET (.3) | 0.70 | 973.00 |
| 11/12/23 | SILVERBERG | CONFERENCE WITH R. WINNING REGARDING BUDGET ISSUES, RIF (.4), FOLLOWUP CORRESPONDENCE WITH PROFESSIONAL TEAMS REGARDING SAME (.1) | 0.50 | 695.00 |
| 11/15/23 | STARK | T/C D. AZMAN RE CASE LIDIQUITY NEEDS | 0.50 | 975.00 |
| | **Total Hours and Fees** | | **5.30** | **7,975.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| ROBERT J. STARK | 1.80 | hours at | 1,950.00 | 3,510.00 |
| BENNETT S. SILVERBERG | 2.70 | hours at | 1,390.00 | 3,753.00 |
| MATTHEW A. SAWYER | 0.80 | hours at | 890.00 | 712.00 |
| **Total Fees** | | | | **7,975.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6970647 |
| Date | Dec 15, 2023 |
| Client | 039948 |

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE
OF UNSECURE



Remittance

**Balance Due:  $156,441.60**

To ensure proper credit to your account, please include this page with your payment.

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200