## EXHIBIT B

## SUMMARY OF DISBURSEMENTS

**brownrudnick**

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6970650 |
| ATTN: PRIME CORE TECHNOLOGIES, INC. | Date | Dec 15, 2023 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0001 | COSTS | 0.00 | 2,384.61 | 2,384.61 |
| | **Total** | **0.00** | **2,384.61** | **2,384.61** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $2,384.61 |
| **Total Invoice** | **$2,384.61** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE  
RE: COSTS  
December 15, 2023

Invoice 6970650  
Page 2

## COST SUMMARY

| Description | Value |
|---|---:|
| COURT REPORTING | 2,308.08 |
| LEXIS | 56.43 |
| PACER | 8.50 |
| COPIES | 11.60 |
| **Total Costs** | **2,384.61** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

RE: COSTS

| | |
|---|---|
| Invoice | 6970650 |
| Date | Dec 15, 2023 |
| Client | 039948 |



Remittance

**Balance Due:  $2,384.61**

To ensure proper credit to your account, please include this page with your payment.

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200