**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) ) | Case No. 23-11161 (JKS) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 16, 2024 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: To be determined if response filed.** |
| | ) | |

**SUMMARY OF THIRD MONTHLY FEE APPLICATION OF WOMBLE**
**BOND DICKINSON (US) LLP FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Womble Bond Dickinson (US) LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on 10/16/23, *Nunc Pro Tunc* to 9/5/23 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2023 – November 30, 2023 |
| Amount of Compensation sought as Actual, Reasonable and Necessary: | $13,772.40 (80% of $17,215.50) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):  __X__ Monthly  _____ Interim  _____ Final Fee Application

This is WBD's third monthly application.

The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Application Period.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

## TIMEKEEPER SUMMARY

| NAME OF PROFESSIONAL PERSON | POSITION/DATE ADMITTED TO BAR/NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| David M. Banker | Partner; Admitted to New York Bar 2001; Joined WBD 2023 | $900.00 | 0.40 | $360.00 |
| Donald J. Detweiler | Partner; Admitted to Delaware Bar 1992; Joined WBD 2023 | $845.00 | 15.50 | $13,097.50 |
| Elazar A. Kosman | Associate; Admitted to Delaware Bar 2023; Joined WBD 2023 | $385.00 | 1.40 | $539.00 |
| Elizabeth C. Thomas | Paralegal; Joined WBD 2022 | $370.00 | 8.70 | $3,219.00 |
| **TOTALS** | | | **26.00** | **$17,215.50** |
| **Total Blended Rate** | **$662.13** | | | |

**SUMMARY OF SERVICES BY TASK CODE**

| TASK CODE | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| BKAD | Asset Disposition – General | 0.30 | $253.50 |
| BKC | Creditors Committee Meeting/Conferences | 6.60 | $5,577.00 |
| BKCO | Claims Objections | 3.40 | $2,781.00 |
| BKDIS | Discovery | 0.20 | $169.00 |
| BKF | Fee Application/Monthly Billing | 5.90 | $2,555.50 |
| BKFO | Fees of Others | 0.60 | $222,00 |
| BKG | General Case Administration | 3.10 | $1,147.00 |
| BKH | Court Hearings/Preparation/Agenda | 3.90 | $2,820.50 |
| BKP | Post Petition Financing | 0.20 | $169.00 |
| BKPO | Plan of Reorganization | 1.40 | $1,183.00 |
| BKTM | US Trustee Matters | 0.40 | $338.00 |
| | **Total** | **26.00** | **$17,215.50** |

**NO EXPENSES FOR THIS APPLICATION PERIOD**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: January 16, 2024 at 4:00 p.m. (ET)** |
|  | ) | **Hearing Date: To be determined if response filed.** |

**THIRD MONTHLY FEE APPLICATION OF WOMBLE BOND
DICKINSON (US) LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023</u>**

Womble Bond Dickinson (US) LLP ("<u>WBD</u>"), as co-counsel to the Official

Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in these chapter 11 bankruptcy

cases (the "<u>Chapter 11 Cases</u>") of the above-captioned debtors and debtors-in-possession (the

"<u>Debtors</u>"), submits its third monthly fee application (the "<u>Application</u>"), pursuant to sections

330(a), 331, and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended,

the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 ("<u>Local Rule 2016-2</u>") of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"<u>Local Rules</u>"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* issued by the

Executive Office for United States Trustees (the "<u>Guidelines</u>"), and this Court's *Order*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered September 18, 2023 (Docket No. 149) (the "Interim Compensation Order"), for the allowance of compensation for professional services performed by WBD for the period November 1, 2023 through and including November 30, 2023 (the "Application Period") in the amount of $17,215.50 incurred during the Application Period.[2]  In support of the Application, WBD respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue of these cases and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Bankruptcy Code sections 330 and 331.

## BACKGROUND

4.      On August 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), commencing these Chapter 11 Cases.  Since the Petition Date, the Debtors have remained in possession of its assets and have continued to operate and manage its businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

5.      On August 29, 2023, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 51]. The Committee is

---

[2] No expenses have been billed for the Application Period.

comprised of the following seven (7) members: (i) Yousef Abbasi; (ii) Allsectech, Inc.; (iii) DMG Blockchain Solutions, Inc.; (iv) Net Cents Technology, Inc.; (v) Polaris Ventures; (vi) Stably Corporation; and (vii) Austin Ward. On September 5, 2023, the Committee selected WBD to serve as its counsel.

6.      Information regarding the Debtors' history, business operations, capital structure, indebtedness, and the events leading up to the commencement of these Chapter 11 Cases can be found in the *Declaration of Jor Law, Interim Chief Executive Officer and President of Prime Core Technologies Inc., Et Al., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14].

7.      On September 27, 2023, the Committee applied to the Court for an order authorizing the Committee to retain WBD as its co-counsel, *nunc pro tunc* to September 5, 2023 (Docket No. 196) (the "Retention Application").

8.      On October 16, 2023, the Court entered an Order approving the retention of WBD as counsel to the Committee, *nunc pro tunc* to September 5, 2023 (Docket No. 301) (the "Retention Order").

## SUMMARY OF SERVICES RENDERED

9.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred by WBD during the Application Period in the amount of $17,215.50.

10.     The services rendered by WBD during the Application Period are grouped into categories set forth in Exhibit A.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category are set forth in Exhibit A.

## SUMMARY OF EXPENSES

11.     WBD did not incur any expenses during the Application Period.

6

**VALUATION OF SERVICES**

12.      WBD's attorneys and paraprofessionals expended a total of 26.00 hours for the Application Period.  The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees.

13.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of the case, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

**RESPONSES TO FEE GUIDELINES QUESTIONNAIRE**

| Question | Response | Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No | N/A |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | N/A |

| | | |
|---|---|---|
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes | WBD spent 0.20 hours reviewing and revising invoice |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | N/A |
| If the fee application includes any rate increases since retention:<br><br>i. Did your client review and approve those rate increases in advance?<br><br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | No | N/A |

## RESERVATION OF RIGHTS

14.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Application Period but were not processed prior to the preparation of this Application, or WBD has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Application Period, WBD reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## CERTIFICATE OF COMPLIANCE AND WAIVER

15.     The undersigned representative of WBD certifies that the undersigned has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with such Local Rule.   To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, the undersigned believes that such deviations are not material. Accordingly, WBD respectfully requests that any such requirements be waived.

**CONCLUSION**

WHEREFORE, WBD respectfully requests that it be granted (i) a monthly allowance of fees in the amount of $17,215.50, and authority for an interim payment of compensation for professional services rendered herein as counsel to the Committee during the Application Period in the amount of $13,772.40, which is eighty percent (80%) of the fees incurred; and (ii) such further relief as the Court may deem just and proper.

Dated: December 26, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*

WBD (US) 4863-3029-9545v1