# **<u>EXHIBIT A</u>**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors        120116.0001.8/4861632
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAD - Asset Disposition - General** | | | | | |
| 11/27/2023 | Review and analysis of Bittrex Reservation of Rights on sale of foreign assets | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| | | **Total for Task:** | | | $ 253.50 |
| **BKC - Creditors Committee Meeting/Conferences** | | | | | |
| 11/01/2023 | Review and analysis of email regarding agenda for Committee call and info sent to Committee | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/02/2023 | Participate in Committee call | Detweiler, Donald J. (10135) | 1.00 | 845.00 | $ 845.00 |
| 11/03/2023 | Review and analysis of email regarding agenda for Committee call and info sent to Committee | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors    120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2023 | Review and analysis of Motion for Leave to file response on 2004 Motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/09/2023 | Participate in Committee Call regarding financing, 98F Wallet and plan issues | Detweiler, Donald J. (10135) | 1.00 | 845.00 | $ 845.00 |
| 11/20/2023 | Follow-up email to Committee regarding BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/22/2023 | Emails with Committee and Brown Rudnick regarding oversight committee and liquidation trustee | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/28/2023 | Participate in Committee meeting regarding open plan issues, proposed DIP financing, and liquidation trust issues | Detweiler, Donald J. (10135) | 3.00 | 845.00 | $ 2,535.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/2023 | Review and analysis of emails regarding removal of Polaris as member of Committee | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/30/2023 | Call from US Trustee regarding Polaris as DIP Lender | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/30/2023 | Telephone call with Brown Rudnick regarding call from US Trustee regarding Polaris as DIP Lender | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

**Total for Task:** $ 5,577.00

**BKCO - Claims Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/2023 | Emails regarding BMO Admin Request | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors    120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/2023 | Analyze BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/06/2023 | Emails to and from B. Rudnick regarding lender motion for payment of administrative expense claim | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/06/2023 | Review and analysis of lender motion for payment of claim | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 11/07/2023 | Correspond with M. Sawyer regarding administrative claim request | Kosman, Elazar A. (10329) | 0.20 | 385.00 | $ 77.00 |
| 11/13/2023 | Review and analysis of BMO Motion for Payment of Administrative Claim and open issues involving the claim | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors            120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2023 | Emails to counsel regarding BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/17/2023 | Email to Committee regarding request for settlement authority of BMO administrative claim motion (.4) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 11/20/2023 | Multiple emails to Debtors regarding BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/20/2023 | Multiple emails to BMO regarding BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/21/2023 | Emails to and from M. Kandestein regarding BMO administrative claim motion | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Case 23-11161-JKS    Doc 658-2    Filed 12/26/23    Page 7 of 20

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2023 | Multiple emails Brown Rudnick regarding BMO administrative claim motion (.2); emails to and from M. Kandestein regarding BMO administrative claim motion (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| | | Total for Task: | | | $ 2,781.00 |

**BKDIS - Discovery**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2023 | Review and analysis of emails regarding 2004 deposition updates | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| | | Total for Task: | | | $ 169.00 |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2023 | Draft 2nd monthly fee app (.2); draft 1st interim fee app (.7) | Thomas, Elizabeth C.* (10159) | 0.90 | 370.00 | $ 333.00 |
| 11/08/2023 | Review and edits to October prebill | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | Revise monthly fee application | Banker, David M. (10453) | 0.40 | 900.00 | $ 360.00 |
| 11/14/2023 | Review and edit October WBD fee application | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/15/2023 | Emails regarding monthly fee applications | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/15/2023 | Work on WBD 2nd fee application | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 11/20/2023 | Emails regarding objection deadline regarding WBD 1st fee application (.1); review docket for responses (.1); draft CNO (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2023 | Follow up with Don Detweiler regarding CNO (.1); finalize CNO regarding WBD 1st fee application and e-file (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/29/2023 | Review fee application | Kosman, Elazar A. (10329) | 1.20 | 385.00 | $ 462.00 |
| 11/29/2023 | Work on WBD 1st interim fee application (1.4); emails regarding same (.1); call with Elazar Kosman regarding budget (.2); prepare budget (.3) | Thomas, Elizabeth C.* (10159) | 2.00 | 370.00 | $ 740.00 |

**Total for Task:** $ 2,555.50

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/2023 | Emails with Brown Rudnick team regarding CNOs for 1st fee applications (.1); prepare CNO for BR 1st fee application (.1); prepare CNO for Province 1st fee application (.1); follow up with Don Detweiler regarding CNOs (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors   120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2023 | Finalize CNOs regarding Brown Rudnick and Province 1st fee applications (.1) and e-file each (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| | | **Total for Task:** | | | $ 222.00 |

**BKG - General Case Administration**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/02/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/03/2023 | Review notice of adjourned auction and update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2023 | Review and circulate 11/7 hearing agenda | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/06/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/07/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/07/2023 | Emails with Tom Burns regarding pro hac vice motion (.1); prepare pro hac vice motion for Shari Dwoskin (.1); finalize and e-file motion and upload order (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 11/07/2023 | Review docket and update case calendar | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  
Prime Core Technologies Inc., et al

