**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 512 |

**ORDER APPROVING STIPULATION REGARDING REJECTION OF CONTRACT
BETWEEN THE DEBTORS AND SALESFORCE, INC.**

The Court, having considered the *Stipulation Regarding Rejection of Contract Between the Debtors and Salesforce, Inc.* (the "Stipulation");[2] and the Court having jurisdiction over the matter raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and the bases set forth establish just cause for the relief granted therein,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

2.      Salesforce shall be granted an Allowed Administrative Claim in the amount of $22,874.00 for the period from November 11, 2023 through and including December 11, 2023.

3.      The Debtors shall remit payment of $22,874.00 to Salesforce within seven (7) days after this Order becomes final.

4.      Any and all contracts between Salesforce and the Debtors are deemed rejected as of December 11, 2023. Salesforce may serve termination notices of the Salesforce Contracts and the automatic stay is terminated as to the Salesforce Contracts as of the date this Order becomes final.

5.      Salesforce will have thirty (30) days from the date this Order becomes final to file any rejection damages claims.

6.      Salesforce shall not be entitled to any right to claim or to assert that any other post-petition claims are entitled to treatment as a secured claim or an administrative claim in the Chapter 11 Cases.

7.      The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

8.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

Dated: December 27th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE