Scott Johnson

1151 Phillips Avenue

Dayton, Ohio, 45410

United States of America

RECEIVED
2023 DEC 19 AM 11: 24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 12, 2023

Attn: Hon. Judge J. Kate Stickles (JKS)

The Office of the Clerk of the United States Bankruptcy Court,

District of Delaware

824 North Market Street

3rd Floor

Wilmington, DE 19801

United States of America

Dear Hon. Judge J. Kate Stickles:

**Sub: Re Prime Core Technologies Inc., et al. Hearing, December 19, 2023, 10:00 AM EST (Case 23-11161 (JKS))**

I am writing this to submit my Joinder Motion for Creditors in response to the Debtor's Omnibus Objections to proofs of claim in Doc 436 of the above styled case. Towards this, I have included one copy of Notice of Joinder Motion.

Respectfully,

Scott Johnson

*[signature]*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., et al. | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 14, 2023 at 4:00 p.m. (ET)** |
| | **Hearing Date: Dec. 19, 2023 at 10:00 a.m. (ET)** |

### NOTICE OF JOINDER MOTION FOR CREDITORS

TO:

Debtors' Counsel

Darren Azman, Esq.
Email: dazman@mwe.com
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: 212.547.5400
Fax: 646.547.5444

Gregg Steinman, Esq.
Email: gsteinman@mwe.com
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 5400
Miami, FL 33131
Telephone: 305.358.3500
Fax: 305.347.6500

| | |
|---|---|
| Maris J. Kandestin, Esq.<br>Email: mkandestin@mwe.com<br>**MCDERMOTT WILL & EMERY LLP**<br>1007 North Orange Street 10th Floor<br>Wilmington, DE 19801<br>Telephone: 302.485.3900<br>Fax: 302.351.8711 | Office of the U.S. Trustee<br><br>**U.S. DEPARTMENT OF JUSTICE**<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: 302.573.6491<br>Fax: 302.573.6497 |

Scott Johnson, (Prime Trust Account Number: ▮▮▮▮; Email: scott8216@gmail.com), has filed a Joinder Motion for Creditors, supported by Representative Procedure, which seeks to join as a co-claimant against the Debtors with Co-claimant Shyam Sundar Aswadha Narayanan (Prime Trust Account Number: ▮▮▮▮ Email: a.n.shyamsundar@gmail.com) and Latha Narayanan (Prime Trust Account Number: ▮▮▮▮ Email: lathanaru@gmail.com). This motion seeks relief that the claims will be considered in tandem as both situations are similar in scope and in practice. In their RESPONSE TO DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM filed December 7th, 2023 (Court Docket 529), Co-claimant Shyam Sundar Aswadha Narayanan showcases the evidence proving Prime Core Technologies Inc. et al acted fraudulently and further notes that they weren't the only ones duped by their practices. Scott Johnson's Claim Number is 327, with a listed claim of $24,193.56 computed due as of August 14, 2023, was denied on Exhibit 1 - Document 436-2; Page 18 of 78 and is asking for similar relief as he is in a similar situation. This motion further asks the court to declare all similarly situated claimants as valid creditors and beneficiaries of Prime Core Technologies Inc. et al.

The Creditors pray that the Debtors' objections be disregarded and further pray that the Court direct the Debtors to pay the Creditors' claims in full and make the Creditors whole.

## CERTIFICATE OF SERVICE

I, Scott Johnson, HEREBY CERTIFY that I am not less than 18 years of age, and that the foregoing document is being served this day, December 12th, 2023, on all counsel of record or pro se parties in a manner or procedure authorized by law.

By:

/s/ Scott Johnson

Scott Johnson

Mailing Address:

1151 Phillips Avenue

Dayton, Ohio, 45410

United States of America

Email: scott8216@gmail.com

Phone: +1-937-901-3139



S. JOHNSON
1151 PHILLIPS AVE
DAYTON OH 45410

COLUMBUS OH 430
13 DEC 2023 PM 6 L

Attn: Honorable Judge J. Kate Stickles
Office of the Clerk of
The United States Bankruptcy Court
District of Delaware
824 North Market St.
3rd Floor
Wilmington, DE 19801

19801-302495