# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**J. KATE STICKLES**
**JUDGE**



**824 NORTH MARKET STREET**
**WILMINGTON, DELAWARE**
**302-252-3820**

December 28, 2023

*Via E-mail*
Maris J. Kandestin, Esquire
McDermott Will & Emery LLP
1000 N. West Street
Suite 1400
Wilmington, DE 19801
mkandestin@mwe.com

      RE:   *In re Prime Core Technologies Inc.*, Case No. 23-11161
              **First Omnibus Claims Objection (D.I. 435)**

Dear Counsel:

      Yesterday, the Clerk's office docketed four responses (collectively, the "Reponses") to the *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* (D.I. 435) (the "First Omnibus Objection"). *See* D.I. 661, 662, 663, and 664. The Court is requesting a revised proposed order regarding the First Omnibus Objection to treat the Responses similarly to the other responses (and the My Constant claimants) in the *Order Sustaining Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* (D.I. 643).

      The First Omnibus Objection was one of the bases for confirmation of the plan. If these Responses and the Court's request herein affect confirmation, please contact the Court for a zoom status conference, which will be held expeditiously.

                                                          Very truly yours,

                                                            J. Kate Stickles

cc:  Joseph F. Cudia, Esquire, via e-mail
      Donald J. Detweiler, Esquire, via email