## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Prime Core Technologies Inc., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-11161 (JKS)

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Sixth Interim Order (I) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (II) Granting Related Relief** (Docket No. 599)

- **Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief** (Docket No. 600)

- **Second Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief** (Docket No. 601)

- **Order Authorizing the Debtors to Terminate 401(k) Plan** (Docket No. 602)

- **Order (I) Approving Settlement Agreement Among the Debtors, Tiki Labs, Inc. D/B/A Audius Inc., and the Settling Audio Holders; (II) Authorizing the Debtors to Sell Certain Audio Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief** (Docket No. 604)

- **Order Granting Determination Motion for Estimation and Temporary Allowance of Claim No. 173 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018** (Docket No. 605)

- **Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief** (Docket No. 606)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

- **Order Adjourning December 19, 2023 Foreign Currency Sale Motion** (Docket No. 607)

- **Notice of Status Conference** (Docket No. 609)

- **Notice of Agenda of Matters Scheduled for Status Conference on December 19, 2023 at 4:00 P.M. (Eastern Time) Before the Honorable J. Kate Stickles** (Docket No. 614)

Furthermore, on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Electric Solidus Inc. d/b/a Swan Bitcoin, c/o Manatt, Phelps & Phillips, LLP, Attn: Richard McDerby & Michel Narganes at One Embarcadero Center 30th Floor, San Francisco, CA 94111, and via electronic mail on Electric Solidus Inc. d/b/a Swan Bitcoin, c/o Manatt, Phelps & Phillips, LLP, Attn: Richard McDerby & Michel Narganes at MNarganes@manatt.com and RMcDerby@manatt.com:

- **Order Authorizing the Debtors to Redact and File Under Seal Certain Information Related to Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief** (Docket No. 600)

- **Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief** (Docket No. 606)

Furthermore, on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, via first-class mail on two (2) confidential parties not included herein, via electronic mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the nine (9) confidential parties not included herein:

- **Second Omnibus Order (A) Authorizing the Debtors to Reject Certain Executory Contracts, Effective as of November 15, 2023, and (B) Granting Related Relief** (Docket No. 601)

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kado Software, Inc. d/b/a Kado Money, c/o Raines Feldman Littrell LLP, Attn: David Forsh at 1540 Avenue of the Americas FL22, New York, NY 10019, via first-class mail on two (2) confidential parties not included herein, via electronic mail on Kado Software, Inc. d/b/a Kado Money, c/o Raines Feldman Littrell LLP, Attn: David Forsh at dforsh@raineslaw.com, and via electronic mail on the two (2) confidential parties not included herein:

- **Order Granting Determination Motion for Estimation and Temporary Allowance of Claim No. 173 Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018** (Docket No. 605)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 22, 2023

*Andrew Fitzpatrick*

Andrew K. Fitzpatrick

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 22nd day of December 2023 by Andrew K. Fitzpatrick.

