# **EXHIBIT B**

**October Expense Detail**



Prime Trust

| | |
|---|---|
| Client: | 121647 |
| Invoice: | 3833323 |
| Invoice Date: | 12/29/2023 |

| Description | Amount |
|---|---|
| Business Meal<br>Dinner (1 person) while out of town for October 5 hearing in Prime Trust hearing hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | 18.75 |
| Business Meal<br>Hotel breakfast (1 person) during stay during travel for attendance Attention to Prime Trust October 5 hearing in Prime Trust hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | 20.00 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:2604289-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for Los Angeles | 26.30 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:2604251-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for New York | 2.00 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:2604251-Q32023; Date 10/04/2023 - Pacer Q3 2023 charges for New York | 0.20 |
| Computer Research<br>Computer Research CRISTIAN CATANESE | 308.75 |
| Computer Research<br>Computer Research JENNIFER BERMAN | 98.80 |
| Computer Research<br>Computer Research JENNIFER BERMAN | 202.15 |
| Computer Research<br>Computer Research JENNIFER BERMAN | 546.65 |
| Computer Research<br>Computer Research, MATTHEW GIBSON | 260.43 |
| Computer Research<br>Computer Research CARSON MASENTHIN | 128.70 |
| Computer Research<br>Computer Research CARSON MASENTHIN | 128.70 |
| Computer Research<br>Computer Research, CRISTIAN CATANESE | 182.59 |
| Computer Usage Charge - Data Review & Production Software<br>"October monthly fee for Discovery Platform Use (RelativityOne, 1261.75 GBs)" | 13,000.00 |
| Document Services<br>VENDOR: Reliable Copy Service INVOICE#: WL112976 DATE: 10/4/2023 - Preparation of binders for the Court for hearing on 10/5 and delivery of same to Judge | 494.16 |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



| Prime Trust | Client: | 121647 |
| --- | --- | --- |
| | Invoice: | 3833323 |
| | Invoice Date: | 12/29/2023 |

| Description | Amount |
| --- | ---: |
| Stickles' chambers by Reliable Company. | |
| Document Services | 316.69 |
| VENDOR: Reliable Copy Service INVOICE#: WL113034 DATE: 10/6/2023  - vendor invoice | |
| Document Services | 168.54 |
| VENDOR: Reliable Copy Service INVOICE#: WL113027 DATE: 10/6/2023  - vendor invoice | |
| Document Services | 385.20 |
| VENDOR: Reliable Copy Service INVOICE#: WL113224 DATE: 10/17/2023   - Obtain transcript of 10/5/2023 hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS). | |
| Document Services | 339.84 |
| VENDOR: Reliable Copy Service INVOICE#: WL113211 DATE: 10/17/2023   - Preparation and delivery to Judge Stickles' chambers of binders for the October 18, 2023 hearing. | |
| Document Services | 73.60 |
| VENDOR: Reliable Copy Service INVOICE#: WL113262 DATE: 10/18/2023   - Delivery of hard copies of amended agenda and six additional items for the October 18, 2023 hearing to Judge Stickles' chambers. | |
| Document Services | 9.10 |
| VENDOR: Reliable Copy Service INVOICE#: WL113409 DATE: 10/30/2023   - Delivery of hard copy of certification of counsel regarding amended conditional disclosure statement approval order to Judge Stickles' chambers. | |
| Express Mail | 35.15 |
| VENDOR: Federal Express Corporation INVOICE#: 827318015 DATE: 10/3/2023 - FedEx invoice 827318015 | |
| Professional Services | 18,910.00 |
| VENDOR: J.S. HELD LLC INVOICE#: 9998888 DATE: 10/1/2023 - Review and analysis of data produced by Prime Trust related to the Fire blocks wallets. | |
| Professional Services | 85,691.84 |
| VENDOR: J.S. HELD LLC INVOICE#: 9998889 DATE: 12/5/2023  - Review and analysis of data produced by Prime Trust related to the Fire blocks wallets. | |
| Search Fees | 10.90 |
| VENDOR: TransUnion Risk and Alternative Data Sol INVOICE#: 572596-202309-1 DATE: 10/1/2023   - TLO Transunion search fees for September 2023 | |
| Search Fees | 33.17 |
| VENDOR: LexisNexis Risk Solutions INVOICE#: 5022094-20231031 DATE: 10/31/2023   - LexisNexis Accurint charges for October 2023 | |
| Search Fees | 43.19 |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



Prime Trust

| | | |
|---|---|---|
| Client: | | 121647 |
| Invoice: | | 3833323 |
| Invoice Date: | | 12/29/2023 |

| Description | Amount |
|---|---:|
| VENDOR: LexisNexis Risk Solutions INVOICE#: 5022094-20231031 DATE: 10/31/2023   - LexisNexis Accurint charges for October 2023 | |
| Transportation/Parking | 44.46 |
| Uber to airport October 5 hearing in Prime Trust hearing hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| Transportation/Parking | 500.00 |
| VENDOR: XYZ Two Way Radio Service Inc; INVOICE #:1735282;DATE: 10/11/2023 - Car ride from New York City, NY to Wilmington, DE and return to New York City, NY from Wilmington, DE for hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS). Darren Azman | |
| Transportation/Parking | 76.27 |
| Transportation to courthhouse for the October 18 Sale Hearing in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Maris Kandestin | |
| Transportation/Parking | 54.39 |
| Transportation from courthhouse for the October 18 Sale Hearing in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Maris Kandestin | |
| Travel Expenses | 432.00 |
| Taxi from New York to Wilmington, DE to attend Prime Trust Second Day hearing in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Joe Evans | |
| Travel Expenses | 52.00 |
| Uber from airport to hotel in Wilmington, DE to attend for Prime Trust hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| Travel Expenses | 807.59 |
| Roundtrip flights from Dallas, Texas to Wilmington, DE to Prime Trust hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| Travel Expenses | 30.00 |
| Checked baggage fee while traveling for attendance at October 5 hearing in Prime Trust hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| Travel Expenses | 20.00 |
| Hotel breakfast (1 person) during stay during travel for attendance at Prime Trust October 5 hearing in Prime Trust hearing hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| Travel Expenses | 81.06 |
| Transportation to courthouse to attend October 5 hearing in Prime Trust hearing hearing | |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.



| Prime Trust | | |
|---|---|---|
| | Client: | 121647 |
| | Invoice: | 3833323 |
| | Invoice Date: | 12/29/2023 |

| Description | Amount |
|---|---:|
| on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Maris Kandestin Travel Expenses | 109.26 |
| Return transportation from attendance at October 5 hearing in Prime Trust hearing hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Maris Kandestin Travel Expenses | 1,000.00 |
| Hotel stay while in Wilmington, DE for attendance at Prime Trust hearing on extension of deadlines to file schedules and SOFAs in In re Prime Core Technologies., et al., Case No. 23-11161 (JKS). Michael Wombacher | |
| **Total Costs and Other Charges** | **$124,642.43** |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

*US practice conducted through McDermott Will & Emery LLP.*