IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 435, 436, 635, 636,<br>643, 666, & 673 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM**

  The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

  1. On November 18, 2023, the Debtors filed the *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket Nos. 435 & 436] (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

  2. At the hearing on December 19, 2023 (the "Hearing"), the Court sustained the First Omnibus Objection, subject to certain modifications to the original proposed form of order attached to the First Omnibus Objection as an exhibit (the "Original Proposed Order").

  3. On December 21, 2023, the Debtors filed a *Certification of Counsel Regarding Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket Nos. 635 & 636].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

4. On December 21, 2023, the Court entered an *Order Sustaining Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim* [Docket No. 643] (the "First Omnibus Order").

5. On December 28, 2023, the Court issued a letter regarding the First Omnibus Objection [Docket No. 666] (the "Court's Letter"), which, among other things, directed the Debtors to submit an amended form of order with respect to the First Omnibus Objection (an "Amended First Omnibus Order").

6. Attached hereto as **Exhibit A** is a proposed form of the Amended First Omnibus Order. For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a redline comparing the First Omnibus Order with the Amended First Omnibus Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Amended First Omnibus Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 29, 2023<br>       Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>          jbevans@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |