IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, 506, 552 and 507 (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 631)

- **Order Approving Agreed Stipulation Regarding Claim No. 1344** (Docket No. 634)

- **Order Sustaining Notice of Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 640)

- **Order Sustaining Debtors' Objection to Claim Number 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007** (Docket No. 641)

- **Supplemental Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 50 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief** (Docket No. 642)

- **Order Sustaining Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 643)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

- **Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 644)

Furthermore, on December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on State of Nevada Financial Institutions Division, at tahosler@business.nv.gov:

- **Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, 506, 552 and 507 (I) Authorizing the Debtors to Obtain Secured Priming Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 631)

Furthermore, on December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, and via electronic mail on one (1) confidential party not included herein:

- **Order Approving Agreed Stipulation Regarding Claim No. 1344** (Docket No. 634)

Furthermore, on December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on N9 Advisors, LLC, Petamber Pahuja, 601 Bayshore, Tampa, FL 33606, via electronic mail on the service list attached hereto as **Exhibit D**, and via electronic mail on twenty-one (21) confidential parties not included herein:

- **Order Sustaining Notice of Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 640)

Furthermore, on December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, and via electronic mail on one (1) confidential party not included herein:

- **Order Sustaining Debtors' Objection to Claim Number 416 Filed by Conor O'Brien Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007** (Docket No. 641)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on December 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, via first-class mail on three hundred six (306) confidential parties not included herein, via electronic mail on the service list attached hereto as **Exhibit F**, and via electronic mail on six hundred seven (607) confidential parties not included herein:

- **Order Sustaining Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim** (Docket No. 643)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 28, 2023

