## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 645]**

Dated: December 29, 2023

*James Nguyen-Phan*
James Nguyen-Phan

State of Colorado        )
                          ) SS.
County of Denver          )

Subscribed and sworn before me this 29th day of December 2023 by James Nguyen-Phan.

*Danielle Harnden*
(Notary's official signature)

| |
|---|
| DANIELLE HARNDEN<br>NOTARY PUBLIC<br>STATE OF COLORADO<br>NOTARY ID 20224038481<br>MY COMMISSION EXPIRES 2026-10-04 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

# <u>Exhibit A</u>



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| ASM Capital X LLC | 100 Jericho Quadrangle | Suite 230 | Jericho | NY | 11753 |
| SoftServe Inc. | 12800 University Drive | Suite 410 | Fort Myers | FL | 33907 |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)