RECEIVED
2024 JAN -3 AM 9:25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Buenos Aires, 4 de diciembre de 2023.-

The Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

McDermott Will & 7 Case 23-11161-JKS Doc 436 Filed 11/18/23 Page 8 of 10 Emery LLP (a) 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801

Response al Caso 2 3-11161-JKS Doc 436 18/11/23 P Emery LLP (a) 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801

(To the attention of : Maris J. Kandestin (mkandestin@mwe.com)), (b) One Vanderbilt Avenue, Nueva York, Nueva York 10017 3852

(To de Attention of: Darren Azman (dazman@mwe.com)) y (c) 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131

(To de Attention of: Gregg Steinman (gsteinman@mwe.com))

Response to Document Objection, Case 23-11161-JKS Doc. 436 Filed 11/18/23 Page 1 of 10 IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE. by Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession for the claim of Analia Esther Rodriguez DNI 14820858 with address at Amenabar 3265 5c Buenos Aires Argentina, (analia0601@hotmail.com) TE 5491140783576, requesting from now on that the claim of the debtor, for not having any legal basis.

As can be seen from the documentation that already accompanies this case and as cannot be concluded otherwise from this story, the debtors owe me at least US$65,000. This clearly arises particularly - but not exclusively - from the chat maintained by me with employees of the company and blockchain , held on 11/07/2022, which was opportunely added to my claim.

There the debtor acknowledges freely, clearly, indubitably and without any defect of her will, that she owes me at least the sum that I am claiming. Although the debtor's own confession should relieve me of all evidence in this regard, I have attached to my claim a countless number of documents that support the certainty of my request.

In relation to this, I made the electronic claim for my debt on September 14 in Stretto, to the four companies: Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession Prime Core Technologies Inc.23-11162Prime Trust, LLC23-11164 Prime IRA LLC23-11168 Prime Digital LLC, this claim was located with number 26 in Prime Core technology in Exibit 1 as No Liability Claims. As I said previously, send it in a timely manner documentation in my possession and sufficient to support this request

The claim refers to a deposit of money in the blockchain made by Xprestrade, with my email identification, to be sent to my virtual wallet, which was not effective because the company filed for bankruptcy, as I was able to learn informally.

The response at that time was that it had been deposited in cryptocurrencies and that the amount had multiplied by the increase in them, so they had to readjust, increasing its value, however, my claim is limited to the nominal amount reported by the debtor himself. Then, I was told that there were problems with the shipment and finally that the company was in a period of reorganization. However, despite my strenuous efforts to know the destination of my savings, now converted into investments and income, I had no more information about my money, nor communication possibilities.

As proof of what was stated in the previous section, I made complaints, in 2022, before the FCA Financial Conduct Authority and other international organizations such as FCS (Financial Commission Supervision), who -unfortunately- responded that they were not

going to act on my behalf, but that they would carry out a exhaustive research on the matter.

Surprisingly, and with my hopes already very low, I received, in August 2023, a notification of the bankruptcy of these companies via email, through Stretto without having requested any information from this entity unknown to me and with the correct address of email (whose data pattern does not correlate with me) but which fit the terms of my claim, . This clearly and more than amply demonstrates - unlike other alleged creditors - my good faith and complete transparency both in the absolute veracity of the claim and in the extent of the amount thereof. If this were not the case, how would I, who live on the other side of the world, know that the debtors were in bankruptcy proceedings? Why did they notify me about the debt they owed me if this was not the strict truth? Neither am I in the habit of claiming alleged debts at random, nor are debtors in the habit of acknowledging debts at random. Everything that happened here is not the product of any unfortunate coincidence with negative effects for debtors. The facts undoubtedly demonstrate that I behaved like a generous (I repeat that I only claimed the nominal amount reported) creditor in good faith, and the debtor behaved like a true debtor of my credit, even though he himself supposedly does not appear in the books. This would be the conclusion and criterion without any margin of doubt, of any reasonable businessman.

Regarding the non-appearance of my credit in the books, this circumstance does not in any way affect my collection rights. Keeping the accounting books in legal form is a burden on the debtor's head over which the creditor does not have the slightest control. The credit could not have been established, the books could have been lost, burned, stolen, etc., that I would not have even known about, since, as appropriate, I did not have and do not have the slightest control over them. The alleged non-appearance of my

credit in the books cannot invalidate my request in the face of such consistent, convincing and abundant evidence about its existence and its scope, without violating the slightest legal principles of justice and equity.

Therefore, I request that the debtors' objection be completely rejected and that my credit be declared true and legally valid in the terms in which my request was formulated, and that its value be paid at the appropriate procedural time.

Atte Analia Esther Rodriguez



OFFICE OF THE CLERK OF THE UNITED STATES
FOR DISTRICT OF DELAWARE

824 MARKET STREET, 3rd Floor
WILMINGTON, DELAWARE 19801

26 03

19801$3024 C012

RTE: AYMARA RODRIGUEZ
AMENABAR 3265 SC (1429)
BUENOS AIRES - ARGENTINA