## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies. *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SUBSTITION OF COUNSEL
### WITHIN THE SAME FIRM AND AMENDED NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Joseph R. Dunn and Abigail O'Brient, formerly of the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., hereby withdraw their appearance as counsel for Polaris Ventures.

**PLEASE TAKE FURTHER NOTICE THAT** Kaitlin R. Walsh and Jacklyn M. Branby of the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enter their appearance and substitute as counsel for Polaris Ventures, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE THAT** Polaris Ventures hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor
Ryan M. Bartley
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
         rbartley@ycst.com

**CM/ECF Noticing**:
bankfilings@ycst.com

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kaitlin R. Walsh
Jacklyn M. Branby
919 Third Avenue
New York, NY 10022
Telephone:  (212) 935-3000
Email:  krwalsh@mintz.com
         jmbranby@mintz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Polaris Ventures' s rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Polaris Ventures is, or may be, entitled under agreements, in law or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: January 3, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Ryan M. Bartley*
Michael R. Nestor (No. 3526)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
            rbartley@ycst.com

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kaitlin R. Walsh
Jacklyn M. Branby
919 Third Avenue
New York, NY 10022
Telephone:  (212) 935-3000
Email:  krwalsh@mintz.com
            jmbranby@mintz.com

*Counsel to Polaris Ventures*