## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

Commencing on January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**, and via electronic mail on one (1) confidential party not included herein:

- **Third Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for The Period From October 1, 2023 Through October 31, 2023** (Docket No. 674)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: January 3, 2024

*Andrew Fitzpatrick*
_____
Andrew K. Fitzpatrick

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 3rd day of January 2024 by Andrew K. Fitzpatrick.

*Kerrie Lynne Darby*
_____
(Notary's official signature)

| |
|---|
| KERRIE LYNNE DARBY<br>NOTARY PUBLIC<br>STATE OF COLORADO<br>NOTARY ID 20234021580<br>MY COMMISSION EXPIRES JUN. 8, 2027 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). Prime Trust, LLC's service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

# **Exhibit A**



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to the Debtors | c/o McDermott Will & Emery LLP | Attn: Maris J. Kandestin | mkandestin@mwe.com |
| Counsel to the Debtors | c/o McDermott Will & Emery LLP | Attn: Darren Azman & Joseph B. Evans | dazman@mwe.com Jbevans@mwe.com |
| Counsel to the Debtors | c/o McDermott Will & Emery LLP | Attn: Gregg Steinman | gsteinman@mwe.com |
| Office of The U.S. Trustee for the District of Delaware | Attn:  Linda Casey & Joseph Cudia | | joseph.cudia@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert J. Stark & Bennett S. Silverberg & Kenneth J. Aulet & Jennifer M. Schein | rstark@brownrudnick.com bsilverberg@brownrudnick.com kaulet@brownrudnick.com jschein@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Womble Bond Dickinson (US) LLP | Attn: Donald J. Detweiler & Elazar A. Kosman | don.detweiler@wbd-us.com elazar.kosman@wbd-us.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1