IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Prime Core Technologies, *et al.*,[1] | ) Case No. 23-11161 (JKS) |
| Debtor. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 682 & 683** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on January 3, 2023, the above-captioned debtor and debtor in possession (together, the "Debtor") filed the *Motion to Appear pro hac vice – Kaitlin R. Walsh or Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.* (the "Motion") [D.I. 682] and the *Motion to Appear pro hac vice – Jacklyn M. Branby of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.* (the "Motion") [D.I. 683].

**PLEASE TAKE FURTHER NOTICE** that the Motions are hereby withdrawn.

[*Remainder of page intentionally left blank*]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

31131487.1

| | |
|---|---|
| Date: January 5, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ryan M. Bartley*<br>Michael R. Nestor (No. 3526)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>          rbartley@ycst.com<br><br>-and-<br><br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Kaitlin R. Walsh<br>Jacklyn M. Branby<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 935-3000<br>Email: krwalsh@mintz.com<br>          jmbranby@mintz.com<br><br>*Counsel to Polaris Ventures* |