**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos.: 94, 259, 264, 362, 485, 486, 487, 497, 508, 511, 521, 557, 558, 559, 582, 589, 592, 639 & 644** |

**NOTICE OF (I) ENTRY OF ORDER (A) APPROVING DISCLOSURE STATEMENT ON A FINAL BASIS, AND (B) CONFIRMING AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF PRIME CORE TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS; (II) OCCURRENCE OF EFFECTIVE DATE OF THE PLAN; (III) SUBSTANTIAL CONSUMMATION OF THE PLAN; AND (IV) CERTAIN BAR DATES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Confirmation of the Plan.** The debtors and debtors in possession in the above-captioned case (collectively, the "Debtors") hereby give notice that, on December 21, 2023, the United States Bankruptcy Court for the District or Delaware (the "Court"), entered an order [Docket No. 644] (the "Confirmation Order") approving the Disclosure Statement on a final basis and confirming the *Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and its Affiliated Debtors* (the "Plan").[2] The Plan is attached as Exhibit A to the Confirmation Order.

2. **Occurrence of Effective Date; Vesting of Assets.** Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms, as set forth in Article 11.1 of the Plan, on January 5, 2024 (the "Effective Date"). On the Effective Date, except as otherwise expressly provided in the Plan or Confirmation Order, among other things, all Estate property other than the Vested Causes of Action vested in the Wind-Down Debtor free and clear of all Liens, Claims, interests, and encumbrances of any kind, and the Vested Causes of Action transferred to and vested in the PCT Litigation Trust free and clear of all Liens, Claims, interests, and encumbrances of any kind.

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Unless otherwise defined in this Notice, capitalized terms used herein have the meanings set forth in the Plan.

3. **Substantial Consummation.** The Debtors hereby give notice that, pursuant to section 1101(2) of the Bankruptcy Code, the Plan has been substantially consummated.

4. **Releases; Exculpation; Injunction.** The exculpation, releases, and injunction provisions in Article 10 of the Plan are now in full force and effect.

5. **Professional Fee Claims Bar Date.** All final requests for payment of Professional Compensation Claims (the "Final Fee Applications") must be filed no later than March 5, 2024 (*i.e.*, sixty days after the Effective Date). The procedures for processing Final Fee Applications are set forth in Article 2.2 of the Plan. If a Professional or other entity does not timely submit a Final Fee Application, such entity shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors, their Estates, the Wind-Down Debtor, or the PCT Litigation Trust.

6. **Administrative Expense Claims Bar Date.** Requests for payment of Administrative Expense Claims arising after September 15, 2023, other than Professional Fee Claims or other Administrative Expense Claims identified in Article 2.1(a) of the Plan, must be filed with the Court and served on the Wind-Down Debtor no later than 5:00 p.m. (prevailing Eastern Time) on the Administrative Claim Bar Date, February 5, 2024 (*i.e.*, thirty-one days after the Effective Date). Unless the Wind-Down Debtor, or any other party in interest objects to an Administrative Claim by the Administrative Claims Objection Deadline, such Administrative Claim shall be deemed Allowed in the amount requested. In the event that the Wind-Down Debtor or any other party in interest objects to an Administrative Claim, the Court shall determine the Allowed amount of such Administrative Claim.

7. **Bar Date for Claims Based on Rejection of Executory Contracts or Unexpired Leases.** Except as set forth in Article 9 of the Plan and the Plan Supplement, all Executory Contracts of the Debtors have been rejected as of the Effective Date. If the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan gives rise to a Claim by the non-Debtor party or parties to such Executory Contract or Unexpired Lease, such Claim shall be forever barred and shall not be enforceable against the Debtors or their Estates, the Wind-Down Debtor, the PCT Litigation Trust, or their respective successors or properties unless a proof of claim is filed with the Court and served upon counsel for the Debtors or the Wind-Down Debtor, as applicable, by the later of (a) February 19, 2024 (*i.e.*, forty-five days after the filing and service of this notice); and (b) thirty days after service of notice of entry of an Order rejecting such contract or lease if such contract or lease is the subject of a pending Assumption Dispute.

8. **Renewed Request for Post-Effective Date Notice Pursuant to Bankruptcy Rule 2002.** After the Effective Date, to continue to receive notice of documents pursuant to Bankruptcy Rule 2002, all creditors and other parties in interest must file a renewed notice of appearance with the Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

9. **Wind-Down Website, Account Treatment Procedures, and Copies of Case Documents.** Article 2.5 of the Plan provides for certain Account Treatment Procedures, by

which customers may receive notice of important determinations concerning the status of deposited Currency, including through a Wind-Down Website.

Any party in interest who wishes to obtain a copy of the Plan, any exhibits to the Plan, or the Confirmation Order may view and download such documents at (a) the Wind-Down Website, located at https://primetrustwinddown.com/, or (b) at the Court's website (https://www.deb.uscourts.gov/) (PACER account required). Customers wishing to be informed of important determinations concerning deposited Currency should regularly monitor the Wind-Down Website.

| | |
|---|---|
| Dated: January 5, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 485-3900<br>Facsimile:     (302) 351-8711<br>Email:           mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:    (212) 547-5400<br>Facsimile:     (212) 547-5444<br>Email:            dazman@mwe.com<br>                      jbevans@mwe.com<br>                      ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:    (305) 358-3500<br>Facsimile:     (305) 347-6500<br>Email:           gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |