**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 560** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO DEBTORS' MEMORANDUM OF LAW (I) IN SUPPORT OF (A) APPROVAL OF THE DISCLOSURE STATEMENT ON A FINAL BASIS, AND (B) CONFIRMATION OF THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PRIME CORE TECHNOLOGIES INC. AND ITS AFFILIATED DEBTORS, AND (II) IN RESPONSE TO REMAINING OBJECTIONS TO CONFIRMATION**

The undersigned counsel hereby certifies as follow:

1. On December 12, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law (I) In Support of (A) Approval of the Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) In Response to Remaining Objections to Confirmation* [Docket No. 560] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Motion, responses or objections to the Motion were due on or before December 26, 2023, at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that she has

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

reviewed the docket of these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

3. The undersigned respectfully requests that the proposed order attached to the Motion as **Exhibit A** thereto be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Dated: January 9, 2024
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com
-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*