**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 17, 2024 AT 11:00 A.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

**I.**      <u>**RESOLVED MATTER**</u>:

    1.      Motion for Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law (I) in Support of (A) Approval of Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to Confirmation [Docket No. 560 – filed December 12, 2023]

            <u>Response/Objection Deadline</u>:      December 26, 2023 at 4:00 p.m. (ET)

            <u>Responses/Objections Received</u>:      None.
            <u>Related Documents</u>:

         i.      Certificate of No Objection Regarding Motion for Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law (I) in Support of (A) Approval of Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to Confirmation [Docket No. 696 – filed January 9, 2024]

         ii.      Order Granting Moton for Leave to Exceed Page Requirements with Respect to Debtors Memorandum of Law (I) in Support of (A) Approval

---

[1]      The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

of Disclosure Statement on a Final Basis, and (B) Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors, and (II) in Response to Remaining Objections to Confirmation [Docket No. 697 – entered January 10, 2024]

Status: On January 5, 2024, the Court entered an order resolving this matter. Accordingly, a hearing is no longer necessary with regard to this matter.

## II. ADJOURNED MATTERS:

2. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 413 – filed November 13, 2023

    Response/Objection Deadline: November 27, 2023 at 4:00 p.m. (ET); extended to December 1, 2023 at 11:59 p.m. (ET) for Polaris Ventures

    Responses/Objections Received:

    i. Objection of the Bittrex Plan Administrator to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 460 - filed November 27, 2023;]

    ii. Opposition of TrustToken, Inc. and TrueCoin, LLC to Debtors' Motion to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 462- filed November 27, 2023]

    Related Documents:

    A. Declaration of Timothy Bowman in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 415- filed November 13, 2023]

    B. Declaration of Joseph B. Evans in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 416 - filed November 13, 2023]

    C.    Reply in Support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 590 - filed December 14, 2023]

    D.    Declaration of J. Greer Griffith in Support of the Reply of the Debtors for Entry of an Order Authorizing the Debtors to Sell Certain Foreign Currency Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Bankruptcy Code Section 363 [Docket No. 591 – filed December 14, 2023]

Status: The Plan Administrator and the Trust Token intend to confer over the next few weeks and will notify the Court if a status conference is required. The hearing on this matter is continued/adjourned until a date and time to be determined.

3.    Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim [REDACTED] [Docket No. 436 - filed November 18, 2023]

Objection Deadline: December 14, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:

i.    Informal response received from Claimant 13 [Resolved]

ii.    Informal response received from Crowell & Moring LLP [Resolved]

iii.    Response to Objection to Claim 1181, an amendment to claim 428 filed by K.W., Claimant (Filed Under Seal) [Docket No. 499 – filed December 4, 2023]

iv.    Response to Objection to Claim 1181, an amendment to claim 428 filed by K.W., Claimant [REDACTED] [Docket No. 501 – filed December 4, 2023]

v.    Informal response received from Claimant 2 [Resolved]

vi.    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Creditors Shyam Sundar Aswadha Narayanan and Latha Narayanan [REDACTED] [Docket No. 529 – filed December 7, 2023]

vii.    Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Creditors Shyam Sundar Aswadha Narayanan and Latha Narayanan (Filed Under Seal) [Docket No. 530 – filed December 7, 2023]

3

viii.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Claimant 3 [Served 12/7/23]

ix.  Informal response received from Claimant 4

x.  Response received from 450 Investments LLC [Adjourned]

xi.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Claimant 5 [Served 12/11/23]

xii.  Response to Debtors' First (Substantive) Omnibus Objection to Certain

xiii.  Filed Proofs of Claim by Claimant 6 [Served 12/12/23]

xiv.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Jason Hoffman [REDACTED] [Docket No. 570 – filed December 13, 2023]

xv.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Jason Hoffman (Filed Under Seal) [Filed Docket No. 571 – filed December 13, 2023]

xvi.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by James Douglas Kofford [REDACTED] [Filed Docket No. 572 – filed December 13, 2023]

xvii.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by James Douglas Kofford (Filed Under Seal) Docket No. 573 – filed December 13, 2023]

xviii.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Doc. # 436) by Scott H. Mason [Docket No. 574 – filed December 13, 2023]

xix.  Opposition of Austin Ward to Debtors' First (Substantive) Omnibus Objection to Proof of Claim [Docket No. 583- filed December 14, 2023]

xx.  Informal response received from Zap Solutions, Inc. [Adjourned]

xxi.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by William Raines [Docket No. 661 – filed December 18, 2023]

xxii.  Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by James Tang [Docket No. 662 – filed December 18, 2023]

xxiii. Response to Objection to Claim Joinder Motion in Response to the Debtor's Objection to Proofs of Claim by Scott Johnson [Docket No. 663 – filed December 19, 2023]

xxiv. Response to Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim by Parth Patel [Docket No. 664 – filed December 19, 2023]

xxv. Response to Objection to Claim by Analia Esther Rodriguez [Docket No. 681 – filed January 3, 2024]

Related Documents:

A. Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Filed Under Seal) [Docket No. 435 – filed November 18, 2023]

B. Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims) [Docket No. 522 – filed December 5, 2023]

C. Order Sustaining Debtors First (Substantive) Omnibus Objection to Certain Filed Proofs of Claims [Docket No 643 – entered December 21, 2023]

D. Amended Order Sustaining Debtors First (Substantive) Omnibus Objection to Certain Filed Proofs of Claims [Docket No 677 – entered January 2, 2024]

Status: An order was entered on January 2, 2024 resolving certain claims. The hearing on this matter with regard to the remaining claimants is adjourned until a date to be determined to allow the Plan Administrator the opportunity to engage in discussions with the remaining claimants.

4. Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim [REDACTED] [Docket No. 438 – filed November 18, 2023]

Objection Deadline: December 14, 2023 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

A. Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed

        Proofs of Claim (Filed Under Seal) [Docket No. 437 – filed November 18, 2023]

B.      Notice of Submission of Copies of Proofs of Claim Regarding (I) Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim, and (II) Debtors' Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim (Superseded Claims) [Docket No. 522 – filed December 5, 2023]

C.      Order Sustaining Notice of Debtors Second (Non-Substantive) Omnibus Objection to Certain Filed Proofs of Claim  [Docket No. 640 – entered December 21, 2023]

Status: An order was entered on December 21, 2023 resolving certain claims. The hearing on this matter with regard to the remaining claimants is adjourned until a date to be determined to allow the Plan Administrator the opportunity to engage in discussions with the remaining claimants.

Dated: January 11, 2024
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
        morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*