## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re Docket Nos.: 124 & 242** |

**SUPPLEMENTAL DECLARATION OF DARREN AZMAN IN SUPPORT
OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCDERMOTT WILL &
EMERY LLP AS COUNSEL, PURSUANT TO BANKRUPTCY CODE SECTION 327(a),
BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1,
<u>EFFECTIVE AS OF THE PETITION DATE</u>**

I, Darren Azman, being duly sworn, state the following under penalty of perjury:

1.    I am a partner in the law firm of McDermott Will & Emery LLP ("<u>McDermott</u>"), located at One Vanderbilt Avenue, New York, NY 10017-3852. I am a member in good standing of the Bars of the State of New York and the Commonwealth of Massachusetts, and I have been admitted to practice in the United States District Courts for the Eastern and Southern Districts of New York, and the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2.    I submit this declaration (the "<u>Supplemental Declaration</u>") in further support of the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel Pursuant to Bankruptcy Code section 327(a), Bankruptcy Rules 2014(b) and 2016, and Local Rule 2014-1, Effective as of the Petition Date*

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

(the "Application") [Docket No. 124].[2]. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[3]

**Background**

3.      On October 30, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Application.  In support of the Application, the Debtors submitted the *Declaration of Darren Azman in Support of Application of Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date*, attached thereto as (the "Azman Declaration"), which was attached to the Application as **Exhibit B**.  Attached to the Azman Declaration as Schedule 1 is a list of the various parties in which the Debtors and McDermott determined are potential parties in interest in these chapter 11 cases.

4.      On October 4, 2023, the Court entered the *Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 242].

**Additional Disclosures of Relationships**

5.      As explained in the Azman Declaration, McDermott undertook an analysis to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Since the filing of the Azman Declaration, McDermott has reviewed notices of appearance and taken other steps to

---

[2]      Capitalized terms used but not defined herein have the meanings given to such terms in the Application.

[3]      Certain of the disclosures provided herein relate to matters within the knowledge of attorneys of McDermott and are based on information provided by them.

further identify any connections it may have to creditors and other parties in interest in the above-captioned Chapter 11 Cases.

6.      As a result of these steps and through additional conflicts searches, McDermott identified Wave Digital Assets LLC ("Wave") as a party in interest in these Chapter 11 Cases. The Debtors and Wave entered into an agreement whereby Wave agreed to purchase certain assets held in the Debtors' estates and the parties have closed that transaction.  McDermott has represented and continues to represent Wave in matters unrelated to the Debtors' Chapter 11 Cases.  I do not believe this connection precludes McDermott from meeting the disinterestedness standard under the Bankruptcy Code.

## Affirmative Statement of Disinterestedness

7.      Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, McDermott (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is still a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), (c) does not hold or represent an interest adverse to the Debtors' estates, and (d) has no connection with any of the Debtors, their creditors, or any other party in interest, the United States Trustee for the District of Delaware, any judge in this Court or the District Court, or any person employed in the offices of the foregoing, except as disclosed or otherwise described herein.

*[Remainder of Page Left Intentionally Blank]*

3

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.

Dated: January 16, 2024                    Respectfully submitted,

                                           _/s/ Darren Azman_____
                                           Darren Azman
                                           Partner
                                           McDermott Will & Emery LLP