**EXHIBIT A**

**DETAILED TIME ENTRIES**

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6972216 |
| Date | Jan 12, 2024 |
| Client | 039948 |

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE
OF UNSECURE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039948.0002 | CASE ADMINISTRATION | 2,793.00 | 0.00 | 2,793.00 |
| 039948.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 6,849.50 | 0.00 | 6,849.50 |
| 039948.0004 | EMPLOYMENT AND FEE APPLICATIONS | 10,062.00 | 0.00 | 10,062.00 |
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 153,288.00 | 0.00 | 153,288.00 |
| 039948.0009 | NON-WORKING TRAVEL | 8,124.00 | 0.00 | 8,124.00 |
| 039948.0010 | COMMITTEE INVESTIGATION | 4,012.50 | 0.00 | 4,012.50 |
| 039948.0016 | ASSET RECOVERY AND ANALYSIS | 22,246.00 | 0.00 | 22,246.00 |
| 039948.0019 | CONTESTED MATTERS | 5,125.00 | 0.00 | 5,125.00 |
| 039948.0020 | FINANCING | 7,534.50 | 0.00 | 7,534.50 |
| | **Total** | **220,034.50** | **0.00** | **220,034.50** |

| | |
|---|---:|
| Total Current Fees | $220,034.50 |
| 20% Holdback Amount | (44,006.90) |
| 80% CURRENT BALANCE DUE | $176,027.60 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$176,027.60** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0002 | CASE ADMINISTRATION | 2,793.00 | 0.00 | 2,793.00 |
| | **Total** | **2,793.00** | **0.00** | **2,793.00** |

| | |
|---|---|
| Total Current Fees | $2,793.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,793.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/05/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/06/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/07/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/08/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/11/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/11/23 | BURNS | REVIEW AND ANALYZE DOCKET, (.1) CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/12/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/13/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/14/23 | BURNS | REVIEW AND ANALYZE DOCKET (.2), CIRCULATE RECENT PERTINENT ENTRIES (.2) | 0.40 | 196.00 |
| 12/15/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.2) | 0.30 | 147.00 |
| 12/17/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR 12/19 CONFIRMATION HEARING | 1.30 | 637.00 |
| 12/18/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/19/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.2) | 0.30 | 147.00 |
| 12/20/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/21/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/22/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1); CIRCULATE RECENT PERTINENT ENTRIES (.2) | 0.30 | 147.00 |
| 12/26/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1); CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| 12/27/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.2) | 0.30 | 147.00 |
| 12/28/23 | BURNS | REVIEW AND ANALYZE DOCKET (.1), CIRCULATE RECENT PERTINENT ENTRIES (.1) | 0.20 | 98.00 |
| | **Total Hours and Fees** | | **5.70** | **2,793.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| THOMAS BURNS | 5.70 | hours at | 490.00 | 2,793.00 |
| | **Total Fees** | | | **2,793.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN: PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 6,849.50 | 0.00 | 6,849.50 |
| | **Total** | **6,849.50** | **0.00** | **6,849.50** |

| | |
|---|---|
| Total Current Fees | $6,849.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,849.50** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 6

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | AXELROD | UPDATE AND CIRCULATE WORKSTREAM TRACKER | 0.50 | 500.00 |
| 12/08/23 | SAWYER | COMMUNICATIONS WITH COMMITTEE RE INSIDER RELEASES | 0.30 | 267.00 |
| 12/14/23 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 0.50 | 695.00 |
| 12/14/23 | STARK | PREPARE FOR AND CONDUCT OCC CALL | 2.00 | 3,900.00 |
| 12/14/23 | DWOSKIN | ATTEND COMMITTEE MEETING | 0.50 | 512.50 |
| 12/18/23 | STARK | T/C PROFESSIONALS TO OCC MEMBER RE STATUS | 0.50 | 975.00 |
| | **Total Hours and Fees** | | **4.30** | **6,849.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ROBERT J. STARK | 2.50 | hours at | 1,950.00 | 4,875.00 |
| BENNETT S. SILVERBERG | 0.50 | hours at | 1,390.00 | 695.00 |
| SHARI I. DWOSKIN | 0.50 | hours at | 1,025.00 | 512.50 |
| TRISTAN G. AXELROD | 0.50 | hours at | 1,000.00 | 500.00 |
| MATTHEW A. SAWYER | 0.30 | hours at | 890.00 | 267.00 |
| **Total Fees** | | | | **6,849.50** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| Invoice | 6972216 |
| Date | Jan 12, 2024 |
| Client | 039948 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0004 | EMPLOYMENT AND FEE APPLICATIONS | 10,062.00 | 0.00 | 10,062.00 |
| | **Total** | **10,062.00** | **0.00** | **10,062.00** |

| | | |
|---|---|---|
| Total Current Fees | | $10,062.00 |
| Total Current Costs | | $0.00 |
| **Total Invoice** | | **$10,062.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 8

