# EXHIBIT B

# SUMMARY OF DISBURSEMENTS

**brownrudnick**

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6972215 |
| ATTN: PRIME CORE TECHNOLOGIES, INC. | Date | Jan 12, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0001 | COSTS | 0.00 | 4,490.78 | 4,490.78 |
| | **Total** | **0.00** | **4,490.78** | **4,490.78** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $4,490.78 |
| **Total Invoice** | **$4,490.78** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
RE: COSTS
January 12, 2024

Invoice 6972215
Page 2

## COST SUMMARY

| Description | Value |
|---|---:|
| MEALS | 72.00 |
| TRANSCRIPTS | 2,689.85 |
| TRAIN TRAVEL | 622.00 |
| TAXI | 502.43 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 146.00 |
| PACER | 2.30 |
| EDISCOVERY HOSTING | 177.30 |
| COPIES | 278.90 |
| **Total Costs** | **4,490.78** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE<br>ATTN:  PRIME CORE TECHNOLOGIES, INC.<br>330 SOUTH RAMPART BLVD.<br>SUITE 260<br>LAS VEGAS, NV 89145 | Invoice<br>Date<br>Client | 6972215<br>Jan 12, 2024<br>039948 |

RE: COSTS



Remittance

**Balance Due:  $4,490.78**

To ensure proper credit to your account, please include this page with your payment.

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200