# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., et al.,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**SUMMARY OF FOURTH MONTHLY FEE APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Prime Core Technologies Inc. and affiliated debtors |
| Date of Retention: | August 14, 2023 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $453,887.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $269.24 |

This is a:   _X_ monthly   ___ final application

This application does not include any hours incurred in connection with the preparation of this monthly fee application.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**Prior applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses (80%) |
|---|---|---|---|---|
| First Monthly Fee Application | 10/19/23 CNO filed 11/11/23 [D.I. 411] | 8/14/23-8/31/23 | $303,006.50 / $29.94 | $242,405.20 / $29.94 |
| Second Monthly Fee Application | 10/19/23 CNO filed 11/11/23 [D.I. 412] | 9/1/23-9/30/23 | $525,246.00 / $584.68 | $420,196.80 / $584.68 |
| Third Monthly Fee Application | 12/7/23 CNO Filed 12/29/23 [D.I. 672] | 10/1/23-10/31/23 | $526,995.00 / $692.88 | $422,288.88 / $692.88 |

**MONTHLY COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Initials | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Robert Winning | RW | Managing Director | $1,150.00 | 97.9 | $112,585.00 |
| William Murphy | WM | Senior Director | $895.00 | 67.2 | $60,144.00 |
| Andrew Kim | AK | Senior Associate | $650.00 | 169.1 | $109,915.00 |
| Cole Thieme | CT | Associate | $550.00 | 167.8 | $92,268.00 |
| Julia Jiang | JJ | Analyst | $450.00 | 175.5 | $78,975.00 |
| | | **Grand Total:** | | **677.5** | **$453,887.00** |
| | | **Blended Rate:** | $669.98 | | |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Sales | 17.4 | $18,762.50 |
| Case Administration | 15.6 | $11,297.50 |
| Claims/Liabilities Subject to Compromise | 169.2 | $90,620.00 |
| Contracts | 18.0 | $13,080.00 |
| Employee Matters | 17.2 | $10,794.00 |
| Fee Application | 20.8 | $11,120.00 |
| Financial & Operational Matters | 33.5 | $19,892.50 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 114.1 | $84,664.50 |
| General Correspondence with Debtor & Debtors' Professionals | 47.4 | $34,161.00 |
| General Correspondence with UCC & UCC Counsel | 11.0 | $8,159.00 |
| Investigations & Litigation Support | 16.8 | $11,400.00 |
| Miscellaneous Motions | 22.3 | $14,813.50 |
| Plan of Reorganization/Disclosure Statement | 82.0 | $54,655.00 |
| Statements/Schedules | 21.1 | $13,071.00 |
| U.S. Trustee/Court Reporting Requirements | 28.1 | $16,843.50 |
| Wind Down | 43.0 | $40,553.00 |
| **TOTAL** | **677.5** | **$453,887.00** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Overtime Meal (Dinner) | $166.59 |
| Transportation | $57.43 |
| Conference Call Expense | $45.22 |
| **TOTAL** | **$269.24** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., ET AL.,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**FOURTH MONTHLY FEE APPLICATION OF M3 ADVISORY PARTNERS, LP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
DEBTORS FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor for the Debtors, Effective as of the Petition Date* [Docket No. 245] (the "Retention Order"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby applies (this "Application") to the Court for: (i) reasonable interim compensation for professional services rendered as financial advisor to Prime Core Technologies Inc. and its affiliated debtors as debtors-in-possession (the "Debtors") in the amount of $453,887.00, together with reimbursement for actual and necessary expenses incurred in the amount of $269.24, for the period commencing November 1, 2023 through and including November 30, 2023 (the "Fee Period"); and (ii) payment in the amount of $363,378.84, representing eighty percent (80%) of the total fees billed

and 100% of the total expenses incurred during the Fee Period, as provided under the Interim Compensation Order. In support of this Application, M3 respectfully represents as follows:

## BACKGROUND

1. Pursuant to the Retention Order, M3 was retained as financial advisor to the Debtors in connection with these chapter 11 cases, effective as of August 14, 2023. The Retention Order authorizes M3 to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested herein by M3 were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $453,887.00 in fees for professional services rendered by M3 during the Fee Period.

4. The services rendered by M3 during the Fee Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto. The following paragraphs describe the primary services rendered by M3 during the Fee Period.

*Asset Sales (17.4 Hours)*

5. During the Fee Period, M3 engaged in various tasks related to the sale process of the Debtors' assets, including bid analysis, addressing diligence requests, and correspondence with the other advisors on the sale process.

*Case Administration (15.6 Hours)*

6. During the Fee Period, M3 engaged in various tasks related to managing the case,

such as developing work plans, creating trackers related to various workflow items, and communicating with the Debtors' and UCC counsel regarding workstreams and case strategy.

***Claims/Liabilities Subject to Compromise (169.2 Hours)***

7. During the Fee Period, M3 reviewed the claim register with the Debtors' other advisors, evaluated individual creditors' claims, and assisted with identification of claims for objection.

