**EXHIBIT B**

**Case No: 23-11161**
**PRIME CORE TECHNOLOGIES Inc., et al.**
EXPENSE SUMMARY
FROM THE PERIOD November 1, 2023 to November 30, 2023

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| *Business Meals* | | | | |
| Cole Thieme | 11/1/2023 | Business Meals | $ | 22.74 |
| Andrew Kim | 11/15/2023 | Business Meals | $ | 27.16 |
| Andrew Kim | 11/27/2023 | Business Meals | $ | 28.32 |
| Julia Jiang | 11/28/2023 | Business Meals | $ | 30.00 |
| Andrew Kim | 11/30/2023 | Business Meals | $ | 29.85 |
| Julia Jiang | 11/30/2023 | Business Meals | $ | 28.52 |
| | | ***Subtotal Business Meal*** | ***$*** | ***166.59*** |
| *Transportation* | | | | |
| Julia Jiang | 11/16/2023 | Overtime Taxi | $ | 16.04 |
| Julia Jiang | 11/28/2023 | Overtime Taxi | $ | 14.76 |
| Julia Jiang | 11/30/2023 | Overtime Taxi | $ | 26.63 |
| | | ***Subtotal Transportation*** | ***$*** | ***57.43*** |
| *Conference Calls* | | | | |
| M3 Team | 11/30/2023 | Conference Call Expense | $ | 45.22 |
| | | ***Subtotal Conference Calls*** | ***$*** | ***45.22*** |
| | | **Total Expenses** | **$** | **269.24** |

11