# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 658** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THIRD MONTHLY FEE APPLICATION OF WOMBLE BOND DICKINSON (US) LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested in to the *Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through November 30, 2023* [Docket No. 658] (the "Application"), filed with the Court on December 26, 2023.  Pursuant to the notice appended to the Application, responses or objections to the Application were due to be filed on or before January 16, 2024 at 4:00 p.m. (prevailing Eastern Time).

Following informal comments from the United States Trustee, Womble Bond Dickinson (US) LLP agreed to reduce the fees sought in the Application by $845.00.  As a result, the total fees requested in the Application are $16,370.50.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149], the Debtors are authorized to pay 80% of the fees requested in the Application, or $13,096.40, and 100% of the expenses requested in the Application, or $0.00, for a total payment of $13,096.40 for the period from November 1, 2023 through and including November 30, 2023, upon the filing of this certification of no objection and without the need for entry a court order.

| | |
|---|---|
| Dated: January 24, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>Email: elazar.kosman@wbd-us.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |