Date Stamp Copy Returned  Date Filed: 01/16/2024



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 11, 2024

STRETTO

JAN 1 6 2024

RECEIVED

Prime Core Technologies Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Debtor: Prime Digital LLC

Re: 23-11168

To Whom It May Concern:

Please withdraw claim #25 filed by the Internal Revenue Service on September 18, 2023 for the above reference case number.

If you have any questions, you may call me at (443) 853-5362 or you may write to me at Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201.

Sincerely,

*Hope Agent*

Hope Agent
Bankruptcy Specialist

1245901172480000000161