## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 717** |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The following dates and times have been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| March 14, 2024 at 3:00 p.m. (ET) | U.S. Bankruptcy Court for the |
| April 11, 2024 at 1:00 p.m. (ET) | District of Delaware, |
| | 824 North Market Street, |
| | 5th Floor, Courtroom 6, |
| | Wilmington, Delaware 19801 |

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 26th, 2024**
**Wilmington, Delaware**

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.