## <u>EXHIBIT A</u>

**Certification**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re : | Chapter 11 |
| PRIME CORE TECHNOLOGIES, INC., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF DAVID DUNN

David Dunn, a Principal with the firm Province, after being duly sworn according to law, deposes and says:

1.      I am a Principal with the firm of Province, LLC ("Province"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore/Washington DC, Los Angeles, Greenwich, New York, and Miami metro areas.  Province was retained as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") on September 1, 2023 and Province's employment application was approved by the Court on October 16, 2023.

2.      I have personally performed many of the services rendered by Province as financial advisor to the Committee and am familiar with the other work performed on behalf of the Committee by the other professionals in the firm.

3.      The *Fourth Monthly Application for Compensation and Reimbursement of Expenses for Province, LLC, as Financial Advisor to the Official Committee of Unsecured*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

*Creditors, for the Period from December 1, 2023 through December 31, 2023* (the "Application") was prepared at my direction.  The facts set forth in the foregoing Application are true to the best of my knowledge, information and belief.

4.      Province's rates for the services rendered by its professionals in these chapter 11 cases are similar to the rates Province charges for professional services rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for financial advisory services.

5.      I have reviewed the Court's Local Rule 2016-2 and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. s.330 (the "Guidelines").  The Application substantially complies with Local Rule 2016-2 and the Guidelines.

Executed under penalty of perjury of the laws of the United States on this 30th day of January 2024.


*/s/ David Dunn*
David Dunn, Principal
Province, LLC