**EXHIBIT B**

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| David Dunn, Principal | $1,250 | 32.1 | $40,125.00 |
| Bill McMahon, Risk Director | $740 | 5.6 | $4,144.00 |
| Jin Lai Dong, Director | $720 | 58.3 | $41,976.00 |
| Joseph Berman, Vice President | $675 | 23.7 | $15,997.50 |
| Eitan Karsch, Analyst | $420 | 12.0 | $5,040.00 |
| Matthew Mitchell, Analyst | $400 | 79.9 | $31,960.00 |
| Eric Mattson, Paralegal | $270 | 3.5 | $945.00 |
| **Sub Total** |  | **215.1** | **$140,187.50** |
| **Travel Time Discount** |  |  | **($4,331.25)** |
| **Grand Total** |  | **215.1** | **$135,856.25** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 109.1 | $66,291.50 |
| Claims Analysis and Objections | 7.2 | $3,072.00 |
| Committee Activities | 7.0 | $5,312.00 |
| Court Filings | 7.6 | $5,892.00 |
| Court Hearings | 22.5 | $19,837.50 |
| Fee / Employment Applications | 10.4 | $5,913.00 |
| Financing Activities | 0.7 | $504.00 |
| Insurance | 11.4 | $7,909.00 |
| Plan and Disclosure Statement | 22.8 | $12,292.00 |
| Sale Process | 7.4 | $4,502.00 |
| Travel Time (billed at 50%) | 9.0 | $4,331.25 |
| **Grand Total** | **215.1** | **$135,856.25** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Airfare/Train | Train to/from Wilmington, DE to attend hearing. | $731.00 |
| Ground Transportation | Transportation while traveling to Wilmington, DE to attend hearing. | $142.10 |
| Miscellaneous | Research Fees. | $489.00 |
| **Total Expenses** | | **$1,362.10** |

2

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/1/2023 | Joseph Berman | Analyzed amended Plan (1.9) and targeted discussion with E. Karsch on the Plan (0.3). | Plan and Disclosure Statement | 2.20 | 675.00 | $1,485.00 |
| 12/1/2023 | Eitan Karsch | Discussion with J. Berman re: plan. | Plan and Disclosure Statement | 0.30 | 420.00 | $126.00 |
| 12/1/2023 | David Dunn | Reviewed debtors liquidation analysis and provided comments. | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |
| 12/1/2023 | Jin Lai Dong | Discussed employees transfers with M. Mitchell. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/1/2023 | Jin Lai Dong | Reviewed emailed from internal team regarding considerations on post-emergence structure. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/1/2023 | Jin Lai Dong | Reviewed Debtors' motion to sell foreign currency (docket #413) and declarations in connection with the motion (dockets #415 and #416). | Court Filings | 0.80 | 720.00 | $576.00 |
| 12/1/2023 | Jin Lai Dong | Drafted an email to M3 regarding cost of employees and software. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/1/2023 | Jin Lai Dong | Examined the Debtors' liquidation analysis. | Business Analysis / Operations | 1.40 | 720.00 | $1,008.00 |
| 12/1/2023 | Matthew Mitchell | Discussed employee transfers with J. Dong. | Business Analysis / Operations | 0.20 | 400.00 | $80.00 |
| 12/1/2023 | Matthew Mitchell | Conducted an analysis of employee transfers at the request of J. Dong. | Business Analysis / Operations | 1.60 | 400.00 | $640.00 |
| 12/1/2023 | Jin Lai Dong | Corresponded with internal team re: wind-down trust. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/1/2023 | Matthew Mitchell | Conducted an analysis of employee transfers at the request of J. Dong. (pt.2) | Business Analysis / Operations | 0.80 | 400.00 | $320.00 |
| 12/1/2023 | Eitan Karsch | Analyzed amended plan. | Plan and Disclosure Statement | 1.30 | 420.00 | $546.00 |
| 12/1/2023 | David Dunn | Examined docket #475. | Court Filings | 0.70 | 1,250.00 | $875.00 |
| 12/1/2023 | Eitan Karsch | Analyzed variance between original and amended statements and schedules. | Business Analysis / Operations | 0.70 | 420.00 | $294.00 |
| 12/2/2023 | Jin Lai Dong | Examined the initial list of diligence items to preserve. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/2/2023 | Jin Lai Dong | Examined TrustToken's opposition to sell certain foreign currency (docket #462). | Court Filings | 0.50 | 720.00 | $360.00 |
| 12/2/2023 | Jin Lai Dong | Corresponded with ASK team regarding diligence request list. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/2/2023 | Jin Lai Dong | Examined Debtors' motion to terminate 401(k) plan (docket #475). | Court Filings | 0.30 | 720.00 | $216.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/3/2023 | Jin Lai Dong | Examined team emails regarding transition to wind-down entity (1.0) and added additional comments to the list (0.4). | Business Analysis / Operations | 1.40 | 720.00 | $1,008.00 |
