**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) ) ) ) | Case No. 23-11161 (JKS) (Jointly Administered) |
| Debtors. | ) ) ) | **Objection Deadline: February 21, 2024 at 4:00 p.m. (ET)** **Hearing Date: To be determined if response filed.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on January 31, 2024, the Official Committee of Unsecured Creditors (the "Committee"), by and through the Committee's undersigned counsel, filed the *Fourth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 Through December 31, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon: (a) the Debtors, 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135 (Attn: Jor Law); (b) counsel for the Debtors, (i) McDermott Will & Emery LLP, 1000 N. West Street, Suite 1400, Wilmington, DE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

19801 (Attn: Maris J. Kandestin), and One Vanderbilt Avenue, New York, NY 10017 (Attn: Darren Azman and Joseph B. Evans), and 333 SE 2nd Avenue, Suite 5400, Miami, FL 33131 (Attn: Gregg Steinman); (c) counsel for the Official Committee of Unsecured Creditors: (i) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: David M. Banker and Donald J. Detweiler) and (ii) Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Robert Stark; Bennett Silverberg); and (d) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph Cudia) by no later than **February 21, 2024 at 4:00 p.m. (prevailing Eastern Time)**.  A hearing on the Application shall be held only in the event timely objections are filed.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 31, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>Email:  elazar.kosman@wbd-us.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |