# EXHIBIT A



**Womble Bond Dickinson (US) LLP**
950 Third Avenue
Suite 2400
New York, New York 10022

Tel: (332) 258-8400
Fax: (332) 258-8949
www.womblebonddickinson.com

January 5, 2024
Matter Number 120116.0001.8
Bill Number 4871258
STATEMENT FOR SERVICES RENDERED

c/o Womble Bond Dickinson LLP
1313 N Market Street
Suite 1200
Wilmington, DE  19801

RE:   Prime Core Technologies Inc., et al

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023 | $20,167.50 |
| DISBURSEMENTS THROUGH 12/31/2023 | $257.86 |
| **CURRENT TOTAL** | **$20,425.36** |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors     120116.0001.8/4871258
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKC - Creditors Committee Meeting/Conferences** | | | | | |
| 11/16/2023 | Emails with Committee's professionals regarding 90 day payment info and preference info requested by Committee | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| | | | | | $ 253.50 |
| | | | **Total for Task:** | | |
| **BKCI - Creditor Information Sharing/1102 Matters** | | | | | |
| 12/13/2023 | Emails to and from Brown Rudnick and creditor regarding responding to creditor inquiry on claims objections under Delaware Local Rules | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| | | | | | $ 253.50 |
| | | | **Total for Task:** | | |
| **BKCO - Claims Objections** | | | | | |
| 12/14/2023 | Call from BMO counsel regarding status of resolution of administrative claim motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4871258
Prime Core Technologies Inc., et al

| 12/26/2023 | Multiple emails with Debtors, BMO and Committee regarding BMO administrative expense claim | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
|---|---|---|---|---|---|
| 12/27/2023 | Multiple emails and revisions to Stipulation resolving BMO Cure and Administrative Expense Claims (.4); review and revise stipulation and circulate to all concerned parties (.4) | Detweiler, Donald J. (10135) | 0.80 | 845.00 | $ 676.00 |

|  |  |  |  | **Total for Task:** | $ 1,183.00 |
|---|---|---|---|---|---|

**BKF - Fee Application/Monthly Billing**

| 12/07/2023 | Prepare monthly fee application | Banker, David M. (10453) | 0.40 | 900.00 | $ 360.00 |
|---|---|---|---|---|---|
| 12/07/2023 | Emails regarding WBD 2nd fee application (.1); prepare notice (.1); finalize fee application (.1); efile and serve same (.2) | Thomas, Elizabeth C.* (10159) | 0.50 | 370.00 | $ 185.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2023 | Review and edit WBD Nov. prebill | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/18/2023 | Follow up regarding 1st fee application approval status | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/26/2023 | Emails regarding 3rd WBD fee application (.1); prepare application (.4); finalize, efile and serve application (.2) | Thomas, Elizabeth C.* (10159) | 0.70 | 370.00 | $ 259.00 |
| 12/28/2023 | Multiple emails regarding committee professional fees, and communications with Office of United States Trustee regarding fee issues and resolution of same | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 12/28/2023 | Emails regarding 2nd monthly fee applications | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

| 12/28/2023 | Prepare CNO regarding WBD 2nd monthly fee application (.1); finalize and efile same (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
|---|---|---|---|---|---|

|  |  | **Total for Task:** |  |  | $ 1,232.00 |
|---|---|---|---|---|---|

**BKFO - Fees of Others**

| 12/07/2023 | Prepare notices to Brown Rudnick and Province 2nd fee applications (.2); finalize applications (.2); efile and serve same (.3) | Thomas, Elizabeth C.* (10159) | 0.70 | 370.00 | $ 259.00 |
|---|---|---|---|---|---|
| 12/26/2023 | Prepare notice to Brown Rudnick's 3rd fee application (.1); prepare notice to Province 3rd fee application (.1); finalize, efile and serve applications (.2) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 12/28/2023 | Prepare CNO regarding Brown Rudnick 2nd monthly fee application (.2); finalize and efile same (.2) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |

| 12/28/2023 | Prepare CNO regarding Province 2nd monthly fee application (.2); finalize and efile same (.2) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 703.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKG - General Case Administration**

| 12/04/2023 | Email to D. Detweiler regarding pro hac vice motions (.1); prepare pro hac vice motions for S. Palley and H. Lennon (.2); email to same regarding review (.1); file Palley PHV motion (.1); email to/from L. Benson regarding PHV motion (.1); email to D. Detweiler regarding same (.1); prepare pro hac vice motion for L. Benson (.1); efile pro hac vice motions for H. Lennon and L. Benson (.2); email to Brown Rudnick and WBD teams regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.10 | 370.00 | $ 407.00 |
|---|---|---|---|---|---|
| 12/05/2023 | Obtain and circulate recently filed pleadings (.2); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 12/06/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4871258
Prime Core Technologies Inc., et al

| 12/07/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/11/2023 | Obtain and circulate recently filed pleadings (.1); update critical dates memo (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 12/12/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/13/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/18/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2023 | Obtain and circulate recently filed pleadings (.1); update critical dates (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 12/20/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/21/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 12/26/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

