## EXHIBIT B

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4871258
Prime Core Technologies Inc., et al

**DISBURSEMENTS AND OTHER CHARGES**

| Date: | Description: | Amount: |
|---|---|---|
| Dec 4, 2023 | Filing Fee<br>COURTS/USDC-DE - PHV Stephen Palley - | $ 25.00 |
| Dec 4, 2023 | Filing Fee<br>COURTS/USDC-DE - PHV for Hailey Lennon and W. Lydell Benson, Jr. - | $ 50.00 |
| Dec 12, 2023 | Copying/Printing<br>DLS Discovery, LLC - Copy/Print Includes stuffing and metering  envelope printing on label stock  postage | $ 20.68 |
| Dec 19, 2023 | Business Meal<br>EZCATERDUCK DONUTS - Breakfast order of donuts and breakfast sandwiches for hearing prep and office to be split between the client and the office. - | $ 143.74 |
| Dec 28, 2023 | Copying/Printing<br>DLS Discovery, LLC - 130 Copy Print/includes stuffing and metering  1 Envelope  1 Printing on Label Stock 1 Postage | $ 18.44 |
| | **Total Disbursements:** | $ 257.86 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost.  The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%.  We maintain the supporting documentation for these costs and will make the documentation available to you upon request.