## **CERTIFICATE OF SERVICE**

I, Donald J. Detweiler, do hereby certify that on January 31, 2024, I caused a copy of the *Fourth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 Through December 31, 2023* to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| VIA FIRST CLASS MAIL<br>Prime Core Technologies<br>Attn: Jor Law<br>10845 Griffith Peak Dr.<br>#03-153<br>Las Vegas, NV 89135 | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>mkandestin@mwe.com |
| VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Darren Azman and Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com; jbevans@mwe.com | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Gregg Steinman<br>333 SE 2nd Avenue, Suite 5400<br>Miami, FL 33131<br>gsteinman@mwe.com |
| VIA ELECTRONIC MAIL<br>Office of the United States Trustee for the District of Delaware<br>Attn: Joseph Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Joseph.cudia@usdoj.gov | |

    */s/ Donald J. Detweiler*
    Donald J. Detweiler (DE Bar No. 3087)

WBD (US) 4881-8689-1937v1