UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: PRIME CORE TECHNOLOGIES INC., et al.[1]            CHAPTER 11

DEBTORS            CASE NO. 23-11161 (JKS)

APPLICATION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE CLAIMS

**Creditor:** Mississippi Department of Revenue

**Basis of Claim**:

**Annual Corporate Income and Franchise Taxes**. Under Mississippi law, the Debtors are obligated to file corporate and franchise tax returns and pass-through returns, as applicable, and timely remit the tax, interest, and penalty reported due until such time as the later of their withdrawal from the Mississippi Secretary of State or their cessation of business in the state. The Debtors identified below have neither reported nor paid the following taxes:

|  | Tax Type | Account No. | Period | Tax/Interest/Penalty |
|---|---|---|---|---|
| **NYTC LLC** | Corporate & Franchise Tax | 1455-0872 | 31-Dec-23 | Unliquidated* |
| **Prime Core Technologies, Inc.** | Pass Through Tax | 1302-3550 | 31-Dec-23 | Unliquidated* |

**Monthly Withholding Taxes and Use Taxes**. Under Mississippi law, the Debtors are obligated to file monthly use tax and withholding taxes returns and timely remit tax, interest, and penalty reported due until such time as the later of their closing of their tax account with the Mississippi Department of Revenue or their cessation of business in the state. The Debtors identified below have neither reported nor paid the following taxes:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

1

|  | Tax Type | Account No. | Period | Tax/Interest/Penalty |
|---|---|---|---|---|
| **NYTC LLC** | Use Tax | 1421-3698 | 31-Dec-23 | Unliquidated* |
| **Prime Core Technologies, Inc.** | Withholding Tax | 1455-0733 | 31-Dec-23 | Unliquidated* |
| **Prime Core Technologies, Inc.** | Withholding Tax | 1455-0733 | 30-Nov-23 | Unliquidated* |

***Unliquidated.** The amounts owed are described as unliquidated because, in the absence of an audit, MDOR relies on the Debtors' filed returns to establish the tax liability due.

**Reservation of Rights.** MDOR expressly reserves all rights to amend or supplement this Application. The amount due includes not only taxes but prepetition and post petition interest and penalties to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

Dated: January 31, 2024.

                MISSISSIPPI DEPARTMENT OF REVENUE

BY:    /s/Sylvie Robinson
          Sylvie Robinson (MSB #8931)
          Post Office Box 22828
          Jackson, MS 39225-2828
          Jackson, MS 39225-2828
          Telephone: (601) 923-7412
          E-mail: sylvie.robinson@dor.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of Mississippi Department of Revenue's *Application for Allowance and Payment of Administrative Claims* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via email on the

Via Electronic Mail
MCDERMOTT WILL & EMERY LLP
Maris J. Kandestin, Esq.
mkandestin@mwe.com

MCDERMOTT WILL & EMERY LLP
Darren Azman, Esq.
Joseph B. Evans, Esq.
Greer Griffith, Esq.
dazman@mwe.com
jbevans@mwe.com
ggiffith@mwe.com

MCDERMOTT WILL & EMERY LLP
Gregg Steinman, Esq.
gsteinman@mwe.com

OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
Joseph F. Cudia, Esq.
joseph.cudia@usdoj.gov

SO CERTIFIED, this January 31, 2024.

/s/Sylvie D. Robinson