IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION RESOLVING CLAIMS OF INNOVEST SYSTEMS, LLC**

      The undersigned counsel to Province Fiduciary Services, LLC, solely in its capacity as the Plan Administrator (the "Plan Administrator") for Prime Core Technologies, Inc. and its affiliates debtors in the above-captioned cases (collectively, the "Debtors") through their confirmed Plan[2] hereby certifies as follows regarding the *Stipulation Resolving Claims of Innovest Systems, LLC* (the "Stipulation")[3] attached as Exhibit 1 to the proposed order (the "Proposed Order") attached hereto as **Exhibit A**:

      1.    On November 27, 2023, Innovest Systems, LLC (the "Claimant") filed Proof of Claim No. 1743 (the "Proof of Claim") asserting a cumulative claim in the amount of $302,400 comprised of (i) an administrative expense claim in the amount of $151,200 and (ii) a general unsecured claim in the amount of $151,200 against debtor Prime Trust, LLC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Trust, LLC. (6823); Prime IRA, LLC (8346); and Prime Digital LLC (4528);. The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] The *Amended Joint Chapter 11 Plan of Reorganization for Prime Core, Inc. and its Affiliated Debtors*, dated December 14, 2023 [Docket No. 592], as modified by the Initial Plan Supplement [Docket No. 486], the First Amended Plan Supplement [Docket No. 511], the Second Amended Plan Supplement [Docket No. 540], the Third Amended Plan Supplement [Docket No. 594], the Fourth Amended Plan Supplement [Docket No. 615], and the Fifth Amended Plan Supplement [Docket No. 620] (collectively with the exhibits thereto, the "Plan").

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

WBD (US) 4866-6122-4351v3

2. The Plan Administrator raised certain disputes with respect to the Proof of Claim and the parties agreed to resolve such disputes through the Stipulation to avoid the need for litigation. The Stipulation, among other things, provides for a reclassification of the Innovest Proof of Claim to an allowed administrative claim in the amount of $25,000 and an allowed general unsecured claim of $277,400.

WHEREFORE, for the reasons herein and the Stipulation, the Plan Trustee respectfully requests that the Court enter the Proposed Order approving the Stipulation at the convenience of the Court.

| | |
|---|---|
| Dated: February 1, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (Del. Bar No. 3087)<br>Morgan L. Patterson (Del. Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>        morgan.patterson@wbd-us.com<br><br>*Counsel to the Plan Administrator* |