IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. ___** |

## ORDER APPROVING STIPULATION RESOLVING CLAIMS OF INNOVEST SYSTEMS, LLC

Upon consideration of the *Stipulation Resolving Claims of Innovest Systems, LLC* (the "Stipulation"),[2] attached hereto as **Exhibit 1**; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**

1. The Stipulation is APPROVED in its entirety.

2. The Parties are authorized to take all actions necessary to effectuate the terms of the Stipulation.

3. This Order shall be effective and enforceable immediately upon its entry.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Trust, LLC. (6823); Prime IRA, LLC (8346); and Prime Digital LLC (4528);. The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Capitalized terms used but not otherwise defined herein shall having the meaning ascribed to them in the Stipulation.

**Dated: February 2nd, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

WBD (US) 4866-6122-4351v3