# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtor. | (Jointly Administered) |

## RENEWED/POST-CONFIRMATION NOTICE OF APPEARANCE, DEMAND FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sommer L. Ross, Esq. of the law firm Duane Morris LLP hereby appears in the above-referenced chapter 11 case as counsel **for OKCoin USA Inc.** and **OKC USA Holding Inc.** (together, "Okcoin"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, request that copies of all notices and pleadings given or filed in these cases be given and served upon counsel at the following addresses and contact information:

Sommer L. Ross, Esq.
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 657-4951
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification numbers are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823) Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

DM3\10288455.1

Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of Okcoin.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Okcoin including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Okcoin is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. Further, this Notice of Appearance is not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 2, 2024 | DUANE MORRIS LLP |
|  | */s/ Sommer L. Ross*<br>Sommer L. Ross (DE 4598)<br>1201 N. Market Street, Suite 501<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4951<br>Email: slross@duanemorris.com |
|  | *Counsel for OKCoin USA Inc. and OKC USA Holding Inc.* |