## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date**:<br>**To be determined.**<br><br>**Objection Deadline**:<br>**August 3, 2024** |

### NOTICE OF REQUEST FOR ALLOWANCE AND PAYMENT OF
### ADMINISTRATIVE EXPENSE CLAIM OF RODRIGO VICUÑA

**PLEASE TAKE NOTICE** that on February 5, 2024, Rodrigo Vicuña ( "Mr. Vicuña") filed the *Request For Allowance And Payment Of Administrative Expense Claim Of Rodrigo Vicuña* (the "Administrative Expense Request").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Administrative Expense Request must be (i) in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 3, 2024**, (the "Objection Deadline") and (ii) served on, so as to be received by, the undersigned counsel to Mr. Vicuña on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 at a date to be determined.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Dated: February 5, 2024                    Respectfully submitted,

                                           **CROSS & SIMON, LLC**

                                           */s/ Christopher P. Simon*
                                           Christopher P. Simon (No. 3697)
                                           1105 North Market Street, Suite 901
                                           Wilmington, Delaware 19801
                                           Phone: (302) 777-4200
                                           Fax: (302) 777-4224
                                           Email: csimon@crosslaw.com

                                           -and-

                                           **HOGAN LOVELLS US LLP**
                                           Todd Schwartz, Esq.
                                           Kaitlyn Hittelman, Esq.
                                           855 Main St., Ste. 200
                                           Redwood City, CA 94063
                                           Telephone: (650) 463-4000
                                           Fax: (650) 463-4199
                                           E-mail: todd.schwartz@hoganlovells.com
                                           E-mail: kaitlyn.hittelman@hoganlovells.com

                                           *Attorneys for Creditor Rodrigo Vicuña*