# **Exhibit A**

| Administrative Expense | Amount Incurred |
|---|---|
| Legal Fees | **$141,721.16**[1] |

---

[1] Subject to appropriate protections, detailed time entries and costs redacted for privilege will be made available upon request to the Debtors, Plan Administrator, or the bankruptcy court in connection with this Administrative Expense Request.