IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[6]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br>**Re: D.I. \_\_\_** |

**ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF RODRIGO VICUÑA**

Upon consideration of the *Request for Allowance and Payment of Administrative Expense Claim of Rodrigo Vicuña* (the "**Administrative Expense Request**") seeking allowance of a $141,721.16 administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2), all as more fully described in the Administrative Expense Request; and the Court having jurisdiction to consider the Administrative Expense Request and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Administrative Expense Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Administrative Expense Request having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Administrative Expense Request and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

---

[6] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**IT IS HEREBY ORDERED THAT:**

1. The Administrative Expense Request is GRANTED.

2. Mr. Vicuña shall have an allowed administrative expense under Bankruptcy Code section 503(b) in the amount of $141,721.16 (the "**Allowed Administrative Expense Claim**").

3. The Debtors shall pay the Allowed Administrative Expense Claim within seven (7) business days of the entry of this Order.

4. Mr. Vicuña shall return the advancement of Legal Fees if it is ultimately determined that Mr. Vicuña is not entitled to indemnification (the "**Undertaking**");

5. This Order shall be binding upon, (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

6. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.