**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on this 5th day of February, 2024, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Request for Allowance and Payment of Administrative Expense Claim of Rodrigo Vicuña* to be served on the parties listed below via electronic mail.

Donald J. Detweiler, Esq.
Morgan L. Patterson, Esq.
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

Maris J. Kandestin, Esq.
MCDERMOTT WILL & EMERY LLP
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
mkandestin@mwe.com

Darren Azman, Esq.
Joseph B. Evans, Esq.
J. Greer Griffith, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

Gregg Steinman, Esq.
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
gsteinman@mwe.com

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)