## EXHIBIT A

**November Time Detail**

| Name of Professional Person | Position with the Applicant | Hours Billed |
|---|---|---|
| Alex Chen | Analyst | 30.0 |
| Alwyn Clarke | Vice President | 31.0 |
| Albert Chao | Managing Director | 28.5 |
| Michael Ashe | Head of Investment Banking | 21.5 |
| Spencer Galishoff | Analyst | 40.5 |
| | **TOTAL** | **151.5** |

| Date | Hours | Category | Description |
|---|---|---|---|
| 11/3/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with special committee member to discuss potential investor's NDA and other updates |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Jor to provide update, discuss potential alternatives |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Jor to provide update, discuss potential alternatives |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Jor to provide update, discuss potential alternatives |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Jor to provide update, discuss potential alternatives |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with debtors and special committee | Call with Jor to provide update, discuss potential alternatives |
| Total | 3.0 Hour(s) | | |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| 11/10/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| 11/14/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Catch-up call with M3 re strategy around the Swan diligence calls, note taking |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Preparation for weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Preparation for weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Preparation for weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Preparation for weekly catch-up call with M3 |
| 11/17/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up call with M3, note taking |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Corresponding with MWE re Swan's licensing agreement |
| 11/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss DIP term sheet and related docs |
| 11/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss DIP term sheet and related docs |
| 11/30/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Call with MWE to discuss DIP term sheet and related docs |
| Total | 13.0 Hour(s) | | |
| 11/1/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and MWE to discuss Swan's bid |
| 11/13/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Initial inventory call with Swan and Prime Trust, note taking |
| 11/14/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Licensing discussion with Swan, Prime Trust, and MWE, note taking |
| 11/15/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Diligence call with Swan, Prime Trust, and MWE re Prime Trust's tech |
| 11/15/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Diligence call with Swan, Prime Trust, and MWE re Prime Trust's tech |
| 11/15/2023 | 1.0 Hour(s) | Correspondence with other external parties or multiple parties | Diligence call with Swan, Prime Trust, and MWE re Prime Trust's tech, note taking |
| 11/16/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and Prime Trust regarding the Swan licensing agreement |
| 11/16/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and Prime Trust regarding the Swan licensing agreement |
| 11/16/2023 | 0.5 Hour(s) | Correspondence with other external parties or multiple parties | Call with Swan and Prime Trust regarding the Swan licensing agreement |
| Total | 14.0 Hour(s) | | |
| 11/1/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/1/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan and MWE to discuss Swan's bid, note taking |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Correspondence with potential investors | Communication with Prime Trust and potential investor regarding potential investor's NDA |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |

| Date | Hours | Category | Description |
|---|---|---|---|
| 11/6/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with potential investors | Call with potential investor |
| 11/17/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Invent.us to discuss proposal |
| 11/17/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with Invent.us to discuss proposal |
| 11/30/2023 | 0.5 Hour(s) | Correspondence with potential investors | Conducting new round of outreach to parties potentially interested in licensing agreement |
| **Total** | **8.5 Hour(s)** | | |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| 11/13/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/20/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Preparation for weekly catch-up call with Province |
| 11/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province, note taking |
| **Total** | **15.0 Hour(s)** | | |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan re licensing agreement |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan and MWE to discuss Swan's bid |
| 11/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Swan's bid |
| 11/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion and analysis re Swan's further revised bid |
| 11/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion and analysis re Swan's further revised bid |
| 11/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion and analysis re Swan's further revised bid |
| 11/2/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion and analysis re Swan's further revised bid |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with Swan re licensing agreement |
| 11/3/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re current workstreams |
| 11/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re current workstreams |
| 11/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Internal discussion re current workstreams |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |

| Date | Hours | Category | Description |
|---|---|---|---|
| 11/6/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| 11/6/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| 11/6/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/6/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/6/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| 11/6/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/10/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/13/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| 11/13/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for initial inventory call with Swan and Prime Trust |
| 11/13/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for catch-up call with M3 re strategy around the Swan diligence calls |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for licensing discussion with Swan, Prime Trust, and MWE |
| 11/14/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for licensing discussion with Swan, Prime Trust, and MWE |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Invent.us proposal |
| 11/17/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re Invent.us proposal |
| 11/20/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/20/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/20/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/20/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/20/2023 | 3.0 Hour(s) | Internal diligence and preparation of materials | Consolidating notes from calls with parties potentially interested in licensing agreement |
| 11/20/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/21/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re outreach for licensing agreement |
| 11/21/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re outreach for licensing agreement |
| 11/21/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re outreach for licensing agreement |
| 11/21/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re outreach for licensing agreement |
| 11/21/2023 | 3.0 Hour(s) | Internal diligence and preparation of materials | Consolidating notes from tech diligence calls to refresh team on tech stack |
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |

| Date | Hours | Category | Description |
|---|---|---|---|
| 11/23/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of notes on tech stack |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Swan licensing agreement sent by MWE |
| 11/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Reviewing outreach email for parties potentially interested in licensing agreement |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Swan licensing agreement sent by MWE |
| 11/27/2023 | 1.5 Hour(s) | Internal diligence and preparation of materials | Drafting and reviewing outreach email for parties potentially interested in licensing agreement |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Swan licensing agreement sent by MWE |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Drafting and reviewing outreach email for parties potentially interested in licensing agreement |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Swan licensing agreement sent by MWE |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of Swan licensing agreement sent by MWE |
| 11/27/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| 11/29/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re new outreach process strategy |
| 11/29/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re new outreach process strategy |
| 11/29/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re new outreach process strategy |
| 11/29/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re new outreach process strategy |
| 11/29/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Internal discussion re new outreach process strategy |
| 11/30/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of DIP term sheet and related docs |
| 11/30/2023 | 1.5 Hour(s) | Internal diligence and preparation of materials | Review of DIP term sheet and related docs |
| 11/30/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of DIP term sheet and related docs |
| 11/30/2023 | 1.5 Hour(s) | Internal diligence and preparation of materials | Review of DIP term sheet and related docs |
| 11/30/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Review of DIP term sheet and related docs |
| 11/30/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Updating outreach tracker |
| 11/7/2023 | 1.0 Hour(s) | Other administrative processes and analysis | Attending zoom hearing re Rule 2004 Examination |
| **Total** | **94.0 Hour(s)** | | |
| 11/10/2023 | 1.0 Hour(s) | Other administrative processes and analysis | Creation of new outreach list for other parties potentially interested in a licensing agreement such as Swan's |
| 11/10/2023 | 1.0 Hour(s) | Other administrative processes and analysis | Creation of new outreach list for other parties potentially interested in a licensing agreement such as Swan's |
| 11/10/2023 | 0.5 Hour(s) | Other administrative processes and analysis | Updating outreach tracker |
| 11/10/2023 | 1.5 Hour(s) | Other administrative processes and analysis | Creation of new outreach list for other parties potentially interested in a licensing agreement such as Swan's |
| **Total** | **4.0 Hour(s)** | | |
| **TOTAL** | **151.5 Hour(s)** | | |