**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KEVIN MEHRABI IN SUPPORT OF WEALTHCHAIN, INC.'S MOTION FOR RECONSIDERAITON OF THE COURT'S ORDER SUSTAINING THE DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM AND TO REINSTATE PROOF OF CLAIM NO. 36**

I, Kevin Mehrabi, hereby declare under penalty of perjury:

1. I am the Chief Executive Officer of Wealthchain, Inc. (the "Wealthchain" or "Claimant"), a corporation organized under the laws of the State of Delaware with its principal place of business in Los Angeles, California.

2. I have been the Chief Executive Officer of Wealthchain since its founding in 2018.

3. I am over 18 years of age and am competent to make this Declaration and testify to the facts set forth herein.

4. I submit this declaration ("Declaration") in support of Wealthchain's Motion for Reconsideration of the Court's Order Sustaining the Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim and to Reinstate Proof of Claim No. 36.

5. In January 2022, Wealthchain and Debtors entered into an agreement where Wealthchain would have access to Debtors' Application Programming Interfaces ("API"). In exchange for the use of Debtors' API, Wealthchain paid monthly invoices totaling $140,023. Despite

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

payment, Wealthchain was never able to use Debtors' API services as a result Debtors' internal processes.

6. As representative of Wealthchain, I personally had discussions with representatives of the Debtors regarding delays in utilizing the Debtors' API services despite paying for those services.

7. As a result of those discussions, it was my belief that the $140,023 paid was to be used as a credit towards futures services once Wealthchain's product was approved and launched.

8. In or around May 2023, Wealthchain finally received approval to go live with its product using Debtors' API services but as a result of Debtors ongoing legal issues and subsequent bankruptcy, Wealthchain never launched its product with Debtors.

9. On or around September 22, 2023, I filed a proof of claim on behalf of Wealthchain and against Debtors in the amount of $140,023, which represents the aforementioned credit that Wealthchain never received. I attached supporting documentation to the proof of claim, including a payment report generated by the Debtors and an email I sent to representatives of the Debtors requesting confirmation of the credit and the aforementioned discussions.

10. In that proof of claim, I listed myself as contact person for Wealthchain as well as Wealthchain's current address in Los Angeles, California.

11. Throughout the fall of 2023, I received numerous emails from Debtors' claims agent, which were confusing to me.

12. On at least one occasion, I requested additional information regarding a filing, and the claims agent responded by pointing me to the website for an unrelated bankruptcy for the additional information. Only after further inquiry, did the claims agent correct this error.

13. Upon review of Wealthchain's records, including my Wealthchain email account, I did not receive notice of *Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim*.

14. I would have promptly responded to the objection had I received notice.

15. Also during the fall of 2023, I was in contact with Jor Law, the Interim Chief Executive Officer of the Debtors regarding my claim.

16. In light of Wealthchain's relationship with Debtors pre-petition; the agreement between Wealthchain and Debtors, which was ultimately listed and rejected by Debtors; and my discussions with representatives of Debtors both pre-petition and post-petition, I find Debtors claim that it has no information about Wealthchain or its relationship with the Debtors perplexing.

I declare under penalty of perjury that, to the best of my knowledge after reasonable inquiry, the foregoing is true and correct.

Dated: February 9, 2024         */s/ Kevin Mehrabi*

                                               Kevin Mehrabi, Chief Executive Officer