# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING WEALTHCHAIN, INC.'S MOTION FOR RECONSIDERAITON OF THE COURT'S ORDER SUSTAINING THE DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM AND TO REINSTATE PROOF OF CLAIM NO. 36

Upon consideration of Wealthchain, Inc.'s ("Wealthchain") Motion for Reconsideration of the Court's Order Sustaining the Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim and to Reinstate Proof of Claim No. 36 (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and the Court having considered the Motion and any responses thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**IT IS ORDERED THAT:**

1. The Motion is GRANTED;

2. Debtors' First (Substantive) Omnibus Objection to Certain Filed Proofs of Claim [D.I. #677] is overruled as it relates to Wealthchain's Claim;

3. Wealthchain's Claim is reinstated;

4. The claims register shall be updated to reflect that Wealthchain's Claim is reinstated; and

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.