IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:** February 23, 2024 at 4:00 pm (ET) <br> **Hearing Date:** April 11, 2024, at 1:00 p.m. (ET) |

**NOTICE OF WEALTHCHAIN, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER SUSTAINING THE DEBTORS' FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM AND TO REINSTATE PROOF OF CLAIM NO. 36**

**PLEASE TAKE NOTICE** that on February 9, 2024, Wealthchain, Inc. ("Movant") filed the *Wealthchain, Inc.'s Motion For Reconsideration of The Court's Order Sustaining The Debtors' First (Substantive) Omnibus Objection To Certain Filed Proofs Of Claim and to Reinstate Proof of Claim No. 36* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **February 23, 2024, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **April 11, 2024 at 1:00 pm (ET)** before the Honorable J. Kate Stickles, in Courtroom No. 6, Fifth Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated:  February 9, 2024  
        Wilmington, Delaware

Respectfully submitted,

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Van Gorder*  
Michael Van Gorder (DE 6214)  
1201 North Orange Street, Suite 300  
Wilmington, Delaware 19801  
Telephone (302) 425-5800  
Email: mvangorder@gsbblaw.com

*Counsel to Wealthchain, Inc.*