## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2024, I caused a true and correct copy of *Wealthchain, Inc.'s Motion For Reconsideration of The Court's Order Sustaining The Debtors' First (Substantive) Omnibus Objection To Certain Filed Proofs Of Claim and to Reinstate Proof of Claim No. 36* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler, Esq.
Morgan L. Patterson, Esq.
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Email: don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

Dated: February 9, 2024

*/s/ Michael Van Gorder*
Michael Van Gorder (DE 6214)