**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) ) ) | Case No. 23-11161 (JKS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## NOTICE OF CANCELLED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled for **March 14, 2024 at 3:00 p.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6 has been **cancelled** with permission of the Court.

| | |
|---|---|
| Dated: February 14, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (De Bar. 5388)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>Email: morgan.patterson@wbd-us.com<br>Email: elazar.kosman@wbd-us.com<br><br>*Counsel to the Plan Administrator* |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.