# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies, *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of **SDM, Inc.** ("**SDM**").

**PLEASE TAKE FURTHER NOTICE** that SDM is the successor by amalgamation to, among others, **1983283 Ontario Inc.** and **Secure Digital Markets Canada Inc.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors scheduled claims in favor of **Michael Gord** or **David Shafrir**, who are or were agents of SDM, and which claims are held in their names solely for the benefit of SDM.

**PLEASE TAKE FURTHER NOTICE** that SDM demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, including, without limitation, notices, papers or matters affecting (i) **SDM**, (ii) **1983283 Ontario Inc.**, **Secure Digital Markets Canada Inc.**, **Michael Gord** and/or **David Shafrir**, be given to and served upon the undersigned counsel at the addresses set forth below:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Bradford F. Englander, Esq. | Richard W. Riley, Esq. |
| Whiteford Taylor & Preston L.L.P. | Stephen B. Gerald, Esq. |
| 3190 Fairview Park Drive, Suite 800 | Whiteford, Taylor & Preston LLC |
| Falls Church, Virginia 22042 | 600 North King Street, Suite 300 |
| Phone: (703) 280-9081 | Wilmington, Delaware 19801 |
| E-mail: benglander@whitefordlaw.com | Telephone: 302-353-4144 |
| | Email: rriley@whitefordlaw.com |
| | sgerald@whitefordlaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is neither intended as nor is it a consent of SDM to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) SDM's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) SDM's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) SDM's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which SDM is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments SDM expressly reserves.

| | |
|---|---|
| Date: February 20, 2024<br>Wilmington, Delaware | */s/ Richard W. Riley* |
| | Richard W. Riley, Esq. (DE No. 4052)<br>Stephen B. Gerald, Esq. (DE No. 5857)<br>Whiteford, Taylor & Preston LLC[2]<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: 302-353-4144<br>Email: rriley@whitefordlaw.com<br>         sgerald@whitefordlaw.com<br><br>-and-<br><br>Bradford F. Englander, Esq. (admitted *pro hac vice*)<br>WHITEFORD TAYLOR & PRESTON L.L.P.<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>Phone: (703) 280-9081<br>E-mail: benglander@whitefordlaw.com<br><br>*Counsel to SDM, Inc.* |

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston, L.L.P. in jurisdictions outside of Delaware.