## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify that on the 20th day of February, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of the filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

*/s/ Richard W. Riley*
Richard W. Riley (DE No. 4052)