**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**Hearing Date: April 11, 2024 at 1:00 p.m. (ET)**
**Obj. Deadline: March 13, 2024 at 4:00 p.m. (ET)**

**SUMMARY OF COMBINED (A) FIFTH MONTHLY FEE APPLICATION FOR THE
PERIOD DECEMBER 1, 2023 THROUGH JANUARY 5, 2024 AND (B) FINAL FEE
APPLICATION OF M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO THE
DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM AUGUST 14, 2023 THROUGH JANUARY 5, 2024</u>**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Prime Core Technologies Inc., *et al.* |
| Date of Retention: | October 4, 2023, effective as of August 14, 2023 |
| Monthly period for which compensation and reimbursement is sought: | December 1, 2023 through January 5, 2024 (the "<u>Monthly Application Period</u>") |
| Amount of compensation sought as actual, reasonable and necessary for Monthly Application Period: | $463,261.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary for Monthly Application Period: | $1,567.02 |
| Final period for which compensation and reimbursement is sought: | August 14, 2023 through January 5, 2024 (the "<u>Final Application Period</u>") |
| Amount of compensation sought as actual, reasonable and necessary for Final Application Period: | $2,272,396.00 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Amount of expense reimbursement sought as actual, reasonable and necessary for Final Application Period:       $3,143.76

Total fees paid to date:       $1,447,307.60

Total allowed expenses paid to date:       $1,576.74

The total time expended in the Final Application Period for fee application preparation is 69.8 hours and the corresponding compensation requested is $37,371.00.

This is a:   __X__ Monthly Fee Application   ___ Interim Application   __X__ Final Application

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees (80%)/Expenses (100%) |
|---|---|---|---|---|
| First Monthly Fee Application | 10/19/23; CNO filed 11/11/23 [D.I. 411] | 8/14/2023 – 8/31/2023 | $303,006.50 / $29.94 | $242,405.20 / $29.94 |
| Second Monthly Fee Application | 10/19/23; CNO filed 11/11/23 [D.I. 412] | 9/1/2023 – 9/30/2023 | $525,246.00 / $584.68 | $420,196.80 / $584.68 |
| Third Monthly Fee Application | 12/7/23; CNO filed 12/29/23 [D.I. 672] | 10/1/2023 – 10/31/2023 | $526,995.00 / $692.88 | $421,596.00 / $692.88 |
| Fourth Monthly Fee Application | 1/22/23; [CNO filed 2/13/24 [D.I. 733] | 11/1/2023 – 11/30/2023 | $453,887.00 / $269.24 | $363,109.60/ $269.24 |

# M3 ADVISORY PARTNERS, LP

## COMPENSATION BY PROFESSIONAL FOR MONTHLY APPLICATION PERIOD

### December 1, 2023 through January 5, 2024

| Name of Professional Person | Initials | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation[1] |
|---|---|---|---|---|---|
| Robert Winning | RW | Managing Director | $1,150.00 | 92.3 | $104,592.50 |
| William Murphy | WM | Senior Director | $895.00 | 78.7 | $69,989.00 |
| Andrew Kim | AK | Senior Associate | $650.00 | 173.5 | $112,775.00 |
| Cole Thieme | CT | Associate | $550.00 | 178.2 | $98,010.00 |
| Julia Jiang | JJ | Analyst | $450.00 | 173.1 | $77,895.00 |
| | | **TOTAL:** | | **695.8** | **$463,261.50** |
| | | **BLENDED RATE:** | **$665.80** | | |

---

[1] Travel time is billed at ½ of hourly billing rate.

