**EXHIBIT B**

**Case No: 23-11161**
**PRIME CORE TECHNOLOGIES Inc., et al.**
EXPENSE SUMMARY
FROM THE PERIOD December 1, 2023 to January 5, 2024

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---:|
| *Business Meals* | | | |
| Andrew Kim | 12/5/2023 | Business Meals | $ 23.36 |
| Julia Jiang | 12/22/2023 | Business Meals | $ 29.98 |
| Julia Jiang | 12/30/2023 | Business Meals | $ 30.00 |
| William Murphy | 12/18/2023 | Business Meals | $ 17.61 |
| | | ***Subtotal Business Meal*** | ***$ 100.95*** |
| *Transportation* | | | |
| Robert Winning | 12/18/2023 | Amtrak to Wilmington, Delaware | $ 353.00 |
| Robert Winning | 12/18/2023 | Taxi | $ 35.17 |
| Robert Winning | 12/18/2023 | Taxi | $ 33.24 |
| William Murphy | 12/18/2023 | LIRR | $ 8.75 |
| William Murphy | 12/18/2023 | Taxi | $ 18.00 |
| William Murphy | 12/18/2023 | Amtrak to Wilmington, Delaware | $ 375.00 |
| William Murphy | 12/19/2023 | LIRR | $ 8.75 |
| | | ***Subtotal Transportation*** | ***$ 831.91*** |
| *Accommodation* | | | |
| William Murphy | 12/18/2023 | Hotel at Wilmington, Delaware | $ 165.60 |
| Robert Winning | 12/18/2023 | Hotel at Wilmington, Delaware | $ 425.76 |
| | | ***Subtotal Accommodation*** | ***$ 591.36*** |
| *Conference Calls* | | | |
| M3 Team | 11/30/2023 | Conference Call Expense | $ 42.80 |
| | | ***Subtotal Conference Calls*** | ***$ 42.80*** |
| | | **Total Expenses** | **$ 1,567.02** |