**CERTIFICATE OF SERVICE**

I, Maris J. Kandestin, hereby certify that on this 21st day of February, 2024, and in addition to the service provided under the Court's CM/ECF system, I caused a true and correct copy of the foregoing *Combined (A) Fifth Monthly Fee Application for the Period December 1, 2023 through January 5, 2024 and (B) Final Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period from August 14, 2023 through January 5, 2024* to be served on the parties listed below via electronic mail.

| | |
|---|---|
| Prime Core Technologies Inc., et al.<br>10845 Griffith Peak Dr., #03-153<br>Las Vegas, NV 89135 | Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Attn: Robert Stark and Bennett Silverberg<br>E-mail: rstark@brownrudnick.com;<br>bsilverberg@brownrudnick.com |
| Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Attn: Donald Detweiler<br>E-mail: don.detweiler@wbd-us.com | Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph Cudia<br>E-mail: joseph.cudia@usdoj.gov |

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)