**Exhibit A**

**CERTIFICATION**

I, Brian Karpuk, pursuant to 28 U.S.C. § 1746, states as follows:

a. I am a Managing Director of Stretto, Inc.

b. I am familiar with the work performed by Stretto on behalf of the Debtors.

c. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

d. I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: February 26, 2024
      Irvine, California

                                        /s/Brian Karpuk
                                        Brian Karpuk