**Exhibit B**

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 12/19/2023 | Brian Karpuk | Managing Director | Hearings | Attend confirmation hearing | 4.0 | $250.00 | $1,000.00 |
| 12/19/2023 | Brian Karpuk | Managing Director | Hearings | Continued attendance at confirmation hearing | 4.0 | $250.00 | $1,000.00 |
| | | | | | | | ($200.00) |
| | **TOTAL** | | | | **8.0** | | **$1,800.00** |
| 08/25/2023 | Nicholas Kennedy | Director | Retention | Analyze, attend to retention issues | 0.5 | $230.00 | $115.00 |
| 09/14/2023 | Nicholas Kennedy | Director | Retention | Analyze, attend to retention issues | 1.3 | $230.00 | $299.00 |
| 09/20/2023 | Nicholas Kennedy | Director | Retention | Analyze, attend to retention issues | 3.4 | $230.00 | $782.00 |
| | Contractual Discount | | | | | | ($119.60) |
| | **TOTAL** | | | | **5.2** | | **$1,076.40** |
| 08/28/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare, circulate Schedules, SOFA templates, memo | 0.3 | $220.00 | $66.00 |
| 08/28/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with M3, G. Steinman, J. Nguyen-Phan re: Schedules, SOFA details, data, related timeline | 0.7 | $220.00 | $154.00 |
| 08/28/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare case in Schedules, SOFA management system | 0.3 | $220.00 | $66.00 |
| 09/01/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with M3 team re: importing Schedules, SOFA data, circulation of same | 0.3 | $220.00 | $66.00 |
| 09/01/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with M3 team, Amyris contacts re: Schedules, SOFA open items, related data | 0.6 | $220.00 | $132.00 |
| 09/05/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare example Schedule G data for J. Jiang; correspondence re: same | 0.3 | $220.00 | $66.00 |
| 09/05/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, G. Steinman re: Schedules, SOFA open items, data circulation management | 0.9 | $220.00 | $198.00 |
| 09/05/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare client data shareable folder for Schedules, SOFA data | 0.3 | $220.00 | $66.00 |
| 09/05/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review Schedule AB 39-42, Schedule F, SOFA 3 data provided by T. Kost, J. Jiang; correspondence re: same | 0.4 | $220.00 | $88.00 |
| 09/05/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, update Schedules, SOFA master files per J. Jiang, T. Kost | 0.3 | $220.00 | $66.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/06/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with case team re: Schedules, SOFA open items, received data | 0.5 | $220.00 | $110.00 |
| 09/06/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule G contract review files, related data | 0.4 | $220.00 | $88.00 |
| 09/06/2023 | Alexa Westmoreland | Director | Schedules and Statements | Correspondence with T. Kost, A. Kim, J. Nguyen-Phan re: contract details, access | 0.3 | $220.00 | $66.00 |
| 09/06/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, G. Steinman re: Schedules, SOFA open items, data circulation management | 0.5 | $220.00 | $110.00 |
| 09/06/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with MWE, M3, Stretto team re schedules, SOFA | 0.5 | $230.00 | $115.00 |
| 09/06/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with Stretto team re schedules, SOFA | 0.4 | $230.00 | $92.00 |
| 09/06/2023 | Aileen Daversa | Director | Schedules and Statements | Follow up call with Stretto team re schedules, SOFA | 0.3 | $230.00 | $69.00 |
| 09/07/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare, format, import Schedules, SOFA data provided by J. Jiang | 1.4 | $220.00 | $308.00 |
| 09/07/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, G. Steinman re: Schedules, SOFA open items, data circulation management (1.1); follow up correspondence with case team re: same (.2) | 1.3 | $220.00 | $286.00 |
| 09/07/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review contracts for inclusion of Schedule G | 0.7 | $220.00 | $154.00 |
| 09/07/2023 | Aileen Daversa | Director | Schedules and Statements | Review schedules, SOFA source data | 0.2 | $230.00 | $46.00 |
| 09/07/2023 | Aileen Daversa | Director | Schedules and Statements | Attention to schedules | 0.3 | $230.00 | $69.00 |
