## **CERTIFICATE OF SERVICE**

I, Maris J. Kandestin, hereby certify that on this 26th day of February 2024, and in addition to the service provided under the Court's CM/ECF system, I caused a true and correct copy of the foregoing *Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Agent to the Debtors and Debtors in Possession for the Period from August 14, 2023 through January 5, 2024* to be served on the parties listed below via electronic mail.

Prime Core Technologies Inc., *et al.*
10845 Griffith Peak Dr., #03-153
Las Vegas, NV 89135

Brown Rudnick LLP
7 Times Square
New York, NY 10036
Attn: Robert Stark and Bennett Silverberg
E-mail: rstark@brownrudnick.com;
bsilverberg@brownrudnick.com

Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
Attn: Donald Detweiler
E-mail: don.detweiler@wbd-us.com

Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Joseph Cudia
E-mail: joseph.cudia@usdoj.gov

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)

DM_US 204040630-1.121647.0012