**EXHIBIT B**
**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 5, 2024**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| David Dunn, Principal | $1,400 | 6.6 | $9,240.00 |
| Nathan Smith, Director | $810 | 8.1 | $6,561.00 |
| Jin Lai Dong, Director | $720 | 20.0 | $14,400.00 |
| Eitan Karsch, Analyst | $430 | 0.4 | $172.00 |
| Matthew Mitchell, Analyst | $440 | 22.3 | $9,812.00 |
| **Grand Total** |  | **57.4** | **$40,185.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 44.9 | $32,327.00 |
| Case Administration | 0.6 | $486.00 |
| Court Filings | 2.4 | $2,476.00 |
| Fee / Employment Applications | 0.5 | $360.00 |
| Insurance | 0.6 | $840.00 |
| Plan and Disclosure Statement | 8.4 | $3,696.00 |
| **Grand Total** | **57.4** | **$40,185.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding NetSuite Oracle and logged into the account. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 1/2/2024 | Jin Lai Dong | Corresponded with US Trustee regarding Province's October fee application. | Fee / Employment Applications | 0.20 | 720.00 | $144.00 |
| 1/2/2024 | Matthew Mitchell | Attended a call with the Province team. | Business Analysis / Operations | 0.40 | 440.00 | $176.00 |
| 1/2/2024 | David Dunn | Attended call with Province team to discuss case. | Business Analysis / Operations | 0.40 | 1,400.00 | $560.00 |
| 1/2/2024 | David Dunn | Reviewed call notes from M3 call. | Business Analysis / Operations | 0.20 | 1,400.00 | $280.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed call notes from a call with M3 regarding various matters. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding Zendesk and logged into the account. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding Egnyte and logged into the account. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/2/2024 | Nathan Smith | Province internal meeting re: effective date kickoff (0.4). Coordinated employee meetings (0.6). | Business Analysis / Operations | 1.00 | 810.00 | $810.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding DocuSign and logged into the account. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding Looker and logged into the account. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 1/2/2024 | Nathan Smith | Drafted workstream email for trust team. | Case Administration | 0.60 | 810.00 | $486.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding Atlassian and logged into the account. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 1/2/2024 | Jin Lai Dong | Attended a call with the Province team. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 1/2/2024 | Eitan Karsch | Attended a call with the Province team. | Business Analysis / Operations | 0.40 | 430.00 | $172.00 |
| 1/2/2024 | Jin Lai Dong | Reviewed transition memo regarding Smarsh and logged into the account. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 1/3/2024 | Matthew Mitchell | Analyzed the plan supplement specifically the plan administrator agreement and the litigation trust agreement. (pt.1) | Plan and Disclosure Statement | 2.40 | 440.00 | $1,056.00 |
| 1/3/2024 | Jin Lai Dong | Corresponded with Guideline regarding the termination of 401(k) plan. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/3/2024 | Jin Lai Dong | Attended a call with Province team discussing the budget. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 1/3/2024 | Jin Lai Dong | Reviewed the unanimous written consent of the special committee drafted by B. Zhao at Prime Trust. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/3/2024 | Nathan Smith | Performed financial analysis of effective date trust. | Business Analysis / Operations | 1.40 | 810.00 | $1,134.00 |
| 1/3/2024 | Jin Lai Dong | Examined the list of non-litigation workstreams for the wind-down trust. | Business Analysis / Operations | 1.30 | 720.00 | $936.00 |
| 1/3/2024 | Matthew Mitchell | Analyzed the available assets to the trust by reviewing emails, documents, and all other information relating to assets that will be available to the trust, and consolidated this information into our data room. | Business Analysis / Operations | 1.30 | 440.00 | $572.00 |
| 1/3/2024 | Matthew Mitchell | Analyzed the plan supplement specifically the plan administrator agreement and the litigation trust agreement. (pt.2) | Plan and Disclosure Statement | 1.70 | 440.00 | $748.00 |
| 1/3/2024 | David Dunn | Attended call with Province to discuss wind-down budget. | Business Analysis / Operations | 0.50 | 1,400.00 | $700.00 |
| 1/3/2024 | Jin Lai Dong | Examined WME's proposal and list of workstreams. | Business Analysis / Operations | 1.60 | 720.00 | $1,152.00 |
| 1/3/2024 | Jin Lai Dong | Examined the list of litigation workstreams for the wind-down trust. | Business Analysis / Operations | 0.80 | 720.00 | $576.00 |
| 1/3/2024 | Jin Lai Dong | Reviewed debtors' motion to terminate 401(k) plan (docket #475). | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/3/2024 | Jin Lai Dong | Reviewed the contracts of M. Westhoff, B. Zhao and F. Higman. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 1/3/2024 | Jin Lai Dong | Attended a call with all professionals discussing all workstreams. | Business Analysis / Operations | 0.20 | 720.00 | $144.00 |
| 1/3/2024 | Jin Lai Dong | Filled out the trustee change package for Guideline to terminate 401(k) plan. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 1/3/2024 | Jin Lai Dong | Prepared for upcoming call with all professionals regarding all workstreams. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 1/3/2024 | Nathan Smith | Meetings with oversight committee members re: D. Dunn compensation. | Business Analysis / Operations | 0.90 | 810.00 | $729.00 |
| 1/3/2024 | David Dunn | Reviewed and provided comments on workstreams in preparation for team call. | Business Analysis / Operations | 1.10 | 1,400.00 | $1,540.00 |
| 1/3/2024 | Jin Lai Dong | Examined the diligence request list sent to M3 and MWE. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |

