<u>**CERTIFICATE OF SERVICE**</u>

I, Morgan L. Patterson, do hereby certify that on February 28, 2024, I caused a copy of the

*Combined Fifth Monthly and Final Application for Compensation and Reimbursement of Expenses*

*of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the*

*(I) Monthly Period from January 1, 2024 through January 5, 2024, and (II) Final Period from*

*September 1, 2023 Through January 5, 2024* to be served upon the parties listed below in the

manner indicated.

| | |
|---|---|
| VIA FIRST CLASS MAIL<br>Prime Core Technologies<br>Attn: Jor Law<br>10845 Griffith Peak Dr.<br>#03-153<br>Las Vegas, NV 89135 | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Maris J. Kandestin<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>mkandestin@mwe.com |
| VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Darren Azman and Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com; jbevans@mwe.com | VIA ELECTRONIC MAIL<br>Counsel for the Debtors<br>McDermott Will & Emery LLP<br>Attn: Gregg Steinman<br>333 SE 2nd Avenue, Suite 5400<br>Miami, FL 33131<br>gsteinman@mwe.com |
| VIA ELECTRONIC MAIL<br>Office of the United States Trustee for the District of Delaware<br>Attn: Joseph Cudia<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Joseph.cudia@usdoj.gov | |

*/s/ Morgan L. Patterson*
Morgan L. Patterson (DE Bar No. 5388)