# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | ) Case No. 23-11161 (JKS) |
| Debtors. | ) Obj. Deadline: March 21, 2024 at 4:00 p.m. (ET)<br>) Hrg. Date: *Only if objections are filed* |

**SUMMARY OF FOURTH MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | **McDermott Will & Emery LLP** |
| Authorized to provide professional services to: | **Prime Core Technologies Inc., *et al.*** |
| Date of retention: | **October 4, 2023, effective as of August 14, 2023** |
| Period for which compensation and reimbursement is sought: | **November 1, 2023 through November 30, 2023** |
| Amount of compensation sought as actual, reasonable and necessary: | **$1,511,929.20 (80% of $1,889,911.50)** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$29,675.69** |

This is a:  __X__ Monthly Fee Application   ___ Interim Application   ___ Final Application

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses |
|---|---|---|---|---|
| **First Monthly** | 10/30/2023 [DI 359] | 8/14/2023 – 8/31/2023 | $993,849.00/ $12,797.17 | $993,849.00/ $12,797.17 |
| **Second Monthly** | 11/1/2023 [DI 372] | 9/1/2023 – 9/30/2023 | $1,711,027.00/ $24,875.80 | $1,711,027.00/ $24,875.80 |
| **Third Monthly** | 12/29/2023 [DI 674] | 10/1/2023 – 10/31/2023 | $1,595,027.25/ $124,642.43 | $1,595,027.25/ $124,642.43 |

**IN RE: PRIME CORE TECHNOLOGIES INC.,** *ET AL.*
**SUMMARY OF BILLING BY PROFESSIONAL**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael Wilder | 1995 | Partner; U.S. & International Tax | $1,765.00 | 1.60 | $2,824.00 |
| Jim Pardo | 1999 | Partner; Trial | $1,760.00 | 1.30 | $2,288.00 |
| James Cundiff | 1995 | Partner; Private Client | $1,635.00 | 1.50 | $2,452.50 |
| Shawn Helms | 2015 | Partner; Corporate Advisory | $1,550.00 | 37.80 | $58,590.00 |
| Elise McGee | 2006 | Partner; Private Client | 1,500.00 | 4.60 | $6,900.00 |
| Darren Azman | 2011 | Partner; Corporate Advisory | $1,450.00 | 27.40 | $39,730.00 |
| Christen Douglas | 2007 | Partner; Private Client | $1,450.00 | 0.30 | $435.00 |
| Ryan Smethurst | 1999 | Partner; Trial | $1,450.00 | 1.10 | $1,595.00 |
| Maris Kandestin | 2004 | Partner; Corporate Advisory | $1,380.00 | 197.70 | $272,826.00 |
| Joseph Evans | 2014 | Partner; White Coller & Crimes | $1,350.00 | 116.10 | $156,735.00 |
| Matthew King | 2010 | Partner; Corporate Advisory | $1,350.00 | 15.20 | $20,520.00 |

---

[2] Except as set forth below, the rate represents the current standard hourly rate of each McDermott attorney and paralegal who rendered legal services at a ten percent discount.

iii

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sarah Engle | 2010 | Partner; Employee Benefits and Executive Compensation | $1,350.00 | 0.30 | $405.00 |
| Greer Griffith | 2014 | Partner; Trial | $1,300.00 | 144.30 | $187,590.00 |
| Gregg Steinman | 2016 | Partner; Restructuring & Insolvency | $1,300.00 | 70.30 | $91,390.00 |
| Stephania Sanon | 2011 | Partner; Employment | $1,300.00 | 21.90 | $28,470.00 |
| Sarah Raaii | 2015 | Partner; Employee Benefits and Executive Compensation | $1,300.00 | 5.80 | $7,540.00 |
| Margaret Elliott | 2008 | Staff Attorney; Trial | $500.00 | 5.30 | $2,650.00 |
| Jake Jumbeck | 2017 | Associate; Corporate Advisory | $1,105.00 | 129.70 | $143,318.50 |
| Luke Barrett | 2019 | Associate; Corporate Advisory | $1,105.00 | 47.80 | $52,819.00 |
| Raja Chatterjee | 2018 | Associate; Corporate Advisory | $1,105.00 | 0.80 | $884.00 |
| Pat Kennedy | 2020 | Associate; Trial | $1,060.00 | 120.60 | $127,836.00 |
| Daniel Thomson | 2019 | Associate; Corporate Advisory | $1,050.00 | 22.80 | $26,220.00 |

