## EXHIBIT B

**November Expense Detail**



Prime Trust

| | |
|---|---|
| Client: | 121647 |
| Invoice: | 3848314 |
| Invoice Date: | 02/20/2024 |

## Costs and Other Charges

| Description | Amount |
|---|---:|
| Business Meal | 38.11 |
| Dinner after working 10 hours in the office. | |
| Computer Research | 289.07 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 945.48 |
| Computer Research, MATTHEW GIBSON | |
| Computer Research | 443.01 |
| Computer Research, MATTHEW GIBSON | |
| Computer Research | 260.43 |
| Computer Research, MATTHEW GIBSON | |
| Computer Research | 182.59 |
| Computer Research, LUKE BARRETT | |
| Computer Research | 913.97 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 365.17 |

2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000

US practice conducted through McDermott Will & Emery LLP.



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3848314 |
| | Invoice Date: | 02/20/2024 |

| Description | Amount |
|---|---|
| Computer Research, LUKE BARRETT | |
| Computer Research | 1,357.49 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 1,538.86 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 58.03 |
| Computer Research, MATTHEW GIBSON | |
| Computer Research | 1,330.56 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 731.17 |
| Computer Research, REBECCA TRICKEY | |
| Computer Usage Charge - Data Review & Production Software | 14,000.00 |
| "November monthly fee for Discovery Platform Use (RelativityOne, 1325.03 GBs)" | |
| Computer Usage Charge - Data Review & Production Software | 1,887.20 |
| "November monthly fee for Data Processing (RelativityOne, 47.18 GBs)" | |
| Depositions | 1,062.50 |
| VENDOR: US Legal Support Inc INVOICE#: 2023055462-13 DATE: 11/17/2023   - Court reporter and videographer for deposition of Party 5 | |
| Depositions | 2,946.10 |
| VENDOR: US Legal Support Inc INVOICE#: 20230552274-13 DATE: 11/15/2023   - Court reporter and videographer for deposition of Party 5. | |
| Document Retrieval | 120.00 |
| VENDOR: Research & Retrieval Inc INVOICE#: 79865 DATE: 11/7/2023   - Document Retrieval, Clark County District Court NV, Case A23-872963 pulled for Brianna Perez | |
| Document Services | 61.10 |
| VENDOR: Reliable Copy Service INVOICE#: WL113504 DATE: 11/3/2023   - Obtain transcript of 10/18/2023 at 2:00 p.m. ET hearing in In re Prime Coree Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). | |
| Document Services | 6.94 |
| VENDOR: Reliable Copy Service INVOICE#: WL113562 DATE: 11/3/2023   - Delivery of hard copy of CNO relating to Debtorsâ€™ motion to reject Palo Alto and Sioux Falls leases in the Prime Core Technologies Inc., et al. chapter 11 case, Case No. 23-11161 (JKS). | |
| Document Services | 47.66 |
| VENDOR: Reliable Copy Service INVOICE#: WL113567 DATE: 11/6/2023   - | |



| | | |
|---|---|---|
| Prime Trust | Client: | 121647 |
| | Invoice: | 3848314 |
| | Invoice Date: | 02/20/2024 |

| Description | Amount |
|---|---:|
| Preparation and delivery of hearing binder for 11/7 hearing in In re Prime Core Technologies, Inc., et al., Case No. 23-11161 (JKS), to Judge Stickles' chambers | |
| Document Services | 68.85 |
| VENDOR: Reliable Copy Service INVOICE#: WL113738 DATE: 11/14/2023   - Obtain transcript of 11/7/2023 hearing regarding Debtors' motion for Rule 2004 examination of Party 1 (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS)). | |
| Express Mail | 55.99 |
| VENDOR: Federal Express Corporation INVOICE#: 830986639 DATE: 11/7/2023   - FedEx invoice 830986639 | |
| Express Mail | 36.68 |
| VENDOR: Federal Express Corporation INVOICE#: 832351648 DATE: 11/20/2023   - FedEx invoice 832351648 | |
| Messenger/Courier | 84.18 |
| VENDOR: Washington Express LLC INVOICE#: 213037 DATE: 11/10/2023   - Washington Express courier services | |
| Miscellaneous | 188.00 |
| Filing fee for Debtors' motion to sell certain foreign currency free and clear of liens, etc. (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS)) | |
| Search Fees | 65.40 |
| VENDOR: TransUnion Risk and Alternative Data Sol INVOICE#: 572596-202310-1 DATE: 11/1/2023   - Transunion TLO Usage, October 2023 Searches | |
| Transportation/Parking | 25.96 |
| Uber to meet J. Evans for travel to Delaware for court hearing. | |
| Travel Expenses | 382.00 |
| Amtrak tickets re travel to and from Prime Trust hearing | |
| Travel Expenses | 11.19 |
| Taxi re travel to and from Prime Trust hearing | |
| Travel Expenses | 172.00 |
| Amtrak return tickets re travel to and from Prime Trust hearing | |

| | | |
|---|---:|---:|
| | **Total Costs and Other Charges** | **$29,675.69** |
| | **Total This Invoice** | **$1,919,587.19** |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

US practice conducted through McDermott Will & Emery LLP.