**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 11, 2024 at 1:00 p.m. (ET)<br>Obj. Deadline: March 27, 2024 at 4:00 p.m. (ET)<br><br>Re: Docket No. 738 |

## RE-NOTICE OF APPLICATION

      **PLEASE TAKE NOTICE** that, on February 21, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Combined (A) Fifth Monthly Fee Application for the Period December 1, 2023 through January 5, 2024 and (B) Final Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period from August 14, 2023 through January 5, 2024* [Docket No. 738] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Application.**

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the original Notice filed with the Application, (i) a hearing (the "Hearing") with respect to the Application was scheduled for April 11, 2024 at 1:00 p.m. (prevailing Eastern Time) and (ii) the original deadline to file objections or responses, if any, to the Application was March 13, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline"). The scheduling of the Objection Deadline has been modified as set forth herein.

      **PLEASE TAKE FURTHER NOTICE** that the Objection Deadline has been extended, and objections or responses to the relief requested in the Application, if any, must be made in writing and filed with the Court on or before **March 27, 2024 at 4:00 p.m. (Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that the Hearing with respect to the Application, is scheduled for **April 11, 2024 at 1:00 p.m. (Eastern Time)** before the Honorable J. Kate Stickles United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THEN**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

**THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: February 29, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (646) 547-5444<br>Email: dazman@mwe.com<br>          jbevans@mwe.com<br>          ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email: gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |