## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 11, 2024 at 1:00 p.m. (ET)<br>Obj. Deadline: March 27, 2024 at 4:00 p.m. (ET)<br><br>Re: Docket No. 743 |

### RE-NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that, on February 25, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Agent to the Debtors and Debtors in Possession for the Period from August 14, 2023 through January 5, 2024* [Docket No. 743] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").  **You were previously served with a copy of the Application.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the original Notice filed with the Application, (i) a hearing (the "Hearing") with respect to the Application was scheduled for April 11, 2024 at 1:00 p.m. (prevailing Eastern Time) and (ii) the original deadline to file objections or responses, if any, to the Application was March 19, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").  The scheduling of the Objection Deadline has been modified as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline has been extended, and objections or responses to the relief requested in the Application, if any, must be made in writing and filed with the Court on or before **March 27, 2024 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing with respect to the Application, is scheduled for **April 11, 2024 at 1:00 p.m. (Eastern Time)** before the Honorable J. Kate Stickles United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Dated: February 29, 2024
Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

/s/ *Maris J. Kandestin*
Maris J. Kandestin (No. 5294)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email: mkandestin@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (646) 547-5444
Email: dazman@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email: gsteinman@mwe.com

*Counsel to the Debtors and Debtors in Possession*