**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 731** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATION OF GALAXY DIGITAL PARTNERS LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

The undersigned counsel hereby certifies that she is aware of no formal or informal objection or response to the *Third Monthly Fee Application of Galaxy Digital Partners LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through November 30, 2023* [Docket No. 731] (the "Application"), filed by counsel to the above-captioned debtors and debtors in possession (the "Debtors") on February 1, 2024. The undersigned counsel further certifies that she has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), the notice of Application set a deadline of February 28, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $54,000.00, and 100% of the expenses requested in the Application, or $0.00.

| | |
|---|---|
| Dated: March 4, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:  (302) 351-8711<br>Email:       mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:  (646) 547-5444<br>Email:       dazman@mwe.com<br>                  jbevans@mwe.com<br>                  ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:  (305) 347-6500<br>Email:       gsteinman@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |