**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.: 124, 242 & 706** |

**SECOND SUPPLEMENTAL DECLARATION OF DARREN AZMAN IN SUPPORT OF
THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCDERMOTT WILL &
EMERY LLP AS COUNSEL, PURSUANT TO BANKRUPTCY CODE SECTION 327(a),
BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1,
EFFECTIVE AS OF THE PETITION DATE**

  I, Darren Azman, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

  1.  I am an attorney at law admitted to practice before the United States District Courts for the District of Colorado, the District of Massachusetts, and the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits. I am a partner of the firm of McDermott Will & Emery LLP ("McDermott" or the "Firm"), which maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017.

  2.  I am familiar with the matters set forth herein and make this supplemental declaration (this "Supplemental Declaration") pursuant to the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 124] (the "Application")[2] and the *Supplemental Declaration of Darren Azman in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 706], and in accordance with the *Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Counsel, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 242] (the "McDermott Retention Order").

3. Pursuant to paragraph 5 of the McDermott Retention Order, I submit this Supplemental Declaration to disclose an increase in the hourly rates of McDermott professionals, effective January 1, 2024.[3]

4. In the ordinary course of McDermott's business and in keeping with McDermott's established billing practices and procedures, McDermott's standard billing rates were adjusted firm-wide on January 1, 2024. Specifically, effective as of January 1, 2024, McDermott's billing rates for lawyers and paraprofessionals who may work on matters related to McDermott's representation of the Debtors in this Chapter 11 Case range as follows:[4]

---

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Application.

[3] Paragraph 5 of the McDermott Retention Order requires that McDermott provide notice of any rate increase to the Debtors, the U.S. Trustee, and the Committee, which McDermott so provided in advance of the rate increases discussed herein taking effect. Although the McDermott Retention Order does not require that McDermott file a formal notice of any rate increases on the docket, McDermott is nonetheless filing this notice for the sake of transparency.

[4] These rates represent the 2024 standard hourly rates of each McDermott attorney and paralegal that are expected to have primary responsibility for providing services to the Debtors, at a ten percent discount.

2

3

| Billing Category | 2024 Rates |
|---|---|
| Partners | $1,650 - $1,750 |
| Associates | $1,040 - $1,245 |
| Paraprofessionals | $325 - $745 |

5. These new rates are reasonable based on the customary compensation that comparably skilled practitioners charge in large chapter 11 cases.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 5, 2024

By: */s/ Darren Azman*
Darren Azman
Partner
McDermott Will & Emery LLP