**<u>EXHIBIT B</u>**

**Detailed Description of Expenses Incurred**
**December 1, 2023 – January 5, 2024**


McDermott
Will & Emery

Prime Trust

Client:        121647
Invoice:       3848315
Invoice Date:  03/05/2024

## Costs and Other Charges

| Description | Amount |
| --- | ---: |
| Business Meal<br>VENDOR: GrubHub Holdings Inc;INVOICE #:SL-285-211;DATE: 12/17/2023 - SL-285-211 | 125.15 |
| Business Meal<br>Meal in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Jake Jumbeck | 12.27 |
| Business Meal<br>Meal (breakfast) in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Luke Barrett | 10.17 |
| Business Meal<br>Meal (lunch) in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Luke Barrett | 16.80 |
| Business Meal<br>Meal while in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Gregg Steinman | 17.72 |
| Business Meal<br>Flights for DE confirmation Hearing in Prime Trust. | 53.72 |
| Business Meal<br>Meal while in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District | 42.80 |



McDermott
Will & Emery

Prime Trust

| | | |
|---|---|---|
| Client: | 121647 | |
| Invoice: | 3848315 | |
| Invoice Date: | 03/05/2024 | |

| **Description** | **Amount** |
|---|---|
| of Delaware). Darren Azman | |
| Business Meal | 240.00 |
| Team Lunch (12 attendees) while in Wilimington, DE for confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Joe Evans | |
| Business Meals | 200.20 |
| VENDOR: Urban Cafe INVOICE#: MWE121823 DATE: 12/18/2023 - Working team breakfast for Prime Trust 341 hearing. | |
| Business Meals | 184.80 |
| VENDOR: Urban Cafe INVOICE#: MWE121923 DATE: 12/19/2023 - Working team breakfast for Prime Trust hearing day 2. | |
| Computer Research | 1,723.07 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 1,494.94 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 391.09 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 913.97 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 969.23 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 1,462.34 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 182.79 |
| Computer Research, JAKE JUMBECK | |
| Computer Research | 182.79 |
| Computer Research, REBECCA TRICKEY | |
| Computer Research | 5,082.61 |
| Computer Research, CRIS RAY | |
| Computer Research | 294.30 |
| VENDOR: Pacer; INVOICE #:2604250-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Chicago | |
| Computer Research | 731.90 |
| VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | |



Prime Trust

|  | | |
|---|---|---|
| Client: | 121647 |
| Invoice: | 3848315 |
| Invoice Date: | 03/05/2024 |

## Description

## Amount

| Description | Amount |
|---|---|
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 22.30 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 8.50 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 12.20 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 2.50 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 92.30 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:4841559-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Dallas | 38.50 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:2604266-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for Washington | 0.70 |
| Computer Research<br>VENDOR: Pacer; INVOICE #:2604289-Q42023; Date 01/04/2024 - Pacer Q3 2023 charges for Los Angeles | 10.20 |
| Computer Usage Charge - Data Review & Production Software<br>"December monthly fee for Discovery Platform Use (RelativityOne, 1316.02 GBs)" | 14,000.00 |
| Depositions<br>VENDOR: US Legal Support Inc INVOICE#: 20230563598-13 DATE: 12/4/2023  - Court reporter for deposition of Party 11 for In re Prime Core Technologies Inc., et al.; Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware | 3,004.50 |
| Depositions<br>VENDOR: US Legal Support Inc INVOICE#: 20230564891-13 DATE: 12/5/2023  - Videographer for deposition of Party 11 for In re Prime Core Technologies Inc., et al.; Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware | 1,600.00 |
| Depositions<br>VENDOR: US Legal Support Inc INVOICE#: 20230570462-13 DATE: 12/13/2023   - | 1,931.25 |



Prime Trust

Client:        121647
Invoice:       3848315
Invoice Date:  03/05/2024

## Description                                                    Amount

Videographer for deposition of Party of 4.

Depositions                                                       5,703.70
VENDOR: US Legal Support Inc INVOICE#: 20230568334-13 DATE: 12/26/2023  -
Court Reporter for deposition of Party of 4.

Document Services                                                    33.18
VENDOR: Reliable Copy Service INVOICE#: WL113613 DATE: 11/7/2023   - Delivery
of hard copies of additional pleadings/court filings for 11/7/2023 hearing to Judge Stickles
chambers in In re Prime Core Technologies Inc., et al.

