**EXHIBIT A**
(**Certification**)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc. *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>Objection Deadline: April 4, 2024 at 4:00 p.m. (prevailing Eastern Time) |

## **CERTIFICATION**

I, Robert J. Stark, declare under penalty of perjury that:

1. I am a partner with the applicant firm, Brown Rudnick LLP, and am admitted to appear before this Court.

2. I am familiar with the work performed by Brown Rudnick LLP on behalf of the Committee.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Rules 2016-1 and 2016-3 of the Local Bankruptcy Rules and the U.S. Trustee Guidelines and submit that the Application substantially complies therewith.

/s/ *Robert J. Stark*
Robert J. Stark

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.