**EXHIBIT B**
(**Final Invoice January 1, 2024 through January 5, 2024**)

# brownrudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE<br>ATTN: PRIME CORE TECHNOLOGIES, INC.<br>330 SOUTH RAMPART BLVD.<br>SUITE 260<br>LAS VEGAS, NV 89145 | Invoice<br>Date<br>Client | 6973479<br>Feb 13, 2024<br>039948 |

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE

## INVOICE

For professional services rendered in connection with the above captioned matter through January 6, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 32,332.50 | 0.00 | 32,332.50 |
| 039948.0019 | CONTESTED MATTERS | 300.00 | 0.00 | 300.00 |
| | Total | 32,632.50 | 0.00 | 32,632.50 |

| | |
|---|---:|
| Total Current Fees | $32,632.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$32,632.50** |

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE

**brownrudnick**

ATTN: PRIME CORE TECHNOLOGIES, INC.  
330 SOUTH RAMPART BLVD.  
SUITE 260  
LAS VEGAS, NV 89145

Invoice     6973479  
Date     Feb 13, 2024  
Client     039948

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 6, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0006 | PLAN AND DISCLOSURE STATEMENT | 32,332.50 | 0.00 | 32,332.50 |
| | **Total** | **32,332.50** | **0.00** | **32,332.50** |

| | |
|---|---|
| Total Current Fees | $32,332.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$32,332.50** |

RE: PLAN AND DISCLOSURE STATEMENT



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
February 13, 2024

Invoice 6973479
Page 3

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/02/24 | SILVERBERG | CORRESPONDENCE WITH MWE, PROVINCE TEAMS REGARDING CLOSING CONDITIONS (.2) | 0.20 | 360.00 |
| 01/02/24 | AXELROD | EMAILS RE CLOSING STATUS ITEMS | 0.20 | 300.00 |
| 01/02/24 | SILVERBERG | REVIEW PAA, TRUST AGREEMENT (.8); CORRESPONDENCE WITH INTERNAL TEAM REGARDING SAME (.2) | 1.00 | 1,800.00 |
| 01/02/24 | STARK | T/C B. SILVERBERG RE CASE NEXT STEPS | 0.50 | 1,125.00 |
| 01/03/24 | MOTTER | REVISE TRUST AGREEMENT AND PAA (1.0); PREPARE FOR (.3) AND PARTICIPATE IN ALL-HANDS PRE-CLOSING CALL (.3) | 1.60 | 1,240.00 |
| 01/03/24 | SILVERBERG | ALL HANDS CALL WITH MWE, M3, PROVINCE TO CONFIRM OUTSTANDING CONDITIONS TO THE EFFECTIVE DATE (.2); FOLLOWUP CORRESPONDENCE WITH OVERSIGHT BOARD (.2); REVIEW TEAM CORRESPONDENCE REGARDING EFFECTIVE DATE PREPARATIONS (.3) | 0.70 | 1,260.00 |
| 01/03/24 | BOUCHARD | ALL HANDS WORKSTREAM DISCUSSION | 0.30 | 420.00 |
| 01/03/24 | AXELROD | EFFECTIVE DATE MEETING (.4); RELATED PREP EMAILS, SIGNATURE COLLECTION ETC (.6) | 1.00 | 1,500.00 |
| 01/04/24 | MOTTER | ATTENTION TO CLOSING (FINALIZATION OF TRUST AGREEMENT (2.5), COORDINATION OF TRUST FORMATION WITH DE TRUSTEE (1.0), FINALIZATION OF PLAN ADMINISTRATOR AGREEMENT (2.5) AND NUMEROUS CORRESPONDENCE WITH DEBTORS, PROVINCE, TOC, AND BR TEAM RE SAME (1.8)) | 7.80 | 6,045.00 |
| 01/04/24 | SILVERBERG | CORRESPONDENCE RE FINALIZING SUPPLEMENTAL PLAN DOCUMENTATION | 0.50 | 900.00 |
| 01/04/24 | AXELROD | EFFECTIVE DATE PREP INCLUDING REVIEW AND RESPOND TO CONCERNS RE TOC MEMBER COMP, FINALIZE TRUSTEE/PA COMP AND RELATED DOCUMENT ISSUES | 2.40 | 3,600.00 |
| 01/04/24 | STARK | T/CS B. SILVERBERG RE TRUST AGREEMENT DISPUTE (.7); T/C J. WILLIAMSON RE SAME (.4); FOCUS ON RESOLUTIONS (.3) | 1.40 | 3,150.00 |
| 01/04/24 | SILVERBERG | RESOLVE OUTSTANDING ISSUES REGARDING COMPENSATION OF OB/TOC MEMBERS | 2.50 | 4,500.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE  
February 13, 2024

