**EXHIBIT C**
**(Final Invoice Fee Application Preparation)**

**brown**rudnick

| | |
|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE<br>ATTN: PRIME CORE TECHNOLOGIES, INC.<br>330 SOUTH RAMPART BLVD.<br>SUITE 260<br>LAS VEGAS, NV 89145 | Invoice       6973983<br>Date     Mar 5, 2024<br>Client          039948 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through March 4, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039948.0004 | EMPLOYMENT AND FEE APPLICATIONS | 29,390.00 | 0.00 | 29,390.00 |
| | **Total** | **29,390.00** | **0.00** | **29,390.00** |

| | |
|---|---:|
| Total Current Fees | $29,390.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$29,390.00** |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE  
RE: EMPLOYMENT AND FEE APPLICATIONS  
March 5, 2024

Invoice 6973983  
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/11/24 | SILVERBERG | REVISE DECEMBER MONTHLY FEE STATEMENT | 0.60 | 1,080.00 |
| 01/12/24 | BURNS | WORK ON DECEMBER FEE APPLICATION | 1.20 | 600.00 |
| 01/12/24 | SILVERBERG | FOLLOWUP REGARDING DECEMBER MONTHLY FEE STATEMENT | 0.30 | 540.00 |
| 01/16/24 | BURNS | WORK ON FOURTH MONTHLY FEE STATEMENT | 0.90 | 450.00 |
| 01/17/24 | SAWYER | REVIEW AND FACILITATE FILING OF CNO RE NOVEMBER FEE APPLICATION (.4); REVIEW AND REVISE DECEMBER FEE APPLICATION (2.4) | 2.80 | 2,660.00 |
| 01/17/24 | BURNS | WORK ON FOURTH FEE STATEMENT | 0.40 | 200.00 |
| 01/17/24 | SILVERBERG | REVISIONS TO FEE STATEMENT | 0.50 | 900.00 |
| 01/18/24 | SAWYER | REVISIONS TO DECEMBER FEE APPLICATION | 0.70 | 665.00 |
| 01/19/24 | SAWYER | FACILITATE FILING DECEMBER MONTHLY FEE APPLICATION | 0.40 | 380.00 |
| 01/19/24 | SILVERBERG | FINALIZE DECEMBER MONTHLY FEE STATEMENT (.3); CONFER REGARDING CLOSING ISSUES REGARDING FEE APPLICATION PAYMENTS (.3) | 0.60 | 1,080.00 |
| 01/19/24 | BURNS | WORK ON FOURTH MONTHLY FEE APPLICATION | 0.80 | 400.00 |
| 01/23/24 | SILVERBERG | FOLLOWUP WITH PA REGARDING INTERIM COMPENSATION | 0.20 | 360.00 |
| 01/29/24 | SAWYER | COMMUNICATIONS WITH B. SILVERBERG AND D. DETWEILER RE FINAL FEE APPLICATION PROCEDURE | 0.20 | 190.00 |
| 01/30/24 | SAWYER | REVIEW PROVINCE DECEMBER FEE APPLICATION | 1.10 | 1,045.00 |
| 02/09/24 | BURNS | CONFER WITH M. SAWYER ON FINAL FEE STATEMENT (.2); TIM AND COST REVIEW W/O (.5) | 0.70 | 350.00 |
| 02/09/24 | BURNS | TIME AND COST REVIEW WO | 0.60 | 300.00 |
| 02/12/24 | BURNS | TIME AND COST REVIEW W/O | 0.50 | 250.00 |
| 02/13/24 | SAWYER | REVIEW AND OCMMENT RE JANUARY FEES (.4); CORRESPONDENCE WITH TEAM RE FINAL FEE APPLICATION PREPARATION (.2) | 0.60 | 570.00 |
| 02/13/24 | BURNS | TIME AND COST REVIEW W/O (.4); CONFER WITH M. SAWYER RE THE FINAL FEE APPLICATION (.3); WORK ON FINAL FEE APPLICATION (2.4) | 3.10 | 1,550.00 |



PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE  
RE: EMPLOYMENT AND FEE APPLICATIONS  
March 5, 2024

Invoice 6973983  
Page 3

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/14/24 | BURNS | FURTHER WORK ON FINAL FEE APPLICATION | 1.90 | 950.00 |
| 02/20/24 | SAWYER | INITIAL REVIEW AND COMMENT OF FINAL FEE APPLICATION (.9); COMMUNICATIONS WITH T. BURNS RE SAME (.2) | 1.10 | 1,045.00 |
| 02/20/24 | BURNS | WORK ON FINAL FEE APPLICATION | 0.50 | 250.00 |
| 02/21/24 | BURNS | WORK ON FINAL FEE APPLICATION | 1.70 | 850.00 |
| 02/22/24 | BURNS | WORK ON FINAL FEE APPLICATION | 0.80 | 400.00 |
| 02/23/24 | BURNS | WORK ON FINAL FEE APPLICATION (.8); | 0.80 | 400.00 |
| 02/27/24 | SAWYER | REVIEW AND REVISE FINAL FEE APPLICATION | 3.20 | 3,040.00 |
| 02/27/24 | SILVERBERG | WORK ON FINAL FEE APPLICATION | 0.30 | 540.00 |
| 02/28/24 | BURNS | TIME AND COST REVIEW W/O | 0.40 | 200.00 |
| 02/29/24 | COHEN | ASSIST T. BURNS WITH BUDGET FOR FINAL FEE APPLICATION; CALL WITH M. SAWYER REGARDING SAME | 0.50 | 250.00 |
| 02/29/24 | SAWYER | CALL WITH B. SILVERBERG RE FINAL FEE APPLICATION | 0.50 | 475.00 |
| 02/29/24 | BURNS | WORK ON FINAL FEE APPLICATION (.9) | 0.90 | 450.00 |
| 03/04/24 | SAWYER | CONTINUE WORK ON FINAL FEE APPLICATION (2.2); CALL WITH B. SILVERBERG RE SAME (.4) | 2.60 | 2,470.00 |
| 03/04/24 | SILVERBERG | REVIEW AND REVISE FINAL FEE APPLICATION | 2.50 | 4,500.00 |
| **Total Hours and Fees** | | | **33.90** | **29,390.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 5.00 | hours at | 1,800.00 | 9,000.00 |
| HARRIET E. COHEN | 0.50 | hours at | 500.00 | 250.00 |
| MATTHEW A. SAWYER | 13.20 | hours at | 950.00 | 12,540.00 |
| THOMAS BURNS | 15.20 | hours at | 500.00 | 7,600.00 |
| **Total Fees** | | | | **29,390.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| PRIME CORE TECHNOLOGIES INC., OFFICIAL COMMITTEE OF UNSECURE | Invoice | 6973983 |
| ATTN: PRIME CORE TECHNOLOGIES, INC. | Date | Mar 5, 2024 |
| 330 SOUTH RAMPART BLVD. | Client | 039948 |
| SUITE 260 | | |
| LAS VEGAS, NV 89145 | | |

RE: EMPLOYMENT AND FEE APPLICATIONS



Remittance

**Balance Due: $29,390.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067