**EXHIBIT D**
(<u>**Budget**</u>)

**Prime Core Technologies Inc.,** *et al.***, Case No. 23-11161 (JKS)**

**Budget and Staffing Plan of Brown Rudnick LLP Counsel to the Official Committee of Unsecured Creditors for the Period August 31, 2023 through January 5, 2024**

**BUDGET**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| 002 Case Administration | 80-110 | $75,000-$125,000 |
| 003 Meetings and Communications with Creditors | 200-225 | $225,000-$275,000 |
| 004 Employment and Fee Applications | 45-80 | $50,000-$70,000 |
| 005 Employment and Fee Application Objections | 20-30 | $20,000-$30,000 |
| 006 Plan and Disclosure Statement | 500-700 | $550,000-$750,000 |
| 007 Stay Relief / Injunction Litigation | 10-20 | $10,000-$20,000 |
| 008 Committee Governance Matters | 10-20 | $10,000-$20,000 |
| 009 Non-Working Travel (Billed @ 50%) | 20-30 | $20,000-$30,000 |
| 010 Committee Investigation | 60-70 | $60,000-$70,000 |
| 011 Claims Mapping Investigation | 10-20 | $10,000-$20,000 |
| 012 Claims Administration and Objections | 10-20 | $10,000-$20,000 |
| 013 Tax | 20-30 | $20,000-$30,000 |
| 014 Hearings | 30-50 | $45,000-$75,000 |
| 015 Regulatory Issues | 10-20 | $10,000-$20,000 |
| 016 Asset Recovery and Analysis | 180-200 | $200,000-$220,000 |
| 017 Avoidance Action (Insiders) | 5-15 | $5,000-$15,000 |
| 018 Avoidance Action (Non-Insiders) | 5-15 | $5,000-$15,000 |
| 019 Contested Matters | 15-25 | $15,000-$25,000 |
| 020 Financing | 20-45 | $25,000-$50,000 |
| **TOTAL** | **1,250-1,725** | **$1,365,000-$1,880,000** |

## STAFFING PLAN

Brown Rudnick's engagement by the Creditors' Committee was led by Brown Rudnick restructuring partners Robert Stark, Bennett Silverberg, and Tristan Axelrod.  On a regular basis, they were assisted by associates in the restructuring group, including Matthew Sawyer and Jennifer Schein.

Partner Shari Dwoskin was added to the engagement to work alongside the Debtors' litigators in connection with the "98f Wallet" investigation.

Specialists from other practice areas were needed to appropriate advise the Creditors' Committee. Specifically, on tax-related matters, Brown Rudnick's tax partner, Nicole Bouchard, and counsel Barbara Kelly, provided necessary counsel.  They were assisted by associates in Brown Rudnick's tax group.

On matters related to available insurance coverage, partner Daniel Healy was engaged to review the Debtors' insurance policies and provide guidance on available coverage.

The following table summarizes the number of partners, counsel, and associates working on this engagement over the Final Application Period:

| Position | Number of Attorneys |
|----------|---------------------|
| Partner | 14 |
| Counsel | 1 |
| Associate | 5 |