# EXHBIT A

**MONTHLY COMPENSATION BY PROFESSIONAL JANUARY 1, 2024 THROUGH JANUARY 5, 2024 WITH ADDITIONAL TIME THROUGH MARCH 5, 2024 FOR PREPARATION OF FIFTH MONTHLY FEE APPLICATIONS**

| NAME OF PROFESSIONAL PERSON | POSITION/DATE ADMITTED TO BAR/NUMBER OF YEARS | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT | HOURLY RATE |
|---|---|---|---|---|
| Donald J. Detweiler | Partner; Admitted to Delaware Bar 1992; Joined WBD 2023 | 4.3 | $3,633.50 | $845.00 |
| Elazar A. Kosman | Associate; Admitted to Delaware Bar 2023; Joined WBD 2023 | 20.1 | $7,738.50 | $385.00 |
| Elizabeth C. Thomas | Paralegal; Joined WBD 2022 | 0.7 | $259.00 | $370.00 |
| Cynthia M. Giobbe | Paralegal; Joined WBD 2022 | 4.4 | $1,628.00 | $370.00 |
| **TOTALS:** | | **29.5** | **$13,259.00** | |
| **BLENDED RATE:** | | | | **$492.5** |

**FINAL COMPENSATION BY PROFESSIONAL SEPTEMBER 5, 2023 THROUGH JANUARY 5, 2024 WITH ADDITIONAL TIME THROUGH MARCH 5, 2024 FOR PREPARATION OF FEE APPLICATIONS**

| NAME OF PROFESSIONAL PERSON | POSITION/DATE ADMITTED TO BAR/NUMBER OF YEARS | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT | HOURLY RATE |
|---|---|---|---|---|
| David M. Banker | Partner; Admitted to New York Bar 2001; Joined WBD 2023 | 5.8 | $5,220.00 | $900.00 |
| Donald J. Detweiler | Partner; Admitted to Delaware Bar 1992; Joined WBD 2023 | 62.6 | $52,081.00 | $845.00 ($785 prior to October 1, 2023) |
| Elazar A. Kosman | Associate; Admitted to Delaware Bar 2023; Joined WBD 2023 | 46.6 | $17,383.00 | $385.00 ($340.00 prior to October 1, 2023) |
| Elizabeth C. Thomas | Paralegal; Joined WBD 2022 | 41.5 | $15,107.00 | $370.00 ($350 prior to October 1, 2023) |
| Cynthia M. Giobbe | Paralegal; Joined WBD 2022 | 7.4 | $2,738.00 | $370.00 ($350 prior to October 1, 2023) |
| **TOTALS:** | | 163.9 | $91,684.00[7] | |
| **BLENDED RATE:** | | $574 ($545 prior to October 1, 2023) | | |

---

[7] The sum total of $91,684.00 reflects a reduction of WBD's fees by $845.00 pursuant to the U.S. Trustee's informal comments on WBD's Third Monthly Fee Application. [D.I. 714]

WBD (US) 4853-8970-8969v1