**EXHIBIT B**

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2024 THROUGH JANUARY 5, 2024 WITH ADDITIONAL TIME**
**THROUGH MARCH 5, 2024 FOR PREPARATION OF FEE APPLICATIONS**

| TASK CODE | TASK DESCRIPTION | HOURS | FEES |
|---|---|---|---|
| BKF | Fee Application/Monthly Billing | 26.1 | $11,858.50 |
| BKG | General Case Administration | 0.5 | $185.00 |
| BKH | Court Hearings/Preparation/Agenda | 2.6 | $962.00 |
| BKPO | Plan of Reorganization | 0.3 | $253.50 |
|  | **TOTALS:** | **29.5** | **$13,259.00** |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 5, 2023 THROUGH JANUARY 5, 2024 WITH ADDITIONAL TIME**
**THROUGH MARCH 5, 2024 FOR PREPARATION OF FEE APPLICATIONS**

| TASK CODE | TASK DESCRIPTION | HOURS | FEES |
|---|---|---|---|
| BKAD | Asset Disposition - General | 2.8 | $2,003.00 |
| BKBO | Business Operations/Meetings with Debtor | 2.3 | $1,805.50 |
| BKC | Creditors Committee Meeting/Conferences | 18.1 | $15,080.50 |
| BKCI | Creditor Information Sharing/1102 | 0.3 | $253.50 |
| BKCO | Claims Objection | 4.8 | $3,964.00 |
| BKDIS | Discovery | 0.6 | $507.00 |
| BKDS | Disclosure Statement | 0.6 | $507.00 |
| BKF | Fee Application/Monthly Billing | 39.0 | $18,087.00 |
| BKFO | Fees of Others | 3.2 | $1,184.00 |
| BKG | General Case Administration | 19.0 | $7,498.00 |
| BKH | Court Hearings/Preparation/Agenda | 39.4 | $22,768.00 |
| BKLT | Litigation | 0.3 | $235.50 |
| BKM | Other Motion Practice | 1.1 | $407.00 |
| BKP | Post Petition Financing | 0.2 | $169.00 |
| BKPO | Plan of Reorganization | 11.1 | $8,211.50 |
| BKRA | Retention of Applicant | 13.3 | $5,695.50 |
| BKRO | Retention of Others | 5.6 | $2,445.50 |
| BKTM | US Trustee Matters | 2.2 | $1,707.50 |
| | **TOTALS:** | **163.9** | [8]**$91,684.00** |

---

[8] The sum total of $91,684.00 reflects a reduction of WBD's fees by $845.00 pursuant to the U.S. Trustee's informal comments on WBD's Third Monthly Fee Application. [D.I. 714]

WBD (US) 4853-8970-8969v1

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors　　　　120116.0001.8/4889488
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

### Court Hearings/Preparation/Agenda

| Date: | Description: | Attorney: | Hours: | Amount: |
|---|---|---|---|---|
| 01/10/2024 | Email (x4) to/from D. Detweiler regarding 1/17/24 hearing agenda (.2); prepare same (1.7); email to D. Detweiler and M. Patterson regarding same (.1); calendar agenda deadlines (.2) | Giobbe, Cynthia M.* | 2.20 | $ 814.00 |
| 01/11/2024 | Email (x2) to/from D. Detweiler regarding 1/17/24 agenda (.1); revise agenda (.1); efile same (.1) coordinate service of same (.1) | Giobbe, Cynthia M.* | 0.40 | $ 148.00 |
| | | **Total for Court Hearings/Preparation/Agenda:** | | $ 962.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4889488
Prime Core Technologies Inc., et al

## TIMEKEEPER SUMMARY
### Court Hearings/Preparation/Agenda

| Attorney: | Hours: | Amount: | Rate: |
|---|---:|---:|---:|
| Giobbe, Cynthia M.*,Paralegal | 2.60 | $ 962.00 | $ 370.00 |
| **Total for Court Hearings/Preparation/Agenda:** | 2.60 | $ 962.00 | |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors       120116.0001.8/4889488
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL

