# EXHIBIT C

**WBD Did Not Incur Out-Of-Pocket Expenses Or Costs During
The Fifth Monthly Compensation Period**

**FINAL EXPENSE SUMMARY
SEPTEMBER 5, 2023 THROUGH JANUARY 5, 2024**

| EXPENSES | AMOUNTS |
|---|---:|
| Document Printing (Reliable) | $557.16 |
| *Pro Hac Vice* Filing Fees | $200.00 |
| External copying and mailing services (Reliable, DLS Discovery) | $532.48 |
| Hearing Transcripts (Reliable) | $46.80 |
| Messenger/Courier (Reliable) | $15.00 |
| Transportation (Parcels) | $100.00 |
| Meals | $143.74 |
| **Total Expenses Requested:** | **$1,595.18** |