**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[9] | ) ) ) | Case No. 23-11161 (JKS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | **Objection Deadline: March 5, 2024 at 4:00 p.m. (ET)** **Hearing Date: April 11, 2024 at 1:00 p.m. (ET)** |

**CERTIFICATION OF DONALD J. DETWEILER REGARDING COMBINED FIFTH MONTHLY AND FINAL FEE APPLICATION OF WOMBLE BOND DICKINSON (US) LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 5, 2024; AND (II) THE FINAL PERIOD FROM SEPTEMBER 5, 2023 THROUGH JANUARY 5, 2024 WITH ADDITIONAL TIME THROUGH MARCH 5, 2023 FOR PREPARATION OF FEE APPLICATIONS**

1.  I am an attorney admitted to practice in the State of Delaware and before this Court, and a Partner at the law firm of Womble Bond Dickinson (US) LLP ("WBD"). WBD is a Delaware law firm with an office located at 1313 N. Market Street, Suite 1200, Wilmington, Delaware 19801.

2.  I make this certification regarding the *Combined Fifth Monthly and Final Fee Application of Womble Bond Dickinson (US) LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for (I) the Monthly Period From January 1, 2024 Through January 5, 2024, and (II) the*

---

[9] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

WBD (US) 4853-8970-8969v1

*Final Period From September 5, 2023 Through January 5, 2024 With Additional Time Through March 5, 2023 for Preparation of Fee Applications* (the "Application").

3. Specifically, I have reviewed the Application, and I hereby certify that the Application complies with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. In addition, I hereby certify that in connection with preparing the Application, WBD has made a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines"). To that end, WBD specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

| Question | Response | Explanation |
| --- | --- | --- |
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | N/A |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes | WBD spent 26.1 hours preparing fee applications during the Fifth Monthly Compensation Period. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | N/A |

WBD (US) 4853-8970-8969v1

| Question | Response | Explanation |
|---|---|---|
| If the fee application includes any rate increases since retention:<br><br>    i. Did your client review and approve those rate increases in advance?<br><br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | i. Yes<br>ii. Yes | 1 partner's, 1 associate's and two paralegals' hourly fees were raised in accordance with accrued experience and respective yearly fee schedule in relation to market |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | The total fees requested for the Final Application Period do not exceed the total budgeted fees for the Final Application Period. |

Dated: March 5, 2024
    Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  don.detweiler@wbd-us.com
Email:  elazar.kosman@wbd-us.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

WBD (US) 4853-8970-8969v1