# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: March 27, 2024 at 4:00 p.m. (ET)**<br>**Hrg. Date: April 11, 2024 at 1:00 p.m. (ET)** |

**SUMMARY OF COMBINED (A) FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH JANUARY 5, 2024 AND (B) FINAL FEE APPLICATION OF GALAXY DIGITAL PARTNERS LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 14, 2023 THROUGH JANUARY 5, 2023**

| | |
|---|---|
| Name of Applicant: | Galaxy Digital Partners LLC |
| Authorized to Provide Professional Services to: | Prime Core Technologies Inc, *et al.* |
| Date of Retention: | October 4, 2023, effective as of August 14, 2023 |
| Monthly period for which compensation and reimbursement is sought: | December 1, 2023 through January 5, 2024 |
| Amount of compensation sought as actual, reasonable and necessary for monthly application period: | $1,600,000.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary for monthly application period: | $343.00 |
| Final period for which compensation and reimbursement is sought: | August 14, 2023 through January 5, 2024 |
| Amount of compensation sought as actual, reasonable and necessary for final application period: | $1,718,129.89 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| Amount of expense reimbursement sought as actual, reasonable and necessary for final application period: | $629.89 |
|---|---|
| Total fees paid to date: | $40,000.00 |
| Total allowed expenses paid to date: | N/A |
| Total amount of fees and expenses due and owing to Galaxy (defined below): | $1,678,129.89 |
| **The total time expended for fee application preparation is 0.0 hours and the corresponding compensation requested is $0.00.** ||
| **This is a:  __X__ Monthly Application  ___ Interim Application  __X__ Final Application** ||

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses |
|---|---|---|---|---|
| **First Monthly** | 12/22/2023 [DI 651] | 9/1/2023 – 9/30/2023 | $25,000.00/ $0.00 | $25,000.00/ $0.00 |
| **Second Monthly** | 12/22/2023 [DI 652] | 10/1/2023 – 10/31/2023 | $25,000.00/ $0.00 | $25,000.00/ $0.00 |
| **Third Monthly** | 02/07/2024 [DI 731] | 11/1/2023 – 11/30/2023 | $67,500.00/ $0.00 | $67,500.00/ $0.00 |

**GALAXY DIGITAL PARTNERS LLC**
**SUMMARY OF BILLING BY PROFESSIONAL**
**DECEMBER 1, 2023 THROUGH JANUARY 4, 2024**

| Name of Professional Person | Position with the Applicant | Hours Billed |
|---|---|---|
| Alex Chen | Associate | 24.0 |
| Alwyn Clarke | Director | 22.5 |
| Albert Chao | Managing Director | 22.5 |
| Michael Ashe | Head of Investment Banking | 27.5 |
| Spencer Galishoff | Analyst | 30.0 |
| | **TOTAL** | **126.5** |

**GALAXY DIGITAL PARTNERS LLC**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2023 THROUGH JANUARY 5, 2024**

| Project Category | Hours |
|---|---|
| Correspondence with potential investors | 24.5 |
| Correspondence with debtors' counsel and financial advisors | 12.0 |
| Correspondence with counsel and financial advisors for official committee of unsecured creditors | 9.0 |
| Correspondence with debtors and special committee | 0.0 |
| Correspondence with other external parties or multiple parties | 6.0 |
| Internal diligence and preparation of materials | 58.0 |
| Other administrative processes and analysis | 17.0 |
| **TOTAL** | **126.5** |

**GALAXY DIGITAL PARTNERS LLC**
**SUMMARY OF BILLING BY PROFESSIONAL**
**AUGUST 14, 2023 THROUGH JANUARY 4, 2024**

| Name of Professional Person | Position with the Applicant | Hours Billed |
|---|---|---|
| Alex Chen | Analyst | 323.6 |
| Alwyn Clarke | Vice President | 259.5 |
| Albert Chao | Managing Director | 248.6 |
| Michael Ashe | Head of Investment Banking | 187.3 |
| Spencer Galishoff | Analyst | 290.1 |
| | **TOTAL** | **1,309** |

**GALAXY DIGITAL PARTNERS LLC**
**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 14, 2023 THROUGH JANUARY 5, 2024**

| Project Category | Hours |
|---|---|
| Correspondence with potential investors | 285.0 |
| Correspondence with debtors' counsel and financial advisors | 58.65 |
| Correspondence with counsel and financial advisors for official committee of unsecured creditors | 70.0 |
| Correspondence with debtors and special committee | 81.25 |
| Correspondence with other external parties or multiple parties | 106.25 |
| Internal diligence and preparation of materials | 602.75 |
| Other administrative processes and analysis | 105.0 |
| **TOTAL** | **1,309** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: March 27, 2024 at 4:00 p.m. (ET)<br>Hrg. Date: April 11, 2024 at 1:00 p.m. (ET) |

