## CERTIFICATE OF COMPLIANCE AND WAIVER

The undersigned representative of Galaxy certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2 or its limited waiver within the retention order, Galaxy believes that such deviations are not material and requests that any such requirement be waived.

Dated: March 5, 2024                                    */s/ Michael Ashe*
                                                                       Head of Investment Banking