# EXHIBIT A

**December Time Detail**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Albert Chao | 12/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 12/1/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alex Chen | 12/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 12/1/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alwyn Clarke | 12/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 12/1/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Michael Ashe | 12/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 12/1/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/1/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 12/1/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Albert Chao | 12/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 12/4/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 12/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 12/4/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 12/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 12/4/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 12/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Michael Ashe | 12/4/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 12/4/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 12/4/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Albert Chao | 12/5/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Albert Chao | 12/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 12/5/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/5/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alex Chen | 12/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 12/5/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 12/5/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alwyn Clarke | 12/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 12/5/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 12/5/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Michael Ashe | 12/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 12/5/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 12/5/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Spencer Galishoff | 12/5/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 12/5/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 12/7/2023 | 2.0 Hour(s) | Internal diligence and preparation of materials | Updating outreach tracker |
| Albert Chao | 12/8/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 12/8/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alex Chen | 12/8/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 12/8/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alwyn Clarke | 12/8/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 12/8/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Michael Ashe | 12/8/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 12/8/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/8/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 12/8/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Albert Chao | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 12/11/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Albert Chao | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 12/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 12/11/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 12/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 12/11/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 12/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Michael Ashe | 12/11/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 12/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 12/11/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 12/11/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 12/11/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Albert Chao | 12/12/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Albert Chao | 12/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 12/12/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/12/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alex Chen | 12/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 12/12/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 12/12/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alwyn Clarke | 12/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 12/12/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 12/12/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Michael Ashe | 12/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Michael Ashe | 12/12/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 12/12/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Spencer Galishoff | 12/12/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 12/12/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Albert Chao | 12/15/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 12/15/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alex Chen | 12/15/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 12/15/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alwyn Clarke | 12/15/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 12/15/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Michael Ashe | 12/15/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 12/15/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/15/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 12/15/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/15/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Updating outreach tracker |
| Albert Chao | 12/18/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 12/18/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 12/18/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 12/18/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Alwyn Clarke | 12/18/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 12/18/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Michael Ashe | 12/18/2023 | 4.0 Hour(s) | Other administrative processes and analysis | Preparation for confirmation hearing |
| Spencer Galishoff | 12/18/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 12/18/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Albert Chao | 12/19/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Albert Chao | 12/19/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 12/19/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/19/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alex Chen | 12/19/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 12/19/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/19/2023 | 1.5 Hour(s) | Other administrative processes and analysis | Virtual attendence of confirmation hearing |
| Alwyn Clarke | 12/19/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alwyn Clarke | 12/19/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 12/19/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Michael Ashe | 12/19/2023 | 10.0 Hour(s) | Other administrative processes and analysis | Travel to/from and attendence of confirmation hearing |
| Spencer Galishoff | 12/19/2023 | 1.5 Hour(s) | Other administrative processes and analysis | Virtual attendence of confirmation hearing, note taking |
| Spencer Galishoff | 12/19/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Spencer Galishoff | 12/19/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 12/19/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Albert Chao | 12/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for tech diligence call with Prime Trust and SDM |
| Albert Chao | 12/20/2023 | 1.5 Hour(s) | Correspondence with other external parties or multiple parties | Tech diligence call with Prime Trust and SDM |
| Alex Chen | 12/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for tech diligence call with Prime Trust and SDM |
| Alex Chen | 12/20/2023 | 1.5 Hour(s) | Correspondence with other external parties or multiple parties | Tech diligence call with Prime Trust and SDM |
| Alwyn Clarke | 12/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for tech diligence call with Prime Trust and SDM |
| Alwyn Clarke | 12/20/2023 | 1.5 Hour(s) | Correspondence with other external parties or multiple parties | Tech diligence call with Prime Trust and SDM |
| Spencer Galishoff | 12/20/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for tech diligence call with Prime Trust and SDM |
| Spencer Galishoff | 12/20/2023 | 1.5 Hour(s) | Correspondence with other external parties or multiple parties | Tech diligence call with Prime Trust and SDM, note taking |
| Spencer Galishoff | 12/21/2023 | 1.5 Hour(s) | Internal diligence and preparation of materials | Updating outreach tracker |
| Albert Chao | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Albert Chao | 12/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Albert Chao | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 12/22/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alex Chen | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alex Chen | 12/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alex Chen | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 12/22/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alwyn Clarke | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Alwyn Clarke | 12/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Alwyn Clarke | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 12/22/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Michael Ashe | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Michael Ashe | 12/22/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for call with potential investor |
| Spencer Galishoff | 12/22/2023 | 1.0 Hour(s) | Correspondence with potential investors | Call with potential investor |
| Spencer Galishoff | 12/22/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 12/22/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Albert Chao | 12/26/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alex Chen | 12/26/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Alwyn Clarke | 12/26/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Michael Ashe | 12/26/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Spencer Galishoff | 12/26/2023 | 1.0 Hour(s) | Internal diligence and preparation of materials | Weekly internal catch-up |
| Albert Chao | 12/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Albert Chao | 12/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alex Chen | 12/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alex Chen | 12/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Alwyn Clarke | 12/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Alwyn Clarke | 12/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Spencer Galishoff | 12/27/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with Province |
| Spencer Galishoff | 12/27/2023 | 0.5 Hour(s) | Correspondence with UCC's counsel and financial advisors | Weekly catch-up call with Province |
| Albert Chao | 12/29/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Albert Chao | 12/29/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alex Chen | 12/29/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alex Chen | 12/29/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Alwyn Clarke | 12/29/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Alwyn Clarke | 12/29/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/29/2023 | 0.5 Hour(s) | Internal diligence and preparation of materials | Preparation for weekly catch-up call with M3 |
| Spencer Galishoff | 12/29/2023 | 0.5 Hour(s) | Correspondence with debtors' counsel and financial advisors | Weekly catch-up Call with M3 |
| Spencer Galishoff | 12/29/2023 | 1.5 Hour(s) | Correspondence with potential investors | Correspondence and scheduling with potential investors |