**EXHIBIT B**

**Detailed Description of Expenses Incurred**
**August 14, 2023 – January 5, 2024**

| Date | Name | Role | Task Category | Description | Total |
|---|---|---|---|---|---|
| 9/13/23 | Albert Chao | Director | Travel/Hearing | Commute to Delaware Hearing | $286.89 |
| 12/19/23 | Michael Ashe | Head of Investment Banking | Travel/Hearing | Commute to Delaware Hearing | $343.00 |