## **CERTIFICATE OF SERVICE**

I, Maris J. Kandestin, hereby certify that on this 5th day of March 2024, and in addition to the service provided under the Court's CM/ECF system, I caused a true and correct copy of the foregoing *Combined (A) Fourth Monthly Fee Application for the Period from December 1, 2023 through January 5, 2024 and (B) Final Fee Application of Galaxy Digital Partners LLC, as Investment Banker to the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period from August 14, 2023 through January 5, 2023* to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| VIA FIRST CLASS MAIL<br>Prime Core Technologies Inc., *et al.*<br>10845 Griffith Peak Dr., #03-153<br>Las Vegas, NV 89135 | VIA ELECTRONIC MAIL<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Attn: Robert Stark and Bennett Silverberg<br>E-mail: rstark@brownrudnick.com;<br>      bsilverberg@brownrudnick.com |
| VIA ELECTRONIC MAIL<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Attn: Donald Detweiler<br>E-mail: don.detweiler@wbd-us.com | VIA ELECTRONIC MAIL<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph Cudia<br>E-mail: joseph.cudia@usdoj.gov |

*/s/ Maris J. Kandestin*
Maris J. Kandestin (No. 5294)

DM_US 204197808-1.121647.0012