IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*,[1] | ) ) Case No. 23-11161 (JKS) ) |
| Debtors. | ) (Jointly Administered) ) ) |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER SCHEDULING OMNIBUS HEARING DATES**

The undersigned counsel to the plan administrator (the "Plan Administrator") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certifies that they have consulted with the Court regarding scheduling omnibus hearing dates for the Chapter 11 Cases and has been informed that the following dates and times are available for an omnibus hearing in the Chapter 11 Cases:

**May 14, 2024 at 10:00 a.m. (Eastern Time)**

**June 18, 2024 at 10:00 a.m. (Eastern Time)**

**July 16, 2024 at 10:00 a.m. (Eastern Time)**

WHEREFORE, the Debtors respectfully request that, pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court enter the proposed omnibus hearing date scheduling order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

| | |
|---|---|
| Dated: March 8, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (De Bar. 5388)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  don.detweiler@wbd-us.com<br>Email:  morgan.patterson@wbd-us.com<br>Email:  elazar.kosman@wbd-us.com<br><br>*Counsel to the Plan Administrator* |