## **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIME CORE TECHNOLOGIES INC., | ) | Case No. 23-11161 (JKS) |
| *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATES</u>

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.     The following dates and times have been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| May 14, 2024 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the |
| June 18, 2024 at 10:00 a.m. (ET) | District of Delaware, |
| July 16, 2024 at 10:00 a.m. (ET) | 824 North Market Street, |
| | 5th Floor, Courtroom 6, |
| | Wilmington, Delaware 19801 |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.