## EXHIBIT 1

**Dunn Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DAVID DUNN IN SUPPORT**
**OF PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION**
**(NO SUPPORTING DOCUMENTATION) TO CLAIMS PURSUANT TO SECTION 502**
**OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE (NON-SUBSTANTIVE OBJECTION)**

I, David Dunn, hereby declare under penalty of perjury:

1.      I am a Principal of Province Fiduciary Services, LLC, the plan administrator (the "Plan Administrator") for Prime Core Technologies, Inc. and its affiliate debtors (collectively, the "Debtors") in the above-captioned cases (collectively, the "Cases").  In the course and scope of my engagement, I have been personally involved in the processing and reconciliation of claims against the Debtors.  I am authorized by the Plan Administrator to make this declaration in support of the *Plan Administrator's First Omnibus Objection (No Supporting Documentation) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)* (the "First Omnibus Objection").[2]

2.      Pursuant to the Plan, the Plan Administrator is authorized and empowered to, among other things, prosecute and resolve objections to claims filed in the Debtors' Cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the corresponding First Omnibus Objection.

3.      On behalf of the Plan Administrator, I reviewed the First Omnibus Objection and the No Supporting Documentation Claims (as well as all supporting information and documentation provided with each No Supporting Documentation Claim), and I am directly or through other personnel, agents and attorneys, familiar with the information contained therein. To the best of my knowledge, information and belief, and based on the information and records available to me, the information contained in the First Omnibus Objection and the exhibits attached thereto is true and accurate.

4.      If called upon to testify, I could and would competently testify to the facts set forth herein.

5.      By the Objection, the Plan Administrator requests that the Court enter an order expunging and disallowing the claims as set forth on Exhibit A to the Proposed Order.

6.      Based upon my personal knowledge, my familiarity with the processing and reconciliation of the No Supporting Documentation Claims, or my review of relevant documents, I believe that granting the relief requested in the First Omnibus Objection is in the best interests of the Debtors, their estates, and their creditors.

A.      No Supporting Documentation Claims

7.      To the best of my knowledge and belief, and based on the information and records available to me, including a reasonable effort to research the No Supporting Documentation Claims in the Debtors' books and records, the No Supporting Documentation Claims set forth in Exhibit A to the Proposed Order cannot be reconciled with the Debtors' books and records. To the best of my knowledge and belief, and based on the information and records available to me, the No Supporting Documentation Claims are not valid because they are not reflected in the Debtors' books and records and the proofs of claim fails to provide sufficient

WBD (US) 4862-6998-5701v4

information to substantiate the nature or existence of such claim.  Based upon the foregoing, the Plan Administrator believes that the documentation provided with the No Supporting Documentation Claims does not provide *prima facie* evidence of the validity and amount of such No Supporting Documentation Claims.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge, and belief, and based on the information and records available to me.

Dated:  March 12, 2024

_/s/  David Dunn_____
David Dunn, Principal
Province Fiduciary Services, LLC
Solely in its capacity as Plan Administrator
for Prime Core Technologies, Inc. and its
affiliate debtors