**EXHIBIT 2**

**Proposed Order**

WBD (US) 4888-0439-4149v5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

## ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION (NO SUPPORTING DOCUMENTATION) TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (NON-SUBSTANTIVE OBJECTION)

Upon consideration of the *Plan Administrator's First Omnibus Objection (No Supporting Documentation) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)* (the "First Omnibus Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to Bankruptcy Code sections 105 and 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 disallowing and expunging the No Supporting Documentation Claims identified on **Exhibit A**; and the Court having considered the Dunn Declaration in support of the First Omnibus Objection; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the First Omnibus Objection having been given under the circumstances; and the Court having considered the First Omnibus Objection, any responses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Capitalized terms used but not defined herein are ascribed the definitions given to them in the First Omnibus Objection.

thereto, and the claims listed on **Exhibit A** hereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The First Omnibus Objection is sustained as set forth herein.

2. Pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rule 3007, the No Supporting Documentation Claims listed on the attached **Exhibit A** are hereby disallowed and expunged in their entirety.

3. The Plan Administrator may amend, modify, or supplement the First Omnibus Objection, and may file additional substantive and non-substantive objections to claims filed in these chapter 11 Cases.

4. The Plan Administrator, the Debtors, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over any matters related to or arising from the First Omnibus Objection or the implementation or interpretation of this Order.

6. Each of the No Supporting Documentation Claim and the objections by the Plan Administrator to such No Supporting Documentation Claims, as set forth on **Exhibit A** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each such No Supporting Documentation Claim. Any stay of this Order pending appeal by any claimants whose No Supporting Documentation Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the First Omnibus Objection or this Order.

3

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry.

# **EXHIBIT A**

**No Supporting Documentation Claims**

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1731 | $67,716.00 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1676 | $350.00 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1724 | $2,185.00 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1689 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1671 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1652 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1673 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1426 | $4.39 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. Based on the Debtors' books and records, the claimant does not have a claim against the Debtors. Specifically, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, any claim asserted by the claimant would be only a a General Unsecured Claim against the applicable Debtor. However, the Debtors' books and records reflect that the Debtors are not liable to the claimant in any amount. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1658 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1716 | $5,300.00 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1633 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1664 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1688 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1656 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1660 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1738 | $43,003.65 | The claim does not attach supporting documentation. The only document uploaded with the claim was a PDF titled "CLAIM CELSIUS." The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1631 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1670 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1655 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1637 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1659 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1683 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1668 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1717 | $80,003.70 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1686 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1742 | $10,000.00 | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1627 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1653 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1690 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1662 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1687 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1691 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1674 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1623 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1654 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1626 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1669 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1635 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1682 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1647 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1625 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1636 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1692 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1630 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1672 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1665 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1628 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1632 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1649 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1695 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1677 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1624 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1661 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1666 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1667 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1684 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1694 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1693 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1650 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1675 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1648 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1629 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |

Exhibit A to Proposed Order for Plan Administrator's First Omnibus Objection to Claims (No Supporting Documentation)

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 1696 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1685 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1634 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1646 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Name Redacted | 1678 | $350.00* | The claim does not attach supporting documentation. The claim fails to provide sufficient information to substantiate the nature or existence of such claim, and, based upon a review of the Debtors' books and records, the Debtors have no liability for the claim and it should be disallowed. |
| Claims for Disallowance: | 67 | | |
| Total Amount | $208,562.74 | | |

*The Plan Administrator believes that all claims denoted with an asterisk are likely fraudulent claims. Each of these claims was filed in the amount of $350, listed the same residential physical address, and emails sent by the Plan Administrator to the claimants at the email addresses listed in the claims have all been returned as undeliverable.