**EXHIBIT 2**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND
OMNIBUS OBJECTION ((A) RECLASSIFY AND REDUCE; (B) RECLASSIFY
AND ALLOW; AND (C) NO LIABILTY) TO CLAIMS PURSUANT TO
SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE (SUBSTANTIVE OBJECTION)**

Upon consideration of the *Plan Administrator's Second Omnibus Objection ((A) Reclassify and Reduce; (B) Reclassify And Allow; and (C) No Liability) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure* (the "Second Omnibus Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to Bankruptcy Code sections 105 and 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 (a) reclassifying and reducing the claims identified on **Exhibit A**; (b) reclassifying and allowing claims identified on **Exhibit B**; and (c) disallowing and expunging the claims identified on **Exhibit C**; and the Court having considered the Dunn Declaration in support of the Second Omnibus Objection; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Second Omnibus

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Capitalized terms used but not defined herein are ascribed the definitions given to them in the Second Omnibus Objection.

Objection having been given under the circumstances; and the Court having considered the Second Omnibus Objection, any responses thereto, and the claims listed on **Exhibits A**, **B** and **C** hereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Second Omnibus Objection is sustained as set forth herein.

2. Pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rule 3007, the Reduce and Reclassify Claims listed on the attached **Exhibit A** are hereby reduced in the amount set forth in **Exhibit A** and reclassified as General Unsecured Claims against each applicable Debtor.

3. Pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rule 3007, the Reclassify and Allow Claims listed on the attached **Exhibit B** are hereby reclassified as General Unsecured Claims against each applicable Debtor and allowed.

4. Pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rule 3007, the No Liability Claims listed on the attached **Exhibit C** are hereby disallowed and expunged in their entirety..

5. The Plan Administrator may amend, modify, or supplement the Second Omnibus Objection, and may file additional substantive and non-substantive objections to claims filed in these chapter 11 Cases.

6. The Plan Administrator's rights to setoff, counterclaim and recoupment including, but not limited to, in respect of security deposits, against the allowed amount of any claims are preserved.

7. The Plan Administrator, the Debtors, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

8. This Court shall retain jurisdiction over any matters related to or arising from the Second Omnibus Objection or the implementation or interpretation of this Order.

9. Each of the Reduce and Reclassify Claims, Reclassify and Allow Claims and No Liability Claims and the objections by the Plan Administrator to such Claims, as set forth on **Exhibits A**, **B**, and **C** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each such Reduce and Reclassify Claim, Reclassify and Allow Claim and No Liability Claim.  Any stay of this Order pending appeal by any claimants whose Reduce and Reclassify Claims, Reclassify and Allow Claims or No Liability Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Second Omnibus Objection or this Order.

10. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry.

# EXHIBIT A

### Reduce and Reclassify Claims

Case 23-11161-JKS    Doc 762-3    Filed 03/12/24    Page 5 of 17

| Claimant | Claim Number | Claim Amount | Modified Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification and Reduction |
|---|---|---|---|---|---|---|
| Name Redacted | 74 | $26,707.15 | $289.96 | Administrative, Secured and Priority | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 1033 | $109,529.10 | $74,949.02 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 531 | $1,910.85 | $1,548.83 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 1414 | $279.06 | $277.36 | Administrative | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 98 | $7,907.16 | $7,898.72 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

| Claimant | Claim Number | Claim Amount | Modified Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification and Reduction |
|---|---|---|---|---|---|---|
| Name Redacted | 1043 | $1,837.75 | $818.11 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 815 | $1,365.80 | $189.73 | Administrative | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 181 | $3,571.24 | $948.88 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 247 | $7,553.18 | $775.52 | Secured | General Unsecured | The claim does not attach supporting documentation. Based on the Debtors' books and records, the Debtors are only liable to the claimant for the amount reflected in the "Modified Claim Amount" column. Furthermore, based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| **Claims to be Reclassified and Reduced:** | **9** | | | | | |
| **Total Amount** | | **$ 160,661.29** | | | | |

