# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 11, 2024 at 1:00 p.m. (ET)<br>Objection Deadline: April 2, 2024 at 4:00 p.m. (ET) |

**PLAN ADMINISTRATOR'S THIRD OMNIBUS OBJECTION ((A) AMENDED AND SUPERSEDED; AND (B) LATE FILED) TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (NON-SUBSTANTIVE OBJECTION)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM. SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED.**

PLEASE TAKE NOTICE that, on March 12, 2024, Province Fiduciary Services, LLC, solely in its capacity as the plan administrator (the "Plan Administrator") for Prime Core Technologies, Inc. and its affiliate debtors in the above-captioned cases (collectively, the "Debtors"), filed the attached *Plan Administrator's Third Omnibus Objection ((A) Amended and Superseded; and (B) Late Filed) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)* (the "Third Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 (the "Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

PLEASE TAKE FURTHER NOTICE that responses ("Responses"), if any, to the Third Omnibus Objection must be in writing, filed with the Court at 824 North Market Street, Wilmington, Delaware 19801, and served so that it is actually received by the undersigned counsel to the Plan Administrator on or before **April 2, 2024 at 4:00 p.m. (Prevailing Eastern Time)**. Every Response to the Third Omnibus Objection must contain, at a minimum, the following information:

1. a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of objection to which the Response is directed;

2. the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the claim;

3. the specific factual basis and supporting legal argument upon which the party will rely in opposing this Third Omnibus Objection;

4. any supporting documentation, to the extent it was not included with the proof of claim previously filed with the clerk or claims agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim; and

5. the name, address, telephone number, email address and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Plan Administrator should communicate with respect to the claim or the Third Omnibus Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the disputed claim on behalf of the claimant.

PLEASE TAKE FURTHER NOTICE that if no Response to the Third Omnibus Objection is timely filed, served, and received in accordance with the above procedures, an order may be entered granting the relief requested in the Third Omnibus Objection without further notice or hearing. If a Response to the Third Omnibus Objection is timely filed, served and received in accordance with the above procedures, a hearing on the Third Omnibus Objection and the Response will be held before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **April 11, 2024 at 1:00 p.m. (Prevailing Eastern Time)** (the "Hearing").

Only a Response made in writing and timely filed and received will be considered by the Court at the Hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE THIRD OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
March 12, 2024

**WOMBLE BOND DICKINSON LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (Del. Bar No. 3087)
Morgan L. Patterson (DE No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Tel:         (302) 252-4320
Facsimile: (302) 252-4330
Email:     don.detweiler@wbd-us.com
              morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*