**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the Office of The U.S. Trustee for the District of Delaware, Attn: Linda Casey & Joseph Cudia at 844 N King St #2207, Lockbox 35, Wilmington, DE 19801, and via electronic mail on the service list attached hereto as **Exhibit A**:

- **Plan Administrator's First Omnibus Objection (No Supporting Documentation) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** (Docket No. 761)

- **Plan Administrator's Second Omnibus Objection ((A) Reclassify and Reduce, (B) Reclassify and Allow, and (C) No Liability) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection)** (Docket No. 762)

- **Plan Administrator's Third Omnibus Objection ((A) Amended and Superseded; and (B) Late Filed) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** (Docket No. 763)

Furthermore, on March 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on CC transport, Attn: Carlos Santacruz at 4974 N Fresno St #318, Fresno, CA 93726:

- **[Customized] Plan Administrator's First Omnibus Objection (No Supporting Documentation) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** (Docket No. 761)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' mailing address is Prime Core Technology, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

Furthermore, on March 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on sixty-seven (67) confidential parties not included herein:

- **Plan Administrator's First Omnibus Objection (No Supporting Documentation) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** (Docket No. 761)

Furthermore, on March 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on forty-two (42) confidential parties not included herein:

- **Plan Administrator's Second Omnibus Objection ((A) Reclassify and Reduce, (B) Reclassify and Allow, and (C) No Liability) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection)** (Docket No. 762)

Furthermore, on March 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on nine (9) confidential parties not included herein:

- **Plan Administrator's Third Omnibus Objection ((A) Amended and Superseded; and (B) Late Filed) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)** (Docket No. 763)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 14, 2024

*James Nguyen-Phan*
James Nguyen-Phan

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 14th day of March 2024 by James Nguyen-Phan.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of The U.S. Trustee for the District of Delaware | Attn: Linda Casey & Joseph Cudia | | joseph.cudia@usdoj.gov |
| OKCoin USA Inc. and OKC USA Holding Inc. | c/o Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Polaris Ventures | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Kaitlin R. Walsh & Jacklyn M. Branby | krwalsh@mintz.com<br>jmbranby@mintz.com |
| Polaris Ventures | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor & Ryan M. Bartley | mnestor@ycst.com<br>rbartley@ycst.com |
| SDM, Inc. | c/o Whiteford Taylor & Preston L.L.P. | Attn: Bradford F. Englander | benglander@whitefordlaw.com |
| SDM, Inc. | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley & Stephen B. Gerald | rriley@whitefordlaw.com<br>sgerald@whitefordlaw.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| TrueCoin, LLC and TrustToken, Inc. | c/o Wollmuth Maher & Deutsch LLP | Attn: Fletcher W. Strong & Steven S. Fitzgerald & Yating Wang | fstrong@wmd-law.com<br>sfitzgerald@wmd-law.com<br>ywang@wmd-law.com |

In re: Prime Core Technologies Inc., et al.
Case No. 23-11161 (JKS)

Page 1 of 1