# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 345** |

## NOTICE OF DEPOSITION OF PARTY 6

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Bankruptcy Procedure 2004, and in connection with *Notice of Witness's Voluntary Agreement to Comply with the Debtors' Rule 2004 of the Federal Rules of Bankruptcy Procedure Discovery Requests and Examination* (the "Notice") [Docket No. 345], McDermott Will & Emery LLP, counsel to the PCT Litigation Trust and special counsel to the Plan Administrator (the "Plan Administrator") appointed under the court-approved *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 592] (the "Plan"), in connection with the above-captioned chapter 11 cases, will take the deposition upon oral examination of Party 6[2] via remote audio-video (ZOOM) conference on **March 29, 2024, commencing at 8:00 a.m. PDT/11:00 a.m. EDT**, and will continue from day to day until completed, concerning the topics of examination set forth in the Subpoena for Rule 2004 Examination served on March 13, 2024.

---

[1] The following entities filed voluntary Chapter 11 petitions in these cases: Prime Core Technologies, Inc.; Prime Trust, LLC; Prime IRA LLC; and Prime Digital, LLC (collectively, the "Prime Entities"). Pursuant to the Plan, all of the assets, liabilities, and claims associated with each of the Prime Entities have been assigned to the PCT Litigation Trust.

[2] The identity of Party 6 is disclosed in Exhibit A to the Notice, filed under seal at Docket No. 345-1.

Parties who wish to participate should contact Greer Griffith (ggriffith@mwe.com), no less than 24 hours before the start of the deposition, for more information on how to participate, including remotely.

The deposition by oral examination will be taken before a notary public or an officer authorized by law to administer oaths upon oral examination and will be recorded by a certified court reporter stenographically and by audio and video.  The deposition is being taken for the purpose of discovery, for use at trial, and for any other purpose permitted under the applicable Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and other applicable federal and local rules.

**PLEASE TAKE FURTHER NOTICE** that:

1. The court reporter will report the deposition from a location separate from the witness.
2. Counsel for the parties will participate from various, separate locations.
3. The court reporter will administer the oath to the witness remotely.
4. Each participating attorney will be visible to all other participants and their statements will be audible to all participants.
5. Exhibits, if any, will be provided simultaneously and electronically to the witness and all participants.
6. Counsel for all parties will be required to stipulate on the record:
    a. Their consent to this manner of deposition; and
    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of deposition.

|  |  |
|---|---|
| Dated:  March 27, 2024<br>          Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:         mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:         dazman@mwe.com<br>                   jbevans@mwe.com<br>                   ggriffith@mwe.com<br><br>*Counsel to the PCT Litigation Trust and Special Counsel to the Plan Administrator* |

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a true and correct copy of the foregoing *Notice of Deposition of Party 6* to be served on this 27th day of March 2024, via electronic mail on the party and at the address listed below.

/s/ J. Greer Griffith
J. Greer Griffith

Gabriel L. Grasso
E-mail: gabriel@grassodefense.com

*Counsel for Party 6*