# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 760 & 763 |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH PLAN ADMINISTRATOR'S THIRD OMNIBUS OBJECTION ((A) AMENDED AND SUPERSEDED; AND (B) LATE FILED) TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (NON-SUBSTANTIVE OBJECTION)

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On March 12, 2024, Province Fiduciary Services, LLC, solely in its capacity as the plan administrator (the "Plan Administrator") for Prime Core Technologies, Inc. and its affiliate debtors in the above-captioned cases (collectively, the "Debtors"), filed the *Plan Administrator's Third Omnibus Objection ((A) Amended and Superseded; and (B) Late Filed) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection)* [Docket Nos. 760 (Sealed) and 763 (Redacted)] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware. A hearing on the Omnibus Objection is scheduled for April 11, 2024 at 1:00 p.m. prevailing Eastern Time.

On March 28, 2024, the undersigned counsel to the Plan Administrator delivered to the Chambers of the Honorable J. Kate Stickles, United States Bankruptcy Judge, copies of the proofs of claim (the "Proofs of Claim") identified in Exhibit A to the proposed order filed with the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

Omnibus Objection, in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim may be obtained by contacting the undersigned counsel to the Plan Administrator.

Dated: Wilmington, Delaware
March 28, 2024

**WOMBLE BOND DICKINSON LLP**

By: */s/ Morgan L. Patterson*
Donald J. Detweiler (Del. Bar No. 3087)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Tel:         (302) 252-4320
Facsimile: (302) 252-4330
Email:      don.detweiler@wbd-us.com
              morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*