IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.: 124, 125, 126, 127, 126, 243, 244, 245, 317, 319, 359, 372, 528, 652, 674, 711, 731, 743, 746, & 753** |

**NOTICE OF FILING OF PROPOSED OMNIBUS ORDER GRANTING
FINAL ALLOWANCE OF FEES AND EXPENSES OF DEBTORS' PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on April 3, 2024, the undersigned counsel to the PCT Litigation Trust and special counsel to the Plan Administrator, appointed under the Court-approved *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 592] (the "Plan"),[2] has filed a proposed *Omnibus Order Granting Final Allowance of Fees and Expenses for Debtors' Professionals* (the "Proposed Final Fee Order"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of the Proposed Final Fee Order is scheduled to take place on April 11, 2024, at 1:00 p.m. (prevailing Eastern Time) (the "Final Fee Hearing"). You were previously served with notice of the Final Fee Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

| | |
|---|---|
| Dated: April 3, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 485-3900<br>Facsimile:   (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:  (212) 547-5400<br>Facsimile:   (646) 547-5444<br>Email:          dazman@mwe.com<br>                    jbevans@mwe.com<br>                    ggriffith@mwe.com<br><br>-and-<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br>Email:          gsteinman@mwe.com<br><br>*Counsel to the PCT Litigation Trust and Special Counsel to the Plan Administrator* |