**EXHIBIT A**

**Proposed Final Fee Order
(Debtors' Professionals)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.: 124, 125, 126, 127, 243, 244, 245, 317, 319, 359, 372, 528, 674, 711, 731, 743, 746, & 753** |

### OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF FEES AND EXPENSES OF DEBTORS' PROFESSIONALS

Upon consideration of the applications (each, an "Application" and, collectively, the "Applications") filed by those professionals identified on **Exhibit A** attached hereto (each, an "Applicant" and, collectively, the "Applicants"), pursuant to sections 327, 328, 330, 331, and 503(b) title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking final allowance of compensation, including all holdbacks, and reimbursement of expenses related to services performed for the period August 14, 2023 through and including January 5, 2024 (the "Compensation Period"); and the Court having reviewed the Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications; and (d) all of the procedural

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

requirements of sections 327, 328, 330, 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Applications are hereby APPROVED, and final compensation of fees and reimbursement of expenses for Applicants is hereby ALLOWED, in the amounts set forth on **Exhibit A** hereto.

2. The Wind-Down Debtor[2] is authorized and directed to remit payment to each Applicant of 100% of the requested fees and expenses, in the amounts set forth on **Exhibit A** hereto, less all amounts previously paid on account of such fees and expenses.

3. This Order shall be deemed a separate order with respect to each of the Applicants. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to that particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

4. The Wind-Down Debtor and the Plan Administrator are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Order shall be effective immediately upon entry.

---

[2] Pursuant to Article 6.10(a) of the *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors* [Docket No. 521-1] (the "Plan"), the Wind-Down Debtor is responsible for all disbursements required under the Plan. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

6. This court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

# EXHIBIT A

**In re: Prime Core Technologies Inc.,** *et al.***,**
**Case No. 23-11161 (JKS)**
**Final Fee Period**
**August 14, 2023 through January 5, 2024.**

| Applicant | Total Fees Requested | Total Expenses Requested | Total Amount Authorized (Fees and Expenses) | Paid Fees | Paid Expenses | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP [D.I. 124][1] | $7,971,682.75 | $282,897.59 | $___ | $4,951,851.80[2] | $170,050.81 | $3,132,677.73 |
| Galaxy Digital Partners LLC [D.I. 125] | $1,717,500.00 | $629.89 | $___ | $94,000.00 | $0.00 | $1,624,129.89 |
| Stretto, Inc. [D.I. 126] | $31,786.20 | $0.00 | $___ | $0.00 | $0.00 | $31,786.20 |
| M3 Advisory Partners, LP [D.I. 127] | $2,272,396.00 | $3,143.76 | $___ | $1,447,307.60 | $1,576.74 | $826,655.42 |

---

[1] At the request of the U.S. Trustee, the expenses of J.S. Held LLC, which are included in the expenses of McDermott Will & Emery LLP, were voluntarily reduced because J.S. Held LLC did not bill travel time at 50% of its standard rate.

[2] The amount of fees and expenses paid to date in the summary sheet of the *Fifth Monthly and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from December 1, 2023 through January 5, 2024 and (II) the Case Period from August 14, 2023 through January 5, 2024* [Docket No. 753] contained a mathematical error. The actual amount of fees and expenses paid to date is $4,951,851.80 and $170,050.81, respectively.