# Exhibit A



PRIME TRUST  
ORDER FORM

**Customer Name ("Customer"):** GTH-Trade Group KFT

**Customer Billing Contact:**

| | |
|---|---|
| Name: | jerry lopez |
| Title: | ceo |
| Address: Street | 1125 budapest, istenhegyi ut 101/d |
| City | budapest |
| State | budapest |
| Zip | 1125 |
| Country | hungary |
| Email: | gthtradegroup@gmail.com |
| Phone: | +36707199941 |

**Customer Business Contact:**

| | |
|---|---|
| Name: | jerry lopez |
| Title: | ceo |
| Address: Street | 1125 budapest, istenhegyi ut 101/d |
| City | budapest |
| State | budapest |
| Zip | 1125 |
| Country | hungary |
| Email: | gthtradegroup@gmail.com |
| Phone: | +36707199941 |

**Order Details:**

| | | | |
|---|---|---|---|
| Order Start Date: | April 1st, 2022 | Payment Method: | Wire Transfer |
| Order End Date: | March 31, 2023 | Payment Terms: | Due upon receipt of invoice |
| Quote Number: | 1 | Currency: | USD |
| Prime Trust Sales Contact: | ███████████ | Billing Frequency: | Monthly, unless otherwise stated |
| | | Invoice Schedule: | 1st of the month |

**Selected Services:**

| Service | Price |
|---|---|
| Custodial Services | $ 2,500 |
| Custodial Services Transaction Fees | As set forth in attached Fee Schedule |

v211112　　　　　　　　　　　　　　　　　　　Page 1 of 4



## Order Special Terms:

[Upon expiration of this Order Form, the Agreement will automatically renew for additional one (1) year period, unless either Party provides the other Party with written notice of non-renewal at least thirty (30) days prior to the expiration of the then current Term.]

## Billing Details:

**Customer Wire Information:**

Bank: budapest bank

Account Number: ███████████████ 5995

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*

## Terms and Conditions:

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

[The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and Prime Trust with respect to Prime Trust's services.]

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

| CUSTOMER | | PRIME TRUST, LLC | |
|---|---|---|---|
| Signature: | *Jerry Lopez Rodriguez* (DocuSigned) A2E75E4B4BEF4D2... | Signature: | [DocuSigned - redacted] |
| Name: | Jerry Lopez Rodriguez | Name: | [redacted] |
| Title: | ceo | Title: | [redacted] |
| Date: | 4/1/2022 | Date: | 4/4/2022 |

v211112                                             Page 2 of 4



# FEE SCHEDULE

## Custodial Account Services Fees

| Period | Price Per Month |
|---|---|
| From April 01 2022 through the end of the Order End Date. | Price is as specified in the API End-User Custody Account Fee table below |

## Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, YEN, CAN, AUD | Contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15 per transaction |
| Wires- international- in/out | $35 per transaction |
| Wires- recalls | $50 per transaction |
| Digital Assets | Network cost + 50bps per transaction* |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Compliance Services Fees:**

| Compliance Service | Price* |
|---|---|
| US Individual | $3 |
| Global Individual | $5 |

**Prime Trust**

| Entity US | $20 |
|---|---|
| Entity Global | $50 |
| KYC & AML Exemption | $5/minor, $75/denied |

\* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.