# Exhibit D



## PRIME TRUST ORDER FORM

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 6/2/2023
Opportunity ID: 006AJ000002kX2FYAU

██████████@primetrust.com
4159167979

Melp corporation s.a.

Volcan condo village b5, Panama City
Panama
Billing Email:
Jerry Lopez
corporationmelp@gmail.com

**Order Details:**
Payment Method: Wire Transfer
Payment Terms: Due upon receipt of invoice
Currency: USD
Billing Frequency: Monthly
Invoice Schedule: 1st of the month

Order Start Date: 6/1/2023
Order End Date: 5/31/2024

**Selected Services:**

| Name | Period | Price |
|------|--------|-------|
| API Services and Custodial Services Implementation | 6/1/2023 - 6/30/2023 | $9,000.00 |
| API Services and Custodial Services | 6/1/2023 - 8/31/2023 | $4,000.00 Monthly |
| API Services and Custodial Services | 9/1/2023 - 5/31/2024 | $5,000.00 Monthly |

| | |
|---|---|
| Custodial Services Transaction Fees: | As set forth in attached Fee Schedule |
| Payment Rails: | As set forth in attached Fee Schedule |
| Payment Rails: ACH Services | As set forth in attached Fee Schedule |
| Payment Rails: Wire Services | As set forth in attached Fee Schedule |
| Payment Rails: Merchant Card Processing Services | As set forth in attached Fee Schedule |
| Settlement Services: | As set forth in attached Fee Schedule |
| Compliance Services: | As set forth in attached Fee Schedule |
| Compliance Services: Socure Services | As set forth in attached Fee Schedule |

## Service Details:

API Services and Custodial Services Account Setup fee is a one time required fee due upon the execution of this Order Form.

API Services and Custodial Services Implementation fee is a one time required fee due upon the execution of this Order Form If Prime Trust provides notification to Customer that Customer did not



successfully complete Prime Trust's compliance review, Prime Trust will refund such Implementation fee to Customer.

Customer will complete the API Services and Custodial Services Implementation no later than four (4) months after the Order Start Date. If Customer requires additional time and assistance to complete the API Services and Custodial Services Implementation beyond the four (4) month period, the details will be set forth in a mutually agreed upon SOW, including additional Implementation fee.

| Selected Service | Required Initial Reserve Amount in each Reserve Account |
|---|---|
| Payment Rails: ACH Services | $25,000 |
| Payment Rails: Merchant Card Processing Services | $50,000 |
| Settlement Services | TBD |

**Order Special Terms:** Customer will pay $12,000 up front for June, July and August API monthly fees. The remaining months will be paid monthly at $5,000 per month.

**Customer Wire Information for Billing:**

Bank:

Account Number:

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*



**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at:
https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable
based on the services provided by Prime Trust under this Order Form (located at:
https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are
incorporated into this Order Form by this reference.

The Prime Trust Master Services Agreement and any of its incorporated documents, including the
Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s)
that may be in place between Customer and Prime Trust with respect to Prime Trust's services.

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the
terms of this Order Form and any documents incorporated herein as of later signature date below.

| CUSTOMER | PRIME TRUST |
|---|---|

DocuSigned by:

*Jerry lopez*

FFA6EC5BF57C48A...

6/3/2023

Jerry lopez
Jerry Lopez

DocuSigned by:

████████████

334E8DB7AD724F8

6/13/2023

████████████



# FEE SCHEDULE

**API Services- End-User Custody Account Fees:**

| Number of End-User Custody Accounts Allowance* | Price Per Month |
|---|---|
| From 0 to 10,000 | $5,000 |
| From 10,001 to | Additional fees may apply, contact Prime Trust |

## Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, JPY, CAD, AUD | Additional fees may apply, contact Prime Trust |
| Other | Additional fees may apply, contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $10.00 |
| Wires- international- in/out | $20.00 |
| Wires- recalls | $50.00 |
| ACH- in/out | $0.50 |
| ACH- chargebacks | $5.00/ nsf, $150/ fraud |
| Checks- incoming | $10.00 |
| Checks- outgoing | $25.00 |
| Digital Assets | Network Cost |
| Credit/debit- Merchant Card Processing Services Fee | 3.00% |
| Card Chargebacks | $5.00 |
| Card Dispute Loss | $150.00 |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Settlement Services Fees:**

| Settlement Service | Price |
|---|---|
| Settle securities buy/sell transactions for account | $7.50 per side |
| Settlement Services – per transaction | Asset & Volume dependent |

**Compliance Services Fees:**

| Compliance Service | Price |
|---|---|
| US Individual | $3.00 |



| Global Individual | $5.00 |
| Entity US | $20.00 |
| Entity Global | $50 |
| KYC & AML Exemption | $5/minor, $75/denied |

\* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.

**Liquidity Services Fees:**

| Crypto Trading/Liquidity | Price Per Trade |
| --- | --- |
| Non-stablecoin Fee (BPS) | 60 |
| Stablecoin Fee (BPS) | 20 |

\* The applicable liquidity provider(s) for a transaction will provide a market price for that transaction. Prime Trust will charge a mark-up on the market price, which shall be set the basis points (or "bps") set forth in the above table. Trades will be executed as market conditions allow.