# Exhibit G

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Prime Core Technologies Inc., *et al.*,[1] | ) | Case No. 23-11161 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| PCT Litigation Trust, [2] | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Adv. Proc. No. 22-_____ (JKS) |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| GTH-Trade Group Kft; and Melp Corporation s.a., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## DECLARATION OF JAMES P. BRENNAN

Under 28 U.S.C. § 1746, I, James P. Brennan, declare as follows under the penalty of perjury:

---

[1] The debtors in the above-referenced Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] The PCT Litigation Trust was established for the primary purpose of pursuing litigation and distributing assets. The PCT Litigation Trust has been vested with claims and causes of actions previously held by the Debtors. For purposes of this declaration (this "Declaration"), I will refer to the Debtors and PCT Litigation Trust collectively as "Prime" unless otherwise specified.

**A.    My Background**

1.    I am a forensic accountant with over 20 years of experience conducting analyses and providing expert testimony in matters involving accounting fraud, Ponzi-schemes, financial crimes, and asset-tracing and recovery.  I have experience in forensic accounting and investigations in fiat and cryptocurrency.

2.    I am a Senior Managing Director and Global Head of Fintech, Payments, and Crypto Compliance and Investigations at J.S. Held.  J.S. Held is a global professional service firm which provides technical, scientific, and financial advisory services.

3.    Prior to working at J.S. Held, I held positions at other investigation firms, including FTI Consulting, Alvarez & Marsal, and Kroll.  In these positions, I managed teams responsible for investigations involving money laundering, terrorist financing, Ponzi-schemes, asset theft, and other fraudulent activities, as well as asset-tracing and recovery.

4.    I hold both a B.S. and a M.S. in accounting from St. John's University.  I am a Certified Fraud Examiner and a Certified Bitcoin Professional.

5.    A copy of my resume is attached as Exhibit 1.

6.    I specialize in accounting, forensic investigations, and disputes involving complex economic and financial transactions.  A significant amount of my practice and experience involves advising on crypto-related matters.

7.    I am routinely retained to perform analyses of information related to financial crimes, which includes forensic investigations and flow-of-funds analyses related to crypto wallet addresses and fiat bank accounts.

8.      I am familiar with the forensic tools and methodologies used for conducting investigations related to both fiat and cryptocurrency in criminal, civil, bankruptcy, and regulatory matters.

9.      I also train domestic and international government entities concerning cryptocurrency and financial crimes.  These entities include, among others, the U.S. Department of Justice, U.S. Department of Homeland Security, and U.S. bankruptcy courts.

10.     I submit this Declaration in support of Prime's complaint against GTH-Trade Group Kft. ("GTH-Trade") and Melp Corporation s.a. ("Melp") (collectively, GTH-Trade and Melp referred to herein as "Defendants").

11.     In connection with this Declaration, I reviewed testimony from former Prime executives and employees.

12.     I also reviewed Prime's bank account information at various financial institutions, including BMO Harris ("BMO"), Cross River Bank ("CRB"), Signature Bank ("Signature"), and Royal Business Bank ("RBB").

13.     Except as otherwise indicated herein, all facts set forth in this Declaration are based on: (i) my personal knowledge and/or on information provided to me by Prime and Prime's professionals, or (ii) my review of relevant documents.

14.     Except as otherwise indicated herein, all conclusions and opinions set forth in this Declaration are based on: (i) the facts as known to me, including those set forth herein; (ii) my experience and knowledge of Prime's operations; and (iii) my experience and training as a professional.

15.     This Declaration is based solely on the data, facts, and information that I have reviewed to date.

**B.      Prime's Commingling of Fiat and Cash Management Practices**

16.      Prime held and commingled fiat that customers transferred to it in omnibus bank accounts with fiat transferred to it by thousands of Prime's other customers and with fiat Prime generated from its business operations.

17.      Given this commingling, Prime was forced to rely on an internal ledger to keep track of transactions to identify how much Prime owed each of its customers (the "Ledger").

18.      I was provided and reviewed spreadsheet versions of Ledger records that included information concerning Prime's customers and internal Prime accounts.

19.      Prime's internal cash management practices make it difficult to identify which bank account transfers correspond with which specific customer transactions reported on Prime's Ledger.

20.      ▇▇▇▇▇▇▇ ("▇▇▇▇▇▇"), Prime's former Chief of Regulatory Affairs, testified that Prime would rely on its Ledger to determine the amounts owed to each customer since the bank accounts and digital wallets holding cryptocurrency were not segregated.

> Q:      And if we wanted to look at how much Prime Trust owed each individual customer at a particular time versus how much cash and crypto Prime Trust had in its possession, how would we do that?
>
> A:      I would pull the general ledger record out of the Prime Trust Core system.[3]

21.      Based on the records I reviewed, it appears that Prime regularly made internal transfers between Prime's bank accounts.  Prime would move funds between its different bank accounts, regardless of the source of the funds, on an as-needed basis to satisfy wire and Automated Clearing House ("ACH") requests.  Prime also transferred funds between bank accounts that

---

[3]      Deposition of ▇▇▇▇▇▇▇, *In re Prime Core Technologies*, No. 23-11161 (Bankr. D. Del. Nov. 16, 2023) (the "▇▇▇ Dep."), 89: 19–25.

contained fiat transferred to Prime from customers and bank accounts that primarily held fiat Prime generated from Prime's business activities.  These internal transfers further commingled fiat.

22.     For example, it was Prime's regular practice to make internal transfers into an account at BMO ("BMO x3077") to provide fiat on an as-needed basis for outgoing wire transfers. BMO x3077 contained commingled funds that had been transferred to it from Prime's other internal accounts as well as directly from customers.

23.     A large volume of debits and credits occurred almost daily to and from BMO x3077.  However, Prime's bank statements for BMO x3077 show only reference numbers regarding the movement of funds into or out of that account.  This makes it difficult to determine who was transferring funds into Prime and the recipients of outbound transfers.

