# Exhibit I



# BMO | Beneficial Ownership Certification

## Certification Regarding Beneficial Owners of Legal Entity Customers
(all information is required)

### Person Certifying Beneficial Ownership Information

**Name (First, Middle, Last):** [redacted]
**Title:** Assistant Secretary

### Legal Entity for Which Beneficial Ownership is Being Provided

**Name:** Prime Trust, LLC
**Address (Number, street and apartment/suite number. P.O. Box is not acceptable.):** 330 S. Rampart Blvd, STE 260
**City:** Las Vegas
**State/Province:** Nevada
**Country:** U.S.A.
**Zip Code:** 89145

### Control Prong (only one individual)

An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

**Name (First, Middle, Last):** Thomas Pageler
**Title:** Chief Executive Officer
**Ownership % (if applicable):** N/A
**Residential/Business Street Address (number, street, and apartment or suite number):** 330 S. Rampart Blvd, STE 260
**City:** Las Vegas
**State/Province:** Nevada
**Country:** U.S.A.
**Zip Code:** 89145
**Date of Birth (mm/dd/yyyy):** [redacted]
**Occupation (Optional):**
**For a U.S. Person: Social Security Number | For a Non-U.S. Person: Social Security or Passport Number and Country of Issuance or Similar ID*1:** [redacted]

### Identity Verification

- **For Non-U.S. Person** – attach photocopies or other reproductions of a Passport, Valid National ID or other unexpired primary government ID or two secondary IDs (see Appendix for list of acceptable forms of primary government ID or two secondary IDs)
* **For U.S. Person** – BMO reserves the right to request copies or other reproductions of unexpired government photo ID

Does the individual currently serve, or has the individual previously served, in a high position in a U.S./State/local or foreign government/entity?   [X] No   [ ] Yes

Does the individual have a family member or close associate who currently occupies, or has previously served in, a high position in a U.S./State/local or foreign government/entity?   [X] No   [ ] Yes

## Ownership Prong (up to four individuals)

Each individual, if any, who owns, directly or indirectly, 25 % or more of the equity interests of the legal entity customer (e.g., natural person that owns 25% or more of the shares of a corporation).

Are there any owners that meet the above criteria?   [x] No   [ ] Yes

| Name (First, Middle, Last) | Ownership % (if applicable) |
|---|---|
|  |  |

Residential/Business Street Address (number, street, and apartment or suite number)

| City | State/Province | Country | Zip Code |
|---|---|---|---|
|  |  |  |  |

| Date of Birth (mm/dd/yyyy) | Occupation (Optional) |
|---|---|
|  |  |

For a U.S. Person: Social Security Number | For a Non-U.S. Person: Social Security or Passport Number and Country of Issuance or Similar ID*1

### Identity Verification

- **For Non-U.S. Person** – attach photocopies or other reproductions of a Passport, Valid National ID or other unexpired primary government ID or two secondary IDs (see Appendix for list of acceptable forms of primary government ID or two secondary IDs)
* **For U.S. Person** – BMO reserves the right to request copies or other reproductions of unexpired government photo ID

Does the individual currently serve, or has the individual previously served, in a high position in a U.S./State/local or foreign government/entity?   [ ] No   [ ] Yes

Does the individual have a family member or close associate who currently occupies, or has previously served in, a high position in a U.S./State/local or foreign government/entity?   [ ] No   [ ] Yes

## Additional Legal Entities for Which Accounts are Being Opened

Are there any legal entities with identical equity ownership as noted above entering into a relationship with BMO?   [x] No   [ ] Yes

## Foreign Customer Supplemental Question (Applicable only to legal entities incorporated outside of the U.S.)

Has the **legal entity** issued or does it have the ability to issue Bearer Shares*?   [ ] No   [ ] Yes

*A bearer share is a negotiable instrument that accords ownership in a legal entity to the person who possesses the physical bearer share.

## Certification[2]

I hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

_____        11/12/2021
Signature                                                        Date