# Exhibit K

**[REDACTED]**