# Exhibit L

# [REDACTED]