**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 644**<br><br><u>Objection Deadline</u>: Feb. 5, 2025 at 4:00 p.m. (ET)<br><u>Hearing Date</u>: Feb. 14, 2025 at 10:00 a.m. (ET) |

**THE PLAN ADMINISTRATOR'S ESTATE PROPERTY DETERMINATION NOTICE**

**YOU ARE RECEIVING THIS NOTICE (THIS "<u>NOTICE</u>") BECAUSE YOU MAY BE PARTY TO A CUSTOMER AGREEMENT[2] WITH ONE OR MORE OF THE ABOVE-CAPTIONED DEBTORS OR DEBTORS IN POSSESSION. PLEASE READ THIS NOTICE CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED AS DESCRIBED HEREIN.**

PLEASE TAKE NOTICE:

**A.    Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization.**

1.    On August 14, 2023, each of the above-captioned debtors (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

2.    On December 21, 2023, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the Disclosure Statement on a Final Basis and (II)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8346); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies, Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Capitalized terms herein shall have the meanings assigned to them in *Amended Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and its Affiliated Debtors* (Docket No. 644-1) (as modified or amended and collectively with the exhibits thereto, the "<u>Plan</u>").

*Confirming the Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (Docket No. 644) (the "Confirmation Order") confirming the Plan.  The Plan became effective on January 5, 2024 (the "Effective Date") and Province Fiduciary Services, LLC was appointed as the plan administrator (the "Plan Administrator") in accordance with the terms of the Plan.  *See* Docket No. 694.

**B.      Initial Notice of Determination of Category of Integrator MSA.**

3.      On May 3, 2024, the Plan Administrator served and posted to the Wind-Down Website a copy of The Plan Administrator's Initial Notice To Integrator Customers Of Account Treatment Procedures (the "Initial Notice"), as required by the Account Treatment Procedures of Article 2.5(b)(i) of the Plan.  The Initial Notice notified Integrators of their respective Integrator MSA category.

**C.      The Plan Administrator's Estate Property Determination Notice.**

4.      Article 2.5(b)(iii) of the Plan provides the following Account Treatment Procedures:

(i)   To the extent the Wind-Down Debtor determines that Currency held in an Account constitutes property of the Debtors' Estates, the Wind-Down Debtor shall notify the applicable Customer in writing (which writing may be by email, where possible, and otherwise by publication to the Wind-Down Website)) of same (the "Estate Property Determination Notice"). To the extent a Customer disagrees with an Estate Property Determination Notice, such Customer shall file an objection (an "Estate Property Determination Objection") with the Bankruptcy Court and serve such Estate Property Determination Objection on the Wind-Down Debtor no later than the date that is twenty-one (21) days following the filing of the applicable Estate Property Determination Notice by the Wind-Down Debtor. Upon receipt of an Estate Property Determination Objection, the Wind-Down Debtor shall schedule a hearing before the Bankruptcy Court with respect to the Estate Property Determination Notice and any related Estate Property Determination Objections.

WBD (US) 4895-4100-9399v3

5.      Following an extensive investigation, and in accordance with Article 2.5(b)(iii) of the Plan, the Plan Administrator has determined that Currency held in an Account is property of the Debtors' Estates.  Pursuant to the Plan, an "Account" means "any active account identified in the Debtors' books and records as having an active balance as of the Petition Date," whether holding fiat currencies and/or Cryptocurrencies.  A full description of the Plan Administrator's investigation and legal analysis that resulted in its determination that such Currency is estate property is set forth in the *Plan Administrator's Motion for Entry of an Order (I) Approving Distributions of Estate Property; (II) Setting a Disputed Claims Reserve; and (III) Granting Related Relief* (the "Distribution Motion"), filed on the docket in the Debtors' Chapter 11 Cases on January 15, 2025.  An electronic copy of the Distribution Motion is available, free of charge, on the Wind-Down Website (https://cases.stretto.com/primetrust/) or by contacting the Plan Administrator's undersigned counsel.

6.      Pursuant to Article 2.5(b)(iii) of the Plan, if a Customer disagrees with the Plan Administrator's determination that the Currency is property of the Debtors' Estates, such Customer must (i) file an Estate Property Determination Objection with the Bankruptcy Court at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; and (ii) serve such Estate Property Determination Objection on the Wind-Down Debtor, the Plan Administrator and their counsel at the addresses set forth below, so that the Estate Property Determination Objection is received on or prior to the objection deadline of **February 5, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline").

7.      If any timely Estate Property Determination Objections are filed and served prior to the Objection Deadline, a hearing on the estate property determination will be held on

**February 14, 2025 at 10:00 a.m. (ET)** before the Honorable J. Kate Stickles at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

8. Any Estate Property Determination Objection or other response to the Estate Property Determination Notice should be served on the Wind-Down Debtor, the Plan Administrator and their counsel at the below addresses:

(i) **Plan Administrator / Wind-Down Debtor**

**Province Fiduciary Services, LLC**
Plan Administrator of Prime Trust, LLC et. al.
David Dunn
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Email:  PrimeTrust-Winddown-Province@provincefirm.com

**and**

(ii) **Counsel to Plan Administrator/Wind-Down Debtor**

**Womble Bond Dickinson (US) LLP**
Donald J. Detweiler and Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Email:   Don.Detweiler@wbd-us.com
            Morgan.Patterson@wbd-us.com

Dated: January 15, 2025

**WOMBLE BOND DICKINSON LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (Del. Bar No. 3087)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Tel:       (302) 252-4320
Facsimile: (302) 252-4330
Email:    don.detweiler@wbd-us.com
             morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*