**Exhibit 4**

**Amended Cryptocurrency Conversion Table**

| CRYPTOCURRENCY | | CONVERSION RATE |
|---|---|---|
| AUDIO | Audius | $0.19 |
| ETH | Ethereum | $1,841.60 |
| BTC | Bitcoin | $29,348.52 |
| USDC | USD Coin | $1.00 |
| FLEXUSD | flexUSD | $0.28 |
| GALA2 | Gala V2 | $0.23 |
| BSV | Bitcoin SV | $35.71 |
| LTC | Litecoin | $81.88 |
| LUNA2 | Terra Luna 2.0 | $0.56 |
| USDC_AVAX | USD Coin (Avalanche) | $1.00 |
| XLM_USDC_5F3T | USD Coin (Stellar) | $1.00 |
| BCH | Bitcoin Cash | $229.10 |
| XEC | eCash | $0.00 |
| SOL | Solana | $24.89 |
| TUSD | TrueUSD | $1.00 |
| RVUSD_ETH_ZV32 | Recover Value USD | $0.09 |
| ATOM_COS | Cosmos Hub | $8.53 |
| SOL_USDC_PTHX | USD Coin (Solana) | $1.00 |
| ZYTARAUSD | Zytara USD | $1.00 |
| ADA | ADA (Cardano) | $0.29 |
| MATIC | Matic Token (Ethereum) | $0.68 |
| XLM | Stellar | $0.14 |
| DOGE | Doge Coin | $0.07 |
| LINK | Chainlink | $7.39 |
| ESH | Switch | $0.01 |
| 7UT | 7EVEN Utility Token | $0.00 |
| SNX | Synthetix Network Token | $2.48 |
| GUSD | Gemini USD | $0.99 |
| CEL | Celsius | $0.16 |
| DAI | Dai | $1.00 |
| SAI | Sai Stableco | $8.23 |
| ENJ | Enjin Coin | $0.29 |
| COMP | Compound Token | $55.50 |
| XRP | XRP (Ripple) | $0.63 |
| FLEX | FLEX Coin | $6.85 |
| UNI | Uniswap | $6.23 |
| BNB_BSC | BNB Smart Chain | $239.91 |
| EOS | EOS | $0.72 |
| SPRA | Spera | $0.00 |
| BAT | Basic Attn. | $0.21 |
| USDT_BSC | Binance-Peg Tether (BSC) | $1.00 |
| ZRX | 0x | $0.22 |
| MC | Monkeycoin | $0.39 |
| MKR | Maker | $1,233.32 |
| YFI | Yearn Finance | $6,257.12 |
| DOT | Polkadot | $4.98 |
| ALGO | Algorand | $0.11 |
| USDT_ERC20 | Tether (ERC-20) | $1.00 |
| HBAR | Hedera Hashgraph | $0.06 |
| TERRA_USD | TERRA USD | $1.00 |
| AVAX | Avalanche | $12.26 |
| PAX | PAX Dollar | $1.00 |
| DASH | Dash | $32.01 |
| SHIB | SHIBA INU | $0.00 |
| STORJ | Storj | $0.29 |
| MANA | Decentraland | $0.37 |
| CHZ | Chiliz (ETH) | $0.08 |
| BNT | Bancor | $0.49 |
| CVC | Civic | $0.09 |
| AAVE | Aave Token | $65.64 |

| CRYPTOCURRENCY | | CONVERSION RATE |
|---|---|---|
| SUSHI | Sushi Token | $0.74 |
| AXS | Axie Infinity Shard | $5.86 |
| ACH | Alchemy Pay | $0.02 |
| LUNA | Tether (Terra) | $0.56 |
| ALCX | Alchemix | $13.45 |
| TRIBE | Tribe | $0.29 |
| BIT | BitDAO | $0.48 |
| RNDR | Render Token | $1.65 |
| ARPA | ARPA Token | $0.05 |
| POND | Marlin POND | $0.01 |
| BLZ | Bluzelle | $0.10 |
| WBTC | Wrapped BTC | $29,308.22 |
| KEEP | Keep Token | $0.11 |
| MATIC_POLYGON | Matic Gas Token (Polygon) | $0.68 |
| FORTH | Ampleforth Governance Token | $2.96 |
| SUPER | SuperFarm | $0.02 |
| POWR | Power Ledger | $0.16 |
| QNT | Quant | $101.37 |
| ANKR | Ankr Network | $0.02 |
| LRC | Loopring | $0.22 |
| MLN | Enzyme | $18.12 |
| KNC | Kyber Network Crystal | $0.69 |
| IDEX | IDEX Token | $0.05 |
| RAD | Radworks | $1.63 |
| BAND | BandToken | $1.18 |
| BAL | Balancer | $4.23 |
| COTI | COTI Token | $0.05 |
| OXT | Orchid | $0.06 |
| API3 | API3 | $1.19 |
| UMA | UMA | $1.63 |
| SPELL | Spell Token | $0.00 |
| AMPL | Ampleforth | $1.06 |
| USDGLO_ETH_NBZV | Glo Dollar | $1.00 |
| GALA | Gala | $0.02 |
| VET | VeChain | $0.02 |
| USDT | Tether (USDT) | $1.00 |
| VTHO | VeThor Token | $0.00 |
| XCH | Chia | $30.66 |
| ICX | ICON | $0.21 |
| TRX | Tron | $0.08 |
| XVG-USD | Verge | $0.00 |
| SUB | Substratum | $0.00 |
| SNM | SONM | $0.23 |
| BNB | Binance Coin | $216.58 |
| MCT | MicroTuber | $0.00 |
| OMI | Ecomi | $0.00 |
| REL | Reliance | $0.05 |
| Free | FREE Coin | $0.00 |
| Babydog | Baby Dogecoin | $0.00 |
| GRT | The Graph | $0.11 |
| OMG | OMG Network (Formerly OmiseGO) | $0.57 |
| LUNC | Terra Luna Classic | $0.00 |
| SATS | Satoshi | $0.00 |

*Note: All prices were sourced from CoinGecko.com and represent values as close as reasonably possible to 12:00 AM UTC on August 14, 2023.*