JKS

RECEIVED

2025 FEB -4 AM 10: 15

CLERK
U.S. BANKRUPTCY COURT

**Bankruptcy Court**
824 North Market Street
3rd Floor
Wilmington, DE 19801

**Subject: Formal Objection to Prime Trust / Prime Core Technologies Bankruptcy Plan**

Dear Honorable Court,

My name is **George Kushner**, and I am a **creditor in the Prime Trust / Prime Core Technologies bankruptcy proceedings**. I respectfully submit this letter to formally object to the proposed bankruptcy plan.

I held **3.15401039 Bitcoin** in my IRA account with Prime Trust, and I have serious concerns regarding the handling of digital assets in this case. As someone with **nearly three decades of experience in traditional finance** and extensive expertise in **Web3 and blockchain** over the past seven years, I am deeply troubled by the provisions outlined in the bankruptcy plan.

Upon reviewing the proposal, I was alarmed by the decision to **value cryptocurrency holdings as of the bankruptcy filing date**, particularly given that not all digital assets have been fully recovered or liquidated. This approach significantly undervalues creditor assets—**effectively shortchanging creditors by as much as three times their rightful value** based on current market prices. If assets have been sold, they should be valued **at the actual sale price**, not an arbitrary filing date price.

Additionally, I was originally informed that creditors would receive their digital assets **in kind**, which is how all creditors should be compensated. If the court or plan administrators lack the necessary expertise in **blockchain forensics** to **trace, recover, and distribute these assets properly**, I am prepared to assist by leveraging my industry contacts and experience.

It is **unacceptable** to allow assets that have not been fully recovered or liquidated to be valued at a **steep discount**, raising concerns about where the remaining value is being allocated. The priority must be to **maximize recovery for creditors** and ensure that digital assets are returned in the most equitable manner possible.

I respectfully urge the court to reconsider the valuation methodology and ensure that creditors receive **their full and rightful cryptocurrency holdings**, contingent upon their recoverability. If necessary, I am more than willing to assist in the recovery process to ensure fairness and transparency.

Thank you for your time and consideration. I appreciate your attention to this matter and look forward to a just resolution for all creditors involved.

Sincerely,

George Kushner

ummary ∨

# PT George David Kushner Traditional IRA  Pending Closure

**Account Number:**
████5323

**Created At:**
January 12, 2022

**Last Updated At:**
June 22, 2023

**Account Type:**
IRA Trust

**Account Subtype:**
Traditional IRA

**Account Owner:**
*name*

George David Kushner

*payment reference*

████PAWE

**Account Organization:**
H2cryptO Custodial Account

## Bitcoin (BTC)

### Settled:

Cold: 3.15401039 BTC
Hot: 0.00 BTC

### Pending Transfer:

Cold: 0.00 BTC
Hot: 0.00 BTC

### Available:

Cold: 3.15401039 BTC
Hot: 0.00 BTC

### Total Settled:

3.15401039 BTC

### Total Unavailable:

0.00 BTC

### Total Available:

3.15401039 BTC

Transaction Ledger          External Transfers          Internal Transfers          Trades

> Advanced Filters