IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., et al. | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |

**REALIO LLC AND REALIO TECHNOLOGY, LTD'S JOINDER IN OBJECTIONS TO PLAN ADMINISTRATOR'S MOTION FOR DETERMINATION**

Realio LLC as an account holder and Realio Technologies, Ltd., as the holder of customer accounts as reflected in D.I. nos. 824-839 as well as other account holders that are customers of Realio LLC (including confidential customer no. 10765), join in the *Objection of Coinbits, Inc. to Plan Administrator's Motion for Determination* [D.I. 945] for the reasons stated in the objection, as well as the other objections filed in opposition to D.I. 919.

Realio LLC has attached to this joinder copies of its Self-Directed Custodial Account Agreement (Exhibit A hereto) and API Technology Agreement Account Form (highlighted in part) (Exhibit B hereto), which support that a fiduciary relationship existed between the parties. Among other things, (a) the Self-Directed Custodial Account Agreement refers to Prime Trust, LLC as the custodian of the assets of the account holder (which is referred to as Custodial Property), and (b) the API Technology Agreement Account Form recites that Prime Trust, LLC is a chartered Nevada trust company that provides various trust and custody services and in section, provides for Prime Trust, LLC to provide services "not limited to various types of trust and custodial accounts…" (see. par. 1), and provides in paragraph 9.4 (with respect to the performance by the parties as independent contractors) that the Agreement does not create any fiduciary duty or relationship or any other obligations "other those expressly imposed by this Agreement." It does appear that there was a trust relationship regarding the account holders, and to the extent that the assets can be traced, they should be delivered to the customers.

1

The objecting parties reserve the right to supplement this joinder in further objection to D.I. 919.

Dated: Wilmington, Delaware
      February 5, 2025

*Of Counsel*:

Michael D. Lessne (*Pro Hac Vice* Forthcoming)
LESSNE HOFFMAN, PLLC
100 SE 3rd Avenue, 10th Floor
Ft. Lauderdale, Florida  33394
Telephone: (954) 372-5759
lessne@lessnehoffman.law

**AKERMAN LLP**

/s/ *Brian R. Lemon*_____
Brian R. Lemon (#4730)
222 Delaware Avenue, Suite 1710
Wilmington, Delaware  19801
Telephone:  (302) 596-9200
Brian.lemon@akerman.com

*Counsel to Realio LLC and Realio Technology, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ *Brian R. Lemon*
Brian R. Lemon (#4730)

79836734;1