**FILED**

IN THE UNITED STATES BANKRUPTCY COURT **2025 FEB -7  PM 3: 28**
FOR THE DISTRICT OF DELAWARE

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>Related to:  Docket No. 919 |

Objection [REDACTED] of ████████████████████████████ to Plan
Administrator's Motion For Entry Of Order Regarding Property Of the Debtors' Estates
and Distribution Motion
(D.I. 919)

████████████████████████, object to the *Plan Administrator's*

*Motion for Entry of Order (I) Approving the Plan Administrator's Motion for Entry Of Order (I)*

*Approving The Plan Administrator's Determination that The Debtors' Assets Are Property Of*

*the Bankruptcy Estates, (II) Approving Distributions Of Estate Property; (III) Establishing*

*Procedures for Setting A Disputed Claims Reserve; and (IV) Granting Related Relief* [Docket

No. 919], and respectfully state as follows:

## Objection

Creditors with IRA accounts should be treated differently than other creditors who were

using Prime as an investment platform. There are different laws for how IRA funds are handled

than how other types of funds are handled and the law is extremely clear that no commingling of

funds is allowed as per Code § 408(a) for IRAs, therefore, I strongly ask you, Judge J. Kate

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Stickles, that the IRAs be part of a separate bucket as there is complete traceability, and be disbursed in whole in its original form, in our case, in bitcoin, not in U.S. Dollars. People rolled over their entire retirement accounts and are counting on this money for their retirement, and distributing, as per the motion (919), may put people in very vulnerable situations, like poverty, being homeless, or forcing people to work past their retirement age for the rest of their life, most likely resulting in early mortality, which is a great injustice, indignity, and discrimination to this class of people in this case. And, anyone in corporate America knows that once you are in your early 60's, they do not keep you around, and many are forced into early retirement. I don't even want to think about those that have family and children to take care of, but it wouldn't be the first time someone committed suicide due to not being able to provide for their family. This is a very serious matter and should be handled in a humane way. Thank you for allowing me to state the obvious.



Distribution Motion 919: As per my signed agreement with Prime Trust (see attached 'TRADITIONAL INDIVIDUAL RETIREMENT CUSTODIAL ACCOUNT AGREEMENT'), it is clear that this motion contradicts the signed agreement and does not comply with Code § 408(a), contradictions below:

1. Page 4 which states " After an extensive review of the agreements between Prime and their customers, it is clear to the Plan Administrator that there was no fiduciary or trust relationship between the parties."
2. Page 7 which states " The terms of the Agreements between the parties varied, however, as a general rule, the Agreements contained explicit language that no fiduciary relationship existed between the parties."
3. Page 30 which contains false statements (see Agreement attached, there is no such wording in my agreement) "76. The Agreements between Prime and its customers are clear that no fiduciary relationship existed (so no trust relationship existed). Specifically, as previously explained, **the Agreements explicitly stated** that no such fiduciary relationship existed or was intended to exist between the parties, permitted Prime to hold fiat currency transferred to Prime by customers in accounts in Prime's own name, and/or permitted Prime to re-invest, pledge, repledge, hypothecate, and utilize the fiat currency transferred to Prime in Prime's absolute discretion."
4. See my IRS statement attached for 2022 ('2022 Form 5498 IRA Contribution (IRS)')which does show traceability reported from Prime to the IRS (Form 5498), which contradicts C.77) " 77. For the reasons already stated, neither Integrators nor End-Users can show that a trust relationship was legally created or intended by the parties here. However, even if such an alleged relationship did exist (and it did not), Prime's Integrators and End-Users would not be able to prove the second requirement for establishing a fiduciary or trust exception to the presumption that all creditor assets in the Debtors' possession at the time of the filing are property of the estate: 29 WBD (US) 4888-2608-2279v11 i.e., that each creditor's assets can be separately identified and specifically traced. Prime's creditors cannot prove this second requirement because the Cryptocurrency at Prime was hopelessly commingled and cannot be traced."
5. "Because Prime creditors are unable to separately identify and specifically trace any trust asset that was held for their benefit, they cannot meet their burden of proof of establishing a fiduciary or trust exception to the presumption that all such assets in the Debtors' possession at the time of the filing are property of the estates."



We deserve our distribution in BTC, the same amount we purchased. We made one deposit only, no withdrawals...simple traceability.

In summary, Prime Trust is out of compliance with Code § 408(a)(5), The regulation and the LRM states the following (see attached 'irs.gov_lrm'): Part A (8) Statement of

Requirement:  Prohibition against commingling of assets, Code § 408(a)(5).  Sample Language:

The assets of the trust will not be commingled with other property except in a common trust fund

or common investment fund.

- From signed agreement: "Article III 1. No part of the custodial account funds may be invested in life insurance contracts, nor may the assets of the custodial account be commingled with other property except in a common trust fund or common investment fund (**within the meaning of section 408(a)(5)).**"

To conclude: The meaning of Code § 408(a)(5) prohibits commingling of assets. I have
statements, bank records, and full traceability that ████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████

Side note: Prime ██████████████████ falsely sent out a notice (which I also did not

receive, someone else sent me) on March 25, 2024 stating that we had 30 days to roll over our

IRA, then when this person replied to request the form, ██████ confirmed the amount of BTC in

the account (proof) and stated the following: "Unfortunately, we just got word that we're going to

have to pause on our anticipated transfers until the court provides their approval. I'll keep you

posted as I know more, I'm confident when we're ready to move forward it will be a seamless

process". Is this legal to knowingly send out a false communication with no follow up

communication that they are pausing?... so I set it up with another financial institution to

proactively send a form to request the roll over and ██████from Prime said that the judge

ordered that they are no longer allowed, I then requested she send me the letter for my records

(See attached 'Email from ██████ to transfer IRA - misleading and not able to upon trying') and

proof from the judge and she pointed me to the Stretto site.

Thank you,

████████████████████████