# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies, Inc. *et al*[1]., | Case No. 23-11161 (JKS) |
| | Jointly Administered |
| Debtor. | |

## NOTICE OF COINBITS, INC.'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 14, 2025 HEARING

**PLEASE TAKE NOTICE** that Coinbits, Inc. ("Coinbits") hereby files this Witness and Exhibit List for February 14, 2025 Hearing. Coinbits designates the following witnesses and exhibits in connection with the hearing currently scheduled for February 14, 2025 at 10:00 a.m. (prevailing Eastern Time) ("Hearing") in support of its Objection to the Distribution Motion [Docket No. 945]:

Without waiving its right to contest the use of this Determination Motion to adjudicate the property rights of Coinbits and the prejudicial effect of holding an evidentiary hearing at the Hearing, Coinbits will have a witness at the Hearing – specifically Dave Birnbaum, Vice President of Coinbits to testify regarding its own records and communications with the Liquidating Trust.

Exhibits

1. July 10, 2024 email
2. Receivership Hearing Transcript
3. July 8, 2024 email
4. May 31, 2024 email
5. May 17, 2024 email
6. API Technology Agreement
7. Coinbits Terms of Use
8. Prime Trust New Account Agreement
9. February 22, 2024 email

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Core Technologies Inc.'s service address is 330 South Rampart Blvd., Suite 260, Las Vega, Nevada 89144.

{00040745. }

Further, Coinbits reserves the right to cross-examine any witnesses presented at the Hearing, as well as use any exhibits identified or used by any party to cross-examine any witnessed presented at the Hearing. Coinbits reserves the right to amend or supplement this list before the Hearing. Coinbits also reserves the right to call any witness listed on any party's list of witnesses or use exhibits listed on any party's exhibit list or otherwise identified by any other party. Coinbits reserves the right to call or introduce testimony from any witnesses or use exhibits necessary for impeachment, rebuttal, or authentication purposes, whether or not previously identified herein.

Dated:  February 12, 2025

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE Bar No. 3995)
824 North Market Street, Suite 810
Wilmington, DE  19801
Telephone:  (302) 777-1111
E-mail:rosner@teamrosner.com

David M. Neumann (0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Telephone:  216-831-0042

*Counsel for Coinbits, Inc.*

{00040745. }