# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 919** |

## NOTICE OF *AMENDED*[2] CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing to consider the *Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief* [Docket No. 919] (the "Distribution Motion") was held on February 14, 2025 before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, the Hearing will reconvene on **Friday, February 21, 2025 at 1:30 p.m. (ET).**

*(Remainder of Page Intentionally Left Blank)*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] At the Court's direction, the hearing has been changed from 1:00 p.m. (ET). to 1:30 p.m. (ET)

Dated: February 14, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

<u>*/s/ Morgan L. Patterson*</u>
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
            morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*