# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## DECLARATION OF ALEXA WESTMORELAND ON BEHALF OF STRETTO REGARDING NOTICE PROVIDED TO COLLEEN MCCLENAGHAN

I, Alexa Westmoreland, hereby declare under penalty of perjury:

1.　　　I am a Director of Corporate Restructuring at Stretto, located at 410 Exchange, Suite 100, Irvine, California 92602. I am over the age of eighteen years and not a party to the above-captioned proceeding. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.　　　This Court authorized Stretto's retention as (a) the claims and noticing agent to the above-captioned Debtors pursuant to the Order Authorizing the Employment and Retention of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date, dated August 29, 2023 (Docket No. 54) and (b) the administrative agent pursuant to the Order Authorizing the Debtors to Retain and Employ Stretto, Inc. as Administrative Agent, Effective as of the Petition Date, dated October 4, 2023 (Docket No. 243) (collectively, the "**Retention Orders**").

3.　　　I submit this declaration (the "**Declaration**") with respect to the notice provided to Colleen McClenaghan during the bankruptcy cases.

4.　　　On August 31, 2023, at my direction and under my supervision, employees of

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA, LLC (8436); and Prime Digital LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 46)

5. Furthermore, on September 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Notice of Bar Dates for Filing Proofs of Claim** (Docket No. 185)
- **Notice of Bar Dates for Administrative Expense Claims** (Docket No. 186)
- **Instructions to Review Scheduled Claim and Proof of Claim Submission Procedures** (attached hereto as **Exhibit A**)

6. Furthermore, on September 30, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Notice of Bar Dates for Filing Proofs of Claim** (Docket No. 185)
- **Notice of Bar Dates for Administrative Expense Claims** (Docket No. 186)
- **Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit B**)
- **Instructions for Proof of Claim** (attached hereto as **Exhibit C**)

7. Furthermore, on October 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors** (Docket No. 258)
- **Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors** (Docket No. 259)

- **Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief** (Docket No. 264, pages 1-14)

- **Notice of Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan** (Docket No. 265)

- **[Customized for Class 3B] Electronic Ballot to Accept or Reject the Debtors' Chapter 11 Plan** (attached hereto as **Exhibit D**)

8. Furthermore, on November 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ███████████.

- **Notice of Amendment to Confirmation Schedule** (Docket No. 367)

9. Furthermore, on November 6, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ███████████.

- **Amendment to Order (I) Approving the Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Information in the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief** (Docket No. 362)

10. Furthermore, on November 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ███████████.

- **Notice of Amendment to Confirmation Schedule** (Docket No. 367)

11.   Furthermore, on November 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of Amendment to Confirmation Schedule** (Docket No. 367)

12.   Furthermore, on December 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of Filing of Supplement to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Chapter 11 Plan of Reorganization for Prime Core Technologies Inc. and Its Affiliated Debtors and Redline Thereof** (Docket No. 487)

13.   Furthermore, on January 8, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of (I) Entry of Order (A) Approving Disclosure Statement on a Final Basis, and (B) Confirming Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors; (II) Occurrence of Effective Date of the Plan; (III) Substantial Consummation of the Plan; and (IV) Certain Bar Dates** (Docket No. 694)

14.   Furthermore, on January 19, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of (I) Entry of Order (A) Approving Disclosure Statement on a Final Basis, and (B) Confirming Amended Chapter 11 Plan of Reorganization of Prime Core Technologies Inc. and Its Affiliated Debtors; (II) Occurrence of Effective Date of the Plan; (III) Substantial Consummation of the Plan; and (IV) Certain Bar Dates** (Docket No. 694)

15.   Furthermore, on December 30, 2024, at my direction and under my supervision,

employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Plan Administrator's Motion for Entry of an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Time to Object to (I) Administrative Claims and (II) Claims** (Docket No. 908)

16.     Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Order Granting the Plan Administrator's Motion for Entry of an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Time to Object to (I) Administrative Claims and (II) Claims** (Docket No. 917)

- **The Plan Administrator's Estate Property Determination Notice** (Docket No. 918)

- **Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination That the Debtors' Assets Are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief** (Docket No. 919)

- **Declaration of David Dunn in Support of Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination That the Debtors' Assets Are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief** (Docket No. 920)

- **Declaration of James P. Brennan in Support of the Plan Administrator's Distribution Motion and Estate Property Determination** (Docket No. 922)

17.     Furthermore, on February 11, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Plan Administrator's Omnibus Reply in Support of Motion for Entry of an Order (I) Approving the Plan Administrator's Determination That the Debtors' Assets Are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property;**

**(III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief** (Docket No. 967)

- **Supplemental Declaration of David Dunn in Support of the Plan Administrator's Distribution Motion and Estate Property Determination** (Docket No. 968)

- **Supplemental Declaration of James P. Brennan in Support of the Plan Administrator's Distribution Motion and Estate Property Determination** (Docket No. 969)

18. Furthermore, on February 12, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮

- **Witness and Exhibit List of the Plan Administrator Relating to Matters Scheduled for Hearing on February 14, 2025 at 10:00 A.M. (ET)** (Docket No. 971)

- **Notice of Agenda of Matters Scheduled for Hearing on February 14, 2025 at 10:00 A.M. (ET)** (Docket No. 973)

- **Plan Administrator's Objection to Coinbase, Inc.'s Motion for Leave to File an Amicus Response to the Plan Administrator's Motion for Entry of an Order Approving the Plan Administrator's Determination That the Debtors' Assets Are Property of the Bankruptcy Estates** (Docket No. 976)

19. Furthermore, on February 13, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of Amended Agenda of Matters Scheduled for Hearing on February 14, 2025 at 10:00 A.M. (ET)** (Docket No. 978)

20. Furthermore, on February 14, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Colleen McClenaghan at ▮

- **Notice of Filing of Revised Proposed Order** (Docket No. 982)

- **Notice of Second Amended Agenda of Matters Scheduled for Hearing on February 14, 2025 at 10:00 A.M. (ET)** (Docket No. 983)

- **Notice of Amended Continued Hearing** (Docket No. 988)

21. Stretto's email service management system enables the review of deliverability reports to determine whether an email sent to a specific recipient was successfully delivered or deemed undeliverable. According to the system reports for each email service sent to ▮▮▮▮▮ all emails sent to ▮▮▮▮▮ since August 31, 2023 that were sent from Stretto's email service management system indicate a delivered status. A report detailing the status of all emails served to ▮▮▮▮▮ is attached hereto as **Exhibit E**.

22. Furthermore, on November 14, 2023, Stretto successfully received a docket subscription enrollment from ▮▮▮▮▮ via the case website at https://cases.stretto.com/primetrust/court-docket. The subscription requested that all docket notification emails be sent to ▮▮▮▮▮ as docket entries were filed and appeared on the case website at https://cases.stretto.com/primetrust/court-docket. This subscription has not been cancelled at the time of the filing of this Declaration. Docket subscription emails are sent from cr-noreply@mailer.stretto.com.

23. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information and belief as of the date hereof.

Dated: February 18, 2025

/s/ *Alexa Westmoreland*
Alexa Westmoreland
Director
Stretto
TeamPrimeCore@stretto.com