# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF *THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 14, 2025 AT 10:00 A.M. (ET) AND CONTINUED TO FEBRUARY 21, 2025 AT 1:30 P.M. (ET) [3]

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**
> **All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**I.  MATTERS GOING FORWARD**:

1. Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 919 - filed January 15, 2025]

    Objection/Response Deadline:   February 5, 2025 at 4:00 p.m. (ET); extended until February 10, 2025 at 4:00 p.m. (ET) for Bittrex, Inc.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, NV 89135.

[2] **Amended items appear in bold.**

[3] **Parties who wish to appear via Zoom at the February 21, 2025 hearing will need to re-register to receive the link.**

Objections/Responses Received:

A. Informal comments from Confidential Customer A

B. Informal comments from Confidential Customer B

C. Informal comments from Digital Asset Redemption, LLC

D. Informal comments from 450 Investments LLC

E. Informal comments from AnchorCoin LLC

F. Informal comments from ZAP Solutions, Inc.

G. Informal comments from Dapper Labs, Inc.

H. Limited Objection of Shyam Sundar Aswadha Narayanan and Latha Narayanan to Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 940 – filed January 29, 2025]

I. Objection of Coinbits, Inc. to Plan Administrator's Motion for Determination [Docket No. 945 – filed February 3, 2025]

J. Objection of George Kushner to Plan Administrator's Motion for Determination [Docket No. 946 - filed February 4, 2025]

K. Objection of SDM, Inc to Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claim Reserve; and (IV) Granting Related Relief [Docket No. 949 – filed February 5, 2025]

L. Realio LLC and Realio Technology, Ltd.'s Joinder in Objections to Plan Administrator's Motion for Determination [Docket No. 952 – filed February 5, 2025]

M. Objection of Electric Solidus LLC d/b/a Swan Bitcoin to the Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 953 – filed February 5, 2025]

N. Limited Objection and Reservation of Rights of TrustToken, Inc. and TrueCoin, LLC to Plan Administrator's Motion for Entry of an Order

|     |     |
| --- | --- |
|     | (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 954 – filed February 5, 2025] |
| O.  | [REDACTED] Objection of Claimant to Plan Administrator's Motion for Entry of Order Regarding Property of the Debtors' Estates and Distribution Motion [Docket No. 963 – filed February 7, 2025] |
| P.  | Bittrex Plan Administrators Objection to Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 965 – filed February 10, 2025] |
| Q.  | Parth Patel's Limited Objection to Plan Administrator's Determination that the Debtor's Assets are Property of the Bankruptcy Estates [Docket No. 975 – filed February 12, 2025**]** |

Related Documents:

|     |     |
| --- | --- |
| i.  | The Plan Administrator's Estate Property Determination Notice [Docket No. 918 – filed January 15, 2025] |
| ii. | Declaration of David Dunn in Support of Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 920 - filed January 15, 2025] |
| iii. | [SEALED] Declaration of James P. Brennan in Support of the Plan Administrator's Distribution Motion and Estate Property Determination [Docket No. 921 – filed January 15, 2025] |
| iv. | [REDACTED] Declaration of James P. Brennan in Support of the Plan Administrator's Distribution Motion and Estate Property Determination [Docket No. 922 – filed January 15, 2025] |
| v.  | Plan Administrator's Omnibus Reply in Support of Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 967 – filed February 11, 2025] |

vi. Supplemental Declaration of David Dunn in Support of the Plan Administrator's Distribution Motion and Estate Property Determination [Docket No. 968 – filed February 11, 2025]

vii. Supplemental Declaration of James P. Brennan in Support of the Plan Administrator's Distribution Motion and Estate Property Determination [Docket No. 969 – filed February 11, 2025]

viii. Notice of Electric Solidus, LLC d/b/a Swan Bitcoin's Witness and Exhibit List for February 14, 2025 Hearing [Docket No. 970 – filed February 12, 2025]

ix. Witness and Exhibit List of the Plan Administrator Relating to Matters Scheduled for Hearing on February 14, 2025 at 10:00 a.m. (ET) [Docket No. 971 – filed February 12, 2025]

x. Notice of Coinbits, Inc.'s Witness and Exhibit List for February 14, 2025 Hearing [Docket No. 972 – filed February 12, 2025]

xi. Realio LLC and Realio Technology, Ltd.'s Witness and Exhibit List for Hearing on February 14, 2025 [Docket No. 974 - filed February 12, 2025]

xii. Notice of Filing of Revised Proposed Order [Docket No. 982 - filed February 14, 2025]

xiii. **Notice of Continued Hearing Regarding Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 987 – filed February 14, 2025]**

xiv. **Notice of Amended Continued Hearing Regarding Plan Administrator's Motion for Entry of an Order (I) Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates; (II) Approving Distributions of Estate Property; (III) Establishing Procedures for Setting a Disputed Claims Reserve; and (IV) Granting Related Relief [Docket No. 988 – filed February 14, 2025]**

xv. **Letter in Response to Motion [Docket No. 900 – filed February 14, 2025]**

    xvi.    **[SEALED] Declaration of Alexa Westmoreland on Behalf of Stretto Regarding Notice Provided to Colleen McClenaghan [Docket No. 994 – filed February 19, 2025]**

    xvii.    **[REDACTED] Declaration of Alexa Westmoreland on Behalf of Stretto Regarding Notice Provided to Colleen McClenaghan [Docket No. 995 – filed February 19, 2025]**

Status: The informal comments and objections at C, D, E, F, G, K, L, M, N and P have been resolved or adjourned. All other comments and objections will be going forward at the hearing. The Plan Administrator continues to meet and confer with objecting parties as to potential resolutions and evidentiary issues and has filed a revised proposed order prior to the hearing. **This matter is going forward with respect to oral argument.**

2. Motion of Virtual Appearance of Shyam Sundar Aswadha Narayanan and Latha Narayanan [Docket No. 941 – filed January 29, 2025]

    Objection/Response Deadline:    February 5, 2025 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Status: **Based on the record at the February 14, 2025 hearing, this motion has been granted.**

3. Motion of Coinbase for Leave to File an Amicus Response to the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 948 – filed February 5, 2025]

    Objection/Response Deadline:    February 12, 2025 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A. Plan Administrator's Objection to Coinbase, Inc.'s Motion for Leave to File an Amicus Response to the Plan Administrator's Motion for Entry of an Order Approving the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 976 – filed February 12, 2025]

    Related Documents:

    i. Motion for an Order Shortening Notice in Connection with the Motion of Coinbase for Leave to File an Amicus Response to the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 950 – filed February 5, 2025]

ii. Order Shortening Notice in Connection with the Motion of Coinbase for Leave to File an Amicus Response to the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 962 – entered February 7, 2025]

iii. Notice of Hearing Regarding Motion of Coinbase for Leave to File an Amicus Response to the Plan Administrator's Determination that the Debtors' Assets are Property of the Bankruptcy Estates [Docket No. 964 – filed February 7, 2025]

iv. Witness and Exhibit List of the Plan Administrator Relating to Matters Scheduled for Hearing on February 14, 2025 at 10:00 a.m. (ET) [Docket No. 971 – filed February 12, 2025]

Status: **Based on the record at the February 14, 2025 hearing, this motion has been denied.**

Dated: February 19, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
         morgan.patterson@wbd-us.com

*Counsel to the Plan Administrator*