# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PRIME CORE TECHNOLOGIES INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>**Related D.I. No. 919, 1085** |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION FOR ENTRY
OF AN ORDER (I) APPROVING THE PLAN ADMINISTRATOR'S
DETERMINATION THAT THE DEBTORS' ASSETS ARE PROPERTY
OF THE BANKRUPTCY ESTATES; (II) APPROVING DISTRIBUTIONS OF
ESTATE PROPERTY; (III) ESTABLISHING PROCEDURES FOR SETTING
A DISPUTED CLAIMS RESERVE; AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Distribution Motion") of the Plan Administrator[2] for entry of an order under Bankruptcy Code sections 105(a), 502, 541, and 1142(a) and Bankruptcy Rule 3021 (i) approving the Plan Administrator's determination that the Debtors' assets are property of the bankruptcy Estates; (ii) approving distributions of Estate property to Holders of Allowed Claims; (iii) establishing procedures for setting a Disputed Claims Reserve; and (iv) granting related relief, all as more fully set forth in the Distribution Motion, the Brennan Declarations (D.I. 921, 922, 969) and the Dunn Declarations (D.I. 920, 968); and the objections filed by (i) Coinbits, Inc. (D.I. 945); (ii) George Kushner (D.I. 946); (iii) Shyam Sundar, Aswadha Narayanan, and Latha Narayanan (D.I. 940), and (iv) Colleen McClenaghan (D.I. 963); and the Court having held an

---

[1] The debtors (collectively the "Debtors" or "Prime") in these cases, along with the last four digits of each Debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). The Debtors' mailing address is Prime Core Technologies Inc. Plan Administrator, c/o Province Fiduciary Services, LLC, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Opinion.

evidentiary hearing on the Determination Motion on February 14 and 21, 2025; and for the reasons set forth in the Court's Opinion on this date,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The Motion is GRANTED as set forth in the accompanying Opinion.

The Currency, excluding foreign currency assets subject to the Foreign Currency Sale Motion, is hereby determined to be property of the Debtors' Estates. The Plan Administrator is authorized to utilize such Currency for any and all purposes as property of the Debtors' Estates, including, but not limited to, as authorized under the Bankruptcy Code, the Plan, the Plan Administrator Agreement, dated January 5, 2024, as amended, and the Order Granting Plan Administrator's Motion to Amend Plan Administrator Agreement (D.I. 936). For the avoidance of doubt, such authority extends to the Plan Administrator's liquidation of such cryptocurrency as described in the Distribution Motion without further order of this Court.

Without limiting any rights of the Wind-Down Debtor or the Plan Administrator, the Plan Administrator is authorized, but not directed, to (i) dollarize Claims; and (ii) make Cash distributions to Holders of Allowed Claims, including the Cash Allocation—each as provided for in the Plan and subject to the Distribution Procedures, attached hereto as **Exhibit 1**, which are approved.

The Amended Cryptocurrency Conversion Table, attached here to as **Exhibit 2**, is approved.

At least 30 days before distributions commence, the Plan Administrator shall file a notice setting forth (i) the distribution record date; and (ii) if necessary, the establishment of a Disputed

Claims Reserve and a list of disputed claims covered by such reserve (the "Distribution Notice"). The Distribution Notice shall be served via email (or first-class mail where no email is available) on all Holders of Claims that have not been disallowed; and shall provide that claimants subject to any Disputed Claims Reserve will have an opportunity to respond and object. If any objections to the Distribution Notice and Disputed Claims Reserve are received and cannot be resolved by the Plan Administrator, a hearing will be set before this Court to resolve any such objection(s).

The foregoing order, adjudication, and decree in Paragraph 2 shall not apply to any Currency allegedly transferred by, to or for the benefit of the Reserved Parties.

Pending the entry and finality of a further order of this Court as to the Bittrex Plan Administrator or agreement of the parties, the Plan Administrator shall hold and segregate from other assets of the Debtors, their estates, and the Wind-Down Debtor, and shall not use, disburse or distribute, the sum of $1,833,550.66.

