# EXHIBIT A



**PRIME TRUST**
**ORDER FORM**

**Customer Name ("Customer"):** BKR International KB

| Customer Billing Contact: | | Customer Business Contact: | |
|---|---|---|---|
| Name: | Todor Ivanov | Name: | Todor Ivanov |
| Title: | CEO | Title: | CEO |
| Address: Street | Svetsarvagen 15 2tr | Address: Street | Svetsarvagen 15 2tr |
| City | Solna | City | Solna |
| State | Stockholm | State | Stockholm |
| Zip | SE-171 41 | Zip | SE-171 41 |
| Country | Sweden | Country | Sweden |
| Email: | ivanov@bankor.com | Email: | ivanov@bankor.com |
| Phone: | +50762760006 | Phone: | +50762760006 |

**Order Details:**

| Order Start Date: | April 1st, 2022 | Payment Method: | Wire Transfer |
|---|---|---|---|
| Order End Date: | March 31, 2023 | Payment Terms: | Due upon receipt of invoice |
| Quote Number: | 1 | Currency: | USD |
| Prime Trust Sales Contact: | ██████████ | Billing Frequency: | Monthly, unless otherwise stated |
| | | Invoice Schedule: | 1st of the month |

**Selected Services:**

| Service | Price |
|---|---|
| Custodial Services | $   3,000 |
| Custodial Services Transaction Fees | As set forth in attached Fee Schedule |



---

**Order Special Terms:**

[Upon expiration of this Order Form, the Agreement will automatically renew for additional one (1) year period, unless either Party provides the other Party with written notice of non-renewal at least thirty (30) days prior to the expiration of the then current Term.]

---

**Billing Details:**

**Customer Wire Information:**

Bank:    Signature

Account Number:    ▇▇▇▇6126

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*

---

**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

[The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and Prime Trust with respect to Prime Trust's services.]

---

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

**CUSTOMER**

Signature:    *Todor Ivanov*
              —7607DCEF5E86437—

Name:    Todor Ivanov

Title:    Director

Date:    3/18/2022

**PRIME TRUST, LLC**

Signature:    ▇▇▇▇▇▇▇▇▇ CFO
              —08AB7DE206CD49E—

Name:    ▇▇▇▇▇▇, CFO

Title:    Chief Financial Officer

Date:    3/18/2022



## FEE SCHEDULE

### Custodial Account Services Fees

| Period | Price Per Month |
|---|---|
| From _____ through the end of the Order End Date. | Price is as specified in the API End-User Custody Account Fee table below |

### Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, YEN, CAN, AUD | Contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15 per transaction |
| Wires- international- in/out | $35 per transaction |
| Wires- recalls | $50 per transaction |
| Digital Assets | Network cost + 50bps per transaction* |

\* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Compliance Services Fees:**

| Compliance Service | Price* |
|---|---|
| US Individual | $3 |
| Global Individual | $5 |

DocuSign Envelope ID: 27B54C41-EAEF-409D-9E1B-161B9ACB8293

# ◆ Prime Trust

| Entity US | $20 |
|---|---|
| Entity Global | $50 |
| KYC & AML Exemption | $5/minor, $75/denied |

\* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.



# PRIME TRUST ORDER FORM

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 4/25/2023
Opportunity ID: 006AJ000002gviOYAQ

       primetrust.com

BKR International KB

7805 Telegraph Road #300, Minneapolis,
MN USA
Billing Email:
Todor Ivanov
ivanov@bankor.com

**Order Details:**
Order Start Date: 4/24/2023
Order End Date: 4/28/2023

**Selected Services:**

| Name | Period | Price |
|------|--------|-------|
| API Services and Custodial Services Implementation | 5/1/2023 - 5/31/2023 | $2,500.00 |

---

**Service Details:**

API Services and Custodial Services Account Setup fee is a one time required fee due upon the execution of this Order Form.

API Services and Custodial Services Implementation fee is a one time required fee due upon the execution of this Order Form If Prime Trust provides notification to Customer that Customer did not successfully complete Prime Trust's compliance review, Prime Trust will refund such Implementation fee to Customer.

Customer will complete the API Services and Custodial Services Implementation no later than four (4) months after the Order Start Date. If Customer requires additional time and assistance to complete the API Services and Custodial Services Implementation beyond the four (4) month period, the details will be set forth in a mutually agreed upon SOW, including additional Implementation fee.



**Amendment to the Order Form:**

This Amendment to the Prime Trust Order Form ("Amendment") is entered by and between Prime Trust, LLC ("Prime Trust") and Customer and is effective as of the later signature date below. This Amendment is incorporated into and forms part of the Prime Trust Order Form with Order Start Date of 3/24/2023 ("Original Order Form") between the Parties. Unless otherwise defined in this Amendment, capitalized terms will have the meaning given to them in the Original Order Form.

Prime Trust and Customer desire to amend certain fee(s) in the Original Order Form, as detailed in this Amendment. The Fee Schedule of the Original Order Form is hereby amended, in part, to reflect the updated fee(s) as set forth in the Fee Schedule attached to this Amendment. For avoidance of doubt, except for the fee(s) as specifically updated in the Fee Schedule attached to this Amendment, all other fees as set forth in the Fee Schedule of the Original Order Form remain unmodified and in full force and in effect.

Except as set forth in this Amendment, all of the terms of the Original Order Form remain in full force and in effect with no further changes.

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

**CUSTOMER**

DocuSigned by:

Todor Ivanov

7607DCEF5E86437

4/26/2023
Director
Todor Ivanov

**PRIME TRUST**

DocuSigned by:

334E8DB7AD724F8

5/1/2023

DocuSign Envelope ID: 7366A301-6389-4AG2-AFAA-572A58EA5BE4



**FEE SCHEDULE**