# EXHIBIT I

**Signature Bank**

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page    172 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


     PRIME TRUST LLC                      8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV  89145
                                                    See Back for Important Information


                                            Primary Account:       6126            0
```

| Date | Description | | |
|---|---|---|---|
| | BANK: M&T BANK | | |
| | OBI: REFERENCE CODE QCCUS9XF74Y, MUNDUZINCORPORATED | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 236,562.50 |
| | REF# 20211230B6B7261F00369212301046FT01 | | |
| | FROM: MARXSMITH LLC | ABA: 026009593 | |
| | BANK: | | |
| | OBI: GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 312,000.00 |
| | REF# 20211230B6B7261F00644012301445FT01 | | |
| | FROM: YUMMY INC | ABA: 211075086 | |
| | BANK: | | |
| | OBI: QCCUSYZX4 PINE GROVE CONSULTING INC | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 350,000.00 |
| | REF# 20211230B6B7261F00572312301350FT01 | | |
| | FROM: PROGLOBIX LLC | ABA: 071000288 | |
| | BANK: | | |
| | OBI: QCCUSRV6P, PROGLOBIX LLC420084332167 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 1,918.00 |
| | REF# 20211231B6B7261F00225212310851FT01 | | |
| | FROM: ECN OTC, LLC | ABA: 021000021 | |
| | BANK: | | |
| | OBI: QCCUSEH4VMF | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 2,105.00 |
| | REF# 20211231B6B7261F00405212311237FT01 | | |
| | FROM: PRIME TRUST LLC | ABA: 021000089 | |
| | BANK: | | |
| Dec 31 | INCOMING WIRE | | 2,500.00 |
| | REF# 20211231B6B7261F00462712311401FT01 | | |
| | FROM: ▇▇▇ OR ▇▇▇ | ABA: 021000021 | |

**Signature SIGNATURE BANK**

```
                                              Statement Period
                                              From December  01, 2021
                                              To   December  31, 2021
                                              Page   173 of    426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


       PRIME TRUST LLC                     8-159
       BAM CLEARING
       330 S RAMPART BLVD SUITE 260
       LAS VEGAS NV  89145
                                              See Back for Important Information


                                     Primary Account:        6126             0

Date          Description
       BANK:
       OBI:  QNCUSVPCE42
       OBI:
       OBI:
Dec 31  INCOMING WIRE                                                    4,618.97
       REF#  20211231B6B7261F00531512311618FT01
       FROM:                                ABA:   121000248
       BANK:
       OBI:  QNCUSX3VPN9 KXUW9MAJCMPS
       OBI:
       OBI:
Dec 31  INCOMING WIRE                                                    5,400.00
       REF#  20211231B6B7261F00389512311214FT01
       FROM: COMMODORE MANAGEMENT LLC       ABA:   102000021
       BANK:
       OBI:  REFERENCE: QCCUSAZ7HTHE COIN TRADING COMPANY, LLC42003
       OBI:  4051586
       OBI:
Dec 31  INCOMING WIRE                                                   10,000.00
       REF#  20211231B6B7261F00503012311506FT01
       FROM:                                ABA:   121105156
       BANK:
       OBI:  QCCUSAZ7H, THE COIN TRADING COMPANY420034051586
       OBI:
       OBI:
Dec 31  INCOMING WIRE                                                   15,000.00
       REF#  20211231B6B7261F00336412311113FT01
       FROM:                                ABA:   124003116
       BANK:
       OBI:  QCCUSGEFG
       OBI:
       OBI:
Dec 31  INCOMING WIRE                                                   17,780.00
       REF#  20211231B6B7261F00350612311129FT01
       FROM:                                ABA:   062005690
       BANK:
       OBI:  REFERENCEQCCUSJRVZ UNITED COIN INC420030696060
       OBI:
       OBI:
```

**Signature**
**SIGNATURE BANK**

```
                                                   Statement Period
                                                   From December  01, 2021
                                                   To   December  31, 2021
                                                   Page    174 of    426

                                                   PRIVATE CLIENT GROUP 159
                                                   485 MADISON AVENUE
                                                   NEW YORK, NY 10022



     PRIME TRUST LLC                       8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV   89145
                                                   See Back for Important Information


