# EXHIBIT A



## PRIME TRUST ORDER FORM

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 12/13/2022
Opportunity ID: 0065f00000DerwVAAR
▮▮▮▮@primetrust.com
4025782630

Cornerstone Global Management, Inc.
Hedge
7105 Peach Court #209, Brentwood, TN USA
Billing Email:
David Schwartz
david.schwartz@gethedge.io

**Order Details:**
Payment Method: Wire Transfer
Payment Terms: Due upon receipt of invoice
Currency: USD
Billing Frequency: Monthly
Invoice Schedule: 1st of the month

Order Start Date: 1/1/2023
Order End Date: 12/31/2023

**Selected Services:**

| Name | Period | Price |
|---|---|---|
| API Services and Custodial Services | 1/1/2023 - 12/31/2023 | $3,000.00 Monthly |

| | |
|---|---|
| Custodial Services Transaction Fees: | As set forth in attached Fee Schedule |
| Payment Rails: | As set forth in attached Fee Schedule |
| Payment Rails: ACH Services | As set forth in attached Fee Schedule |
| Payment Rails: Wire Services | As set forth in attached Fee Schedule |
| Payment Rails: Merchant Card Processing Services | As set forth in attached Fee Schedule |
| Settlement Services: | As set forth in attached Fee Schedule |
| Compliance Services: | As set forth in attached Fee Schedule |
| Compliance Services: Socure Services | As set forth in attached Fee Schedule |

| Selected Service | Required Initial Reserve Amount in each Reserve Account |
|---|---|
| Payment Rails: ACH Services | $25,000 |
| Payment Rails: Merchant Card Processing Services | $50,000 |
| Settlement Services | TBD |

Prime Trust

**Customer Wire Information for Billing:**

Bank:


Account Number:


*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*



**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and Prime Trust with respect to Prime Trust's services.

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

| CUSTOMER | PRIME TRUST |
|---|---|
| DocuSigned by:<br>*David Schwartz*<br>F5D5E9E1E44840D... | DocuSigned by:<br><br>F4B9882FCDC7446... |
| 12/17/2022 | 12/17/2022 |
| CEO, Co-Founder<br>David Schwartz |  |



# FEE SCHEDULE

**API Services- End-User Custody Account Fees:**

| Number of End-User Custody Accounts Allowance* | Price Per Month |
|---|---|
| From 0 to 5,000 | $3,000 |
| From 5,001 to 10,000 | $5,000 |
| From 10,001 to 30,000 | $9,000 |
| From 30,001 to 300,000 | $15,000 |
| From 300,001 to 500,000 | $20,000 |

## Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, JPY, CAD, AUD | Additional fees may apply, contact Prime Trust |
| Other | Additional fees may apply, contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15.00 |
| Wires- international- in/out | $25.00 |
| Wires- recalls | $50.00 |
| ACH- in/out | $0.20 |
| ACH- chargebacks | $5.00/ nsf, $150/ fraud |
| Checks- incoming | $10.00 |
| Checks- outgoing | $25.00 |
| Credit/debit- Merchant Card Processing Services Fee | 2.75% |
| Card Chargebacks | $5.00 |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Settlement Services Fees:**

| Settlement Service | Price |
|---|---|
| Settle securities buy/sell transactions for account | $7.50 per side |
| Settlement Services – per transaction | Asset & Volume dependent |

**Compliance Services Fees:**

| Compliance Service | Price |
|---|---|
| US Individual | $2.00 |



| | |
|---|---|
| Global Individual | $5.00 |
| Entity US | $20.00 |
| Entity Global | $25 |
| KYC & AML Exemption | $5/minor, $75/denied |

* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.

**Liquidity Services Fees:**

| Crypto Trading/Liquidity | Price Per Trade |
|---|---|
| Non-stablecoin Fee (BPS) | 30 |
| Stablecoin Fee (BPS) | 30 |

* The applicable liquidity provider(s) for a transaction will provide a market price for that transaction. Prime Trust will charge a mark-up on the market price, which shall be set the basis points (or "bps") set forth in the above table. Trades will be executed as market conditions allow.

