# EXHIBIT E

**SIGNATURE BANK**

```
                                              Statement Period
                                              From December 01, 2021
                                              To   December 31, 2021
                                              Page   140 of    426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


     PRIME TRUST LLC                 8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV   89145
                                              See Back for Important Information


                                    Primary Account:        6126           0
```

| Date | Description | | |
|---|---|---|---|
| | OBI: MAGUIEXPRESS SA AR QCCUSEGFZ26,MAGUIEXPRESS S A | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 236,562.50 |
| | REF# 20211222B6B7261F00311312221031FT01 | | |
| | FROM: MARXSMITH LLC | ABA: 026009593 | |
| | BANK: | | |
| | OBI: GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 250,000.00 |
| | REF# 20211222B6B7261F00174112220801FT01 | | |
| | FROM: ▮▮▮▮▮▮▮▮ | ABA: 021000021 | |
| | BANK: | | |
| | OBI: QCCUSGEFG | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 250,000.00 |
| | REF# 20211222B6B7261F00307712221027FT01 | | |
| | FROM: PAXFUL USA INC | ABA: 026013356 | |
| | BANK: | | |
| | OBI: QCCUSK934, PAXFUL, INC 420003911352 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 300,000.00 |
| | REF# 20211222B6B7261F00576012221506FT01 | | |
| | FROM: ICHIOKA VENTURES LLC | ABA: 121000248 | |
| | BANK: | | |
| | OBI: FUNDS FOR REFERENCE QCCUSGMMK | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | ONLINE TRANSFER CREDIT | | 60,000,000.00 |
| | ONLINE XFR FROM: XXXXXX6223 | | |
| Dec 23 | INCOMING WIRE | | 26.00 |
| | REF# 20211223B6B7261F00620912231555FT01 | | |
| | FROM: CP CONSTRUCTION VENTURES LLC | ABA: 324377613 | |
| | BANK: | | |
| | OBI: QNCUS9QXJKZ | | |
| | OBI: | | |

# SIGNATURE BANK

Statement Period
From December 01, 2021
To   December 31, 2021
Page   141 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

PRIME TRUST LLC                              8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145

See Back for Important Information

Primary Account: ▮▮▮▮6126          0

| Date | Description | Amount |
|---|---|---|
| | OBI: | |
| Dec 23 | INCOMING WIRE | 200.00 |
| | REF#  20211223B6B7261F00269412231010FT01 | |
| | FROM: ▮▮▮▮                          ABA:    31209536 | |
| | BANK: CITIBANK NA | |
| | OBI:  QNCUSV42DNZ | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 400.00 |
| | REF#  20211223B6B7261F00562312231459FT01 | |
| | FROM: ASIAM RESOURCES LLC          ABA:   121000248 | |
| | BANK: | |
| | OBI:  QNCUSXZMYKW | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 800.00 |
| | REF#  20211223B6B7261F00416212231232FT01 | |
| | FROM: SYNAPSE FINANCIAL TECHNOLOGIES    ABA:   084106768 | |
| | BANK: | |
| | OBI:  SIGNATURE BANK NEW YORK, NY, US 61C476A938BC7F2CA4985F | |
| | OBI:  B0/QCCUSYZX4, PINE GROVE CONSULTING, INC. 420056235618 | |
| | OBI:  ; @FREELANCEVZLA; SERVICES | |
| Dec 23 | INCOMING WIRE | 2,000.00 |
| | REF#  20211223B6B7261F00186112230813FT01 | |
| | FROM: 1/FBO ▮▮▮▮                   ABA:   NFSCUS3B | |
| | BANK: NATIONAL FINANCIAL SERVICES LLC | |
| Dec 23 | INCOMING WIRE | 2,675.00 |
| | REF#  20211223B6B7261F00419812231235FT01 | |
| | FROM: ▮▮▮▮                         ABA:   021000021 | |
| | BANK: | |
| | OBI:  CUSCQNZ6H | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 4,545.00 |
| | REF#  20211223B6B7261F00399012231212FT01 | |
| | FROM: HERMANN, LLC                  ABA:   021000021 | |
| | BANK: | |
| | OBI:  QCCUSAZ7H - THE COIN TRADING CO LLC420034051586 | |
| | OBI: | |

