# EXHIBIT F

**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page   172 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


     PRIME TRUST LLC                       8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV   89145
                                                    See Back for Important Information


                                           Primary Account:       6126           0
```

| Date | Description | | |
|---|---|---|---|
| | BANK: M&T BANK | | |
| | OBI:  REFERENCE CODE QCCUS9XF74Y, MUNDUZINCORPORATED | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 236,562.50 |
| | REF#  20211230B6B7261F00369212301046FT01 | | |
| | FROM: MARXSMITH LLC | ABA:   026009593 | |
| | BANK: | | |
| | OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 312,000.00 |
| | REF#  20211230B6B7261F00644012301445FT01 | | |
| | FROM: YUMMY INC | ABA:   211075086 | |
| | BANK: | | |
| | OBI:  QCCUSYZX4 PINE GROVE CONSULTING INC | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 350,000.00 |
| | REF#  20211230B6B7261F00572312301350FT01 | | |
| | FROM: PROGLOBIX LLC | ABA:   071000288 | |
| | BANK: | | |
| | OBI:  QCCUSRV6P, PROGLOBIX LLC420084332167 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 1,918.00 |
| | REF#  20211231B6B7261F00225212310851FT01 | | |
| | FROM: ECN OTC, LLC | ABA:   021000021 | |
| | BANK: | | |
| | OBI:  QCCUSEH4VMF | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 2,105.00 |
| | REF#  20211231B6B7261F00405212311237FT01 | | |
| | FROM: PRIME TRUST LLC | ABA:   021000089 | |
| | BANK: | | |
| Dec 31 | INCOMING WIRE | | 2,500.00 |
| | REF#  20211231B6B7261F00462712311401FT01 | | |
| | FROM:              OR | ABA:   021000021 | |

# SIGNATURE BANK

Statement Period
From December  01, 2021
To   December  31, 2021
Page    173 of    426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
    PRIME TRUST LLC                          8-159
    BAM CLEARING
    330 S RAMPART BLVD SUITE 260
    LAS VEGAS NV  89145
```
See Back for Important Information

Primary Account: ▇▇▇▇▇6126            0

```
Date            Description
        BANK:
        OBI:  QNCUSVPCE42
        OBI:
        OBI:
Dec 31  INCOMING WIRE                                                    4,618.97
        REF#  20211231B6B7261F00531512311618FT01
        FROM: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇           ABA:   121000248
        BANK:
        OBI:  QNCUSX3VPN9 KXUW9MAJCMPS
        OBI:
        OBI:
Dec 31  INCOMING WIRE                                                    5,400.00
        REF#  20211231B6B7261F00389512311214FT01
        FROM: COMMODORE MANAGEMENT LLC         ABA:   102000021
        BANK:
        OBI:  REFERENCE: QCCUSAZ7HTHE COIN TRADING COMPANY, LLC42003
        OBI:  4051586
        OBI:
Dec 31  INCOMING WIRE                                                   10,000.00
        REF#  20211231B6B7261F00503012311506FT01
        FROM: ▇▇▇▇▇▇▇▇▇▇▇               ABA:   121105156
        BANK:
        OBI:  QCCUSAZ7H, THE COIN TRADING COMPANY420034051586
        OBI:
        OBI:
Dec 31  INCOMING WIRE                                                   15,000.00
        REF#  20211231B6B7261F00336412311113FT01
        FROM: ▇▇▇▇▇▇▇▇▇▇▇▇▇             ABA:   124003116
        BANK:
        OBI:  QCCUSGEFG
        OBI:
        OBI:
Dec 31  INCOMING WIRE                                                   17,780.00
        REF#  20211231B6B7261F00350612311129FT01
        FROM: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇        ABA:   062005690
        BANK:
        OBI:  REFERENCEQCCUSJRVZ UNITED COIN INC420030696060
        OBI:
        OBI:
```

**Signature SIGNATURE BANK**

```
                                             Statement Period
                                             From December  01, 2021
                                             To   December  31, 2021
                                             Page   174 of    426

                                             PRIVATE CLIENT GROUP 159
                                             485 MADISON AVENUE
                                             NEW YORK, NY 10022


        PRIME TRUST LLC                  8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV  89145
                                                   See Back for Important Information


                                        Primary Account:         6126           0

Date              Description
Dec 31   INCOMING WIRE                                                        20,802.00
         REF#  20211231B6B7261F00332812311108FT01
         FROM:                               ABA:    021000089
         BANK:
Dec 31   INCOMING WIRE                                                        25,000.00
         REF#  20211231B6B7261F00521512311552FT01
         FROM:                               ABA:    121000248
         BANK:
         OBI:   REFERENCE QCCUSZTF2 WESTCLIFFTECH
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                        26,000.00
         REF#  20211231B6B7261F00526112311603FT01
         FROM: INOVASUPERSTAR LLC            ABA:    021000021
         BANK:
         OBI:   QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                        28,500.00
         REF#  20211231B6B7261F00544312311655FT01
         FROM: JAMES BUTLER DBA BUTLER HOME MAINT  ABA:  114000093
         BANK:
         OBI:   QNCUSJDYNRP
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                        32,100.00
         REF#  20211231B6B7261F00545812311700FT01
         FROM: TECC CONSULTING LLC           ABA:    121000248
         BANK:
         OBI:   QCCUSZTF2-LOGISTIC FAST
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                        35,630.00
         REF#  20211231B6B7261F00225912310854FT01
         FROM:                               ABA:    043318092
         BANK:
         OBI:   GEM PURCHASEREFERENCE CODE: QNCUSJ7GYQR
         OBI:
         OBI:
```

