# EXHIBIT A



# PRIME TRUST ORDER FORM

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 9/15/2022
Opportunity ID: 0065f00000BF00qAAD
█████████@primetrust.com

The Black Wall Street

, CA USA
Billing Email:
primetrust@theblackwallstreet.com
Hill Harper
hillharper@gmail.com

Prime Trust
330 South Rampart Blvd Suite 260
Summerlin, NV 89145 USA
Created Date: 9/15/2022
Opportunity ID: 0065f00000BF00qAAD
█████████@primetrust.com

The Black Wall Street

, CA USA
Billing Email:
primetrust@theblackwallstreet.com
Angela Daves-Haley
angela@theblackwallstreet.com

**Order Details:**
Payment Method: Wire Transfer
Payment Terms: Due upon receipt of invoice
Currency: USD
Billing Frequency: Monthly
Invoice Schedule: 1st of the month

Order Start Date: 9/1/2022
Order End Date: 9/1/2024

**Selected Services:**

| Name | Period | Price |
|---|---|---|
| API Services and Custodial Services | 9/1/2023 - 8/31/2024 | $5,000.00 Monthly |
| API Services and Custodial Services | 9/1/2022 - 8/31/2023 | $0.00 Monthly |
| Crypto IRA Account | 10/1/2022 - 9/30/2023 | $12.50 Monthly |
| API Extension Implementation Fee | - | $2,000.00 |

| | |
|---|---|
| Custodial Services Transaction Fees: | As set forth in attached Fee Schedule |
| Payment Rails: | As set forth in attached Fee Schedule |
| Payment Rails: ACH Services | As set forth in attached Fee Schedule |
| Payment Rails: Wire Services | As set forth in attached Fee Schedule |
| Payment Rails: Merchant Card Processing Services | As set forth in attached Fee Schedule |
| Settlement Services: | As set forth in attached Fee Schedule |
| Compliance Services: | As set forth in attached Fee Schedule |



| Compliance Services: Socure Services | As set forth in attached Fee Schedule |
|---|---|
| Liquidity Services: | As set forth in attached Fee Schedule |

**Service Details:**

API Services and Custodial Services Account Setup fee is a one time required fee due upon the execution of this Order Form.

API Services and Custodial Services Implementation fee is a one time required fee due upon the execution of this Order Form If Prime Trust provides notification to Customer that Customer did not successfully complete Prime Trust's compliance review, Prime Trust will refund such Implementation fee to Customer.

Customer will complete the API Services and Custodial Services Implementation no later than four (4) months after the Order Start Date. If Customer requires additional time and assistance to complete the API Services and Custodial Services Implementation beyond the four (4) month period, the details will be set forth in a mutually agreed upon SOW, including additional Implementation fee.

| **Selected Service** | **Required Initial Reserve Amount in each Reserve Account** |
|---|---|
| Payment Rails: ACH Services | $25,000 |
| Payment Rails: Merchant Card Processing Services | $50,000 |
| Settlement Services | TBD |

**Order Special Terms:** The Customer Agrees to participate in PrimeTrust Marketing efforts to include the following proposed activities:

1. Quote for IRA press release (one week before Money 20/20 conference Oct. 16-19)
2. Press release - TBC (Early November)
3. Case study (brand): October-November 2022
4. Blog Post (brand): October-November 2022
5. Fireside chat/Produced Video with Hill and Prime Trust in Calendar Year 2023

**Customer Wire Information for Billing:**

Bank: Bank Name

Account Number:

*For wire and non-wire payment instructions, please ask your Prime Trust Sales Contact.*



**Terms and Conditions:**

This Order Form is governed by the Prime Trust Master Services Agreement set forth at: https://www.primetrust.com/legal/msa, the Service Schedule(s) and Attachment(s) that are applicable based on the services provided by Prime Trust under this Order Form (located at: https://www.primetrust.com/legal/msa-service-schedules), and the attached Fee Schedule, all of which are incorporated into this Order Form by this reference.

The Prime Trust Master Services Agreement and any of its incorporated documents, including the Service Schedule(s), Attachment(s), Fee Schedule, shall supersede and replace any prior agreement(s) that may be in place between Customer and Prime Trust with respect to Prime Trust's services.

The below signatories are authorized to sign on behalf of their respective Party(-ies) and agree to the terms of this Order Form and any documents incorporated herein as of later signature date below.

| **CUSTOMER** | **PRIME TRUST** |
|---|---|
| DocuSigned by: *Hill Harper* <br> —26724EB3A3EE41B… | DocuSigned by: [redacted] <br> —08AB7DE206CD49E… |
| 9/16/2022 | 9/16/2022 |
| CEO | er |
| Hill Harper | |



# FEE SCHEDULE

**API Services- End-User Custody Account Fees:**

| Number of End-User Custody Accounts Allowance* | Price Per Month |
|---|---|
| From 0 to 10,000 | $1,000 |
| From 10,001 to 20,000 | $5,000 |
| From 20,001 to 30,000 | $10,000 |
| From 30,001 to 50,000 | $20,000 |

## Transactional Fees

**Custodial Services Transactional Fees:**

| Type of Custodial Property | Price |
|---|---|
| USD | No Fee |
| Digital Assets | No Fee |
| EUR, GBP, JPY, CAD, AUD | Additional fees may apply, contact Prime Trust |
| Other | Additional fees may apply, contact Prime Trust |

**Payment Rails Fees:**

| Funds Processing* | Price |
|---|---|
| Wires- domestic- in/out | $15.00 |
| Wires- international- in/out | $25.00 |
| Wires- recalls | $50.00 |
| ACH- in/out | $0.20 |
| ACH- chargebacks | $5.00/ nsf, $75/ fraud |
| Checks- incoming | $10.00 |
| Checks- outgoing | $25.00 |
| Digital Assets | 20 bps+network fees |
| Credit/debit- Merchant Card Processing Services Fee | 2.00% |
| Card Chargebacks | $5.00 |

* Digital Asset transactions incur varying network costs that will be charged to Customer in addition to associate Prime Trust fees.

**Settlement Services Fees:**

| Settlement Service | Price |
|---|---|
| Settle securities buy/sell transactions for account | $7.50 per side |
| Settlement Services – per transaction | Asset & Volume dependent |

**Compliance Services Fees:**

| Compliance Service | Price |
|---|---|
| US Individual | $1.75 |

DocuSign Envelope ID: 97C11F3B-A86C-4F29-A1E6-225F65F0548F



| | |
|---|---|
| Global Individual | $5.00 |
| Entity US | $15.00 |
| Entity Global | $75 |
| KYC & AML Exemption | $5/minor, $75/denied |

* All KYC fees are a one-time charge on initial account creation not per transaction. AML is run on all Fiat and Digital Asset transactions.

**Liquidity Services Fees:**

| Crypto Trading/Liquidity | Price Per Trade |
|---|---|
| Assets Available: BTC, ETH, LTC, USDC, USDT | 25 bps |