# EXHIBIT C

**Signature SIGNATURE BANK**

Statement Period
From December  01, 2021
To   December  31, 2021
Page    140 of    426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                           8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account: ██████6126          0

| Date | Description | | |
|---|---|---|---|
| | OBI:  MAGUIEXPRESS SA AR QCCUSEGFZ26,MAGUIEXPRESS S A | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 236,562.50 |
| | REF#  20211222B6B7261F00311312221031FT01 | | |
| | FROM: MARXSMITH LLC | ABA:    026009593 | |
| | BANK: | | |
| | OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 250,000.00 |
| | REF#  20211222B6B7261F00174112220801FT01 | | |
| | FROM: ████████ | ABA:    021000021 | |
| | BANK: | | |
| | OBI:  QCCUSGEFG | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 250,000.00 |
| | REF#  20211222B6B7261F00307712221027FT01 | | |
| | FROM: PAXFUL USA INC | ABA:    026013356 | |
| | BANK: | | |
| | OBI:  QCCUSK934, PAXFUL, INC 420003911352 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | INCOMING WIRE | | 300,000.00 |
| | REF#  20211222B6B7261F00576012221506FT01 | | |
| | FROM: ICHIOKA VENTURES LLC | ABA:    121000248 | |
| | BANK: | | |
| | OBI:  FUNDS FOR REFERENCE QCCUSGMMK | | |
| | OBI: | | |
| | OBI: | | |
| Dec 22 | ONLINE TRANSFER CREDIT | | 60,000,000.00 |
| | ONLINE XFR FROM: XXXXXX6223 | | |
| Dec 23 | INCOMING WIRE | | 26.00 |
| | REF#  20211223B6B7261F00620912231555FT01 | | |
| | FROM: CP CONSTRUCTION VENTURES LLC | ABA:    324377613 | |
| | BANK: | | |
| | OBI:  QNCUS9QXJKZ | | |
| | OBI: | | |

# SIGNATURE BANK

Statement Period
From December 01, 2021
To   December 31, 2021
Page   141 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

PRIME TRUST LLC                                       8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145

See Back for Important Information

Primary Account: ▮▮▮▮6126          0

| Date | Description | | | Amount |
|---|---|---|---|---:|
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 200.00 |
| | REF# 20211223B6B7261F00269412231010FT01 | | | |
| | FROM: ▮▮▮▮ | ABA: | 31209536 | |
| | BANK: CITIBANK NA | | | |
| | OBI: QNCUSV42DNZ | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 400.00 |
| | REF# 20211223B6B7261F00562312231459FT01 | | | |
| | FROM: ASIAM RESOURCES LLC | ABA: | 121000248 | |
| | BANK: | | | |
| | OBI: QNCUSXZMYKW | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 800.00 |
| | REF# 20211223B6B7261F00416212231232FT01 | | | |
| | FROM: SYNAPSE FINANCIAL TECHNOLOGIES | ABA: | 084106768 | |
| | BANK: | | | |
| | OBI: SIGNATURE BANK NEW YORK, NY, US 61C476A938BC7F2CA4985F | | | |
| | OBI: B0/QCCUSYZX4, PINE GROVE CONSULTING, INC. 420056235618 | | | |
| | OBI: ; @FREELANCEVZLA; SERVICES | | | |
| Dec 23 | INCOMING WIRE | | | 2,000.00 |
| | REF# 20211223B6B7261F00186112230813FT01 | | | |
| | FROM: 1/FBO ▮▮▮▮ | ABA: | NFSCUS3B | |
| | BANK: NATIONAL FINANCIAL SERVICES LLC | | | |
| Dec 23 | INCOMING WIRE | | | 2,675.00 |
| | REF# 20211223B6B7261F00419812231235FT01 | | | |
| | FROM: ▮▮▮▮ | ABA: | 021000021 | |
| | BANK: | | | |
| | OBI: CUSCQNZ6H | | | |
| | OBI: | | | |
| | OBI: | | | |
| Dec 23 | INCOMING WIRE | | | 4,545.00 |
| | REF# 20211223B6B7261F00399012231212FT01 | | | |
| | FROM: HERMANN, LLC | ABA: | 021000021 | |
| | BANK: | | | |
| | OBI: QCCUSAZ7H - THE COIN TRADING CO LLC420034051586 | | | |
| | OBI: | | | |

