# EXHIBIT D

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From December 01, 2021
                                                    To   December 31, 2021
                                                    Page   172 of    426

                                                    PRIVATE CLIENT GROUP 159
                                                    485 MADISON AVENUE
                                                    NEW YORK, NY 10022


     PRIME TRUST LLC                       8-159
     BAM CLEARING
     330 S RAMPART BLVD SUITE 260
     LAS VEGAS NV  89145
                                                    See Back for Important Information


                                                    Primary Account:       6126            0
```

| Date | Description | | Amount |
|------|-------------|---|--------|
| | BANK: M&T BANK | | |
| | OBI: REFERENCE CODE QCCUS9XF74Y, MUNDUZINCORPORATED | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 236,562.50 |
| | REF# 20211230B6B7261F00369212301046FT01 | | |
| | FROM: MARXSMITH LLC | ABA: 026009593 | |
| | BANK: | | |
| | OBI: GOODS REFERENCE CODE: QNCUSQTAN4Y | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 312,000.00 |
| | REF# 20211230B6B7261F00644012301445FT01 | | |
| | FROM: YUMMY INC | ABA: 211075086 | |
| | BANK: | | |
| | OBI: QCCUSYZX4 PINE GROVE CONSULTING INC | | |
| | OBI: | | |
| | OBI: | | |
| Dec 30 | INCOMING WIRE | | 350,000.00 |
| | REF# 20211230B6B7261F00572312301350FT01 | | |
| | FROM: PROGLOBIX LLC | ABA: 071000288 | |
| | BANK: | | |
| | OBI: QCCUSRV6P, PROGLOBIX LLC420084332167 | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 1,918.00 |
| | REF# 20211231B6B7261F00225212310851FT01 | | |
| | FROM: ECN OTC, LLC | ABA: 021000021 | |
| | BANK: | | |
| | OBI: QCCUSEH4VMF | | |
| | OBI: | | |
| | OBI: | | |
| Dec 31 | INCOMING WIRE | | 2,105.00 |
| | REF# 20211231B6B7261F00405212311237FT01 | | |
| | FROM: PRIME TRUST LLC | ABA: 021000089 | |
| | BANK: | | |
| Dec 31 | INCOMING WIRE | | 2,500.00 |
| | REF# 20211231B6B7261F00462712311401FT01 | | |
| | FROM: ▉▉▉▉ OR ▉▉▉▉▉▉▉ | ABA: 021000021 | |

**SIGNATURE BANK**

Statement Period
From December 01, 2021
To   December 31, 2021
Page   173 of   426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                         8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account: ▒▒▒▒6126        0

| Date | Description | |
|---|---|---:|
| | BANK: | |
| | OBI:  QNCUSVPCE42 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 4,618.97 |
| | REF#  20211231B6B7261F00531512311618FT01 | |
| | FROM: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒   ABA:  121000248 | |
| | BANK: | |
| | OBI:  QNCUSX3VPN9 KXUW9MAJCMPS | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 5,400.00 |
| | REF#  20211231B6B7261F00389512311214FT01 | |
| | FROM: COMMODORE MANAGEMENT LLC   ABA:  102000021 | |
| | BANK: | |
| | OBI:  REFERENCE: QCCUSAZ7HTHE COIN TRADING COMPANY, LLC42003 | |
| | OBI:  4051586 | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 10,000.00 |
| | REF#  20211231B6B7261F00503012311506FT01 | |
| | FROM: ▒▒▒▒▒▒▒▒▒▒   ABA:  121105156 | |
| | BANK: | |
| | OBI:  QCCUSAZ7H, THE COIN TRADING COMPANY420034051586 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 15,000.00 |
| | REF#  20211231B6B7261F00336412311113FT01 | |
| | FROM: ▒▒▒▒▒▒▒▒▒▒   ABA:  124003116 | |
| | BANK: | |
| | OBI:  QCCUSGEFG | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 17,780.00 |
| | REF#  20211231B6B7261F00350612311129FT01 | |
| | FROM: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒   ABA:  062005690 | |
| | BANK: | |
| | OBI:  REFERENCEQCCUSJRVZ UNITED COIN INC420030696060 | |
| | OBI: | |
| | OBI: | |

**SIGNATURE BANK**

```
                                              Statement Period
                                              From December  01, 2021
                                              To   December  31, 2021
                                              Page   174 of    426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


       PRIME TRUST LLC                 8-159
       BAM CLEARING
       330 S RAMPART BLVD SUITE 260
       LAS VEGAS NV   89145
                                              See Back for Important Information