120116.0001.8/4861632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/09/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/14/2023 | Review docket and pleadings and update case calendar (.4); obtain and circulate recently filed pleadings (.1) | Thomas, Elizabeth C.* (10159) | 0.50 | 370.00 | $ 185.00 |
| 11/16/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/17/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors       120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/22/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/27/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/28/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 11/29/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors           120116.0001.8/4861632
Prime Core Technologies Inc., et al

|  |  |  |  |  | $ 1,147.00 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** |  |  |

**BKH - Court Hearings/Preparation/Agenda**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | Prepare for and attend Court hearing on 2004 Motion | Detweiler, Donald J. (10135) | 1.00 | 845.00 | $ 845.00 |
| 11/06/2023 | Emails to and from S. Dwoskin regarding 2004 Motion and appearance by Zoom (.2); emails to and from Court regarding participation of Ms. Dwoskin at hearing by Zoom (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/06/2023 | Work on 11/7 attorney hearing binders (.2); arrange appearances for (6) parties (.3) | Thomas, Elizabeth C.* (10159) | 0.50 | 370.00 | $ 185.00 |
| 11/07/2023 | Review and analysis of agenda; email to M. Kandestein regarding agenda | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4861632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2023 | Prepare for and attend hearing on 2004 Motion | Detweiler, Donald J. (10135) | 1.30 | 845.00 | $ 1,098.50 |
| 11/07/2023 | Emails S. Dwoskin regarding hearing and issues with 2004 requests | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/07/2023 | Continue working on attorney hearing binders | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 11/09/2023 | Review and circulate 11/14 hearing agenda | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 11/14/2023 | Emails regarding 11/14 hearing cancellation | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors   120116.0001.8/4861632
Prime Core Technologies Inc., et al

|  |  |  |  |  | $ 2,820.50 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** |  |  |

**BKP - Post Petition Financing**

| 10/12/2023 | Review and analysis of Creditors' Committee's joinder to Objection to Lender Substantial Contribution Claim | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** |  | $ 169.00 |

**BKPO - Plan of Reorganization**

| 11/21/2023 | Multiple emails regarding Plan Supplement (.2); review and analysis of Plan Supplement (.2) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
|---|---|---|---|---|---|
| 11/22/2023 | Review emails regarding potential retained causes of action under the plan | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/27/2023 | Multiple emails with Brown Rudnick and Committee regarding plan supplement documents and status of plan and open plan issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors       120116.0001.8/4861632
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/27/2023 | Email from T. Axelrod regarding plan supplement documents and documents with Debtors and DIP Lenders | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/28/2023 | Review and analysis of emails on supplemental disclosure statement and plan supplement documents | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |

|  |  |
|---|---|
| **Total for Task:** | $ 1,183.00 |

**BKTM - US Trustee Matters**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/2023 | Call from US Trustee Trial Attorney J. Cudia regarding Polaris DIP financing and case issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/29/2023 | Call with Brown Rudnick team, regarding call from US Trustee Trial Attorney J. Cudia regarding Polaris DIP financing and case issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

|  |  |
|---|---|
| **Total for Task:** | $ 338.00 |
| **Total for Services:** | $ 17,215.50 |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors        120116.0001.8/4861632
Prime Core Technologies Inc., et al

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors     120116.0001.8/4861632
Prime Core Technologies Inc., et al

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J. | 15.50 | $ 13,097.50 | $ 845.00 |
| Banker, David M. | 0.40 | $ 360.00 | $ 900.00 |
| Kosman, Elazar A. | 1.40 | $ 539.00 | $ 385.00 |
| Thomas, Elizabeth C.* | 8.70 | $ 3,219.00 | $ 370.00 |
| **Totals:** | 26.00 | $ 17,215.50 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors           120116.0001.8/4861632
Prime Core Technologies Inc., et al

**TASK SUMMARY BILLING INFORMATION**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 0.30 | $ 253.50 |
| BKC | Creditors Committee Meeting/Conferences | 6.60 | $ 5,577.00 |
| BKCO | Claims Objections | 3.40 | $ 2,781.00 |
| BKDIS | Discovery | 0.20 | $ 169.00 |
| BKF | Fee Application/Monthly Billing | 5.90 | $ 2,555.50 |
| BKFO | Fees of Others | 0.60 | $ 222.00 |
| BKG | General Case Administration | 3.10 | $ 1,147.00 |
| BKH | Court Hearings/Preparation/Agenda | 3.90 | $ 2,820.50 |
| BKP | Post Petition Financing | 0.20 | $ 169.00 |
| BKPO | Plan of Reorganization | 1.40 | $ 1,183.00 |
| BKTM | US Trustee Matters | 0.40 | $ 338.00 |
| | **Total** | 26.00 | $ 17,215.50 |

**Use of Legal Support Service Providers**

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.