*Kerrie Lynne Darby*

(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Office of the Attorney General for the District of Columbia | | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Office of the Attorney General for the District of Puerto Rico | | 350 Carlos Chardón Street | Torre Chardón, Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| Office of the Attorney General for the State of Alabama | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Office of the Attorney General for the State of Alaska | | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| Office of the Attorney General for the State of Arizona | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Office of the Attorney General for the State of Arkansas | | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General for the State of California | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General for the State of Colorado | | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| Office of the Attorney General for the State of Connecticut | | 165 Capitol Ave | | Hartford | CT | 06106 | |
| Office of the Attorney General for the State of Florida | | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Office of the Attorney General for the State of Georgia | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| Office of the Attorney General for the State of Hawaii | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Office of the Attorney General for the State of Idaho | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| Office of the Attorney General for the State of Indiana | | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| Office of the Attorney General for the State of Iowa | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Office of the Attorney General for the State of Kansas | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| Office of the Attorney General for the State of Kentucky | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Office of the Attorney General for the State of Louisiana | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Office of the Attorney General for the State of Maine | | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General for the State of Maryland | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Office of the Attorney General for the State of Massachusetts | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| Office of the Attorney General for the State of Michigan | | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| Office of the Attorney General for the State of Minnesota | | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| Office of the Attorney General for the State of Mississippi | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Office of the Attorney General for the State of Missouri | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Office of the Attorney General for the State of Montana | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Office of the Attorney General for the State of Nebraska | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General for the State of Nevada | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| Office of the Attorney General for the State of New Hampshire | | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| Office of the Attorney General for the State of New Jersey | | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| Office of the Attorney General for the State of New Mexico | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| Office of the Attorney General for the State of New York | | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| Office of the Attorney General for the State of North Carolina | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Office of the Attorney General for the State of North Dakota | | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the Attorney General for the State of Ohio | | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| Office of the Attorney General for the State of Oklahoma | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General for the State of Oregon | | 1162 Court St NE | | Salem | OR | 97301 | |
| Office of the Attorney General for the State of Pennsylvania | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| Office of the Attorney General for the State of Rhode Island | | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General for the State of South Carolina | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| Office of the Attorney General for the State of South Dakota | | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| Office of the Attorney General for the State of Tennessee | | 301 6Th Ave N | | Nashville | TN | 37243 | |
| Office of the Attorney General for the State of Texas | | 300 W. 15Th St | | Austin | TX | 78701 | |
| Office of the Attorney General for the State of Utah | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Office of the Attorney General for the State of Vermont | | 109 State St. | | Montpelier | VT | 05609 | |
| Office of the Attorney General for the State of Virginia | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| Office of the Attorney General for the State of Washington | | 1125 Washington St Se | | Olympia | WA | 98501 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General for the State of Washington | | PO Box 40100 | | Olympia | WA | 98504 | |
| Office of the Attorney General for the State of West Virginia | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Office of the Attorney General for the State of Wisconsin | | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| Office of the Attorney General for the State of Wyoming | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Office of The U.S. Trustee for the District of Delaware | Attn:  Linda Casey & Joseph Cudia | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office, Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| US Attorney's Office for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com pattytomasco@quinnemanuel.com danielholzman@quinnemanuel.com alainjaquet@quinnemanuel.com razmigizakelian@quinnemanuel.com joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com jrosell@pszjlaw.com joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | bankruptcy@agutah.gov |
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com bsilverberg@brownrudnick.com kaulet@brownrudnick.com jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com msawyer@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com elazar.kosman@wbd-us.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com DCannon@gravislaw.com MHess@gravislaw.com CBlanco@gravislaw.com |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com sfitzgerald@wmd-law.com ywang@wmd-law.com |
| US Attorney's Office for the District of Delaware | | | USADE.ECFBANKRUPTCY@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN

Page 9 of 18

# **<u>Exhibit C</u>**

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1983283 Ontario Inc. dba Secure Digital Markets | Attn: Mostafa Al-Mashita and Catherine Mitilineos | 626 King St W | | Toronto | ON | M5V 1M5 | Canada |
| 1Konto | Attn: Edwin Handschuh | 16192 Coastal Hwy | | Lewes | DE | 19958 | |
| Alianza Financial Inc. | Attn: Daniel Cival and Emmanuel de Freitas | 422 Richards St, Ste 170 | | Vancouver | BC | | Canada |
| Alpha Node Limited, One Alpha | Attn: Matt De Souza | 70 Queens Road Central | | Hong Kong | | | Hong Kong |
| APT Systems Inc dba Apt Systems Inc. a Delaware Company - Spera | Attn: Glenda Dowie | 505 Montgomery St, Floor 11 | | San Francisco | CA | 94111 | |
| Archblock (TrustToken, Inc), TrueCoin | Attn: Alex de Lorraine | 325 9th Street | | San Francisco | CA | 94103 | |
| Arete Incident Response/Arete Advisors, LLC | Attn: John Morrissey | 1500 Gateway Boulevard #Ste 202 | | Boynton Beach | FL | 33426-7233 | |
| Arkeytyp Holdings Limited | Attn: Nicholas Lyons | Beaux Lane House, Mercer Street | 5th Floor | Dublin | Dublin 2 | | Ireland |
| Augeo | Attn: Danny Kristal | 2561 W Territorial Rd | | Saint Paul | MN | 55114-1500 | |
| BAM Trading Services Inc. | | Letterman Digital Arts Center | 1 Letterman Drive Building C, Suite C3-800 | San Francisco | CA | 94129 | |
| Bitcoin Solutions, Inc. | Attn: Noel Billingsly and Edward Gieske | 43 Leopard Rd, Ste 200 | | Paoli | PA | 19301 | |
| Bittrex | Attn: Daniel Cohen and Luke Tessaro | 701 5th Ave., Suite 4200 | | Seattle | WA | 98104 | |
| Bold | Attn: Zachary Pardey | 9450 SW Gemini Dr, PMB 73556 | | Beaverton | OR | 97008 | |
| Bosonic, Inc. | Attn: Rosario Ingargiola | 535 Mission St | #14 | San Francisco | CA | 94105 | |
| Caramba | Attn: Christopher Dannen | 43 NW 23rd St | | Miami | FL | 33127-4407 | |
| Change Digital Commerce Inc. | Attn: Daniel Lipshitz | 1158 Tower Lane | | Bensenville | IL | 60109 | |
| Chasm Labs LLC | Attn: Mike Kolzet | 1011 S Hamilton RD, Ste 316 | | Chapel Hill | NC | 27514 | |
| Clear Junction Limited | Attn: Teresa Cameron | 307 Euston Rd | | London | GBR | | United Kingdom |
| Coast Software LLC | Attn: Timothy Howard | 4005 West Reno Avenue, Suite F | | Las Vegas | NV | 89118 | |
| Coinbits Business | Attn: Maher Janajri | 1551 Crabapple Ln | | Plainfield | NJ | 07060 | |
| CoinFLEX US LLC | Attn: Mark Lamb | 22 Caine Rd | | | | | Hong Kong |
| Coinfront Inc. | Attn: Ashraf Shoukr | 8596 Ria Formosa Way | | Elk Grove | CA | 95757 | |
| CoinSmart Financial Inc. (dba Simply Digital Technologies Inc.) | Attn: Jeremy Koven | 1075 Bay St | | Toronto | ON | M5B 2B2 | Canada |
| Compass Bank and Trust | Attn: Garlina Raquena and Steve Videla | 4 Castle Street, First Floor | | Roseau | 109 | | Commonwealth of Dominica |
| Compass Bank and Trust | Attn: Steven Videla | 4 Castle Street | | Roseau | Roseau | 00109 | Dominica |
| Compass Minning, Inc. | Attn: Jameson Nunney | 101 S REID ST | STE 307 | SIOUX FALLS | SD | 57103-7045 | |
| Cornerstone Global Management, Inc. | Attn: David Schwartz | 7105 Peach Ct #209 | | Brentwood | TN | 37027-3221 | |
| Crescent Save LLC | Attn: Grant Roscoe | 220 S 17th St #200 | | Lincoln | NE | 68508 | |
| Dapper Labs Inc. | Attn: Sam Gharegozlou | 600 Great Northern Way | | Vancouver | BC | V5T 0H8 | Canada |
| Daynight Capital Inc. | Attn: Marcos Copello | 221 North Broad Street | | Middletown | DE | 19709-1070 | |
| dexFreight Inc. | Attn: Carlos Hernandez and Hector Hernandez | 1411 Sawgrass Corporate Pkwy, Suite B100 | | Sunrise | FL | 33323 | |
| Eco, Inc | Attn: Nishi Gupta | 2261 Market St #4348 | | San Francisco | CA | 94114 | |
| Emurgo | Attn: Ken Kodama, Vineeth Bhuvanagiri, & Swee Kheng | 83 Clemenceau Avenue SGP. Unit #02-110 | | | | | Singapore |
| Estructuras Financieras Regionales S.A | Attn: Evelyn Kowalchuk and Gabriel Baglivo | Paraguay 346 piso 14 | | Ciudad de Buenos Aires | | 1057 | Argentina |
| FINEPINE DIGITAL PLATFORM CORP | Nikita Pushnov | Unit 1404, 108 W 1st Ave | | Vancouver | British Columbia | V5Y 0H6 | CA |
| Finepine Digital Platform Corp (dba Dposit) | Attn: Pavel Sytau and Nikita Pushnov | 309-1177 Horny St. | | Vancouver | BC | | Canada |
| FirstPayment USA Inc. | Attn: Alexandre Decarie | 6543 South Las Vegas Boulevard | | Las Vegas | NV | 89119 | |
| Fluent Finance Inc | Attn: Bradley Allgood | 26 S Rio Grande St #2072 | | Salt Lake City | UT | 84101 | |
| Freedom Gateway LLC | Attn: Connor Alexander | 129 Oak Park Place | | Pittsburgh | PA | 15243 | |
| Glo Development Foundation Inc. (dba Global Income Coin Inc.) | Attn: Jeffrey Milewski | 447 SUTTER ST | STE 405 | SAN FRANCISCO | CA | 94108-4618 | |
| Global Internet Ventures Pty Ltd | Attn: Jan Hartman | 2 Gwynne Street #l2 | 1 E Liberty St 600 16 | Reno | NV | 89501 | |
| Gorilla Labs LLC | Attn: Katherine Guevara Saxton and Steven Saxton | 5137 Clareton Drive Suite 200 | | Agoura Hills | CA | 91301 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 3