*James Nguyen-Phan*
James Nguyen-Phan

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn before me this 29th day of December 2023 by James Nguyen-Phan.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AK Office of Attorney General | Attn: Bankruptcy Unit | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| AL Office of Attorney General | Attn: Bankruptcy Unit | 501 Washington Ave | | Montgomery | AL | 36104 | |
| AR Office of Attorney General | Attn: Bankruptcy Unit | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| AZ Office of Attorney General | Attn: Bankruptcy Unit | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| CA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CO Office of Attorney General | Attn: Bankruptcy Unit | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| CT Office of Attorney General | Attn: Bankruptcy Unit | 165 Capitol Ave | | Hartford | CT | 06106 | |
| DC Office of Attorney General | Attn: Bankruptcy Unit | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| FL Office of Attorney General | Attn: Bankruptcy Unit | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| GA Office of Attorney General | Attn: Bankruptcy Unit | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| HI Office of Attorney General | Attn: Bankruptcy Unit | 425 Queen Street | | Honolulu | HI | 96813 | |
| IA Office of Attorney General | Attn: Bankruptcy Unit | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| ID Office of Attorney General | Attn: Bankruptcy Unit | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| IL Office of Attorney General | Attn: Bankruptcy Unit | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| IN Office of Attorney General | Attn: Bankruptcy Unit | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Bankruptcy Unit | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| KS Office of Attorney General | Attn: Bankruptcy Unit | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| KY Office of Attorney General | Attn: Bankruptcy Unit | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of Attorney General | Attn: Bankruptcy Unit | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Office of Attorney General | Attn: Bankruptcy Unit | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| MD Office of Attorney General | Attn: Bankruptcy Unit | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of Attorney General | Attn: Bankruptcy Unit | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of Attorney General | Attn: Bankruptcy Unit | 525 W Ottawa St | G. Mennen Williams Bldg 7th Fl | Lansing | MI | 48909 | |
| MN Office of Attorney General | Attn: Bankruptcy Unit | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| MO Office of Attorney General | Attn: Bankruptcy Unit | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| MS Office of Attorney General | Attn: Bankruptcy Unit | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| NC Office of Attorney General | Attn: Bankruptcy Unit | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of Attorney General | Attn: Bankruptcy Unit | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of Attorney General | Attn: Bankruptcy Unit | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NH Office of Attorney General | Attn: Bankruptcy Unit | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| NJ Office of Attorney General | Attn: Bankruptcy Unit | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of Attorney General | Attn: Bankruptcy Unit | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of Attorney General | Attn: Bankruptcy Unit | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of Attorney General | Attn: Bankruptcy Unit | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| OH Office of Attorney General | Attn: Bankruptcy Unit | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| OK Office of Attorney General | Attn: Bankruptcy Unit | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of Attorney General | Attn: Bankruptcy Unit | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of Attorney General | Attn: Bankruptcy Unit | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PR Office of Attorney General | Attn: Bankruptcy Unit | 350 Carlos Chardón Street | Torre Chardón Suite 1201 | San Juan | PR | 00918 | Puerto Rico |
| RI Office of Attorney General | Attn: Bankruptcy Unit | 150 S Main St | | Providence | RI | 02903 | |
| SC Office of Attorney General | Attn: Bankruptcy Unit | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SD Office of Attorney General | Attn: Bankruptcy Unit | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Securities And Exchange Commission | Attn: Andrew Calamari Regional Dir | 200 Vesey Street Suite 400 | NY Reg Office Brookfield Place | New York | NY | 10281-1022 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities And Exchange Commission | Attn: Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| TN Office of Attorney General | Attn: Bankruptcy Unit | 301 6Th Ave N | | Nashville | TN | 37243 | |
| TX Office of Attorney General | Attn: Bankruptcy Unit | 300 W. 15Th St | | Austin | TX | 78701 | |
| U.S. Trustee District of Delaware | Attn: Linda Casey Esq. | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| US Attorney Office Dist of Delaware | Attn: Bankruptcy Unit | 1313 N Market Street | | Wilmington | DE | 19801 | |
| UT Office of Attorney General | Attn: Bankruptcy Unit | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of Attorney General | Attn: Bankruptcy Unit | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Office of Attorney General | Attn: Bankruptcy Unit | 109 State St. | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | 1125 Washington St SE | | Olympia | WA | 98501 | |
| WA Office of Attorney General | Attn: Bankruptcy Unit | PO Box 40100 | | Olympia | WA | 98504-00 | |
| WI Office of Attorney General | Attn: Bankruptcy Unit | 17 West Main St Room 114 East P | | Madison | WI | 53702 | |
| WV Office of Attorney General | Attn: Bankruptcy Unit | 1900 Kanawha Blvd E State Capitol | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| WY Office of Attorney General | Attn: Bankruptcy Unit | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Casualty Company | c/o Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, William R. Firth, III | jweiss@pashmanstein.com; wfirth@pashmanstein.com |
| Allsectech, Inc. | Attn: Aviral Dhirendra | | aviral198828@gmail.com |
| AnchorCoin LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier & Evelyn J. Meltzer | david.fournier@troutman.com; evelyn.meltzer@troutman.com |
| Austin Ward | | | austindward@proton.me |
| Coinbits, Inc. | c/o Meyers, Roman, Friedberg & Lewis LPA | Attn: David M Newumann | dneumann@meyersroman.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani & Patricia B. Tomasco & Daniel Holzman & Alain Jaquet & Razmig Izakelian & Joanna Caytas | susheelkirpalani@quinnemanuel.com; pattytomasco@quinnemanuel.com; danielholzman@quinnemanuel.com; alainjaquet@quinnemanuel.com; razmigizakelian@quinnemanuel.com; joannacaytas@quinnemanuel.com |
| Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady & Kenneth J. Enos | rbrady@ycst.com; kenos@ycst.com |
| DMG Blockchain Solutions, Inc. | Attn: Steven Eliscu | | steve@dmgblockchain.com |
| George Georgiades, Kevin Lehtiniitty, and Scott Purcell | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Alan J. Kornfeld & Jason H. Rosell & James E. O'Neill | akornfeld@pszjlaw.com; jrosell@pszjlaw.com; joneill@pszjlaw.com |
| Kado Software, Inc. | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Van Gorder | mvangorder@gsbblaw.com |
| Kado Software, Inc. | c/o Raines Feldman Littrell LLP | Attn: David S. Forsh | dforsh@raineslaw.com |
| Net Cents Technology, Inc. | Attn: Clayton Moore | | claytonmoore@net-cents.com |
| Office of the Attorney General for the District of Columbia | | | oag@dc.gov |
| Office of the Attorney General for the State of Alabama | | | consumerinterest@Alabamaag.gov |
| Office of the Attorney General for the State of Alaska | | | attorney.general@alaska.gov |
| Office of the Attorney General for the State of Arizona | | | BCEIntake@azag.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Colorado | | | DOR_TAC_Bankruptcy@state.co.us |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Hawaii | | | hawaiiag@hawaii.gov |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the Attorney General for the State of Iowa | | | consumer@ag.iowa.gov |
| Office of the Attorney General for the State of Kentucky | | | KyOAGOR@ky.gov |
| Office of the Attorney General for the State of Louisiana | | | ConstituentServices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of Michigan | | | miag@michigan.gov |
| Office of the Attorney General for the State of Missouri | | | consumer.help@ago.mo.gov |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of North Dakota | | | ndag@nd.gov |
| Office of the Attorney General for the State of Oklahoma | | | questions@oag.ok.gov |
| Office of the Attorney General for the State of Utah | | | bankruptcy@agutah.gov |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the Attorney General for the State of Vermont | | | ago.info@vermont.gov |
| Office of the Attorney General for the State of West Virginia | | | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Tristan G. Axelrod & Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Philadelphia Indemnity Insurance Company | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | gbressler@mdmc-law.com |
| Polaris Ventures | Attn: Ruairi Donnelly | | ruairi.donnelly@polaris-ventures.org |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Abigail O'Brient | aobrient@mintz.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Stably Corporation | Attn: Ivan Inchauste | | ivan@stably.io |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: Jill Williamson | JWilliamson@gravislaw.com<br>MPyfrom@gravislaw.com |
| Stably Corporation | c/o Gravis Law, PLLC | Attn: John W. O'Leary | JOLeary@gravislaw.com<br>DCannon@gravislaw.com<br>MHess@gravislaw.com<br>CBlanco@gravislaw.com |
| Thomas Pageler | c/o Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Keller Benvenutti Kim LLP | Attn: Tobias S. Keller & Traci L. Shafroth | tkeller@kbkllp.com<br>tshafroth@kbkllp.com |
| Tiki Labs, Inc. dba Audius Inc. | c/o Pashman Stein Walder Hayden PC | Attn: John W. Weiss | jweiss@pashmanstein.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com<br>sfitzgerald@wmd-law.com<br>ywang@wmd-law.com |
| US Attorney's Office for the District of Delaware | | | USADE.ECFBANKRUPTCY@usdoj.gov |
| Yousef Abbasi | | | Yousef.a.abbasi@gmail.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 2 of 2