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/05/23 | SAWYER | REVIEW REVISIONS TO PROVINCE FEE APPLICATION (.4); CALL WITH J. DONG RE SAME (.2) | 0.60 | 534.00 |
| 12/05/23 | SILVERBERG | REVIEW AND REVISE OCTOBER FEE STATEMENT (.2); REVIEW PROVINCE OCTOBER FEE STATEMENT (.3) | 0.50 | 695.00 |
| 12/06/23 | SAWYER | REVISIONS TO PROVINCE OCTOBER FEE APPLICATION (.2); MEETING WITH J. DONG RE SAME (.3); REVISIONS TO BR OCTOBER FEE APPLICATION (1.3) | 1.80 | 1,602.00 |
| 12/06/23 | SILVERBERG | REVIEW AND REVISE OCTOBER FEE STATEMENT | 0.30 | 417.00 |
| 12/07/23 | SAWYER | FACILITATE FINALIZING AND FILING BR AND PROVINCE OCTOBER FEE APPLICATIONS | 0.70 | 623.00 |
| 12/07/23 | BURNS | WORK ON SECOND MONTHLY FEE STATEMENT | 0.50 | 245.00 |
| 12/13/23 | SAWYER | REVISE NOTICE OF RATE INCREASE | 0.20 | 178.00 |
| 12/17/23 | SAWYER | WORK ON NOVEMBER FEE APPLICATION | 0.40 | 356.00 |
| 12/18/23 | SAWYER | WORK ON NOVEMBER FEE APPLICATION (1.1); REVIEW PROVINCE NOVERMBER FEE APPLICATION (.8) | 1.90 | 1,691.00 |
| 12/21/23 | SILVERBERG | REVIEW FEE STATEMENT | 0.50 | 695.00 |
| 12/22/23 | SAWYER | FINALIZE NOVEMBER FEE APPLICATION AND PREPARE SAME FOR FILING | 0.60 | 534.00 |
| 12/22/23 | SILVERBERG | FINALIZE MONTHLY FEE STATEMENT (.2); REVIEW PROVINCE MONTHLY FEE STATEMENT (.2) | 0.40 | 556.00 |
| 12/22/23 | BURNS | WORK ON THIRD MONTHLY FEE APPLICATION | 0.30 | 147.00 |
| 12/26/23 | SAWYER | FACILITATE FILING BR AND PROVINCE NOVEMBER FEE APP (.2); REVIEW CERTIFICATE OF SERVICE RE SAME (.3) | 0.50 | 445.00 |
| 12/26/23 | BURNS | WORK ON THIRD MONTHLY FEE STATEMENT | 0.20 | 98.00 |
| 12/28/23 | SAWYER | RESPOND TO UST RE INFORMAL COMMENTS TO OCTOBER FEE APPLICATION (.4); REVIEW/REVISE AND FACILITATE FILING OF BR AND PROVINCE CNOS RE OCTOBER FEE APPLICATIONS (.4) | 0.80 | 712.00 |
| 12/29/23 | SAWYER | REVIEW PLAN AND CONFIRMATION ORDER RE FINAL FEE APPLICATION TIMING AND MECHANICS | 0.60 | 534.00 |
| **Total Hours and Fees** | | | 10.80 | 10,062.00 |



## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 1.70 | hours at | 1,390.00 | 2,363.00 |
| MATTHEW A. SAWYER | 8.10 | hours at | 890.00 | 7,209.00 |
| THOMAS BURNS | 1.00 | hours at | 490.00 | 490.00 |
| **Total Fees** | | | | **10,062.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 153,288.00 | 0.00 | 153,288.00 |
| | **Total** | **153,288.00** | **0.00** | **153,288.00** |

| | |
|---|---|
| Total Current Fees | $153,288.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$153,288.00** |



RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/23 | MOTTER | REVIEW/REVISE PLAN, TRUST AGREEMENT AND PLAN ADMINISTRATOR AGREEMENT | 2.10 | 1,438.50 |
| 12/04/23 | MOTTER | REVIEW/REVISE TRUST AGREEMENT AND PLAN ADMINISTRATOR AGREEMENT | 2.00 | 1,370.00 |
| 12/04/23 | AXELROD | REVIEW AND COMMENT RE REVISED PLAN | 0.70 | 700.00 |
| 12/04/23 | FLINK | ATTEND TO SECURITIES LAW AND RELATED ISSUES RE PLAN | 0.40 | 544.00 |
| 12/05/23 | MOTTER | DRAFT/REVISE LTA AND PAA | 2.30 | 1,575.50 |
| 12/05/23 | AXELROD | REVIEW OBJECTIONS AND PLAN FILINGS (.7); REVIEW AND COMPILE COMMENTS TO PLAN AND SUPPLEMENT (.3); CALL WITH CREDITOR RE POE ISSUES AND PLAN OBJECTION (.4); REVISED PLAN AND NEGOTIATE PLAN RELEASES (2.6) | 4.00 | 4,000.00 |
| 12/05/23 | BOUCHARD | REVIEW REVISED PLAN AND PLAN SUPPLEMENT DOCUMENTS | 0.90 | 1,080.00 |
| 12/05/23 | STARK | T/C D. AZMAN RE CONFIRMATION STATUS AND STRATEGY (.5); C/C T. AXELROD, D. NEUMANN RE RESOLUTION OF PLAN OBJECTION (1.0) | 1.50 | 2,925.00 |
| 12/05/23 | FLINK | FOLLOW-UP RE SECURITIES LAW ISSUES RE PLAN INCLUDING  SEC COMMENTS RE THE SAME | 0.50 | 680.00 |
| 12/05/23 | SILVERBERG | CONFERENCE WITH D. DUNN REGARDING TRUST ADMINISTRATION (.2); FOLLOWUP WITH D. DUNN, B. KELLY RE TRUST ADMINISTRATION (.4); REVIEW PLAN SUPPLEMENT MATERIALS (1.0) | 1.60 | 2,224.00 |
| 12/05/23 | KELLY | CALL WITH SILVERBERG AND DUNN TO DISCUSS TRUST ADMIN AND TAX ISSUES (.8); REVISIONS TO TRUST AGREEMENT (.5); RESPOND TO MULTIPLE INCOMING EMAILS ON POST-EFFECTIVE DATE TAX MATTERS FOR WIND DOWN DEBTOR AND TRUST (.9) | 2.20 | 3,025.00 |
| 12/06/23 | MOTTER | REVISE TRUST AGREEMENT | 0.40 | 274.00 |
| 12/06/23 | AXELROD | REVIEWPLAN FILINGS | 0.30 | 300.00 |
| 12/06/23 | AXELROD | PLANNING RE CONFIRMATION ACTIVITIES AND CANCEL CLIENT MEETING | 0.20 | 200.00 |
| 12/06/23 | SILVERBERG | REVIEW CORRESPONDENCE REGARDING PLAN SUPPLEMENT MATERIALS, PLAN MODIFICATIONS (.5); CORRESPONDENCE REGARDING PLAN VOTING REPORT (.1) | 0.60 | 834.00 |
| 12/06/23 | KELLY | REVISIONS TO TRUST AGREEMENT | 0.40 | 550.00 |
| 12/07/23 | MOTTER | REVISE LTA AND PAA | 1.60 | 1,096.00 |



| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 12/07/23 | AXELROD | EMAILS RE PLAN FILINGS (.2); REVIEW AND COMMENT ON DRAFT (.3) | 0.50 | 500.00 |
| 12/07/23 | SILVERBERG | REVIEW CONFIRMATION OBJECTIONS | 0.20 | 278.00 |
| 12/07/23 | FLINK | ATTEND TO GOVERNANCE DOCUMENTS | 0.20 | 272.00 |
| 12/07/23 | CUSHING | REVIEW CORRESPONDENCE AND CURRENT DRAFT PLAN DOCUMENTS (.6); REVIEW AND EXAMINE PROPOSED ORGANIZATIONAL DOCUMENTS FOR PRIME TRUST (.3); REVIEW AND EXAMINE PROPOSED ORGANIZATIONAL DOCUMENTS FOR PRIME CORE TECHNOLOGIES (.9); REVIEW RELATED DELAWARE LAW (.2); REVISE AND EDIT PRIME CORE TECHNOLOGIES BYLAWS (.4); STRATEGIZE REGARDING SAME (.2) | 2.60 | 2,964.00 |
| 12/07/23 | KELLY | REVIEW PROVINCE COMMENTS ON PLAN ADMINISTRATOR AND TRUST AGREEMENTS (.7); DRAFT RESPONSE RE SAME (.2) | 0.90 | 1,237.50 |
| 12/08/23 | SILVERBERG | CONFERENCE WITH D. AZMAN REGARDING RESOLUTION OF PLAN CONFIRMATION OBJECTION (.1); REVIEW PLAN CONFIRMATION OBJECTION BY KADO (.2) | 0.30 | 417.00 |
| 12/08/23 | AXELROD | CIRCULATE REVISED PAA AND LTA DRAFTS (.2); REVIEW AND COMMENT RE DIP ORDER (.8); REVIEW AND COMMENT RE PLAN REVISIONS (.4) | 1.40 | 1,400.00 |
| 12/09/23 | MOTTER | REVIEW T. AXELROD AND B. KELLY RESPONSES TO PROVINCE COMMENTS TO PLAN | 0.10 | 68.50 |
| 12/09/23 | KELLY | REVIEW PROPOSED PLAN SUPP LANGUAGE REGARDING IN KIND DISTRIBUTION COSTS (.5); DRAFT COMMENTS FOR REVISIONS TO SAME (.3) | 0.80 | 1,100.00 |
| 12/10/23 | MOTTER | REVIEW/PROVIDE COMMENT TO CONFIRMATION ORDER RE: PROVISIONS REGARDING THE PCT LITIGATION TRUSTEE AND PLAN ADMINISTRATOR | 1.40 | 959.00 |
| 12/10/23 | AXELROD | REVIEW AND COMMENT RE PLAN REVISIONS | 0.70 | 700.00 |
| 12/10/23 | KELLY | REVIEW COMMENTS OF CONFIRMATION ORDER | 0.30 | 412.50 |
| 12/11/23 | SAWYER | MEETING WITH B. SILVERBERG AND R. STARK RE PLAN UPDATES AND NEXT STEPS (.1); MEETING WITH BR TEAM RE ACCOUNT TREATMENT PROCEDURES (.6) | 0.70 | 623.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/11/23 | SILVERBERG | CONFERENCE WITH T. AXELROD, B. KELLY, N. BOUCHARD ET AL REGARDING CRYPTO DISTRIBUTION PROVISIONS OF PLAN (.6), CONFERENCE WITH N. SMITH, T. AXELROD, B. KELLY REGARDING PLAN REVISIONS RE CRYPTO DISTRIBUTIONS (.8); FOLLOWUP CONSIDERATION OF PLAN MODIFICATIONS REGARDING SAME (.8); CONFERENCE WITH R. WINNING RE PLAN FEASIBILITY ISSUES (.2) | 2.40 | 3,336.00 |
| 12/11/23 | AXELROD | REVIEW AND COMMENT RE PLAN DOCUMENT (1.9); MEET WITH BR TEAM RE SAME (.6); MEET WITH PROVINCE RE SAME (.7) | 3.20 | 3,200.00 |
| 12/11/23 | FLINK | REVIEW CONFIRMATION ORDER | 0.80 | 1,088.00 |
| 12/11/23 | KELLY | CONFERENCE WITH PROVINCE TO ADDRESS IN-KIND CRYPTO DISTRIBUTION TAX ISSUES (.5); REVISIONS TO PLAN TO ADDRESS IN-KIND CRYPTO DISTRIBUTION ISSUES (1.9) | 2.40 | 3,300.00 |
| 12/11/23 | CUSHING | ADDRESS MATTERS RELATED TO ORGANIZATIONAL DOCUMENTS | 0.60 | 684.00 |
| 12/11/23 | MOTTER | CALL WITH T. AXELROD, B. KELLY, B. SILVERBERG, N. BOUCHARD, AND M. SAWYER RE DRAFT ACCOUNT TREATMENT PROCEDURES | 1.00 | 685.00 |
| 12/12/23 | SILVERBERG | REVIEW AND COMMENT ON REVISIONS TO PLAN | 0.50 | 695.00 |
| 12/12/23 | KELLY | CALLS WITH D HEALY RE CONFIRMATION ORDER PROVISIONS (.3); CORRESPONDENCE W D HEALY RE CONFIRMATION ORDER PROVISIONS (.3); REVIEW IN KIND DISTRIBUTION MATTERS AND PROPOSE EDITS (.4) | 1.00 | 1,375.00 |
| 12/12/23 | HEALY | CFS W/ B. KELLEY RE CONFIRMATION ORDER | 0.40 | 370.00 |
| 12/12/23 | HEALY | ANALYSIS OF RETAINED ACTIONS TRANSFERRED TO LITIGATION TRUST AND INSURANCE CLAIMS | 0.70 | 647.50 |
| 12/12/23 | AXELROD | REVIEW AND REVISE PLAN AND CONFIRMATION ORDER | 2.60 | 2,600.00 |
| 12/12/23 | STARK | T/C B. SILVERBERG RE CASE STATUS AND STRATEGY | 0.70 | 1,365.00 |
| 12/12/23 | SILVERBERG | REVIEW AND COMMENT ON PLAN, CONFIRMATION ORDER REVISIONS | 1.50 | 2,085.00 |
| 12/12/23 | FLINK | FOLLOW-UP RE CONFIRMATION ORDER RE SECURITIES MATTERS | 0.20 | 272.00 |
| 12/12/23 | CUSHING | ADDRESS MATTERS RELATED TO REVISED ORGANIZATIONAL DOCUMENTS | 0.40 | 456.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/13/23 | MOTTER | ANALYSIS OF PLAN AND TRUST AGREEMENT TO ENSURE CONSISTENCY ACROSS DOCUMENTS | 3.30 | 2,260.50 |