***Contracts (18.0 Hours)***

8. During the Fee Period, M3 analyzed the Debtors' leases, customer contracts, and worked with the Debtors' legal advisors to assess potential damages, if any, attributable to certain contract negotiations. M3 also worked with the Debtors to determine which contracts should be assumed or rejected.

***Employee Matters (17.2 Hours)***

9. During the Fee Period, M3 engaged in various tasks related employee matters, including without limitation, planning around reduction in force.

***Fee Application (20.8 Hours)***

10. During the Fee Period, M3 prepared the monthly fee applications and relevant exhibits for its October fee applications.

***Financial & Operational Matters (33.5 Hours)***

11. During the Fee Period, M3 analyzed various items related to the Debtors' finances and operations. Among other things, M3 analyzed the Debtors' assets and liabilities, and disbursements and payments approvals.

***Financing Matters (Cash Budget, DIP, Exit, Other) (114.1 Hours)***

12. During the Fee Period, M3 analyzed the Debtors' receipts and disbursements, developed appropriate cash flow forecasts, and conducted variance analysis. M3 evaluated potential DIP financings, drafted, and revised potential DIP budgets based on bids and term sheets.

***General Correspondence with Debtor & Debtors' Professionals (47.4 Hours)***

13. During the Fee Period, M3 corresponded regularly with the Debtors and their professionals on items related to the progress of the chapter 11 cases and various workstreams, including assets and liabilities, and cash flow forecasts.

***General Correspondence with UCC & UCC Counsel (11.0 Hours)***

14. During the Fee Period, M3 provided case updates for the UCC's financial and legal advisors, along with researching and formulating responses to questions asked by the UCC and its advisors concerning the chapter 11 cases. M3 also met with the UCC's financial advisor on a weekly basis to provide cases updates and respond to diligence questions.

***Investigation and Litigation Support (16.8 Hours)***

15. During the Fee Period, M3 analyzed transactions that took place within 90 days prior to the Debtors filing their chapter 11 cases. M3 worked closely with the Debtors and their legal advisors and analyzed a range of factors and characteristics of the disbursements during the 90 day period.

***Plan of Reorganization/Disclosure Statement (82.0 Hours)***

16. During the Fee Period, M3 performed various workstreams related to the Debtors' plan of reorganization and disclosure statement. Among other things, M3 assisted with preparing the various disclosures embedded in the Debtors' disclosure statement, including assisting the Debtors in the preparation of their liquidation analysis and preparing for plan confirmation.

***Statements/Schedules (21.1 Hours)***

17. During the Fee Period, M3 worked closely with the Debtors to prepare amendments for Statements of Financial Affairs and Schedules of Assets and Liabilities.

***U.S. Trustee/Court Reporting Requirements (28.1 Hours)***

18. During the Fee Period, M3 prepared and assembled a range of documents and exhibits pertaining to the U.S. Trustee and the court reporting requirements.

19.

*Wind Down (43.0 Hours)*

20.     During the Fee Period, M3 corresponded regularly with the Debtors and their professionals to discuss various workstreams related to wind-down planning. Amongst other things, M3 analyzed contracts to assume and reject, reviewed workstreams for a transition to a chapter 11 trustee, and oversaw a reduction in operating activities and expenses.

## DISBURSEMENTS

21.     **Exhibit B** attached hereto is a detailed statement of expenses paid by M3 during the Fee Period, showing the amount of $269.24 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, business meals, and internet. A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.

## VALUATION OF SERVICES

22.     The professionals of M3 have expended a total of 677.5 hours in connection with this matter during the Fee Period.

23.     The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are M3's normal hourly rates of compensation for work of this character. The reasonable value of services rendered by M3 for the Fee Period as financial advisor to the Debtors in these chapter 11 cases is $453,887.00.

24.     M3 believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

25.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases,

(b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. This Application covers the period from November 1, 2023 through and including November 30, 2023. M3 has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Fee Period, for which M3 will file subsequent fee applications.

*[Remainder of Page Intentionally Left Blank]*

**CONCLUSION**

WHEREFORE, M3 requests: (i) interim allowance of compensation in the sum of $453,887.00 for necessary professional services rendered to the Debtors during the Fee Period, and reimbursement of actual and necessary costs and expenses incurred of $269.24 during the Fee Period; (ii) payment in the amount of $363,378.84, representing eighty percent (80%) of the total fees billed and 100% of the total expenses incurred during the Fee Period, as provided under the Interim Compensation Order; and (iii) such other and further relief as the Court may deem just and proper.

Dated: January 22, 2024    **M3 ADVISORY PARTNERS, LP**

/s/ Robert Winning
Robert Winning
Managing Director, M3 Advisory Partners, LP

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Robert Winning, hereby certify as follows:

1. I am a managing director in the applicant firm of M3 Advisory Partners, LP ("M3").

2. I have personally performed many of the services rendered by M3, as financial advisor to the Debtors, and am generally familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: January 22, 2024     **M3 ADVISORY PARTNERS, LP**

*/s/ Robert Winning*
Robert Winning
Managing Director, M3 Advisory Partners, LP