| 12/3/2023 | Joseph Berman | Attended a call with MWE and Province teams, including J. Dong, and D. Dunn. | Business Analysis / Operations | 0.50 | 630.00 | $315.00 |
| 12/3/2023 | David Dunn | Attended a call with MWE and Province teams, including J. Dong, and J. Berman. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 12/3/2023 | Jin Lai Dong | Attended a call with MWE and Province teams, including D. Dunn, and J. Berman. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/4/2023 | Jin Lai Dong | Examined Debtor's motion to approve settlement agreement with Tiki Labs (docket #480)(0.7) and corresponded with E. Karsch regarding the same the settlement (0.1). | Court Filings | 0.80 | 720.00 | $576.00 |
| 12/4/2023 | Jin Lai Dong | Examined the near final DIP term sheet. | Financing Activities | 0.40 | 720.00 | $288.00 |
| 12/4/2023 | Eitan Karsch | Attended weekly call with the M3 and Province teams, including J. Dong and M. Mitchell. | Business Analysis / Operations | 0.60 | 420.00 | $252.00 |
| 12/4/2023 | Matthew Mitchell | Attended weekly call with the M3 and Province teams, including E. Karsch and J. Dong. | Business Analysis / Operations | 0.60 | 400.00 | $240.00 |
| 12/4/2023 | Jin Lai Dong | Attended weekly call with the M3 and Province teams, including E. Karsch and M. Mitchell. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/4/2023 | Eitan Karsch | Built slides related to certain FA workstreams. | Business Analysis / Operations | 1.80 | 420.00 | $756.00 |
| 12/4/2023 | Matthew Mitchell | Attended weekly call with the Galaxy team. | Sale Process | 0.50 | 400.00 | $200.00 |
| 12/4/2023 | Eitan Karsch | Compiled notes from earlier meetings. | Business Analysis / Operations | 0.30 | 420.00 | $126.00 |
| 12/4/2023 | Eitan Karsch | Met with Debtor Investment banker. | Business Analysis / Operations | 0.50 | 420.00 | $210.00 |
| 12/4/2023 | Jin Lai Dong | Examined the changes in key assumptions in the revised liquidation analysis (1.6) and corresponded with counsel regarding the same (0.2). | Business Analysis / Operations | 1.80 | 720.00 | $1,296.00 |
| 12/4/2023 | Jin Lai Dong | Attended weekly call with the Galaxy team. | Sale Process | 0.50 | 720.00 | $360.00 |
| 12/4/2023 | Matthew Mitchell | Analyzed the revised liquidation analysis and the original liquidation analysis filed on 10.5.2023 and created exhibits for a PowerPoint presentation. (pt1.) | Business Analysis / Operations | 2.20 | 400.00 | $880.00 |
| 12/4/2023 | Joseph Berman | Weekly meeting with Debtor FA and Province team. | Business Analysis / Operations | 0.50 | 675.00 | $337.50 |
| 12/4/2023 | Jin Lai Dong | Corresponded with E. Mattson regarding October fee application. | Fee / Employment Applications | 0.10 | 720.00 | $72.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/4/2023 | Jin Lai Dong | Examined the declaration of R. Winning in support of Tike Labs settlement (docket #480). | Court Filings | 0.30 | 720.00 | $216.00 |
| 12/4/2023 | Matthew Mitchell | Analyzed the revised liquidation analysis and the original liquidation analysis filed on 10.5.2023 and created exhibits for a PowerPoint presentation. (pt2.) | Business Analysis / Operations | 1.40 | 400.00 | $560.00 |
| 12/4/2023 | David Dunn | Reviewed and provided feedback on presentation created by J. Dong. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 12/4/2023 | David Dunn | Examined revised DIP budget and wind-down workstreams. | Business Analysis / Operations | 1.40 | 1,250.00 | $1,750.00 |
| 12/4/2023 | Joseph Berman | Met with Galaxy re: sales workstreams and process updates. | Sale Process | 0.50 | 675.00 | $337.50 |
| 12/4/2023 | Jin Lai Dong | Corresponded with counsel regarding October fee application. | Fee / Employment Applications | 0.20 | 720.00 | $144.00 |
| 12/4/2023 | Bill McMahon | Analyzed and reviewed Prime Trust - BR Insurance Presentation 10.05.2023, create Prime Trust D&O Summary Chart for coverage 2020-2023 primary and excess.  For email distribution to Province Team and A. O'Brient, J. Dunn/Mintz. | Insurance | 2.70 | 740.00 | $1,998.00 |
| 12/4/2023 | Jin Lai Dong | Examined wind-down trust funding in the revised DIP budget. | Business Analysis / Operations | 1.20 | 720.00 | $864.00 |
| 12/4/2023 | Matthew Mitchell | Analyzed the liquidation analysis in conjunction with the amended plan. | Committee Activities | 1.70 | 400.00 | $680.00 |
| 12/4/2023 | Jin Lai Dong | Corresponded with internal team regarding the Debtors' taxes. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/5/2023 | Jin Lai Dong | Examined limited objection and reservation of rights of Salesforce, Inc. (docket #512). | Court Filings | 0.40 | 720.00 | $288.00 |