$ 1,073.00
**Total for Task:**

**BKH - Court Hearings/Preparation/Agenda**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4871258
Prime Core Technologies Inc., et al

| 12/15/2023 | Support D. Detweiler in drafting motion to adjourn hearing | Kosman, Elazar A. (10329) | 1.80 | 385.00 | $ 693.00 |
|---|---|---|---|---|---|
| 12/15/2023 | Retrieve and review 12/19/23 hearing agenda (.1); email to WBD, Brown Rudnick and Committee members (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 12/18/2023 | Review agenda for confirmation hearing | Kosman, Elazar A. (10329) | 0.40 | 385.00 | $ 154.00 |
| 12/18/2023 | Review 12/19 hearing agenda (.1); follow up with Don Detweiler regarding hearing prep (.1); register (3) parties for virtual hearing appearances (.1); review and circulate amended hearing agenda (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 12/19/2023 | Prepare for confirmation hearing | Detweiler, Donald J. (10135) | 1.00 | 845.00 | $ 845.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors                    120116.0001.8/4871258
Prime Core Technologies Inc., et al

| 12/19/2023 | Attend morning session of confirmation hearing | Detweiler, Donald J. (10135) | 3.00 | 845.00 | $ 2,535.00 |
|---|---|---|---|---|---|
| 12/19/2023 | Attend afternoon session of confirmation hearing | Detweiler, Donald J. (10135) | 3.50 | 845.00 | $ 2,957.50 |
| 12/19/2023 | Attend confirmation hearing (7.5); prepare for confirmation hearing (1.0) | Kosman, Elazar A. (10329) | 8.50 | 385.00 | $ 3,272.50 |
| 12/19/2023 | Register (6) parties for 4 pm status conference | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

$ 10,753.00

**Total for Task:**

**BKM - Other Motion Practice**

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4871258
Prime Core Technologies Inc., et al

| 12/15/2023 | Revise committee statement to Debtors' emergency motion (.7); email (x3) to/from D. Detweiler (.1); prepare certificate of service regarding same (.3) | Giobbe, Cynthia M.* (10258) | 1.10 | 370.00 | $ 407.00 |
|---|---|---|---|---|---|

|  |  |  |  | | $ 407.00 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** | | |

**BKPO - Plan of Reorganization**

| 12/18/2023 | Review plan and plan supplement and voting declaration (2.0); multiple emails with Brown Rudnick regarding confirmation issues (.5); multiple emails regarding BMO claims and plan objection (.6); prepare information for lead counsel for confirmation hearing (1.0) | Detweiler, Donald J. (10135) | 4.10 | 845.00 | $ 3,464.50 |
|---|---|---|---|---|---|
| 12/20/2023 | Follow-up emails on plan confirmation order and next steps to go effective and BMO resolution of claims stipulation | Detweiler, Donald J. (10135) | 1.00 | 845.00 | $ 845.00 |

|  |  |  |  | | $ 4,309.50 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** | | |
|  |  |  | **Total for Services:** | | $ 20,167.50 |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors        120116.0001.8/4871258
Prime Core Technologies Inc., et al

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J. | 14.80 | $ 12,506.00 | $ 845.00 |
| Banker, David M. | 0.40 | $ 360.00 | $ 900.00 |
| Kosman, Elazar A. | 10.70 | $ 4,119.50 | $ 385.00 |
| Thomas, Elizabeth C.* | 6.10 | $ 2,257.00 | $ 370.00 |
| Giobbe, Cynthia M.* | 2.50 | $ 925.00 | $ 370.00 |
| **Totals:** | 34.50 | $ 20,167.50 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors         120116.0001.8/4871258
Prime Core Technologies Inc., et al

## TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKC | Creditors Committee Meeting/Conferences | 0.30 | $ 253.50 |
| BKCI | Creditor Information Sharing/1102 Matters | 0.30 | $ 253.50 |
| BKCO | Claims Objections | 1.40 | $ 1,183.00 |
| BKF | Fee Application/Monthly Billing | 2.50 | $ 1,232.00 |
| BKFO | Fees of Others | 1.90 | $ 703.00 |
| BKG | General Case Administration | 2.90 | $ 1,073.00 |
| BKH | Court Hearings/Preparation/Agenda | 19.00 | $ 10,753.00 |
| BKM | Other Motion Practice | 1.10 | $ 407.00 |
| BKPO | Plan of Reorganization | 5.10 | $ 4,309.50 |
| | **Total** | 34.50 | $ 20,167.50 |

## Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.