DM_US 203081174-11.121647.0012

**M3 ADVISORY PARTNERS, LP**

**COMPENSATION BY PROJECT CATEGORY FOR
MONTHLY APPLICATION PERIOD**

**December 1, 2023 through January 5, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales | 1.1 | $1,115.00 |
| Case Administration | 10.1 | $7,114.00 |
| Claims/Liabilities Subject to Compromise | 82.8 | $41,591.50 |
| Contracts | 27.0 | $20,272.50 |
| Court Attendance/Participation | 61.3 | $48,222.50 |
| Employee Matters | 7.4 | $4,780.00 |
| Fee Application | 21.0 | $10,749.50 |
| Financial & Operational Matters | 86.0 | $50,111.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 42.4 | $28,054.00 |
| Firm Retention | 0.0 | $0.00 |
| First Day Motions | 0.0 | $0.00 |
| General Correspondence with Debtors & Debtors' Professionals | 51.6 | $37,001.50 |
| General Correspondence with UCC & UCC Counsel | 15.6 | $10,957.00 |
| Investigations & Litigation Support | 11.4 | $7,250.00 |
| Miscellaneous Motions | 1.6 | $1,040.00 |
| Plan of Reorganization/Disclosure Statement | 111.4 | $82,178.00 |
| Tax Matters | 1.1 | $605.00 |
| U.S. Trustee/Court Reporting Requirements | 30.1 | $17,118.00 |
| Wind Down | 133.9 | $95,102.00 |
| **TOTAL** | **695.8** | **$463,261.50** |

iv

**M3 ADVISORY PARTNERS, LP**

**EXPENSE SUMMARY FOR MONTHLY APPLICATION PERIOD**

**December 1, 2023 through January 5, 2024**

| Expenses Category | Total Expenses |
|---|---|
| Business Meal | $100.95 |
| Transportation | $831.91 |
| Accommodation | $591.36 |
| Conference Call Expense | $42.80 |
| **TOTAL** | **$1,567.02** |

v

# M3 ADVISORY PARTNERS, LP

## COMPENSATION BY PROFESSIONAL FOR FINAL APPLICATION PERIOD

### August 14, 2023 through January 5, 2024

| Name of Professional Person | Initials | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation[2] |
|---|---|---|---|---|---|
| Robert Winning | RW | Managing Director | $1,150.00 | 383.7 | $439,702.50 |
| Matthew Manning | MM | Managing Director | $1,150.00 | 6.7 | $7,705.00 |
| William Murphy | WM | Senior Director | $895.00 | 387.4 | $346,275.50 |
| Truman Biggs | TB | Vice President | $750.00 | 26.2 | $19,650.00 |
| John Magliano | JM | Vice President | $750.00 | 0.5 | $375.00 |
| Andrew Kim | AK | Senior Associate | $650.00 | 838.9 | $545,285.00 |
| Cole Thieme | CT | Associate | $550.00 | 1006.8 | $553,718.00 |
| Julia Jiang | JJ | Analyst | $450.00 | 798.9 | $359,505.00 |
| Martin Deacon | MD | Analyst | $450.00 | 0.4 | $180.00 |
| | | **TOTAL:** | | **3,449.5** | **$2,272,396.00** |
| | | **BLENDED RATE:** | **$658.76** | | |

---

[2] Travel time is billed at ½ of hourly billing rate.

DM_US 203081174-11.121647.0012

**M3 ADVISORY PARTNERS, LP**

**COMPENSATION BY PROJECT CATEGORY FOR FINAL APPLICATION PERIOD**

**August 14, 2023 through January 5, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales | 44.1 | $43,821.00 |
| Case Administration | 65.3 | $49,539.50 |
| Claims/Liabilities Subject to Compromise | 316.7 | $172,199.00 |
| Contracts | 93.1 | $65,297.00 |
| Court Attendance/Participation | 90.8 | $69,718.00 |
| Employee Matters | 31.7 | $20,311.50 |
| Fee Application | 69.8 | $37,371.00 |
| Financial & Operational Matters | 481.3 | $285,013.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 458.1 | $323,420.50 |
| Firm Retention | 3.7 | $2,602.00 |
| First Day Motions | 216.3 | $135,101.50 |
| General Correspondence with Debtor & Debtors' Professionals | 295.1 | $189,764.50 |
| General Correspondence with UCC & UCC Counsel | 91.7 | $71,372.00 |
| Investigations & Litigation Support | 130.7 | $87,297.00 |
| Miscellaneous Motions | 23.9 | $15,853.50 |
| Plan of Reorganization/Disclosure Statement | 333.0 | $251,937.00 |
| Statements/Schedules | 358.1 | $213,660.50 |
| Tax Matters | 2.9 | $2,044.50 |
| U.S. Trustee/Court Reporting Requirements | 150.8 | $89,564.50 |
| Wind Down | 192.4 | $146,508.50 |
| **TOTAL** | **3,449.5** | **$2,272,396.00** |