| 09/07/2023 | Aileen Daversa | Director | Schedules and Statements | Phone call with Stretto team re schedules | 0.2 | $230.00 | $46.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review customer transfer data for inclusion of SOFA 3; correspondence with M. Westhoff, J. Jiang, case team re: same | 0.4 | $220.00 | $88.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule G updates, related data | 0.5 | $220.00 | $110.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import Schedule F data (1.2); correspondence with M. Westhoff re: same (.4) | 1.6 | $220.00 | $352.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule E details; correspondence with M3, counsel re: same | 0.3 | $220.00 | $66.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review current master data files, open items per J. Jiang; correspondence re: same | 0.5 | $220.00 | $110.00 |
| 09/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, G. Steinman re: Schedules, SOFA open items | 1.0 | $220.00 | $220.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Review SOFA 3 customer disbursement data | 0.1 | $230.00 | $23.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare for, participate on conference call with MWE, M3, Stretto team re schedules, SOFA | 0.9 | $230.00 | $207.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Follow up call with Stretto team re next steps | 2.0 | $230.00 | $460.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Review SOFA 3 source data | 0.3 | $230.00 | $69.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Attention to SOFA 3, phone call with Prime Core team re SOFA 3 data | 0.4 | $230.00 | $92.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA 3 | 2.0 | $230.00 | $460.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Phone call with Stretto team re SOFA 3 | 0.1 | $230.00 | $23.00 |
| 09/08/2023 | Aileen Daversa | Director | Schedules and Statements | Attention to address formatting for SOFA 3 | 1.0 | $230.00 | $230.00 |
| 09/09/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import Schedules A/B, F data | 4.0 | $220.00 | $880.00 |
| 09/09/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import SOFA data | 1.5 | $220.00 | $330.00 |
| 09/10/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import SOFA data | 1.4 | $220.00 | $308.00 |
| 09/10/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import Schedule A/B, F, G data | 1.3 | $220.00 | $286.00 |
| 09/10/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare open items list; correspondence with J. Nguyen-Phan re: same | 0.4 | $220.00 | $88.00 |
| 09/10/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare, circulate current Schedules SOFA drafts, open items | 0.8 | $220.00 | $176.00 |
| 09/10/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA 3 Exhibit | 3.9 | $230.00 | $897.00 |
| 09/11/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import SOFA 3, 25 data | 0.5 | $220.00 | $110.00 |
| 09/11/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, import Schedules F data | 0.2 | $220.00 | $44.00 |
| 09/11/2023 | Alexa Westmoreland | Director | Schedules and Statements | Correspondence with J. Jiang, case team re: Schedules, SOFA updates | 0.3 | $220.00 | $66.00 |
| 09/11/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, MWE re: Schedules, SOFA open items (.4); follow up correspondence with J. Nguyen-Phan re: same (.3) | 0.7 | $220.00 | $154.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/12/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, MWE re: Schedules, SOFA open items (.4); follow up correspondence with J. Nguyen-Phan re: same (.2) | 0.6 | $220.00 | $132.00 |
| 09/12/2023 | Alexa Westmoreland | Director | Schedules and Statements | Update Schedule F customer details per M. Ryken Westhoff | 0.5 | $220.00 | $110.00 |
| 09/14/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, MWE re: Schedules, SOFA open items (.7); follow up correspondence with J. Nguyen-Phan re: same (.2) | 0.9 | $220.00 | $198.00 |
| 09/14/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, update Schedules, SOFA data per J. Jiang | 2.0 | $220.00 | $440.00 |
| 09/14/2023 | Alexa Westmoreland | Director | Schedules and Statements | Correspondence with J. Nguyen-Phan re: Schedules, SOFA open items, related follow up questions | 0.6 | $220.00 | $132.00 |
| 09/14/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule updates; upload same | 0.8 | $220.00 | $176.00 |
| 09/15/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review Schedules, SOFA drafts; correspondence with J. Nguyen-Phan re: updates to same | 0.8 | $220.00 | $176.00 |
| 09/15/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with Prime Core, M3, MWE re: Schedules, SOFA open items | 0.5 | $220.00 | $110.00 |