WBD (US) 4890-5610-0521v1

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/3/2024 | Jin Lai Dong | Call with Guideline to terminate 401k plan. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 1/3/2024 | Matthew Mitchell | Call with Province team regarding the wind-down budget. | Business Analysis / Operations | 0.50 | 440.00 | $220.00 |
| 1/3/2024 | Jin Lai Dong | Corresponded with B. Zhao at Prime Trust regarding 401(k) plan. | Business Analysis / Operations | 0.10 | 720.00 | $72.00 |
| 1/3/2024 | Jin Lai Dong | Estimated Province's fees accrued for the month of December 2023. | Fee / Employment Applications | 0.30 | 720.00 | $216.00 |
| 1/4/2024 | Jin Lai Dong | Attended a call with M3 discussing the payments. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/4/2024 | Jin Lai Dong | Read the latest court filings on the docket. | Court Filings | 1.30 | 720.00 | $936.00 |
| 1/4/2024 | Jin Lai Dong | Reviewed post-effective consulting agreements. | Business Analysis / Operations | 0.80 | 720.00 | $576.00 |
| 1/4/2024 | David Dunn | Reviewed court filings. | Court Filings | 1.10 | 1,400.00 | $1,540.00 |
| 1/4/2024 | Jin Lai Dong | Examined M3's revised sources and uses for the trust. | Business Analysis / Operations | 1.10 | 720.00 | $792.00 |
| 1/4/2024 | Matthew Mitchell | Analyzed the plan admin agreement, litigation trust agreement, and DIP term sheet. | Plan and Disclosure Statement | 2.40 | 440.00 | $1,056.00 |
| 1/4/2024 | Matthew Mitchell | Reviewed post-effective 1099 contracts and made adjustments when necessary. | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 1/4/2024 | David Dunn | Reviewed and provided feedback on various post confirmation documents. | Business Analysis / Operations | 1.30 | 1,400.00 | $1,820.00 |
| 1/4/2024 | Matthew Mitchell | Reviewed documents provided by MWE in regard to preference transactions, 98F wallet, and D&O. | Business Analysis / Operations | 1.90 | 440.00 | $836.00 |
| 1/4/2024 | Matthew Mitchell | Call between Province and Polaris (Mintz) reviewing the wind-down budget. | Business Analysis / Operations | 0.60 | 440.00 | $264.00 |
| 1/4/2024 | Jin Lai Dong | Examined Province's revised wind-down budget. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 1/4/2024 | Jin Lai Dong | Reviewed the website of Prime Trust wind down. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 1/4/2024 | Jin Lai Dong | Reviewed revised post-effective consulting agreements. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/4/2024 | Nathan Smith | Participated in effective date meeting with case professionals. | Business Analysis / Operations | 0.60 | 810.00 | $486.00 |
| 1/4/2024 | Jin Lai Dong | Discussed post-effective consulting agreements with M. Mitchell. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |