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Carmen Dingman | 2021 | Associate; Corporate Advisory | $945.00 | 2.50 | $2,362.50 |
| Robert Kaylor | 2021 | Associate; Private Client | $835.00 | 81.70 | $68,219.50 |
| Brianna Perez | 2021 | Associate; Trial | $835.00 | 13.30 | $11,105.50 |
| Ethan Heller | 2022 | Associate; Financial Institutions | $835.00 | 3.10 | $2,588.50 |
| Abbey Bowe | 2021 | Associate; Trial | $835.00 | 0.70 | $584.50 |
| Joseph Aminov | NA | Law Clerk; Trial | $725.00 | 153.50 | $111,287.50 |
| Matthew Gibson | NA | Law Clerk; Corporate Advisory | $725.00 | 126.10 | $91,422.50 |
| Carson Masenthin | 2023 | Associate; Corporate Advisory | $725.00 | 106.00 | $76,850.00 |
| Michael Wombacher | 2022 | Associate; Corporate Advisory | $725.00 | 77.80 | $56,260.00 |
| Dante Pavan | 2022 | Associate; Corporate Advisory | $725.00 | 74.40 | $53,940.00 |
| Cristian Catanese | 2023 | Associate; Corporate Advisory | $725.00 | 66.00 | $47,850.00 |
| Jacqueline Winters | 2023 | Associate; Trial | $725.00 | 43.80 | $31,755.00 |
| Rebecca Trickey | 2022 | Associate; Corporate Advisory | $725.00 | 24.00 | $17,400.00 |

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Emily Starbuck | 2022 | Associate; Employment | $725.00 | 8.40 | $6,090.00 |
| Delany Prunty | 2022 | Associate; Corporate Advisory | $725.00 | 5.20 | $3,770.00 |
| Gabrielle Albert | NA | Law Clerk; Trial | $580.00 | 6.40 | $3,712.00 |
| Daniel Northrop | N/A | Paralegal; Corporate Advisory | $670.00 | 69.10 | $46,297.00 |
| Ben Casten | N/A | Legal Support Research | $640.00 | 17.00 | $10,880.00 |
| Alex Schiller | N/A | Legal Support Research | $545.00 | 1.90 | $1,035.50 |
| Ed Kwon | N/A | Legal Support Research | $545.00 | 0.40 | $218.00 |
| Jennifer Berman | N/A | Legal Support Research | $345.00 | 1.50 | $517.50 |
| Albert Sieber | N/A | Legal Support Research | $345.00 | 0.50 | $172.50 |
| Eric Montes | N/A | Legal Support Research | $345.00 | 0.50 | $172.50 |
| Brian Troyan | N/A | Legal Support Research | $345.00 | 0.10 | $34.50 |
| Jacque Bishop Jones | N/A | Paralegal; Corporate Advisory | $325.00 | 26.60 | $8,645.00 |
| Daniel Valentino | N/A | Legal Support Research | $270.00 | 4.80 | $1,296.00 |
| Fitalesh Belayneh | N/A | Legal Support Research | $270.00 | 2.00 | $540.00 |
| Allison Hart | N/A | Paralegal; Trial | $265.00 | 4.00 | $1,060.00 |

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **TOTALS** | | | | **1,895.00** | **$1,889,911.50** |

**Blended Rate: $997.31**

**IN RE: PRIME CORE TECHNOLOGIES INC., *ET AL.*
COMPENSATION BY PROJECT CATEGORY
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 66.10 | $54,901.00 |
| Asset Analysis and Recovery | 1.30 | $1,518.00 |
| Asset Disposition | 324.30 | $373,561.50 |
| Meetings/Communications with Creditors | 9.00 | $9,348.50 |
| Court Hearings | 26.10 | $26,908.50 |
| Fee/Employment Applications | 71.30 | $44,264.50 |
| Avoidance Action Analysis | 7.10 | $5,862.50 |
| Assumption/Rejection of Leases | 34.40 | $37,007.50 |
| Business Operations | 21.20 | $24,670.50 |
| Employee Issues | 55.80 | $64,917.50 |
| Financing/Cash Collections | 77.80 | $95,729.50 |
| Tax Issues | 1.70 | $2,962.00 |
| Insurance | 3.60 | $4,572.50 |
| Claim Admin. & Objections | 142.40 | $137,856.50 |
| Plan and Disclosure Statement | 259.10 | $273,721.00 |
| Special Committee Investigation | 786.00 | $721,346.00 |
| UST Reporting | 7.80 | $10,764.00 |
| **TOTALS** | **1,895** | **$1,889,911.50** |

**IN RE: PRIME CORE TECHNOLOGIES INC., *ET AL.*  
EXPENSE SUMMARY  
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Expense Category | Total Expenses |
|---|---:|
| Business Meals | $38.11 |
| Computer Research | $8,415.83 |
| Computer Usage Charge | $15,887.20 |
| Depositions | $4,008.60 |
| Document Retrieval | $120.00 |
| Document Services | $184.55 |
| Express Mail | $92.67 |
| Messenger/Courier | $84.18 |
| Miscellaneous | $188.00 |
| Search Fees | $65.40 |
| Transportation/Parking | $25.96 |
| Travel | $565.19 |
| **TOTAL** | **$29,675.69** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prime Core Technologies Inc., *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
| | ) | |
| Debtors. | ) | **Obj. Deadline: March 2, 2024 at 4:00 p.m. (ET)** |
| | ) | **Hrg. Date:** *Only if objections are filed* |
| | ) | |

**FOURTH MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

McDermott Will & Emery LLP (the "Applicant" or "McDermott"), counsel to Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and (i) the *Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 242] (the "Retention Order"); (ii) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Compensation Order"),[2] (iii) the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 644] (the "Confirmation Order"), and (iv) the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1] (the "Plan"), for allowance of compensation for services rendered and reimbursement of expenses for the period from November 1, 2023 through November 30, 2023 (the "Application Period"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.  The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b).