Document Services                                                    46.72
VENDOR: Reliable Copy Service INVOICE#: WL113614 DATE: 11/9/2023   - Delivery
of hard copies of amended agenda and additional pleadings/court filings for 11/7/2023
hearing to Judge Stickles chambers in In re Prime Core Technologies Inc., et al.

Document Services                                                   112.72
VENDOR: Reliable Copy Service INVOICE#: WL113674 DATE: 11/13/2023   -
Assemble binder of pleadings/matters going forward at 11/14/23 hearing and deliver same
to Judge Stickles  chambers in In re Prime Core Technologies Inc., et al.

Document Services                                                 1,862.72
VENDOR: Reliable Copy Service INVOICE#: WL113994 DATE: 12/6/2023   -
Preparation and delivery to Judge Stickles chambers by Reliable Company of omnibus
claims objection binders for 12/19 hearing in In re Prime Core Technologies Inc., et al.
Matter No. 121647-0012.

Document Services                                                    10.00
VENDOR: Reliable Copy Service INVOICE#: WL114171 DATE: 12/8/2023   - Retrieval
of binders of pleadings from the U.S. Bankruptcy Court for the District of Delaware by
Reliable Company (per the request of the court) (In re Prime Core Technologies Inc., et
al.).

Document Services                                                    13.02
VENDOR: Reliable Copy Service INVOICE#: WL114347 DATE: 12/18/2023   - Delivery
by Reliable Company of amended agenda for 12/19/2023 hearing to Judge Stickles’
chambers in In re Prime Core Technologies Inc., et al.

Document Services                                                   628.06
VENDOR: Reliable Copy Service INVOICE#: WL114234 DATE: 12/18/2023   -
Preparation of hearing binders (matters going forward) for M. Kandestin for 12/19/2023
hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S.
Bankruptcy Court for the District of Delaware)

Document Services                                                 1,474.24



Prime Trust

| | | |
|---|---|---|
| Client: | 121647 |
| Invoice: | 3848315 |
| Invoice Date: | 03/05/2024 |

| **Description** | **Amount** |
|---|---|
| VENDOR: Reliable Copy Service INVOICE#: WL114289 DATE: 12/19/2023   - Preparation and delivery to Judge Stickles' chambers by Reliable Company of binders for 12/19 hearing in In re Prime Core Technologies Inc., et al. Matter No. 121647-0012. | |
| Document Services | 208.00 |
| VENDOR: Reliable Copy Service INVOICE#: WL114353 DATE: 12/19/2023   - Preparation and delivery to Judge Stickles' chambers by Reliable Company of binder for the Court for the status conference scheduled for 4:00 p.m. ET on 12/19/2023 regarding the Debtors' motion to sell certain foreign currency assets in the Prime Core Technologies Inc., et al. case. | |
| Document Services | 555.29 |
| VENDOR: Reliable Copy Service INVOICE#: WL114339 DATE: 12/19/2023   - Vendor invoice | |
| Document Services | 1,384.00 |
| VENDOR: Reliable Copy Service INVOICE#: WL114405 DATE: 12/21/2023   - Obtain transcript of 12/21/2023 hearing (confirmation hearing) in In re Prime Core Technologies Inc., et al. on an expedited basis (i.e., 24-hour turnaround time). | |
| Express Mail | 36.52 |
| VENDOR: Federal Express Corporation INVOICE#: 833740231 DATE: 12/4/2023 - FedEx invoice 833740231 | |
| Express Mail | 28.52 |
| VENDOR: Federal Express Corporation INVOICE#: 835180809 DATE: 12/19/2023   - FedEx invoice 835180809 | |
| Miscellaneous | 32.00 |
| Filing fee for amended Schedule D for Debtor Prime Trust, LLC (In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware)) | |
| Miscellaneous | 25.00 |
| Admission fee for M. Wombacher to appear pro hac vice on behalf of the Debtors and Debtors in Possession in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) | |
| Miscellaneous | 12.00 |
| Request for certified copy of confirmation order (Docket No. 644, entered 12/21/2023) In re Prime Core Technologies Inc, et al., Case No. 23-11161 (JKS) | |
| Professional Services/Consultants | 35,654.47 |
| VENDOR: J.S. HELD LLC INVOICE#: INV-01US-0135821 DATE: 11/1/2023   - Professional Services. Prime trust, LLC Chapter 11 Proceedings. | |


McDermott
Will & Emery

Prime Trust

Client:        121647
Invoice:      3848315
Invoice Date:  03/05/2024

## Description                                                          **Amount**

| | |
|---|---|
| Search Fees | 349.80 |
| VENDOR: Chapter 11 Dockets INVOICE#: 132096 DATE: 12/11/2023 - Chapter 11 Dockets, November 2023 Searches | |
| Search Fees | 26.96 |
| VENDOR: Chapter 11 Dockets INVOICE#: 132096 DATE: 12/11/2023 - Chapter 11 Dockets, November 2023 Searches | |
| Transportation/Parking | 48.28 |
| Transportation from MWE office to residence due to late work in In re Prime Core Technologies Inc., et al. Stephania Sanon | |
| Transportation/Parking | 0.00 |
| Uber to residence from MWE team dinner. | |
| Transportation/Parking | 45.44 |
| Travel to from residence to O'Hare airport for flight to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Jake Jumbeck | |
| Transportation/Parking | 66.92 |
| Travel from hotel to train for return from confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Cristian Catanese | |
| Transportation/Parking | 43.20 |
| Transportation from train to residence returning from confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Luke Barrett | |
| Transportation/Parking | 50.00 |
| Airport Parking at Miami airport during travel for confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Gregg Steinman | |
| Transportation/Parking | 45.51 |
| Travel to airport in for return flight to Chicago from attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Jake Jumbeck | |
| Travel Expenses | 388.30 |
| Hotel stay (1 night) in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Jake Jumbeck | |
| Travel Expenses | 765.96 |


McDermott
Will & Emery

Prime Trust

Client: 121647
Invoice: 3848315
Invoice Date: 03/05/2024

| Description | Amount |
| --- | --- |
| Travel from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Jake Jumbeck | |
| Travel Expenses | 250.00 |
| Travel from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Joe Evans | |
| Travel Expenses | 388.30 |
| Hotel (1 night) in Delaware for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Cristian Catanese | |
| Travel Expenses | 148.00 |
| Train from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Cristian Catanese | |
| Travel Expenses | 294.97 |
| Hotel 1 night stay in Delaware for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Darren Azman | |
| Travel Expenses | 250.00 |
| Travel from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Darren Azman | |
| Travel Expenses | 19.00 |
| Wifi during flight to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Gregg Steinman | |
| Travel Expenses | 317.00 |
| Train ride to and from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Luke Barrett | |
| Travel Expenses | 41.35 |
| Uber to train station for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Greer Griffith | |
| Travel Expenses | 18.00 |

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

*US practice conducted through McDermott Will & Emery LLP.*



Prime Trust

| | |
|---|---|
| Client: | 121647 |
| Invoice: | 3848315 |
| Invoice Date: | 03/05/2024 |

| **Description** | **Amount** |
|---|---|
| Uber from train station returning from confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Greer Griffith | |
| Travel Expenses | 527.80 |
| Flights to and from Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Gregg Steinman | |
| Travel Expenses | 159.00 |
| Train from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Greer Griffith | |
| Travel Expenses | 148.00 |
| Train from New York City, NY to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Cristian Catanese | |
| Travel Expenses | 353.00 |
| Hotel 1 night stay in Delaware for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Cristian Catanese | |
| Travel Expenses | 444.00 |
| Hotel 1 night stay in Delaware for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Joe Evans | |
| Travel Expenses | 20.00 |
| Meal while in Wilmington, DE while attending confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Joe Evans | |
| Travel Expenses | 394.90 |
| Hotel (1 night) in Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Greer Griffith | |
| Travel Expenses | 500.00 |
| Train from New York City, NY to Wilimington, DE for confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Joe Evans and Greer Griffith | |
| Travel Expenses | 388.30 |



McDermott
Will & Emery

Prime Trust

Client: 121647
Invoice: 3848315
Invoice Date: 03/05/2024

| Description | Amount |
|---|---|
| Hotel (1 night) Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Luke Barrett | |
| Travel Expenses | 250.00 |
| Travel from Wilmington, DE to New York City, NY for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Darren Azman | |
| Travel Expenses | 169.00 |
| Train from Wilmington, DE to New York City, NY returning from confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Cristian Catanese | |
| Travel Expenses | 35.64 |
| Taxi from train station to home returning from attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Joe Evans | |
| Travel Expenses | 409.20 |
| Hotel (1 night) in Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware) Gregg Steinman | |
| Travel Expenses | 19.00 |
| Wifi during return flight to Wilmington, DE for attendance at confirmation hearing in In re Prime Core Technologies Inc., et al., Case No. 23-11161 (JKS) (U.S. Bankruptcy Court for the District of Delaware). Gregg Steinman | |

**Total Costs and Other Charges** **$90,250.60**

**2501 North Harwood Street  Suite 1900  Dallas, TX 75201  Tel +1 214 295 8000**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Prime Trust

| | |
|---|---|
| Client: | 121647 |
| Invoice: | 3864254 |
| Invoice Date: | 02/29/2024 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Research | 15.50 |
| VENDOR: Pacer; INVOICE #:2604251-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for New York | |
| Computer Research | 504.40 |
| VENDOR: Pacer; INVOICE #:2604251-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for New York | |
| Computer Research | 88.00 |
| VENDOR: Pacer; INVOICE #:2604251-Q42023; Date 01/04/2024 - Pacer Q4 2023 | |



Prime Trust

Client:            121647
Invoice:           3864254
Invoice Date:      02/29/2024

| Description | Amount |
|---|---|
| charges for New York | |
| Computer Research | 35.70 |
| VENDOR: Pacer; INVOICE #:2604251-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for New York | |
| Computer Research | 12.30 |
| VENDOR: Pacer; INVOICE #:2604251-Q42023; Date 01/04/2024 - Pacer Q4 2023 charges for New York | |

**Total Costs and Other Charges**    **$655.90**

**Total This Invoice**    **$82,685.90**



J.S. Held LLC
50 Jericho Quadrangle
Suite 117
Jericho, NY 11753 United States

Joseph Evans
McDermott Will & Emery
One Vanderbilt Avenue
New York NY 10017-3852
email: jbevans@mwe.com

Dear Mr. Joseph Evans:

*Re:* Prime Trust, LLC Chapter 11 Proceedings

Please find enclosed invoice (Invoice# 9998889 ) details for the above referenced matter for the period September 1, 2023 through September 30, 2023.  Please let me know if you have any questions. Below are summary details of tasks performed:

- Fees + expenses to retrieve seed phrase (one-time only).
- Review and analysis of data produced by Prime Trust related to the Fire blocks wallets.
- Communications with counsel and the Prime Trust team.
- Review and analysis of accounts and balances data.
- Review and analsysis related to AUDIO token Demand Letter.

Sincerely,

JP Brennan



J.S. Held LLC
48 Wall Street
New York, NY 10043
United States

| | | | |
|---|---|---|---|
| Total Amount Due: | Services Rendered | $ | 82,276.00 |
| | Expenses | $ | 3,415.84 |
| | | $ | **85,691.84** |

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT TO:**

**To Remit Payment via Check:**
J.S. Held LLC
P.O. Box 23368
New York, NY 10087-3368

**Optional Wire/ACH Transfer Instructions**
Bank Name: ABA#:
Swift Code:
Account#:
Bank Address: Beneficiary:
Reference (Mandatory):



Payment via Credit Card can be made using the credit card link below. Please note that the credit card processing company will add a 4% processing fee to your total.

[Click here to make your payment](#)



**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| GLOBAL INVESTIGATIONS | | | | |
|---|---|---|---|---|
| STAFF MEMBER | LEVEL | HOURS | RATE | AMOUNT |
| Omer Khan | Managing Director | 27.50 | $600 | **$16,500** |
| JP Brennan | Senior Managing Director | 29.70 | $650 | **$19,305** |
| Sara Beretta | Managing Director | 2.00 | $500 | **$1,000** |
| Richard Chung | Director | 7.90 | $500 | **$3,950** |
| Ron Yearwood | Senior Managing Director | 28.90 | $650 | **$18,785** |
| Shravan Bittla | Senior Consultant | 46.00 | $350 | **$16,100** |
| Sebastiano Pepenella | Managing Consultant | 16.80 | $395 | **$6,636** |
| **September Total** | | **158.80** | | **$82,276** |

**PROFESSIONAL SERVICES RENDERED:**

| DATE | STAFF MEMBER | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/30/2023 | JP Brennan | Call with counsel + John Guedry and John Wilcox in re: seed phrase retrieval. | 0.50 |
| 09/01/2023 | JP Brennan | Call with counsel and opposing parties in re: seed phrase. | 1.00 |
| 09/01/2023 | Sara Beretta | Discussed matter and was read into the case. | 0.80 |
| 09/01/2023 | Richard Chung | ███████████████████████████████. | 1.50 |
| 09/01/2023 | Ron Yearwood | Internal team meetings and briefing on matter foundation, initiate draft plan/protocol for onsite data collection and deletion. | 1.30 |
| 09/02/2023 | Richard Chung | Coordination with team regarding staffing; internal meeting with team regarding onsite remediation of devices and next steps. | 1.30 |
| 09/02/2023 | Ron Yearwood | Internal team meetings and project coordination for staffing and strategy implementation. Continue draft of onsite plan/protocol for data recovery and deletion. | 1.50 |
| 09/03/2023 | Richard Chung | ██████████████████████████ | 0.90 |
| 09/03/2023 | Ron Yearwood | Continued development of onsite plan/protocol data collection and deletion. | 1.50 |
| 09/04/2023 | Sebastiano Pepenella | Assisted in the development of protocol for data collection. | 1.00 |
| 09/04/2023 | Richard Chung | ███████████████████████████████ | 1.10 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/04/2023 | Ron Yearwood | Continued development of onsite plan/protocol and preparation for deployment. | 1.30 |
| 09/05/2023 | JP Brennan | ███████████████████████ | 0.50 |
| 09/05/2023 | JP Brennan | Review of documents provided via google drive access. | 2.10 |
| 09/05/2023 | Sebastiano Pepenella | ███████████████████████ | 3.00 |
| 09/05/2023 | Sebastiano Pepenella | ███████████████████████ | 6.90 |
| 09/05/2023 | Richard Chung | ███████████████████████ | 1.20 |
| 09/05/2023 | Ron Yearwood | ███████████████████████ | 9.80 |
| 09/06/2023 | Omer Khan | ███████████████████████ | 2.00 |
| 09/06/2023 | JP Brennan | ███████████████████████ | 3.40 |
| 09/06/2023 | Sara Beretta | ███████████████████████ | 1.10 |
| 09/06/2023 | Sebastiano Pepenella | ███████████████████████ | 5.90 |
| 09/06/2023 | Richard Chung | ███████████████████████ | 1.90 |
| 09/06/2023 | Ron Yearwood | ███████████████████████ | 8.40 |
| 09/07/2023 | Omer Khan | Conduct wallet analytics and report findings to internal team. | 2.00 |
| 09/07/2023 | Shravan Bittla | Setup and background on matter through internal meeting. | 1.00 |
| 09/07/2023 | JP Brennan | ███████████████████████ | 2.70 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/07/2023 | Shravan Bittla | Data collection of Fire blocks wallet. | 3.30 |
| 09/07/2023 | Sara Beretta | Meeting update and correspondence from JP Brennan. | 0.10 |
| 09/07/2023 | Ron Yearwood | ██████████████████████████████████████. | 0.50 |
| 09/07/2023 | Shravan Bittla | Continued data collection of Fire blocks wallet. | 2.80 |
| 09/07/2023 | Shravan Bittla | Setup API and begin wallet analysis. | 2.90 |
| 09/08/2023 | Omer Khan | Conducted wallet analytics and reported on findings to internal team. | 2.00 |
| 09/08/2023 | JP Brennan | Call with counsel to discuss property of the estate. | 1.00 |
| 09/08/2023 | JP Brennan | ██████████████████████████████████████ | 3.80 |
| 09/08/2023 | Shravan Bittla | Finalize collection of API data for the Fire blocks wallet analysis. | 3.90 |
| 09/08/2023 | Shravan Bittla | Begin analysis of the transaction from the Fire blocks wallet. | 2.70 |
| 09/08/2023 | Shravan Bittla | Continued analysis of the transaction from the Fire blocks wallet. | 2.40 |
| 09/08/2023 | Ron Yearwood | ██████████████ | 3.20 |
| 09/08/2023 | Shravan Bittla | Provide updates on investigation and analysis. | 1.00 |
| 09/11/2023 | Omer Khan | Review and summary of data analysis conducted. | 2.00 |
| 09/11/2023 | JP Brennan | ██████████████████████████████ | 1.20 |
| 09/12/2023 | Omer Khan | Continued review and summary of data analysis conducted. | 4.00 |
| 09/12/2023 | JP Brennan | ████████████████████████ | 1.50 |
| 09/12/2023 | Shravan Bittla | ████████████████████████. | 3.10 |
| 09/12/2023 | Shravan Bittla | Performed instance setup and data analysis. | 4.50 |
| 09/13/2023 | Omer Khan | Set up for the loading of API data and profiling of such data. | 3.00 |
| 09/13/2023 | JP Brennan | Coordinate and prep for calls with M3 and Prime Trust. | 2.50 |
| 09/13/2023 | Shravan Bittla | ██████████████████████████████████. | 3.50 |
| 09/13/2023 | Shravan Bittla | Continued instance setup and data analysis. | 2.10 |
| 09/13/2023 | Shravan Bittla | ████████████████████████████. | 4.80 |
| 09/14/2023 | Omer Khan | Call with counsel and M3 to prep for call with Prime Trust. | 2.00 |
| 09/14/2023 | JP Brennan | Call with counsel and M3 to prep for call with Prime Trust. | 1.00 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | | 1.00 |
| 09/14/2023 | JP Brennan | Call with counsel and Prime Trust. | |
| 09/15/2023 | Omer Khan | ███████████████████████ | 0.50 |
| | | | 3.10 |
| 09/18/2023 | Shravan Bittla | provided. | |
| | | | 3.90 |
| 09/18/2023 | Shravan Bittla | ███████████████ | |
| 09/18/2023 | Shravan Bittla | Provide wallet analysis update to internal team. | 1.00 |
| | | | 3.00 |
| 09/19/2023 | Omer Khan | Review of Prime Trust investigation presentation and prep questions. | |
| 09/19/2023 | JP Brennan | Review and analysis of data provided by Prime related to the banking account analysis. | 1.80 |
| 09/19/2023 | Ron Yearwood | Drafted Activity log for chain of custody. | 1.40 |
| 09/20/2023 | Omer Khan | Meeting with counsel. | 1.00 |
| 09/20/2023 | JP Brennan | Meeting with counsel. | 1.00 |
| | | | 5.00 |
| 09/21/2023 | Omer Khan | ████████████ | |
| | | | 2.80 |
| 09/21/2023 | JP Brennan | Review of flow of funds analysis as well as identification of Prime forwarder wallet addresses. | |
| 09/22/2023 | JP Brennan | ████████████████ | 1.90 |
| | | | 1.00 |
| 09/28/2023 | Omer Khan | Meeting with client regarding access to development platform used. | |
| **Total** | | | **158.80** |



**SUMMARY OF EXPENSES:**

| GLOBAL INVESTIGATIONS | | |
|---|---|---|
| STAFF MEMBER | LEVEL | AMOUNT |
| Ron Yearwood | Senior Managing Director | $ 2,275.38 |
| Sebastiano Pepenella | Managing Consultant | $ 1,140.46 |
| **September Total** | | **$3,415.84** |

**TRAVEL EXPENSES INCURRED:**

| DATE | STAFF MEMBER | DESCRIPTION | Amount |
|---|---|---|---|
| 09/03/2023 | Ron Yearwood | Airfare | $224 |
| 09/03/2023 | Ron Yearwood | Airfare | $590 |
| 09/05/2023 | Sebastiano Pepenella | Hotel | $155 |
| 09/05/2023 | Sebastiano Pepenella | Airfare | $757 |
| 09/05/2023 | Sebastiano Pepenella | Per Diem All | $90 |
| 09/05/2023 | Ron Yearwood | Airfare | $30 |
| 09/05/2023 | Ron Yearwood | Airfare | $708 |
| 09/06/2023 | Ron Yearwood | Transportation | $15 |
| 09/06/2023 | Ron Yearwood | Hotel | $155 |
| 09/06/2023 | Sebastiano Pepenella | Per Diem All | $90 |
| 09/07/2023 | Ron Yearwood | Hotel | $211 |
| 09/07/2023 | Ron Yearwood | Airfare | $30 |
| 09/07/2023 | Sebastiano Pepenella | Tolls/Road Charges | $48 |
| 09/07/2023 | Ron Yearwood | Transportation | $15 |
| 09/07/2023 | Ron Yearwood | Transportation | $22 |
| 09/08/2023 | Ron Yearwood | Hotel | $146 |
| 09/08/2023 | Ron Yearwood | Parking | $56 |
| 09/08/2023 | Ron Yearwood | Transportation | $73 |
| **Total** | | | **3,415.84** |



J.S. Held LLC
50 Jericho Quadrangle
Suite 117
Jericho, NY 11753 United States

Joseph Evans
McDermott Will & Emery
One Vanderbilt Avenue
New York NY 10017-3852
email: jbevans@mwe.com

Dear Mr. Joseph Evans:

*Re:* Prime Trust, LLC Chapter 11 Proceedings

Please find enclosed invoice (Invoice# #9998888) details for the above referenced matter for the period October 1, 2023 through October 31, 2023.  Please let me know if you have any questions. Below are summary details of tasks performed:

- Review and analysis of data produced by Prime Trust related to the Fire blocks wallets.
- Communications with counsel and the Prime Trust team.
- Review and analysis of accounts and balances data.

Sincerely,

JP Brennan



J.S. Held LLC
48 Wall Street
New York, NY 10043
United States

| Total Amount Due: | Services Rendered | $ | 18,910.00 |
|---|---|---|---|
| | Expenses | | |
| | | $ | **18,910.00** |

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT TO:**

**To Remit Payment via Check:**
J.S. Held LLC
P.O. Box 23368
New York, NY 10087-3368

**Optional Wire/ACH Transfer Instructions**
Bank Name: ABA#:
Swift Code:
Account#:
Bank Address: Beneficiary:
Reference (Mandatory):



Payment via Credit Card can be made using the credit card link below. Please note that the credit card processing company will add a 4% processing fee to your total.

[Click here to make your payment](#)



**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

**GLOBAL INVESTIGATIONS**

| STAFF MEMBER | LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Omer Khan | Managing Director | 2.00 | $600 | **$1,200** |
| JP Brennan | Senior Managing Director | 25.30 | $650 | **$16,445** |
| Sean Lynch | Director | 2.30 | $550 | **$1,265** |
| **October Total** | | **29.60** | | **$18,910** |

**PROFESSIONAL SERVICES RENDERED:**

| DATE | STAFF MEMBER | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/04/2023 | JP Brennan | ███████████████████ | 3.40 |
| 10/05/2023 | Omer Khan | ███████████████████ | 2.00 |
| 10/05/2023 | JP Brennan | ███████████████████ | 3.80 |
| 10/06/2023 | Sean Lynch | ███████████████████ | 1.20 |
| 10/06/2023 | JP Brennan | ███████████████████ | 4.70 |
| 10/11/2023 | JP Brennan | ███████████████████ | 4.70 |
| 10/12/2023 | Sean Lynch | ███████████████████ | 1.10 |
| 10/12/2023 | JP Brennan | Provide comments counsel related to open items and questions outstanding. | 4.90 |
| 10/20/2023 | JP Brennan | Review of documents provided by Prime (Melissa) for review. | 3.80 |
| **Total** | | | **29.60** |



J.S. Held LLC
50 Jericho Quadrangle
Suite 117
Jericho, NY 11753 United States

Joseph Evans
McDermott Will & Emery
One Vanderbilt Avenue
New York NY 10017-3852
email: jbevans@mwe.com

Dear Mr. Joseph Evans:

*Re:*  Prime Trust, LLC Chapter 11 Proceedings

Please find enclosed invoice (Invoice #INV-01US-0135821) details for the above referenced matter for the period November 1, 2023 through January 5, 2024.  Please let me know if you have any questions. Below are summary details of tasks performed:

- Review and analysis of data produced by Prime Trust.
- Communications with counsel and the Prime Trust team.
- Review and analysis of accounts and balances data.
- Review and analsysis related to wallet addresses of FTX.
- Technology related hosting fees.

Sincerely,

JP Brennan



J.S. Held LLC
48 Wall Street
New York, NY 10043
United States

| Total Amount Due: | Services Rendered | $ | 30,605.50 |
|---|---|---|---|
| | Expenses (Admin Fee) | $ | 548.01 |
| | Expenses (Data) | $ | 4,500.96 |
| | | **$** | **35,654.47** |

**TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT TO:**

**To Remit Payment via Check:**
J.S. Held LLC
P.O. Box 23368
New York, NY 10087-3368

**Optional Wire/ACH Transfer Instructions**
Bank Name: ABA#:
Swift Code:
Account#:
Bank Address: Beneficiary:
Reference (Mandatory):



Payment via Credit Card can be made using the credit card link below. Please note that the credit card processing company will add a 4% processing fee to your total.

[Click here to make your payment](#)



**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

### GLOBAL INVESTIGATIONS

| STAFF MEMBER | LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Omer Khan | Managing Director | 12.00 | $700 | $8,400 |
| Jason Lee | Director | 0.90 | $395 | $356 |
| Mike Gaudet | Managing Director | 12.50 | $675 | $8,438 |
| Ryan Gaudet | Senior Director | 4.70 | $550 | $2,585 |
| Richard Chung | Senior Director | 3.10 | $525 | $1,628 |
| Sean Lynch | Senior Director | 1.00 | $525 | $525 |
| Antonio Rega | Managing Director | 1.90 | $650 | $1,235 |
| Henry Burrows | Director | 7.40 | $400 | $2,960 |
| Zachary Sheptin | Managing Consultant | 8.00 | $560 | $4,480 |
| **Total** | | **51.50** | | **$30,606** |

| EXPENSE | TASK | QUANTITY | UNIT | TOTAL AMOUNT |
|---|---|---|---|---|
| November | Ingestion Fee | 47.02 | $60 | $2,821 |
| November | Active Hosting | 44.99 | $12 | $540 |
| November | User Fees | 2 | $150 | $300 |
| December | Active Hosting | 44.99 | $12 | $540 |
| December | User Fees | 2 | $150 | $300 |
| **Total** | | | | **$4,501** |

**PROFESSIONAL SERVICES RENDERED:**

| DATE | STAFF MEMBER | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/01/2023 | Mike Gaudet | Provide guidance regarding transfer of email data, related communications with Company and Counsel. | 2.60 |
| 11/01/2023 | Omer Khan | Data analysis related to ▉ withdrawals. | 4.00 |
| 11/03/2023 | Mike Gaudet | Review and reconciliation of email data provided by Company, communications regardng advisement on format & content for downstream review. | 2.40 |
| 11/03/2023 | Richard Chung | Correspond with team and Company regarding exporting of Gmail data; analyze Google Gmail export and provide status update. | 1.50 |
| 11/03/2023 | Omer Khan | Tracing ▉ withdrawals. | 3.00 |
| 11/03/2023 | Omer Khan | Continued analysis related to the ▉ withdrawals as well as the internal transfers. | 2.00 |
| 11/06/2023 | Jason Lee | Meeting with IT to coordinate export of emails and search process. | 0.50 |
| 11/06/2023 | Mike Gaudet | Communication with Company re transfer of email data, guidance re export, transfer, and logging; Preparation of document review environment and direction to team. | 2.80 |
| 11/06/2023 | Richard Chung | Discussion with Company IT and team regarding exporting emails from Google Vault environment; correspond with team regarding status update. | 1.60 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/06/2023 | Ryan Gaudet | Prepare data for review in Relativity.   Remediate exceptions and errors to provide a full corpus for review. | 2.30 |
| 11/06/2023 | Zachary Sheptin | Conference with Counsel re custodial data transfer logistics; create document review workspace for custodial data review per Counsel. | 2.30 |
| 11/07/2023 | Mike Gaudet | Inventory of received ESI, preparing review environment, communications with Counsel. | 1.20 |
| 11/07/2023 | Ryan Gaudet | Prepare data for review in Relativity.   Remediate exceptions and errors to provide a full corpus for review. | 2.40 |
| 11/07/2023 | Zachary Sheptin | Create document review workspace for custodial data review per Counsel; transfer custodial data to Prime Trust per Counsel. | 2.40 |
| 11/08/2023 | Jason Lee | Review and validate data uploaded to Company SFTP server. | 0.40 |
| 11/08/2023 | Mike Gaudet | Review of processed data, reporting on volume, timeline, and custodian observations, related communications with counsel; Transfer of data to Counsel eDiscovery team and related communications. | 3.50 |
| 11/08/2023 | Zachary Sheptin | Transfer custodial data to Prime Trust per Counsel. | 1.40 |
| 11/09/2023 | Omer Khan | Assist counsel with the 98f background and creation of video. | 3.00 |
| 11/14/2023 | Antonio Rega | Internal communications pertaining to open requests and tasks. Review of content. | 1.90 |
| 11/30/2023 | Sean Lynch | Prep deck for 98f and owner wallets. | 1.00 |
| 12/04/2023 | Zachary Sheptin | Conduct content and metadata searches in document review | 1.90 |
| 12/27/2023 | Henry Burrows | Perform analysis related to the collection of ███ addresses. | 4.20 |
| 12/28/2023 | Henry Burrows | Continued to perform analysis to identify a full collection of ███ addresses. | 3.20 |
| **Total** | | | **51.50** |