Invoice 6973479  
Page 4

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/05/24 | MOTTER | ATTENTION TO CLOSING (CORRESPONDENCE WITH TOC MEMBER RE OPEN ISSUES ON COMPENSATION (.5), UPDATE TO DE TRUSTEE RE SAME (.5), PARTICIPATE IN CLOSING CALL (.7), OBTAIN EIN AND COMMUNICATIONS TO PROVINCE RE SAME (1.5), COORDINATE WITH DE TRUSTEE RE FILING OF CERTIFICATE OF TRUST (1.5)) | 4.70 | 3,642.50 |
| 01/05/24 | SILVERBERG | CLOSING CALL REGARDING EFFECTIVE DATE PREPARATIONS WITH COMPANY (.3), FOLLOWUP CORRESPONDENE WITH UCC RE CONSUMMATION, EFFECTIVE DATE (.1) | 0.40 | 720.00 |
| 01/05/24 | AXELROD | REVIEW DRAFT UPDATES AND RELATED COMMUNICATIONS RE CLOSING ISSUES (.3); EFFECTIVE DATE CLOSING MEETING (.3); FOLLOWUP EMAILS RE SAME (.1) | 0.70 | 1,050.00 |
| 01/05/24 | SILVERBERG | PREPARATIONS FOR EFFECTIVE DATE | 0.40 | 720.00 |
| | **Total Hours and Fees** | | **26.30** | **32,332.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT J. STARK | 1.90 | hours at | 2,250.00 | 4,275.00 |
| NICOLE M. BOUCHARD | 0.30 | hours at | 1,400.00 | 420.00 |
| BENNETT S. SILVERBERG | 5.70 | hours at | 1,800.00 | 10,260.00 |
| TRISTAN G. AXELROD | 4.30 | hours at | 1,500.00 | 6,450.00 |
| JANE W. MOTTER | 14.10 | hours at | 775.00 | 10,927.50 |
| **Total Fees** | | | | **32,332.50** |

**brownrudnick**

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
ATTN: PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

| | |
|---|---|
| Invoice | 6973479 |
| Date | Feb 13, 2024 |
| Client | 039948 |

RE: CONTESTED MATTERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 6, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0019 | CONTESTED MATTERS | 300.00 | 0.00 | 300.00 |
| | **Total** | **300.00** | **0.00** | **300.00** |

| | |
|---|---:|
| Total Current Fees | $300.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$300.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE  Invoice 6973479
February 13, 2024                                                                                                 Page 6

RE: CONTESTED MATTERS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/24 | LENNON | ATTENTION TO CASE/DEPOSITION SCHEDULING | 0.30 | 300.00 |
| | **Total Hours and Fees** | | **0.30** | **300.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HAILEY LENNON | 0.30 | hours at | 1,000.00 | 300.00 |
| **Total Fees** | | | | **300.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



**brownrudnick**

PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE
ATTN:  PRIME CORE TECHNOLOGIES, INC.
330 SOUTH RAMPART BLVD.
SUITE 260
LAS VEGAS, NV 89145

RE: PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE

| | |
|---|---|
| Invoice | 6973479 |
| Date | Feb 13, 2024 |
| Client | 039948 |

Remittance

**Balance Due:  $32,632.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200