### Fee Application/Monthly Billing

| Date: | Description: | Attorney: | Hours: | Amount: |
|---|---|---|---|---|
| 01/09/2024 | Draft WBD 4th monthly fee application | Thomas, Elizabeth C.* | 0.40 | $ 148.00 |
| 01/19/2024 | Email (x3) to/from D. Detweiler, M. Sawyer, B. Silverberg regarding Brown Rudnick fourth monthly fee application (.2); prepare notice regarding Brown Rudnick fourth monthly fee application (.2); prepare exhibits for filing (.4); efile application (.1); coordinate service of same (.1); calendar deadline (.1) | Giobbe, Cynthia M.* | 1.10 | $ 407.00 |
| 01/23/2024 | Revise CNO regarding Womble Bond third monthly fee application (.2); revise WBD fourth monthly fee application (.2); email to D. Detweiler regarding same (.1) | Giobbe, Cynthia M.* | 0.50 | $ 185.00 |
| 02/27/2024 | Prepare for final fee application. | Kosman, Elazar A. | 0.70 | $ 269.50 |
| 02/28/2024 | Draft final fee application (2.5) Review bills for fifth monthly application (.7) Continue drafting final fee applicaiton 2.8) draft combined monthly application (1.7) | Kosman, Elazar A. | 7.70 | $ 2,964.50 |
| 02/29/2024 | Continue drafting Prime core combined monthly and final fee app. | Kosman, Elazar A. | 0.70 | $ 269.50 |
| 03/01/2024 | Continue drafting Prime Core combined monthly and final fee application. | Kosman, Elazar A. | 4.00 | $ 1,540.00 |
| 03/03/2024 | Continue drafting fifth monthly and final fee application. | Kosman, Elazar A. | 2.00 | $ 770.00 |
| 03/04/2024 | Review final fee applications and preparation of | Detweiler, Donald J. | 2.00 | $ 1,690.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors          120116.0001.8/4889488
Prime Core Technologies Inc., et al

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | final fee applications | | | |
| 03/04/2024 | Continue drafting final fee application (2) add additional edits from D. Detweiler and KTS (2.5) | Kosman, Elazar A. | 4.50 | $ 1,732.50 |
| 03/04/2024 | Continue reviewing Prime Core fee app (.3) email to M. Sawyer re same (.2) | Kosman, Elazar A. | 0.50 | $ 192.50 |
| 03/05/2024 | Review final fee applications and preparation of final fee applications | Detweiler, Donald J. | 2.00 | $ 1,690.00 |
| | | **Total for Fee Application/Monthly Billing:** | | **$ 11,858.50** |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4889488
Prime Core Technologies Inc., et al

## TIMEKEEPER SUMMARY
### Fee Application/Monthly Billing

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J.,Partner | 4.00 | $ 3,380.00 | $ 845.00 |
| Kosman, Elazar A.,Associate | 20.10 | $ 7,738.50 | $ 385.00 |
| Thomas, Elizabeth C.*,Paralegal | 0.40 | $ 148.00 | $ 370.00 |
| Giobbe, Cynthia M.*,Paralegal | 1.60 | $ 592.00 | $ 370.00 |
| **Total for Fee Application/Monthly Billing:** | 26.10 | $ 11,858.50 | |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors    120116.0001.8/4889488
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL
### General Case Administration

| Date: | Description: | Attorney: | Hours: | Amount: |
|---|---|---|---|---|
| 01/02/2024 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* | 0.20 | $ 74.00 |
| 01/03/2024 | Email to/from D. Detweiler regarding notice parties (.1); email to T. Axelrod regarding same (.1) | Giobbe, Cynthia M.* | 0.20 | $ 74.00 |
| 01/08/2024 | Update critical dates memo | Thomas, Elizabeth C.* | 0.10 | $ 37.00 |
| | | **Total for General Case Administration:** | | $ 185.00 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors   120116.0001.8/4889488
Prime Core Technologies Inc., et al

## TIMEKEEPER SUMMARY
### General Case Administration

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Thomas, Elizabeth C.*,Paralegal | 0.30 | $ 111.00 | $ 370.00 |
| Giobbe, Cynthia M.*,Paralegal | 0.20 | $ 74.00 | $ 370.00 |
| **Total for General Case Administration:** | 0.50 | $ 185.00 | |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4889488
Prime Core Technologies Inc., et al

## ITEMIZED SERVICES BILL
### Plan of Reorganization

| Date: | Description: | Attorney: | Hours: | Amount: |
|---|---|---|---|---|
| 01/03/2024 | Telephone call and email with T. Axelrod regarding WBD notice information for Plan Trust documents (,2); forward WBD notice info to T. Axelrod and Plan Administrator (.1) | Detweiler, Donald J. | 0.30 | $ 253.50 |
| | | **Total for Plan of Reorganization:** | | $ 253.50 |

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors  120116.0001.8/4889488
Prime Core Technologies Inc., et al

## TIMEKEEPER SUMMARY
### Plan of Reorganization

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J., Partner | 0.30 | $ 253.50 | $ 845.00 |
| **Total for Plan of Reorganization:** | 0.30 | $ 253.50 | |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Prime Core Technologies Inc., et al - Official Committee of Unsecured Creditors
Prime Core Technologies Inc., et al

120116.0001.8/4889488

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J. | 4.30 | $ 3,633.50 | $ 845.00 |
| Kosman, Elazar A. | 20.10 | $ 7,738.50 | $ 385.00 |
| Thomas, Elizabeth C.* | 0.70 | $ 259.00 | $ 370.00 |
| Giobbe, Cynthia M.* | 4.40 | $ 1,628.00 | $ 370.00 |
| **Totals:** | 29.50 | $ 13,259.00 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

**Use of Legal Support Service Providers**

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.