**COMBINED (A) FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH JANUARY 5, 2024 AND (B) FINAL FEE APPLICATION OF GALAXY DIGITAL PARTNERS LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 14, 2023 THROUGH JANUARY 5, 2023**

Galaxy Digital Partners LLC ("Galaxy"), as investment banker to Prime Core Technologies Inc. and certain of its affiliates and subsidiaries, as debtors (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with (i) the *Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

*Relief* [Docket No. 244] (the "Retention Order"), (ii) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 149] (the "Interim Compensation Order"), (iii) the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 644] (the "Confirmation Order"), and (iv) the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1] (the "Plan") for: (a) monthly allowance of compensation for professional services rendered by Galaxy to the Debtors for the period of December 1, 2023 through January 5, 2024 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by Galaxy during the Monthly Application Period and (b) final allowance of compensation for professional services rendered by Galaxy to the Debtors for the period of August 14, 2023 through January 5, 2024 (the "Final Application Period") and reimbursement of actual and necessary expenses and disbursements incurred by Galaxy during the Final Application Period. In support of the Application, Galaxy represents as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

4. Pursuant to Local Rule 9013-1(f), Galaxy consents to the entry of a final judgement or order with respect to this Application if it is determined that this Court would lack Article III jurisdiction to enter such final judgement or order absent the consent of the parties.

## BACKGROUND

**A.    Chapter 11 Cases**

5. On August 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. These Chapter 11 Cases have been jointly administered for procedural purposes only.

6. The Debtors managed their properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner was appointed in these Chapter 11 Cases.

7. On August 29, 2023, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 51]. The Committee was comprised of the following unsecured creditors: (a) Yousef Abbasi; (b) Allsectech, Inc.; (c) DMG Blockchain Solutions, Inc.; (d) Net Cents Technology, Inc.; (e) Stably Corporation; and (f) Austin Ward.

8. Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of these Chapter 11 Cases, is set forth in the *Declaration of Jor Law, Interim Chief in Support of the Chapter 11 Petition and First Day Motions* [Docket No. 14] (the "First Day Declaration"), which is incorporated by reference as if fully set forth herein.

9. On December 21, 2023, the Court entered the Confirmation Order and on January 5, 2024, the Plan became effective. See *Notice of (I) Entry of Order (A) Approving Disclosure*

*Statement on a Final Basis, and (B) Confirming Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and its Affiliated Debtors; (II) Occurrence of Effective Date of the Plan; (III) Substantial Consummation of the Plan; and (IV) Certain Bar Dates* [Docket No. 694].

**B.     Retention of Galaxy**

11.     On September 14, 2023, the Debtors filed the *Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Galaxy Digital Partners LLC as Investment Banker to the Debtors and Debtors-in-Possession, Effective as of the Petition Date, (II) Approving the Terms of the Galaxy Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* [Docket No. 125] (the "Retention Application") and on October 4, 2023, the Court entered the Retention Order.

11.     The Retention Application set forth Galaxy's proposed compensation for its services to the Debtors. *See* Retention Application, ¶ 16. As described therein, the Debtors agreed to pay Galaxy, among other fees, a non-refundable cash fee of $25,000.00 per month for the first three months of these Chapter 11 Cases and $100,000.00 per month thereafter (each, a "Monthly Restructuring Fee"). *See id.* Additionally, the Debtors agreed to pay Galaxy a one-time cash fee (a "Transaction Fee") equal to $5% of a consummated transaction's value, subject to the agreement that in the event of either a liquidation or a restructuring of the Debtors, the Debtors agreed to pay Galaxy a fee no less than $2,000,000 (the "Minimum Fee"). *See id.* At the request of the Committee, the Minimum Fee was to be reduced to $750,000 if no transaction took place. *See In re Prime Core Technologies, et al., September 12, 2023*, Hr'g Tr., 32–35. Through the Retention Order, the Court approved the Monthly Restructuring Fee, the Transaction Fee, and the Minimum Fee. *See* Retention Order, ¶ 3.

**C.   Interim Compensation Order**

12.     On September 18, 2023, the Court entered the Interim Compensation Order,[2] which set the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases. Among other things, the Interim Compensation Order provides that if there are no objections to each Monthly Fee Application filed within twenty-one (21) days after service of each Monthly Fee Application, the applicable Retained Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.

**D.   Swan Transaction**

13.     On November 28, 2023, the Debtors filed *Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief* [Docket No. 483] (the "Swan Motion"). Through the Swan Motion, the Debtors' licensed their software to Electric Solidus d/b/a Swan Bitcoin ("Swan") in exchange for a license fee of $2,400,000 to be paid by Swan as follows: (a) $1,000,000 to be paid on the effective date of the License Agreement (the "License Effective Date"), and (b) $1,400,000 paid in six (6) consecutive monthly installments of $233,333.33, with the first installment due on the thirtieth (30th) day following the License Effective Date (the "License Agreement").

14.     Pursuant to the Swan Motion, the Debtors, Galaxy, and the Committee reached an agreement whereby (i) the Minimum Fee was reduced by $500,000 to a total of $1,500,000 (the "Final Restructuring Fee"), and (ii) the Monthly Restructuring Fee would now be added to the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such items in the Interim Compensation Order.

Minimum Fee instead of subtracted. The parties further agreed, with the Committee's consent, that the Final Restructuring Fee would consist of $750,000 from the immediate proceeds of the License Agreement, followed by six incremental installments of $125,000 to be paid out of the monthly installment payments made by Swan. Galaxy further agreed to waive any remaining Monthly Restructuring Fee after December 31, 2024.

15. On December 15, 2023, the Court entered its *Order (I) Approving Debtors' Entry into License Agreement with Electric Solidus Inc., and (II) Granting Related Relief* [Docket No. 606] (the "Swan Order"). Through the Swan Order and the consummation of the License Agreement, Galaxy became entitled to the Final Restructuring Fee to be paid on the terms described herein.

## RELIEF REQUESTED

16. Galaxy submits this Application for (a) monthly allowance of compensation for professional services rendered by Galaxy to the Debtors and reimbursement of actual and necessary expenses incurred during the Monthly Application Period, and (b) final allowance of compensation for professional services rendered by Galaxy to the Debtors and reimbursement of actual and necessary expenses incurred for the Final Application Period.

17. During the Final Compensation Period, certain Monthly Restructuring Fees and the Final Restructuring Fee became payable to Galaxy pursuant to the terms of the Retention Order. All services for which compensation is requested by Galaxy were performed during the Final Compensation Period on behalf of the Debtors. During the Final Compensation Period, Galaxy performed significant services on behalf of the Debtors, including but not limited to, the following:

- tasks related to the analysis of Debtors' debtor-in-possession financing and communicating with Debtors' counsel and financial advisors regarding assessments of due diligence related to licensing agreements;

- tasks related to the potential sale of estate assets including the review of bids and discussions of proposals received;

- tasks related to communicating with the Committee and its advisors regarding the received bids and the evaluation of bids to determine the potential benefits to the Debtors' estate;

- tasks related to internal compilation of relevant materials to present to the Debtors' advisors and the Committee's advisors relating to bidder communications, as well as the review of debtor-in-possession financing proposals and terms; and

- tasks related to internal communications between the Debtors' advisors and the Committee's advisors related to the outreach and marketing of the Debtors' assets.

**A.  Monthly Application Period**

18.  Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by Galaxy with respect to these Chapter 11 Cases during the Monthly Application Period. This detailed itemization complies with Local Rule 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity. Additionally, all time is billed in increments of one-half of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

**B.  Final Application Period**

19.  During the Final Application Period, Galaxy incurred actual, reasonable, and necessary expenses in connection with its engagement by the Debtors in the aggregate amount of $629.89. Detailed descriptions of the actual and necessary expenses incurred by Galaxy in the

performance of services rendered during the Final Application Period are attached hereto as **Exhibit B**.[3]

20. Attached as *Exhibit A* to each of the previously filed Monthly Fee Applications is a detailed itemization, by project category, of all services performed by Galaxy with respect to these Chapter 11 Cases during the applicable Monthly Application Period. The Final Application Period comprises all of the Monthly Fee Applications and the Monthly Application Periods, collectively. These detailed itemizations comply with Local Rule 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity. Additionally, all time is billed in increments of one-half of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

## VALUATION OF SERVICES

21. The professionals of Galaxy have expended a total of 1,309 hours in connection with this matter during the Final Application Period, and 126.6 hours in connection with the Monthly Application Period. As discussed in this Application and as set forth in the Retention Order, the fee structure is based on a flat rate. The reasonable value of services rendered by Galaxy for the Monthly Application Period and the Final Application Period, as the investment banker to the Debtors in these Chapter 11 Cases, is $1,600,000 and $1,718,129.89, respectively.

22. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services outside of the context of a chapter 11 case.

---

[3] A single expense disclosed herein was inadvertently excluded from the *First Monthly Fee Application of Galaxy Digital Partners LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 through September 30, 2023* [Docket No. 651].

## NO PRIOR REQUEST

23.     No prior request for the relief sought in the Application has been made to this or any other court.

## CONCLUSION

WHEREFORE, Galaxy requests: (i) final allowance of compensation in the sum of $1,678,129,89 for necessary professional services rendered to the Debtors during the Final Application Period, and reimbursement of actual and necessary costs and expenses incurred of $629.89 during the Final Application Period; (ii) payment of the outstanding balance of all amounts not paid to date; and (iii) such other relief as the Court may deem just and proper.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 5, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:         gsteinman@mwe.com<br><br>*Counsel to the Debtors* |