# **EXHIBIT B**

**Reclassify and Allow Claims**

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 1415 | $1,014.47 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 230 | $1,669.02 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 1022 | $174.73 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 633 | $108.08 | Administrative | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 1188 | $14,418.91 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 307 | $440.82 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 336 | $3,867.19 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 205 | $1.16 | Administrative | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 964 | $3,518.19 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 202 | $2,212.14 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 953 | $573.04 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 1258 | $285.42 | Administrative | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 629 | $61,195.78 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 332 | $446.15 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 235 | $1,033.79 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 819 | $1,154.45 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 168 | $2,293.21 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 401 | $7,110.16 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 824 | $100.00 | Administrative | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 187 | $3,455.55 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

Exhibit B to Proposed Order for Plan Administrator's Second Omnibus Objection to Claims (Reclassify and Allow)

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 149 | $2,476.04 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 298 | $39,544.75 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 464 | $866.22 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 898 | $12,016.93 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 771 | $109.06 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 955 | $1,340.18 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 223 | $5,553.12 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 407 | $1,233.79 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 637 | $1,105.55 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |
| Name Redacted | 260 | $5,915.86 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

Exhibit B to Proposed Order for Plan Administrator's Second Omnibus Objection to Claims (Reclassify and Allow)

| Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Claim Classification Status | Reasons for Reclassification |
|---|---|---|---|---|---|
| Name Redacted | 406 | $3,728.07 | Secured | General Unsecured | The claim did not include supporting documentation as to its asserted secured, administrative and/or priority status. Based on the Debtors' books and records, the claimant is an Account Holder (as defined in the Plan), and, therefore, the claim should be reclassified as a General Unsecured Claim against the applicable Debtor. |

*Claim 1258 is also a proposed Surviving Claim subject to the Plan Administrator's Third Omnibus Objection (Amended and Superseded Claims) filed contemporaneously with this Second Omnibus Objection.

| | | | | | |
|---|---|---|---|---|---|
| **Claims to be Reclassified and Allowed:** | 31 | | | | |
| **Total Amount** | $ 178,961.84 | | | | |

# EXHIBIT C

**No Liability Claims**

| Claimant | Claim Number | Claim Amount | Reasons for Disallowance |
|---|---|---|---|
| Name Redacted | 358 | $40,000.00 | Name Redacted was employed by Prime Trust, LLC. He was hired to be the Chief Trust Officer and started on 11/07/22 before he was fired on 1/1/23. He never acted in that capacity and merely worked as an attorney in the legal department fulfilling minor tasks. After working for 55 days, he was laid-off from the Debtors as a result of a reduction in force and signed a severance agreement that waived claims under "any other local, state or federal law, rule, or regulation relating to or affecting your employment by the Company," but which did not specifically list the WARN Act. After his termination, Name Redacted lawyer sent a letter to the Debtors claiming a WARN Act violation. Upon information and belief, Debtors' counsel spoke with Name Redacted' lawyer on 5/31/23 and explained that Name Redacted should not be counted as an employee for triggering the WARN Act. Even if assuming the WARN Act was triggered, if that employee was employed less than 120 days, then that employee gets the lesser of 60 days' notice or half the number of days that employee was employed. In Name Redacted case, he worked 55 days (11/7/22-01/01/23) and so would be entitled to 27.5 days' notice or pay (half of employment days) if the WARN Act was actually triggered. Name Redacted was given 30 days severance and so, if the WARN Act applied and controlled, he was actually overpaid from what the WARN Act would require by 2.5 days pay. Therefore, Name Redacted claim should be disallowed because the Debtors' estates have no liability for his claim and it should be disallowed. |
| Name Redacted | 1706 | $352,520.00 | Claimant filed a claim against Prime Trust for purportedly losing her life savings in a scam that transferred money to Binance and FTX accounts connected to Prime Trust, however, beyond one conclusory sentence in the claim, the claim does not provide any support that Prime Trust's accounts were used in such a scam. The Debtors' records indicate her account associated with Binance was created on February 6, 2023, but no funds were ever transferred into this account.  As a result, the Debtors have no liability for this claim and it should be disallowed. |
| **Claims for Disallowance:** | **2** | | |
| **Total Amount** | **$392,520.00** | | |