24.     Prime also would regularly make internal transfers into a different account at BMO ("BMO x9934") to earn a higher rate of interest.

25.     A review of Prime's bank statements demonstrates that many of the daily transfers into BMO x3077 came from BMO x9334.[4]  Most of the unused funds left in BMO x3077 at the end of each day would then be transferred back to BMO x9934 as BMO x9934 provided a higher rate of interest than BMO x3077.  Transfers between the bank accounts were described in Prime's bank statements as "PC Transfers".

26.     It appears that the vast majority of funds contained in BMO x9934 were commingled funds that had been transferred into BMO x9934 from the commingled BMO x3077 account.  BMO x9934 also contained some funds that had been transferred into it from other Prime

---

[4] For example, on June 7, 2023, there was a transfer of $7.8 million from BMO x3077 to BMO x9934 described as "PC TRANSFER CREDIT PTFM-613", with the funds transfer identification of "Internal Transfer (PTFM-613) MOVE $7.8M FROM BMO 3077 to BMO 9934".

bank accounts, such as CRB and Signature accounts. These CRB and Signature accounts operated in a largely similar manner as BMO x3077—*i.e.*, they contained commingled funds that had been transferred from other Prime bank accounts containing funds provided by other Prime customers.

27.     Transfers between Prime bank accounts usually occurred in round dollars, as opposed to specific amounts based on specific transactions. Based on my experience, this suggests that Prime likely estimated the amount of funds to transfer instead of transferring specific funds in response to specific transaction activity. This practice further adds to the difficulty in connecting transfers with specific transactions reflected on Prime's Ledger.

28.     Prime paid some corporate expenses from bank accounts that primarily contained assets transferred to Prime by its customers.

## C.     Prime's Reconciliation Processes

29.     Further complicating matters is the fact that Prime did not perform regular or timely reconciliations of accounts and, at least before March 2021, any reconciliations that Prime conducted were manual.[5]

30.     Reconciliation processes are critical internal controls. They enable companies to identify potential errors or fraud so that their books and records are accurate. They also permit companies to validate the amount of cash that the company holds. Reconciliation processes typically consist of comparing transactions or other financial activities between the company's internal records and the bank records to verify the data and the proper amounts of account balances.

---

[5]     *See* Deposition of ▮▮▮▮▮▮▮▮, In re Prime Core Technologies, No. 23-11161 (Bankr. D. Del. Mar. 29, 2024) (the "▮▮▮ Dep."), 19:23 - 20:13.

31.    For Prime's fiat, reconciliation processes generally consisted of comparing the amounts and transaction activity reflected on Prime's Ledger during a given time period with the bank account activity during that same time period.

32.    ████████ ("████████"), Prime's former SVP of Operations and Reconciliations, largely designed Prime's reconciliations processes. ████████ explained:

> Q:    Okay.  And when you moved into your new role in March of 2021 as operations and reconciliations, what was the reconciliations piece?
>
> A:    Prime Trust did not have reconciliation tools, essentially.  So my responsibility was in kind of designing the reconciliation tools.
>
> Q:    What's a reconciliation tool?
>
> A:    Somebody makes a request for a transaction: How can you basically reconcile that it occurred.  If that makes sense.
>
> Q:    Can you—can you expand a little bit?  So a customer says, I want to buy Bitcoin?
>
> A:    Yeah.  So, well, it wouldn't be necessarily for the purchases, but, for instance, a client's account says that they have one Bitcoin in their account.  Can you confirm that it was received on the Ledger.
>
> Q:    Okay.  So you're confirming that you actually have the assets that your client's accounts are reflecting they have; is that right?
>
> A:    In a way, yeah.  So it was assuming that if we had assets displayed, you know, do we actually have them.[6]

33.    ████ ████ described "reconciliations" as "taking the general ledger and reconciling it to a bank statement; taking customer, you know, account statements and reconciling those to the bank statement wherever those assets may be held.  When I say assets, I'm talking about Fiat."[7]

---

[6]    ████ Dep., 18:3–19:7.

[7]    ████ Dep., 16:4–9.

34. Both ██████ and ██████ testified as to the insufficiency of Prime's reconciliation processes during their tenures with Prime.

35. ██████ testified: "Reconciliations were not being done in a timely manner."[8]

36. ██████ discussed Prime's reconciliations process both before and after March 2021:

> A: There just wasn't very good reconciliation tools. Everything was done manually. So I was brought in to work on building these tools and making them more automated . . .
>
> . . .
>
> Q: Okay. So you weren't—you weren't responsible for fixing whatever happened prior, you were responsible for forward-looking projects for reconciliation; is that the idea?
>
> A: Yeah, I was—I was put in that position to essentially build the automated systems for transactions looking forward. Once the system was, I guess you can say, built, you know, I was let go of the responsibilities of building it, and there were teams that were brought on to essentially do the reconciliation. [9]

37. I also reviewed some internal Prime communications concerning commingling of assets and reconciliation.

38. For example, on December 17, 2022, ██████ ("██████"), Prime's former General Counsel, sent an email to several Prime employees concerning a Nevada Financial Institutions Division ("Nevada FID") request for information regarding Prime's statement that it "invested in additional Ether[e]um using fiat currency from its omnibus accounts."[10] Specifically,

---

[8]   *Id.*, 38: 23–24.

[9]   ██ Dep., 19:25–20:5; 21:14 – 22:2.

[10]   ██ Dep., Ex. 28 (internal quotations omitted).

Nevada FID requested that Prime "[p]lease provide a list of clients impacted from the investment and which omnibus accounts were utilized."[11]

39.    On December 19, 2022, ███████ responded: "Bank account, as in where was the USD pulled to credit our ledger and eventually purchased the ETH on our ledger?  If so, I don't believe any specific bank accounts were used, *as management considered all funds tangible in our omnibus model*.  In their decision, no bank movements were needed/done before the credits were requested to the ledger."[12]

40.    On December 28, 2022, ███████████, former SVP and Head of Banking and Trust Operations, responded: "███, ███, and I met today.  We are in agreement that we are not able to specify what customer is out of the funds due to our omnibus structure."[13]

### D.    The 98f Wallet Caused Further Commingling of Funds

41.    The most notable example of Prime's commingling of fiat was when Prime used fiat provided by its customers to make purchases of ETH to replace ETH that was locked in an inaccessible "multi-sig" digital wallet (the "98f Wallet").[14]

42.    In December 2021, a Prime customer ("Customer") requested a transfer from Prime of 5,867.71 ETH (approximately $23,600,000 USD at the time).  Prime realized that the Customer had been depositing ETH into forwarder wallet, which forwarded the ETH into the 98f Wallet that Prime was no longer able to access.

---

[11]    *Id.*

[12]    *Id.*

[13]    *Id.*

[14]    A "multi-sig" digital wallet requires digital signatures of multiple individuals to access and transact with the crypto stored on the digital wallet.  The "98f Wallet" is referred to herein as such because it has a digital address ending in the characters "98f."

43.     By December 2021, Customer had already transferred 11,081 ETH (approximately $44,550,000 at the time) into the 98f Wallet.

44.     Prime decided to satisfy Customer's December 2021 (and subsequent) ETH transfer requests by using fiat provided by other customers to purchase replacement ETH from a liquidity provider ("Liquidity Provider").

45.     Regarding this decision to use commingled fiat to purchase replacement ETH from Liquidity Provider, ████████, Prime's former Chief Operating Officer, testified as follows:

> Q:     So [Customer is] depositing into a wallet that you don't have access to and is requesting withdrawals.  Prime funds those withdrawals.  How does it do it?
>
> A:     I would defer to ███ on that.  But essentially it was use of omnibus funds, is my understanding.
>
> Q:     What's use of omnibus funds?
>
> A:     As I mentioned before, my understanding is we maintained omnibus accounts, meaning fiat accounts and crypto accounts, crypto wallets that had basically commingling of customer funds.
>
> Q:     And which funds were used to make the purchases of the ETH to fund the transactions?
>
> A:     Funds from the fiat account.  Fiat omnibus account.  Is my understanding.  Once again, ███ would know specifically.[15]

46.     In total, Prime executed eight different purchases of ETH from Liquidity Provider between December 23, 2021 and March 19, 2022.  The replacement ETH purchases totaled 23,778 ETH worth $76,367,548.00 USD based on the value of ETH at the time of each respective purchase:

| Date | Cryptocurrency | USD Value as of Purchase Date |
|---|---|---|
| 12/23/2021 | 3,000 ETH | $11,958,000 |

---

[15]   Deposition of ████████, *In re Prime Core Technologies*, No. 23-11161 (Bankr. D. Del. Nov. 10, 2023), 92:25–93:18.

| | | |
|---|---|---|
| 12/31/2021 | 3,250 ETH | $12,158,250 |
| 01/06/2022 | 2,900 ETH | $10,071,700 |
| 01/22/2022 | 1,930.5019305 ETH | $5,000,000 |
| 03/11/2022 | 1,800 ETH | $4,644,000 |
| 03/14/2022 | 3,250 ETH | $8,524,750 |
| 03/15/2022 | 3,000 ETH | $8,043,000 |
| 03/19/2022 | 4,647.22 ETH | $15,967,847.90 |

47.    Prime used the commingled fiat transferred to it by its customers to fully fund each of the replacement ETH purchases from Liquidity Provider.

48.    Certain executives at Prime seem to have undertaken steps to corrupt Prime's internal records in connection with the replacement ETH purchases to make it appear as if Prime received incoming wire transfers to justify the increase in fiat account balances for the Liquidity Provider.

49.    Specifically, Prime settled the ETH purchases from the Liquidity Provider by "credit[ing]" the Liquidity Provider's customer account at Prime with fiat amounts equivalent to each ETH purchase.

50.    To "credit" the Liquidity Provider's fiat customer balance with Prime, Prime had to input a "contribution" on Prime's Ledger to make it appear as if the Liquidity Provider had wired fiat to Prime.  However, the Liquidity Provider did not actually wire fiat to Prime in connection with the ETH purchases.

51.    ███████ testified on this subject as follows:

A:    So let me—let me make sure I understand what you said.  You said how to get money to [Customer].  You meant how to get money to [Liquidity Provider]; right?

A:    Sorry, yeah, that's what I meant.  [Liquidity Provider].

Q:    Okay.  So in order to credit [Liquidity Provider]'s cash account at Prime, there needed to be a contribution on the internal Ledger; is that right?

A:    Correct.

Q:     And once there is a contribution to the internal Ledger, then when [Liquidity Provider] goes to its account, it looks like there is more cash in the account; isn't that right?

A:     Correct.

Q:     There's not actually any more cash in the bank account; right?

A:     No, there is no—there is no credit of that money to the bank accounts, only to the Ledger. [16]

52.     This method of settlement of the ETH purchases from Liquidity Provider resulted in a discrepancy between the amount of assets that Prime's Ledger reflected and the actual amount of fiat that Prime held in its bank accounts:

Q:     [T]here's going to be cash reflected in [Liquidity Provider]'s account, but that cash is not actually in the bank; is that right?

A:     Correct.  Correct.

Q:     And the cash that [Liquidity Provider] would have had, if they were to withdraw, that's just in the omnibus cash account, that has everybody else's—all other customers' cash in it, too; right?

A:     Correct . . .

Q:     I see.  But the Ledger would show an amount owed to your customers that's higher than the amount that you're holding in your bank?

A:     Exactly.

Q:     That's ultimately what happened; right?

A:     Yeah, that's exactly what happened. [17]

53.     The below entries to Prime's Ledger falsely state that there were "incoming" wire transfers from the Liquidity Provider that were equivalent to the amounts of the replacement ETH purchases and that these "incoming" wire transfers went to a Prime Signature Bank account:

---

[16]    ████ Dep., 155:11–156:9.

[17]    ████ Dep., 144:11–20; 146:7–15.



54.     Prime's bank account statements for this Signature Bank account do not reflect any of the above wire transfers ever occurring.

55.     For example, the above Ledger entries reflect that Prime received the following incoming wire transfers: (i) $11,958,000 on December 23, 2021; and (ii) $12,158,250 on December 31, 2021.  These transfers correspond with the first two replacement ETH purchases from the Liquidity Provider.  However, these two transfers are not reflected in Prime's December 2021 bank account statement for the identified Signature Bank account.[18]

56.     ▊▊▊▊▊▊ confirmed that these purported incoming wire transfers would not be identifiable in any Prime bank account statements:

> Q:     When it says funds transfer in column F and it says "wire, wire, wire." Do you see that?
>
> A:     Yes.
>
> Q:     There were no wire transfers; right?
>
> A:     Yes.
>
> Q:     Just to be clear.  Yes, there were not any wire transfers in connection with these [Liquidity Provider] purchases; right?
>
> A:     Yes, there were no wire transfers.
>
> . . .

---

[18]   Attached to this Declaration as Exhibits 2 and 3 are the relevant portions of Prime's December 2021 Signature Bank account statement.

Q:    And we can take you through—we've looked at it, but it wouldn't
       surprise you that there were no wire transfers reflected in the bank
       account statements for Prime Trust concerning these transactions; right?

A:    Correct.

Q:    And that's because there were no wire transfers out to [Liquidity
       Provider] in connection with these transactions; right?

A:    No wire transfers in.[19]

**E.    Transfers to Defendants During the Preference Period**

57.    I identified the subsection of Prime's Ledger involving Defendants by filtering for

Defendants' internal customer name and reference number (████4610). I observed incoming

and outgoing transactions involving Defendants from May 16, 2021 to August 14, 2023.

58.    It appears that GTH-Trade and Melp transactions were recorded to the same

internal customer name and reference number during the entirety of the preference period from

May 16, 2023 to August 14, 2023 (the "<u>Preference Period</u>"): "Account Number" ████4610 /

"Account Name" "GTH-Trade Group KFT (my.primetrust.com)".

59.    In my review of transactions that occurred during the Preference Period, I observed

12 incoming wires from Defendants totaling $730,550.65 and 138 outgoing wires to Defendants

totaling $9,913,104.14. I traced these transactions to Prime's bank data. Exhibit 4 provides a table

detailing the incoming wires during the Preference Period. Exhibit 5 provides a table detailing the

outgoing wires during the Preference Period.

60.    I verified that the outgoing wires were each directed by Defendants based on API

log audit data. [20]

---

[19]    ████ Dep., 164:22–165:10; 166:5–15.

[20]    Customers interacted with Prime through an API (Application Program Interface). API log audit data identifies
         which customer's email initiated a transaction providing an audit trail. The API log audit data logged certain
         information to keep track of who sent requests.

61.     I calculated the preference claim against Defendants to be $9,182,553.49 (the "Preferential Transfers"). My calculation considers Defendants' transaction activity with Prime during the course of their relationship, including the transaction date and time provided in the bank data for each incoming and outgoing wire transfer during the Preference Period.

62.     All incoming and outgoing wires attributed to Defendants during the Preference Period flowed through the commingled, omnibus BMO x3077 account.

63.     Monthly account statements for BMO x3077 summarize transaction information. For example, below is a chart illustrating the number, total amount, and general description of the transfers in and out of the commingled, omnibus BMO x3077 account for the month of June 2023, which included the transfers to and from Defendants in June 2023:



64.     To have enough funds available in BMO x3077 to satisfy transfers to customers during the Preference Period, including transfers to Defendants, Prime would transfers funds from other accounts into BMO x3077 (and vice-versa) which would further commingle assets.

65.     Primarily, Prime would transfer funds between BMO x9934 and BMO x3077. As discussed above, BMO x9934 contained commingled funds from BMO x3077, CRB bank

accounts, and Signature bank accounts—all of which commingled funds from other Prime accounts and various Prime customers.  BMO x9934—like BMO x3077—did not segregate assets by customer.

66.     A representative example of one day of transfers between Prime and the Defendants during the Preference Period is June 7, 2023.

67.     On June 7, 2023, there were 397 total transfers in and out of BMO x3077, which consisted of 287 incoming transfers and 110 outgoing transfers:

| BMO x3077 Total Transaction Activity June 7, 2023 | | |
|---|---|---|
| **Transaction** | **Count** | **Amount** |
| Transfer In | 287 | $26,127,382.61 |
| Transfer Out | 110 | $26,035,567.78 |

68.     On June 7, 2023, 11 of the total 397 transactions in and out of BMO x3077 involved Defendants.  Specifically, there were four incoming transfers from Defendants to Prime and seven outgoing transfers from Prime to Defendants:

| BMO x3077 Defendants' Transaction Activity June 7, 2023 | | |
|---|---|---|
| **Transaction** | **Count** | **Amount** |
| Transfer In | 4 | $264,810.00 |
| Transfer Out | 7 | $1,408,103.00 |

69.    The BMO x3077 bank statement reflects the four incoming wire transfers totaling

$264,810 from Defendants to Prime:[21]



---

[21] The June 7, 2023 incoming wires in the bank statement were matched to those recorded in the Ledger by comparing the "Settlement Details" column of the Ledger to the "Details" column of the BMO reconciliation. The Ledger shows these incoming wires from Defendants to Prime as occurring on June 8, 2023. The discrepancy is consistent with an incoming transfer being settled at the bank prior to being recorded in the Ledger.



70.     On June 7, 2023, the Ledger reflects seven outgoing wire transfers from Prime to Defendants totaling $1,408,103.  The BMO x3077 bank statement reflects these outgoing wire transfers to Defendants:



BMO Harris Bank N.A.
P.O. Box 755
Chicago, IL 60690
Toll Free: 1-877-895-3278

ACCOUNT NUMBER: ██-307-7

STATEMENT PERIOD
06/01/23 TO 06/30/23

PAGE:    43 OF    95

PRIME TRUST LLC
USD ACCOUNT
330 S RAMPART BLVD
SUITE 260
LAS VEGAS NV  89145

| Date | Description | Amount |
|---|---|---|
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9060 | 1,000.20 |
| JUN 07 | OP ████████4736 OUTGOING PAYMENT MT103 | 1,002.20 |
| JUN 07 | OP ████████4882 OUTGOING PAYMENT MT103 | 1,004.20 |
| JUN 07 | OP ████████4796 OUTGOING PAYMENT MTTRF | 1,005.66 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████5409 | 1,008.39 |
| JUN 07 | OP ████████4793 OUTGOING PAYMENT MTTRF | 1,075.20 |
| JUN 07 | OP ████████4735 OUTGOING PAYMENT MT103 | 1,095.66 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9061 | 1,099.20 |
| JUN 07 | OP ████████4883 OUTGOING PAYMENT MTTRF | 1,113.87 |
| JUN 07 | OP ████████4798 OUTGOING PAYMENT MTTRF | 1,129.46 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8368 | 1,200.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9052 | 1,974.20 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9058 | 1,984.80 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████0557 | 2,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████7512 | 2,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8364 | 2,080.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9050 | 2,200.00 |
| JUN 07 | OP ████████4892 OUTGOING PAYMENT MTTRF | 2,310.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████0556 | 2,550.00 |
| JUN 07 | OP ████████4881 OUTGOING PAYMENT MTTRF | 2,948.20 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████7507 | 3,100.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9053 | 3,220.00 |
| JUN 07 | OP ████████4802 OUTGOING PAYMENT MTTRF | 4,273.70 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8407 | 4,300.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9054 | 4,449.97 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9063 | 4,500.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9064 | 4,700.00 |
| JUN 07 | OP ████████4891 OUTGOING PAYMENT MTTRF | 4,779.12 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9062 | 4,961.71 |
| JUN 07 | OP ████████9056 OUTGOING PAYMENT MTTRF | 5,224.19 |
| JUN 07 | OP ████████4791 OUTGOING PAYMENT MTTRF | 5,789.58 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████0558 | 6,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8412 | 6,016.22 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8404 | 7,946.88 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8361 | 9,000.00 |
| JUN 07 | OP ████████4731 OUTGOING PAYMENT MTTRF | 9,000.66 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████7150 | 12,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8360 | 15,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9057 | 25,865.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████1258 | 25,902.18 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████9051 | 27,130.34 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8414 | 27,718.50 |
| JUN 07 | OP ████████4729 OUTGOING PAYMENT MTTRF | 35,000.00 |
| JUN 07 | FED WIRE TRANSFER DEBIT ████████8410 | 35,595.00 |



71.    As demonstrated by the above excerpts of the BMO x3077 bank statements, the

BMO bank statements do not identify the sender or recipient of specific transfers.  However, bank

data[22] from the BMO reconciliations and API log audit data provide details sufficient to piece

together this information.

---

[22]    Extracts of bank data are included in the daily BMO reconciliations.

72.    Using API log audit data, I confirmed that Mr. Jerry Lopez Rodriguez, utilizing the email address gthtradegroup@gmail.com, directed all the June 7, 2023 transactions on behalf of Defendants.[23]

73.    On June 7, 2023, the beginning cash balance in BMO x3077 was $90,871.27 and the ending cash balance was $182,686.10.  Given that the total transfers on June 7, 2023, into BMO x3077 was $26,127,382.61, including the $264,810.00 of incoming wire transfers from Defendants, and the total outgoing transfers from BMO x3077 was $26,035,567.78, including the $1,408,103.00 of outgoing wire transfers to Defendants, it is evident Prime was commingling and transferring funds into and out of BMO x3077 throughout the day from various internal and external accounts and sources.

74.    The transaction data, coupled with Prime's gross failures in asset segregation, reconciliation, and the ability to distinguish customer provided assets from company assets, make it clear that neither Defendants nor Prime can specifically identify or segregate the specific assets that Defendants transferred to Prime from other commingled assets held by Prime or the original source of the assets that were transferred to Defendants during the Preference Period.

---

[23]  Attached as Exhibit 6 is API log audit data for outgoing wire transfers on June 7, 2023.

Dated: November 20, 2024

      Jupiter, Florida

*James P. Brennan*

James P. Brennan

Senior Managing Director

J.S. Held, LLC

# Exhibit 1

# JP Brennan
Senior Managing Director, Global Investigations, Cryptocurrency



## Key Expertise



- Forensic Accounting
- Anti-money Laundering ("AML")
- Compliance
- Investigations
- Damages
- Financial Crime
- Fraud
- Asset Tracing (Crypto + Traditional)
- Money Services Business ("MSBs")
- Operational Due Diligence
- Cryptocurrency Security Standard ("CCSS")
- KYC / Onboarding
- Managed / Outsourced Services

## Education

Master of Science (MS), St. John's University, 2002

Bachelor of Science (BS), St. John's University, 2001

## Project Geographical Experience

U.S., UK, Singapore, Bermuda, Canada, Bahamas, Gibraltar, Cyprus, Switzerland

## Languages

English

## Summary of Experience

JP Brennan is the Global Head of Fintech, Payments, Crypto Compliance and Investigations at J.S. Held. He brings over 20 years of experience in forensic accounting, damage calculation, auditing, litigation consulting, anti-money laundering ("AML") compliance, cryptocurrency regulatory compliance, OFAC/sanctions review, complex enhanced and operational due diligence, and bankruptcy. He has an in-depth understanding of the complexities that many FinTech's are faced with concerning their regulatory framework as well as those issues from a financial crime compliance perspective.

Mr. Brennan has substantial experience in providing complex forensic accounting and financial fraud investigative services, cryptocurrency asset / wallet tracing, development and implementation of AML programs, outsourced Chief Compliance Officer services, as well as providing managed services for large scale remediation and compliance projects. His clients include major law firms, cryptocurrency exchanges (centralized / decentralized), digital asset issuers, custodians, multinational banks, funds, payment processors, financial institutions, and investors.

His expert experience includes such high-profile matters such as Bernard L. Madoff Investment Securities (investigation), Lehman Brothers (bankruptcy investigation), Caesars Entertainment Operating Corp. (examiner report), Bank of New York-Mellon (compliance monitorship), Quadriga CX (crypto asset tracing), and LUNA Foundation Guard (crypto asset tracing).

## Speaking Engagements

Mr. Brennan has presented in various forums as well as moderated multiple cryptocurrency related panels that included topics such as investigations, risk and regulatory, asset recovery, crypto in bankruptcy as well as complex forensic tracing.

## Professional Affiliations/Memberships/Licenses/Training

Association of Certified Fraud Examiners

Certified Bitcoin Professional

## Role at J.S. Held

JP is involved with matters in consulting as well testifying expert capacity. These matters include fiat and digital asset forensic and tracing investigations, recovery of assets, the development, implementation and assessment of regulatory programs, monitorships, training for law enforcement agencies, government licensing, investigations on behalf of examiners, receivers, forensic accounting, and trustees.

## Contact

48 Wall Street, New York, NY 100436 | +1 212-952-5000 (O) | +1 917-244-8931 (M) | jp.brennan@jsheld.com

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**JP Brennan**
Senior Managing Director, Global Investigations, Cryptocurrency



---

## Work Experience

J.S. Held, LLC, Senior Managing Director, 2022 – Present

Kroll, LLC (f/k/a Duff & Phelps), Associate Managing Director, 2017 – 2022

Alvarez & Marsal Holdings, LLC, Director, 2012 – 2017

FTI Consulting, Inc., Director, 2004 – 2012

Deloitte & Touche LLP, Audit Staff, 2002 – 2004

## Select Litigation and Project Experience

### Cryptocurrency and Blockchain Related:

- Retained as the cryptocurrency expert in the Chapter 11 Bankruptcy Proceedings for Prime Trust due to insolvency. Provides litigation consulting and expert witness services, related to the investigation of the company as well as performance of other analysis including but not limited fraudulent conveyances and preference payments.

- Retained by a U.S. cryptocurrency exchange as an expert to defend against customer allegations involving the exchanges breach of fiduciary duty and lack of an appropriate AML program.

- Retained in the Voyager Digital Bankruptcy to investigate and recover fraudulent ACH customer payments.

- Retained by a Web3 company that provides infrastructure and applications to be built using its platform. Perform expert and litigation services to defend against allegations of market manipulations, inappropriate disclosure for sources and uses of funds, unjust enrichment, and breach of fiduciary duty.

- Luna Foundation Guard / Terraform Labs / Do Kwon – retained to produce an audit report and cryptocurrency tracing of the assets used to defend the peg of the UST algorithmic stablecoin. Additional work related to market manipulation, wash trading, improper public disclosures, and manipulation of transactions on the Terra network.

- Retained by the Brazilian gov't to conduct the cryptocurrency asset tracing and recovery in the INDEAL pyramid scheme.

- Retained as the expert in a cryptocurrency employment dispute related to the payment of assets at genesis and calculation the associated staking rewards and airdrops on the Cosmos Network.

- Retained as the expert by the Cred Inc. Liquidation Trust to trace and investigate the theft and fraudulent transfer of assets by Company executives.

- Retained by Bo Shen in the recovery of over $40 million stolen from his personal wallet.

- QuadrigaCX – retained by the receiver (E&Y) to conduct the tracing of cryptocurrency assets.

- Retained as the financial adviser in the EminiFX bankruptcy and investigation.

- Retained by the Canadian courts in the Index Finance hack as the custodian for the cryptocurrency assets stolen.

- Retained as the expert in a well-known international gambling site dispute.

- Retained in the USA v. Ian Freeman (formerly Ian Bernard) and Aria DiMezzo (formerly James Baker) to assist with various litigation support services.

- Conducted and performed operational due diligence for financial and crypto related platforms including but not limited to: trade execution, custody, and third-party providers.

- Often retained by bitcoin atm operators, crypto lenders, crypto funds, crypto exchanges, payment processors, and funds to conduct independent AML reviews.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**JP Brennan**
Senior Managing Director, Global Investigations, Cryptocurrency



- Developed and implemented tracing and monitoring processes and technologies for a crypto money servicer business ("MSBs").
- Retained by the receiver in a Canadian cryptocurrency exchange investigation and recovery of assets.
- Retained by a large Seychelles-based cryptocurrency exchange to provide a report on proper OTC related procedures.
- Successfully performed an investigation into the fraudulent theft of cryptocurrency related assets of a crypto lender.
- Member of an international FATF committee working on the Travel Rule for Virtual Asset Providers ("VASPs").
- Performed the outsourcing of cryptocurrency asset reviews for a major US Cryptocurrency Exchange.
- Provide Managed Services for enhanced due diligence procedures for a major US Cryptocurrency Exchange.
- Retained by a U.S. Cryptocurrency Exchange to address regulatory concerns regarding their geo-fencing of IP addresses.
- Retained by a U.S. crypto lender in connection with their 2017 initial coin offering ("ICO") to provide recission payments to investors.
- Conducted cryptocurrency security standard ("CCSS") implementations and assessments.
- Conduct annual FBI Training – "How to Conduct Cryptocurrency Investigations."

**Non-Cryptocurrency and Blockchain Related:**

- Provided investigative services and litigation support to the court-appointed trustee for the liquidation of Bernard L. Madoff Investment Securities and his counsel. Engagement assistance to date has included the day-to-day direction and supervision of teams in areas including forensic investigation, data analysis and litigation consulting.
- Retained by the US Federal Reserve Bank to review AML Programs for their 12 branches.
- Served on the team selected by the U.S. Attorney offices in the Eastern and Southern Districts of New York and Western Pennsylvania to support the monitoring of the non-prosecution agreements of both The Bank of New York and Mellon Financial Corporation, to monitor and report on the state of the banks' suspicious activity reporting practices and AML procedures.
- Served on the monitorship team for the Standard Chartered Bank.
- Provided litigation consulting and expert witness services, including expert report preparation and deposition and trial preparation for a multi-billion-dollar accounting malpractice case filed in a class action against one of the major accounting firms. The case involved review and analysis of several years of audit work papers as well as research and analysis.
- Provided litigation consulting, including expert report preparation and deposition and trial preparation for an oil and gas company to determine whether a series of corporate transactions constituted a fraudulent conveyance and as a result rendered the company insolvent.
- Created onboarding policies and procedures for banks, hedge funds, as well as crypto funds and exchanges.
- Served on the investigations team, retained by Caesars Entertainment Operating Company, Inc. ("CEOC"), Richard J. Davis, to investigate and determine whether fifteen transactions between CEOC and the leveraged buyout sponsors ("LBO") arose to constituted constructive fraudulent transfers, actual fraudulent transfers (based on intent to hinder or delay creditors) and breaches of fiduciary duty.
- Expert support work on the determination of payments to creditors in the Nortel Networks bankruptcy.
- Expert support work on the calculation of damages / lost profits for a pharmaceutical dispute.
- Expert support in the investigation into various matters within the Lehman bankruptcy.
- Expert support in the investigation of Allen Stanford.
- Provided and oversaw a team of 350+ compliance professionals to help meet a New York State Department of Financial Services remediation for a large US-based cryptocurrency exchange.
- Hired as the outsourced CCO multiple payment processors that are going through the money transmission licensing process.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**JP Brennan**
Senior Managing Director, Global Investigations, Cryptocurrency



## Speaking Engagements and Articles

- Law360 article, Using Data To Arm Against Future Crypto Market Turbulence", December 16, 2022.

- Luna Foundation Guard release, "Today, LFG releases the technical audit report conducted by JS Held, an experienced third-party auditing firm, providing full transparency into the trading, blockchain records, and efforts of LFG and TFL to defend the price of TerraUSD ($UST) between May 8th & May 12th, 2022", November 16, 2022.

- Brave NewCoin article, "The Cryptocurrency Regulatory Framework: How Countries are Approaching the Virtual Currency", March 2022.

- Wolters Kluwer Banking and Financial Services Policy Report – April 30, 2019, "The Curios Case of Crypto."

- Kroll article, "Cryptocurrencies: Protecting Your Downside in the Face of Uncertainty", May 2018.

- Medium Article Contributor: https://medium.com/@james.p.brennan1.

- Official Monetary and Financial Institutions Forum ("OMFIF") Digital Monetary Institute Symposium 2021, "Cryptocurrency's Regulatory Impact", September 2021.

- MIT: Center for Real Estate," Real Disruption - How Technology is Changing and Challenging Real Estate", 2017.

- Kroll, "Examining the Anti-Money Laundering (AML) Risks and Red Flags of Crypto Exchanges", October 2021.

- BPP Continuing Education, "What you need to know when your clients are considering crypto", 2021.

- Association of Certified Fraud Examiners, "The Future of AML and Blockchain", May 2021.

- JS Held Thought Leadership Related Articles.

## Testimony

- *Michael Sofaer v. BKCM, LLC, Supreme Court of the State of New York, Country of New York.*

- *Paul Merkley v. Gemini Trust Company, LLC,* JAMS Arbitration.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

# Exhibit 2

**[REDACTED]**

# Exhibit 3

**[REDACTED]**

# Exhibit 4

**Exhibit 4:** **Outgoing Transfers to Defendants During the Preference Period**

| Account Name | Account Number | Settled Date | Funds Transfer Type | Incoming or Outgoing? | Amount |
|---|---|---|---|---|---|
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (28,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (60,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (40,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (13,678.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire_international | Outgoing | (22,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/16/2023 | wire | Outgoing | (22,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/17/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/17/2023 | wire | Outgoing | (45,815.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/17/2023 | wire | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/17/2023 | wire_international | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/17/2023 | wire | Outgoing | (30,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/18/2023 | wire | Outgoing | (1,125.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/18/2023 | wire | Outgoing | (38,100.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/18/2023 | wire | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire_international | Outgoing | (11,750.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire_international | Outgoing | (200,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire | Outgoing | (3,077.69) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire | Outgoing | (90,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire | Outgoing | (150,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire_international | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/19/2023 | wire | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/22/2023 | wire_international | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire_international | Outgoing | (10,200.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire_international | Outgoing | (48,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (5,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (43,112.33) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire_international | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire_international | Outgoing | (30,900.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/23/2023 | wire | Outgoing | (28,146.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire | Outgoing | (46,320.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire | Outgoing | (31,575.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire_international | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/24/2023 | wire | Outgoing | (150,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire_international | Outgoing | (16,045.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire_international | Outgoing | (30,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire | Outgoing | (3,400.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire_international | Outgoing | (16,110.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire_international | Outgoing | (14,900.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire | Outgoing | (16,040.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ■4610 | 5/25/2023 | wire_international | Outgoing | (35,000.00) |

| Account Name | Account Number | Settled Date | Funds Transfer Type | Incoming or Outgoing? | Amount |
|---|---|---|---|---|---|
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/26/2023 | wire | Outgoing | (175,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/26/2023 | wire_international | Outgoing | (63,358.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/26/2023 | wire | Outgoing | (39,200.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/26/2023 | wire | Outgoing | (99,928.95) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (20,054.11) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (27,727.45) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (24,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (70,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (93,593.89) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire_international | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire_international | Outgoing | (30,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (20,054.11) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire_international | Outgoing | (84,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (110,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 5/31/2023 | wire | Outgoing | (20,054.11) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (7,540.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (30,002.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire | Outgoing | (70,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (60,212.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (12,460.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire_international | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/1/2023 | wire | Outgoing | (19,931.70) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (45,096.98) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (255,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (82,112.66) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (600.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (10,560.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/5/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire_international | Outgoing | (162,500.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire_international | Outgoing | (28,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire_international | Outgoing | (200,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire_international | Outgoing | (65,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire | Outgoing | (45,725.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/6/2023 | wire | Outgoing | (5,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire_international | Outgoing | (200,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire | Outgoing | (89,167.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire | Outgoing | (200,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire_international | Outgoing | (35,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/7/2023 | wire_international | Outgoing | (783,936.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/8/2023 | wire | Outgoing | (49,855.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/8/2023 | wire | Outgoing | (119,916.45) |
| GTH-Trade Group KFT (my.primetrust.com) | ███4610 | 6/8/2023 | wire_international | Outgoing | (100,000.00) |

| Account Name | Account Number | Settled Date | Funds Transfer Type | Incoming or Outgoing? | Amount |
|---|---|---|---|---|---|
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/8/2023 | wire_international | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/8/2023 | wire | Outgoing | (150,135.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/8/2023 | wire | Outgoing | (175,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/9/2023 | wire_international | Outgoing | (150,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/9/2023 | wire | Outgoing | (64,955.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire_international | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire | Outgoing | (40,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire_international | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire_international | Outgoing | (14,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire_international | Outgoing | (1,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/12/2023 | wire | Outgoing | (15,055.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/13/2023 | wire | Outgoing | (40,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/13/2023 | wire | Outgoing | (71,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/13/2023 | wire_international | Outgoing | (600,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/14/2023 | wire | Outgoing | (40,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/14/2023 | wire_international | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/14/2023 | wire_international | Outgoing | (307,800.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/14/2023 | wire_international | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/15/2023 | wire_international | Outgoing | (20,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/16/2023 | wire | Outgoing | (8,440.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire_international | Outgoing | (20,878.84) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (67,320.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (39,398.26) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (39,398.26) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire_international | Outgoing | (100,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (50,500.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (47,875.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (1,125.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (44,225.09) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire_international | Outgoing | (34,726.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire_international | Outgoing | (400,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (2,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire_international | Outgoing | (106,735.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/20/2023 | wire | Outgoing | (39,398.26) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire | Outgoing | (199,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire | Outgoing | (18,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire_international | Outgoing | (33,460.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire_international | Outgoing | (356,800.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire | Outgoing | (10,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire | Outgoing | (50,000.00) |
| GTH-Trade Group KFT (my.primetrust.com) | ████ 4610 | 6/21/2023 | wire | Outgoing | (100,000.00) |

# Exhibit 5

**Exhibit 5:** Incoming Transfers from Defendants During the Preference Period

| Account Name | Account Number | Settled Date | Funds Transfer Type | Incoming or Outgoing? | Amount |
|---|---|---|---|---|---|
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 5/17/2023 | wire | Incoming | 49,955.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 5/18/2023 | wire | Incoming | 51,000.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 5/24/2023 | wire | Incoming | 10,000.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 5/26/2023 | wire_international | Incoming | 99,928.95 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/1/2023 | wire_international | Incoming | 29,931.70 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/6/2023 | wire_international | Incoming | 34,950.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/8/2023 | wire_international | Incoming | 49,950.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/8/2023 | wire | Incoming | 49,955.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/8/2023 | wire_international | Incoming | 64,955.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/8/2023 | wire_international | Incoming | 99,950.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/12/2023 | wire_international | Incoming | 49,975.00 |
| GTH-Trade Group KFT (my.primetrust.com) | ▮4610 | 6/13/2023 | wire | Incoming | 140,000.00 |

# Exhibit 6

**Exhibit 6:** Excerpt of API Audit Log Detail

| cash_transactions.id | cash_transactions.amount | cash_transactions.created_at | activities.user_email | activities.user_name |
|---|---|---|---|---|
| 0d49 | (200,000.00) | 2023-06-07 20:29:00.072803+00 | gthtradegroup@gmail.com | jerry lopez |
| 6613 | (35,000.00) | 2023-06-07 14:16:06.043962+00 | gthtradegroup@gmail.com | jerry lopez |
| 498b | (50,000.00) | 2023-06-07 14:56:12.198127+00 | gthtradegroup@gmail.com | jerry lopez |
| efda | (50,000.00) | 2023-06-07 14:56:12.23508+00 | gthtradegroup@gmail.com | jerry lopez |
| 75b3 | (200,000.00) | 2023-06-07 14:16:04.724625+00 | gthtradegroup@gmail.com | jerry lopez |
| 8e43 | (783,936.00) | 2023-06-07 14:16:05.968507+00 | gthtradegroup@gmail.com | jerry lopez |
| 23d7 | (89,167.00) | 2023-06-07 20:29:00.227491+00 | gthtradegroup@gmail.com | jerry lopez |