The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 18, 2025

J. Kate Stickles
United States Bankruptcy Judge

# Exhibit 1

# Distribution Procedures

| Procedure | Description |
|---|---|
| Marketing and Liquidation of Cryptocurrency<br><br>*See* Plan, Art. 7.6 | The Plan Administrator shall contact no less than three (3) Cryptocurrency liquidity providers in solicitation of offers for the marketing and liquidation of the Debtors' entire Cryptocurrency portfolio.<br><br>Following solicitation of offers, the Plan Administrator will liquidate the Cryptocurrency portfolio and place the U.S. Dollar proceeds in an interest-bearing account. |
| Tax Withholding Information<br><br>*See* Plan, Art. 6.18(b); 7.4 | Holders of Allowed Claims with Email Address on File:<br><br>Will receive a unique code and instructions via email and repeated contact 75 days and 140 days later with the same information. The correspondence will include instructions to upload requested W9 and KYC information, as applicable, to the Plan Administrator's Wind-Down Website.<br><br>Holders of Allowed Claims with Only a Physical Address on File:<br><br>Will receive a unique code and instructions via first class mail and repeated contact 75 days and 140 days later with the same information. The correspondence with include instructions to upload requested W9 and KYC information, as applicable, to the Plan Administrator's Wind-Down Website.<br><br>When the Plan Administrator initiates the process of collecting W9 and KYC information from Holders of Allowed Claims, the Plan Administrator will contemporaneously file a notice that such process has begun on the docket of these Chapter 11 Cases and post such notice on the Plan Administrator's Wind-Down Website.<br><br>Holders of Allowed Claims that do not submit the requested tax information to the Plan Administrator's Wind-Down Website on the 151st day will be forever barred from receiving a distribution. |

| Procedure | Description |
|---|---|
| Establishment of Disputed Claims Reserve<br><br>See Plan, Art. 6.10(d)(xx) | The Plan Administrator will file, at least 30 days before distributions commence, a notice setting forth (i) the distribution record date (discussed below) and (ii) if necessary, the establishment of a disputed claims reserve and a list of disputed claims covered by such reserve (the "Distribution Notice").<br><br>The Distribution Notice shall be served on all Holders of Allowed Claims via email (or first-class mail where no email is available). The Distribution Notice shall provide that claimants subject to any disputed claims reserve will have an opportunity to respond and object. The Plan Administrator will attempt to resolve any responses and if unable to do so, will seek a Court hearing to resolve the objection. |
| Distribution Cap<br><br>See Plan, Art. 7.3(e) | Any Holder of an Allowed Claim where their distribution would be less than $10.00 will not receive a distribution. |
| Distribution Record Date<br><br>See Plan, Art. 7.3(c) | The Plan Administrator shall file on the docket the Distribution Notice which includes the distribution record date at least 30 days before distributions commence and such notice shall be served on all Holders of Allowed Claims via email. |
| Distributions<br><br>See Plan, Art. 7.3(g) | The Plan Administrator shall commence distributions to Holders of Allowed Claims by check, ACH, or wire, in its sole discretion, on Allowed Claims in U.S. Dollars.<br><br>The Plan Administrator reserves the right to provide End-User Distributions to Integrators who are authorized by agreement between the End-User and the Integrator to act on behalf of the End-User. |
| Undeliverable Distributions<br><br>See Plan, Art. 7.3(f). Confirmation Order, ¶ 33 | In the event that either a distribution to any Holder is returned as undeliverable, no distribution to such Holder shall be made unless and until the Distribution Agent has determined the then-current address of such Holder or received the necessary information to facilitate a particular distribution, at which time such distribution shall be made to such Holder without interest, dividends, or other accruals of any kind; *provided, however*, that such distributions shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code on the date that is one year after the Distribution Date. After such date, all unclaimed property or interests in property shall revert to the Wind-Down Debtor automatically and without need for a further order by the Bankruptcy Court (notwithstanding any applicable local, state, federal, or foreign escheat, abandoned, or unclaimed property laws to the contrary), and the Claim or Interest of any Holder to such property or interest in such property shall not be entitled to any distributions under the Plan. |

**Exhibit 2**

**Amended Cryptocurrency Conversion Table**

| CRYPTOCURRENCY | | CONVERSION RATE |
|---|---|---|
| AUDIO | Audius | $0.19 |
| ETH | Ethereum | $1,841.60 |
| BTC | Bitcoin | $29,348.52 |
| USDC | USD Coin | $1.00 |
| FLEXUSD | flexUSD | $0.28 |
| GALA2 | Gala V2 | $0.23 |
| BSV | Bitcoin SV | $35.71 |
| LTC | Litecoin | $81.88 |
| LUNA2 | Terra Luna 2.0 | $0.56 |
| USDC_AVAX | USD Coin (Avalanche) | $1.00 |
| XLM_USDC_5F3T | USD Coin (Stellar) | $1.00 |
| BCH | Bitcoin Cash | $229.10 |
| XEC | eCash | $0.00 |
| SOL | Solana | $24.89 |
| TUSD | TrueUSD | $1.00 |
| RVUSD_ETH_ZV32 | Recover Value USD | $0.09 |
| ATOM_COS | Cosmos Hub | $8.53 |
| SOL_USDC_PTHX | USD Coin (Solana) | $1.00 |
| ZYTARAUSD | Zytara USD | $1.00 |
| ADA | ADA (Cardano) | $0.29 |
| MATIC | Matic Token (Ethereum) | $0.68 |
| XLM | Stellar | $0.14 |
| DOGE | Doge Coin | $0.07 |
| LINK | Chainlink | $7.39 |
| ESH | Switch | $0.01 |
| 7UT | 7EVEN Utility Token | $0.00 |
| SNX | Synthetix Network Token | $2.48 |
| GUSD | Gemini USD | $0.99 |
| CEL | Celsius | $0.16 |
| DAI | Dai | $1.00 |
| SAI | Sai Stableco | $8.23 |
| ENJ | Enjin Coin | $0.29 |
| COMP | Compound Token | $55.50 |
| XRP | XRP (Ripple) | $0.63 |
| FLEX | FLEX Coin | $6.85 |
| UNI | Uniswap | $6.23 |
| BNB_BSC | BNB Smart Chain | $239.91 |
| EOS | EOS | $0.72 |
| SPRA | Spera | $0.00 |
| BAT | Basic Attn. | $0.21 |
| USDT_BSC | Binance-Peg Tether (BSC) | $1.00 |
| ZRX | 0x | $0.22 |
| MC | Monkeycoin | $0.39 |
| MKR | Maker | $1,233.32 |
| YFI | Yearn Finance | $6,257.12 |
| DOT | Polkadot | $4.98 |
| ALGO | Algorand | $0.11 |
| USDT_ERC20 | Tether (ERC-20) | $1.00 |
| HBAR | Hedera Hashgraph | $0.06 |
| TERRA_USD | TERRA USD | $1.00 |
| AVAX | Avalanche | $12.26 |
| PAX | PAX Dollar | $1.00 |
| DASH | Dash | $32.01 |
| SHIB | SHIBA INU | $0.00 |
| STORJ | Storj | $0.29 |
| MANA | Decentraland | $0.37 |
| CHZ | Chiliz (ETH) | $0.08 |
| BNT | Bancor | $0.49 |
| CVC | Civic | $0.09 |
| AAVE | Aave Token | $65.64 |

| CRYPTOCURRENCY | | CONVERSION RATE |
|---|---|---|
| SUSHI | Sushi Token | $0.74 |
| AXS | Axie Infinity Shard | $5.86 |
| ACH | Alchemy Pay | $0.02 |
| LUNA | Tether (Terra) | $0.56 |
| ALCX | Alchemix | $13.45 |
| TRIBE | Tribe | $0.29 |
| BIT | BitDAO | $0.48 |
| RNDR | Render Token | $1.65 |
| ARPA | ARPA Token | $0.05 |
| POND | Marlin POND | $0.01 |
| BLZ | Bluzelle | $0.10 |
| WBTC | Wrapped BTC | $29,308.22 |
| KEEP | Keep Token | $0.11 |
| MATIC_POLYGON | Matic Gas Token (Polygon) | $0.68 |
| FORTH | Ampleforth Governance Token | $2.96 |
| SUPER | SuperFarm | $0.02 |
| POWR | Power Ledger | $0.16 |
| QNT | Quant | $101.37 |
| ANKR | Ankr Network | $0.02 |
| LRC | Loopring | $0.22 |
| MLN | Enzyme | $18.12 |
| KNC | Kyber Network Crystal | $0.69 |
| IDEX | IDEX Token | $0.05 |
| RAD | Radworks | $1.63 |
| BAND | BandToken | $1.18 |
| BAL | Balancer | $4.23 |
| COTI | COTI Token | $0.05 |
| OXT | Orchid | $0.06 |
| API3 | API3 | $1.19 |
| UMA | UMA | $1.63 |
| SPELL | Spell Token | $0.00 |
| AMPL | Ampleforth | $1.06 |
| USDGLO_ETH_NBZV | Glo Dollar | $1.00 |
| GALA | Gala | $0.02 |
| VET | VeChain | $0.02 |
| USDT | Tether (USDT) | $1.00 |
| VTHO | VeThor Token | $0.00 |
| XCH | Chia | $30.66 |
| ICX | ICON | $0.21 |
| TRX | Tron | $0.08 |
| XVG-USD | Verge | $0.00 |
| SUB | Substratum | $0.00 |
| SNM | SONM | $0.23 |
| BNB | Binance Coin | $216.58 |
| MCT | MicroTuber | $0.00 |
| OMI | Ecomi | $0.00 |
| REL | Reliance | $0.05 |
| Free | FREE Coin | $0.00 |
| Babydog | Baby Dogecoin | $0.00 |
| GRT | The Graph | $0.11 |
| OMG | OMG Network (Formerly OmiseGO) | $0.57 |
| LUNC | Terra Luna Classic | $0.00 |
| SATS | Satoshi | $0.00 |

*Note: All prices were sourced from CoinGecko.com and represent values as close as reasonably possible to 12:00 AM UTC on August 14, 2023.*