                                         Primary Account:        6126           0

Date           Description
Dec 31   INCOMING WIRE                                                      20,802.00
         REF#  20211231B6B7261F00332812311108FT01
         FROM:                                 ABA:   021000089
         BANK:
Dec 31   INCOMING WIRE                                                      25,000.00
         REF#  20211231B6B7261F00521512311552FT01
         FROM:                                 ABA:   121000248
         BANK:
         OBI:  REFERENCE QCCUSZTF2 WESTCLIFFTECH
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                      26,000.00
         REF#  20211231B6B7261F00526112311603FT01
         FROM: INOVASUPERSTAR LLC              ABA:   021000021
         BANK:
         OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                      28,500.00
         REF#  20211231B6B7261F00544312311655FT01
         FROM: JAMES BUTLER DBA BUTLER HOME MAINT  ABA:  114000093
         BANK:
         OBI:  QNCUSJDYNRP
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                      32,100.00
         REF#  20211231B6B7261F00545812311700FT01
         FROM: TECC CONSULTING LLC             ABA:   121000248
         BANK:
         OBI:  QCCUSZTF2-LOGISTIC FAST
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                      35,630.00
         REF#  20211231B6B7261F00225912310854FT01
         FROM:                                 ABA:   043318092
         BANK:
         OBI:  GEM PURCHASEREFERENCE CODE: QNCUSJ7GYQR
         OBI:
         OBI:
```

**Signature SIGNATURE BANK**

```
                                             Statement Period
                                             From December  01, 2021
                                             To   December  31, 2021
                                             Page    175 of    426

                                             PRIVATE CLIENT GROUP 159
                                             485 MADISON AVENUE
                                             NEW YORK, NY 10022


     PRIME TRUST LLC                  8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV  89145
                                             See Back for Important Information


                                             Primary Account:       6126           0
```

| Date | Description | |
|---|---|---:|
| Dec 31 | INCOMING WIRE | 70,000.00 |
| | REF# 20211231B6B7261F00437012311318FT01 | |
| | FROM: COIN TIME LLC             ABA:   121000248 | |
| | BANK: | |
| | OBI:  REF QCCUSWHQFN7, STILLMAN DIGITAL LLC 420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 121,100.00 |
| | REF# 20211231B6B7261F00544812311655FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT    ABA:   322070381 | |
| | BANK: | |
| | OBI:  REV YOUR PD REF 3158304019 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 130,000.00 |
| | REF# 20211231B6B7261F00324512311058FT01 | |
| | FROM: ASPEN LAKE LLC/DBA COIN GENIE      ABA:   061110654 | |
| | BANK: THE COMMERCIAL BANK | |
| | OBI:  QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 150,000.00 |
| | REF# 20211231B6B7261F00544912311656FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT    ABA:   322070381 | |
| | BANK: | |
| | OBI:  REV YOUR PD REF 2273120497 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 172,620.30 |
| | REF# 20211231B6B7261F00317612311048FT01 | |
| | FROM: INTERNATIONAL TRADING COMMERCE MAR  ABA:   066015084 | |
| | BANK: APOLLO BANK | |
| | OBI:  REFERENCE CODENQCCUS9XF74Y MUNDUZINTERNATIONAL | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 236,562.50 |
| | REF# 20211231B6B7261F00258712310938FT01 | |
| | FROM: MARXSMITH LLC             ABA:   026009593 | |
| | BANK: | |

**Signature SIGNATURE BANK**

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page   176 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


        PRIME TRUST LLC                8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV   89145
                                                    See Back for Important Information


                                                    Primary Account:       6126          0
```

| Date | Description | | |
|---|---|---|---|
| | OBI: GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 300,000.00 |
| | REF# 20211231B6B7261F00271812310952FT01 | | |
| | FROM: 1/ ABA: NFSCUS3B | | |
| | BANK: NATIONAL FINANCIAL SERVICES LLC | | |
| Dec 31 | INCOMING WIRE | | 600,000.00 |
| | REF# 20211231B6B7261F00434912311317FT01 | | |
| | FROM: EMBLAZE ONE INC.         ABA: 021000021 | | |
| | BANK: | | |
| | OBI: REFERENCE NO. QCCUSGMMK | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 3,000,000.00 |
| | REF# 20211231B6B7261F00348512311127FT01 | | |
| | FROM: COMPASS MINING INC        ABA: 026013576 | | |
| | BANK: | | |
| | OBI: QCCUSGMMK | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 3,450,000.00 |
| | REF# 20211231B6B7261F00099312310800FT01 | | |
| | FROM: PRIME TRUST LLC           ABA: 021000021 | | |
| | BANK: | | |
| Dec 31 | INCOMING WIRE | | 6,500,000.00 |
| | REF# 20211231B6B7261F00096112310751FT01 | | |
| | FROM: YUCHEN SUN                ABA: 026013576 | | |
| | BANK: | | |
| | OBI: CREDIT TO: PRIME TRUST, LLC REFERENCE: QCCUSW47D, POLO | | |
| | OBI:   DIGITAL ASSETS, INC. 420062543280 PURPOSE: FUNDING | | |
| | OBI: | | |

Withdrawals and Other Debits

| Date | Description | | |
|---|---|---|---|
| Dec 01 | OUTGOING WIRE | | 5.00 |
| | REF# 20211201B6B7261F005566 | | |
| | TO:  1/                          ABA: 021000021 | | |
| | BANK: JPMORGAN CHASE BANK, NA   ACCT# GB40REVO009970 | | |
| | OBI: 20211124B6B7261F00196511240801FT03 | | |