**DocuSign**

## Certificate Of Completion

Envelope Id: D99CCEA95C9240ACBE84A58AF3711882
Subject: David Schwartz, Documents for your DocuSign Signature
Source Envelope:
Document Pages: 5          Signatures: 2          Status: Completed
Certificate Pages: 5       Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Envelope Originator:
[redacted]
330 S. Rampart Blvd., Suite 260
Las Vegas,  89145
[redacted]@primetrust.com
IP Address: 35.80.213.208

## Record Tracking

Status: Original
        12/13/2022 8:40:18 AM

Holder: [redacted]
        [redacted]@primetrust.com

Location: DocuSign

## Signer Events | Signature | Timestamp

[redacted]@primetrust.com
Customer Success - Director of Account Management
PrimeTrust
Signing Group: Direct Managers
Security Level: Email, Account Authentication (None)

**Completed**

Using IP Address: 104.57.185.34

Sent: 12/13/2022 8:40:31 AM
Viewed: 12/13/2022 8:48:45 AM
Signed: 12/13/2022 8:49:06 AM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

---

[redacted]@primetrust.com
Chief Customer Officer
Prime Trust LLC
Signing Group: Executive Leadership
Security Level: Email, Account Authentication (None)

**Completed**

Using IP Address: 174.193.129.59
Signed using mobile

Sent: 12/13/2022 8:49:09 AM
Resent: 12/14/2022 10:06:32 AM
Viewed: 12/14/2022 10:56:04 AM
Signed: 12/14/2022 10:56:09 AM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

---

David Schwartz
david.schwartz@gethedge.io
CEO, Co-Founder
Cornerstone Global Management, Inc
Security Level: Email, Account Authentication (None)

DocuSigned by:
*David Schwartz*
F5D5E9E1E44840D...

Signature Adoption: Pre-selected Style
Using IP Address: 68.187.84.94

Sent: 12/14/2022 10:56:12 AM
Viewed: 12/14/2022 11:15:01 AM
Signed: 12/17/2022 11:39:27 AM

**Electronic Record and Signature Disclosure:**
   Accepted: 12/14/2022 11:15:01 AM
   ID: b6b043b9-3d0c-4939-9079-8290f4e65919

---

[redacted]@primetrust.com
SVP, Finance
Security Level: Email, Account Authentication (None)

DocuSigned by:
[redacted signature]
F4B9682FCDC7446...

Signature Adoption: Drawn on Device
Using IP Address: 73.71.243.32

Sent: 12/17/2022 11:39:29 AM
Viewed: 12/17/2022 4:55:30 PM
Signed: 12/17/2022 4:55:35 PM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

## In Person Signer Events | Signature | Timestamp

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Billing<br>billing@primetrust.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 12/17/2022 4:55:36 PM |
| **Electronic Record and Signature Disclosure:**<br>　Accepted: 11/2/2021 2:54:01 PM<br>　ID: dfa99cb6-0fe4-43b6-97cc-ebd97e912dd7 | | |
| Legal<br>legalcopy@primetrust.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 12/17/2022 4:55:38 PM |
| **Electronic Record and Signature Disclosure:**<br>　Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/13/2022 8:40:32 AM |
| Envelope Updated | Security Checked | 12/13/2022 8:41:38 AM |
| Envelope Updated | Security Checked | 12/14/2022 10:06:32 AM |
| Certified Delivered | Security Checked | 12/17/2022 4:55:30 PM |
| Signing Complete | Security Checked | 12/17/2022 4:55:35 PM |
| Completed | Security Checked | 12/17/2022 4:55:38 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Prime Trust (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Prime Trust:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: ▆▆▆▆@primetrust.com

**To advise Prime Trust of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at ▆▆▆▆@primetrust.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Prime Trust**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to ▆▆▆▆@primetrust.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Prime Trust**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to ▇▇▇▇@primetrust.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Prime Trust as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Prime Trust during the course of your relationship with Prime Trust.