**SIGNATURE BANK**

```
                                                   Statement Period
                                                   From December  01, 2021
                                                   To   December  31, 2021
                                                   Page   142 of    426

                                                   PRIVATE CLIENT GROUP 159
                                                   485 MADISON AVENUE
                                                   NEW YORK, NY 10022


     PRIME TRUST LLC                  8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV   89145
                                                     See Back for Important Information


                                             Primary Account:        6126           0
```

| Date | Description | | | Amount |
|---|---|---|---|---|
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 5,000.00 |
| | REF#  20211223B6B7261F00529812231428FT01 | | | |
| | FROM: ████████████████ | ABA: | 321178158 | |
| | BANK: TULARE COUNTY FCU | | | |
| | OBI: QCCUSAZ7HTHE COIN TRADING COMPANY, LLC420034051586 | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 5,500.00 |
| | REF#  20211223B6B7261F00608112231544FT01 | | | |
| | FROM: ████████████████ | ABA: | 121000248 | |
| | BANK: | | | |
| | OBI: QNCUSFAVQME    COINMETRO | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 6,000.00 |
| | REF#  20211223B6B7261F00213512230900FT01 | | | |
| | FROM: LA GUACAMAYA LLC | ABA: | 021000021 | |
| | BANK: | | | |
| | OBI: QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618 | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 7,955.00 |
| | REF#  20211223B6B7261F00580912231515FT01 | | | |
| | FROM: BANK OF AMERICA | ABA: | 026013576 | |
| | BANK: SIGNATURE BANK | | | |
| Dec 23 | INCOMING WIRE | | | 8,500.00 |
| | REF#  20211223B6B7261F00029512230255FT01 | | | |
| | FROM: ████████████████ | ABA: | 31209536 | |
| | BANK: CITIBANK NA | | | |
| | OBI: QCCUSZ9EKRN, FINANLEADS S A | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 8,500.00 |
| | REF#  20211223B6B7261F00503712231401FT01 | | | |
| | FROM: ████████████ | ABA: | 021000021 | |
| | BANK: | | | |
| | OBI: QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | | | |
| | OBI: | | | |

# SIGNATURE BANK

Statement Period
From December 01, 2021
To   December 31, 2021
Page   143 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                          8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account:       6126           0

```
Date           Description
       OBI:
Dec 23  INCOMING WIRE                                                         9,500.00
        REF#  20211223B6B7261F00613612231549FT01
        FROM:                                   ABA:   121000248
        BANK:
        OBI:  QCCUSZ9EKRN FINANLEADS SA
        OBI:
        OBI:
Dec 23  INCOMING WIRE                                                        10,000.00
        REF#  20211223B6B7261F00378112231153FT01
        FROM:                 OR                 ABA:   021000021
        BANK:
        OBI:  QNCUSZRQ6C3
        OBI:
        OBI:
Dec 23  INCOMING WIRE                                                        10,500.00
        REF#  20211223B6B7261F00549512231446FT01
        FROM: COMMODORE MANAGEMENT LLC           ABA:   102000021
        BANK:
        OBI:  INVESTMENT ON SECURITIESQCCUSAZ7H, THE COIN TRADING CO
        OBI:  MPANYLLC 420034051586
        OBI:
Dec 23  INCOMING WIRE                                                        14,700.00
        REF#  20211223B6B7261F00303312231045FT01
        FROM:                                   ABA:   026009593
        BANK:
        OBI:  SERVICES
        OBI:
        OBI:
Dec 23  INCOMING WIRE                                                        19,782.95
        REF#  20211223B6B7261F00275312231013FT01
        FROM: INTERNATIONAL TRADING COMMERCE     ABA:   021201383
        BANK: VALLEYNATIONALBANK
        OBI:  REFERENCE CODE QCCUS9XF74Y MUNDUZ INTERNATIONAL
        OBI:
        OBI:
Dec 23  INCOMING WIRE                                                        23,400.00
        REF#  20211223B6B7261F00412412231228FT01
        FROM: TECC CONSULTING LLC                ABA:   121000248
```

**Signature SIGNATURE BANK**

```
                                              Statement Period
                                              From December  01, 2021
                                              To   December  31, 2021
                                              Page   144 of   426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


    PRIME TRUST LLC                 8-159
    BAM CLEARING
    330 S RAMPART BLVD SUITE 260
    LAS VEGAS NV  89145
                                              See Back for Important Information


                                      Primary Account:      6126           0
```

| Date   | Description | | Amount |
|--------|-------------|--|--------|
|        | BANK: | | |
|        | OBI:  QCCUSZTF2-LOGISTIC FAST | | |
|        | OBI: | | |
|        | OBI: | | |
| Dec 23 | INCOMING WIRE | | 23,500.00 |
|        | REF#  20211223B6B7261F00060312230603FT01 | | |
|        | FROM: ███████████████ | ABA:  026009593 | |
|        | BANK: | | |
|        | OBI:  QNCUSHRDX | | |
|        | OBI: | | |
|        | OBI: | | |
| Dec 23 | INCOMING WIRE | | 25,000.00 |
|        | REF#  20211223B6B7261F00062512230608FT01 | | |
|        | FROM: ███████████████ | ABA:  121000248 | |
|        | BANK: | | |
|        | OBI:  QNCUSH6VPFC | | |
|        | OBI: | | |
|        | OBI: | | |
| Dec 23 | INCOMING WIRE | | 25,000.00 |
|        | REF#  20211223B6B7261F00328112231113FT01 | | |
|        | FROM: ███████████████ | ABA:  121000248 | |
|        | BANK: | | |
|        | OBI:  QNCUSH6VPFC | | |
|        | OBI: | | |
|        | OBI: | | |
| Dec 23 | INCOMING WIRE | | 25,080.00 |
|        | REF#  20211223B6B7261F00156812230801FT01 | | |
|        | FROM: UR CHOICE DISTRUBUTOR INC. | ABA:  021000021 | |
|        | BANK: | | |
|        | OBI:  REFERENCE # QCCUS3D46 | | |
|        | OBI: | | |
|        | OBI: | | |
| Dec 23 | INCOMING WIRE | | 33,000.00 |
|        | REF#  20211223B6B7261F00244412230937FT01 | | |
|        | FROM: PND ADMINISTRATION SERVICES LLC | ABA:  021000021 | |
|        | BANK: | | |
|        | OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618 | | |
|        | OBI: | | |
|        | OBI: | | |

**Signature SIGNATURE BANK**

```
                                            Statement Period
                                            From December  01, 2021
                                            To   December  31, 2021
                                            Page    145 of    426

                                            PRIVATE CLIENT GROUP 159
                                            485 MADISON AVENUE
                                            NEW YORK, NY 10022


        PRIME TRUST LLC                    8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV   89145
                                              See Back for Important Information


                                        Primary Account:       6126           0
```

| Date | Description | | |
|---|---|---|---|
| Dec 23 | INCOMING WIRE | | 33,000.00 |
| | REF# 20211223B6B7261F00520312231416FT01 | | |
| | FROM: INOVASUPERSTAR LLC | ABA: 021000021 | |
| | BANK: | | |
| | OBI: QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 23 | INCOMING WIRE | | 45,561.25 |
| | REF# 20211223B6B7261F00699512231734FT01 | | |
| | FROM: PRIZEOUT CORP | ABA: 026009593 | |
| | BANK: | | |
| | OBI: REFERENCE ID QXCUS2KFAXD | | |
| | OBI: | | |
| | OBI: | | |
| Dec 23 | INCOMING WIRE | | 46,883.81 |
| | REF# 20211223B6B7261F00395912231208FT01 | | |
| | FROM: VIRTUAL ASSETS LLC | ABA: 071902399 | |
| | BANK: | | |
| | OBI: TRADE SETTLEMENT          QCCUSWHQFN7, STILLM | | |
| | OBI: AN DIGITAL LLC 420048617770 | | |
| | OBI: | | |
| Dec 23 | INCOMING WIRE | | 60,000.00 |
| | REF# 20211223B6B7261F00465612231322FT01 | | |
| | FROM: ASPEN LAKE LLC/DBA COIN GENIE | ABA: 061110654 | |
| | BANK: THE COMMERCIAL BANK | | |
| | OBI: QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 23 | INCOMING WIRE | | 64,000.00 |
| | REF# 20211223B6B7261F00150112230801FT01 | | |
| | FROM: WAAVE TECHNOLOGIES INC. | ABA: 021000021 | |
| | BANK: | | |
| | OBI: QCCUS7VT4 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 23 | INCOMING WIRE | | 83,836.50 |
| | REF# 20211223B6B7261F00280112231022FT01 | | |
| | FROM: DIGITAL ASSET MANAGEMENT LIMIT | ABA: 026013576 | |
| | BANK: | | |

# SIGNATURE BANK

Statement Period
From December  01, 2021
To   December  31, 2021
Page   146 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                         8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account: ▇▇▇▇6126          0

| Date | Description | |
|---|---|---|
| | OBI:  XACE LIMITED QCCUSQK4E | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 139,054.69 |
| | REF#  20211223B6B7261F00598012231532FT01 | |
| | FROM: PRIME TRUST, LLC AS AGENT FOR     ABA:   044000024 | |
| | BANK: | |
| | OBI:  PAYMENT | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 196,000.00 |
| | REF#  20211223B6B7261F00202212230840FT01 | |
| | FROM: MUNDUZ INTERNATIONAL INCORPORATED   ABA:   021000021 | |
| | BANK: | |
| | OBI:  REFERENCE CODE: QCCUS9 XF74Y -MUNDUZ INCORPORATED | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 200,000.00 |
| | REF#  20211223B6B7261F00535712231433FT01 | |
| | FROM: EMBLAZE ONE INC.                  ABA:   021000021 | |
| | BANK: | |
| | OBI:  REFERENCE NO. QCCUSGMMK | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 212,500.00 |
| | REF#  20211223B6B7261F00686512231707FT01 | |
| | FROM: WESUPPLY SOLUTIONS, LLC           ABA:   043000096 | |
| | BANK: PNC BANK, N.A. | |
| | OBI:  QCCUS4JTVEP, ALTERPAY INTERNATIONALSOLUTIONS, LLC 4200 | |
| | OBI:  77366054 | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 233,471.25 |
| | REF#  20211223B6B7261F00039812230442FT01 | |
| | FROM: NORTH AMERICAN CAPACITY INSURANCE  ABA:   026009593 | |
| | BANK: | |
| | OBI:  40802346 0011793370-08-1-2021 Q/CCUSRV6P, PROGLOBIX LL | |
| | OBI:  C 4200843321.67, INV-0571   MOLECULAR /INV-0571/.02021 | |
| | OBI:  1468290/MOLECULAR PATHOLOGY | |
| Dec 23 | INCOMING WIRE | 236,562.50 |

**Signature** | **SIGNATURE BANK**

```
                                                     Statement Period
                                                     From December  01, 2021
                                                     To   December  31, 2021
                                                     Page   147 of    426

                                                     PRIVATE CLIENT GROUP 159
                                                     485 MADISON AVENUE
                                                     NEW YORK, NY 10022


        PRIME TRUST LLC                        8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV   89145
                                                     See Back for Important Information


                                                     Primary Account:      6126            0

 Date           Description
            REF#  20211223B6B7261F00284812231027FT01
            FROM: MARXSMITH LLC                 ABA:    026009593
            BANK:
            OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y
            OBI:
            OBI:
 Dec 23  INCOMING WIRE                                                           250,000.00
            REF#  20211223B6B7261F00157312230801FT01
            FROM:                               ABA:    021000021
            BANK:
            OBI:  QCCUSGEFG
            OBI:
            OBI:
 Dec 23  INCOMING WIRE                                                           334,000.00
            REF#  20211223B6B7261F00574112231508FT01
            FROM: YUMMY INC                     ABA:    211075086
            BANK:
            OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC.
            OBI:
            OBI:
 Dec 23  INCOMING WIRE                                                           357,000.00
            REF#  20211223B6B7261F00484612231338FT01
            BANK: M&T BANK
            OBI:  REFERENCE CODE QCCUS9XF74Y, MUNDUZINCORPORATED
            OBI:
            OBI:
 Dec 23  INCOMING WIRE                                                           500,000.00
            REF#  20211223B6B7261F00305612231049FT01
            FROM: DISTRIBUTED COMPUTING SYSTEMS    ABA:    026013576
            BANK:
            OBI:  QCCUSGMMK
            OBI:
            OBI:
 Dec 23  INCOMING WIRE                                                           800,000.00
            REF#  20211223B6B7261F00080012230719FT01
            FROM: CB INTERNATIONAL BANK LLC        ABA:    026013576
            BANK:
            OBI:  QCCUS3E2T, CB INTERNATIONAL BANK LLC 420030048263
            OBI:
```

# SIGNATURE BANK

```
                                          Statement Period
                                          From December  01, 2021
                                          To   December  31, 2021
                                          Page   148 of    426

                                          PRIVATE CLIENT GROUP 159
                                          485 MADISON AVENUE
                                          NEW YORK, NY 10022


     PRIME TRUST LLC                 8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV  89145
                                          See Back for Important Information


                                          Primary Account:        6126         0
```

| Date | Description | |
|---|---|---:|
| | OBI: | |
| Dec 23 | INCOMING WIRE | 1,000,000.00 |
| | REF#  20211223B6B7261F00386012231158FT01 | |
| | FROM: DCG INTERNATIONAL INVESTMENTS LTD    ABA:   322286803 | |
| | BANK: | |
| | OBI:  REFERENCE: QCCUS3HRZQV, INFINITY VENTURES C1, L.P. 420 | |
| | OBI:  098750470 DCG INTERNATIONAL INVESTMENTS LTD. INVESTMEN | |
| | OBI:  T | |
| Dec 23 | INCOMING WIRE | 1,199,500.00 |
| | REF#  20211223B6B7261F00633012231607FT01 | |
| | FROM: LEGEND TRADING INC         ABA:   026013576 | |
| | BANK: | |
| | OBI:  QCCUSXWTC, BIRDIE CORPORATION 420069656697 | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 1,298,000.00 |
| | REF#  20211223B6B7261F00633112231607FT01 | |
| | FROM: LEGEND TRADING INC         ABA:   026013576 | |
| | BANK: | |
| | OBI:  QCCUSXWTC, BIRDIE CORPORATION 420069656697 | |
| | OBI: | |
| | OBI: | |
| Dec 24 | INCOMING WIRE | 1.00 |
| | REF#  20211224B6B7261F00284912241307FT01 | |
| | FROM: CP CONSTRUCTION VENTURES LLC    ABA:   324377613 | |
| | BANK: | |
| | OBI:  QNCUS9QXJKZ | |
| | OBI: | |
| | OBI: | |
| Dec 24 | INCOMING WIRE | 1,000.00 |
| | REF#  20211224B6B7261F00134112240801FT01 | |
| | FROM:                            ABA:   021000021 | |
| | BANK: | |
| | OBI:  USD WIRE | |
| | OBI: | |
| | OBI: | |
| Dec 24 | INCOMING WIRE | 1,000.00 |
| | REF#  20211224B6B7261F00134312240801FT01 | |
| | FROM:                            ABA:   021000021 | |