**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page   175 of   426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


       PRIME TRUST LLC                       8-159
       BAM CLEARING
       330 S RAMPART BLVD SUITE 260
       LAS VEGAS NV   89145
                                                    See Back for Important Information


                                            Primary Account: ▮▮▮▮▮▮6126            0
```

| Date | Description | |
|---|---|---:|
| Dec 31 | INCOMING WIRE | 70,000.00 |
| | REF#  20211231B6B7261F00437012311318FT01 | |
| | FROM: COIN TIME LLC                      ABA:   121000248 | |
| | BANK: | |
| | OBI:  REF QCCUSWHQFN7, STILLMAN DIGITAL LLC 420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 121,100.00 |
| | REF#  20211231B6B7261F00544812311655FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT     ABA:   322070381 | |
| | BANK: | |
| | OBI:  REV YOUR PD REF 3158304019 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 130,000.00 |
| | REF#  20211231B6B7261F00324512311058FT01 | |
| | FROM: ASPEN LAKE LLC/DBA COIN GENIE      ABA:   061110654 | |
| | BANK: THE COMMERCIAL BANK | |
| | OBI:  QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 150,000.00 |
| | REF#  20211231B6B7261F00544912311656FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT     ABA:   322070381 | |
| | BANK: | |
| | OBI:  REV YOUR PD REF 2273120497 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 172,620.30 |
| | REF#  20211231B6B7261F00317612311048FT01 | |
| | FROM: INTERNATIONAL TRADING COMMERCE MAR ABA:   066015084 | |
| | BANK: APOLLO BANK | |
| | OBI:  REFERENCE CODENQCCUS9XF74Y MUNDUZINTERNATIONAL | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 236,562.50 |
| | REF#  20211231B6B7261F00258712310938FT01 | |
| | FROM: MARXSMITH LLC                      ABA:   026009593 | |
| | BANK: | |

**SIGNATURE BANK**

Statement Period
From December 01, 2021
To   December 31, 2021
Page   176 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                          8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV   89145
```

See Back for Important Information

Primary Account:           6126           0

| Date | Description | |
|---|---|---|
| | OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 300,000.00 |
| | REF#  20211231B6B7261F00271812310952FT01 | |
| | FROM: 1/░░░░░░░░░░░           ABA:   NFSCUS3B | |
| | BANK: NATIONAL FINANCIAL SERVICES LLC | |
| Dec 31 | INCOMING WIRE | 600,000.00 |
| | REF#  20211231B6B7261F00434912311317FT01 | |
| | FROM: EMBLAZE ONE INC.           ABA:   021000021 | |
| | BANK: | |
| | OBI:  REFERENCE NO. QCCUSGMMK | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 3,000,000.00 |
| | REF#  20211231B6B7261F00348512311127FT01 | |
| | FROM: COMPASS MINING INC         ABA:   026013576 | |
| | BANK: | |
| | OBI:  QCCUSGMMK | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 3,450,000.00 |
| | REF#  20211231B6B7261F00099312310800FT01 | |
| | FROM: PRIME TRUST LLC            ABA:   021000021 | |
| | BANK: | |
| Dec 31 | INCOMING WIRE | 6,500,000.00 |
| | REF#  20211231B6B7261F00096112310751FT01 | |
| | FROM: YUCHEN SUN                 ABA:   026013576 | |
| | BANK: | |
| | OBI:  CREDIT TO: PRIME TRUST, LLC REFERENCE: QCCUSW47D, POLO | |
| | OBI:   DIGITAL ASSETS, INC. 420062543280 PURPOSE: FUNDING | |
| | OBI: | |

**Withdrawals and Other Debits**

| Date | Description | |
|---|---|---|
| Dec 01 | OUTGOING WIRE | 5.00 |
| | REF#  20211201B6B7261F005566 | |
| | TO:   1/░░░░░░░░░░░           ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA    ACCT# GB40REVO009970 | |
| | OBI:  20211124B6B7261F00196511240801FT03 | |