**SIGNATURE BANK**

Statement Period
From December  01, 2021
To   December  31, 2021
Page   142 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                              8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account:       6126          0

```
Date           Description
       OBI:
  Dec 23   INCOMING WIRE                                                                5,000.00
           REF#   20211223B6B7261F00529812231428FT01
           FROM:                                ABA:    321178158
           BANK: TULARE COUNTY FCU
           OBI:  QCCUSAZ7HTHE COIN TRADING COMPANY, LLC420034051586
           OBI:
           OBI:
  Dec 23   INCOMING WIRE                                                                5,500.00
           REF#   20211223B6B7261F00608112231544FT01
           FROM:                                ABA:    121000248
           BANK:
           OBI:  QNCUSFAVQME   COINMETRO
           OBI:
           OBI:
  Dec 23   INCOMING WIRE                                                                6,000.00
           REF#   20211223B6B7261F00213512230900FT01
           FROM: LA GUACAMAYA LLC              ABA:    021000021
           BANK:
           OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618
           OBI:
           OBI:
  Dec 23   INCOMING WIRE                                                                7,955.00
           REF#   20211223B6B7261F00580912231515FT01
           FROM: BANK OF AMERICA              ABA:    026013576
           BANK: SIGNATURE BANK
  Dec 23   INCOMING WIRE                                                                8,500.00
           REF#   20211223B6B7261F00029512230255FT01
           FROM:                                ABA:    31209536
           BANK: CITIBANK NA
           OBI:  QCCUSZ9EKRN, FINANLEADS S A
           OBI:
           OBI:
  Dec 23   INCOMING WIRE                                                                8,500.00
           REF#   20211223B6B7261F00503712231401FT01
           FROM:                                ABA:    021000021
           BANK:
           OBI:  QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770
           OBI:
```

**Signature**
**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page   143 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


      PRIME TRUST LLC                    8-159
      BAM CLEARING
      330 S RAMPART BLVD SUITE 260
      LAS VEGAS NV   89145
                                                    See Back for Important Information


                                             Primary Account:       6126          0
```

| Date | Description | |
|---|---|---:|
| | OBI: | |
| Dec 23 | INCOMING WIRE | 9,500.00 |
| | REF# 20211223B6B7261F00613612231549FT01 | |
| | FROM: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ABA: 121000248 | |
| | BANK: | |
| | OBI: QCCUSZ9EKRN FINANLEADS SA | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 10,000.00 |
| | REF# 20211223B6B7261F00378112231153FT01 | |
| | FROM: ▇▇▇▇▇▇▇▇▇▇▇ OR ▇▇▇▇▇▇▇▇▇▇▇  ABA: 021000021 | |
| | BANK: | |
| | OBI: QNCUSZRQ6C3 | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 10,500.00 |
| | REF# 20211223B6B7261F00549512231446FT01 | |
| | FROM: COMMODORE MANAGEMENT LLC  ABA: 102000021 | |
| | BANK: | |
| | OBI: INVESTMENT ON SECURITIESQCCUSAZ7H, THE COIN TRADING CO | |
| | OBI: MPANYLLC 420034051586 | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 14,700.00 |
| | REF# 20211223B6B7261F00303312231045FT01 | |
| | FROM: ▇▇▇▇▇▇▇▇▇▇  ABA: 026009593 | |
| | BANK: | |
| | OBI: SERVICES | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 19,782.95 |
| | REF# 20211223B6B7261F00275312231013FT01 | |
| | FROM: INTERNATIONAL TRADING COMMERCE  ABA: 021201383 | |
| | BANK: VALLEYNATIONALBANK | |
| | OBI: REFERENCE CODE QCCUS9XF74Y MUNDUZ INTERNATIONAL | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 23,400.00 |
| | REF# 20211223B6B7261F00412412231228FT01 | |
| | FROM: TECC CONSULTING LLC  ABA: 121000248 | |

# Signature SIGNATURE BANK

```
                                                    Statement Period
                                                    From December  01, 2021
                                                    To   December  31, 2021
                                                    Page   144 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


        PRIME TRUST LLC                      8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV  89145
                                                    See Back for Important Information


                                            Primary Account:         6126          0

   Date           Description
        BANK:
        OBI:  QCCUSZTF2-LOGISTIC FAST
        OBI:
        OBI:
   Dec 23   INCOMING WIRE                                                      23,500.00
        REF#  20211223B6B7261F00060312230603FT01
        FROM:                                ABA:   026009593
        BANK:
        OBI:  QNCUSHRDX
        OBI:
        OBI:
   Dec 23   INCOMING WIRE                                                      25,000.00
        REF#  20211223B6B7261F00062512230608FT01
        FROM:                                ABA:   121000248
        BANK:
        OBI:  QNCUSH6VPFC
        OBI:
        OBI:
   Dec 23   INCOMING WIRE                                                      25,000.00
        REF#  20211223B6B7261F00328112231113FT01
        FROM:                                ABA:   121000248
        BANK:
        OBI:  QNCUSH6VPFC
        OBI:
        OBI:
   Dec 23   INCOMING WIRE                                                      25,080.00
        REF#  20211223B6B7261F00156812230801FT01
        FROM: UR CHOICE DISTRUBUTOR INC.     ABA:   021000021
        BANK:
        OBI:  REFERENCE # QCCUS3D46
        OBI:
        OBI:
   Dec 23   INCOMING WIRE                                                      33,000.00
        REF#  20211223B6B7261F00244412230937FT01
        FROM: PND ADMINISTRATION SERVICES LLC   ABA:   021000021
        BANK:
        OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618
        OBI:
        OBI:
```

# Signature
## SIGNATURE BANK

Statement Period
From December  01, 2021
To   December  31, 2021
Page   145 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                           8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account:  ▉▉▉▉6126           0

| Date | Description | |
|---|---|---|
| Dec 23 | INCOMING WIRE | 33,000.00 |
| | REF#  20211223B6B7261F00520312231416FT01 | |
| | FROM: INOVASUPERSTAR LLC           ABA:   021000021 | |
| | BANK: | |
| | OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618 | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 45,561.25 |
| | REF#  20211223B6B7261F00699512231734FT01 | |
| | FROM: PRIZEOUT CORP                ABA:   026009593 | |
| | BANK: | |
| | OBI:  REFERENCE ID QXCUS2KFAXD | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 46,883.81 |
| | REF#  20211223B6B7261F00395912231208FT01 | |
| | FROM: VIRTUAL ASSETS LLC           ABA:   071902399 | |
| | BANK: | |
| | OBI:  TRADE SETTLEMENT             QCCUSWHQFN7, STILLM | |
| | OBI:  AN DIGITAL LLC 420048617770 | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 60,000.00 |
| | REF#  20211223B6B7261F00465612231322FT01 | |
| | FROM: ASPEN LAKE LLC/DBA COIN GENIE  ABA:   061110654 | |
| | BANK: THE COMMERCIAL BANK | |
| | OBI:  QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 64,000.00 |
| | REF#  20211223B6B7261F00150112230801FT01 | |
| | FROM: WAAVE TECHNOLOGIES INC.      ABA:   021000021 | |
| | BANK: | |
| | OBI:  QCCUS7VT4 | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 83,836.50 |
| | REF#  20211223B6B7261F00280112231022FT01 | |
| | FROM: DIGITAL ASSET MANAGEMENT LIMIT  ABA:   026013576 | |
| | BANK: | |

![Signature Bank Logo]

**SIGNATURE BANK**

```
                                              Statement Period
                                              From December  01, 2021
                                              To   December  31, 2021
                                              Page   146 of    426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


     PRIME TRUST LLC                   8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV  89145
                                              See Back for Important Information


                                      Primary Account:       6126           0
```

| Date | Description | |
|---|---|---|
| | OBI: XACE LIMITED QCCUSQK4E | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 139,054.69 |
| | REF# 20211223B6B7261F00598012231532FT01 | |
| | FROM: PRIME TRUST, LLC AS AGENT FOR    ABA: 044000024 | |
| | BANK: | |
| | OBI: PAYMENT | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 196,000.00 |
| | REF# 20211223B6B7261F00202212230840FT01 | |
| | FROM: MUNDUZ INTERNATIONAL INCORPORATED    ABA: 021000021 | |
| | BANK: | |
| | OBI: REFERENCE CODE: QCCUS9 XF74Y -MUNDUZ INCORPORATED | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 200,000.00 |
| | REF# 20211223B6B7261F00535712231433FT01 | |
| | FROM: EMBLAZE ONE INC.    ABA: 021000021 | |
| | BANK: | |
| | OBI: REFERENCE NO. QCCUSGMMK | |
| | OBI: | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 212,500.00 |
| | REF# 20211223B6B7261F00686512231707FT01 | |
| | FROM: WESUPPLY SOLUTIONS, LLC    ABA: 043000096 | |
| | BANK: PNC BANK, N.A. | |
| | OBI: QCCUS4JTVEP, ALTERPAY INTERNATIONALSOLUTIONS, LLC 4200 | |
| | OBI: 77366054 | |
| | OBI: | |
| Dec 23 | INCOMING WIRE | 233,471.25 |
| | REF# 20211223B6B7261F00039812230442FT01 | |
| | FROM: NORTH AMERICAN CAPACITY INSURANCE    ABA: 026009593 | |
| | BANK: | |
| | OBI: 40802346 0011793370-08-1-2021 Q/CCUSRV6P, PROGLOBIX LL | |
| | OBI: C 4200843321.67, INV-0571  MOLECULAR /INV-0571/.02021 | |
| | OBI: 1468290/MOLECULAR PATHOLOGY | |
| Dec 23 | INCOMING WIRE | 236,562.50 |

# SIGNATURE BANK

```
                                                      Statement Period
                                                      From December  01, 2021
                                                      To   December  31, 2021
                                                      Page    147 of    426

                                                      PRIVATE CLIENT GROUP 159
                                                      485 MADISON AVENUE
                                                      NEW YORK, NY 10022


        PRIME TRUST LLC                         8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV   89145
                                                      See Back for Important Information


                                                      Primary Account: ▓▓▓▓▓▓6126          0

  Date          Description
              REF#  20211223B6B7261F00284812231027FT01
              FROM: MARXSMITH LLC                  ABA:   026009593
              BANK:
              OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y
              OBI:
              OBI:
  Dec 23   INCOMING WIRE                                                       250,000.00
              REF#  20211223B6B7261F00157312230801FT01
              FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓                  ABA:   021000021
              BANK:
              OBI:  QCCUSGEFG
              OBI:
              OBI:
  Dec 23   INCOMING WIRE                                                       334,000.00
              REF#  20211223B6B7261F00574112231508FT01
              FROM: YUMMY INC                      ABA:   211075086
              BANK:
              OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC.
              OBI:
              OBI:
  Dec 23   INCOMING WIRE                                                       357,000.00
              REF#  20211223B6B7261F00484612231338FT01
              BANK: M&T BANK
              OBI:  REFERENCE CODE QCCUS9XF74Y, MUNDUZINCORPORATED
              OBI:
              OBI:
  Dec 23   INCOMING WIRE                                                       500,000.00
              REF#  20211223B6B7261F00305612231049FT01
              FROM: DISTRIBUTED COMPUTING SYSTEMS   ABA:   026013576
              BANK:
              OBI:  QCCUSGMMK
              OBI:
              OBI:
  Dec 23   INCOMING WIRE                                                       800,000.00
              REF#  20211223B6B7261F00080012230719FT01
              FROM: CB INTERNATIONAL BANK LLC       ABA:   026013576
              BANK:
              OBI:  QCCUS3E2T, CB INTERNATIONAL BANK LLC 420030048263
              OBI:
```

![Signature Bank]

**Signature SIGNATURE BANK**
Signature SIGNATURE BANK

Statement Period  
From December 01, 2021  
To   December 31, 2021  
Page   148 of   426

PRIVATE CLIENT GROUP 159  
485 MADISON AVENUE  
NEW YORK, NY 10022

PRIME TRUST LLC                          8-159  
BAM CLEARING  
330 S RAMPART BLVD SUITE 260  
LAS VEGAS NV   89145

See Back for Important Information

Primary Account:      6126        0

```
Date        Description
            OBI:
Dec 23   INCOMING WIRE                                                            1,000,000.00
         REF#   20211223B6B7261F00386012231158FT01
         FROM: DCG INTERNATIONAL INVESTMENTS LTD   ABA:    322286803
         BANK:
         OBI:  REFERENCE: QCCUS3HRZQV, INFINITY VENTURES C1, L.P. 420
         OBI:  098750470 DCG INTERNATIONAL INVESTMENTS LTD. INVESTMEN
         OBI:  T
Dec 23   INCOMING WIRE                                                            1,199,500.00
         REF#   20211223B6B7261F00633012231607FT01
         FROM: LEGEND TRADING INC              ABA:    026013576
         BANK:
         OBI:  QCCUSXWTC, BIRDIE CORPORATION 420069656697
         OBI:
         OBI:
Dec 23   INCOMING WIRE                                                            1,298,000.00
         REF#   20211223B6B7261F00633112231607FT01
         FROM: LEGEND TRADING INC              ABA:    026013576
         BANK:
         OBI:  QCCUSXWTC, BIRDIE CORPORATION 420069656697
         OBI:
         OBI:
Dec 24   INCOMING WIRE                                                                    1.00
         REF#   20211224B6B7261F00284912241307FT01
         FROM: CP CONSTRUCTION VENTURES LLC    ABA:    324377613
         BANK:
         OBI:  QNCUS9QXJKZ
         OBI:
         OBI:
Dec 24   INCOMING WIRE                                                                1,000.00
         REF#   20211224B6B7261F00134112240801FT01
         FROM:                                 ABA:    021000021
         BANK:
         OBI:  USD WIRE
         OBI:
         OBI:
Dec 24   INCOMING WIRE                                                                1,000.00
         REF#   20211224B6B7261F00134312240801FT01
         FROM:                                 ABA:    021000021
```