                                              Primary Account:       6126            0

Date             Description
Dec 31   INCOMING WIRE                                                       20,802.00
         REF#  20211231B6B7261F00332812311108FT01
         FROM:                              ABA:   021000089
         BANK:
Dec 31   INCOMING WIRE                                                       25,000.00
         REF#  20211231B6B7261F00521512311552FT01
         FROM:                              ABA:   121000248
         BANK:
         OBI:  REFERENCE QCCUSZTF2 WESTCLIFFTECH
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                       26,000.00
         REF#  20211231B6B7261F00526112311603FT01
         FROM: INOVASUPERSTAR LLC           ABA:   021000021
         BANK:
         OBI:  QCCUSYZX4, PINE GROVE CONSULTING,INC. 420056235618
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                       28,500.00
         REF#  20211231B6B7261F00544312311655FT01
         FROM: JAMES BUTLER DBA BUTLER HOME MAINT  ABA:   114000093
         BANK:
         OBI:  QNCUSJDYNRP
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                       32,100.00
         REF#  20211231B6B7261F00545812311700FT01
         FROM: TECC CONSULTING LLC          ABA:   121000248
         BANK:
         OBI:  QCCUSZTF2-LOGISTIC FAST
         OBI:
         OBI:
Dec 31   INCOMING WIRE                                                       35,630.00
         REF#  20211231B6B7261F00225912310854FT01
         FROM:                              ABA:   043318092
         BANK:
         OBI:  GEM PURCHASEREFERENCE CODE: QNCUSJ7GYQR
         OBI:
         OBI:
```

**Signature**
**SIGNATURE BANK**

Statement Period
From December  01, 2021
To   December 31, 2021
Page    175 of    426

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

```
PRIME TRUST LLC                            8-159
BAM CLEARING
330 S RAMPART BLVD SUITE 260
LAS VEGAS NV  89145
```

See Back for Important Information

Primary Account:  ▮▮▮▮▮▮6126           0

| Date | Description | |
|---|---|---:|
| Dec 31 | INCOMING WIRE | 70,000.00 |
| | REF#   20211231B6B7261F00437012311318FT01 | |
| | FROM: COIN TIME LLC               ABA:   121000248 | |
| | BANK: | |
| | OBI:   REF QCCUSWHQFN7, STILLMAN DIGITAL LLC 420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 121,100.00 |
| | REF#   20211231B6B7261F00544812311655FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT     ABA:   322070381 | |
| | BANK: | |
| | OBI:   REV YOUR PD REF 3158304019 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 130,000.00 |
| | REF#   20211231B6B7261F00324512311058FT01 | |
| | FROM: ASPEN LAKE LLC/DBA COIN GENIE       ABA:   061110654 | |
| | BANK: THE COMMERCIAL BANK | |
| | OBI:   QCCUSWHQFN7, STILLMAN DIGITAL LLC420048617770 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 150,000.00 |
| | REF#   20211231B6B7261F00544912311656FT01 | |
| | FROM: EASTWEST BK-WIRE CLEARING DEPT     ABA:   322070381 | |
| | BANK: | |
| | OBI:   REV YOUR PD REF 2273120497 | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 172,620.30 |
| | REF#   20211231B6B7261F00317612311048FT01 | |
| | FROM: INTERNATIONAL TRADING COMMERCE MAR   ABA:   066015084 | |
| | BANK: APOLLO BANK | |
| | OBI:   REFERENCE CODENQCCUS9XF74Y MUNDUZINTERNATIONAL | |
| | OBI: | |
| | OBI: | |
| Dec 31 | INCOMING WIRE | 236,562.50 |
| | REF#   20211231B6B7261F00258712310938FT01 | |
| | FROM: MARXSMITH LLC               ABA:   026009593 | |
| | BANK: | |

# SIGNATURE BANK

```
                                              Statement Period
                                              From December  01, 2021
                                              To   December  31, 2021
                                              Page    176 of    426

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


        PRIME TRUST LLC                 8-159
        BAM CLEARING
        330 S RAMPART BLVD SUITE 260
        LAS VEGAS NV   89145
                                                   See Back for Important Information


                                              Primary Account:        6126          0

 Date           Description
        OBI:  GOODS REFERENCE CODE: QNCUSQTAN4Y
        OBI:
        OBI:
 Dec 31  INCOMING WIRE                                                         300,000.00
        REF#  20211231B6B7261F00271812310952FT01
        FROM: 1/                             ABA:    NFSCUS3B
        BANK: NATIONAL FINANCIAL SERVICES LLC
 Dec 31  INCOMING WIRE                                                         600,000.00
        REF#  20211231B6B7261F00434912311317FT01
        FROM: EMBLAZE ONE INC.                ABA:    021000021
        BANK:
        OBI:  REFERENCE NO. QCCUSGMMK
        OBI:
        OBI:
 Dec 31  INCOMING WIRE                                                       3,000,000.00
        REF#  20211231B6B7261F00348512311127FT01
        FROM: COMPASS MINING INC              ABA:    026013576
        BANK:
        OBI:  QCCUSGMMK
        OBI:
        OBI:
 Dec 31  INCOMING WIRE                                                       3,450,000.00
        REF#  20211231B6B7261F00099312310800FT01
        FROM: PRIME TRUST LLC                 ABA:    021000021
        BANK:
 Dec 31  INCOMING WIRE                                                       6,500,000.00
        REF#  20211231B6B7261F00096112310751FT01
        FROM: YUCHEN SUN                      ABA:    026013576
        BANK:
        OBI:  CREDIT TO: PRIME TRUST, LLC REFERENCE: QCCUSW47D, POLO
        OBI:   DIGITAL ASSETS, INC. 420062543280 PURPOSE: FUNDING
        OBI:

Withdrawals and Other Debits
 Dec 01  OUTGOING WIRE                                                               5.00
        REF#  20211201B6B7261F005566
        TO:   1/                             ABA:    021000021
        BANK: JPMORGAN CHASE BANK, NA        ACCT# GB40REVO009970
        OBI:  20211124B6B7261F00196511240801FT03
```