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Innovation Trust Bank ITL (dba Park Ave Finance) | Attn: Philipp Barr | 1413 Ponce de Leon Avenue | | San Juan | Puerto Rico | 00909 | |
| Intution Exchange | Attn: Josh Samuel | 1963 White Mounatin CT | | Antioch | CA | 94531 | |
| ITW LLC | Attn: Johan Santos | 7500 NW 25th Street | | Miami | FL | 33122 | |
| IU Bank | Attn: Luis Guillermo Degwitz Brillembourg | 255 Ponce de Leon Ave. | MCS Plaza, San Juan | | PR | | Puerto Rico |
| Jawudi, Inc | Attn: Ibrahima Diallo | 3 W 123 St #6 | | New York | NY | 10027 | |
| Kado Software, Inc | Attn: Emery Andrew | 100 Summer St. Suite 1600 | | Boston | MA | 02110 | |
| Karta | Attn: Aleksandar Radoslavov and Anatoly Weinstein | 1007 N Orange St, 4th Floor | | Wilmington | DE | 19801-1242 | |
| LODE Payments International LLC dba Lode | Attn: Sandra Wright and Bruce Kamm | 435 12th Street West | | Bradenton | FL | 34205 | |
| Lyfe Cycle Payments | Attn: Jim Rising & Daniel Percey | 105 Westpark Dr, Ste 360 | | Brentwood | TN | 37027-5862 | |
| Metahill Inc | Attn: Gajendra Khastri and Sagar Agarwal | 16192 Coastal Hwy | | Lewes | DE | 19958 | |
| Morning Star Enterprises | Attn: Simon Wunsch | 8 The Green | | Dover | DE | 19901 | |
| Net24-7 (dba Services 24-7 LLC) | Attn: Jorge Pinzon | 1430 S Dixie Hwy, Suite 307 | | Coral Gables | FL | 33146 | |
| NetCents Technology Inc. | Attn: Jenn Lowther & Clayton Moore | 1021 West Hastings St., 9th Floor | | Vancouver | BC | V6C | Canada |
| Neural Labs LLC | Attn: Pierre Basmaji, Austin Childs, and Sunny Patel | 5318 SW 49th St. | | Ocala | FL | 34474 | |
| Neutronpay Inc. | Attn: Albert Buu and Malcolm Weed | 422 Richards St #170 | | Vancouver | BC | | Canada |
| Nexxdiotic | Attn: Ricardo Gonzalez | Calle 58N 4B-45 | | Cali | | 76001 | Colombia |
| NYXEX Holdings, Inc. | Attn: Steven Foster and Duane Lee | 312 W 2nd St | | Casper | WY | 82601 | |
| OKCOIN USA INC. | Jeff Ren | 115 SANSOME ST | STE 1002 | SAN FRANCISCO | CA | 94104-3626 | |
| OKCoin USA, Inc. | Attn: Philip Wei and Lauren Weisheit | 201 SPEAR ST | STE 1100 | SAN FRANCISCO | CA | 94105-6164 | |
| Onramp Invest, LLC | Attn: Kasey Price and Eric Ervin | 402 W Broadway, Ste 920 | | San Diego | CA | 92101 | |
| Open Node | Attn: Rui Gomes, Julie Landrum, Matthew Fox, and Alex Holmes | 5700 Wilshire Boulevard #Unit 460 | | Los Angeles | CA | 90036-3768 | |
| Ottr Finance Inc. | Attn: Aleksei Zakharov | 437 Lytton Ave, Ste 100 | | Palo Alto | CA | 94301-1533 | |
| Oval Labs, Inc. (dba Oval Finance) | Attn: Chiendu Okpala | 8 The Green, Suite A | | Dover | DE | 19901 | |
| OVEX | Attn: Jonathan Ovadia | Unit 501 The Point | 76 Regent Road, Sea Point | Cape Town | | 8005 | South Africa |
| PAF Statutory Trust | Attn: Philipp Barr | 340 East 64th Street | Unit 4D | New York | NY | 10065 | |
| PAF Statutory Trust dba PAF Group, LLC | Attn: Philip Barr | 340 East 64th Street, Unit 4D | | New York | NY | 10065 | China |
| Pagotec Consultancy LTD | Attn: Paulo R | 4/4A Bloomsbury Square | | London | | WC1A 2RP | United Kingdom |
| Pagotronic LLC dba Pagotronic | Attn: Luis Rojas | 5798 SW 68th St | | South Miami | FL | 33156 | |
| Pinttosoft LLC | Attn: Angel Salazar | 10625 Now 122nd St | | Medley | FL | 33178 | |
| Pluto | Attn: Jacob Sansbury | 6601 Center Dr W | Suite N | Los Angeles | CA | 90045 | |
| Plutus Financial d/b/a ABRA | Attn: Willie Wang | 650 Casto Street, #450 | | Mountain View | CA | 94041 | |
| Premise | Attn: Jeff Tung and Drew Frierson | 535 MISSION ST | FL 12 | SAN FRANCISCO | CA | 94105-3225 | |
| Prime Trust, LLC FBO CoinMetro OU | Prime Trust, LLC FBO CoinMetro OU | Tartu Mnt 84a-40 | | Tallinn | Estonia | 10112 | |
| Prime Trust, LLC FBO Securitize Markets | Prime Trust, LLC FBO Securitize Markets | 2513 Rio Mesa Dr | | Austin | TX | 78732-1965 | |
| Pythas | Attn: Boris Monsalve | 150 Southeast 2nd Avenue | | Miami | FL | 33131 | |
| Quarter Systems Corporation | Attn: Pat Kransnyansky | 111 Town Square Pl. | Suite 1203 | Jersey City | NJ | 07310 | |
| Realio LLC | Attn: Derek Boirun | 31 Hudson Yards | 11th Floor | New York | NY | 10001 | |
| Redline Blockchain | Attn: Soren Azorian | 209 E Alameda Ave. | Suite 100 | Burbank | CA | 91502 | |
| Republic Services | | 770 E SAHARA AVE | | LAS VEGAS | NV | 89104-2943 | |
| Save Change LLC | Attn: David Kertz | 10733 North Frank Lloyd Wright Blvd. | | Scottsdale | AZ | 85259 | |
| SDM Inc. | Attn: David Shafrir | 445 Adelaid Street West | | Toronto | ON | M5V 1T1 | Canada |
| SendCrypto | Attn: Elad Lieberman | 34 Grigori Afxentiou, Carithers Building, Block E, Office/Flat C | | Larnaca | | 6021 | Cyprus |
| Senken | Attn: Djamel Mekibes, Josep Coronado, and Adrian Wons | Zehdenicker Strasse 8a | | Berlin | | 10119 | Germany |
| Settle Network | Attn: Nic Bayerque and Alejandro Ferri | Peterburi tee 47 | | Tallinn | | 11415 | Estonia |
| Settle Network | Attn: Pablo Orlando | Peterburri tee 47 | | Tallinn Harju County 11415 | | | Estonia |
| Simply Digital Technologies USA Inc | | 243 College Street | Suite 401 | Toronto | Ontario | M5T 1R2 | CA |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 3



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Skopa Innovation LLC | Attn: Silvina Saranz | 3411 Silverside Road Tatnall Building | #104 | Wilmington | DE | 19821 | |
| Solidus Advisors Ltd dba Liquid Latam, Solidus Group | Attn: Horacio Gandara | 1110 Brickell Ave, Ste 800 A&B | | Miami | FL | 33131 | |
| Stably Corporation | Attn: Kory Hoang | 2910 Burnett Ave N | | Renton | WA | 98056 | |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill M. Williamson  & John W. O'Leary | 701 5th Ave., Ste. 2800 | Seattle | WA | 98104-7023 | |
| Stably Corporation | c/o TALG, NV, Ltd. | Attn: Ismail Amin & Marian L. Massey & Matthew S. Vesterdahl & Nathaniel T. Collins & Jaklin Guyumjyan | 5852 S. Durango Dr., Suite 105 | Las Vegas | NV | 89113 | |
| Staq Finance Inc | Attn: David Evans | 6430 South 3000 East 390 | | Cottonwood Heights | UT | 84121 | |
| Steadfast Hedge Fund | Attn:Sheena Koshy | 450 Park Ave 57th | | New York | NY | 10022-2605 | |
| Switch Reward Card | Attn: Kathy Roberts, Brad Willden, and Kristen Jolley | 2000 Ashton Blvd, Ste 200 | | Lehi | UT | 84043 | |
| SYR Group (PTY) LTD dba SYNTRA | Attn: Daniel Thomas | 119 Villiers Road Walmer | | Port Elizabeth | Eastern Cape | 6001 | South Africa |
| The Black Wall Street | Attn: Hill Harper | 1626 N. Wilcox Avenue | Suite 211 | Hollywood | CA | 90028 | |
| The CryptoMom Global, Inc. dba THE CRYPTOMOM APP | Attn: Lord Cole and Kendra Cole | 1101 W Adams Blvd, Ste K | | Chicago | IL | 60607 | |
| Unbanked Inc | Attn: Ian Kane | 8000 Avalon Blvd | | Alpharetta | GA | 30009 | |
| Universal Ledger LLC | Attn: Kirk Chapman | 355 S Main St | | Greenville | SC | 29601-2923 | |
| Village Labs | Attn: Bradford Church and Alex Calder | 2261 Market St #4903 | | San Francisco | CA | 94114-1612 | |
| Wallex Pay | Attn: Simone Mazzuca, Wallex | 67 Burnside Ave. | | East Hartford | CT | 06108 | |
| Watchdog Technologies (Watchdog Capital) | Attn: Michael O'Connell | 155 Fleet Street | | Portsmouth | NH | 03801 | |
| WE Labs, Inc. | Attn: Will Rush | 746 Kirkland Cr | | Kirkland | WA | 98033 | |
| Wealthchain, Inc. | Attn: Kevin Mehrabi | 11693 San Vicente Blvd, #532 | | Los Angeles | CA | 90049 | |
| Zap Solutions, Inc. | Attn: Jack Mallers, Nadia Asoyan & Casey Epton | 200 N LaSalle St. Suite 2650 | | Chicago | IL | 60601 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 3 of 3

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN

# **Exhibit D**

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1983283 Ontario Inc. dba Secure Digital Markets | Attn: Mostafa Al-Mashita and Catherine Mitilineos | | mostafa@securedigitalmarkets.com catherine@securedigitalmarkets.com |
| 1Konto | Attn: Edwin Handschuh | | edwin@1konto.com |
| Alpha Node Limited, One Alpha | Attn: Matt De Souza | | services@onealpha.io matt@onealpha.io |
| Archblock (TrustToken, Inc), TrueCoin | Attn: Alex de Lorraine | | alex.delorraine@trusttoken.com |
| Arete Incident Response/ Arete Advisors, LLC | Attn: John Morrissey | | jmorrissey@areteir.com |
| Arkeytyp Holdings Limited | Attn: Nicholas Lyons | | nicholas@arkeytyp.com |
| Augeo | Attn: Danny Kristal | | jvanselow@augeomarketing.com dskristal@augeomarketing.com |
| BAM Trading Services Inc. | | | fiat.finance@binance.us |
| BAM Trading Services Inc. | Attn: Christopher Blodgett and Katrina Fava | | christopher.blodgett@binance.us katrina.fava@binance.us |
| Bitcoin Solutions, Inc. | Attn: Noel Billingsly and Edward Gieske | | noel@bitcards.com ed.gieske@bitcards.com |
| Bittrex | Attn: Daniel Cohen and Luke Tessaro | | dcohen@bittrex.com luke@bittrex.com |
| Bold | Attn: Zachary Pardey | | zack@getbold.io |
| Bosonic, Inc. | Attn: Rosario Ingargiola | | rosario@bosonic.digital |
| Caramba | Attn: Christopher Dannen | | chris@caramba.money |
| Change Digital Commerce Inc. | Attn: Daniel Lipshitz | | daniel@changedigital.cash |
| Chasm Labs LLC | Attn: Mike Kolzet | | mike.kolzet@chasmlabs.io |
| Clear Junction Limited | Attn: Teresa Cameron | | teresa@clearjunction.com |
| Coast Software LLC | Attn: Timothy Howard | | tim@0xcoast.com |
| Coinbits Business | Attn: Maher Janajri | | maher@coinbitsapp.com |
| CoinFLEX US LLC | Attn: Mark Lamb | | mark@coinflex.com |
| Coinfront Inc. | Attn: Ashraf Shoukr | | ash@coinfront.io |
| Compass Bank and Trust | Attn: Steven Videla | | svidela@compass-bank.com |
| Compass Minning, Inc. | Attn: Jameson Nunney | | jameson@compassmining.io |
| Cornerstone Global Management, Inc. | Attn: David Schwartz | | david.schwartz@gethedge.io |
| Crescent Save LLC | Attn: Grant Roscoe | | grant@crescent.app |
| Dapper Labs Inc. | Attn: Sam Gharegozlou | | sam@dapperlabs.com |
| Daynight Capital Inc. | Attn: Marcos Copello | | mcopello@pollux.finance |
| dexFreight Inc. | Attn: Carlos Hernandez and Hector Hernandez | | carlos@dexfreight.io hector@dexfreight.io |
| Diamante Blockchain | Attn: Dinesh Patel | | dinesh@diamanteblockchain.com |
| Eco, Inc | Attn: Nishi Gupta | | nishi@eco.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Emurgo | Attn: Ken Kodama, Vineeth Bhuvanagiri, & Swee Kheng | | kodama@emurgo.io<br>vineeth@emurgo.io<br>sk.lau@emurgo.io |
| Estructuras Financieras Regionales S.A | Attn: Evelyn Kowalchuk and Gabriel Baglivo | | backefr@estructurasdesk.com<br>backoffice@estructurasdesk.com |
| FirstPayment USA Inc. | Attn: Alexandre Decarie | | alex@firstpayment.io |
| Fluent Finance Inc | Attn: Bradley Allgood | | bradley@fluent.finance |
| Freedom Gateway LLC | Attn: Connor Alexander | | connor@freedomgateway.com |
| GiveBitcoin | | | cory@swanbitcoin.com |
| Glo Development Foundation, Inc. | | | jeff@globalincomecoin.com |
| Gorilla Labs LLC | Attn: Katherine Guevara Saxton and Steven Saxton | | kgs@gorillalabs.co<br>ss@gorillalabs.co |
| Innovation Trust Bank ITL (dba Park Ave Finance) | Attn: Philipp Barr | | pbarr@parkaveneufinance.com |
| Innovative Trust Bank Holding Inc | Attn: Nathan Pierce | | npierce@parkaveneufinance.com |
| Intution Exchange | Attn: Josh Samuel | | jsamuel@coinsforcollege.org |
| ITW LLC | Attn: Johan Santos | | info@it-pay.us |
| IU Bank | Attn: Luis Guillermo Degwitz Brillembourg | | ldegwitz@iubank.com |
| Jawudi, Inc | Attn: Ibrahima Diallo | | rahim@jawudi.com |
| Kado Software, Inc | Attn: Emery Andrew | | emery@kado.money |
| Karta | Attn: Aleksandar Radoslavov and Anatoly Weinstein | | one@karta.io<br>rad@karta.io |
| LODE Payments International LLC dba Lode | Attn: Sandra Wright and Bruce Kamm | | sandraw@lode.one<br>brucek@lode.one |
| Lyfe Cycle Payments | Attn: Jim Rising & Daniel Percey | | jim@lyfecyclepayments.com<br>daniel@lyfecyclepayments.com |
| Metahill Inc | Attn: Gajendra Khatri and Sagar Agarwal | | gajendra@rampay.io<br>sagar@rampay.io |
| Morning Star Enterprises | Attn: Simon Wunsch | | capitalism1992@protonmail.com |
| Net 24-7 | c/o Services 24-7 LLC | | jpinzon@net24-7.com |
| NetCents Technology Inc. | | | jenn.lowther@net-cents.com |
| Neural Labs LLC | Attn: Pierre Basmaji, Austin Childs, and Sunny Patel | | pierre@neuraltechnologies.io<br>austin@neuraltechnologies.io<br>sunny@neuraltechnologies.io |
| Neutronpay Inc. | Attn: Albert Buu and Malcolm Weed | | malcolm@neutronpay.com<br>albert@neutronpay.com |
| Nexxdiotic | Attn: Ricardo Gonzalez | | ricardo.gonzalez@nexxdiotc.com |
| NYXEX Holdings, Inc. | Attn: Steven Foster and Duane Lee | | s.foster@nyxex.com<br>d.lee@nyxex.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OKCOIN USA INC. | Jeff Ren | | jeff@okcoin.com |
| OKCoin USA, Inc. | Attn: Philip Wei and Lauren Weisheit | | philip.wei@okcoin.com |
| Onramp Invest, LLC | Attn: Kasey Price and Eric Ervin | | kasey@onrampinvest.com<br>eervin@onrampinvest.com<br>info@oneworldbancorp.com |
| Open Node | Attn: Rui Gomes, Julie Landrum, Matthew Fox, and Alex Holmes | | rui@opennode.com<br>julie@opennode.com<br>matt@opennode.com<br>alex@opennode.com |
| Ottr Finance Inc. | Attn: Aleksei Zakharov | | a@ottr.finance |
| Oval Finance | | | chinedu@ovalfi.com |
| OVEX | Attn: Jonathan Ovadia | | jon@ovex.io |
| PAF Statutory Trust | Attn: Philipp Barr | | pbarr@parkaveneufinance.com |
| PAF Statutory Trust dba PAF Group, LLC | Attn: Philip Barr | | adriano@oneworldservices.com |
| Pagotec Consultancy LTD | Attn: Paulo R | | adm@pagotec.io |
| Pagotronic LLC dba Pagotronic | Attn: Luis Rojas | | lrojas@pagotronic.com |
| Pinttosoft LLC | Attn: Angel Salazar | | asalazar@pinttosoft.com |
| Pluto | Attn: Jacob Sansbury | | jacob@plutohq.io |
| Plutus Financial d/b/a ABRA | Attn: Willie Wang | | willie@abra.com |
| Premise | Attn: Jeff Tung and Drew Frierson | | ap@premise.com<br>drew.frierson@premise.com |
| Prime Trust, LLC FBO CoinMetro OU | | | kevin@coinmetro.com |
| Prime Trust, LLC FBO Securitize Markets | | | jay.proffitt@securitizemarkets.io |
| Quarter Systems Corporation | Attn: Pat Kransnyansky | | pat@utilla.io |
| Realio LLC | Attn: Derek Boirun | | derek@realio.fund |
| Redline Blockchain | Attn: Soren Azorian | | soren@redlineblockchain.com |
| Save Change LLC | Attn: David Kertz | | david@hodlit.com<br>gajendra@rampay.io |
| SendCrypto | Attn: Elad Lieberman | | elad@sendcrypto.com |
| SendCrypto | Attn: Elad Lieberman | | legal@sendcrypto.com<br>elad@sendcrypto.com |
| Senken | Attn: Djamel Mekibes, Josep Coronado, and Adrian Wons | | djamel@senken.io |
| Senken | Attn: Djamel Mekibes, Josep Coronado, and Adrian Wons | | djamel@senken.io<br>josep@senken.io<br>adrian@senken.io |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Document Ref: QANFK-CJKJP-WHEGK-H8ZZN



## Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Settle Network | Attn: Nic Bayerque and Alejandro Ferri | | info@settlenetwork.com |
| Settle Network | Attn: Pablo Orlando | | info@settlenetwork.com<br>pablo@letsping.com |
| Simply Digital Technologies USA Inc | | | jeremy@coinsmart.com |
| Skopa Innovation LLC | Attn: Silvina Saranz | | ssaranz@skopa.io |
| Solidus Advisors Ltd dba Liquid Latam, Solidus Group | Attn: Horacio Gandara | | hgs@soliduscapital.io |
| Stably Corporation | Attn: Kory Hoang | | prime_trust_access@stably.io<br>kory@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill M. Williamson & John W. O'Leary | jwilliamson@garvislaw.com<br>JOLeart@garvislaw.com |
| Stably Corporation | c/o TALG, NV, Ltd. | Attn: Ismail Amin & Marian L. Massey & Matthew S. Vesterdahl & Nathaniel T. Collins & Jaklin Guyumjyan | iamin@talglaw.com<br>mvesterdahl@talglaw.com<br>mmassey@talglaw.com<br>ncollins@talglaw.com<br>jguyumjyan@talglaw.com |
| Staq Finance Inc | Attn: David Evans | | dee@staqapp.io |
| Steadfast Hedge Fund | Attn:Sheena Koshy | | skoshy@steadfast.com |
| Switch Reward Card | Attn: Kathy Roberts, Brad Willden, and Kristen Jolley | | kathy@switchrewardcard.com<br>bwillden@switchrewardcard.com<br>kjolley@switchrewardcard.com |
| SYR Group (PTY) LTD dba SYNTRA | Attn: Daniel Thomas | | info@syntra.exchange<br>daniel.t@syntra.exchange |
| The CryptoMom Global, Inc. dba THE CRYPTOMOM APP | Attn: Lord Cole and Kendra Cole | | lord@thecryptomomapp.com<br>kendra@thecryptomomapp.com |
| Village Labs | Attn: Bradford Church and Alex Calder | | bradford@villagelabs.co<br>alex@villagelabs.co<br>kirk@uled.io |
| Wallex Pay | Attn: Simone Mazzuca, Wallex | | simone@wallexcustody.com |
| Watchdog Technologies (Watchdog Capital) | Attn: Michael O'Connell | | michael@watchdogcapital.com |
| WE Labs, Inc. | Attn: Will Rush | | will@trystack.io |
| Wealthchain, Inc. | Attn: Kevin Mehrabi | | kevin@wealthchain.io |
| Zap Solutions, Inc. | Attn: Jack Mallers, Nadia Asoyan & Casey Epton | | billing@strike.me<br>nadia.asoyan@strike.me<br>casey@strike.me |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)