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arizona Department of Insurance and Financial Institutions | | 100 North 15th Avenue | Ste 261 | Phoenix | AZ | 85007 |
| Arkansas Securities Department | | 1 Commerce Way | Ste 402 | Little Rock | AR | 72202 |
| BMO Harris Bank, N.A. | | PO Box 755 | | Chicago | IL | 60690 |
| Cross River Bank | | 2115 Linwood Avenue | | Fort Lee | NJ | 07024 |
| District of Columbia Department of Insurance, Securities, and Banking | | 1050 First Street NE | Ste 801 | Washington | DC | 20002 |
| Evolve Bank & Trust | | Triad Centre I | 6000 Poplar Avenue, Suite 300 | Memphis | TN | 38119 |
| Georgia Department of Banking and Finance | | 2990 Brandywine Road | Ste 200 | Atlanta | GA | 30341 |
| Indiana Department of Financial Institutions | | 30 South Meridian Street | Ste 200 | Indianapolis | IN | 46204 |
| Iowa Division of Banking | | 200 East Grand Avenue | Ste 300 | Des Moines | IA | 50309 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services | PO Box 219265 | | Kansas City | MO | 64121-9265 |
| J.P. Morgan Asset Management Inc. | JPMorgan Institutional Fund Services c/o DST Systems, Inc. | 430 W 7th, Suite 219265 | | Kansas City | MO | 64105-1407 |
| Lexicon Bank | | 330 S Rampart Blvd Suite 150 | | Las Vegas | NV | 89145 |
| Louisiana Office of Financial Institutions | | 8660 United Plaza Boulevard | 2nd Floor | Baton Rouge | LA | 70809 |
| Maryland Department of Labor | | 1100 North Eutaw Street | | Baltimore | MD | 21201 |
| Michigan Department of Insurance and Financial Services | | PO Box 30220 | | Lansing | MI | 48909 |
| Minnesota Department of Commerce | | 85 7th Place East | Ste 280 | Saint Paul | MN | 55101 |
| Nebraska Department of Banking and Finance | | 1526 K St | Ste 300 | Lincoln | NE | 68508 |
| Nevada Department of Business and Industry, Division of Financial Institutions | | 1830 College Parkway, Suite 100 | | Carson City | NV | 89706 |
| Nevada Department of Business and Industry, Division of Financial Institutions | | 330 W Sahara Avenue | Ste 425 | Las Vegas | NV | 89102 |
| New Mexico Regulation & Licensing Department | | 2550 Cerrillos Road | | Sante Fe | NM | 87505 |
| New York State Department of Financial Services | | 1 State Street | | New York | NY | 10004 |
| NJ Department of Banking and Insurance | Attn: Licensing Services Bureau | PO Box 473 | | Trenton | NJ | 08625 |
| North Dakota Department of Financial Institutions | | 1200 Memorial Highway | | Bismarck | ND | 58504 |
| Ohio Department of Commerce | | 77 South High Street | 23rd Floor | Columbus | OH | 43215 |
| Piermont Bank, N.A. | | 4 Bryant Park 3rd Floor | | New York | NY | 10018 |
| South Carolina Attorney General | Attn: Money Services Division | PO Box 11549 | | Columbia | SC | 29211 |
| State of Nevada Financial Institutions Division | | 1830 E College Parkway | STE 100 | Carson City | NV | 89706 |
| Vermont Department of Financial Regulation | | 89 Main Street | | Montpelier | VT | 05620 |
| West Virginia Division of Banking | | One Players Club Drive | Ste 300 | Charleston | WV | 25311 |
| Western Alliance Bank | Attn: Francesca Castagnola | 450 B Street | Ste 150 | San Diego | CA | 92101 |
| WeWork Two Summerlin | Attn: Savannah Jones | 10845 Griffith Peak Drive | | Las Vegas | NV | 89135 |

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| BKR International KB | Attn: Todor Ivanov, c/o Solna Business Park, Svetsarvagen 15 2tr | ivanov@bankor.com |
| N9 Advisors, LLC | Petamber Pahuja | petamber@ayon.com |
| Tiki Labs, Inc. dba Audius Inc. (custodial account owner) - see attachment | Tiki Labs, Inc. c/o Keller Benvenutti Kim LLP | roneil@audius.co |
| Village Platforms, Inc | | alex@villagelabs.co |
| Village Platforms, Inc | | bradford@villagelabs.co |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **Exhibit E**



# Exhibit E
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ALLSEC TECHNOLGIES LLC | BERLIN DAVID-MARCUS | 2628 HOYT AVE, APT 12 | | EVERETT | WA | 98201 |
| Crowell & Moring LLP | c/o Randall Hagen | 1001 Pennsylvania Avenue, NW | | WA | DC | 20004 |
| Environmental Corporation of America | | 1375 Union Hill Industrial Ct. | | Alpharetta | GA | 30004 |
| Fold, Inc. | c/o Frost Brown Todd LLP | Attn: Courtney Rogers Perrin and Bryan Sisto | 150 3rd Ave. South, Suite 1900 | Nashville | TN | 37201 |
| International Fingerprint, Inc. | | 6999 Dolan Dr | | Glouster | OH | 45732 |
| Zap Solutions, Inc. | Attn: Anthony Cao and Nadia Asoyan | 200 North La Salle St | | Chicago | IL | 60601 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1

# **<u>Exhibit F</u>**



**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| 450 Investments LLC | Attn: Zachary Bodmer | operations@steadfast.com |
| ALLSEC TECHNOLGIES LLC | BERLIN DAVID-MARCUS | THEONLYBERLIN@ICLOUD.COM |
| Bosonic Inc. | | rosario@bosonic.digital |
| Decasonic Prime Trust, a series of Decasonic Opportunity Fund, LLC | Attn: Michael Frisch | mfrisch@crokefairchild.com |
| Endurion LLC | | pcordeiro@gmail.com |
| FINEPINE DIGITAL PLATFORM CORP | Nikita Pushnov | pushnovn@gmail.com |
| FP Data Solutions B.V. | Paul | paulnoordam@hotmail.com |
| JBS GLOBAL LTD. | | jbsintltd@gmail.com |
| Knapsack LLC | Attn: Joe Norton | jnorton@fastwallet.com |
| Knapsack, LLC | | ar@bugjuice.com |
| LaneAxis Inc. | Attn: Ricky L Burnett | customerservice@laneaxis.com<br>rick@laneaxis.com |
| Neural Labs, Inc. | | legal@neuraltechnologies.io |
| Nova Treasure PTE LTD | Attn: Thomas | novacityventures@gmail.com |
| OKLink Fintech Limited | | shaoming.shi@okg.com.hk |
| Pagotec Consultancy Ltd | | adm@pagotec.io |
| Staq Finance Inc | David Evans | Dee@staqfi.com |
| Wealthchain, Inc. | Attn: Kevin Mehrabi | kevin@wealthchain.io |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1