| 12/13/23 | SILVERBERG | CONFERENCE WITH D. NEUMANN REGARDING RESOLUTION OF PLAN CONFIRMATION OBJECTION (.4); REVIEW PLAN MODIFICATIONS RE POE PROCEDURES (1.0), REVIEW PLAN MODIFICATIONS RE VESTED CAUSES OF ACTION (.6) | 2.00 | 2,780.00 |
| 12/13/23 | AXELROD | REVISE AND NEGOTIATE PLAN DOCUMENTS | 0.80 | 800.00 |
| 12/13/23 | SAWYER | STRATEGISE RE CAUSES OF ACTION VESTED WITH LITIGATION TRUST | 0.70 | 623.00 |
| 12/14/23 | MOTTER | REVIEW FURTHER REVISED CONFIRMATION ORDER (.4); CORRESPONDENCE WITH BR TEAM RE LANGUAGE IN TRUST AGREEMENT RE ASSETS TRANSFERRED TO THE TRUST (.3) | 0.70 | 479.50 |
| 12/14/23 | SILVERBERG | CONSIDER MODIFICATION TO POE DETERMINATION PROCEDURES | 0.30 | 417.00 |
| 12/14/23 | AXELROD | REVIEW AND NEGOTIATE PLAN DOCUMENT REVISIONS (.6); CALL WITH MWE RE POE ISSUES AND FURTHER REVISIONS (.5); CALL WITH COMMITTEE MEMBERS RE SAME, CONFIRMATION (.5) | 1.60 | 1,600.00 |
| 12/14/23 | FLINK | ATTEND TO REVISIONS TO PLAN AND CONFIRMATION ORDER | 0.70 | 952.00 |
| 12/14/23 | SILVERBERG | REVIEW PLAN REVISIONS (.8); CONSIDER OBJECTIONS TO CONFIRMATION, TRUSTTOKEN OPPOSITION TO ADJOURNMENT (.4) | 1.20 | 1,668.00 |
| 12/14/23 | KELLY | REVIEW REDLINED PLAN DOCUMENT FROM MWE AND PROVIDE COMMENTS | 0.50 | 687.50 |
| 12/15/23 | SILVERBERG | PREPARATIONS FOR PLAN CONFIRMATION | 0.20 | 278.00 |
| 12/15/23 | AXELROD | REVIEW FILINGS RE TRUSTTOKEN, AMENDED PLAN(.5); CALL WITH OBJECTING CREDITOR RE POE PROCESS ISSUES AND REVISE EFFECTIVE DATE NOTICE RE SAME (.7) | 1.20 | 1,200.00 |
| 12/15/23 | SILVERBERG | REVIEW CONFIRMATION ORDER REVISIONS (.3); FURTHER CORRESPONDENCE AMONG MWE, BR TEAMS REGARDING CONFIRMATION PREPARATIONS (.3) | 0.60 | 834.00 |
| 12/18/23 | MOTTER | REVIEW ISSUES RE: RETAINED CAUSES OF ACTION | 0.20 | 137.00 |
| 12/18/23 | AXELROD | REVIEW AND COMMENT RE CONFIRMATION ORDER (.3); HEARING PREP (.3) | 0.60 | 600.00 |
| 12/18/23 | SILVERBERG | PREPARATIONS FOR CONFIRMATION HEARING | 5.00 | 6,950.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/18/23 | STARK | PREPARE FOR CONFIRMATION HEARING | 2.50 | 4,875.00 |
| 12/19/23 | SILVERBERG | PREPARATION FOR CONFIRMATION HEARING (1.5); ATTEND AND PARTICIPATE AT CONFIRMATION HEARING (6.8) | 8.30 | 11,537.00 |
| 12/19/23 | AXELROD | ATTEND HEARING PREP (4.3); ATTEND CONFIRMATION HEARING (7.2) | 11.50 | 11,500.00 |
| 12/19/23 | STARK | PREPARE FOR (5.0)AND ATTEND CONFIRMATION HEARING (7.0); POST-HEARING MEETINGS WITH ADVISORS RE NEXT STEPS (1.0) | 13.00 | 25,350.00 |
| 12/20/23 | MOTTER | ATTENTION TO TRUST FORMATION PREPATATIONS | 0.40 | 274.00 |
| 12/20/23 | AXELROD | REVISE CONFIRMATION ORDER AND REVIEW COMMENTS | 1.70 | 1,700.00 |
| 12/20/23 | KELLY | EMAILS WITH WILMINGTON TRUST TO COMMENT REVIEW FOR DELAWARE STATUTORY TRUSTEE ROLE AND KYC AND POTENTIAL LANGUAGE MODIFICATIONS | 1.00 | 1,375.00 |
| 12/21/23 | MOTTER | REVIEW AND ADDRESS DELAWARE TRUSTEE REQUIREMENTS FOR TRUST FORMATION PRIOR TO EFFECTIVE DATE AND CORRESPOND WITH B. KELLY RE SAME | 0.60 | 411.00 |
| 12/21/23 | AXELROD | COMMENTS RE DRAFT FILINGS | 0.60 | 600.00 |
| 12/21/23 | KELLY | RESPOND TO KYC QUESTIONS FOR TRUST AGREEMENT | 0.80 | 1,100.00 |
| 12/22/23 | MOTTER | PREPARE FOR (.2) AND PARTICIPATE IN (.5) ALL-HANDS CALL RE PREPARATIONS FOR EFFECTIVE DATE; CORRESPOND WITH B. KELLY AND WILMINGTON TRUST EDITS TO PCT LITIGATION TRUST AGREEMENT (1.0); REVIEW TRUST AGREEMENT FOR OPEN ITEMS AND PREPARE TRUST SPECIFIC TASK LIST IN PREPARATION FOR EFFECTIVE DATE (1.0); COMMUNICATIONS WITH TOC MEMBER COUNSEL RE NOTICE INFO FOR TRUST AGREEMENT (.2); CORRESPOND WITH WILMINGTON TRUST RE KYC ITEMS AND CONVEY SAME TO BR TEAM (.7); REVIEW PAA FOR ANY OPEN ITEMS (.5) | 4.10 | 2,808.50 |
| 12/22/23 | SILVERBERG | PRE-EFFECTIVE DATE PREPARATIONS CLOSING CALL WITH MWE, M3, PROVINCE TEAMS | 0.50 | 695.00 |
| 12/22/23 | AXELROD | EMERGENCE CALL (.6); EFFECTIVE DATE PREP RE TRUST SETUP AND LOGISTICS ETC (1.0) | 1.60 | 1,600.00 |
| 12/22/23 | SILVERBERG | CORRESPONDENCE WITH MWE, BR TEAMS RE EFFECTIVE DATE PLANS | 0.70 | 973.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 16

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/22/23 | KELLY | WORK ON TRUST AGREEMENT MODIFICATIONS FROM STATUTORY TRUST (.9); WORK ON FILLING IN BLANKS IN DRAFT TRUST AGREEMENT TO PREPARE FOR EFFECTIVE DATE (.8) | 1.70 | 2,337.50 |
| 12/26/23 | MOTTER | ALL-HANDS CALL RE EFFECTIVE DATE PREPARATION MATTERS AND RELATED FOLLOW-UP | 0.60 | 411.00 |
| 12/26/23 | SILVERBERG | PRE EFFECTIVE DATE PLANNING CALL WITH MWE, M3 TEAMS | 0.30 | 417.00 |
| 12/26/23 | AXELROD | CLOSING CALL AND FOLLOWUP EMAILS | 0.40 | 400.00 |
| 12/26/23 | KELLY | ATTENTION TO INQUIRY FROM STATUTORY TRUSTEE RE TRUST AGREEMENT MODIFICATIONS | 0.20 | 275.00 |
| 12/27/23 | MOTTER | ATTENTION TO TRUST PREPARATORY MATTERS (FINALIZING TRUST AGREEMENT, COORDINATING WITH DE TRUSTEE ON ENTITY FORMATION) | 1.50 | 1,027.50 |
| 12/27/23 | KELLY | NUMEROUS EMAILS AND RESPONSES TO FINALIZE COMMENTS FROM COUNSEL FOR WT | 0.50 | 687.50 |
| 12/28/23 | MOTTER | FURTHER CORRESPONDENCE WITH WILMINGTON TRUST RE EDITS TO TRUST AGREEMENT (1.0); REVISE TRUST AGREEMENT AND CORRESPOND WITH B. KELLY RE SAME (.7); CORRESPOND WITH WILMINGTON TRUST RE KYC FOLLOW-UP (.4); PREPARE SIGNATURE PAGES TO TRUST AGREEMENT AND RELATED DOCS AND CORRESPOND WITH T. AXELROD RE SAME (.8) | 2.90 | 1,986.50 |
| 12/28/23 | KELLY | NUMEROUS INCOMING EMAILS AND RESPONSES TO FINALIZE TRUST AGREEMENT TERMS AND APPROVE FOR EXECUTION VERSION | 1.00 | 1,375.00 |
| 12/28/23 | AXELROD | CHECK MEETING PLAN AND NOTE TO TEAM RE SAME (.1); REVIEW EMERGENCE EMAILS AND PROGRESS DISCUSSION WITH J MOTTER (.2) | 0.30 | 300.00 |
| 12/29/23 | KELLY | FURTHER CORRESPONDENCE ON OPEN ITEMS WITH WILMINGTON TRUST (.5); FINALIZE TRUST AGREEMENT TERMS WITH WT (.3) | 0.80 | 1,100.00 |
| | **Total Hours and Fees** | | 127.30 | 153,288.00 |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| PHILIP J. FLINK | 2.80 | hours at | 1,360.00 | 3,808.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE                Invoice 6972216
January 12, 2024                                                                                                              Page 17

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT J. STARK | 17.70 | hours at | 1,950.00 | 34,515.00 |
| NICOLE M. BOUCHARD | 0.90 | hours at | 1,200.00 | 1,080.00 |
| BARBARA J. KELLY | 14.50 | hours at | 1,375.00 | 19,937.50 |
| BENNETT S. SILVERBERG | 26.20 | hours at | 1,390.00 | 36,418.00 |
| TRISTAN G. AXELROD | 33.90 | hours at | 1,000.00 | 33,900.00 |
| MATTHEW A. SAWYER | 1.40 | hours at | 890.00 | 1,246.00 |
| JANE W. MOTTER | 25.20 | hours at | 685.00 | 17,262.00 |
| DANIEL J. HEALY | 1.10 | hours at | 925.00 | 1,017.50 |
| JOHN CUSHING | 3.60 | hours at | 1,140.00 | 4,104.00 |
| **Total Fees** | | | | **153,288.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: NON-WORKING TRAVEL

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0009 | NON-WORKING TRAVEL | 8,124.00 | 0.00 | 8,124.00 |
| | **Total** | **8,124.00** | **0.00** | **8,124.00** |

| | |
|---|---|
| Total Current Fees | $8,124.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,124.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 19

RE: NON-WORKING TRAVEL

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/19/23 | SILVERBERG | TRAVEL TO WILMINGTON FOR CONFIRMATION HEARING (1.5); RETURN TO NEW YORK (1.7) | 3.20 | 2,224.00 |
| 12/19/23 | AXELROD | RETURN TRAVEL FROM CONFIRMATION HEARING | 4.00 | 2,000.00 |
| 12/19/23 | STARK | TRAVEL TO/FROM DELAWARE | 4.00 | 3,900.00 |
| | **Total Hours and Fees** | | **11.20** | **8,124.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| ROBERT J. STARK | 4.00 | hours at | 975.00 | 3,900.00 |
| BENNETT S. SILVERBERG | 3.20 | hours at | 695.00 | 2,224.00 |
| TRISTAN G. AXELROD | 4.00 | hours at | 500.00 | 2,000.00 |
| **Total Fees** | | | | **8,124.00** |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COMMITTEE INVESTIGATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0010 | COMMITTEE INVESTIGATION | 4,012.50 | 0.00 | 4,012.50 |
| | **Total** | **4,012.50** | **0.00** | **4,012.50** |

| | |
|---|---|
| Total Current Fees | $4,012.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,012.50** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 21

RE: COMMITTEE INVESTIGATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/07/23 | LENNON | ATTENTION TO DOCUMENTS PRODUCED AND DEPOSITIONS | 0.80 | 780.00 |
| 12/07/23 | STARK | T/C CAHILL RE J. LAW SETTLEMENT OVERTURE (1.0); T/C D. AZMAN RE SAME, CASE STATUS (.5) | 1.50 | 2,925.00 |
| 12/14/23 | DWOSKIN | CALL WITH DEBTOR COUNSEL RE INVESTIGATION | 0.30 | 307.50 |
| | **Total Hours and Fees** | | **2.60** | **4,012.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| ROBERT J. STARK | 1.50 | hours at | 1,950.00 | 2,925.00 |
| SHARI I. DWOSKIN | 0.30 | hours at | 1,025.00 | 307.50 |
| HAILEY LENNON | 0.80 | hours at | 975.00 | 780.00 |
| **Total Fees** | | | | **4,012.50** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6972216 |
| Date | Jan 12, 2024 |
| Client | 039948 |

RE: ASSET RECOVERY AND ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0016 | ASSET RECOVERY AND ANALYSIS | 22,246.00 | 0.00 | 22,246.00 |
| | **Total** | **22,246.00** | **0.00** | **22,246.00** |

| | | |
|---|---|---|
| Total Current Fees | | $22,246.00 |
| Total Current Costs | | $0.00 |
| **Total Invoice** | | **$22,246.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 23

RE: ASSET RECOVERY AND ANALYSIS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | PALLEY | PREPARE FOR VICUÑA DEPOSITION | 2.50 | 3,475.00 |
| 12/05/23 | PALLEY | ATTEND VICUÑA DEPOSITION | 8.10 | 11,259.00 |
| 12/06/23 | PALLEY | REVIEW NOTES, ROUGH DEPOSITION TRANSCRIPT, AND PREPARE WRITTEN SUMMARY AND ANALYSIS OF VICUÑA DEPOSITION FOR COMMITTEE | 1.50 | 2,085.00 |
| 12/08/23 | STARK | T/C J. GUEDRY RE J. LOR OFFER FOR ASSISTANCE (1.0); EMAIL REPORT TO COMMITTEE AND RESPOND TO FOLLOW-UP QUESTIONS (.5) | 1.50 | 2,925.00 |
| 12/14/23 | SILVERBERG | CORRESPONDENCE REGARDING TRUSTTOKEN OPPOSITION TO MOTION (.2); CONFERENCE WITH J. EVANS, D. AZMAN REGARDING TRUSTTOKEN HEARING PREPARATIONS (.7) | 0.90 | 1,251.00 |
| 12/15/23 | SILVERBERG | REVIEW PLEADINGS IN RESPONSE TO TRUSTTOKEN FX SALE (.3); CONFERENCE WITH D. DETWEILER REGARDING ADJOURNMENT RESOLUTION (.2) | 0.50 | 695.00 |
| 12/15/23 | SILVERBERG | COORDINATION/CORRESPONDENCE WITH D. DETWEILER RE ADJOURNMENT OF FX CURRENCY SALE MOTION (.4) | 0.40 | 556.00 |
| | **Total Hours and Fees** | | 15.40 | 22,246.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ROBERT J. STARK | 1.50 | hours at | 1,950.00 | 2,925.00 |
| BENNETT S. SILVERBERG | 1.80 | hours at | 1,390.00 | 2,502.00 |
| STEPHEN D. PALLEY | 12.10 | hours at | 1,390.00 | 16,819.00 |
| **Total Fees** | | | | 22,246.00 |

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: CONTESTED MATTERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039948.0019 | CONTESTED MATTERS | 5,125.00 | 0.00 | 5,125.00 |
| | **Total** | **5,125.00** | **0.00** | **5,125.00** |

| | |
|---|---:|
| Total Current Fees | $5,125.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,125.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 25

RE: CONTESTED MATTERS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/05/23 | MOTTER | REVIEW/COMMENT ON DIP ORDER | 1.50 | 1,027.50 |
| 12/05/23 | AXELROD | REVIEW DIP PAPERS (1.2); CALL WITH MWE RE DIP MOTION (.5) | 1.70 | 1,700.00 |
| 12/08/23 | MOTTER | ANALYZE/PROVIDE COMMENTS TO DIP ORDER FOR T. AXELROD REVIEW | 3.50 | 2,397.50 |
| | **Total Hours and Fees** | | **6.70** | **5,125.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| TRISTAN G. AXELROD | 1.70 | hours at | 1,000.00 | 1,700.00 |
| JANE W. MOTTER | 5.00 | hours at | 685.00 | 3,425.00 |
| **Total Fees** | | | | **5,125.00** |

**brown**rudnick

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF
UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6972216 |
| Date | Jan 12, 2024 |
| Client | 039948 |

RE: FINANCING

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0020 | FINANCING | 7,534.50 | 0.00 | 7,534.50 |
| | **Total** | **7,534.50** | **0.00** | **7,534.50** |

| | |
|---|---|
| Total Current Fees | $7,534.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,534.50** |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
January 12, 2024

Invoice 6972216
Page 27

RE: FINANCING

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/05/23 | SILVERBERG | CONFERENCE WITH MWE, PROVINCE, T. AXELROD RE DIP FINANCING MOTION COMMENTS (.5), FOLLOWUP CORRESPONDENCE REGARDING SAME (.2) | 0.70 | 973.00 |
| 12/11/23 | MOTTER | REVIEW/COMMENT ON DIP TERM SHEET AND DIP ORDER AND PREPARE SUMMARY FOR T. AXELROD REVIEW (3.0); REVISE DIP ORDER BASED ON B. SILVERBERG COMMENTS (.5) | 3.50 | 2,397.50 |
| 12/11/23 | SILVERBERG | REVIEW PROPOSED DIP FINANCING ORDER, TERM SHEET | 0.70 | 973.00 |
| 12/12/23 | MOTTER | REVISE DIP ORDER PER T. AXELROD AND B. SILVERBERG COMMENTS | 0.60 | 411.00 |
| 12/20/23 | SILVERBERG | REVIEW AND REVISIONS TO PLAN CONFIRMATION ORDER (1.5); REVIEW DIP FINANCING ORDER, EXIT PROVISIONS (.5) | 2.00 | 2,780.00 |
| | **Total Hours and Fees** | | 7.50 | 7,534.50 |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 3.40 | hours at | 1,390.00 | 4,726.00 |
| JANE W. MOTTER | 4.10 | hours at | 685.00 | 2,808.50 |
| **Total Fees** | | | | **7,534.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972216 |
| ATTN:  PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE



Remittance

**Balance Due:  $176,027.60**

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200