| 12/5/2023 | David Dunn | Attended a call with Stretto and Province teams, including J. Dong and J. Berman. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 12/5/2023 | Joseph Berman | Attended a call with Stretto and Province teams, including J. Dong and D. Dunn. | Business Analysis / Operations | 0.40 | 630.00 | $252.00 |
| 12/5/2023 | Jin Lai Dong | Attended a call with Stretto and Province teams, including D. Dunn and J. Berman. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 12/5/2023 | Jin Lai Dong | Drafted a list of questions regarding various matters to M3. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/5/2023 | Jin Lai Dong | Corresponded with counsel regarding October fee application. | Fee / Employment Applications | 0.10 | 720.00 | $72.00 |
| 12/5/2023 | Jin Lai Dong | Examined ASK's preference data request for preference analysis. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/5/2023 | David Dunn | Examined amended schedule of assets and liabilities. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 12/5/2023 | Jin Lai Dong | Examined assets in the amended schedules of assets and liabilities. | Business Analysis / Operations | 1.30 | 720.00 | $936.00 |
| 12/5/2023 | Eitan Karsch | Updated slide related to certain FA workstreams. | Business Analysis / Operations | 1.00 | 420.00 | $420.00 |
| 12/5/2023 | Jin Lai Dong | Examined the cash balances of Debtor entities. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/5/2023 | Jin Lai Dong | Discussed B. Silverberg's comments on October fee application with M. Sawyer. | Fee / Employment Applications | 0.20 | 720.00 | $144.00 |
| 12/5/2023 | David Dunn | Attended a call with BR, MWE, and Province teams discussing documents related to DIP and Plan. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 12/5/2023 | Jin Lai Dong | Attended a call with BR, MWE, and Province teams discussing documents related to DIP and Plan. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/5/2023 | Jin Lai Dong | Examined the customer accounts of Debtor entities. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/5/2023 | Matthew Mitchell | Analyzed the amended SOAL/SOFA to derive a cash balance, number of customer accounts, and other assets available to the Company. | Business Analysis / Operations | 1.30 | 400.00 | $520.00 |
| 12/5/2023 | Matthew Mitchell | Analyzed the amended plan in conjunction with analyzing the revised liquidation analysis. | Plan and Disclosure Statement | 1.60 | 400.00 | $640.00 |
| 12/5/2023 | Jin Lai Dong | Examined B. Silverberg's comments on October fee application. | Fee / Employment Applications | 0.40 | 720.00 | $288.00 |
| 12/5/2023 | Jin Lai Dong | Edited October fee application per B. Silverberg's comments. | Fee / Employment Applications | 1.10 | 720.00 | $792.00 |
| 12/5/2023 | Jin Lai Dong | Reviewed the draft declaration of R. Winning in support of the post-petition financing. | Financing Activities | 0.30 | 720.00 | $216.00 |
| 12/6/2023 | Jin Lai Dong | Reviewed the draft stipulation to Salesforce administration claim (0.3) and replied to R. Winning regarding the matter (0.1). | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 12/6/2023 | Jin Lai Dong | Reviewed changes in the Plan and Plan Supplement documents. | Plan and Disclosure Statement | 0.50 | 720.00 | $360.00 |
| 12/6/2023 | Jin Lai Dong | Reviewed the Tiki Labs settlement slide of the draft committee presentation. | Committee Activities | 0.50 | 720.00 | $360.00 |
| 12/6/2023 | Jin Lai Dong | Reviewed the liquidation analysis slide of the draft committee presentation. | Committee Activities | 0.70 | 720.00 | $504.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/6/2023 | Jin Lai Dong | Drafted the outline of committee presentation for the upcoming call. | Committee Activities | 0.60 | 720.00 | $432.00 |
| 12/6/2023 | Matthew Mitchell | Updated the Prime Trust liquidation variance analysis using public filings related to the liquidation analysis. | Business Analysis / Operations | 2.10 | 400.00 | $840.00 |
| 12/6/2023 | Eric Mattson | Corresponded with J. Dong re: October fee app. | Fee / Employment Applications | 0.10 | 270.00 | $27.00 |
| 12/6/2023 | Eitan Karsch | Edited slides related to FA workstreams. | Business Analysis / Operations | 0.90 | 420.00 | $378.00 |
| 12/6/2023 | Eric Mattson | Revised October entries and fee app per comments from counsel. | Fee / Employment Applications | 0.50 | 270.00 | $135.00 |
| 12/6/2023 | David Dunn | Began reviewing draft committee presentation. | Committee Activities | 0.80 | 1,250.00 | $1,000.00 |
| 12/6/2023 | Jin Lai Dong | Discussed B. Silverberg's comments on October fee application with M. Sawyer at Brown Rudnick. | Fee / Employment Applications | 0.20 | 720.00 | $144.00 |
| 12/7/2023 | David Dunn | Analyzed latest docket filings. | Court Filings | 1.30 | 1,250.00 | $1,625.00 |
| 12/7/2023 | Jin Lai Dong | Examined Kado's transfer in the 90-day preference period. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/7/2023 | Matthew Mitchell | Analyzed court filings (objections and plan amendments) that were filed. | Plan and Disclosure Statement | 1.80 | 400.00 | $720.00 |
| 12/7/2023 | Matthew Mitchell | Created an excel model tracking transactions at the request of J. Dong. | Business Analysis / Operations | 0.70 | 400.00 | $280.00 |
| 12/7/2023 | Jin Lai Dong | Examined Kado Software objection to approval of the Disclosure Statement (docket #524). | Plan and Disclosure Statement | 1.30 | 720.00 | $936.00 |
| 12/8/2023 | Jin Lai Dong | Examined the revised schedule of vested causes of action. | Court Filings | 0.50 | 720.00 | $360.00 |
| 12/8/2023 | Jin Lai Dong | Examined Mintz's comments on draft PCT Litigation Trust Agreement. | Plan and Disclosure Statement | 0.20 | 720.00 | $144.00 |
| 12/8/2023 | Matthew Mitchell | Created an excel model for the wind-down budget that consolidates SOFA/SOAL information and preference actions and outstanding claims. pt. 1 | Business Analysis / Operations | 2.60 | 400.00 | $1,040.00 |
| 12/8/2023 | Jin Lai Dong | Examined internal team changes on the Amended Plan. | Plan and Disclosure Statement | 0.60 | 720.00 | $432.00 |
| 12/8/2023 | Matthew Mitchell | Analyzed the amended plan in preparation for creating a wind-down budget. pt.1 | Plan and Disclosure Statement | 2.30 | 400.00 | $920.00 |
| 12/8/2023 | Matthew Mitchell | Analyzed the amended plan in preparation for creating a wind-down budget. pt.2 | Plan and Disclosure Statement | 1.50 | 400.00 | $600.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/8/2023 | David Dunn | Began reviewing model of wind-down budget. | Business Analysis / Operations | 2.10 | 1,250.00 | $2,625.00 |
| 12/8/2023 | Matthew Mitchell | Created an excel model for the wind-down budget that consolidates SOFA/SOAL information and preference actions and outstanding claims. pt. 2 | Business Analysis / Operations | 1.90 | 400.00 | $760.00 |
| 12/9/2023 | Jin Lai Dong | Reviewed the draft Account Treatment Procedures from WME. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/10/2023 | Matthew Mitchell | Analyzed D&O policies and documents and filings detailing assets held by the estate. | Insurance | 2.70 | 400.00 | $1,080.00 |
| 12/10/2023 | Matthew Mitchell | Continued to develop the wind-down model with data found through analyzing court filings and data provided by the Company. | Business Analysis / Operations | 1.70 | 400.00 | $680.00 |
| 12/11/2023 | Eitan Karsch | Attended meeting with debtor investment banker. | Sale Process | 0.50 | 420.00 | $210.00 |
| 12/11/2023 | Joseph Berman | Met with Galaxy re: sales workstreams and process updates. | Sale Process | 0.50 | 675.00 | $337.50 |
| 12/11/2023 | David Dunn | Attended a call with J. Dong and J. Berman discussing wind-down Debtor matters. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 12/11/2023 | Matthew Mitchell | Walked through wind-down forecast model with J. Dong. | Business Analysis / Operations | 0.60 | 400.00 | $240.00 |
| 12/11/2023 | Matthew Mitchell | Analyzed the Company's D&O insurance policies and added important policy data to the model. | Insurance | 1.40 | 400.00 | $560.00 |
| 12/11/2023 | Joseph Berman | Weekly meeting with Debtor FA. | Business Analysis / Operations | 0.50 | 675.00 | $337.50 |
| 12/11/2023 | Matthew Mitchell | Analyzed the amended plan to determine the flow of funds to properly map out the wind-down budget. | Plan and Disclosure Statement | 2.30 | 400.00 | $920.00 |
| 12/11/2023 | Matthew Mitchell | Attended weekly sale process call with Galaxy and Province teams. | Sale Process | 0.50 | 400.00 | $200.00 |
| 12/11/2023 | Jin Lai Dong | Attended weekly sale process call with Galaxy and Province teams. | Sale Process | 0.50 | 720.00 | $360.00 |
| 12/11/2023 | Joseph Berman | Attended a call with D. Dunn and J. Dong discussing wind-down Debtor matters. | Business Analysis / Operations | 0.70 | 630.00 | $441.00 |
| 12/11/2023 | Jin Lai Dong | Attended a call with D. Dunn and J. Berman discussing wind-down Debtor matters. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |
| 12/11/2023 | Jin Lai Dong | Corresponded with R. Winning from M3 regarding convenience class. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/11/2023 | Jin Lai Dong | Examined draft account treatment procedures by MWE. | Plan and Disclosure Statement | 0.30 | 720.00 | $216.00 |
| 12/11/2023 | Jin Lai Dong | Walked through wind-down forecast model with M. Mitchell. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | Matthew Mitchell | Continued consolidating the Company's claims data and financial data onto an excel model. | Business Analysis / Operations | 2.50 | 400.00 | $1,000.00 |
| 12/12/2023 | Eitan Karsch | Attended meeting with debtor FA. | Business Analysis / Operations | 0.50 | 420.00 | $210.00 |
| 12/12/2023 | Jin Lai Dong | Corresponded with internal team regarding cushion in the budget. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/12/2023 | Matthew Mitchell | Worked on the Wind-down model by further consolidating assumptions of available assets and claims onto the model. | Business Analysis / Operations | 2.60 | 400.00 | $1,040.00 |
| 12/12/2023 | Jin Lai Dong | Prepped for upcoming call with M3. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/12/2023 | Matthew Mitchell | Attended weekly call with M3 and Province teams. | Business Analysis / Operations | 0.40 | 400.00 | $160.00 |
| 12/12/2023 | Jin Lai Dong | Attended weekly call with M3 and Province teams. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 12/12/2023 | Jin Lai Dong | Reviewed preliminary question list for M3. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/12/2023 | Matthew Mitchell | Analyzed the updated claims register sent by Stretto and organized the data. | Claims Analysis and Objections | 2.20 | 400.00 | $880.00 |
| 12/13/2023 | Eric Mattson | Triangulated November time entries in preparation for monthly fee app. | Fee / Employment Applications | 0.80 | 270.00 | $216.00 |
| 12/13/2023 | Matthew Mitchell | Worked on the wind-down model; specifically consolidated claims, and read through admin claims on the docket (pt.2) | Claims Analysis and Objections | 2.50 | 400.00 | $1,000.00 |
| 12/13/2023 | Jin Lai Dong | Attended a call with MWE, Brown Rudnick, and Mintz teams discussing comments on article 2.5. | Plan and Disclosure Statement | 0.40 | 720.00 | $288.00 |
| 12/13/2023 | Matthew Mitchell | Worked on the wind-down model; specifically consolidated claims, and read through admin claims on the docket (pt.1) | Claims Analysis and Objections | 1.90 | 400.00 | $760.00 |
| 12/13/2023 | Jin Lai Dong | Examined the general unsecured claims in the latest claim register. | Claims Analysis and Objections | 0.60 | 720.00 | $432.00 |
| 12/13/2023 | David Dunn | Continued reviewing model of wind-down budget. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 12/14/2023 | Jin Lai Dong | Continued reconciling November entries in preparation for monthly fee application. | Fee / Employment Applications | 1.90 | 720.00 | $1,368.00 |
| 12/14/2023 | Jin Lai Dong | Attended call with committee members and professionals, including D. Dunn, J. Berman, and E. Karsch. | Committee Activities | 0.40 | 720.00 | $288.00 |

9

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2023 | Jin Lai Dong | Began reconciling November entries in preparation for monthly fee application. | Fee / Employment Applications | 1.70 | 720.00 | $1,224.00 |
| 12/14/2023 | David Dunn | Prepared for upcoming Committee call. | Committee Activities | 0.60 | 1,250.00 | $750.00 |
| 12/14/2023 | Joseph Berman | Attended call with committee members and professionals, including J. Dong, E. Karsch, and D. Dunn. | Committee Activities | 0.40 | 630.00 | $252.00 |
| 12/14/2023 | Eitan Karsch | Attended call with committee members and professionals, including J. Dong, J. Berman, and D. Dunn. | Committee Activities | 0.40 | 420.00 | $168.00 |
| 12/14/2023 | David Dunn | Attended call with committee members and professionals, including J. Dong, J. Berman, and E. Karsch. | Committee Activities | 0.40 | 1,250.00 | $500.00 |
| 12/14/2023 | Jin Lai Dong | Prepped for the upcoming committee call. | Committee Activities | 0.50 | 720.00 | $360.00 |
| 12/14/2023 | Matthew Mitchell | Updated the wind-down model assumptions and cleaned up the claims portion to ensure accuracy, along with making various ad hoc changes. | Business Analysis / Operations | 1.80 | 400.00 | $720.00 |
| 12/14/2023 | Matthew Mitchell | Discussed wind-down budget with J. Dong. | Business Analysis / Operations | 0.20 | 400.00 | $80.00 |
| 12/14/2023 | Jin Lai Dong | Discussed wind-down budget with M. Mitchell. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/14/2023 | Jin Lai Dong | Walked through the wind-down budget with M. Mitchell. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/15/2023 | Eric Mattson | Drafted November fee app (1.3). Emailed to J. Dong for review (0.1). | Fee / Employment Applications | 1.40 | 270.00 | $378.00 |
| 12/15/2023 | Jin Lai Dong | Call with M. Mitchell regarding the wind-down expenses and budget. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/15/2023 | Matthew Mitchell | Call with J. Dong regarding the wind-down expenses and budget. | Business Analysis / Operations | 0.50 | 400.00 | $200.00 |
| 12/15/2023 | Matthew Mitchell | Continued to develop the wind-down trust budget and model. | Business Analysis / Operations | 2.50 | 400.00 | $1,000.00 |
| 12/15/2023 | Matthew Mitchell | Made adjustments to the wind-down model and analyzed the amended plan. | Business Analysis / Operations | 2.20 | 400.00 | $880.00 |
| 12/15/2023 | David Dunn | Reviewed model of wind-down budget. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 12/17/2023 | Jin Lai Dong | Reviewed the daft November fee application. | Fee / Employment Applications | 0.50 | 720.00 | $360.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2023 | Eric Mattson | Revised November fee app per comments from J. Dong. | Fee / Employment Applications | 0.30 | 270.00 | $81.00 |
| 12/18/2023 | Joseph Berman | Crafted comprehensive summary of preference analysis and timeline for analysis in advance of upcoming confirmation hearing. | Business Analysis / Operations | 2.80 | 675.00 | $1,890.00 |
| 12/18/2023 | Matthew Mitchell | Analyzed court filings in relation to TrustToken and the foreign currency collateral to map out potential proceeds. | Court Filings | 2.00 | 400.00 | $800.00 |
| 12/18/2023 | Jin Lai Dong | Examined the terms of Fireblocks agreement. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/18/2023 | Matthew Mitchell | Analyzed all information regarding preferences onto a Word doc, including creating exhibits and a variance report. | Business Analysis / Operations | 2.20 | 400.00 | $880.00 |
| 12/18/2023 | Joseph Berman | Met with Galaxy re: sales workstreams and process updates. | Sale Process | 0.50 | 675.00 | $337.50 |
| 12/18/2023 | Joseph Berman | Weekly meeting with Debtor FA. | Business Analysis / Operations | 0.50 | 675.00 | $337.50 |
| 12/18/2023 | Eitan Karsch | Attended call with Galaxy and Province teams, including J. Dong. | Sale Process | 0.50 | 420.00 | $210.00 |
| 12/18/2023 | Jin Lai Dong | Prepped for upcoming call with Galaxy (0.2) and attended a call with Galaxy and Province teams (0.5). | Sale Process | 0.70 | 720.00 | $216.00 |
| 12/19/2023 | David Dunn | In-person attendance at Confirmation Hearing on 12/19. | Court Hearings | 7.50 | 1,250.00 | $9,375.00 |
| 12/19/2023 | David Dunn | Travel from New York, NY to Wilmington, DE to attend confirmation hearing. | Travel Time | 2.20 | 1,250.00 | $2,750.00 |
| 12/19/2023 | Jin Lai Dong | Attended confirmation hearing via Zoom. | Court Hearings | 7.50 | 720.00 | $5,400.00 |
| 12/19/2023 | Joseph Berman | In-person attendance at Confirmation Hearing on 12/19. | Court Hearings | 7.50 | 675.00 | $5,062.50 |
| 12/19/2023 | Matthew Mitchell | Analyzed objections made by TrustToken in relation to the foreign currency deposits and consolidated information on those dockets onto a memo. | Business Analysis / Operations | 2.20 | 400.00 | $880.00 |
| 12/19/2023 | Joseph Berman | Travel from New York, NY to Wilmington, DE to attend confirmation hearing. | Travel Time | 2.20 | 675.00 | $1,485.00 |
| 12/19/2023 | David Dunn | Travel from Wilmington, DE to New York, NY following confirmation hearing. | Travel Time | 2.30 | 1,250.00 | $2,875.00 |
| 12/19/2023 | Joseph Berman | Travel from Wilmington, DE to New York, NY following confirmation hearing. | Travel Time | 2.30 | 675.00 | $1,552.50 |
| 12/19/2023 | Matthew Mitchell | Attended the Prime Trust hearing virtually. | Business Analysis / Operations | 7.50 | 400.00 | $3,000.00 |
| 12/21/2023 | Jin Lai Dong | Corresponded with internal team re: wind-down trust matters. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2023 | Jin Lai Dong | Attended a call with Mintz team to discuss wind-down trust matters. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/21/2023 | Jin Lai Dong | Attended a call with M3 team to discuss wind-down trust matters. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/22/2023 | Jin Lai Dong | Examined the Debtors' crypto holdings. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/22/2023 | Jin Lai Dong | Edited the initial wind-down diligence list. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/22/2023 | Bill McMahon | Corresponded with multiple attachments from/to J. Dong. RE: Prime Trust D&O insurance placement.  RE: Receipt/analysis of 486 - Plan Supplement, 523 - DIP Motion, 631 - DIP Order and 521 - Amended Plan.  Follow-up email to T. Hartwick/JPG with Side A D&O coverage requests. | Insurance | 1.60 | 740.00 | $1,184.00 |
| 12/22/2023 | Jin Lai Dong | Corresponded with counsel regarding November fee application. | Fee / Employment Applications | 0.10 | 720.00 | $72.00 |
| 12/22/2023 | Jin Lai Dong | Examined the initial wind-down diligence list provided by DIP Lender's counsel. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 12/22/2023 | Jin Lai Dong | Attended a call with professionals discussing matters related to the Effective Date. | Plan and Disclosure Statement | 0.50 | 720.00 | $360.00 |
| 12/22/2023 | Jin Lai Dong | Revised draft November fee application per counsel's comments. | Fee / Employment Applications | 0.40 | 720.00 | $288.00 |
| 12/22/2023 | David Dunn | Corresponded multiple emails with Province team regarding D&O insurance (0.3) and examined D&O policies (0.8). | Insurance | 1.10 | 1,250.00 | $1,375.00 |
| 12/22/2023 | Jin Lai Dong | Corresponded with M3 regarding wind-down diligence list. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/22/2023 | David Dunn | Reviewed and provided comments on the updated wind-down diligence list. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 12/22/2023 | Jin Lai Dong | Filled out KYC onboarding application for the wind-down trust. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/22/2023 | Jin Lai Dong | Read email correspondence from counsel regarding proposed stipulation and order pertaining to Salesforce. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/22/2023 | Jin Lai Dong | Re-examined the preliminary question list. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/22/2023 | Jin Lai Dong | Corresponded with MWE regarding wind-down diligence list. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/22/2023 | Jin Lai Dong | Examined the Province's preliminary wind-down budget. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/22/2023 | Jin Lai Dong | Examined employment agreement and 1099 contract agreement. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 12/23/2023 | David Dunn | Continued to correspond with Province team to discuss D&O insurance. | Insurance | 0.60 | 1,250.00 | $750.00 |
| 12/23/2023 | Bill McMahon | Corresponded with D. Dunn re: confirmation of fiduciary coverage for Prime Trust. | Insurance | 0.10 | 740.00 | $74.00 |
| 12/26/2023 | Eric Mattson | Revised November fee app (0.3). Corresponded with J. Dong re: same (0.1). | Fee / Employment Applications | 0.40 | 270.00 | $108.00 |
| 12/26/2023 | David Dunn | Assessed M3's plan administration presentation re: trust sources and uses and reserve funding. | Plan and Disclosure Statement | 0.90 | 1,250.00 | $1,125.00 |
| 12/26/2023 | Eitan Karsch | Attended weekly call with M3 and Province teams, including J. Dong and M. Mitchell. | Business Analysis / Operations | 0.40 | 420.00 | $168.00 |
| 12/26/2023 | Matthew Mitchell | Attended weekly call with M3 and Province teams, including E. Karsch and J. Dong. | Business Analysis / Operations | 0.40 | 400.00 | $160.00 |
| 12/26/2023 | Jin Lai Dong | Attended weekly call with M3 and Province teams, including E. Karsch and M. Mitchell. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 12/26/2023 | Jin Lai Dong | Examined details of current employees and 1099s. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 12/26/2023 | Bill McMahon | Corresponded with internal team re: Prime Trust - Fiat deposits, crypto deposits and ownership distribution and/or GUC. Follow-up email to T. Hartwick/JPG with updates. | Insurance | 0.50 | 740.00 | $370.00 |
| 12/26/2023 | Eitan Karsch | Drafted 1099 contracts. | Business Analysis / Operations | 1.10 | 420.00 | $462.00 |
| 12/26/2023 | Jin Lai Dong | Examined the Debtors' customer deposits. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |
| 12/26/2023 | Jin Lai Dong | Corresponded with internal team re: trust workstreams. | Plan and Disclosure Statement | 0.20 | 720.00 | $144.00 |
| 12/26/2023 | Matthew Mitchell | Analyzed wind-down items and consolidated budget items onto an excel model. (pt.2) | Business Analysis / Operations | 1.80 | 400.00 | $720.00 |
| 12/26/2023 | Matthew Mitchell | Analyzed the plan supplement and the litigation trust agreement. | Plan and Disclosure Statement | 2.60 | 400.00 | $1,040.00 |
| 12/26/2023 | Matthew Mitchell | Analyzed wind-down items and consolidated budget items onto an excel model. (pt.1) | Business Analysis / Operations | 2.50 | 400.00 | $1,000.00 |
| 12/26/2023 | Bill McMahon | Corresponded with multiple attachments and underwriting details to T. Hartwick/JPG re: Prime Trust documents for underwriting the litigation trust. Completed fiduciary liability initial form requirements for crypto exposure. | Insurance | 0.70 | 740.00 | $518.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/26/2023 | Jin Lai Dong | Attended a call with professionals discussing matters related to the Effective Date. | Plan and Disclosure Statement | 0.50 | 720.00 | $360.00 |
| 12/26/2023 | Eitan Karsch | Attended professionals meeting re: Effective Date. | Plan and Disclosure Statement | 0.50 | 420.00 | $210.00 |
| 12/26/2023 | Jin Lai Dong | Examined M3's plan administration presentation regarding trust sources and uses and reserve funding. | Plan and Disclosure Statement | 1.00 | 720.00 | $720.00 |
| 12/26/2023 | Jin Lai Dong | Read an email from M3 regarding severance. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 12/27/2023 | Joseph Berman | Attended weekly call with Galaxy and Province teams. | Sale Process | 0.10 | 630.00 | $63.00 |
| 12/27/2023 | Eitan Karsch | Attended weekly call with Galaxy and Province teams. | Sale Process | 0.10 | 420.00 | $42.00 |
| 12/27/2023 | Matthew Mitchell | Attended weekly call with Galaxy and Province teams. | Sale Process | 0.10 | 400.00 | $40.00 |
| 12/27/2023 | Jin Lai Dong | Prepped for upcoming call with Galaxy (0.2) and attended the weekly call with Galaxy and Province teams, including J. Berman, M. Mitchell and E. Karsch (0.1). | Sale Process | 0.30 | 720.00 | $216.00 |
| 12/27/2023 | Matthew Mitchell | Analyzed the M3 sources and uses and incorporated it into a model. | Business Analysis / Operations | 1.90 | 400.00 | $760.00 |
| 12/27/2023 | Jin Lai Dong | Corresponded with R. Price at Prime Trust regarding logins and passwords for various services and systems. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 12/27/2023 | David Dunn | Began reviewing transition materials shared by M3. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 12/27/2023 | Jin Lai Dong | Began reviewing transition memos shared by M3. | Business Analysis / Operations | 1.30 | 720.00 | $936.00 |
| 12/27/2023 | Joseph Berman | Analyzed Swan sale agreement (1.3) and corresponded with Swan management re: deposit timeline (0.3). | Sale Process | 1.60 | 675.00 | $1,080.00 |
| 12/27/2023 | Matthew Mitchell | Analyzed the M3 sources and uses and incorporated it into a model. (pt.2) | Business Analysis / Operations | 2.40 | 400.00 | $960.00 |
| 12/28/2023 | Eitan Karsch | Attended a call with M3 and Province teams, including J. Dong and M. Mitchell. | Business Analysis / Operations | 0.60 | 420.00 | $252.00 |
| 12/28/2023 | Matthew Mitchell | Attended a call with M3 and Province teams, including E. Karsch and J. Dong. | Business Analysis / Operations | 0.60 | 400.00 | $240.00 |
| 12/28/2023 | Jin Lai Dong | Attended a call with M3 and Province teams, including E. Karsch and M. Mitchell. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 12/28/2023 | Jin Lai Dong | Examined illustrative trust budget and sources & uses to evaluate liquidity of the trust. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |
| 12/28/2023 | Matthew Mitchell | Organized case notes and sent out an update email to the team. | Business Analysis / Operations | 0.40 | 400.00 | $160.00 |
| 12/29/2023 | Jin Lai Dong | Attended a call with R. Price at Prime Trust regarding password handoff. | Business Analysis / Operations | 1.10 | 720.00 | $792.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2023 | Jin Lai Dong | Prepped for upcoming call with R. Price regarding password handoff. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 12/19/2023 | Airfare/Train | Amtrak - D. Dunn train NYC-WIL roundtrip to attend hearing. | $545.00 |
| 12/19/2023 | Airfare/Train | Amtrak - J. Berman train WIL-NYP one-way to attend hearing. | $186.00 |
| 12/19/2023 | Ground Transportation | Uber - D. Dunn transport in New York, NY from home to train station for hearing. | $59.14 |
| 12/19/2023 | Ground Transportation | Uber - D. Dunn transport in Wilmington, DE from hearing to train station. | $16.54 |
| 12/19/2023 | Ground Transportation | Uber - D. Dunn transport in New York, NY from train station to home. | $66.42 |
| 12/31/2023 | Miscellaneous | December Research Fees. | $489.00 |
|  | **Total Expenses** |  | **$1,362.10** |