DM_US 203081174-11.121647.0012

**M3 ADVISORY PARTNERS, LP**

**EXPENSE SUMMARY FOR FINAL APPLICATION PERIOD**

**August 14, 2023 through January 5, 2024**

| Expenses Category | Total Expenses |
|---|---:|
| Overtime Meal (Dinner) | $802.87 |
| Business Meal | $100.95 |
| Overtime Taxi - Office to Home | $101.86 |
| Transportation | $1,321.34 |
| Accommodation | $591.36 |
| Conference Call Expense | $225.38 |
| **TOTAL** | **$3,143.76** |

DM_US 203081174-11.121647.0012

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 11, 2024 at 1:00 p.m. (ET)**<br>**Obj. Deadline: March 13, 2024 at 4:00 p.m. (ET)** |

## COMBINED (A) FIFTH MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2023 THROUGH JANUARY 5, 2024 AND (B) FINAL FEE APPLICATION OF M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 14, 2023 THROUGH JANUARY 5, 2024

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with (i) the *Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor for the Debtors Effective as of the Petition Date* [Docket No. 245] (the "Retention Order"), (ii) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"),[2] (iii) the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2]   Capitalized terms but not defined herein shall have the meanings ascribed to such items in the Interim Compensation Order.

*Bankruptcy Code* [Docket No. 644] (the "Confirmation Order"), and (iv) the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1] (the "Plan"), M3 Advisory Partners, LP ("M3"), financial advisor for the debtors and debtors in possession (the "Debtors") in the above captioned cases (the "Chapter 11 Cases"), submits this application (the "Application") for: (a) monthly allowance of compensation for professional services rendered by M3 to the Debtors for the period of December 1, 2023 through January 5, 2024 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by M3 during the Monthly Application Period, and (b) final allowance of compensation for professional services rendered by M3 to the Debtors for the period of August 14, 2023 through January 5, 2024 (the "Final Application Period") and reimbursement of actual and necessary expenses and disbursements incurred by M3 during the Final Application Period.  In support of the Application, M3 represents as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. 1408 and 1409.

3.      The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-2.  M3 confirms its consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with the Application in the event it is later determined by the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2

## BACKGROUND

4.    On August 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court (the "Chapter 11 Cases").

5.    Pursuant to the Retention Order, M3 was retained as financial advisor to the Debtors in connection with these Chapter 11 Cases, effective as of August 14, 2023.  The Retention Order authorizes M3 to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.    In accordance with the Interim Compensation Order, M3 filed its *First Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors from August 14, 2023 through August 31, 2023* [Docket No. 317], *Second Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors from September 1, 2023 through September 30, 2023* [Docket No. 319], *Third Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors from October 1, 2023 through October 31, 2023* [Docket No. 528], and the *Fourth Monthly Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Debtors from November 1, 2023 through November 30, 2023* [Docket No. 711] (each, a "Monthly Fee Application").  All services for which compensation is requested herein by M3 were performed for or on behalf of the Debtors.

7.    On December 21, 2023, the Court entered the Confirmation Order confirming the Plan.

8.    On January 5, 2024 (the "Effective Date"), the Plan became effective in accordance

3

with its terms. *See Notice of (I) Entry of Order (A) Approving Disclosure Statement on a Final Basis, and (B) Confirming Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and its Affiliated Debtors; (II) Occurrence of Effective Date of the Plan; (III) Substantial Consummation of the Plan; and (IV) Certain Bar Dates* [Docket No. 694].

## RELIEF REQUESTED

9.     M3 submits this Application for (a) monthly allowance of compensation for professional services rendered by M3 to the Debtors and reimbursement of actual and necessary expenses incurred for the Monthly Application Period, and (b) final allowance of compensation for professional services rendered by M3 to the Debtors and reimbursement of actual and necessary expenses incurred for the Final Application Period.

## THE MONTHLY FEE APPLICATION

10.     During the Monthly Application Period, M3 (a) provided professional services to the Debtors in the amount of $463,261.50 and (b) incurred actual, reasonable, and necessary expenses in the amount of $1,567.02.  As of the date of this Application, M3 has not received payment for the fees and expenses requested for the Monthly Application Period.

11.     The summary pages to this Application set forth summaries, sorted by project categories, showing the time recorded by professional, as well as descriptions of the services provided and the breakdown of actual, reasonable, and necessary expenses incurred, by M3 during the Monthly Application Period.

12.     Attached as **Exhibit A** to this Application is time detail and records of fees and expenses incurred during the Monthly Application Period.  In accordance with Local Rule 2016-2(ix), M3 has reduced its request for compensation for non-working travel during the Monthly Application Period to 50% of its normal rate.

13.     Attached as **Exhibit B** to this Application is a detailed statement of expenses

4

incurred by M3 during the Monthly Application Period, showing the amount of $1,567.02 due for reimbursement of expenses.  The expenses are broken down into categories of charges, which may include, among other things, the following charges: airfare, lodging, meals, transportation, and other expenses.

14.     M3 coordinated with McDermott Will & Emery LLP and other professionals in these Chapter 11 Cases whenever possible to minimize duplicative efforts and to minimize fees and expenses.

15.     The services rendered by M3 during the Monthly Fee Application Period are grouped into the categories set forth in **Exhibit A** hereto.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.  The following paragraphs describe the primary services rendered by M3 during the Monthly Fee Application Period.

### a. *Case Administration (10.1 Hours)*

16.     During the Monthly Application Period, M3 engaged in various tasks related to managing the case, such as developing work plans, creating trackers related to various workflow items, and communicating with the counsel to the Debtors' and counsel to the official committee of unsecured creditors appointed in these cases (the "Committee") regarding workstreams and case strategy.

### b. *Claims/Liabilities Subject to Compromise (82.8 Hours)*

17.     During the Monthly Application Period, M3 reviewed the claims register with the Debtors' other advisors, evaluated individual creditors' claims, and assisted with identification of claims for objection.

### c. *Contracts (27.0 Hours)*

18.     During the Monthly Application Period, M3 analyzed the Debtors' contracts and

5

worked with the Debtors' legal advisors to assess potential damages, if any, attributable to certain contract rejections. M3 also worked with the Debtors to determine which contracts should be assumed or rejected and worked on renegotiation of certain contracts.

### d. *Court Attendance/Participation (61.3 Hours)*

19.     During the Monthly Application Period, M3 prepared for and attended the Confirmation Hearing.

### e. *Employee Matters (7.4 Hours)*

20.     During the Monthly Application Period, M3 engaged in various tasks related to employee matters, including without limitation, planning around reductions in the Debtors' workforce.

### f. *Fee Application (21.0 Hours)*

21.     During the Monthly Application Period, M3 prepared the monthly fee applications for its November and December fee applications.

### g. *Financial & Operational Matters (86.0 Hours)*

22.     During the Monthly Application Period, M3 analyzed various items related to the Debtors' finances and operations. Among other things, M3 analyzed the Debtors' assets and liabilities, and attended to matters regarding the approval of expenditures.

### h. *Financing Matters (Cash Budget, DIP, Exit, Other) (42.4 Hours)*

23.     During the Monthly Application Period, M3 analyzed the Debtors' cash, developed appropriate cash flow forecasts, and conducted variance analysis. M3 drafted and revised budgets and declarations associated with debtor-in-possession financing.

### i. *General Correspondence with Debtor & Debtors' Professionals (51.6 Hours)*

24.     During the Monthly Application Period, M3 corresponded regularly with the Debtors and their other professionals on items related to the progress of the Chapter 11 Cases and various workstreams.

6

### j. *General Correspondence with Committee (15.6 Hours)*

25.    During the Monthly Application Period, M3 provided case updates for the Committee's financial and legal advisors, along with researching and formulating responses to questions asked by the Committee's and its advisors concerning the Chapter 11 Cases.  M3 also met with the Committee's financial advisor on a weekly basis to provide cases updates and respond to diligence questions.

### k. *Investigation and Litigation Support (11.4 Hours)*

26.    During the Monthly Application Period, M3 analyzed transactions that took place prior to the Debtors filing their Chapter 11 Cases.  M3 worked closely with the Debtors and their legal advisors and analyzed a range of factors and characteristics of prepetition disbursements.

### l. *Plan of Reorganization/Disclosure Statement (111.4 Hours)*

27.    During the Monthly Application Period, M3 performed various workstreams related to the Debtors' Plan and disclosure statement (the "Disclosure Statement"). Among other things, M3 assisted with preparing the various disclosures embedded in the Debtors' Disclosure Statement, including assisting the Debtors in the preparation of their liquidation analysis and preparing for confirmation of the Plan.

### m. *U.S. Trustee/Court Reporting Requirements (30.1 Hours)*

28.    During the Monthly Application Period, M3 prepared and assembled a range of documents and exhibits pertaining to reporting requirements of the Office of the United States Trustee (the "U.S. Trustee") and the Court.

### n. *Wind Down (133.9 Hours)*

29.    During the Monthly Application Period, M3 corresponded regularly with the Debtors and their professionals to discuss various workstreams related to wind-down planning. Amongst other things, M3 analyzed contracts to assume and reject and oversaw significant cost reduction for the remaining operating activities.

## THE FINAL APPLICATION PERIOD

30.    Attached as *Exhibit A* to each of the previously filed Monthly Fee Applications was a detailed summary of fees incurred by professionals during the applicable Monthly Fee Application.  The total amount of fees for professional services rendered by M3 to the Debtors during the Final Application Period, which is comprised of the previously filed Monthly Fee Applications, is $2,272,396.00.

31.    The services rendered by M3 during the Final Application Period are grouped into the categories set forth in the previously filed Monthly Applications.  The professionals who rendered services relating to each category are also identified, along with the number of hours for each individual and the total compensation sought for each category.  The following paragraphs describe the primary services rendered by M3 to the Debtors during the Final Application Period, which includes all of the previously filed Monthly Fee Applications.

### a.   *Asset Sales ($43,821.00; 44.1 hours)*

32.    During the Final Application Period, M3 conducted various tasks related to the sale process, for the Debtors' assets.  These tasks included but were not limited to: analyzing bids; providing due diligence to prospective bidders; and correspondence with the Debtors and their advisors on the sale process.

### b.   *Case Administration ($49,539.50; 65.3 hours)*

33.    During the Final Application Period, M3 performed numerous tasks related to managing the case, creating, and monitoring workstream trackers, discussing case workstreams and case strategy both internally and with counsel for Debtors and other parties-in-interest, and handling miscellaneous day-today tasks.

### c.   *Claims/Liabilities Subject to Compromise ($172,199.00; 316.7 hours)*

34.    During the Final Application Period, M3 assisted the Debtors in tasks related to, reviewing claims registers, analyzing individual creditors' claims, reviewing comparisons of balances held by the Debtors versus the amounts claimed by creditors, identifying claims for objection, preparing top creditors list, and discussing the claims register with counsel for the Debtors and the claims and noticing agent.

### d.   *Contracts ($65,297.00; 93.1 hours)*

35.    During the Final Application Period, M3 assisted counsel for the Debtors with analyzing the Debtors' contracts and leases, identifying contracts and leases for rejection and assumption, creating proposed contract lists for both rejection and assumption, and calculating cure amounts, and negotiating amendments to contracts.

### e.   *Court Attendance/Participation ($69,718.00; 90.8 hours)*

36.    During the Final Application Period, M3 prepared for and attended the combined hearing on the Plan and the Disclosure Statement, the hearing on conditional approval of the Disclosure Statement, the bid procedures hearing, the second day hearing, the 341 meeting of creditors, and the first day hearing.

### f.   *Employee Matters ($20,331.50; 31.7 hours)*

37.    During the Final Application Period, M3 engaged in several tasks regarding addressing reductions in the Debtors' workforce including, compiling relevant data for retained employees, preparing schedules of employee wage data, addressing the Committee's diligence questions, and preparing materials for the retained employees.

### g.  Fee Application ($37,371.00; 69.8 hours)

38.    During the Final Application Period, M3 prepared the Monthly Fee Applications and relevant exhibits to its Monthly Fee Applications for the months of August, September, October, and November.

### h.  Financial & Operational Matters ($285,013.00; 481.3 hours)

39.    During the Final Application Period, M3 analyzed various items related to the Debtors' finances and operations, including the Debtors' assets and liabilities; account balances; and disbursements.  M3 worked with the counsel for the Debtors and the Company to reconcile any issues that arose in their analysis of the Company's finances.

### i.  Financing Matters (Cash Budget, DIP Financing, Exit Financing, Other) ($323,420.50; 458.1 hours)

40.    During the Final Application Period, M3 analyzed the Debtors' receipts and disbursements, developed appropriate cash flow forecasts, and conducted variance analysis.  M3 also evaluated potential financings, drafted budgets, declarations, and term sheets in connection with potential debtor-in-possession financing.

### j.  Firm Retention ($2,602.00; 3.7 hours)

41.    During the Final Application Period, M3 prepared its retention application.

### k.  First Day Motions ($135,101.50; 216.3 hours)

42.    During the Final Application Period, M3 assisted the Debtors with preparing the first day motions by assisting with tasks related to, *inter alia*, cash management, insurance, utilities, taxes, and employee matters.

10

### l.  General Correspondence with Debtors & Debtors' Professionals ($189,764.50; 295.1 hours)

43.     During the Final Application Period, M3 corresponded regularly with the Debtors and their professionals on items related to the progress of the Chapter 11 Cases and various related workstreams, including re: disbursements, contracts, the DIP, the Plan of Reorganization and Disclosure Statement and related exhibits, and the Schedules and Statements.

### m.  General Correspondence with Committee ($71,372.00; 91.7 hours)

44.     During the Final Application Period, M3 created and presented materials for the Committee's financial and legal advisors to address their questions concerning the Chapter 11 Cases and to provide them insight into the progress and status of the Chapter 11 Cases.  This included weekly meetings with the Committee's financial advisors and addressing day-to-day diligence requests.

### n.  Investigations & Litigation Support ($87,297.00; 130.7 hours)

45.     During the Final Application Period, M3 analyzed transactions that took place prior to the Petition Date.  This task included working closely with the Debtors and their professionals to review all payments and disbursements made during the one year period leading up to the Petition Date.

### o.  Miscellaneous Motions ($15,853.50; 23.9 hours)

46.     During the Final Application Period, M3 worked closely with the Debtors' other professionals to resolve service issues that arose with the Claims Agent's platform. This involved aiding in drafting a related motion, drafting declarations in support of the motion, and finalizing the affected customer lists. M3 also assisted the Debtors in settling issues with creditors by providing data to aid in settlement negotiations.

11

### p. *Plan /Disclosure Statement ($251,937; 333.0 hours)*

47.     During the Final Application Period, M3 performed numerous tasks related to the Debtors' Plan and Disclosure Statement.  These tasks included, among other things: assisting with disclosures embedded in the Disclosure Statement; preparing the liquidation analysis; reconciling the claims register with voting tabulation; preparing for the post-effective date transition and preparing for hearings related to approval of the Disclosure Statement and Plan.

### q. *Statements/Schedules ($213,660.50; 358.1 hours)*

48.     During the Final Application Period, M3 helped retrieve necessary information for the preparation of the Debtors' complex schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules").  This included: reviewing pre- and post-petition payments, reviewing cash forecasts and payments protocols of the Debtors, participating in meetings and calls with Debtors' professional to discuss the Schedules and organize workstreams, drafting provisions of the statements and schedules, and preparing amendments to the Schedules.

### r. *U.S. Trustee/Court Reporting Requirements ($89,564.50; 150.8 hours)*

49.     During the Final Application Period, M3 prepared and assembled documents and exhibits for the U.S. Trustee to comply with reporting requirements under the Bankruptcy Code, Bankruptcy Rules, and Local Rules.  These documents prepared included: monthly operating reports, financial reports, diligence materials, bank balances and accounts, customer accounts, balance sheets, and materials relating to the 341 meeting.

### s. *Wind Down ($146,508.50; 192.4 hours)*

50.     During the Final Application Period, M3 worked closely with the Debtors and their professionals to work towards a successful wind-down.  This involved: analyzing contracts to assume and reject, reducing costs for remaining operating activities, overseeing preparation of

12

Debtors' software for long-term customer account support, updating data systems for handover to the administrator appointed under the Plan, and creating sustainable record and data storage system.

## **DISBURSEMENTS**

51.  Attached as *Exhibit B* to each of the previously filed Monthly Fee Applications was a detailed statement of expenses incurred by M3 during the applicable Monthly Application Period, and attached hereto as **Exhibit B** is a detailed statement showing the amount of $3,143.76 due for reimbursement of expenses for the Final Application Period.  The expenses are broken down into categories of charges, which may include, among other things, the following charges: lodging, meals, transportation, and other expenses.

## **VALUATION OF SERVICES**

52.  The professionals of M3 have expended a total of 3,449.50 hours, respectively, in connection with this matter during the Final Application Period.

53.  The amount of time spent by each of the professionals providing services to the Debtors is fully set forth in **Exhibit A** attached hereto and on *Exhibit A* to each of the previously filed Monthly Fee Applications.  These are M3's normal hourly rates of compensation for work of this character.  The reasonable value of services rendered by M3 for the Final Application Period as financial advisor to the Debtors in these Chapter 11 Cases is $2,272,396.00.

54.  M3 believes that the time entries set forth on **Exhibit A** and the expense breakdown set forth on **Exhibit B** hereto and to each of the previously filed Monthly Fee Applications comply with the requirements of Local Rule 2016-2.

55.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such

13

services; and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

*[Remainder of Page Intentionally Left Blank]*

DM_US 203081174-11.121647.0012

## **CONCLUSION**

WHEREFORE, M3 requests: (i) final allowance of compensation in the sum of $2,272,396.00 for necessary professional services rendered to the Debtors during the Final Application Period, and reimbursement of actual and necessary costs and expenses incurred of $3,143.76 during the Final Application Period; (ii) payment of the outstanding balance of all amounts not paid to date; and (iii) such other and further relief as the Court may deem just and proper.

Dated: February 21, 2024        **M3 ADVISORY PARTNERS, LP**

*/s/ Robert Winning*
Robert Winning
Managing Director, M3 Advisory Partners, LP

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2**

I, Robert Winning, hereby certify as follows:

1.      I am a Managing Director in the applicant firm of M3 Advisory Partners, LP ("M3").

2.      I have personally performed many of the services rendered by M3, as financial advisor to the Debtors, and am generally familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated:  February 21, 2024          **M3 ADVISORY PARTNERS, LP**

                                                  */s/ Robert Winning*
                                                  Robert Winning
                                                  Managing Director, M3 Advisory Partners, LP

16