| 09/15/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, update Schedules, SOFA data per updates provided by J. Jiang, T. Bowman, A. Kim | 2.0 | $220.00 | $440.00 |
| 09/16/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review correspondence by, between J. Jiang, M. Kandestin, J. Nguyen-Phan re: Schedules, SOFA updates; attention to same | 0.4 | $220.00 | $88.00 |
| 09/16/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review draft Global Notes per M. Kandestin | 0.3 | $220.00 | $66.00 |
| 09/17/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, format, update SOFA 3 data; correspondence with J. Nguyen-Phan re: same | 0.3 | $220.00 | $66.00 |
| 09/18/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with J. Nguyen-Phan re: Schedule AB 60, SOFA 3, SOFA 19, SOFA 25 updates (.5); attention to formatting, import of same (1.2) | 1.7 | $220.00 | $374.00 |
| 09/18/2023 | Aileen Daversa | Director | Schedules and Statements | Prepare SOFA 3 reconciliation, correspondence with Stretto team re same | 1.0 | $230.00 | $230.00 |
| 09/19/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to SOFA 3 updates per M. Westhoff | 0.3 | $220.00 | $66.00 |
| 09/19/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, updates Schedules A/B 8, A/B 66, A/B 77, Schedule G, SOFA 28, SOFA 29 per data provided by A. Kim | 1.1 | $220.00 | $242.00 |
| 09/20/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, circulate Schedule F data files per M. Ryken Westhoff | 0.1 | $220.00 | $22.00 |
| 09/20/2023 | Alexa Westmoreland | Director | Schedules and Statements | Correspondence with J. Jiang, J. Nguyen-Phan re: Schedules, SOFA updates; attention to same` | 1.5 | $220.00 | $330.00 |
| 09/20/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare, circulate current Schedules, SOFA drafts | 0.6 | $220.00 | $132.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/21/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review current Schedules, SOFA drafts | 1.0 | $220.00 | $220.00 |
| 09/21/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, update Schedules, SOFA per M. Ryken Westhoff, J. Jiang | 2.0 | $220.00 | $440.00 |
| 09/21/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review current Global Notes per M. Kandestin | 0.2 | $220.00 | $44.00 |
| 09/21/2023 | Alexa Westmoreland | Director | Schedules and Statements | Teleconference with M3, M. Kandestin, case team re: Schedules, SOFA updates | 0.4 | $220.00 | $88.00 |
| 09/26/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to SOFA 4 updates per A. Kim | 0.2 | $220.00 | $44.00 |
| 09/27/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, circulate the unredacted Schedules, SOFA drafts per D. Northrop | 0.2 | $220.00 | $44.00 |
| 09/27/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule G data per A. Kim | 0.2 | $220.00 | $44.00 |
| 09/29/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedule G data per A. Kim; correspondence with J. Nguyen-Phan re: same | 0.5 | $220.00 | $110.00 |
| 10/20/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to amended Schedules, SOFA data provided by J. Jiang; correspondence with case team re: same | 0.4 | $220.00 | $88.00 |
| 10/23/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, updates SOFA data per amended entries provided by J. Jiang (1.0); correspondence with J. Nguyen-Phan re: same (.5) | 1.5 | $220.00 | $330.00 |
| 10/23/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to updated Schedules A/B, E/F, G data provided by J. Jiang | 0.4 | $220.00 | $88.00 |
| 10/23/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare, circulate amended Schedules, SOFA drafts per J. Jiang | 0.4 | $220.00 | $88.00 |
| 10/23/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review amended Schedules, SOFAs data; correspondence with Stretto team re: same | 0.6 | $180.00 | $108.00 |
| 10/23/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, format, update Schedule AB3, AB7, F, G, SOFAs 3-4 data | 3.2 | $180.00 | $576.00 |
| 10/23/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Prepare Amended Schedules, SOFAs drafts | 1.1 | $180.00 | $198.00 |
| 10/25/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review, update SOFA responses per data provided by J. Jiang | 1.0 | $220.00 | $220.00 |
| 10/25/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update SOFA 3, 4; correspondence with Stretto team re: same | 0.9 | $180.00 | $162.00 |
| 10/25/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Correspondence with J. Jiang re: addresses for SOFA 3 parties | 0.1 | $180.00 | $18.00 |
| 10/25/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, export, prepare SOFA drafts | 0.9 | $180.00 | $162.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/26/2023 | Alexa Westmoreland | Director | Schedules and Statements | Prepare Schedules, SOFA excel data files per J. Jiang | 1.0 | $220.00 | $220.00 |
| 10/26/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, add Schedule F, SOFA 3, SOFA 4 data to master file; correspondence with J. Jiang re: same | 0.5 | $180.00 | $90.00 |
| 10/30/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedules, SOFA updates, circulated amended drafts per J. Jiang | 0.4 | $220.00 | $88.00 |
| 10/30/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update AB 3, SOFA 4, SOFA 14, SOFA 28, Schedule F data | 0.8 | $180.00 | $144.00 |
| 10/30/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, export Amended Schedules, SOFAs drafts | 1.1 | $180.00 | $198.00 |
| 10/31/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to Schedules, SOFA updates, circulated amended drafts per J. Jiang | 0.3 | $220.00 | $66.00 |
| 10/31/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update SOFA 4, 14 | 0.6 | $180.00 | $108.00 |
| 10/31/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, export Amended Schedules, SOFAs drafts | 1.1 | $180.00 | $198.00 |
| 10/31/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, prepare Amended Schedules, SOFAs master files | 2.1 | $180.00 | $378.00 |
| 11/07/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to updates to SOFA 3 data per A. Kim | 0.2 | $220.00 | $44.00 |
| 11/07/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update SOFA 3 USD exhibit; correspondence with A. Kim re: same | 1.3 | $180.00 | $234.00 |
| 11/08/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to updates to SOFA 3 data per A. Kim | 0.3 | $220.00 | $66.00 |
| 11/08/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update SOFA 3 data; correspondence with A. Kim re: same | 0.9 | $180.00 | $162.00 |
| 11/10/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to updates to SOFA 3 data per A. Kim | 0.4 | $220.00 | $88.00 |
| 11/10/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, format, update SOFA 3 data with file provided by A. Kim | 1.3 | $180.00 | $234.00 |
| 11/10/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, format, update SOFA 3 exhibit for redactions identified by A. Kim | 1.1 | $180.00 | $198.00 |
| 11/12/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, format, prepare updated SOFA 3 exhibit | 0.5 | $180.00 | $90.00 |
| 11/12/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, prepare updated SOFA drafts | 1.1 | $180.00 | $198.00 |
| 11/18/2023 | Alexa Westmoreland | Director | Schedules and Statements | Review updated Schedules, SOFA drafts per data provided by A. Kim | 0.2 | $220.00 | $44.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/19/2023 | Alexa Westmoreland | Director | Schedules and Statements | Attention to updated Schedule F confidential customer numbers, related PDF file per A. Kim | 0.2 | $220.00 | $44.00 |
| 11/19/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update Schedules F data; correspondence with A. Kim re: same | 0.5 | $180.00 | $90.00 |
| 11/20/2023 | James Nguyen-Phan | Senior Associate | Schedules and Statements | Review, update SOFA 11, 14 per A. Kim | 0.2 | $180.00 | $36.00 |
| | Contractual Discount | | | | | | ($1,799.60) |
| | **TOTAL** | | | | 84.8 | | **$16,196.40** |
| 10/11/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 10/11/2023 | Alexa Westmoreland | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $220.00 | $22.00 |
| 10/12/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $230.00 | $92.00 |
| 10/13/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.7 | $230.00 | $161.00 |
| 10/13/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 1.3 | $230.00 | $299.00 |
| 10/16/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.9 | $230.00 | $207.00 |
| 10/16/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.4 | $230.00 | $92.00 |
| 10/17/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.7 | $230.00 | $161.00 |
| 10/19/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $230.00 | $138.00 |
| 10/23/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 10/23/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $220.00 | $66.00 |
| 10/23/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 10/24/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 2.1 | $230.00 | $483.00 |
| 10/24/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 2.1 | $230.00 | $483.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/24/2023 | Monica Balos | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 10/24/2023 | Andrew Fitzpatrick | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 10/25/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 10/25/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 2.3 | $230.00 | $529.00 |
| 10/25/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $230.00 | $138.00 |
| 10/26/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 2.2 | $230.00 | $506.00 |
| 10/26/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 1.1 | $230.00 | $253.00 |
| 10/26/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $230.00 | $138.00 |
| 10/26/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.5 | $220.00 | $110.00 |
| 10/27/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 10/27/2023 | Staphany Alcantar | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $230.00 | $46.00 |
| 10/27/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 10/30/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $230.00 | $92.00 |
| 10/30/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $220.00 | $88.00 |
| 10/30/2023 | Alexa Westmoreland | Director | Tabulation | Prepare current tabulation report | 1.0 | $220.00 | $220.00 |
| 10/31/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 10/31/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 10/31/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/01/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/01/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/01/2023 | Felicia Turner | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/02/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 11/02/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 11/02/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/03/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/03/2023 | Alexa Westmoreland | Director | Tabulation | Prepare supplemental solicitation overview report; circulate same | 2.0 | $220.00 | $440.00 |
| 11/03/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $220.00 | $66.00 |
| 11/03/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate tabulation report | 0.6 | $220.00 | $132.00 |
| 11/06/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 11/06/2023 | Alexa Westmoreland | Director | Tabulation | Prepare supplemental solicitation overview report; circulate same | 0.6 | $220.00 | $132.00 |
| 11/06/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 11/06/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/06/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/06/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.4 | $230.00 | $92.00 |
| 11/07/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.7 | $230.00 | $161.00 |
| 11/07/2023 | Felicia Turner | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/08/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $230.00 | $138.00 |
| 11/08/2023 | Felicia Turner | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/09/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/09/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/10/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/13/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/13/2023 | Felicia Turner | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/14/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/14/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/14/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $220.00 | $44.00 |
| 11/15/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/15/2023 | Staphany Alcantar | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $230.00 | $46.00 |
| 11/15/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/15/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |
| 11/16/2023 | Monica Balos | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/17/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.1 | $230.00 | $23.00 |
| 11/28/2023 | Kristine Tu | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 1.2 | $230.00 | $276.00 |
| 11/28/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.8 | $230.00 | $184.00 |
| 11/29/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate current tabulation report per M3 | 2.0 | $220.00 | $440.00 |
| 11/29/2023 | James Nguyen-Phan | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.3 | $230.00 | $69.00 |
| 11/30/2023 | Nancy Vandell | Director | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $230.00 | $46.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/30/2023 | Alexa Westmoreland | Director | Tabulation | Input ballots received into case management system | 0.2 | $220.00 | $44.00 |
| 11/30/2023 | Alexa Westmoreland | Director | Tabulation | Prepare current tabulation report per J. Jiang (.5); correspondence re: same (.2) | 0.7 | $220.00 | $154.00 |
| 11/30/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate updated tabulation report per R. Trickey | 0.4 | $220.00 | $88.00 |
| 12/01/2023 | Alexa Westmoreland | Director | Tabulation | Correspondence with J. Jiang, A. Kim re: tabulation results | 0.2 | $220.00 | $44.00 |
| 12/01/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate current tabulation report | 0.3 | $220.00 | $66.00 |
| 12/01/2023 | Alexa Westmoreland | Director | Tabulation | Input ballots received into case management system | 0.1 | $220.00 | $22.00 |
| 12/01/2023 | Brian Karpuk | Managing Director | Tabulation | Review ballots, tabulation reporting | 0.3 | $250.00 | $75.00 |
| 12/04/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $220.00 | $88.00 |
| 12/04/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate current tabulation report | 0.5 | $220.00 | $110.00 |
| 12/05/2023 | Alexa Westmoreland | Director | Tabulation | Input ballots received into case management system | 1.1 | $220.00 | $242.00 |
| 12/05/2023 | Alexa Westmoreland | Director | Tabulation | Prepare current tabulation report (2.1); circulate details to MWE, M3 Partners re: same (.2) | 2.3 | $220.00 | $506.00 |
| 12/05/2023 | Brian Karpuk | Managing Director | Tabulation | Review Amended Ch 11 Plan & Plan Supplement (DN 508, 511) | 0.4 | $250.00 | $100.00 |
| 12/06/2023 | Alexa Westmoreland | Director | Tabulation | Input ballots received into case management system | 0.3 | $220.00 | $66.00 |
| 12/06/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate current tabulation report; correspondence with M. Kandestin re: same | 0.8 | $220.00 | $176.00 |
| 12/06/2023 | Brian Karpuk | Managing Director | Tabulation | Review tabulation reporting | 0.5 | $250.00 | $125.00 |
| 12/07/2023 | Alexa Westmoreland | Director | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.1 | $220.00 | $22.00 |
| 12/07/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate current tabulation report | 0.4 | $220.00 | $88.00 |
| 12/07/2023 | Brian Karpuk | Managing Director | Tabulation | Review ballots, tabulation reporting | 0.3 | $250.00 | $75.00 |
| 12/10/2023 | Alexa Westmoreland | Director | Tabulation | Review, update tabulation report per J. Jiang, L. Barrett; circulate report re: same | 0.3 | $220.00 | $66.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 12/11/2023 | Brian Karpuk | Managing Director | Tabulation | Review, analyze tabulation results | 1.1 | $250.00 | $275.00 |
| 12/11/2023 | Brian Karpuk | Managing Director | Tabulation | Strategize re: customer list service details, tabulation results | 0.8 | $250.00 | $200.00 |
| 12/12/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate draft Voting Declaration | 3.5 | $220.00 | $770.00 |
| 12/12/2023 | Brian Karpuk | Managing Director | Tabulation | Review, comment on Voting Declaration | 2.2 | $250.00 | $550.00 |
| 12/12/2023 | Brian Karpuk | Managing Director | Tabulation | Review tabulation reporting | 0.7 | $250.00 | $175.00 |
| 12/13/2023 | Alexa Westmoreland | Director | Tabulation | Prepare, circulate draft Voting Declaration | 1.2 | $220.00 | $264.00 |
| 12/13/2023 | Brian Karpuk | Managing Director | Tabulation | Review, comment on Voting Declaration | 0.8 | $250.00 | $200.00 |
| 12/17/2023 | Brian Karpuk | Managing Director | Tabulation | Review ballots, tabulation reporting in prep for confirmation hearing | 3.7 | $250.00 | $925.00 |
| 12/18/2023 | Brian Karpuk | Managing Director | Tabulation | Correspondence re: submitted ballot details, allowed ballot updates | 0.8 | $250.00 | $200.00 |
| 12/19/2023 | Alexa Westmoreland | Director | Tabulation | Review, update, circulate tabulation report, side-by-side details per MWE | 1.5 | $220.00 | $330.00 |
| 12/29/2023 | Alexa Westmoreland | Director | Tabulation | Correspondence with C. Catanese, M. Kandestin re: tabulation results, MyConstant individuals | 0.5 | $220.00 | $110.00 |
| | Contractual Discount | | | | | | ($1,412.60) |
| | **TOTAL** | | | | **61.4** | | **$12,713.40** |
| | Total Contractual Discount | | | | | | ($3,531.80) |
| | **GRAND TOTAL** | | | | **159.4** | | **$31,786.20** |