WBD (US) 4890-5610-0521v1

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/4/2024 | Nathan Smith | Analyzed effective date budgeting. | Business Analysis / Operations | 1.10 | 810.00 | $891.00 |
| 1/4/2024 | Matthew Mitchell | Discussed post-effective consulting agreements with J. Dong. | Business Analysis / Operations | 0.30 | 440.00 | $132.00 |
| 1/4/2024 | Jin Lai Dong | Drafted the outline of oversight committee presentation. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |
| 1/4/2024 | Jin Lai Dong | Reviewed M3's Plan Administration Discussion Materials presentation. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |
| 1/4/2024 | Jin Lai Dong | Quickly reviewed certain files in the production shared by MWE. | Business Analysis / Operations | 0.40 | 720.00 | $288.00 |
| 1/4/2024 | Jin Lai Dong | Reviewed post-effective consulting agreements. | Business Analysis / Operations | 0.50 | 720.00 | $360.00 |
| 1/4/2024 | Jin Lai Dong | Attend a call with DIP Lender's counsel Mintz and Young Conaway. | Business Analysis / Operations | 0.60 | 720.00 | $432.00 |
| 1/4/2024 | Matthew Mitchell | Analyzed the available assets to the trust by reviewing emails, documents, and all other information relating to assets that will be available to the trust, and consolidated this information into our data room. (pt.2) | Business Analysis / Operations | 2.50 | 440.00 | $1,100.00 |
| 1/5/2024 | Matthew Mitchell | Analyzed plan admin agreement and litigation trust agreement. | Plan and Disclosure Statement | 1.90 | 440.00 | $836.00 |
| 1/5/2024 | Matthew Mitchell | Call with case professionals regarding going effective. | Business Analysis / Operations | 0.30 | 440.00 | $132.00 |
| 1/5/2024 | Matthew Mitchell | Analyzed information relevant to going effective and organized high priority documents into our data room. (pt.1) | Business Analysis / Operations | 2.40 | 440.00 | $1,056.00 |
| 1/5/2024 | Nathan Smith | Reconciled outstanding employees and budget items for DIP lender call. | Business Analysis / Operations | 2.20 | 810.00 | $1,782.00 |
| 1/5/2024 | Jin Lai Dong | Discussed list of workstreams with N. Smith. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |
| 1/5/2024 | Matthew Mitchell | Analyzed information relevant to going effective and organized high priority documents into our data room. (pt.2) | Business Analysis / Operations | 2.20 | 440.00 | $968.00 |
| 1/5/2024 | Nathan Smith | Discussed list of workstreams with J. Dong. | Business Analysis / Operations | 0.30 | 810.00 | $243.00 |
| 1/5/2024 | David Dunn | Corresponded with Province team re: D&O insurance. | Insurance | 0.60 | 1,400.00 | $840.00 |
| 1/5/2024 | David Dunn | Continued reviewing and providing feedback on various post confirmation documents. | Business Analysis / Operations | 1.40 | 1,400.00 | $1,960.00 |
| 1/5/2024 | Jin Lai Dong | Attended closing call with all professionals. | Business Analysis / Operations | 0.30 | 720.00 | $216.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/5/2024 | Jin Lai Dong | Attended a call with A. Kim at M3 regarding various matters of the case. | Business Analysis / Operations | 0.70 | 720.00 | $504.00 |

WBD (US) 4890-5610-0521v1