2.  Venue of these Chapter 11 Cases and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.  The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-2. Pursuant to Local Rule 9013-1(f), McDermott consents to the entry of a final judgement or order with respect to this Application if it is determined that this Court would lack Article III jurisdiction to enter such final judgement or order absent the consent of the parties.

---

[2] Capitalized terms but not defined herein shall have the meanings ascribed to such items in the Interim Compensation Order.

2

## BACKGROUND

A.   **The Chapter 11 Case**

4.   On August 14, 2023 (the "Petition Date"), the Debtors commenced these Chapter 11 Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code.

5.   The Debtors continue to manage their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in these Chapter 11 Cases.

6.   On August 29, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to Bankruptcy Code section 1102 (the "Committee") [Docket No. 51]. The Committee was comprised of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Stably Corporation; and (f) Austin Ward.

7.   Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of the Chapter 11 Cases, is set forth in the *Declaration of Jor Law, Interim Chief in Support of the Chapter 11 Petition and First Day Motions* [Docket No. 14] (the "First Day Declaration"), which is incorporated by reference as if fully set forth herein.

8.   On December 21, 2023, the Court entered the Confirmation Order, and on January 5, 2024, the Plan became effective in accordance with its terms. *See* Docket No. 694.

B.   **The Retention of McDermott**

9.   On September 14, 2023, the Debtors filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as*

3

*Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 124] (the "McDermott Retention Application"). On October 4, 2023, the Court entered the Retention Order, thereby approving the McDermott Retention Application [Docket No. 242].

**C.    The Interim Compensation Order**

10.    On September 18, 2022, the Court entered the Interim Compensation Order, which sets the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases. Among other things, the Interim Compensation Order provides that to the extent there are no objections to a Retained Professional's Monthly Fee Application filed within twenty-one (21) days after the service of same, such Retained Professional may file a certificate of no objection with the Court, after which the Debtors would be authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.

**RELIEF REQUESTED**

11.    Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, McDermott is seeking compensation in the amount of $1,511,929.20, which is equal to eighty percent (80%) of the $1,889,911.50 in fees for professional services rendered by McDermott during the Application Period. This amount is derived solely from the applicable hourly billing rates of McDermott's personnel who rendered such services to the Debtors. In addition, McDermott is seeking reimbursement of expenses incurred during the Application Period in the amount of $29,675.69.

4

**A.    Compensation Requested**

12.    Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by McDermott in connection with these Chapter 11 Cases during the Application Period. This detailed itemization complies with Local Rule 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

13.    The attorneys and paraprofessionals who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B.    Expense Reimbursement**

14.    McDermott incurred out-of-pocket expenses during the Application Period in the amount of $29,675.69. Attached hereto as **Exhibit B** are descriptions of the expenses actually incurred by McDermott in the performance of services rendered as counsel to the Debtors. The expenses are broken down into categories of charges, including among other things, the following charges: Court filing fees, online legal research, transcripts, service fees, travel expenses (including travel, lodging, and business meal expenses), and certain other non-ordinary expenses.[3]

## VALUATION OF SERVICES

15.    Attorneys and paraprofessionals of McDermott have expended a total of 1,895 hours in connection with this matter during the Application Period.

---

[3]  In accordance with Local Rule 2016-2(e)(iii), McDermott does not charge more than $0.10 per page for photocopies, does not charge for incoming facsimile transmissions, and does not charge more than $0.25 per page for outgoing facsimiles.

16. The amount of time spent by each of the professionals providing services to the Debtors for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are McDermott's normal hourly rates of compensation for work of this character at a ten percent (10%) discount. The reasonable value of the services rendered by McDermott for the Application Period as counsel for the Debtors in connection with these Chapter 11 Cases is $1,889,911.50 in the aggregate.

17. McDermott believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto comply with the requirements of Local Rule 2016-2.

18. In accordance with the factors enumerated in Bankruptcy Code section 330, McDermott submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 Cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## NO PRIOR REQUEST

19. No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

20. The undersigned representative of McDermott certifies that she has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, McDermott believes that such deviations are not material and respectfully requests that any such requirement be waived.

**CONCLUSION**

WHEREFORE, McDermott respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $1,511,929.20 (80% of $1,889,911.50) for professional services rendered, and (b) reimbursement for actual and necessary costs in the amount of $29,675.69; (ii) directing payment by the Debtors or the Wind-Down Debtor, as applicable, of the foregoing amounts; and (iii) granting such other further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

|  |  |
|---|---|
| Dated: February 29, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:  mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:  dazman@mwe.com<br>           jbevans@mwe.com<br>           ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |